## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MARELLI AUTOMOTIVE LIGHTING USA LLC., *et al.*,[1] | ) | Case No. 25-11034 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## GLOBAL NOTES AND STATEMENTS OF
## LIMITATIONS, METHODOLOGY, AND DISCLAIMERS
## REGARDING THE DEBTORS' SCHEDULES OF ASSETS
## AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Marelli Automotive Lighting USA LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"),[2] are filing their respective Schedules of Assets and Liabilities (each, a "Schedule" and, collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement" and, collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These global notes and statements of limitations, methodology, and disclaimers regarding the Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to, and referenced in connection with, any review of the Schedules and Statements.[3]

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

[2]  A detailed description of the Debtors and their business, including the facts and circumstances giving rise to the Debtors' chapter 11 cases, is set forth in the Declaration of *David Slump, Chief Executive Officer, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 20] (the "First Day Declaration"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

[3]  These Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors prepared any portion of the Global Notes with respect to any individual Debtor's Schedules and Statement and not to those of another Debtor should not be interpreted as a decision by the Debtors to exclude the applicability of such portion of the Global Notes to any of the Debtors' other Schedules and Statements, as appropriate.

The Debtors have historically prepared consolidated quarterly and annual financial statements in accordance with the international financial reporting standards ("IFRS") issued by the International Accounting Standards Board.  The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a standalone, unconsolidated basis.  The financial information contained in the Schedules and Statements is limited in scope, covers a limited time period, has been prepared solely for the purpose of the Debtors' compliance with disclosure obligations in chapter 11, and is presented on a preliminary and unaudited basis.  As such, the Schedules and Statements have not been subject to procedures that would typically be applied to financial statements prepared in accordance with IFRS, generally accepted accounting principles utilized in the United States of America ("GAAP"), or any other accounting standards, nor do the Schedules and Statements include all of the information and notes required by any such accounting standards.  Upon the application of such standards, the financial information could be subject to changes, which could be material.  These Schedules and Statements neither purport to represent financial statements prepared in accordance with IFRS or GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor.

The Debtors have prepared the Schedules and Statements using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices but which has not been adjusted, audited, or reconciled as information presented in the Debtors' consolidated financial statements is adjusted, audited, or reconciled.  The Schedules and Statements generally reflect operations and financial information of the Debtors in a form not maintained by the Debtors in the ordinary course of their business and are not intended to reconcile to the consolidated financial statements prepared by the Debtors.  Accordingly, the amounts set forth in the Schedules and Statements may materially differ from the Debtors' historical consolidated financial statements.  Because the Debtors' accounting systems, policies, and practices were developed to produce consolidated financial statements, rather than financial statements by legal entity, it is possible that not all assets, liabilities, income, or expenses have been recorded on the correct legal entity.

In preparing the Schedules and Statements, the Debtors relied on financial and other data derived from their books and records that was available at the time of such preparation.  Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements.  As a result, inadvertent errors or omissions may exist.  Accordingly, the Debtors and their directors, managers, officers, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements.  In no event shall the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Alanna Abrahamson, Chief Financial Officer of parent Debtor Marelli Holdings Co., Ltd. ("Marelli Holdings") and an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Ms. Abrahamson has relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' businesses, Ms. Abrahamson has not (and, practically, could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditors' addresses.

Any audit, any future analysis of the information contained in the Schedules and Statements (or the data there underlying), or subsequent receipt of any information may result in material changes in information requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors. The Debtors reserve the right to amend, modify, or supplement the Schedules and Statements from time to time as may be necessary or appropriate; provided that the Debtors, their agents, and their advisors expressly do not undertake any obligation to amend, modify, or supplement the information provided herein or to notify any third party should the information be amended, modified, or supplemented in any way, except to the extent required by applicable law.

The Schedules and Statements should not be relied upon by any persons for information relating to current or future financial condition, events, or performance of any of the Debtors or their affiliates, as the information (including results of operations) contained therein are not necessarily indicative of results which may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future.

Disclosure of information in one or more of the Schedules, one or more of the Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## **Global Notes and Overview of Methodology**

4.    **Description of the Debtors' Chapter 11 Cases**. The Debtors commenced these voluntary cases under chapter 11 of the Bankruptcy Code on June 11, 2025 (the "Petition Date"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On June 12, 2025, the Bankruptcy Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 102]. On June 25, 2025, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee") pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 184]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of May 31, 2025, the date of the Debtors' fiscal-month-end closure to their balance sheet, and the liability data of the Debtors is as

of the close of business on the Petition Date.  No trustee or examiner has been appointed in these chapter 11 cases.

5. **Global Notes Control**.  In the event that any portion of the Schedules or Statements differs from any portion of the Global Notes, the Global Notes shall control.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

6. **Reservation of Rights**.  Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend, modify, or supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except as required by applicable law.  Nothing contained in the Schedules, Statements, or Global Notes shall constitute a waiver of rights, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   a. **No Admission**.  Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against any Debtors, any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

   b. **Claims Listing and Descriptions**.  The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules and Statements accordingly.  Any failure to designate a claim set forth on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

   c. **Recharacterization**.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  Nevertheless, due to the complexity of the Debtors' businesses, the Debtors may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as

necessary or appropriate, including, without limitation, whether contracts or leases included in the Schedules and Statements were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

d.   **Classifications**.  The (i) listing of a claim on Schedule D as "secured," (ii) listing of a claim on Schedule E/F as either "priority" or "unsecured priority," or (iii) listing of a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection or otherwise.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken.  Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

e.   **Estimates and Assumptions**.  To prepare these Schedules and Statements and report information on a legal entity basis, the Debtors were required to make certain reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities and the amount of contingent assets and contingent liabilities as of the Petition Date.  The reported amounts of revenues are as of the latest available prepetition month-end close, which is May 31, 2025.  Actual results could differ from such estimates.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

f.   **Causes of Action**.  Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien, indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, assertable, directly or derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at law, in equity, or otherwise.  Causes of action also include:  (i) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or in equity; (ii) any claim based on or relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including, without limitation, securities laws, negligence, and gross negligence; (iii) the right to object to or otherwise contest claims or interests; (iv) claims

pursuant to sections 362 or chapter 5 of the Bankruptcy Code; (v) such claims and defenses as fraud, mistake, duress, and usury, and any other defenses set forth in section 558 of the Bankruptcy Code; and (vi) any avoidance actions arising under chapter 5 of the Bankruptcy Code or under similar local, state, federal, or foreign statutes and common law, including, without limitation, fraudulent transfer laws, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions, or in any way prejudice or impair the assertion of such claims or causes of action.

g.    **Intellectual Property Rights**.  Exclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property described as owned by one Debtor may, in fact, be owned by another Debtor.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

h.    **Insiders**.  The Debtors have attempted to include all payments made on or within twelve months before the Petition Date to any individual (and their relatives) or entity who, in the Debtors' good faith belief, may be deemed an "insider" within the meaning of such term in the Bankruptcy Code.  As to each Debtor, an individual or entity is designated as an "insider" for the purposes of the Schedules and Statements if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to dictate corporate policy and the disposition of corporate assets.  The Debtors have also considered the requirements of IFRS and other reporting standards and their public disclosures with respect to designating certain individuals and entities as "insiders" herein.

The inclusion or omission of a party as an "insider" for the purposes of the Schedules and Statements is for informational purposes and is not intended to be nor should be construed as an admission that those parties are insiders within the meaning of section 101(31) of the Bankruptcy Code.  Information regarding the individuals or entities included as insiders in the Schedules and Statements may not be used for:  (i) the purposes of determining (a) control of the Debtors; (b) the extent to which any individual or entity exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such individual or entity (or the Debtors) could successfully argue that they are not an insider under applicable law, including the Bankruptcy Code and other governing laws, or with respect to any theories of liability or (ii) any other purpose.

6

Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the twelve-month period before the Petition Date (if at all), but the Debtors have included them herein out of an abundance of caution.  The Debtors reserve all rights with respect thereto.

7.  **Methodology**.

a.  **Basis of Presentation**.  For financial reporting purposes, the Debtors generally prepare consolidated financial statements, but have provided financial information for each Debtor entity for the purpose of reporting their Schedules and Statements. Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that may be substantially different from financial information that would be prepared on a consolidated basis under IFRS.  Therefore, these Schedules and Statements neither purport to represent financial statements prepared in accordance with IFRS nor are they intended to reconcile fully to the financial statements prepared by the Debtors.  Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor.  Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

The Debtors have attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. However, due to limitations within the Debtors' accounting systems, it is possible that not all assets, liabilities, or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements.  Additionally, assets, liabilities, or cash disbursements inadvertently may have been omitted from the Schedules and Statements.  Accordingly, the Debtors reserve all rights to amend, modify, and/or supplement the Schedules and Statements in these regards, and in any case, the actual terms governing ownership of assets, obligations under liabilities, and amounts of cash disbursements govern the assets, liabilities, disbursements, and other transactions included in the Schedules and Statements.

Given, among other things, the uncertainty surrounding the collection, ownership, and valuation of certain assets and the amount and nature of certain liabilities, a Debtor may report more assets than liabilities.  Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time prior to or after the Petition Date.  Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or at any time prior to or after the Petition Date.  For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

b.  **Reporting Date**.  Unless otherwise noted, the Schedules and Statements generally reflect the Debtors' books and records (i) for asset data as of May 31, 2025, which follows the Debtors' last available fiscal month preceding the commencement of

these chapter 11 cases and the date of the Debtors' month-end closure to their balance sheet, and (ii) for liability data as of close of business on the Petition Date, adjusted for authorized payments under the First Day Orders (as defined herein).

c.    **Confidential or Sensitive Information**.  There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to concerns about the privacy of the Debtors' employees and vendors (e.g. home addresses).  The alterations will be limited to only what is necessary to protect the Debtor or the applicable third party.  The Debtors are authorized or required to redact certain information from the public record pursuant to orders of the Bankruptcy Court authorizing the Debtors to redact, seal, or otherwise protect such information from public disclosure.[4]

d.    **Consolidated Entity Accounts Payable and Disbursement Systems**. Receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records.  As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 15] (the "Cash Management Motion"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated from their operations (the "Cash Management System").  The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts.  The Cash Management System is supported by approximately 500 bank accounts, all of which are owned and controlled by the Debtors.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.

Prior to the Petition Date, the Debtors and certain non-Debtor affiliates engaged in intercompany transactions (the "Intercompany Transactions") in the ordinary course of business, which resulted in intercompany receivables and payables (the "Intercompany Claims").  The Debtors maintain records of the Intercompany Claims and Intercompany Transactions.  Pursuant to the *Third Interim Order*

---

[4]    *See, e.g.*, *Final Order (I) Authorizing the Debtors to (A) Redact Certain Confidential Information of Customers, (B) Redact Certain Personally Identifiable Information of Individuals, and (C) Serve Certain Parties in Interest by Email, (II) Approving the Form and Manner of Service of the Notice of Commencement, and (III) Granting Related Relief* [Docket No. 279].

*(I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 332] (the "Cash Management Order"), the Court granted the Debtors authority to continue to engage in Intercompany Transactions in the ordinary course of business, subject to certain limitations set forth therein. Thus, intercompany balances as of the Petition Date, as set forth in Schedule A/B and Schedule E/F, may not accurately reflect current positions.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate or joint venture is a statement of what appears in the Debtors' books and records and is not an admission or concession by the Debtors as to the amount, allowance, characterization, classification, or validity of such account. The Debtors take no position in the Schedules and Statements as to whether such account would be allowed as a claim or as an interest or not allowed at all. The Debtors reserve all rights with respect to such accounts.

In addition, certain of the Debtors act on behalf of other Debtors. Because the Debtors' historical and current accounting practices have been designed for the preparation of consolidated financial statements and records, in some cases, the Debtors may be unable to ascertain with precision certain intercompany balances among specific Debtors. Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity or non-Debtor affiliate is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

e. **Duplication**. Certain of the Debtors' assets, liabilities, prepetition payments, and executory contracts or unexpired leases may properly be disclosed in response to multiple parts of the Schedules and Statements. To the extent these disclosures would be duplicative, the Debtors have determined in certain instances to only list such assets, liabilities, and prepetition payments once. In other instances, the same assets, liabilities, prepetition payments, and executory contracts or unexpired leases inadvertently may be listed more than once.

f. **Net Book Value of Assets**. In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets. As such, unless otherwise indicated, net book values as of May 31, 2025 are presented for all assets. When necessary, the Debtors have indicated that the value of certain assets is "unknown" or "undetermined." The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. Amounts ultimately

realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, modify, or supplement the asset values set forth in the Schedules and Statements. Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are set forth with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or any time prior to the Petition Date.

g.   **Language Translation**. The Debtors conduct business in multiple languages, including languages that do not use Roman characters. Solely for the purpose of preparing the Schedules and Statements, and in an effort to promote English-language legibility of certain disclosures, the Debtors have translated (or Romanized, as the case may be) certain parties' names, certain terms, conditions, and descriptions of documents or transactions, and certain other terms. Such translations are provided for illustrative purposes only and inadvertently may contain errors or omissions. In other cases, the Debtors have presented certain parties' names or addresses, certain terms, conditions, and descriptions of documents or transactions, and certain other terms in their original language. In any case, the original-language names, terms, and conditions of any transaction described in the Schedules and Statements govern such transaction in all respects.

h.   **Currency and Foreign Currency Conversion**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated. The Debtors conduct business in multiple currencies. Solely for the purpose of preparing the Schedules and Statements, non-U.S. currency amounts have been translated using publicly available prevailing foreign-exchange rates as of the Petition Date. Such translations are provided for illustrative purposes only and may differ materially from both current market values and market values at the time of the transactions described in the Schedules and Statements. Due to the fluctuations in exchange rates, the individual translation of specific accounts may not perfectly "balance" or "tie" to other amounts set forth in the Schedules and Statements. In any case, the original currency of any transaction described in the Schedules and Statements shall control.

i.   **Payment of Prepetition Claims Pursuant to First Day Orders**. Following the Petition Date, the Court entered various orders authorizing the Debtors to, among other things, pay certain prepetition: (i) employee wages, salaries, and related items (including, but not limited to, employee benefit programs and supplemental workforce obligations); (ii) taxes and assessments; (iii) customer program obligations; (iv) service fees and charges assessed by the Debtors' banks; (v) insurance obligations; and (vi) certain vendor obligations (collectively, the "First Day Orders"). As such, outstanding prepetition liabilities may have been reduced by certain Court-approved postpetition payments made on prepetition

liabilities. Where and to the extent these liabilities have been satisfied in full, they are not included in the Schedules and Statements, unless otherwise indicated. The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to an order of the Court (including the First Day Orders).

j.    **Other Paid Claims**. To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts set forth in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Court approval. To the extent the Debtors pay any of the claims set forth in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend, modify, and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

k.    **Setoffs**. The Debtors routinely incur setoffs in the ordinary course of business that arise from various items including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, refunds, and negotiations and/or other disputes or reconciliation activities between the Debtors and their customers or vendors. In accordance with Debtors' agreements with their vendors and other contract counterparties, these amounts may be set off on a reoccurring basis against future revenues in a normal course reconciliation process with these partners. Certain of these ordinary-course setoffs are not independently accounted for and, as such, may be excluded from the Schedules and Statements. Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted against them, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code.

l.    **Leases**. The Debtors have not included future obligations under any capital or operating leases in the Schedules and Statements. To the extent there was an amount outstanding on account of such lease as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules. In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other property interests, and/or equipment from third party lessors for use in the daily operation of their business. Any outstanding prepetition obligations under such agreements that are known to the Debtors have been included in Schedule F, and the underlying lease agreements have been included in Schedule G. Nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is unexpired, a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

m.    **Liens**. The inventories, property, and equipment included in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories,

property, and equipment, and the Debtors reserve all of their rights with respect to such liens (if any).

n.  **Excluded Assets and Liabilities**.  The Debtors have excluded certain assets and liabilities otherwise included in their financial statements or books and records in the Schedules and Statements.  Certain liabilities resulting from accruals, liabilities recognized in accordance with IFRS, and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported.  Therefore, they do not represent specific rights to payment or other claims as of the Petition Date and are not set forth in the Schedules.  Additionally, certain deferred assets, charges, accounts, or reserves recorded for IFRS reporting purposes only, and certain assets with a net book value of zero, are not included in the Schedules.  Other excluded categories of assets and liabilities include, but are not limited to, deferred tax assets and liabilities, deferred income, deferred charges, self-insurance reserves, favorable lease rights, and unfavorable lease liabilities.  In addition, and as set forth above, the Debtors may have excluded amounts for which the Debtors have paid or have been granted authority to pay pursuant to the First Day Orders or other orders that may be entered by the Court.  Other immaterial or de minimis assets and liabilities may also have been excluded.

o.  **Allocation of Liabilities**.  The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend, modify, and/or supplement the Schedules and Statements as they deem appropriate in this regard.

p.  **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined."  If there are unknown or undetermined amounts, the actual totals may differ materially from the listed totals.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.  To the extent a Debtor is a guarantor of debt issued by another Debtor or non-Debtor affiliate, the amounts reflected in these Schedules may include each Debtor's guarantee obligations, or, where a Debtor's guarantee obligations are contingent on the primary obligor's satisfaction of the guaranteed debt, such amounts may exclude the Debtor's undetermined guarantee obligations.

q.  **Guarantees and Other Secondary Liability Claims**.  The Debtors have used commercially reasonable efforts to locate and identify guarantees and other secondary liability claims ("Guarantees") in their secured financings, debt instruments, leases, and other agreements.  Where such Guarantees have been identified, they have been included in the relevant Schedules of liabilities for the affected Debtor or Debtors.  The Debtors have reflected the obligations under the

Guarantees for both the primary obligor and the guarantors with respect to their secured financings, debt instruments, leases, and other such agreements on Schedule H. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, leases, and other agreements inadvertently may have been omitted. The Debtors reserve the right but are not required, to amend, modify, or supplement the Schedules and Statements if additional Guarantees are identified.

r. **Executory Contract Counterparties**. Although the Debtors made diligent efforts to attribute each executory contract or unexpired lease to the Debtor or Debtors that are the legal counterparty or counterparties to such contract or lease, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all rights with respect to the named parties of any and all executory contracts and unexpired leases, including the right to amend Schedule G.

s. **Umbrella or Master Agreements**. Contracts and leases included in the Schedules and Statements may be umbrella, master, or national agreements that cover relationships with some or all of the Debtors. Where relevant, the Debtors have made commercially reasonable efforts to include such agreements in the Schedules and Statements only for the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with the listed Debtor on account of such agreements, and the Debtors reserve the right to amend, modify, or supplement the Schedules to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

Underlying contract or lease schedules, award letters, purchase orders, individual leases, and other ancillary agreements may not be individually listed. The general terms and conditions, master service agreements, or other documents under which such agreements may have been entered into by the Debtors and counterparties may have been included in Schedule G, but such inclusion does not reflect any admission or decision by the Debtors as to whether or not such agreements are executory in nature.

t. **Unliquidated Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

u. **Undetermined Amounts**. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

v. **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, and taxes are set forth in the amounts entered in the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, rebates, trade debits, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable. The Debtors reserve all of their rights with regard to such

credits, allowances, or other adjustments, including but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such other allowances in the ordinary course of business on a postpetition basis.

w. **Claims of Third-Party Related Entities**.  While the Debtors have made every effort to properly classify each claim set forth in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations thereto.  Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates set forth in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

## Specific Schedules Disclosures

Schedules A/B, D, E/F, G, and H may contain explanatory or qualifying notes that pertain to the information provided in the Schedules.  Those Schedule-specific notes are incorporated herein by reference.  Unless otherwise noted, the total assets set forth on the Schedules are derived from amounts included in the Debtors' books and records as of May 31, 2025.  To the extent there are unknown or undetermined amounts, the actual total may be different from the total listed.

## Part 1 – Cash and Cash Equivalents

**Schedule A/B 3 – Checking, Savings, or Other Financial Accounts, CDs, etc.**  Schedule A/B 3 lists bank account balances at net book value as of the Petition Date.  Further details with respect to the Debtors' cash management system and bank accounts are also provided in the Cash Management Motion and Cash Management Order.

## Part 2 – Deposits and Prepayments

a. **Schedule A/B 7 – Deposits**.  The Debtors maintain certain deposits in the ordinary course of business.  These deposits are included in the Schedules for the appropriate legal entity at net book value as of the Debtors' fiscal-month close.  The Debtors have made commercially reasonable efforts to report the current value of any deposits.  The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding.  The Debtors reserve the right, but are not required, to amend, modify, or supplement the Schedules and Statements if deposits are incorrectly identified.  Certain prepaid assets are not included in Part 2 in accordance with the Debtors' accounting policies.  The amounts set forth in Part 2 do not necessarily reflect values that the Debtors would be able to collect or realize.

b. **Schedule A/B 8 – Prepayments**.  The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers in the ordinary course of business.  The Debtors have made commercially reasonable efforts to report the current value of any prepayments as of the Petition Date.  The

Debtors may have inadvertently omitted prepayments and conversely may have reported prepayments that are no longer outstanding. The Debtors reserve the right, but are not required, to amend, modify, or supplement the Schedules and Statements if prepayments are incorrectly identified.

**Part 3 –**   <u>**Accounts Receivable**</u>

**Schedule A/B 11 – Accounts Receivable**. The Debtors' accounts receivable information set forth in Schedule A/B 11 includes receivables from the Debtors' customers, vendors, or third parties, which are calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or other price adjustments pursuant to the Debtors' customer programs and day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances. The accounts receivable balances in this section exclude intercompany receivables, which are included instead in Schedule A/B 77.

**Part 4 –**   <u>**Investments**</u>

**Schedule A/B 15 – Investments**. Schedule A/B 15 includes the Debtors' wholly-owned subsidiary entities which are directly owned by each Debtor entity. Subsidiaries owned indirectly by a Debtor are not included. Values of the ownership interests in subsidiaries included in Schedule A/B 15 have been set forth at undetermined amounts because the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

**Part 5 –**   <u>**Inventory, Excluding Agricultural Assets**</u>

a. **Schedule A/B 19 – Raw Materials; Schedule A/B 21 – Finished Goods, Including Goods Held for Resale**. Amounts are valued as of May 31, 2025, and include goods in the Debtors' possession, goods in transit and not yet received in the Debtors' facilities, and capitalized freight. Amounts are shown net of reserves and other adjustments.

b. **Schedule A/B 25 – Goods Purchased Within 20 Days Prior to Filing Date**. The value of any goods purchased within 20 days prior to the Petition Date has been set forth at undetermined amounts because the Debtors' accounting systems, policies, and practices do not maintain records of such amounts, and deriving any such value would be unduly burdensome, costly, and inefficient.

**Part 7 –**   <u>**Office Furniture, Fixtures, and Equipment; and Collectibles**</u>

The Debtors' accounting systems, policies, and practices historically have recorded (and continue to record in the ordinary course of business) certain fixed assets in the Debtors' books and records on a combined basis to include furniture, fixtures, certain office equipment, plant and machinery, industrial equipment, and tangible assets in progress. All of these items are included in Schedule A/B 50 as "other equipment."

**Part 8 – <u>Machinery, Equipment, and Vehicles</u>**

The Debtors' accounting systems, policies, and practices historically have recorded (and continue to record in the ordinary course of business) certain fixed assets in the Debtors' books and records on a combined basis to include furniture, fixtures, certain office equipment, plant and machinery, industrial equipment, and tangible assets in progress. All of these items are included in Schedule A/B 50 as "other equipment." Dollar amounts are presented net of accumulated depreciation and other adjustments. Actual realizable values of the assets identified may vary significantly relative to net book values presented here.

**Part 9 – <u>Real Property</u>**

Because of the large number of the Debtors' executory contracts and unexpired leases, as well as the size of such documents, and in the interest of avoiding voluminous duplication, the Debtors have not attached such agreements to Schedule A/B. Instead, the Debtors have included a description of each such agreement on Schedule G.

**Part 10 – <u>Intangibles and Intellectual Property</u>**

Part 10 of Schedule A/B identifies the various copyrights, industrial designs, patents, trademarks, internet domain names, websites, customer lists, and goodwill owned and maintained by the Debtors. The Schedules may not set forth the value of such intangible assets as no recent appraisals have been performed. Various software licenses the Debtors use for its operations, which are easily obtainable and hold minimal value, are not included. Various intellectual property licenses granted to the Debtors by customers in connection with the Debtors' production operations are not included. The license agreements or other agreements for such licenses are included in Schedule G.

**Part 11 – <u>All Other Assets</u>**

a.    **Schedule A/B 72 – Tax Refunds and Unused Net Operating Losses (NOLs)**. The Debtors estimate that, as of December 31, 2024, certain Debtors had approximately $26.97 million of U.S. federal net operating losses, approximately $15.3 million of business interest expense carryforwards under section 163(j) of the United States Internal Revenue Code, and approximately $26 million of U.S. federal research and development credit carryforwards. The Debtors more fully describe their U.S. tax attributes in the *Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief* [Docket No. 6]. In addition, certain of the Debtors have tax attributes in non-U.S. jurisdictions. The actual value of such tax attributes remains uncertain, including because such value may be affected by these chapter 11 cases and the Debtors' proposed restructuring. Accordingly, the Debtors have set forth the value of non-U.S. tax attributes as undetermined.

b.    **Schedule A/B 73 – Interests in Insurance Policies or Annuities**. The Debtors maintain various insurance policies administered by multiple third-party insurance

16

carriers and various surety bonds provided by multiple third-party sureties. The Insurance Policies provide coverage for losses related to, among other things, property and casualty, environmental liability, marine cargo and inland shipping, directors' and officers' liability, cybersecurity and data loss, crime, employment practices liability, kidnapping and ransom liability, accident liability, employer's liability, product liability, product recall, fidelity, auto liability, and general liability (including tail coverage). The Debtors more fully describe such policies in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Entered into Prepetition and Pay Related Prepetition Obligations, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (C) Maintain, Renew, or Supplement the Surety Bonds, and (D) Pay Brokerage Fees and (II) Granting Related Relief* [Docket No. 11] (the "Insurance Motion"). Any policies owned by suppliers to which Debtor entities may have been added as a beneficiary are not included.

c.  **Schedule A/B 75 – Other Contingent and Unliquidated Claims**. The Debtors have attempted to list known contingent and unliquidated claims and causes of action as of the Petition Date. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be included in Schedule A/B 75. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors are continuing to review potential causes of action, and, accordingly, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all rights with respect to any claims, causes of action, or avoidance actions they may have, and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

## Specific Notes Regarding Schedule D

A detailed description of the Debtors' capital structure and secured debt obligations is set forth in the First Day Declaration.

Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor included in Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

Although there are multiple parties that hold portions of the debt included in the Debtors' prepetition funded debt obligations, only the administrative agents have been included for purposes of Schedule D.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Certain of the liens identified herein were identified based on lien searches conducted by the Debtors or their professionals in May 2025. The Debtors have not confirmed the validity of these liens or the underlying amounts owed in all cases. Therefore, certain of these liabilities are set forth in undetermined amounts and designated contingent, unliquidated, and disputed in order to preserve the rights of the Debtors, and the Debtors expressly retain the right to dispute any purported obligation.

Schedule D does not include beneficiaries of letters of credit. Although the claims of certain parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, not to the beneficiaries thereof. The Debtors have not included any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been included on Schedule D.

## Specific Notes Regarding Schedule E/F

a.   **Part 1 – Creditors with Priority Unsecured Claims**. The Debtors have not historically and do not now maintain records of any claims entitled to priority under the Bankruptcy Code in the ordinary course of business. The inclusion of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve the right to dispute the amount and/or priority status of any claim on any basis at any time.

Certain tax claims owing to various taxing authorities may be subject to ongoing audits. Accordingly, the amounts of many, if not all, of the tax claims set forth in Schedule E/F, Part 1 remain uncertain, and the Debtors have set forth all such claims as undetermined in amount, pending resolution of ongoing audits or other outstanding issues.

Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue the Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. 321] (the "<u>Wages Order</u>"), the Debtors received authority to pay

certain prepetition obligations, including, without limitation, obligations related to employee wages and other benefits, in the ordinary course of business. Accordingly, the Debtors have not included on Schedule E/F, Part 1 any wage or wage-related obligations for which the Debtors have been granted authority to pay that may be entered by the Bankruptcy Court. The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during these chapter 11 cases.

b.   **Part 2 – Creditors with Nonpriority Unsecured Claims**. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented in Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. The Debtors have made reasonable efforts to attribute the liabilities set forth in Schedule E/F to the rightful Debtor; however, in some instances, a liability listed against one Debtor may, in fact, lie against another.

In many cases, the claims set forth on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome, costly, and inefficient, the Debtors have not listed a specific date or dates for such claim. In addition, Schedule E/F, Part 2 does not include rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims exist.

Information regarding pending or threatened litigation involving the Debtors is set forth as undetermined in amount and as contingent, unliquidated, and disputed.

Trade payables scheduled on Schedule E/F, Part 2 include the prepetition liability information reasonably available to the Debtors as of the Petition Date. Certain claims set forth in Schedule E/F, Part 2 may include prepetition balances that were paid subsequent to the Petition Date under authority granted by certain First Day Orders. In addition, certain claims set forth in Schedule E/F, Part 2 may exclude trade payables for goods shipped prepetition and not yet invoiced or goods shipped prepetition for which an invoice has not yet been processed and/or validated by the Debtors, including where there may be discrepancies between or among a shipment and the purportedly corresponding invoice or purchase order. In instances where the Debtors have been unable to validate or process any invoice for a vendor, such vendor may have been included with a contingent and unliquidated claim in an undetermined amount.

Customer claims scheduled on Schedule E/F, Part 2 include, among other things, claims arising from prepayments for the Debtors' products, prepayments for dedicated capital expenditures, and other commitments made by the Debtors. Certain claims set forth in Schedule E/F, Part 2 may include prepetition amounts

that the Debtors have satisfied or are in the process of satisfying in the ordinary course of business under authority granted by the Bankruptcy Code and certain First Day Orders (e.g., capital expenditures funded by customers prepetition) and may have been designated contingent.  Customer claims scheduled on Schedules E/F, Part 2 do not include all of the Debtors' commitments or obligations to customers and may exclude, among other things, contingent warranty obligations, certain non-conformance claims, and price indexing.  The Debtors more fully describe certain of their customer obligations in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain and Administer Their Existing Customer Programs and (B) Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief* [Docket No. 14].

As noted above, certain accruals, liabilities recognized in accordance with IFRS, and/or estimates of long-term liabilities have been excluded.

## Specific Notes Regarding Schedule G

While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred.  The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.  Schedule G may be amended, modified, or supplemented at any time to add any omitted Agreements.

The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend, modify, or supplement Schedule G as necessary.

The contracts, agreements, and leases set forth on Schedule G may have expired or may have been amended, modified, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be included in Schedule G.  Certain leases included in Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not independently set forth on Schedule G.  Further, unless otherwise specified in Schedule G, each executory contract or unexpired lease included therein shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is included thereon.

The Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments, letter agreements, master service agreements, indemnification agreements,

award letters, ancillary agreement, and confidentiality agreements, which may not be set forth in Schedule G. Omission of a contract or agreement from Schedule G does not constitute an admission, concession, or stipulation that such omitted contract or agreement is not an executory contract or unexpired lease. Likewise, the inclusion of an agreement in Schedule G does not constitute an admission, concession, or stipulation that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable.

Certain of the agreements set forth in Schedule G may have been entered into by or on behalf of more than one of the Debtors. Additionally, the specific Debtor party or parties to certain of the agreements could not be specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on which to include the agreement, but any such agreements may have been included instead on a different Debtor's Schedule G. In instances where the Debtor party to a contract or lease could not be determined, the contract or lease is included on the Schedules of Marelli Holdings.

In some cases, the same party appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. In other cases, a party may be listed only once even though such party may be a counterparty to multiple distinct agreements with one or more Debtors. In any case, Schedule G shall be deemed to include every distinct agreement between any party and one or more Debtors.

In some cases, the Debtors may have inadvertently named the incorrect Debtor party. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

## Specific Notes Regarding Schedule H

**Co-Debtors.** In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth

on Schedule H.  However, some such claims may be included elsewhere in the Schedules and Statements.

## Specific Notes Regarding Statements

a.  **Question 1 – Gross Revenue from Business; Question 2 – Non-Business Revenue**.  In the ordinary course of business, the Debtors receive rebates and other payments from vendors in connection with the Debtors' business relationships with such vendors.  Consistent with IFRS, the Debtors have historically accounted for such payments not as revenue but as a reduction to the Debtors' costs associated with such payments.  Accordingly, the Debtors do not include such amounts as revenue in Statements Question 1 or Statements Question 2.

The values reflected in Statements Question 1 and Statements Question 2 reflect revenue through May 31, 2025, and are presented on an accrual basis, not a cash basis.

Non-business revenue in Statements Question 2 includes such items as interest income.

b.  **Question 3 – Certain Payments or Transfers to Creditors Within 90 Days Before Filing this Case**.  The Debtors omitted various credits shown as negative disbursements, as these are not representative of the actual cash disbursements made by the Debtors.  These credit amounts arise from invoicing processes related to contractual changes and various real estate lease amendments and updates.  As a result, the total payments and/or transfers over the 90-day period prior to the Petition Date may be overstated.

As described in the Cash Management Motion, the Debtors utilize their integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations.

The payments disclosed in Statements Question 3 are based on payments made by the Debtors with payment dates from March 12, 2024, through June 10, 2025.  Prepetition amounts still owed to creditors will appear on the Schedules for each Debtor, as applicable.

The response to Statements Question 3 excludes regular salary payments and intercompany disbursements or transfers for this period, which are set forth, to the extent required, on Statement 4.  The response to Statements Question 3 excludes payments for services of any entities that provided consultation concerning debt counseling or restructuring services to the Debtors, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy for this period, which are included in the Debtors' response to Statements Question 11.

c.  **Question 4 – Payments or Transfers to Insiders**.  The information reported on Statements Question 4 is representative of the total payments made to insiders on behalf of multiple Debtor entities during the one year prior to the Petition Date.  For

22

the avoidance of doubt, Statements Question 4 may include payments to individuals who may have been insiders at the time they were employed by the Company but are no longer employed by the Company.

As described in the Cash Management Motion, certain Debtor cash accounts are zero-balance accounts or receipt accounts. Balances in these accounts are swept on at least a daily basis to Debtor concentration accounts. These transfers are ordinary course and voluminous and, for those reasons, have not been included in the Debtors' response to Statements Question 4.

As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue the Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. 12] (the "Wages Motion"), the Debtors historically have offered (and continue to offer in the ordinary course of business) certain benefits, including health and welfare benefits, to their employees, including the insiders in the Debtors' response to Statements Question 4. Certain of these benefits are funded through a combination of employer contributions and deductions from employees' ordinary salary or wages. The Debtors do not track employer contributions to health and welfare benefit programs on a per-employee basis, and so such contributions have not been included in Statements Question 4. In addition, any deductions from an employee's salary are not indicated in the Debtors' response to Statements Question 4, and the amounts of such deductions have been included in such employee's salary, to avoid duplication.

Due to administrative and tax considerations, among other things, certain insiders of parent Debtor Marelli Holdings are paid by Debtors in such insiders' home jurisdictions, which Debtors have the capabilities and systems necessary to comply with regulations and requirements in such insiders' home jurisdictions (e.g., remitting payroll tax deductions in the U.S.). Any payment made by a subsidiary Debtor results in an intercompany charge and a liability to such Debtor owed by Marelli Holdings. Insider transfers are included in the response to Statements Question 4 of Marelli Holdings.

Individual payments by the Debtors to other Debtors or non-Debtor affiliates (including joint ventures) are not set forth in the Debtors' response to Statements Question 4 because of their complexity and voluminous nature. Setting forth such individual payments would be unduly burdensome, costly, and an inefficient use of estate resources. Net quarterly intercompany positions are included in the response to Statements Question 4 of Marelli Holdings. In addition, intercompany receivables and payables are included, respectively, on each Debtors' schedules of assets and liabilities.

d.  **Question 9 – Gifts or Charitable Contributions**. For the avoidance of doubt, Statements Question 9 excludes de minimis charitable contributions, including donations as may have been made at the local operational level.

e.   **Question 10 – Certain Losses**.  The Debtors have made commercially reasonable efforts to identify the Debtor entity for each loss, and, in instances where this could not be determined, the loss is included in the Statements and Schedules of Marelli Holdings.  Given the scale of the Debtors' operational footprint, certain losses cannot be tracked by the Debtors with complete accuracy.  Accordingly, such losses are accounted for elsewhere on the Debtors' Schedules based on general ledger accounts that capture such losses.

f.   **Question 11 – Payments Related to Bankruptcy**.  All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are included in the response to Statements Question 11 of Marelli Holdings even where, for administrative convenience, certain payments were made by subsidiary Debtors.  Any such payment made by a subsidiary Debtor may result in an intercompany charge and a liability to such Debtor owed by Marelli Holdings.  All payments were made for the benefit of all Debtors.

Due to the nature of certain professionals' work, distinguishing payments related to the Debtors' bankruptcy proceedings from payments for services unrelated to the Debtors' bankruptcy proceedings can be difficult.  Accordingly, the Debtors' response to Statements Question 11 may include some payments related to non-bankruptcy-related services.  Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders.

The Debtors' response to Statements Question 11 includes payments made to professionals retained by the Debtors but not payments made to advisors of any of their prepetition secured lenders or other parties.

g.   **Question 16 – Personally Identifiable Information**.  The Debtors collect a limited amount of information from individuals in the ordinary course of business.  A full list of information collected and the applicable privacy policies are available on the Debtors' website at https://marelli.com/en/policy/privacy-policy.html.

h.   **Question 20 – Off-Premises Storage**.  The Debtors' response to Statements Question 20 does not include owned in-transit goods.  The collection of this specific information would be a time-consuming exercise, as the in-transit goods may be handled by different shipping vendors at any given point in time.  Further, such in-transit goods are accounted for on the Debtors' Schedule of Assets in Schedule A/B Part 5 (inventory, excluding agriculture assets).  The Debtors' response to Statements Question 20 likewise does not include cloud-based storage of electronic information.

i.   **Question 25 – Other Businesses in which the Debtor Has or Has Had an Interest**.  The Debtors' response to Statements Question 25 includes legal entities

(including operating businesses) in which the Debtors currently have or historically have had an interest.

j.      **Question 26 – Books, Records, and Financial Statements**.  From time to time, the Debtors provide certain parties such as banks, auditors, potential investors, vendors, and financial advisors with financial statements.  The Debtors do not maintain detailed records tracking such disclosures, and so such parties are not included in Statements Question 26.

k.      **Question 27 – Inventories of the Debtors' Property**.  The Debtors perform full, "wall-to-wall" physical inventories on an annual basis.  In addition, the Debtors perform targeted cycle counts on a periodic basis throughout the year at frequencies determined in accordance with the Debtors' policies.  The Debtors' response to Statements Question 27 sets forth information regarding the Debtors' most recent wall-to-wall inventories, conducted in December 2024.

l.      **Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders**.  Refer to the Methodology section regarding all payments to insiders.

m.      **Question 31 – Consolidated Tax Groups.**  The Debtors conduct business in multiple countries.  Certain Debtors have been members of consolidated group for tax purposes with other Debtors in the same country.  The Debtors' response to Statements Question 31 sets forth information regarding these tax groups, including the parent Debtor entity in each applicable country and such Debtor's tax identification number, even where such identification number is not a U.S. federal Employer Identification Number (EIN).

n.      **Question 32 – Pension Fund Contributions.**  Certain Debtors have made (and continue to make) contributions to pension funds outside the United States.  Applicable laws, regulations, and practices governing pension contributions vary significantly in different countries.  Accordingly, "pension funds" within the meaning under U.S. law may differ, may not exist in the same form, or may not exist at all in certain countries.  In some countries, contributions are made not to private pension plans but to national public welfare funds.  Out of an abundance of caution and in the interest of full disclosure, the Debtors' response to Statements Question 32 includes certain such contributions even where they may not strictly align with the definition of contribution to "pension funds" under applicable U.S. law.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    Marelli Europe S.p.A.

United States Bankruptcy Court for the:    District of Delaware

Case number (If known):    25-11109

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** **Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**

     Copy line 88 from *Schedule A/B* ......................................................................................................

     $     28,985,943.73*

   1b. **Total personal property:**

     Copy line 91A from *Schedule A/B* ...................................................................................................

     $     1,331,807,275.63*

   1c. **Total of all property:**

     Copy line 92 from *Schedule A/B* ....................................................................................................

     $     1,360,793,219.36*

---

**Part 2:** **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..........................................

   $     Undetermined

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................................................

     $     Undertermined

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................................

     **+** $     3,706,024,366.95*

4. **Total liabilities** ......................................................................................................................................

   Lines 2 + 3a + 3b

   $     3,706,024,366.95*

---

**\*Plus Undetermined Amounts**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   Marelli Europe S.p.A.

United States Bankruptcy Court for the:   District of Delaware

Case number (If known)  25-11109

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**                                                                    $            0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1 See Attached Rider | | ___ ___ ___ ___ | $    157,183,567.10 |
| 3.2 | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1 None | | $            0.00 |
| --- | --- | --- |
| 4.2 | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $    157,183,567.10

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☑ Yes. Fill in the information below.                                     Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1 GUARANTEE DEPOSITS | $    756,946.84 |
| --- | --- |
| 7.2 | $ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1  ADVANCES TO SUPPLIERS FOR GOODS AND SERVICES                             $          167,500.23

   8.2  COMMERCIAL AND OTHER PREPAID EXPENSES                                     $       13,481,623.61

9. **Total of Part 2.**                                                          $       14,406,070.68

   Add lines 7 through 8. Copy the total to line 81.

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐  No. Go to Part 4.

    ☑  Yes. Fill in the information below.

                                                                                **Current value of debtor's
                                                                                interest**

11. **Accounts receivable**

    11a. 90 days old or less:      54,973,647.58    —      346,644.48      =  ......  →    $       54,627,003.11
                                   face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:          4,277,649.67    —     4,277,649.67     =  ......  →    $                0.00
                                   face amount          doubtful or uncollectible accounts

12. **Total of Part 3**                                                          $       54,627,003.11

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☐  No. Go to Part 5.

    ☑  Yes. Fill in the information below.                    **Valuation method         Current value of debtor's
                                                               used for current value     interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 None                                                                    $                0.00

    14.2                                                                         $

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

    15.1 See Attached Rider                          %                          $        Undetermined

    15.2                                             %                          $

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

    16.1 None                                                                    $                0.00

    16.2                                                                         $

17. **Total of Part 4**                                                          $        Undetermined

    Add lines 14 through 16. Copy the total to line 83.

**\*Plus Undetermined Amounts**

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| RAW MATERIALS | UNDETERMINED<br>MM / DD / YYYY | $ 35,696,451.72 | NET BOOK VALUE | $ 35,696,451.72 |
| **20. Work in progress** | | | | |
| WORK IN PROGRESS | UNDETERMINED<br>MM / DD / YYYY | $ 12,806,746.49 | NET BOOK VALUE | $ 12,806,746.49 |
| **21. Finished goods, including goods held for resale** | | | | |
| FINISHED GOODS | UNDETERMINED<br>MM / DD / YYYY | $ 5,923,634.92 | NET BOOK VALUE | $ 5,923,634.92 |
| **22. Other inventory or supplies** | | | | |
| TOOLING OR SUPPLIES | UNDETERMINED<br>MM / DD / YYYY | $ 14,115,308.42 | NET BOOK VALUE | $ 14,115,308.42 |

**23. Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ 68,542,141.55

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes. Book value $ ___Undetermined___ Valuation method _N/A___ Current value $ ___Undetermined___

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | | $ _____ |

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.                    $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No
      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No
   ☐ Yes. Book value  $ _____    Valuation method _____    Current value  $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No
   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No
   ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38 **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☑ No. Go to Part 8.
   ☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39. **Office furniture** | $ _____ | _____ | $ _____ |
| 40. **Office fixtures** | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ _____ | _____ | $ _____ |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.                    $ _____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☐ No
   ☐ Yes

Debtor    Marelli Europe S.p.A.                                          Case number (If known)  25-11109
_____
          Name

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐   No. Go to Part 9.
☑   Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 LEASED VEHICLES | $ 3,649,993.11 | NET BOOK VALUE | $ 3,649,993.11 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 None | $ | | $ 0.00 |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 None | $ | | $ 0.00 |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See Attached Rider | $ 180,656,501.74* | | $ 180,656,501.74* |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.                    $ 184,306,494.85*

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐   No
☑   Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑   No
☐   Yes

**\*Plus Undetermined Amounts**

| **Part 9:** | **Real property** |
| --- | --- |

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1  See Attached Rider | | $    28,985,943.73* | | $    28,985,943.73* |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$    28,985,943.73*

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General Description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of debtor's<br>interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| See Attached Rider | $    Undetermined | | $    Undetermined |
| 61. **Internet domain names and websites** | | | |
| See Attached Rider | $    Undetermined | | $    Undetermined |
| 62. **Licenses, franchises, and royalties** | | | |
| None | $ | | $    0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| CUSTOMER LISTS | $    Undetermined | N/A | $    Undetermined |
| 64. **Other intangibles, or intellectual property** | | | |
| None | $ | | $    0.00 |
| 65. **Goodwill** | | | |
| GOODWILL | $    Undetermined | N/A | $    Undetermined |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$    Undetermined

*Plus Undetermined Amounts

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

| None | | | | | | | $ | 0.00 |
|---|---|---|---|---|---|---|---|---|
| | Total Face Amount | — Doubtful or uncollectible Amount | = → | | | | | |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| VARIOUS TAX ATTRIBUTES | Tax Year | VARIOUS | $ | Undetermined |
|---|---|---|---|---|
| | Tax Year | | $ | |
| | Tax Year | | $ | |

73. **Interests in insurance policies or annuities**

| See Attached Rider | $ | Undetermined |
|---|---|---|

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| None | $ | 0.00 |
|---|---|---|

**Nature of Claim**

**Amount Requested**  $

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| See Attached Rider | $ | Undetermined |
|---|---|---|

**Nature of Claim**

**Amount Requested**  $

76. **Trusts, equitable or future interests in property**

| None | $ | 0.00 |
|---|---|---|

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

| See Attached Rider | $ | 852,741,998.34 |
|---|---|---|
| | $ | |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 852,741,998.34*

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

*****Plus Undetermined Amounts**

| Debtor | Marelli Europe S.p.A. | Case number (If known) | 25-11109 |
|--------|----------------------|------------------------|----------|
|        | Name                 |                        |          |

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $    157,183,567.10 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $    14,406,070.68 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $    54,627,003.11 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $    Undetermined | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $    68,542,141.55 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $    0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $    0.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $    184,306,494.85* | |
| 88.  **Real property.** *Copy line 56, Part 9.* . .............................................................→ | | $28,985,943.73* |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $    Undetermined | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | $    852,741,998.34* | |
| 91.  **Total.** Add lines 80 through 90 for each column.............................91a. | $    1,331,807,275.63* | + 91b.   $28,985,943.73* |

92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.................................................................   $ 1,360,793,219.36*

**\*Plus Undetermined Amounts**

Debtor Name:  Marelli Europe S.p.A.                                                                                                Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| BANCA POPOLARE DI SONDRIO | OPERATING ACCOUNT | **3X09 | $2,610.01 |
| BANCA POPOLARE DI SONDRIO | RESTRICTED ACCOUNT | **4/76 | $38,590.94 |
| BANCA POPOLARE DI SONDRIO | RESTRICTED ACCOUNT | **6/95 | $1,994,595.22 |
| CITIBANK | CASH POOLING - HEADER ACCOUNT | **2886 | $23,178.63 |
| CITIBANK | CASH POOLING - HEADER ACCOUNT | **2924 | $0.00 |
| CITIBANK | CASH POOLING - HEADER ACCOUNT | **2932 | $6,534,402.73 |
| CITIBANK | CASH POOLING - HEADER ACCOUNT | **5424 | $261,118.33 |
| CITIBANK | CASH POOLING - HEADER ACCOUNT | **6457 | $507,716.46 |
| CITIBANK | CASH POOLING - HEADER ACCOUNT | **7461 | $201,999.52 |
| CITIBANK | CASH POOLING - HEADER ACCOUNT | **7488 | $302,697.39 |
| CITIBANK | CASH POOLING - HEADER ACCOUNT | **7496 | $107,221,806.74 |
| CITIBANK | CASH POOLING - HEADER ACCOUNT | **7518 | $780,106.71 |
| CITIBANK | CASH POOLING - HEADER ACCOUNT | **7534 | $3,083,746.82 |
| CITIBANK | CASH POOLING - HEADER ACCOUNT | **7542 | $20,010,109.83 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **1850 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **2908 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **2916 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **2940 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **2959 | $0.00 |

Debtor Name:  Marelli Europe S.p.A.                                                                Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **2967 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **7029 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **7037 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **7045 | $145,115.84 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **7526 | $104,400.58 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **7618 | $0.00 |
| CITIBANK | OPERATING ACCOUNT | **1635 | $2,405.81 |
| CITIBANK | OPERATING ACCOUNT | **4438 | $6.93 |
| CITIBANK | OPERATING ACCOUNT | **5442 | $5,438.24 |
| CITIBANK | OPERATING ACCOUNT | **8557 | $8,542.28 |
| CITIBANK | OPERATING ACCOUNT | **942 | $0.00 |
| CITIZENS BANK | OPERATING ACCOUNT | **1007 | $71,000.00 |
| JP MORGAN CHASE BANK | CASH POOLING - HEADER ACCOUNT | **9686 | $123,259.93 |
| JP MORGAN CHASE BANK | CASH POOLING - HEADER ACCOUNT | **9697 | $15,568,792.51 |
| JP MORGAN CHASE BANK | OPERATING ACCOUNT | **9689 | $49,223.73 |
| MIZUHO BANK | OPERATING ACCOUNT | **0003 | $0.00 |
| UNICREDIT | OPERATING - TAX ACCOUNT | **9036 | $142,701.92 |
| | | **TOTAL** | **$157,183,567.10** |

Debtor Name:  Marelli Europe S.p.A.                                                                              Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| ANFIA AUTOMOTIVE S.C.R.L. | 5.1 | N/A | Undetermined |
| AUTOMOTIVE LIGHTING UK LIMITED | 100 | N/A | Undetermined |
| CRF S.C.P.A. | 2 | N/A | Undetermined |
| FCA SECURITY S.C.P.A. | 1.49 | N/A | Undetermined |
| HMC MM AUTO LTD | 40 | N/A | Undetermined |
| LEDDARTECH INC. | 3.7 | N/A | Undetermined |
| MAGNETI MARELLI ARGENTINA S.A. | 95 | N/A | Undetermined |
| MAGNETI MARELLI CONJUNTOS DE ESCAPE S.A. | 99.97 | N/A | Undetermined |
| MAGNETI MARELLI DO BRASIL INDÚSTRIA E COMÉRCIO S.A | 100 | N/A | Undetermined |
| MARELLI (CHINA) CO., LTD | 100 | N/A | Undetermined |
| MARELLI (INDIA) PRIVATE LIMITED | 100 | N/A | Undetermined |
| MARELLI AFTERMARKET ITALY S.P.A. | 100 | N/A | Undetermined |
| MARELLI ARGENTAN FRANCE | 100 | N/A | Undetermined |
| MARELLI AUTOMOTIVE CHASSIS SYSTEM (GUANGZHOU) CO., LTD. | 100 | N/A | Undetermined |
| MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. | 100 | N/A | Undetermined |
| MARELLI AUTOMOTIVE D.O.O. BEOGRAD | 100 | N/A | Undetermined |
| MARELLI AUTOMOTIVE ELECTRONICS (GUANGZHOU) CO., LTD. | 100 | N/A | Undetermined |
| MARELLI AUTOMOTIVE LIGHTING (FOSHAN) CO., LTD. | 100 | N/A | Undetermined |
| MARELLI CLUJ ROMANIA S.R.L. | 100 | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                                                Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| MARELLI ESPAÑA S.A. | 100 | N/A | Undetermined |
| MARELLI FRANCE | 100 | N/A | Undetermined |
| MARELLI INTERNATIONAL TRADING (SHANGHAI) CO., LTD | 100 | N/A | Undetermined |
| MARELLI KECHNEC SLOVAKIA S.R.O. | 100 | N/A | Undetermined |
| MARELLI MOROCCO LLC | 99 | N/A | Undetermined |
| MARELLI MOTHERSON AUTOMOTIVE LIGHTING INDIA PRIVATE LIMITED | 50 | N/A | Undetermined |
| MARELLI POWERTRAIN (HEFEI) CO., LTD. | 100 | N/A | Undetermined |
| MARELLI POWERTRAIN INDIA PRIVATE LIMITED | 51 | N/A | Undetermined |
| MARELLI SISTEMAS AUTOMOTIVOS INDÚSTRIA E COMÉRCIO BRASIL LTDA | 72.808 | N/A | Undetermined |
| MARELLI SKH EXHAUST SYSTEMS PRIVATE LIMITED | 50 | N/A | Undetermined |
| MARELLI SMART ME UP | 100 | N/A | Undetermined |
| MARELLI SOPHIA ANTIPOLIS FRANCE | 100 | N/A | Undetermined |
| MARELLI SUSPENSION SYSTEMS ITALY S.P.A. | 100 | N/A | Undetermined |
| MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V. | 99.967 | N/A | Undetermined |
| MARELLI UM ELECTRONIC SYSTEMS PRIVATE LIMITED | 60.48 | N/A | Undetermined |
| MARELLI YOKOHAMA CO., LTD. | 100 | N/A | Undetermined |
| SAIC MARELLI POWERTRAIN CO. LTD | 50 | N/A | Undetermined |
| SKH MARELLI EXHAUST SYSTEMS PRIVATE LIMITED | 50 | N/A | Undetermined |
| ZHEJIANG WANXIANG MARELLI SHOCK ABSORBERS CO. LTD. | 50 | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                          Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Europe S.p.A.                                          Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| ADVANCE PAYMENTS ON TANGIBLE ASSETS IN PROGRESS | $500,076.28 | NET BOOK VALUE | $500,076.28 |
| OWNED ASSETS | $4,024,841.18 | NET BOOK VALUE | $4,024,841.18 |
| OWNED INDUSTRIAL EQUIPMENT | $9,321,157.45 | NET BOOK VALUE | $9,321,157.45 |
| OWNED PLANT AND MACHINERY | $138,731,643.51 | NET BOOK VALUE | $138,731,643.51 |
| RENTED/LEASED ASSETS | $56,349.69 | NET BOOK VALUE | $56,349.69 |
| RENTED/LEASED INDUSTRIAL EQUIPMENT | $41,454.54 | NET BOOK VALUE | $41,454.54 |
| RENTED/LEASED PLANT AND MACHINERY | $1,139,641.18 | NET BOOK VALUE | $1,139,641.18 |
| TANGIBLE ASSETS IN PROGRESS | $26,841,337.91 | NET BOOK VALUE | $26,841,337.91 |
| 18 PROPERTY LEASES - CORBETTA PLANT | Undetermined | NET BOOK VALUE | Undetermined |
| CONTRATTO COMFLEET - RENTAL | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1184015594-GH324YP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1184015594-GJ497VL | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1184015594-GJ646HY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1184015594-GJ773CN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1184015594-GJ918FB | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1184015594-GJ981HY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1184015594-GK193LG | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1200583127-FD905DM | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201353005-GA771XL | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201612715-GF930BS | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201668055-GE049PW | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201703397-GF855LH | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201710502-GG240CT | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: 1201710612-GG238CT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201769747-GG579KK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201769748-GG569KK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201769831-GG346KK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201770380-GG147KK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201771370-GG572KK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201773680-GH549YS | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201776012-GJ350CK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201781677-GL138PF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201781682-GH534GV | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201782230-GH227GW | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201796465-GF560RD | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201796654-GH051MT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201796664-GH254MT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201810591-GG350KK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201811221-GH391MT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201822884-GG773FZ | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201851017-GH212MT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201863586-GJ769CN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201865234-GH111YS | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201865236-GG686WB | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201881674-GH323YP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201881678-GH901MT | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: 1201882074-GH322YP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201882138-GH934MT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201882145-GH692MT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201884257-GJ801SY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201884374-GJ806SY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201884481-GJ798SY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201884614-GH903MT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201892966-GJ863SY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201892969-GH321YP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201893246-GH700MT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201894843-GH329YP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201895433-GJ157CN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201895642-GJ860SY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201905349-GJ753CN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201905350-GJ086CN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201920585-GH865MT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201920586-GH866MT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201920587-GJ044CN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201920588 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201920589-GJ089CN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201920770-GH905MT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201920771-GH861MT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201920772-GH488YP | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: 1201920773-GP955XJ | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201920774-GM737PF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201920838-GJ993SY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201920839-GH490YP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201920850-GH487YP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201920851-GH858MT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201921865-GH486YP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201929013-GH168YP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201929014-GH241YP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201929285-GH242YP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201929333-GH248YP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201929337-GH331YP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201935744-GJ798HY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201935745-GJ310CN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201935906-GJ313CN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201935907-GP676ZB | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201936223-GH334YP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201936224-GH349YP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201936225-GJ799HY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201937161-GJ666HY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201940645-GH243YP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201940646-GJ669HY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201942795-GH489YP | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: 1201942796-GJ260CN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201947486-GJ708HY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201947487-GJ573HY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201947488-GJ649HY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201947489-GJ709HY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201947970-GJ562HY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201947972-GJ372CN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201948020-GJ371CN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201948021-GJ710HY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201948025-GJ714HY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201948293-GJ706HY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201948294-GJ525CN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201949426-GJ643HY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201949427-GJ756CN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201954432-GJ839CN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202158780-GL136ZH | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202160629-GN473EY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202160701-GS914NP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202160702-GM675BP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202162484-GP320AR | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202178930-GM852DA | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202217853-GN117RW | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202217866-GP062FC | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                         Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: 1202224152-GP101FC | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202227118-GS366DW | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202235202-GR097RX | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202235409-GN443EX | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202235480-GN456ET | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202235481-GN314CT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202235482-GP469PS | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202235483-GN400NN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202235484-GN457ET | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202235488-GP463PS | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202236655-GP388FC | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202237354-GN150EY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202237355-GN394EX | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202237357-GN937CV | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202237358-GN401EX | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202237368-GN311CT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202237393-GN384EX | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202237440-GN834WP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202237441-GN826WP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202239384-GN153EY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202239753-GN325NM | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202239754-GN145EY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202240777-GN410EX | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                              Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: 1202241893-GN954GT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202241911-GP467PS | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242302-GP212VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242303-GP466PS | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242304-GP225VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242732-GN413EX | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242733-GN964GT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242734-GP013VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242735-GN439EX | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242736-GN950GT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242737-GP003VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242739-GP278VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242740-GP652VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242741 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242742-GP031VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242743-GP030VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242744-GP004VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242745-GP346VG | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242749-GN836WP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202242865-GP191VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202243258-GP972SR | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202243259-GP028VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202243391-GP968SR | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: 1202243392-GP008VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202243396 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202243397-GP006VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202243398-GN673XR | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202243399-GP966SR | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202243400-GP002VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202243402-GM846PF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202243403-GN411EX | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202243404-GN325CT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202243405-GN726KZ | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202243407 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202243408-GP981SR | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202243409-GP272VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202243430-GP009VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202243432-GP005VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202245121-GN978GT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202245122-GP189VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202245123-GN955GT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202245124-GM842PF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202245125-GN310GT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202245126-GN420EX | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202245127-GP465PS | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202245140-GN829WP | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: 1202245142-GN577EX | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202245143-GN415EX | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202245145-GP303VG | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202245146-GN969GT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202245147-GN011KY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202245148-GN309CT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202245149-GN309GT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202245160-GP129ZB | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202245161-GP142ZB | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202245162-GP301VG | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202245167-GP030VG | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202245168-GP034VG | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202245169-GN326NM | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202248613-GP843BP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202248614-GP469ZB | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202248615-GP948XJ | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202248616-GP386FC | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202251336-GP980SR | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202251843-GP119ZC | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202251847-GP300VG | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202251884-GP289VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202251885-GN324NM | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202251886-GP188VF | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                 Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: 1202251888-GN012KY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202251890-GP122ZC | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202256423-GN957GT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202282884-GR590CS | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202282885-GR319GC | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202282886-GR676CS | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202282887-GR848CS | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202282888-GR318GC | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202282889-GR583CS | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202283380 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202284188-GN831WP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202284340-GN833WP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202290446 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202290448-GR584CS | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202290544-GP302VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202293347-GP115KX | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202294557-GR885CS | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202294558-GR759HC | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202294580-GR391SB | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202295338-GR677CS | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202295339-GR160LY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202298948-GR250GC | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202299910-GN331CT | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                          Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: 1202299998-GL095WV | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202300278-GN326CT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202300340-GN474NN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202300857-GN416NN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202300996-GP229VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202300999-GN462VA | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202301046-GN461VA | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202302042-GP687FD | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202302043-GR047DW | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202303707-GR563CS | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202436569-GN269EY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202468510-GN193WN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202478085-GR549SB | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202565862-GP000VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202575209-GN827WP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202618926-GN835WP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202633047-GS571RD | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202633048-GS569RD | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202635426-GS653RD | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202635434-GS138NR | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202635435-GS135NR | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202637005-GS599WY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202637064-GS740RD | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                     Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: 1202638204-GT828BL | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202638205-GT799FV | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202638206-GS756WY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202638207-GS998XB | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202638208-GS457WY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202638209-GS895NR | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202638290-GT612FV | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202638292-GT462FV | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202638293-GT815FV | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202639871-GS585RD | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202640181-GS654RD | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202640241-GS527WY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202640243-GS505NR | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202640244-GS464WY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202640288-GS891NR | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202641171-GS570RD | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202651612-GS658RD | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202652600-GS531WY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202652745-GT259LJ | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202652870-GS596WY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202655305-GT761DC | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202655306-GS733RD | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202660381-GS994RD | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: 1202660382-GW833GJ | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202660383-GS991RD | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202662014-GT833BL | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202662051-GS640RE | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202662410 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202662411-GS537WY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202664124-GS455WY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202664166-GS453WY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202665128-GT110FT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202668922-GS757WY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202668923-GS463WY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202669553-GV710RJ | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202671131-GT830BL | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202753807-GT439VG | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202770248-GT057VK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202772315-GT966LJ | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202772418-GV179GV | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202776936-GT428VK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202776937-GT998SG | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202782064-GV178GV | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202784271-GV182GV | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202784272-GT016VK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202788739-GT208VK | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: 1202788961-GW609HZ | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202789942-GT531VL | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202791887-GV876KK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202793685-GT978VK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202794501-GV883KK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202795503-GT808VL | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202797407-GV877KK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202797408-GW310GH | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202804547-GV724RK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202809129-GV628YX | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202814353-GV200GV | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202814354-GV637RK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202814358-GV725RK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202817845-GV617YX | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202820586-GV733RK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202847551-GV668GW | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202860782-GV137YY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202863131-GV148YY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202863328-GV182YY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202873922-GV147YY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202873942-GV064YY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202874170-GW732GH | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202883435-GV066YY | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: 1202897129-GW392GJ | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202897150-GW783GH | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202897188-GW782GH | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202899494-GW808GH | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202899600-GV744RK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202900862-GV511RK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202902815-GW810GH | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202905518-GW733GH | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202906792-GW875GH | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202928369-GW402GJ | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202946646-GW961HZ | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202946647-GW960HZ | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202946935-GW943HZ | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202947021-GW702HZ | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202947022-GW861HZ | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202947799 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202950324-GW811GH | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202953492-GW659HZ | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202968415-GW890JA | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202990914-GP302VG | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1203072083-GW908GH | Undetermined | NET BOOK VALUE | Undetermined |
| FORK LIFT LEASE AGREEMENT - JUNGHEINRICH IT SRL | Undetermined | NET BOOK VALUE | Undetermined |
| FOUR PROPERTY LEASES IN VENARIA | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                  Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| INFRASTRUCTURE STORAGE UPGRADE - ITA 297 HPFS | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - COMPRESOR ROOM | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - CVR IMMOBILIARE 2020 | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - IMMOBILIARE DELL'AQUILA CHRISTIAN | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - SIRAM SPA | Undetermined | NET BOOK VALUE | Undetermined |
| LOCAZIONE MARELLI - CILLIS | Undetermined | NET BOOK VALUE | Undetermined |
| LOCAZIONE MARELLI - FINI | Undetermined | NET BOOK VALUE | Undetermined |
| LOCAZIONE MARELLI - GIULIA SRL | Undetermined | NET BOOK VALUE | Undetermined |
| LOCAZIONE MARELLI - MY SUITES HOME | Undetermined | NET BOOK VALUE | Undetermined |
| LOCAZIONE MARELLI - VERGA | Undetermined | NET BOOK VALUE | Undetermined |
| LOCAZIONE MARELLI - ZANOTTI | Undetermined | NET BOOK VALUE | Undetermined |
| TWO STORAGE SERVERS | Undetermined | NET BOOK VALUE | Undetermined |
| | | **TOTAL** | **$180,656,501.74** + Undetermined Amounts |

Debtor Name:  Marelli Europe S.p.A.                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| VARIOUS | OWNED INDUSTRIAL BUILDINGS | $15,493,914.09 | NET BOOK VALUE | $15,493,914.09 |
| VARIOUS | RENTED/LEASED INDUSTRIAL BUILDINGS | $11,343,313.01 | NET BOOK VALUE | $11,343,313.01 |
| VARIOUS | OWNED LAND | $2,148,716.63 | NET BOOK VALUE | $2,148,716.63 |
| BARI PLANT, VIA DELLE ORTENSIE 15/17, MODUGNO, 70026, ITALY | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| BOLOGNA OFFICES & ENG, VIA DEL TIMAVO 33 , BOLOGNA, 40131, ITALY | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| VENARIA REALE PLANT, VIA GIUSEPPE CAVALLO, 18, VENARIA REALE, 10078, ITALY | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| CAIVANO PLANT, ZONA INDUSTRIALE ASI, AGGLOMERATO ASI PASCAROLA, CAIVANO, 80023, ITALY | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| CORBETTA PLANT, OFFICES, WAREHOUSE & R&D, VIALE ALDO BORLETTI 61/63, CORBETTA, 20011, ITALY | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| MILAN MGMT. OFFICE, VIA MERAVIGLI 2, MILANO, 20121, ITALY | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| VENARIA REALE OFFICES AND R&D, VIALE CARLO EMANUELE II, 118/150, VENARIA REALE, 10078, ITALY | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| | | | TOTAL | **$28,985,943.73**<br>+ Undetermined Amounts |

Debtor Name:  Marelli Europe S.p.A.                                                                  Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. ARP230100341<br>STATUS:<br>COUNTRY: ARGENTINA | Undetermined | N/A | Undetermined |
| PATENT NO. BR102012020075<br>STATUS:<br>COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR102013004207<br>STATUS:<br>COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR102013009438<br>STATUS:<br>COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR102014009509<br>STATUS:<br>COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR102020014638<br>STATUS:<br>COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR102021012039<br>STATUS:<br>COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR102021014450<br>STATUS:<br>COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR102021021462<br>STATUS:<br>COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR102022010468<br>STATUS:<br>COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR102022026854<br>STATUS:<br>COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR102023004622<br>STATUS:<br>COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR102023004637<br>STATUS:<br>COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR102023020713<br>STATUS:<br>COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR102024012182<br>STATUS:<br>COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR102024014153<br>STATUS:<br>COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR102024014164<br>STATUS:<br>COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR102024019205<br>STATUS:<br>COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. CA3046312<br>STATUS: PENDING<br>COUNTRY: CANADA | Undetermined | N/A | Undetermined |
| PATENT NO. CA3190355<br>STATUS: PENDING<br>COUNTRY: CANADA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200510098677<br>STATUS: ACTIVE<br>COUNTRY: CHINA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                                          Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. CN200510112869 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200510130194 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200610001925 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200610079013 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200610082899 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200610091184 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200610138054 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200610141859 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200610168276 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200710090418 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200710096711 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200710149159 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200710198754 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200710306337 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200780030241 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810085255 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810098991 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810107911 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810109912 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810133211 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810134756 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |

Debtor Name: Marelli Europe S.p.A.                                                                    Case Number: 25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. CN200810135634 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810135635 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810168313 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810173020 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810173023 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810173772 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810180180 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200910132249 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200910135366 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200910166838 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200910203809 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200910246096 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200910246318 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200910258876 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201010124818 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201010126765 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201010155528 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201010183030 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201010514631 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201010514632 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201010514633 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. CN201010543594 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201010543609 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201010622178 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201110075418 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201110091656 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201110091678 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201110132434 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201110285643 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201110295816 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201110296465 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201110301470 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201110303134 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201110355679 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201110355906 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201210030467 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201210102470 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201210116982 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201210269044 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201210287677 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201210287722 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201210287734 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                 Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. CN201210393607 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201310057457 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201310057466 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201310148019 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201310149448 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201310224482 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201310233767 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201310233954 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201310234143 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201310463565 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201310520980 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201310644125 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201410154934 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201410204327 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201410441811 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201410466349 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201410554317 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201410709593 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201510031184 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201510131341 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201510236705 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. CN201510236769 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201510490912 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201510511854 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201510566197 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201510662134 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201510708570 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201510724908 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201510784816 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201510857539 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201510970219 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201510974629 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201580059350 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201610061405 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201610061442 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201610101889 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201610244600 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201610244604 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201610244866 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201610683468 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201610956703 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201610969150 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. CN201611182533 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201611201002 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201611208318 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201611236118 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201680075985 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201710100347 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201710118056 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201710334708 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201710386588 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201710392275 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201710500095 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201710541803 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201710672103 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201710931332 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201711099274 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201711124133 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201711433267 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201711433311 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201720106326U STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201721234028U STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201780065004 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. CN201780067735 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201780076996 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201810422161 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201810444185 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201810469939 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201810490331 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201810552057 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201811044491 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201811095957 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201811308860 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201811564186 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201811608381 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201910037388 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201910101014 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201910115094 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201910147612 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201910186203 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201910248857 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201910452818 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201910453606 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201910585984 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. CN201910616219 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201910713838 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201910772315 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201910984411 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201911033912 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201911091914 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. DE102016113605 STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE102016113606 STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE102021104645 STATUS: PENDING COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE202016105327U STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE202017100450U STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE202017105799U STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE202018006476U STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE202020103754U STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE202021103840U STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE202023100690U STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602005000514T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602005002315T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602005002367T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602005003513T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602005005431T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. DE602005008628T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602005009025T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602005011625T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602005013251T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602005015259T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602005017546T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602005019708T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006000409T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006001656T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006001977T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006004297T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006004355T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006004740T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006004848T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006005160T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006005165T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006005167T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006005385T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006007149T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006007478T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006007684T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                          Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. DE602006008646T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006009796T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006012109T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006012963T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006016297T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006018043T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006018141T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006019080T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006020604T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006021531T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007000967T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007001129T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007001130T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007001878T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007001880T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007002150T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007003310T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007003391T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007003822T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007004098T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007004239T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. DE602007004511T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007004867T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007005152T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007005240T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007005260T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007005469T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007005923T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007005934T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007006173T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007006656T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007006972T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007007331T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007007586T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007007597T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007007601T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007007745T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007008450T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007009103T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007009109T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007009278T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007009330T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. DE602007009520T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007009820T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007009976T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007010165T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007011066T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007011441T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007011947T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007012568T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007012687T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602008000877T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602008002403T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602008003300T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602008003403T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602008003407T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602008003664T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602008004532T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602008004647T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602008005015T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602008005587T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602008006063T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602008006233T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                          Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. DE602009000656T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. EP05106781 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP05108278 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP05109645 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP05112273 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP05425478 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP05425931 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP06425096 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP06425097 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP06425098 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP06425240 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP06425412 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP06425612 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP06425687 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP06425747 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP06425763 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP06425771 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP06425829 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP06425869 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07425011 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07425080 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. EP07425137<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07425255<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07425300<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07425346<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07425348<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07425411<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07425414<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07425416<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07425426<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07425428<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07425457<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07425534<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07425564<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07425566<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07425596<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07425598<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07425751<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07425752<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07425832<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07425834<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07804570<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. EP08173142 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP08425083 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP08425206 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP08425280 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP08425335 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP08425498 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP08425609 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP08425628 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP08425681 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP08425750 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP08425767 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP08425800 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP08425818 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP08425825 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP09158337 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP09160703 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP09168056 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP09168434 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP09425157 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP09425168 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP09425546 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. EP10152454 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP10153519 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP10154776 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP10158190 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP10162796 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP10162798 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP10165432 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP10177737 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP10187584 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP10187594 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP10187607 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP10187609 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP10189820 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP10189823 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP10195525 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP10197216 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11150760 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11151049 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11159093 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11161583 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11161584 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                        Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. EP11166459 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11166746 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11166814 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11168740 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11175672 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11180834 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11180835 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11181724 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11182648 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11183014 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11183015 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11183016 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11183372 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11184229 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11184230 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11184233 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11188715 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11188716 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11195143 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11195542 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP12155004 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                      Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. EP12163647 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP12165068 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP12165069 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP12169094 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP12169101 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP12175211 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP12178556 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP12180341 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP12180343 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP12180344 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP12185612 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP12185663 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP12192878 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP12194186 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP12199504 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP13153936 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP13156466 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP13164601 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP13165031 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP13170948 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP13171758 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                          Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. EP13171760 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP13171761 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP13179497 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP13184641 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP13190764 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP13193219 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP13197847 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP14164844 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP14168371 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP14182794 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP14184680 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP14189447 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP14192807 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP14196418 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP14200327 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15152024 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15159960 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15160650 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15162691 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15167046 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15167047 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. EP15167437 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15167442 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15173969 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15176731 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15179948 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15184126 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15189146 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15191733 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15192466 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15193132 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15193670 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15193692 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15194634 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15195487 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15196194 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15196531 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15197676 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15198775 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15199939 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15202214 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15805283 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. EP16152072 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16156448 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16160035 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16165688 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16165689 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16165691 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16167574 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16167581 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16177658 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16183020 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16183039 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16184315 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16187972 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16189360 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16191625 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16196629 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16200824 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16203868 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16206080 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16207195 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16836161 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                          Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. EP17154087 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP17162934 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP17170405 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP17171450 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP17180125 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP17194493 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP17198234 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP17199853 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP17201200 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP17208098 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP17208098 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP17210764 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP17210765 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP17805262 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP18160597 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP18164555 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP18170931 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP18171716 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP18172681 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP18173905 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP18179256 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. EP18182362 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP18186139 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP18204137 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP18210037 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP18212250 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP18213673 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP18214934 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19151979 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19154810 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19159816 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19161422 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19161487 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19165934 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19167655 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19177134 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19177136 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19184985 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19185100 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19189678 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19190581 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19203793 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                                  Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. EP19205850 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19207363 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19213565 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19218991 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19759733 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19759744 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19835729 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP20162309 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP20166519 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP20167372 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP20170091 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP20173948 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP20186047 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP20197291 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP20199020 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP20200704 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP20707526 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP20723526 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21159753 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21160567 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21163205 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                          Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. EP21175523<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21181638<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21195676<br>STATUS: PENDING<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21198364<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21202278<br>STATUS: PENDING<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21213903<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21215216<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21215221<br>STATUS: PENDING<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21215225<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22159026<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22159554<br>STATUS: PENDING<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22174802<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22175298<br>STATUS: PENDING<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22175320<br>STATUS: PENDING<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22181310<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22181841<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22181993<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22186641<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22189056<br>STATUS: ACTIVE<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22191124<br>STATUS: PENDING<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22191648<br>STATUS: PENDING<br>COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. EP22195298 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22202488 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22213787 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22213887 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22217397 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP23153233 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP23156006 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP23160043 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP23161166 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP23161178 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP23165556 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP23184383 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP23201578 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP23211425 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP23217286 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP24181463 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP24185644 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP24186779 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP24186792 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP24201038 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP24212564 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                              Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. ES05106773T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES05107008T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES05112273T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES05425435T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES05425478T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES05425537T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES05425686T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES05425834T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES05425931T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES05826410T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES06100482T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES06113246T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES06113550T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES06425088T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES06425317T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES06425556T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES06425679T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES06425680T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES06425698T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES06425771T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES06425789T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. ES06425829T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES06425831T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES07114744T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES07425755T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES08425799T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES13193219T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES16187972T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES18172681T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES21181638T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES21215225T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. FR1458610 STATUS: GRANTED COUNTRY: FRANCE | Undetermined | N/A | Undetermined |
| PATENT NO. FR2006873 STATUS: ACTIVE COUNTRY: FRANCE | Undetermined | N/A | Undetermined |
| PATENT NO. FR2107901 STATUS: ACTIVE COUNTRY: FRANCE | Undetermined | N/A | Undetermined |
| PATENT NO. FR2301358 STATUS: ACTIVE COUNTRY: FRANCE | Undetermined | N/A | Undetermined |
| PATENT NO. IN1645DE2009 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN201914048739 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN201914048739 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202014029874 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202014040225 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202114007347 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202114024575 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                        Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. IN202114031379 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202114046675 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202214029034 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202214048201 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202214057865 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202214068324 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202314010354 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202314011736 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202314013234 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202314015734 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202314015735 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202314024594 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202314065761 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202317041390 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202414046224 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202414051347 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202414051375 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202414069129 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN420CH2009 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IT201800004284 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT201800005760 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. IT201800005765 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT201800006825 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT201800007193 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT201900003829 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT201900006862 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT201900010686 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202000004003 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202000004009 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202000004474 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202000005683 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202000011899 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202000015346 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202000016015 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202000017767 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202000017773 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202000017989 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202000021841 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202000022396 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202000025363 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202100001871 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202100001880 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                      Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. IT202100001892 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202100004292 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202100004703 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202100013754 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202100014207 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202100014567 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202100014822 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202100017252 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202100017255 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202100017258 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202100020318 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202100021665 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202100022376 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202100022919 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202100023672 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202100023678 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202100029297 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202100033182 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202200001814 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202200002831 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202200003086 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. IT202200003917 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202200004115 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202200004607 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202200004694 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202200004700 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202200004703 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202200006179 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202200007619 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202200010091 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202200014590 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202200017991 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202200020604 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202200021861 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202200024240 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202200026010 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202300000021 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202300002025 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202300003162 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. IT202300004803 STATUS: COUNTRY: ITALY | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006297957 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009199674 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                                          Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2010206944 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012088474 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014174825 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014186157 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014212552 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015140417 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015158296 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015202561 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015243636 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016013144 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016013145 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016082158 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016082216 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016082326 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016089076 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016214989 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016249255 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017037057 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017095312 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017121464 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018100345 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2018164570 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018232894 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018237350 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019034595 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019041607 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019045444 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019063395 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019072637 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019099248 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019099296 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019120286 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019130335 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019142778 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019150207 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019189499 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019194992 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019202425 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019230718 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019531411 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2020043660 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2020060153 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2020063003 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2020074072 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2020084991 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2020122574 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2020161525 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2020171451 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2020560369 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021002870U STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021030261 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021032402 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021042292 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021089531 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021105703 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021148588 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021154222 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021170346 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021194043 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021207827 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021207828 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021207829 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021538257 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                                        Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2021558765 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2022090998 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2022145250 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2023000449U STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2023023599 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2023031733 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2023036415 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2023036593 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2023037749 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2023060730 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2023113797 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2023211995 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2024096638 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2024110036 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2024110658 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2024160718 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. KR20197020073 STATUS: ACTIVE COUNTRY: REPUBLIC OF KOREA | Undetermined | N/A | Undetermined |
| PATENT NO. PCT/IB2023/062249 STATUS: COUNTRY: WORLD INTELLECTUAL PROPERTY ORGANISATION (WIPO) | Undetermined | N/A | Undetermined |
| PATENT NO. PCT/IB2024/051054 STATUS: COUNTRY: WORLD INTELLECTUAL PROPERTY ORGANISATION (WIPO) | Undetermined | N/A | Undetermined |
| PATENT NO. PCT/IB2024/052425 STATUS: COUNTRY: WORLD INTELLECTUAL PROPERTY ORGANISATION (WIPO) | Undetermined | N/A | Undetermined |

Debtor Name: Marelli Europe S.p.A.                                                                        Case Number: 25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. RU2007128012 STATUS: COUNTRY: RUSSIAN FEDERATION | Undetermined | N/A | Undetermined |
| PATENT NO. RU2008108945 STATUS: COUNTRY: RUSSIAN FEDERATION | Undetermined | N/A | Undetermined |
| PATENT NO. RU2009118017 STATUS: COUNTRY: RUSSIAN FEDERATION | Undetermined | N/A | Undetermined |
| PATENT NO. RU2011152911 STATUS: COUNTRY: RUSSIAN FEDERATION | Undetermined | N/A | Undetermined |
| PATENT NO. US 10/939,968 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 11/128,696 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 11/222,225 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 11/253,787 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 11/300,003 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 11/418,458 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 11/427,934 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 11/436,999 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 11/707,430 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 11/707,666 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 11/732,907 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 11/782,206 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 11/897,815 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 11/973,785 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 11/983,805 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/001,998 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/008,434 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                 Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. US 12/042,393 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/150,639 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/153,621 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/156,779 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/167,609 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/167,994 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/170,094 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/177,922 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/234,901 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/283,466 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/292,792 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/309,117 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/324,117 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/382,716 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/385,896 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/390,722 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/429,026 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/429,060 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/549,980 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/603,220 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/637,675 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. US 12/711,273 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/749,131 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/796,338 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/850,270 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/887,170 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/897,968 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/903,766 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/905,130 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/905,136 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/905,173 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/938,819 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/938,892 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/979,788 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/047,010 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/064,825 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/081,784 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/108,369 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/151,609 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/151,709 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/229,074 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/246,539 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. US 13/246,549 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/246,559 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/248,085 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/270,330 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/293,747 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/293,793 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/336,034 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/370,361 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/421,381 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/440,582 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/561,171 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/572,756 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/572,789 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/572,865 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/687,141 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/773,082 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/870,217 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/911,244 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/915,727 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/915,822 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/915,892 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                   Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. US 13/960,257 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/064,394 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/085,203 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/255,278 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/276,385 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/480,758 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/600,257 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/666,477 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/679,552 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/706,059 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/706,144 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/751,467 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/823,601 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/847,286 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/924,811 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/934,873 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/940,294 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/944,899 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/951,981 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/953,906 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/954,219 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                 Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. US 14/977,092<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/977,126<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/978,857<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/012,098<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/050,516<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/052,036<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/053,691<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/099,804<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/099,830<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/099,980<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/139,542<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/202,987<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/238,068<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/301,832<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/341,156<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/378,922<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/387,949<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/388,854<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/519,652<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/592,420<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/602,633<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                                          Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. US 15/603,067 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/787,024 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/969,324 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/975,357 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/983,371 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/985,926 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/032,536 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/063,917 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/177,595 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/225,379 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/263,567 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/286,950 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/295,289 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/299,599 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/345,060 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/368,958 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/375,324 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/423,428 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/423,906 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/458,448 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/469,561 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. US 16/507,478<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/543,742<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/601,727<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/665,871<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/674,211<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/716,673<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/819,056<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/826,600<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/835,534<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/850,876<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/874,254<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/927,551<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/060,233<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/065,616<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/183,850<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/202,420<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/253,028<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/259,873<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/330,844<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/379,332<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/433,191<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. US 17/475,254 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/536,871 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/552,988 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/558,049 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/558,720 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/600,732 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/664,960 STATUS: PENDING COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/684,074 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/804,010 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/804,341 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/809,656 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/809,853 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/809,890 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/817,685 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/929,370 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/931,941 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/048,140 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/061,014 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/163,488 STATUS: PENDING COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/168,714 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/180,281 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                                   Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. US 18/180,302 STATUS: PENDING COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/181,075 STATUS: PENDING COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/259,103 STATUS: PENDING COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/300,764 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/348,038 STATUS: PENDING COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/350,158 STATUS: PENDING COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/517,913 STATUS: PENDING COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/542,906 STATUS: PENDING COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/741,422 STATUS: PENDING COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/767,031 STATUS: PENDING COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/767,217 STATUS: PENDING COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/946,654 STATUS: PENDING COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| COPYRIGHT: BAES PROGRAM DESCRIPTION | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): M MARELLI | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                 Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (ARGENTINA): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): MAGNETI MARELLI EXTRA | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): MAGNETI MARELLI EXTRA | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): MAGNETI MARELLI EXTRA | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): MAGNETI MARELLI EXTRA | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): MAGNETI MARELLI EXTRA | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): MAGNETI MARELLI EXTRA | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): MAGNETI MARELLI EXTRA | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): MAGNETTI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): MAGNETTI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): SELESPEED | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): SMART ME UP | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): SMART ME UP S | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (ARGENTINA): VEGLIA | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): VEGLIA | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): VEGLIA BORLETTI | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): VEGLIA BORLETTI | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): BORLETTI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CROMODORA | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CROMODORA | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CROMODORA | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): GREEN ENGAGEMENT | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): GREEN ENGAGEMENT | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): GREEN ENGAGEMENT | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): GREEN ENGAGEMENT | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): HISPD | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): HISPD | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): HISPD | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                          Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (BRAZIL): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI EXTRA | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI EXTRA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                 Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (BRAZIL): MAGNETI MARELLI EXTRA | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI EXTRA | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI EXTRA | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI EXTRA | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI EXTRA | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI EXTRA | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI EXTRA | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI EXTRA | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI EXTRA | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI EXTRA | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI EXTRA | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAGNETI MARELLI EXTRA | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MARELLI | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                      Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (BRAZIL): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): PERFET | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): PERFET | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): SMART ME UP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): SMART ME UP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): VEGLIA | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): VEGLIA BORLETTI | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): VEGLIAFLASH | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (CANADA): M & DESIGN | Undetermined | N/A | Undetermined |
| TRADEMARK (CANADA): M MARELLI & DESIGN | Undetermined | N/A | Undetermined |
| TRADEMARK (CANADA): MAGNETI MARELLI DESIGN | Undetermined | N/A | Undetermined |
| TRADEMARK (CANADA): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CANADA): SMART ME UP | Undetermined | N/A | Undetermined |
| TRADEMARK (CANADA): W & DESIGN | Undetermined | N/A | Undetermined |
| TRADEMARK (CANADA): WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (CHILE): M | Undetermined | N/A | Undetermined |
| TRADEMARK (CHILE): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHILE): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHILE): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MA NIE DI MA RUI LI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MA NIE DI MA RUI LI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MA NIE DI MA RUI LI | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                 Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (CHINA): MA NIE DI MA RUI LI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MA NIE DI MA RUI LI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MA NIE DI MA RUI LI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MA NIE DI MA RUI LI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MA NIE DI MA RUI LI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MA NIE DI MA RUI LI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MA NIE DI MA RUI LI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MA NIE DI MA RUI LI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MA NIE DI MA RUI LI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MA NIE DI MA RUI LI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MA NIE DI MA RUI LI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MA NIE DI MA RUI LI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MA NIE DI MA RUI LI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MA RUI LI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MA RUI LI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MA RUI LI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MA RUI LI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MA RUI LI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                                      Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): VEGLIA BORLETTI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): W | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): W WEBER | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (CHINA): WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (COLOMBIA): M | Undetermined | N/A | Undetermined |
| TRADEMARK (COLOMBIA): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (COLOMBIA): W | Undetermined | N/A | Undetermined |
| TRADEMARK (COLOMBIA): W | Undetermined | N/A | Undetermined |
| TRADEMARK (CYPRUS): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (CYPRUS): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (DENMARK): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (DENMARK): VEGLIA BORLETTI | Undetermined | N/A | Undetermined |
| TRADEMARK (DENMARK): W`WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (ECUADOR): W | Undetermined | N/A | Undetermined |
| TRADEMARK (EU TRADE MARKS): DESCAM | Undetermined | N/A | Undetermined |
| TRADEMARK (EU TRADE MARKS): EASYROAD | Undetermined | N/A | Undetermined |
| TRADEMARK (EU TRADE MARKS): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (EU TRADE MARKS): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (EU TRADE MARKS): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (EU TRADE MARKS): MMOTOR SPORT | Undetermined | N/A | Undetermined |
| TRADEMARK (FINLAND): CROMODORA | Undetermined | N/A | Undetermined |
| TRADEMARK (INDIA): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (INDIA): FREE CHOICE | Undetermined | N/A | Undetermined |
| TRADEMARK (INDIA): M | Undetermined | N/A | Undetermined |
| TRADEMARK (INDIA): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (INDIA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (INDIA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (INDIA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (INDIA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (INDIA): PERFET | Undetermined | N/A | Undetermined |
| TRADEMARK (INDIA): SMART ME UP | Undetermined | N/A | Undetermined |
| TRADEMARK (INDONESIA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (INDONESIA): VEGLIA | Undetermined | N/A | Undetermined |
| TRADEMARK (INDONESIA): VEGLIA | Undetermined | N/A | Undetermined |
| TRADEMARK (INDONESIA): VEGLIA BORLETTI | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): CROMODORA | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): DESCAM | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): DESCAM | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): EW | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): FREE CHOICE | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): GREEN ENGAGEMENT | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): HISPD | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): M | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): M MOTOR SPORT | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): MARELLI | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (INTERNATIONAL REGISTER): PERFET | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): S SMART ME UP | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): VEGLIA | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): VEGLIA BORLETTI | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): VEGLIA BORLETTI | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): VEGLIASYSTEM | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (IRELAND ): VEGLIA | Undetermined | N/A | Undetermined |
| TRADEMARK (ISRAEL): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ISRAEL): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ISRAEL): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ISRAEL): WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): BORLETTI | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): BORLETTI | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): CROMODORA | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): DESCAM | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): EASYROAD | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): EW | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): FREE CHOICE | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): G SAVARA | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): GREEN ENGAGEMENT | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): HISPD | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): M | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                              Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (ITALY): M | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): M MOTOR SPORT | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): MAGNETI MARELLI MARELLI MILANO | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): PERFET | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): SELESPEED | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): SMART ME UP | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): SMART ME UP | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): VEGLIA | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): VEGLIA BORLETTI | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): VEGLIA SWISS | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): VEGLIAFLASH | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): W | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): W WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): WEBER | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                                                  Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (JAPAN): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (LATVIA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (LITHUANIA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MALAYSIA): M | Undetermined | N/A | Undetermined |
| TRADEMARK (MALAYSIA): M | Undetermined | N/A | Undetermined |
| TRADEMARK (MALAYSIA): M | Undetermined | N/A | Undetermined |
| TRADEMARK (MALAYSIA): M | Undetermined | N/A | Undetermined |
| TRADEMARK (MALAYSIA): M | Undetermined | N/A | Undetermined |
| TRADEMARK (MALAYSIA): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MALAYSIA): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MALAYSIA): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MALAYSIA): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MALAYSIA): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MALAYSIA): MAGNET MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MALAYSIA): MAGNET MARRELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MALAYSIA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MALAYSIA): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MALAYSIA): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MALAYSIA): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MALAYSIA): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MALAYSIA): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MALAYSIA): SMART ME UP | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (MALAYSIA): SMART ME UP | Undetermined | N/A | Undetermined |
| TRADEMARK (MALAYSIA): WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (MALTA): CROMODORA | Undetermined | N/A | Undetermined |
| TRADEMARK (MALTA): CROMODORA | Undetermined | N/A | Undetermined |
| TRADEMARK (MALTA): CROMODORA | Undetermined | N/A | Undetermined |
| TRADEMARK (MALTA): WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (MALTA): WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): MAGNETTI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (MONGOLIA): M | Undetermined | N/A | Undetermined |
| TRADEMARK (MONGOLIA): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MONGOLIA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MONGOLIA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MONGOLIA): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (MONGOLIA): WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (NEW ZEALAND ): MAGNETI MARELLI MAGNETI | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): DESIGN ONLY | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                   Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (PARAGUAY): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (PERU): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (PERU): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (PERU): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (PERU): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (PERU): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (PERU): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (PERU): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (PERU): MAGNETI MARELLI | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                                        Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (PERU): W | Undetermined | N/A | Undetermined |
| TRADEMARK (PERU): W | Undetermined | N/A | Undetermined |
| TRADEMARK (PERU): W WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (PERU): W WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (POLAND): VEGLIA BORLETTI | Undetermined | N/A | Undetermined |
| TRADEMARK (SINGAPORE): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH KOREA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH KOREA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH KOREA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH KOREA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH KOREA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH KOREA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH KOREA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH KOREA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH KOREA): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH KOREA): VEGLIA BORLETTI | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH KOREA): VEGLIA BORLETTI | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH KOREA): VEGLIA BORLETTI | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH KOREA): VEGLIA BORLETTI | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH KOREA): VEGLIA BORLETTI | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH KOREA): VEGLIA BORLETTI | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH KOREA): WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH KOREA): WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH KOREA): WEBER | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (SWEDEN): CROMODORA | Undetermined | N/A | Undetermined |
| TRADEMARK (SWEDEN): VEGLIA BORLETTI | Undetermined | N/A | Undetermined |
| TRADEMARK (TAIWAN): BEGLIA BORLETTI | Undetermined | N/A | Undetermined |
| TRADEMARK (TAIWAN): M | Undetermined | N/A | Undetermined |
| TRADEMARK (TAIWAN): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (TAIWAN): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (TAIWAN): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (TAIWAN): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (TAIWAN): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (TAIWAN): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (TAIWAN): S SMART ME UP | Undetermined | N/A | Undetermined |
| TRADEMARK (TAIWAN): VEGLIA BORLETTI | Undetermined | N/A | Undetermined |
| TRADEMARK (TAIWAN): WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (THAILAND): MAGNETI ;MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (THAILAND): MAGNETI ;MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (THAILAND): MAGNETI ;MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (TURKEY): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED KINGDOM): DESCAM | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED KINGDOM): EASYROAD | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED KINGDOM): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED KINGDOM): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED KINGDOM): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED KINGDOM): MMOTOR SPORT | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED KINGDOM): W | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                              Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (UNITED KINGDOM): WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED STATES): M | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED STATES): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED STATES): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED STATES): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED STATES): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED STATES): SMART ME UP | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED STATES): W | Undetermined | N/A | Undetermined |
| TRADEMARK (URUGUAY): M | Undetermined | N/A | Undetermined |
| TRADEMARK (URUGUAY): M MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (URUGUAY): MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (URUGUAY): MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (URUGUAY): WEBER | Undetermined | N/A | Undetermined |
| TRADEMARK (URUGUAY): WEBER | Undetermined | N/A | Undetermined |
| | **TOTAL** | | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Europe S.p.A.                                                                 Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| WEBSITE / INTERNET DOMAIN: AFTER-MARKET.TEL | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: AL-LIGHTING.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: AL-LIGHTING.TEL | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CALSONIC.ASIA | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CALSONIC.US | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CALSONICKANSEI.ASIA | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CALSONICKANSEI.COM.MX | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CALSONICKANSEI.INFO | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CALSONICKANSEI.MX | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CALSONICKANSEI.US | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CALSONICKANSEIEDI.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CALSONICKANSEINA.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CALSONICMARELLI.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CHECKSTAR.TEL | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CK-MM.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: COFAP.TEL | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: ELEMEC-RACING.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: FREECHOICEMAGNETIMARELLI.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: KANSEIMARELLI.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: LAPTIMECLUB.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI.IT | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI.TEL | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETI-MARELLI.TEL | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI100.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLICK.NET | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLIMOTORSPORT.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLIRACING.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MARELLI.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MARELLI.COM.MX | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MARELLI.IT | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MARELLI.TEL | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MARELLIAD.NET | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MARELLICALSONIC.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MARELLICK.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MARELLI-CK.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MARELLIEDI.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MARELLI-IOT.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MARELLIKANSEI.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MARELLINA.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAREPOC.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: M-MARELLI.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MMARELLI-CKANSEI.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MM-CK.NET | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MMM-RACING.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MMPOWERTRAIN.IT | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MMPWT.IT | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: WEBERCARBS.COM | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| WEBSITE / INTERNET DOMAIN: XN--ECKNAP5DJ6BYD5P1C.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: XN--LCKI5BYA3B8M.COM | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Europe S.p.A.                                             Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000140 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000146 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000134 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000137 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000131 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000135 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000132 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000141 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000144 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000130 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000136 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.139.000025 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000143 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000142 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.139.000028 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.128.131.000458 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000138 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000139 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011822.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013935.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013933.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011823.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013943.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013934.28 | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                   Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011828.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013941.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011824.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013936.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044168.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044164.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044165.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004508.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004510.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004509.28 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | PROPERTY LIABILITY | | Undetermined |
| COFACE | TRADE CREDIT LIABILITY | 062004057 | Undetermined |
| ALLIANZ | D&O | 5177202453100000194 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | PROPERTY LIABILITY | 612587 | Undetermined |
| HDI SEGUROS | PROPERTY LIABILITY | 1.180.109.630 | Undetermined |
| ESSOR | PROPERTY LIABILITY | 1007100470827 | Undetermined |
| FAIRFAX | PROPERTY LIABILITY | 1007100007739 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131562 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131565 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131564 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131566 | Undetermined |
| HUATAI | OCEAN & INLAND LIABILITY | | Undetermined |
| PINGAN | D&O | 10526003902632752453 | Undetermined |
| HUATAI | GENERAL LIABILITY | 0625CB128824001487 | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| HUATAI | ENVIRONMENTAL IMPAIRMENT LIABILITY | 0625CB121024000104 | Undetermined |
| PINGAN | GENERAL LIABILITY | 10234013902567561548 | Undetermined |
| PINGAN | GENERAL LIABILITY | '10234016600806004162 | Undetermined |
| PINGAN | ACCIDENT LIABILITY | '10234013902915396689 | Undetermined |
| CHUBB EUROPEAN GROUP SE, | GENERAL LIABILITY | CZCANA32545-124 | Undetermined |
| CHUBB EUROPEAN GROUP SE, | ENVIRONMENTAL IMPAIRMENT LIABILITY | CZENVA32584-124 | Undetermined |
| CHUBB EUROPEAN GROUP | ENVIRONMENTAL IMPAIRMENT LIABILITY | FRENVA57124 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131563 | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104210220250002G | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104310020250006J | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104320020250003W | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104440020250003G | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101043100202500067 | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101043100202500068 | Undetermined |
| PINGAN SHANGHAI | PROPERTY LIABILITY | | Undetermined |
| CHUBB EUROPEAN GROUP | ENVIRONMENTAL IMPAIRMENT LIABILITY | FRENVA57126 | Undetermined |
| CHUBB EUROPEAN GROUP | GENERAL LIABILITY | FRCANA60863 | Undetermined |
| CHUBB | GENERAL LIABILITY | DECANA39480 | Undetermined |
| CHUBB | GENERAL LIABILITY | DECANA39488 | Undetermined |
| DIALOG | ACCIDENT LIABILITY | 2-GK-04.275.701-0 | Undetermined |
| DIALOG | ACCIDENT LIABILITY | 2-GK-11.907.281-9 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | DEENVA40003 | Undetermined |
| HDI | GENERAL LIABILITY | 70808301-04032 | Undetermined |
| MS&AD | AUTO LIABILITY | 1427Y-0.029.827 | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                 Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ALLIANZ | D&O | DEF008988240/1 | Undetermined |
| ASSICURAZIONI GENERALI S.P.A. | AUTO LIABILITY | | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104440020250003M | Undetermined |
| SI INSURANCE EUROPE SA | PROPERTY LIABILITY | Y0497 | Undetermined |
| SI INSURANCE EUROPE SA | CYBER LIABILITY | FSXCE2400509 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2124/70443612/01/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2124/70412142/01/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2121/61460907/04/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| BAJAJ ALLIANZ GENERAL INSURANCE COMPANY LIMITED | D&O | OG-25-1113-3315-00000182 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352220383/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/302736567/01/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4010/360325982/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/299945634/01/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352220736/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/300106655/01/000 | Undetermined |
| TATA AIG GENERAL INSURANCE COMPANY LIMITED | AUTO LIABILITY | 6202960862 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352222200/00/000 | Undetermined |
| GO DIGIT GENERAL INSURANCE LIMITED | AUTO LIABILITY | | Undetermined |
| GENERALI ITALIA S.P.A. | AUTO LIABILITY | 28303885 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25047 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25056 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25057 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24352 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24356 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24357 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24358 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC31235 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | OCEAN & INLAND LIABILITY | 2002/383653966/00/000 | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB | OCEAN & INLAND LIABILITY | ITCGIC21830 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | 2292125618 | Undetermined |
| AIG | CRIME LIABILITY | 25J7044524 | Undetermined |
| CHUBB | CRIME LIABILITY | 931FG 767471-4 | Undetermined |
| CHUBB | GENERAL LIABILITY | 934CGL700482-2 | Undetermined |
| ALLIANZ | GENERAL LIABILITY | JPL0004171241 | Undetermined |
| SOMPO | GENERAL LIABILITY | R005795666 | Undetermined |
| AIG | GENERAL LIABILITY | 24J7109691 | Undetermined |
| HDI | GENERAL LIABILITY | 01291352-14000-110 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 931LG706752-4 | Undetermined |
| ALLIANZ | D&O | JPF0002470241 | Undetermined |
| SOMPO | D&O | R005790503 | Undetermined |
| STARR | D&O | R24D10000212 | Undetermined |
| SWISSRE | D&O | P64367.01-03 | Undetermined |
| CHUBB | D&O | 931DO741671-5 | Undetermined |
| CHUBB | CRIME LIABILITY | HQ-G0126700-GFG-R002 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 2292125619 | Undetermined |
| CHUBB | CRIME LIABILITY | HQ-G0126699-GMY-R002 | Undetermined |
| CHUBB | GENERAL LIABILITY | HQ-W0946969-WEL-R002 | Undetermined |
| SOMPO | D&O | R005790633 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | M0775 | Undetermined |
| CHUBB | GENERAL LIABILITY | 2CN-883227/24 | Undetermined |
| ALLIANZ | D&O | 24LMT0000175-00 | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 2CR-883229/24 | Undetermined |
| SOMPO | CYBER LIABILITY | R006078338 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | 2MC-800132/24 | Undetermined |
| BERJAYA SOMPO | PROPERTY LIABILITY | 2024-HG-F0518948-FIA | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126701-GAR-R002 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147232024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147422024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147252024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147272024 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66290 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66291 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66292 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65890 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65891 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65892 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65987 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66290 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66554 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66292 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147282024 | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ALLIANZ | D&O | RCIP 00001252 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240267 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908076 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908146 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908144 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908145 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240269 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | ESENV240525 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14939124 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14938124 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14940125 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | PLENVA14841124 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | PLENVA14842125 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4439001000 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001004 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4439001001 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001005 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001003 | Undetermined |
| ACE | GENERAL LIABILITY | 50GD241717 | Undetermined |
| ACE | ENVIRONMENTAL IMPAIRMENT LIABILITY | 89GD240017 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147292024 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240267 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240269 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | ESENV240525 | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ACE | OCEAN & INLAND LIABILITY | HH2025/26 | Undetermined |
| SOMPO | PROPERTY LIABILITY | LPR301432606 | Undetermined |
| ACE | BUSINESS TRAVEL INSURANCE | OTAM001068 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | BUSINESS TRAVEL INSURANCE | APAGRM0096 | Undetermined |
| SAMSUNG FIRE & MARINE INSURANCE CO.,LTD, | PROPERTY LIABILITY | 82504785137000 | Undetermined |
| SOMPO | PROPERTY LIABILITY | LPR301432606 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040273 PL-31512 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040272 PL-31511 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040271 PL-31510 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | CPL0040394 PL-31540 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | CPL0040394 PL-31539 | Undetermined |
| ALLIANZ | D&O | 24-001-4204-MP-013354 | Undetermined |
| SOMPO | PROPERTY LIABILITY | HQ-SPO-0000036-00000-2024-07 | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| CHUBB | GENERAL LIABILITY | TRCANA44423 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946051 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946078 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946093 | Undetermined |
| SOMPO | ENVIRONMENTAL IMPAIRMENT LIABILITY | 200200032961495 | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                         Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| VHV | ENVIRONMENTAL IMPAIRMENT LIABILITY | 7643500 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | CS/29221076 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | NV/29219032 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | NZ17349119 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | TRENVA44450 | Undetermined |
| ALLIANZ | D&O | 1131000883539 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | TRCGNA43693 | Undetermined |
| ZURICH INSURANCE COMPANY LTD | PENSION TRUSTEE LIABILITY | GM060311 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | UKCAND25902 | Undetermined |
| PROTECTOR FORSIKRING ASA | GENERAL LIABILITY | 2537566 | Undetermined |
| PROTECTOR INSURANCE UK | AUTO LIABILITY | 3226507 | Undetermined |
| FARMINGTON CASUALTY COMPANY (TRAVELERS) | GENERAL LIABILITY | UB-5P191960-24-51-K | Undetermined |
| SOMPO AMERICA INSURANCE COMPANY | GENERAL LIABILITY | AAL30021132902 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | UKENVD26571 | Undetermined |
| ALLIANZ GLOBAL CORPORATE & SPECIALTY SE | D&O | GBF013413210 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | GENERAL LIABILITY | CRL G46665168 | Undetermined |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (CHUBB) | GENERAL LIABILITY | XOO G4666520A | Undetermined |
| SOMPO | PROPERTY LIABILITY | 112/ 200200033481886 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910387 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910385 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910389 | Undetermined |
| ILLINOIS UNION INSURANCE COMPANY (CHUBB) | ENVIRONMENTAL IMPAIRMENT LIABILITY | PPL G46665685 005 | Undetermined |
| SI INSURANCE (EUROPE) | CYBER LIABILITY | | Undetermined |
| SI INSURANCE (EUROPE) | PROPERTY LIABILITY | LPR300943701 | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                                                                Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| FEDERAL INSURANCE COMPANY | GENERAL LIABILITY | J06549949 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | GENERAL LIABILITY | 01-375-62-80 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | GENERAL LIABILITY | MPL 4218665 - 03 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | CRIME LIABILITY | 01-277-27-46 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | CRIME LIABILITY | USF00953125 | Undetermined |
| STARR INDEMNITY & LIABILITY COMPANY | CRIME LIABILITY | 1000623339251 | Undetermined |
| SYNDICATE 2623/623 AT LLOYD'S (BEAZLEY) | CRIME LIABILITY | W34C70250301 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | D&O | 077665535 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | D&O | USF00961624 | Undetermined |
| MARKEL AMERICAN INSURANCE COMPANY | D&O | MKLM1MXM001321 | Undetermined |
| ENDURANCE ASSURANCE CORPORATION (SOMPO) | CYBER LIABILITY | CNV30085836100 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | D&O | USF00964224 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | BUSINESS TRAVEL INSURANCE | ADDN18211117 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | AUTO LIABILITY | 1316824 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | GENERAL LIABILITY | 858326 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | OCEAN & INLAND LIABILITY | 702606 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | AUTO LIABILITY | 1317206 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | GENERAL LIABILITY | 858325 | Undetermined |
| ALLIANZ ARGENTINA COMPAÑIA DE SEGUROS SOCIEDAD ANONIMA | D&O | 240070784448 | Undetermined |
| SOMPO AMERICA INSURANCE COMPANY | PROPERTY LIABILITY | HPR40138M0 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | OCEAN & INLAND LIABILITY | 702706 | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126702-GAR | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126701-GAR | Undetermined |

Debtor Name:  Marelli Europe S.p.A.                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Europe S.p.A.                                                                    Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 11, Question 75:** Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

| Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| LITIGATION CLAIM | CIVIL INDEMNIFICATION CLAIM | Undetermined | Undetermined |
| LITIGATION CLAIM | CIVIL INDEMNIFICATION CLAIM | Undetermined | Undetermined |
| LITIGATION CLAIM | CIVIL INDEMNIFICATION CLAIM | Undetermined | Undetermined |
| LITIGATION CLAIM | CIVIL INDEMNIFICATION CLAIM | Undetermined | Undetermined |
| LITIGATION CLAIM | CIVIL INDEMNIFICATION CLAIM | Undetermined | Undetermined |
| LITIGATION CLAIM | CIVIL INDEMNIFICATION CLAIM | Undetermined | Undetermined |
| LITIGATION CLAIM | CIVIL INDEMNIFICATION CLAIM | Undetermined | Undetermined |
| LITIGATION CLAIM | BREACH OF CONTRACT | Undetermined | Undetermined |
| LITIGATION CLAIM | CIVIL INDEMNIFICATION CLAIM | Undetermined | Undetermined |
| LITIGATION CLAIM | CIVIL INDEMNIFICATION CLAIM | Undetermined | Undetermined |
| LITIGATION CLAIM | CIVIL INDEMNIFICATION CLAIM | Undetermined | Undetermined |
| LITIGATION CLAIM | CIVIL INDEMNIFICATION CLAIM | Undetermined | Undetermined |
| LITIGATION CLAIM | CIVIL INDEMNIFICATION CLAIM | Undetermined | Undetermined |
| LITIGATION CLAIM | CIVIL INDEMNIFICATION CLAIM | Undetermined | Undetermined |
| LITIGATION CLAIM | CIVIL INDEMNIFICATION CLAIM | Undetermined | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name: Marelli Europe S.p.A.                                    Case Number: 25-11109

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
|---|---|
| ACCRUED REVENUES FOR GOODS AND SERVICES DELIVERED | $5,173,891.56 |
| ADVANCES PAID TO EMPLOYEES | $2,252,052.43 |
| FINANCIAL RECEIVABLES | $1,935,530.46 |
| INTERCOMPANY RECEIVABLE FROM CHANGCHUN MARELLI AUTOMOTIVE LIGHTING SYSTEM CO. LTD. | $616,169.00 |
| INTERCOMPANY RECEIVABLE FROM HEFEI MARELLI EXHAUST SYSTEMS CO.LTD. | $67,586.00 |
| INTERCOMPANY RECEIVABLE FROM HUBEI HUAZHONG MARELLI AUTOMOTIVE LIGHTING CO. LTD | $67,563.00 |
| INTERCOMPANY RECEIVABLE FROM MAGNETI MARELLI REPUESTOS S.A. | $95,829.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AFTERMARKET POLAND SP. Z O.O. | $2,920,385.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AFTERMARKET SPAIN S.L. | $3,884,710.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI ARGENTAN FRANCE | $38,082,296.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE COMPONENTS (CHANGSHA) CO. LTD | $544,826.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE LIGHTING (THAILAND) CO.,LTD | $38,669.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE LIGHTING FRANCE | $34,798,606.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE LIGHTING JUÁREZ MEXICO, S.A DE C.V. | $12,073,330.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE LIGHTING TEPOTZOTLÁN MÉXICO, S. DE R.L. DE C.V. | $433,661.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE LIGHTING USA LLC | $16,505,244.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE SYSTEMS EUROPE PLC | $59,469,399.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE SYSTEMS UK LIMITED | $172,593,901.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI BIELSKO-BIAŁA POLAND SP. Z O.O. | $46,557,439.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI EAXLE TORINO S.R.L. | $17,845.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI EPT STRASBOURG (FRANCE) | $3,382,602.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI ESPAÑA S.A. | $154,032,835.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI GLOBAL BUSINESS SERVICES AMERICA, S. DE R.L. DE C.V. | $1,166.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI HOLDINGS CO., LTD. | $34,732,468.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI MEXICANA, S.A. DE C.V. | $17,941,407.00 |

Debtor Name:  Marelli Europe S.p.A.                                                                 Case Number:  25-11109

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
|---|---|
| INTERCOMPANY RECEIVABLE FROM MARELLI MOROCCO LLC | $57,324,737.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI MOTHERSON AUTOMOTIVE LIGHTING INDIA PRIVATE LIMITED | $69,908.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI NORTH AMERICA, INC. | $71,481,881.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI NORTH CAROLINA USA LLC | $42,190.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI PLOIESTI ROMANIA S.R.L. | $24,463,653.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI POWERTRAIN (HEFEI) CO., LTD. | $4,533,625.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI POWERTRAIN INDIA PRIVATE LIMITED | $914,133.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI R&D CO., LTD. | $19,633.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI SISTEMAS AUTOMOTIVOS INDÚSTRIA E COMÉRCIO BRASIL LTDA | $28,358,331.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI SKH EXHAUST SYSTEMS PRIVATE LIMITED | $379,504.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI SMART ME UP | $3,049,904.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI SOSNOWIEC POLAND SP. Z. O.O. | $10,594,044.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI TALBROS CHASSIS SYSTEMS PRIVATE LIMITED | $70,941.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI UM ELECTRONIC SYSTEMS PRIVATE LIMITED | $5,850,234.00 |
| INTERCOMPANY RECEIVABLE FROM MATAY OTOMOTIV YAN SANAY VE TICARET A.S. | $284,248.00 |
| INTERCOMPANY RECEIVABLE FROM SAIC MARELLI POWERTRAIN CO. LTD | $19,775.00 |
| INTERCOMPANY RECEIVABLE FROM SKH MARELLI EXHAUST SYSTEMS PRIVATE LIMITED | $903,993.00 |
| INTERCOMPANY RECEIVABLE FROM ZHEJIANG WANXIANG MARELLI SHOCK ABSORBERS CO. LTD. | $118,236.00 |
| RECEIVABLES FROM SALE OF INVESTMENTS, PROPERTY, PLANT AND EQUIPMENT, OR INTANGIBLE ASSETS | $17,457,173.30 |
| REFUNDS DUE FROM SOCIAL SECURITY AGENCIES | $3,331,624.45 |
| REFUNDS DUE FROM SUPPLIERS | $14,136,725.85 |
| REFUNDS DUE FROM TAX AUTHORITIES FOR INDIRECT TAXES | $1,118,094.29 |
| **TOTAL** | **$852,741,998.34** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Marelli Europe S.p.A. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 25-11109 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of Claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| **Creditor's name**<br>MIZUHO BANK, LTD. | **Describe debtor's property that is subject to a lien**<br>SEE NOTES ON SCHEDULE D | | |
|---|---|---|---|
| | | $ Undetermined | $ Undetermined |
| **Creditor's mailing address**<br>1-5-5 OTEMACHI CHIYODA-KU<br>TOKYO, 100-8176<br>JAPAN | **Describe the lien**<br>GUARANTOR OF EMERGENCY LOAN FACILITY | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred** UNDETERMINED | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |

**2.2**

| **Creditor's name**<br>MIZUHO BANK, LTD. | **Describe debtor's property that is subject to a lien**<br>SEE NOTES ON SCHEDULE D | | |
|---|---|---|---|
| | | $ Undetermined | $ Undetermined |
| **Creditor's mailing address**<br>1-5-5 OTEMACHI CHIYODA-KU<br>TOKYO, 100-8176<br>JAPAN | **Describe the lien**<br>GUARANTOR OF SENIOR FINANCING AGREEMENT | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred** UNDETERMINED | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>  ☐ Yes. The relative priority of creditors is specified on lines | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ _____

| Debtor | Marelli Europe S.p.A. | Case number (if known): | 25-11109 |
| | Name | | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| MIZUHO BANK, LTD.<br>ATTN: TIMOTHY GRAULICH<br>DAVIS POLK & WARDWELL LLP<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | Line 2. __1__ | _____ |
| MIZUHO BANK, LTD.<br>ATTN: TIMOTHY GRAULICH<br>DAVIS POLK & WARDWELL LLP<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | Line 2. __2__ | _____ |
| | Line 2. ____ | _____ |
| | Line 2. ____ | _____ |
| | Line 2. ____ | _____ |
| | Line 2. ____ | _____ |
| | Line 2. ____ | _____ |
| | Line 2. ____ | _____ |
| | Line 2. ____ | _____ |
| | Line 2. ____ | _____ |
| | Line 2. ____ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Marelli Europe S.p.A. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 25-11109 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>AGENZIA DELLE ENTRATE - DIREZIONE REGIONALE DELLA LOMBARDIA<br>VIA MANIN 25<br>UFFICIO GRANDI CONTRIBUENTI<br>MILANO, 20121<br>ITALY<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (507(a)(8)) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** AUDIT CLAIM<br><br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $          Undetermined | $          Undetermined |
| **2.2** | **Priority creditor's name and mailing address**<br><br><br><br><br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | $ | $ |
| **2.3** | **Priority creditor's name and mailing address**<br><br><br><br><br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | $ | $ |

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>§ LEASYS SPA DIVISIONE SAVARENT §<br>CORSO AGNELLI 200<br>TORINO, 10135<br>ITALY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 44.53 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>09 SOLUTIONS<br>1501 LBJ FREEWAY<br>DALLAS,SUITE 140, 75234 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 2,502,155.83 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>1NCE GMBH<br>STERNENGASSE 14-16<br>COLOGNE, 50676<br>GERMANY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 3,721.88 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>2P ELETTROMECCANICA SNC DI PETROSIN<br>S.P. BARI-MODUGNO KM. 0.800<br>MODUGNO, 70026<br>ITALY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 23,811.59 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>3E EUROPE GMBH<br>Bergheimer Str. 3<br>Markdorf, 88677<br>GERMANY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 27,837.75 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>3F FILIPPI S.P.A.<br>VIA DEL SAVENA, 28<br>PIAN DI MACINA - PIANORO, 40065<br>ITALY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 1,027.51 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**

3G AUTOMAZIONE INDUSTRIALE SAS
STR.DA DEL FRANCESE, 117/20 C
TORINO, 10156
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,302.04

**3.8** **Nonpriority creditor's name and mailing address**

3M ITALIA SRL
VIA NORBERTO BOBBIO, 21
PIOLTELLO, 20096
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 36,070.44

**3.9** **Nonpriority creditor's name and mailing address**

4SIGMA S.N.C.
VIA DOMENICO SCARLATTI 7
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,946.13

**3.10** **Nonpriority creditor's name and mailing address**

7LAYERS GMBH
BORSIGSTRASSE 11
RATINGEN, 40880
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,043.23

**3.11** **Nonpriority creditor's name and mailing address**

A.B.M. DI ALESSIO PIETRO E C. SNC
VIA CASTELLONE 11
OLCENENGO, 13040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,599.04

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.12** **Nonpriority creditor's name and mailing address**

A.F. ZUST AMBROSETTI SRL
SP23 SNC FRAZ. LOC. CASCINA POSTINO
MASSALENGO, 26815
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 124.76

---

**3.13** **Nonpriority creditor's name and mailing address**

A.F.A.T.I. SRL
VIA GEMONA 15
ALTAMURA, 70022
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,021.09

---

**3.14** **Nonpriority creditor's name and mailing address**

A.O.G. SRL
VIA MARSALA 36/B
GALLARATE, 21013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 69.64

---

**3.15** **Nonpriority creditor's name and mailing address**

A.P.I.B. S.R.L. S.T.P.
VIA PAOLO FABBRI, 1/2
BOLOGNA, 40138
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,841.85

---

**3.16** **Nonpriority creditor's name and mailing address**

A.RAYMOND ITALIANA SRL
STRADA COMPLANARE N. 26
CARISIO, 13040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37,078.11

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 231.57 |
|---|---|---|---|

A.S.L. CITTA' DI MILANO
CORSO ITALIA, 5
MILANO, 20122
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,973.53 |
|---|---|---|---|

A+A MONFERRATO SPA A SOCIO UNICO
VIA UNITA' D'ITALIA 17/19
GRUGLIASCO, 10095
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 219,773.40 |
|---|---|---|---|

A2MAC1
25 CHAUSSEE DE HARY
HARY, 02140
FRANCE

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 95,044.86 |
|---|---|---|---|

A2MAC1 GMBH
LANDSBERGER STR. 300
MÃ¼NCHEN, 80687
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 962.88 |
|---|---|---|---|

AB INDUSTRIETECHNIK SRL
VIA JULIUS DURST , 50
BRESSANONE, 39042
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** | **Nonpriority creditor's name and mailing address**

ABATEK INTERNATIONAL AG
GRINDELSTRASSE 12
CH-8303 BASSERSDORF CH,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,153.42

---

**3.23** | **Nonpriority creditor's name and mailing address**

ABB SPA
VIA VITTORIO PISANI,16
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,860.91

---

**3.24** | **Nonpriority creditor's name and mailing address**

ABC TOOLS SPA
VIA STEFANO CANZIO, 15
MILANO, 20031
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,654.87

---

**3.25** | **Nonpriority creditor's name and mailing address**

ABINSULA SRL
VIALE UMBERTO 42
SASSARI, 07100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 65,753.64

---

**3.26** | **Nonpriority creditor's name and mailing address**

ABON PLASTIC-BONETTI&C.SNC
VIA DEI TIGLI-LOC.BICICCE
GORNATE OLONA, 21040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 51,789.63

---

Debtor    Marelli Europe S.p.A.

Name                                          Case number (if known)    25-11109

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 171.25 |
|---|---|---|---|
| | ABSA SNC<br>VIA MOMBASIGLIO 55<br>TORINO, 10136<br>ITALY | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 21,443.03 |
|---|---|---|---|
| | ACADEMY INTERNATIONAL SRL<br>VIA A. MENSA, 16/C<br>VENARIA REALE, 10078<br>ITALY | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 19,151.69 |
|---|---|---|---|
| | ACAL BFI ITALY SRL A SOCIO UNICO<br>VIA CASCINA VENINA 20/A<br>ASSAGO, 20057<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,999,141.37 |
|---|---|---|---|
| | ACCENTURE SPA<br>VIA PRIVATA NINO BONNET, 10<br>MILANO, 20154<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 134,119.69 |
|---|---|---|---|
| | ACCIAI SPECIALI TERNI SPA<br>VIA B. BRIN 218<br>TERNI, 05100<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,178.54 |
|---|---|---|---|
| | ACCORNERO MOLLIFICIO SPA<br>VIA TORINO 72/A<br>DRUENTO, 10040<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,228.56 |
|---|---|---|---|
| | ACERBI POWER SRL<br>VIA P. MASCAGNI 7<br>BUCCINASCO, 20090<br>ITALY | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 151.20 |
|---|---|---|---|
| | ACISTAR TRE SAS<br>VIA MARTIRI DI BELFIORE N°7<br>OPERA, 20090<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 36,562.30 |
|---|---|---|---|
| | ACME S.R.L.<br>VIA MARTIRI DI CEFALONIA E CORFÃ¹, 9<br>CASTELNUOVO DEL GARDA, 37014<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 356.43 |
|---|---|---|---|
| | ACMEI SUD SPA<br>SS 16 KM 810.200<br>TRIGGIANO, 70019<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.37** **Nonpriority creditor's name and mailing address**

ADAM PRO SRL
VIA SABBIONI NR.10
TROFARELLO, 10028
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,068.78

---

**3.38** **Nonpriority creditor's name and mailing address**

ADAPT SERVIZI SRL
VIA GARIBALDI 7
BERGAMO, 24122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,936.74

---

**3.39** **Nonpriority creditor's name and mailing address**

ADAS S.R.L. A SOCIO UNICO
CORSO VERCELLI 354/A
TORINO, 10156
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 154.61

---

**3.40** **Nonpriority creditor's name and mailing address**

ADDA HOTELS T/A HILTON LONDON
TERM. 4 , HEATHROW AIR. HOUNSLOW
MIDDLESEX TW6 3AF, 00000
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 422.25

---

**3.41** **Nonpriority creditor's name and mailing address**

ADDING VALUE CONSEILS
3 RUE DU MONT ALET
VILLE D€™AVRAY, 92410
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,416.80

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 280,700.97 |
|---|---|---|---|

ADDITIVA SRL
VIA DELLA TECNICA 43,
MODENA, 41122
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,233.01 |
|---|---|---|---|

ADE TRANSPORT
VIA FELICE ROMANI 2
MILANO, 20125
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 39,619.61 |
|---|---|---|---|

ADECCO FORMAZIONE SRL
VIA TOLMEZZO 15
MILANO, 20132
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 161,797.91 |
|---|---|---|---|

ADECCO ITALIA S.P.A
VIA TOLMEZZO 15
MILANO, 20132
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 272.29 |
|---|---|---|---|

ADIM SARL
2 RUE LEDRU-ROLLIN
MALAKOFF, 92240
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** **Nonpriority creditor's name and mailing address**

ADLER EVO SRL
STR.CARIGNANO VIRLE KM. 5,7
VIRLE P.TE, 10060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,568.61

---

**3.48** **Nonpriority creditor's name and mailing address**

ADM SAS DI SQUERI ALBERTO & C.
VIA PIETRASANTA 12
MILANO, 20141
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 67.47

---

**3.49** **Nonpriority creditor's name and mailing address**

ADVANCED ANMOL METCOMP PVT LTD
PLOT NO.79,SECTOR-68, INDUSTRIAL  M
FARIDABAD, HARYANA, INDIA, 121004
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,905.78

---

**3.50** **Nonpriority creditor's name and mailing address**

AEA SRL
VIA FIUME, 16
ANGELI DI ROSORA, 60030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 442,415.00

---

**3.51** **Nonpriority creditor's name and mailing address**

AECO EUROPE
2 BIS VOIE DE LA CARDON
PALAISEAU, 91126
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 480.65

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.52** | **Nonpriority creditor's name and mailing address**

AERODINAMICA IMPIANTI SRL
MONARI SARDE 11
BENTIVOGLIO, 40010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,027.51

---

**3.53** | **Nonpriority creditor's name and mailing address**

AESSE MISURE S.R.L.
VIA DELLA REPUBBLICA 9
TREZZANO SUL NAVIGLIO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23,950.43

---

**3.54** | **Nonpriority creditor's name and mailing address**

AGENZIA LA TARTARUGA
VIA ETTORE CARAFA 39
BARI, 70124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 979.33

---

**3.55** | **Nonpriority creditor's name and mailing address**

AGIOMETRIX SRL
VIA DELL'AGRICOLTURA 6
CASTEL GUELFO DI BOLOGNA, 40023
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,933.83

---

**3.56** | **Nonpriority creditor's name and mailing address**

AGRATI GROUP FASTENING SYSTEMS
VIA PIAVE, 28/30
VEDUGGIO CON COLZANO, 20050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,135.97

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,925.38 |
|---|---|---|---|

AGRISELLO SAS
VIA GALILEO GALILEI 13
BRESSO, 20091
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,344.90 |
|---|---|---|---|

AGRITURISMO MOLINO SANTA MARTA
VIA DELLE VALLE
CASTERNO DI ROBECCO, 20087
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 164.40 |
|---|---|---|---|

AIDII - ASSOCIAZIONE ITALIANA
VIA G.B. MORGAGNI 32
MILANO, 20129
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 107,197.26 |
|---|---|---|---|

AIR LIQUIDE ITALIA SERVICE SRL
VIA BISCEGLIE N. 66
MILANO, 20152
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 22.83 |
|---|---|---|---|

AIR MEDICAL S.R.L.
STR SAN MAURIZIO, FRAZIONE MAPPANO
SANDRO PERTINI 12,CASELLE TORINESE, 10072
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number *(if known)* | 25-11109 |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.62** | **Nonpriority creditor's name and mailing address**

AIR SEA LAND FRANCO BONARETTI SRL
VIA CALABRIA 4
MILANO, 20158
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                398.90

---

**3.63** | **Nonpriority creditor's name and mailing address**

AIRBRAVO S.R.L.
V.LE ENRICO ORTOLANI 246
ROMA, 00125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             13,307.43

---

**3.64** | **Nonpriority creditor's name and mailing address**

AIRLEG S.R.L.
VIA CASAMASSIMA KM. 12.500
ZONA INDUSTRIALE, 70010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             13,500.68

---

**3.65** | **Nonpriority creditor's name and mailing address**

AIROL SISTEMI S.N.C.
VIA PALESE 4
MODUGNO, 70026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             21,339.72

---

**3.66** | **Nonpriority creditor's name and mailing address**

AIRPACK S.P.A.
VIA ROMA 59
OSSAGO LODIGIANO, 26816
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              5,371.76

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.67**

**Nonpriority creditor's name and mailing address**

AIZOON SRL
STRADA DEL LIONETTO 6
TORINO, 10146
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21,406.50

---

**3.68**

**Nonpriority creditor's name and mailing address**

AKKODIS ITALY S.R.L.
CORSO BERNARDINO TELESIO, 23
TORINO, 10146
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,382.29

---

**3.69**

**Nonpriority creditor's name and mailing address**

AKTRION FRANCE  SAS
4 PLACE LOUIS ARMAND
PARIS, 75012
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,699.88

---

**3.70**

**Nonpriority creditor's name and mailing address**

AKTRION IBERIA, SL
CANAL CRESPO, 9 Â€" P.I. JUAN CARLOS
ALMUSSAFES, VALENCIA, 46440
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,393.64

---

**3.71**

**Nonpriority creditor's name and mailing address**

ALBERTINI MACHINE SRL
VIA STATALE 11 10Z
CALCINATO, 25011
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,886.41

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|----------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.72** **Nonpriority creditor's name and mailing address**

ALBINI & PITIGLIANI SPA
VIALE G. MARCONI 46
PRATO, 59100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 41.28

---

**3.73** **Nonpriority creditor's name and mailing address**

ALCA SISTEMI SRL
VIA LA LENZA Z.I.
CAPURSO, 70010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40,390.10

---

**3.74** **Nonpriority creditor's name and mailing address**

ALDI SP. Z O.O.
NIEDZWIEDZINIEC 10
CHORZOW, 41-506
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 173,010.69

---

**3.75** **Nonpriority creditor's name and mailing address**

ALESSIO SPA
VIA VERCELLI 4
CARESANABLOT, 13030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 51.70

---

**3.76** **Nonpriority creditor's name and mailing address**

ALFA SERVICE S.R.L.
S. C. LA CUPA I / 4
PUTIGNANO (BA), 70017
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 905.35

---

| Debtor | Marelli Europe S.p.A. | | Case number (if known) | 25-11109 |
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 16,236.46 |
|---|---|---|---|

ALFA SOLUTIONS S.P.A.
VIALE B. RAMAZZINI, 39/D
REGGIO EMILIA, 42124
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 13,786.43 |
|---|---|---|---|

ALFAMATION SPA
VIA CADORE 21
LISSONE, 20035
ITALY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 33,154.75 |
|---|---|---|---|

ALGAR SPA
VIA GARGANO 44/A
MILANO, 20139
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,574.68 |
|---|---|---|---|

ALLEGRO MICROSYSTEMS EUROPE LTD
SYMON SPIERSWEG 13
RZ ZAANDAM,
NETHERLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,019.05 |
|---|---|---|---|

ALMA MATER STUDIORUM- UNIVERSITA'
VIA ZAMBONI. 33
BOLOGNA, 40126
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.82** Nonpriority creditor's name and mailing address

ALMI SRL
VIA MAC MAHON, 33
MILANO, 20015
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 2,060.73

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.83** Nonpriority creditor's name and mailing address

ALPIPRESS S.R.L.
VIA PRIMO MAGGIO 36
FONTANELLE, 31043
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 46,638.12

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address

ALTAIR ENGINEERING SRL
VIA LIVORNO 60
TORINO, 10144
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 67,254.44

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.85** Nonpriority creditor's name and mailing address

ALTEA TS SRL
VIA BEGNAMINO CRESPI 24
MILANO, 20159
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 8,705.31

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address

ALTEA UP S.R.L.
VIA LEPITIT, 8
LAINATE, 20020
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 30,419.84

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.87** **Nonpriority creditor's name and mailing address**

ALTEN ITALIA SPA
VIA GAETANO CRESPI 12
MILANO, 20134
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 648,030.19

---

**3.88** **Nonpriority creditor's name and mailing address**

ALTIA EUROPE GMBH
DORNHOFSTRASSE 34
NEU-ISENBURG, 63263
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 95,089.21

---

**3.89** **Nonpriority creditor's name and mailing address**

ALTRAVIA SERVIZI SRL
VIALE FILIPPO TOMMASO MARINETTI, 22
ROMA, 00143
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 65.11

---

**3.90** **Nonpriority creditor's name and mailing address**

ALVI IMMOBILIARE SRL
CORSO TRIESTE 195
CASERTA, 81100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,370.02

---

**3.91** **Nonpriority creditor's name and mailing address**

ALW INDUSTRY SRO
U PANELARNY 6,
OLOMOUC, 779 00
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 33,805.87

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
| --- | --- | --- | --- |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.92** | **Nonpriority creditor's name and mailing address**

AMAZON BUSINESS EU SARL
38, AVENUE JOHN F. KENNEDY
LUXEMBOURG, L-1855
LUXEMBOURG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 86.00

---

**3.93** | **Nonpriority creditor's name and mailing address**

AMAZON EU SARL, SEDE SECONDARIA
VIALE MONTE GRAPPA 3/5
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,316.87

---

**3.94** | **Nonpriority creditor's name and mailing address**

AMAZON WEB SERVICES EMEA SARL
VIALE MONTE GRAPPA 3/5
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17.36

---

**3.95** | **Nonpriority creditor's name and mailing address**

AMAZON WEB SERVICES, INC.
410 TERRY AVENUE NORTH
SEATTLE, 98109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,448.23

---

**3.96** | **Nonpriority creditor's name and mailing address**

AMBIENTALE SRL
VIALE GRAN BRETAGNA, 9
LECCE, 73100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 983.01

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97** **Nonpriority creditor's name and mailing address**

AMBIENTE E TECNOLOGIE S.R.L.
S.P. 231 - KM. 3,200
BITONTO, 70032
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,724.62

---

**3.98** **Nonpriority creditor's name and mailing address**

AMPHENOL INFOCOM EUROPE
HOOFDVESTE 19
3990 DH HOUTEN,
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,385.45

---

**3.99** **Nonpriority creditor's name and mailing address**

AMPRIMO TECNOLOGIE SRL
VIA CARLO PISACANE 6Â°
TORINO, 10127
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 77.68

---

**3.100** **Nonpriority creditor's name and mailing address**

AMS-OSRAM AG
Tobelbaderstrasse 30
Premstätten, Austria,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 101,333.71

---

**3.101** **Nonpriority creditor's name and mailing address**

AMS-OSRAM INTERNATIONAL GMBH
MARCEL-BREUER-STR. 4
MUNICH, 80807
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 742.09

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 956,964.28

ANALOG DEVICES INTERNATIONAL UC
BAY F-1
RAHEEN IND. ESTATE, LIMERICK, IRELA,
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 95,001.72

ANALOG DEVICES INTERNATIONAL UNLIMI
Bay F-1 Raheen Business Park
Limerick,
IRELAND

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 21,569.55

ANAQUA SERVICES INC
31, ST.JAMES AVENUE- SUITE 1100
BOSTON, 02116

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 12,484.12

ANDERLINI MECCANICA S.R.L.
VIA E.CURIEL,6/A
ZOLA PREDOSA, 40069
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 139.28

ANDREA FERR S.R.L
VIA LOSSA RAFFAELE 14
CASORIA (NAPOLI), 80026
ITALY

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,082.31 |
|---|---|---|---|

ANFIA SERVICE SRL
C.SO GALILEO FERRARIS, 61
TORINO, 10128
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 183,514.91 |
|---|---|---|---|

ANGEL4FUTURE S.R.L.
VIA SAN SABINO 21
MOLA DI BARI, 70042
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 35,852.10 |
|---|---|---|---|

ANGELANTONI TEST TECHNOLOGIES S.R.L
LOCALITA' CIMACOLLE,  464
MASSA MARTANA, 06056
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 22.83 |
|---|---|---|---|

ANGQ ASSOCIAZIONE NAZIONALE
VIA CASTELROSSO 16
ROMA, 00144
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 381.34 |
|---|---|---|---|

ANNA FERRUA SAS DI ANNA FERRUA E C.
AUTOSOLE A/1 MI/BO KM. 114
PARMA, 43123
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,660.34 |
|---|---|---|---|

ANRITSU SRL
VIA ELIO VITTORINI 129
ROMA, 00144
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,549.47 |
|---|---|---|---|

ANTALIS PACKAGING  ITALIA SRL
VIA GAETANO DONIZETTI 30
LAINATE, 20020
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 62.80 |
|---|---|---|---|

ANTONIO GENTILE S.A.S.
AREA A14 CERRANO EST
SILVI, 64028
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 13,537.47 |
|---|---|---|---|

AON ADVISORY AND SOLUTIONS S.R.L.
VIA CALINDRI, 6
MILANO, 20143
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 57.08 |
|---|---|---|---|

AON S.P.A.
VIA CALINDRI 6
MILANO, 20143
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117** Nonpriority creditor's name and mailing address

APOTHEKE VON ZIEGLAUER DES PHILIPP
Via Centrale 43
BRUNECK, 39031
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 28.54

---

**3.118** Nonpriority creditor's name and mailing address

APROLIS ITALIA S.P.A.
VIA LAZIO 1/B
ZOLA PREDOSA, 40069
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 15,511.79

---

**3.119** Nonpriority creditor's name and mailing address

APTIV SERVICES HUNGARY KFT, ON BEHA
5 HANOVER QUAY
DUBLIN, 0279
HUNGARY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,325.31

---

**3.120** Nonpriority creditor's name and mailing address

ARCA ETICHETTE SPA
VIA EDISON, 119
MARCALLO, 20010
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 11,901.61

---

**3.121** Nonpriority creditor's name and mailing address

ARCARI SRL
VIA CORINNA BRUNI 14
LIMBIATE, 20051
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,810.70

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 17,606.55 |
|---|---|---|---|

ARCESE DEUTSCHLAND GMBH
ROBERT-BOSCH-STRABE 5
SINGEN, 78224
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,258.77 |
|---|---|---|---|

ARCESE TRASPORTI S.P.A.
VIA A.MORO 95
ARCO, 38062
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 137.00 |
|---|---|---|---|

AREZZO SPORT COLLEGE SRL
DUMMY
DUMMY,
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 73,900.27 |
|---|---|---|---|

ARNOLD MAGNETIC TECHNOLOGIES
UNIT F, WALESWOOD WAY, WALES BAR
SHEFFILD S26 5NU  UK, 00000
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,611.99 |
|---|---|---|---|

ARO S.R.L.
VIA TRENTO E TRIESTE 112
BIASSONO, 20853
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.127** **Nonpriority creditor's name and mailing address**

ARRIVA ITALIA SRL
VIA TREBAZIO N. 1
MILANO, 20145
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,330.01

---

**3.128** **Nonpriority creditor's name and mailing address**

ARRK LCO PROTOMOULE
194 ALLÃ©E DES CHAMPS GALÃ¨RE
ALBY SUR CHERAN, 74540
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,146.92

---

**3.129** **Nonpriority creditor's name and mailing address**

ARROW ELECTRONIC ITALIA SRL
VIALE F.TESTI, 280
MILANO, 20126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,679,876.52

---

**3.130** **Nonpriority creditor's name and mailing address**

ARTAX SRL
VIA A.VESPUCCI 2
S.GIOVANNI, 40017
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 334,268.58

---

**3.131** **Nonpriority creditor's name and mailing address**

ARTEL SRL
VIA CASSIA VECCHIA 40/C,
CIVITELLA IN VAL DI CHIANA, 52041
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,323.87

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.132** Nonpriority creditor's name and mailing address

ARTIC ENERGY SERVICE SRL
VIA AMENDOLA N. 2
ANZOLA DELL'EMILIA, 40011
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 10,125.12

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.133** Nonpriority creditor's name and mailing address

ARVATO DISTRIBUTION GMBH
GOTTLIEB DAIMLER STR. 1
HARSEWINKEL, 33428
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 204.55

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.134** Nonpriority creditor's name and mailing address

ARVOR S.R.L.
VIA LAZZARI 3
QUARTO INFERIORE, 40057
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 1,685.35

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.135** Nonpriority creditor's name and mailing address

ASC AMERICAN SUN COMPONENTS
7880 N UNIVERSITY DRIVE SUITE 100
TAMARC, 33321

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 2,314.41

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.136** Nonpriority creditor's name and mailing address

ASENIUM SAS
141 AVENUE DE CLICHY
PARIS, 75017
FRANCE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 29,455.35

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.137** **Nonpriority creditor's name and mailing address**

ASI CONSORZIO PER L'AREA DI SVILL.I
VIA D. MORELLI, 75
NAPOLI, 80121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 42,442.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.138** **Nonpriority creditor's name and mailing address**

ASI SPA ASSISTENZA E SERVIZI ALLE
VIA DELLE DALIE 5
MODUGNO, 70026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 19,592.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.139** **Nonpriority creditor's name and mailing address**

ASLAM LAMEC SRL
STRADA BARBANIA 130
ROCCA CANAVESE, 10070
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 206,461.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.140** **Nonpriority creditor's name and mailing address**

ASSICURATRICE MILANESE
VIA LIBERTÀ 53
SAN CESARIO SUL PANARO, EMILIA ROMAGNA, 41018
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SURETY BOND #: 2027015912444 FOR THE BENEFIT OF AGENZIA DELLE DOGANE E DEI MONOPOLI - UFFICIO DELLE DOGANE DI MILANO 2

$ Undetermined

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.141** **Nonpriority creditor's name and mailing address**

ASSIOMA.NET SRL
VIA GIOVANNI SPANO 6/11
TORINO, 10100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 11,880.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142 Nonpriority creditor's name and mailing address**

ASSOCAAF SPA
PIAZZA DIAZ 6
MILANO, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,294.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143 Nonpriority creditor's name and mailing address**

ASSOCIATION OF CERTIFIED FRAUD
716 WEST AVE
AUSTIN TX 78701-2727,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 222.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.144 Nonpriority creditor's name and mailing address**

ASSOCIAZIONE CMM CLUB ITALIA
STRADA DELLE CACCE 91
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 399.59

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.145 Nonpriority creditor's name and mailing address**

ASSOCIAZIONE PROFESSIONALE ITALIANA
VIA GUSTAVO FARA 35
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 76.49

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146 Nonpriority creditor's name and mailing address**

ASTEC LAM PLAN SRL
VIALE PANZACCHI, 25
BOLOGNA, 40136
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,333.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

---

**3.147** | **Nonpriority creditor's name and mailing address**

ASTERISCO TECH S.R.L.
VIA YURI GAGARIN 73
CORCIANO, 06073
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 909.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address**

ASTI
STR. CASCINA CAUDA, 5
ASTI AT, 14100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** ENVIRONMENTAL REMEDIATION CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address**

ASTOLFI S.P.A.
PIAZZA DEL POPOLO 18
ROMA, 00187
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 23,017.23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address**

ASTRA CANYON GROUP LLC
6021 E. GRANT RD
TUCSON, 85712

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 157.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address**

ASTRA SISTEMI ANTINCENDIO S.R.L.
VIA PASTEUR, 1
SEDRIANO, 20018
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,231.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 473.57 |
| --- | --- | --- | --- |

ATAHOTELS SPA
VIA FABIO FILZI, 25
MILANO, 20124
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 356.43 |
| --- | --- | --- | --- |

ATE TECHNOLOGIES SARL
21-23 RUE DU PETIT ALBI
CERGY SAINT CHRISTOPHE, 95800
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,755.26 |
| --- | --- | --- | --- |

ATEQ ITALIA SRL
VIA XXV APRILE 13/A
SAN DONATO MILANESE, 20097
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 38,893.68 |
| --- | --- | --- | --- |

ATHENA SPA
VIA DELLE ALBERE 2
ALONTE, 36045
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 254.67 |
| --- | --- | --- | --- |

ATLAS I.F.M. SRL
ZONA ASI AGGLOMERATO AVERSA NORD
TEVEROLA, 81030
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number *(if known)* | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.157** | **Nonpriority creditor's name and mailing address**

ATLEM & VALTEC SRL
VIA DELL'INDUSTRIA, 28
MARZABOTTO, 40043
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,873.25

---

**3.158** | **Nonpriority creditor's name and mailing address**

ATOP SPA
STRADA S. APPIANO 8/A
BARBERINO VAL D'ELSA, 50021
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,517,537.37

---

**3.159** | **Nonpriority creditor's name and mailing address**

ATRA SRL
VIA ROVEREDO 1/A Z.I. PARADISO
PORDENONE, 33170
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 274.00

---

**3.160** | **Nonpriority creditor's name and mailing address**

ATRADIUS CREDITO Y CAUCION S.A.
AVENIDA DIAGONAL 611
BARCELONA, 08028
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SURETY BOND #: GG0002319 FOR THE BENEFIT OF UFFICIO DELLE DOGANE MILANO 2

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.161** | **Nonpriority creditor's name and mailing address**

ATS MICROFUSIONE SRL
VIA G. NATTA, 5
MAPELLO, 24030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,443.11

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162** **Nonpriority creditor's name and mailing address**

ATS MILANO
CORSO ITALIA 19
MILANO, 20122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,291.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.163** **Nonpriority creditor's name and mailing address**

ATSUMI AND SAKAI
FUKOKU SEIMEI BLDG. (RECEPTION: 16F)
CHIYODA-KU, 100-0011
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 799.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164** **Nonpriority creditor's name and mailing address**

AUBAY ITALIA S.P.A.
LARGO LA FOPPA N. 2
MILANO, 20121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 282,187.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.165** **Nonpriority creditor's name and mailing address**

AUDES GROUP S.R.L.
VIA NOVENTANA 192
NOVENTA PADOVANA, 35027
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 100,914.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.166** **Nonpriority creditor's name and mailing address**

AUGELLI & C. S.R.L.
LUNGOMARE C. COLOMBO 50
TERMOLI, 86039
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 582.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.167** | **Nonpriority creditor's name and mailing address**

AUREN INTERNATIONAL ADVISORY GMBH
ROTEBUHLPLATZ 23
STUTTGART, 70174
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,998.32

---

**3.168** | **Nonpriority creditor's name and mailing address**

AURORA SRL - SHERATON BOLOGNA
VIA DELL'AEROPORTO 34/36
BORGO PANIGALE, 40132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 102.75

---

**3.169** | **Nonpriority creditor's name and mailing address**

AUTOEMME SRL
VIA SAMMARTINI 3
MILANO, 20125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34.25

---

**3.170** | **Nonpriority creditor's name and mailing address**

AUTOGRILL ITALIA SPA
VIA GREPPI 2
NOVARA, 28100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 32.20

---

**3.171** | **Nonpriority creditor's name and mailing address**

AUTOMAC ENGINEERING SRL
VIA VENEZIA 14
NOVI DI MODENA, 41016
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 110,387.50

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.172** **Nonpriority creditor's name and mailing address**

AUTOMOBILES PEUGEOT SA
2-10 BOULEVARD DE L€™EUROPE
POISSY, 78300
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 171,252.00

---

**3.173** **Nonpriority creditor's name and mailing address**

AUTOMOBILI LAMBORGHINI SPA
VIA MODENA,12
SANT' AGATA BOLOGNESE, 40019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,306.75

---

**3.174** **Nonpriority creditor's name and mailing address**

AUTOMOTIVE AMIENS SAS
65 RUE ROBERT LE COQ  BP 1627
AMIENS CEDEX 1, 80016
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,915.41

---

**3.175** **Nonpriority creditor's name and mailing address**

AUTOMOTIVE LIGHTING UK LIMITED
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,723,524.00

---

**3.176** **Nonpriority creditor's name and mailing address**

AUTONOLEGGIO SICILIANO MICHELE
VIA BARACCA, 4
VITTUONE, 20010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 113.03

---

Debtor    Marelli Europe S.p.A.
                                                    Case number (if known)    25-11109
          Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177** | **Nonpriority creditor's name and mailing address**

AUTORIPARAZIONE TINTI SRL
VIA DELLA MECCANICA 15
S. LAZZARO DI SAVENA, 40068
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20.89

---

**3.178** | **Nonpriority creditor's name and mailing address**

AUTOSTRADE PER L'ITALIA S.P.A.
VIA BERGAMINI, 50
ROMA, 00159
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,737.96

---

**3.179** | **Nonpriority creditor's name and mailing address**

AUTOTREND S.R.L.
STRADA PALUMBO 2
BARI, 70132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 81.98

---

**3.180** | **Nonpriority creditor's name and mailing address**

AV AMBIENTE  SRL
S.P. 105 VIA PER MILANO 7/11
LACCHIARELLA, 20084
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 205.48

---

**3.181** | **Nonpriority creditor's name and mailing address**

AVIATRONIK TRESCAL SPA
VIA F.LLI ROSSELLI 14E
ZOLA PREDOSA, 40069
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 715.92

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.182** **Nonpriority creditor's name and mailing address**

AVION COMPANY SPA
VIA G. DI VITTORIO, 37
PESCIERA BORROMEO, 20068
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 391.42

---

**3.183** **Nonpriority creditor's name and mailing address**

AVIORACE SRL
VIA DELLÂ€™ARTIGIANATO 348
VIGNOLA, 41058
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 109,826.28

---

**3.184** **Nonpriority creditor's name and mailing address**

AVIS BUDGET ITALIA SPA
VIALE CARMELO BENE 70
ROMA, 00139
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,931.18

---

**3.185** **Nonpriority creditor's name and mailing address**

AVL ITALIA SRL
CORSO FRANCESCO FERRUCCI 112
TORINO, 10138
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,615.34

---

**3.186** **Nonpriority creditor's name and mailing address**

AVMECH S.R.L.
STRADA PROVINCIALE 231 , KM 2 , CON
MODUGNO, 70026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 32,843.39

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.187** Nonpriority creditor's name and mailing address

AVNET EMG ITALY SRL
VIA MANZONI, 44
CUSANO MIL, 20095
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                2,926,017.14

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.188** Nonpriority creditor's name and mailing address

AVNET EUROPE COMM VA
DE KLEETLAAN 3
MACHELEN, 1831
BELGIUM

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                47,886.07

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.189** Nonpriority creditor's name and mailing address

AVNET SUPPLY CHAIN SOLUTIONS LIMITE
Suites 3 & 4, Block D The Cubes Off
DUBLIN,
IRELAND

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                99,751.76

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.190** Nonpriority creditor's name and mailing address

AVVALE S.P.A.
VIA MELZI DÂ™ERIL 34
MILANO, 20154
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                232,101.66

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.191** Nonpriority creditor's name and mailing address

AVX LIMITED
PROSPECT HAUSE 6 ARCIPELAGO
GU16 7ER LYON WAY FRIMLEY SURREY GB,
CZECH REPUBLIC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                228.34

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number *(if known)* | 25-11109 |
|--------|----------------------|--------------------------|----------|
|        | Name |  |  |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.192  Nonpriority creditor's name and mailing address**

AVX LIMITED
PROSPECT HOUSE 6 ARCHIPELAGO
GU16 7ER LYON WAY FRIMLEY SURREY,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                58.46

**3.193  Nonpriority creditor's name and mailing address**

AXWAY GMBH
KURFURSTENDAMM 119
BERLIN, 10711
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$           62,958.61

**3.194  Nonpriority creditor's name and mailing address**

AZCOM TECHNOLOGY SRL
STRADA 2, PALAZZO C3
ASSAGO, 20057
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$           19,126.61

**3.195  Nonpriority creditor's name and mailing address**

AZIENDA AGRITURISTICA CROCE DEL MOR
VIA TASSANARE 5
ROSORA, 60030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              308.25

**3.196  Nonpriority creditor's name and mailing address**

AZIENDA OSPEDALIERA
VIA MAGELLANO 1
TORINO, 10128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              276.29

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 345.04 |
|---|---|---|---|

AZIENDA SANITARIA LOCALE NA 2 NORD
VIA C. ALVARO 8
MONTERUSCELLO POZZUOLI, 80072
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,237.64 |
|---|---|---|---|

AZIENDA USL DI BOLOGNA
VIA CASTIGLIONE, 29
BOLOGNA, 40124
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,065.84 |
|---|---|---|---|

AZOLVER ITALIA SRL
PIAZZA FILIPPO MEDA 5
MILANO, 20121
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 31,558.56 |
|---|---|---|---|

B AND P AVVOCATI BUTTI AND PARTNERS
PALAZZO PINDEMONTE VIA LEONI 4
VERONA, 37121
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 101.61 |
|---|---|---|---|

B&W NEST S.R.L.
VIA TRAVES 40
TORINO, 10151
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.202** | **Nonpriority creditor's name and mailing address**

B.CENTER DI BETTINI &C.SAS
VIA VESPUCCI 6
SAN GIOVANNI IN PERS, 40017
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 27.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address**

B.G.A. PRESIDENT SRL
VIALE CARLO III
SAN MARCO EVANGELISTA, 81020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 505.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address**

B.M.P. SRL
VIA SARONNINO 5
ORIGGIO, 21040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,585.18

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address**

B.S. DI GHISOLFI SRL
STRADA SOTTORIPE
MONTICELLO D'ALBA, 12066
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,462.49

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address**

BAIER & MICHELS SRL
VIA EUGENIO MONTALE, 6
SELV AZZANO DENTRO, 35030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 16,546.18

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.207** **Nonpriority creditor's name and mailing address**

BAKER HUGHES DIGITAL SOLUTIONS
VIA XXV APRILE N. 2
SAN DONATO MILANESE, 20097
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,663.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.208** **Nonpriority creditor's name and mailing address**

BALLUFF AUTOMATION SRL
CORSO CUNEO 15
VENARIA REALE, 10078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 604.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.209** **Nonpriority creditor's name and mailing address**

BANDATEX
C/.PORTUGAL No10
FRESNO DE RODILLA, 09290
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 22,125.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.210** **Nonpriority creditor's name and mailing address**

BAP SPA
VIA DEL FONDITORE, 7
BOLOGNA, 40127
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,183.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.211** **Nonpriority creditor's name and mailing address**

BARBIERI SRL
STRADALE TORINO 30/2
PAVONE CANAVESE, 10018
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 908.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.212** **Nonpriority creditor's name and mailing address**

BARI SERVIZI INDUSTRIALI S.C.R.L.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 1,725.00

**Date or dates debt was incurred**   UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.213** **Nonpriority creditor's name and mailing address**

BARITOOLS S.R.L.
VIA DELLE MARGHERITE 32 Z
MODUGNO, 70026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,222.37

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.214** **Nonpriority creditor's name and mailing address**

BASF CATALYSTS GERMANY GMBH
SELIGMANNALLEE 1,
HANNOVER, 30173
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 31,610.27

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.215** **Nonpriority creditor's name and mailing address**

BASF CATALYSTS ITALIA SRL
VIA MARCONATO 8
CESANO MADERNO, 20811
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 588,117.99

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.216** **Nonpriority creditor's name and mailing address**

BASF ITALIA SPA
VIA MARCONATO 8
CESANO MADERNO, 20811
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 189,580.81

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|----------------------|------------------------|----------|
| | Name | | |

Case 25-11109-CTG   Doc 5   Filed 08/11/25   Page 185 of 1030

**Part 2:** | **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.217** | **Nonpriority creditor's name and mailing address**

BASF S.A.
ROD. SP 73 N° 5756 BAIRRO CALDEIRA
INDAIATUBA SAO PAULO,
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                 17,164.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address**

BAUMANN GMBH
OSKAR VON MILLER STRASSE 7
AMBERG, 92224
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                 57,579.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address**

BAUMANN GMBH FEDERNFABRIK
FRIEDRICH-LIST-STRASSE 13
LICHTENSTEIN, 72805
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                 29,786.42

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address**

BAUMANN MOLLE SPA
CASELLA POSTALE
8630 RUTI CH,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                 90,321.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address**

BBR SRL
VIA GUIDO ROSSA 15
MAGENTA, 20013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                     293.89

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.222** **Nonpriority creditor's name and mailing address**

BCS AUTOMOTIVE INTERFACE SOLUTIONS
VIA MIRAFLORES 20
NICHELINO, 10042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,290.20

---

**3.223** **Nonpriority creditor's name and mailing address**

BCUBE SPA
VIA LUIGI BONZANO CAVALIERE DEL
CASALE MONFERRATO, 15033
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 50,190.56

---

**3.224** **Nonpriority creditor's name and mailing address**

BDO TAX SRL STP
VIALE ABRUZZI, 94 94
MILANO, 20131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,662.55

---

**3.225** **Nonpriority creditor's name and mailing address**

BDTRONIC ITALY SRL
VIA DELLA GENETICA NR. 15
02100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 300,855.51

---

**3.226** **Nonpriority creditor's name and mailing address**

BELINK SOLUTIONS
Z.I. Route de Mamers
La Ferté-Bernard, 72400
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 68,247.35

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.227** **Nonpriority creditor's name and mailing address**

BELOTTI SISTEMI S.R.L.
VIA F.LLI BANDIERA 8
PESCHIERA, 20068
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,370.69

---

**3.228** **Nonpriority creditor's name and mailing address**

BERARDI BULLONERIE SRL A SOCIO UNIC
Via San Carlo 1
Loc. Poggio Piccolo, Castel Guelfo, 40023
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,671.42

---

**3.229** **Nonpriority creditor's name and mailing address**

BERNASCHINA SRL
VIA DEI TRE CORSI 14
MALNATE, 21046
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 112.82

---

**3.230** **Nonpriority creditor's name and mailing address**

BETACOM SRL
VIA NICOLA FABRIZI N.44
TORINO, 10100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,667.36

---

**3.231** **Nonpriority creditor's name and mailing address**

BETA-TRANS SPA
VIA LONDRA 7/9
SEGRATE, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 50,693.23

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|----------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.232** **Nonpriority creditor's name and mailing address**

BEVANO SNC DI CAVALLUCCI GUIDO & C.
AUTOSTRADA A/14 BEVANO
BERTINORO, 47032
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 101.61

---

**3.233** **Nonpriority creditor's name and mailing address**

BI ESSE SPA
VIA B.CHIARINI 7
FOSSANO, 12045
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4.92

---

**3.234** **Nonpriority creditor's name and mailing address**

BIANCHIN E POLI SRL
VIA VITTORIO VENETO 71
ANGIARI, 37050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,533.79

---

**3.235** **Nonpriority creditor's name and mailing address**

BIENTINA S.R.L.
VIA GAZZA LADRA, 2
BIENTINA, 56031
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,303.52

---

**3.236** **Nonpriority creditor's name and mailing address**

BIG SERVICE SNC
ADS SILLARO EST A14 NORD
CASTEL SAN PIETRO TERME, 40024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 509.27

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.237** | **Nonpriority creditor's name and mailing address**

BILANCERIA COLOMBI
VIA LAZIO 87
BUCCINASCO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 303.92

---

**3.238** | **Nonpriority creditor's name and mailing address**

BIMADUE SRL
V.LE FIUME, 55
MANTOVA, 46100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,354.60

---

**3.239** | **Nonpriority creditor's name and mailing address**

BITRON SERVICE S.P.A.
VIA ANTONIO G. IGNAZIO BERTELA NÂ° 3
TORINO, 10122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 59,801.00

---

**3.240** | **Nonpriority creditor's name and mailing address**

BITRON SPA
STRADA DEL PORTONE 95
GRUGLIASCO, 10095
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 77,297.57

---

**3.241** | **Nonpriority creditor's name and mailing address**

BLOOMBERG L.P.
731 LEXINGTON AVENUE
NEW YORK, 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 313.64

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,172.37 |
|---|---|---|---|

BMC::LABS GMBH
FALKENSTRASSE 22
AALEN, 73434
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,296.33 |
|---|---|---|---|

BMP TAPPI
VIALE DELLE INDUSTRIE 89 91
CAMBIAGO, 20040
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 373.56 |
|---|---|---|---|

BMPEUROPE SRL
VIA TORINO 64/TER
VEZZA D'ALBA, 12040
ITALY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,856.64 |
|---|---|---|---|

BNE GLOBAL INC.
6-2400 DUNDAS ST W. SUITE: 416
MISSISSAUGA, L5K 2R8
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 679.30 |
|---|---|---|---|

BODYCOTE HARDIFF GMBH
MAX PLANK STRASSE 9
LANDSBERG AM LECH, 86899
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.247** Nonpriority creditor's name and mailing address

BOERIS SRL
VIA MONVISO 27
GERBOLE DI VOLVERA, 10040
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                1,163.03

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.248** Nonpriority creditor's name and mailing address

BOLDINI AUTONOLEGGIO SRL
VIA LONATE 97
CASTANO PRIMO, 20022
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                420.71

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.249** Nonpriority creditor's name and mailing address

BOLLE DI SAPONE S.N.C.
VIA S. PELLICO, 4
CORNAREDO, 20010
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                1,581.29

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.250** Nonpriority creditor's name and mailing address

BOLLHOFF SRL
VIA MONFERRATO 6/8
CORSICO, 20094
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                345,823.53

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.251** Nonpriority creditor's name and mailing address

BOLOGNA
VIA DEL TIMAVO, 33
BOLOGNA, 40131
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  ENVIRONMENTAL REMEDIATION CLAIM

$                Undetermined

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (*if known*) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.252** **Nonpriority creditor's name and mailing address**

BOLOGNA PUBLIC PROSECUTOR
VIA GARIBALDI 6, 40124 BOLOGNA (BO)
ITALY, 40124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.253** **Nonpriority creditor's name and mailing address**

BOLOGNARESORT S.R.L.
VIA PONTE NUOVO, 42
PIEVE DI CENTO, 40066
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 606.80

---

**3.254** **Nonpriority creditor's name and mailing address**

BOLZONI SPA
VIA I MAGGIO, 103, CASONI DI PODENZANO
PIACENZA, 29027
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 228.34

---

**3.255** **Nonpriority creditor's name and mailing address**

BONDING - CONSULTORIA E FORMACAO
RUA ARQUITETO CASSIANO B  44 - SALA
PORTO, 4100-009
PORTUGAL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 50,680.32

---

**3.256** **Nonpriority creditor's name and mailing address**

BORGWARNER RZESZOW SP Z O O
JASIONKA 950 B
JASIONKA, 36-002
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,272,632.76

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.257**

**Nonpriority creditor's name and mailing address**

BORMAN ITALIANA SRL
VIA GRAMSCI 76
SETTIMO MILANESE, 20019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,040.46

---

**3.258**

**Nonpriority creditor's name and mailing address**

BOSCH REXROTH OIL CONTROL SPA
VIA RAGAZZI DEL 99 31
REGGIO EMILIA, 42100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,901.59

---

**3.259**

**Nonpriority creditor's name and mailing address**

BOSCHMAN TECHNOLOGIES BV
STENOGRAAF 3
DUIVEN, 6921 EX
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,545.38

---

**3.260**

**Nonpriority creditor's name and mailing address**

BOSCO ROSSANA
VIA OLMO 2
PRALORMO, 10040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,458.43

---

**3.261**

**Nonpriority creditor's name and mailing address**

BOSSI & PURICELLI S.R.L.
VIA XXII MARZO, 26
GALLARATE, 21013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,788.42

---

Debtor    Marelli Europe S.p.A.                                     Case number (if known)    25-11109
Name

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.262**

**Nonpriority creditor's name and mailing address**

BOURNS AG
ZUGENSTRASSE 74
6340 BAAR CH,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 28.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.263**

**Nonpriority creditor's name and mailing address**

BOUVERAT INDUSTRIES
RUE DE CHARMILLES 99
MARNAZ, 74460
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 138,880.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.264**

**Nonpriority creditor's name and mailing address**

BOXLINE UNITED CARGO LINK S.R.L.
VIA I. NEWTON 12
PERO, 20016
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,927.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.265**

**Nonpriority creditor's name and mailing address**

BP SEC SRL
VIA CARROCCIO 9
MAGNAGO, 20020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,906.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.266**

**Nonpriority creditor's name and mailing address**

BPS S.R.L.
VIA ISAAC NEWTON 12
PERO, 20016
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,588.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number *(if known)* | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.267** **Nonpriority creditor's name and mailing address**

BRAVOSOLUTION ITALIA S.P.A.
VIA ROMBON 11
MILANO, 20134
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 85,615.13

---

**3.268** **Nonpriority creditor's name and mailing address**

BREAK & LUNCH SRL
VIA DELLA REPUBBLICA, 24/28
CORNAREDO, 20010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,236.51

---

**3.269** **Nonpriority creditor's name and mailing address**

BRENNA SRL
VIA ARNO 48
SEREGNO, 20038
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 243.75

---

**3.270** **Nonpriority creditor's name and mailing address**

BRENNTAG SPA
MILANOFIORI STRADA 6 PAL.A/13
ASSAGO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 46,743.51

---

**3.271** **Nonpriority creditor's name and mailing address**

BRENTA P.C.M. S.P.A.
GALLERIA DEL POZZO ROSSO, 13
VICENZA, 36100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,281.38

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.272 Nonpriority creditor's name and mailing address**

BRICOSUPER SRL
COSENZA 40/B
TORINO, 10137
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 68.39

---

**3.273 Nonpriority creditor's name and mailing address**

BROSE CZ SPOL SRO
PRUMYSLOVY PARK 302
742 21 KOPRIVNICE,
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,754.07

---

**3.274 Nonpriority creditor's name and mailing address**

BROVEDANI S.P.A.
Z.I.P.R.VIA VENZONE,9
S.VITO AL TAGLIAMENT, 33078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 255,515.25

---

**3.275 Nonpriority creditor's name and mailing address**

BROVIND VIBRATORI SPA
VIA VALLE BORMIDA 5
CORTEMILIA, 12074
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,490.35

---

**3.276 Nonpriority creditor's name and mailing address**

BSIM SRL
CORSO GALILEO FERRARIS 16
TORINO, 10121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,480.06

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.277** **Nonpriority creditor's name and mailing address**

BSS EXTEND S.R.L.
VIA AQUILEIA, 37 - 2 PIANO
CINISELLO BALSAMO, 20092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,477.37

---

**3.278** **Nonpriority creditor's name and mailing address**

BT ITALIA SPA
VIA TUCIDIDE 56
MILANO, 20134
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,234.64

---

**3.279** **Nonpriority creditor's name and mailing address**

BT POLAND SP. Z.O.O.
UL. POSTEPU 12
WARSZAWA, 02-676
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 290.61

---

**3.280** **Nonpriority creditor's name and mailing address**

BTS ITALY SRL
CORSO VENEZIA N. 7
MILANO, 20121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,192.58

---

**3.281** **Nonpriority creditor's name and mailing address**

BUOIROSSI SRL
VIA CONTE CAMILLO BENSO DI CAVOU 32
ALESSANDRIA, 15121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,849.73

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.282** Nonpriority creditor's name and mailing address

BURSTER ITALIA SRL
VIA REPUBBLICA 10
CURNO, 24035
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 15,090.94

---

**3.283** Nonpriority creditor's name and mailing address

BUSINESS INTEGRATION PARTNERS SPA
PIAZZA SAN BABILA 5
MILANO, 20122
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 27,711.59

---

**3.284** Nonpriority creditor's name and mailing address

BUSINESSLUNCH.IT S.R.L.
Via Archimede 33
PERO, 20016
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 799.09

---

**3.285** Nonpriority creditor's name and mailing address

BYD SEMICONDUCTOR COMPANY LIMITED
NO.1 YAN'AN ROAD
ShenZhen City, 518119
CHINA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 901.33

---

**3.286** Nonpriority creditor's name and mailing address

C&U EUROPE GMBH
KONRAD-KURZBOLD-STR.7A
LIMBURG AN DER LAHN, 65549
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 174.68

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.287 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|

**3.287**

**Nonpriority creditor's name and mailing address**

C.B.S. SRL  LAMINATI
VIA LUZZATI, 8
CASTANO PRIMO, 20022
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,502.08

---

**3.288**

**Nonpriority creditor's name and mailing address**

C.D.C. S.P.A.
VIA CERNAIA, 20
TORINO, 10122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,127.98

---

**3.289**

**Nonpriority creditor's name and mailing address**

C.D.I. CEN.DIAGN.ITAL.SPA
VIA SAINT BON 20
MILANO, 20147
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 96,611.81

---

**3.290**

**Nonpriority creditor's name and mailing address**

C.F.ITALIA SRL
CORSO NOVARA, 11
VENARIA REALE, 10078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,761.81

---

**3.291**

**Nonpriority creditor's name and mailing address**

C.H. ROBINSON EUROPE BV
ANDORRAWEG 2
AALSMEER, 1432 DB
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,379.01

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 359,894.87 |
|---|---|---|---|

C.M.C. S.R.L.
VIA ANTICA DI PINEROLO 35
CAVOUR, 10061
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 230,462.25 |
|---|---|---|---|

C.M.I. SRL
VIA L.DA VINCI 10
MOLFETTA, 70056
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 69,874.85 |
|---|---|---|---|

C.M.T. SRL
SS 96 KM 119,700
MODUGNO, 70026
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,712.52 |
|---|---|---|---|

C.R.C. SRL
VIA G.C. PUECHER 1
MERATE, 23807
ITALY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 918,801.11 |
|---|---|---|---|

C.R.F.SOC.CONSORTILE PER AZIONI
STRADA TORINO,50
ORBASSANO, 10043
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.297** **Nonpriority creditor's name and mailing address**

C.S.I. CENTRO SERVIZI PER L'INDUSTR
CORSO DANTE 51
CUNEO, 12100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 612.85

---

**3.298** **Nonpriority creditor's name and mailing address**

C.V.B. SRL
VIA E. MATTEI, 1/3
TRONZANO VERCELLESE, 13049
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 449,659.91

---

**3.299** **Nonpriority creditor's name and mailing address**

CA ROCCA SS
VIA BASSE 2
MONSELICE, 35043
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 222.63

---

**3.300** **Nonpriority creditor's name and mailing address**

CABINET KAWTAR SEBARI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,639.08

---

**3.301** **Nonpriority creditor's name and mailing address**

CABIOTEC SRL
VIA ROMOLO BITTI, 6
MILANO, 20125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 578.93

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.302** Nonpriority creditor's name and mailing address

CABO S.R.L.
VIA PALESTINA, 12
VIGANO DI GAGGIANO, 20083
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 13,974.75

---

**3.303** Nonpriority creditor's name and mailing address

CADEL SRL
VIA F. IMPARATO, 190
NAPOLI, 80146
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,059.84

---

**3.304** Nonpriority creditor's name and mailing address

CADENCE DESIGN SYSTEMS SRL
MILANOFIORI STRADA 7, PAL
ROZZANO, 20089
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 599,973.39

---

**3.305** Nonpriority creditor's name and mailing address

CAILLAU S.A.S.
1 AVENUE GUSTAVE EIFFE
ROMORANTIN-LANTHENAY, 41200
FRANCE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 81,769.85

---

**3.306** Nonpriority creditor's name and mailing address

CAIVANO
ZONA INDUSTRIALE PASCAROLA
NAPLES, 80023
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  ENVIRONMENTAL REMEDIATION CLAIM

Date or dates debt was incurred       UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.307** **Nonpriority creditor's name and mailing address**

CALINFERNO SNC
Via Giulio Cesare 41
CIMETTA DI CODOGNE, 31013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 79.92

---

**3.308** **Nonpriority creditor's name and mailing address**

CAMAR SPA
VIA GENOVA 58/A
CASCINE VICA RIVOLI, 10090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,793.29

---

**3.309** **Nonpriority creditor's name and mailing address**

CAMERA DI COMMERCIO INDUSTRIA
VIA CARLO ALBERTO, 16
TORINO, 10123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 841.28

---

**3.310** **Nonpriority creditor's name and mailing address**

CANARD S.P.A
VIA GUIDO RENI 4
BOLOGNA, 40125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,408.83

---

**3.311** **Nonpriority creditor's name and mailing address**

CANTAGALLO OVEST SRL
VIALE AMENDOLA 246
MODENA, 41125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 151.50

---

| Debtor | Marelli Europe S.p.A. | | Case number (if known) | 25-11109 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.312** | **Nonpriority creditor's name and mailing address**

CAP HOLDING SPA
VIA DEL MULINO 2
ASSAGO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 51,391.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address**

CAPGEMINI ITALIA S.P.A.
VIA DI TORRE SPACCATA 140
ROMA, 00175
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 911.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address**

CAPGEMINI ITALIA SPA
VIA DI TORRE SPACCATA 140
ROMA, 00173
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 46,123.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address**

CAPRONI JOINT STOCK COMPANY
GENERAL STOLETOV. STR. 45
KAZANLAK, 6100
BULGARIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 549,073.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address**

CARBUPAN SRL
VIA CAMILLO BENSO CONTE DI CAVOU 12
FALCONARA MARITTIMA, 60015
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 155.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 13,198.57 |
|---|---|---|---|

CARES SRL
VIA ASTI MARE 41/43/45
MONTEGROSSO D'ASTI, 14048
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 52,842.21 |
|---|---|---|---|

CARL ZEISS SPA
VIA VARESINA, 162
MILANO, 20156
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,054.56 |
|---|---|---|---|

CARLO ERBA REAGENTS S.R.L.
VIA MERENDI,22
CORNAREDO, 20010
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 33,026.59 |
|---|---|---|---|

CARLSON WAGONLIT ITALIA SRL
VIA A. BENIGNI, 25
ROMA, 00156
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,212.11 |
|---|---|---|---|

CAROLI MICHELE S.R.L.
SP BARI-MODUGNO KM. 0,800
MODUGNO, 70026
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.322** **Nonpriority creditor's name and mailing address**

CARROZZERIA 2C SRL
VIA AOSTA, 2/1
VENARIA REALE, 10078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 764.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.323** **Nonpriority creditor's name and mailing address**

CARUSO FASTENERS SRL
VIA DELLE GALLARANE, 10/12
MERONE, 22046
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,086.42

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.324** **Nonpriority creditor's name and mailing address**

CASA DEI GOLOSI SRLS
VIA CESARE BATISTI 21
PARABIAGO, 20015
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 52.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.325** **Nonpriority creditor's name and mailing address**

CASA DEL BULLONE SAS
VIA CAVOUR SAMBUCETO
S.G. TEATINO, 66020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 529.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.326** **Nonpriority creditor's name and mailing address**

CASA DEL TRATTORE BOLOGNA SNC
VIA EMILIO LEPIDO 203/24
BOLOGNA, 40132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 173.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.327** **Nonpriority creditor's name and mailing address**

CASA DELLA GOMMA SRL
VIA STENDHAL 35
BOLOGNA, 40128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 416.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.328** **Nonpriority creditor's name and mailing address**

CASCINA BULLONA SOCIETA' AGRICOLA
STRADA VALLE 32
PONTEVECCHIO DI MAGENTA, 20013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,034.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.329** **Nonpriority creditor's name and mailing address**

CASCINA CAREMMA AGRITURISMO
VIA C.NA CAREMMA, 2
BESATE, 20080
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 362.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.330** **Nonpriority creditor's name and mailing address**

CATTANEO ZANETTO & CO SPA
VIA GREGORIANA, 40
ROMA, 00187
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 83,570.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.331** **Nonpriority creditor's name and mailing address**

CBP SPOLKA Z OGRANICZONA
ALBATROSÃ"W 15A
WARSZAWA, 02-806
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 11,321.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.332** | **Nonpriority creditor's name and mailing address**

CCL DESIGN ITALIA S.R.L.
VIA CANOVA, 42
LAINATE, 20020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,172.85

---

**3.333** | **Nonpriority creditor's name and mailing address**

CDI AMBIENTE SICUREZZA & SALUTE SRL
VIA SAINT BON 20
MILANO, 20147
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 332.87

---

**3.334** | **Nonpriority creditor's name and mailing address**

CE.D.I. S.P.A.
S.S. 265 KM. 26+645
S. MARCO EVANGELISTA, 81020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,513.22

---

**3.335** | **Nonpriority creditor's name and mailing address**

CEAM SERVIZI TORINO SRL
VIA SANTI 1/1
NICHELINO, 10042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,735.91

---

**3.336** | **Nonpriority creditor's name and mailing address**

CEBI LUXEMBURG S.A.
30 RUE J. F. KENNEDY
STEINSEL, 7327
LUXEMBOURG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,097.12

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,312.93 |
|---|---|---|---|

CECCOTTI EROS
VIA VASCO DE GAMA 27
BOLOGNA, 40131
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 171.32 |
|---|---|---|---|

CEGOS ITALIA SPA
STRADA 1 PALAZZO F3
ASSAGO, 20057
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 110,416.05 |
|---|---|---|---|

CELIKEL ALUMINYUM DOKUM IMALAT
SAMANDIRA EYUP SULTAN MAH. BAYRAM S
ISTAMBUL, 34885
TURKEY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 51,981.14 |
|---|---|---|---|

CEMAS ELETTRA SRL
STRADA DEGLI OCCHINI 23
CARMAGNOLA, 10022
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 429.56 |
|---|---|---|---|

CEMB SPA COSTR.ELETTROMECCANICHE
VIA RISORGIMENTO 9
MANDELLO DEL LARIO, 23826
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.342** **Nonpriority creditor's name and mailing address**

CEMEDI S.R.L. SOCIETA UNIPERSONALE
CORSO MASSIMO D'AZEGLIO 25
TORINO, 10126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 5,375.50

---

**3.343** **Nonpriority creditor's name and mailing address**

CENIT AG
INDUSTRIESTRASSE 52-54
STUTTGART, 70565
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    91.33

---

**3.344** **Nonpriority creditor's name and mailing address**

CENTRAL CARGO SRL
VIA DI GONFIENTI 4//2
PRATO, 59100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    93.62

---

**3.345** **Nonpriority creditor's name and mailing address**

CENTRE INTEGRAL PER A L'ANSIETAT
VIA AUGUSTA 291
BARCELONA, 08017
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 1,141.68

---

**3.346** **Nonpriority creditor's name and mailing address**

CENTRO SALDATURA SAS
VIA SILVIO PELLICO 25
CERCOLA, 80040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                21,695.29

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.347 Nonpriority creditor's name and mailing address**

CENTRO SOFTWARE SPA
VIA CANTONE 341
S. PIETRO IN CASALE, 40018
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,060.65

---

**3.348 Nonpriority creditor's name and mailing address**

CENTROTECNICA SRL
VIA FEDERICO CONFALONIERI 23
MASATE, 20060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,671.55

---

**3.349 Nonpriority creditor's name and mailing address**

CEPEITALIA SRL
VIA M. BUONARROTI 15
CESANO BOSCONE, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 690.85

---

**3.350 Nonpriority creditor's name and mailing address**

CERRAHOGLU LAW FIRM
CERRAHOGLU BINASI BALMUMOU
ISTANBUL, 80630
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,445.01

---

**3.351 Nonpriority creditor's name and mailing address**

CERTIFICATION CENTER SVYAZ
ISTRINSKAYA STREET 8, BUILDING 3
MOSCOW, 121467
RUSSIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 42,518.97

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.352** | **Nonpriority creditor's name and mailing address**

CERTOPLAST TECHNISCHE KLEBEBÄNDER G
ZUSTELIHINWEIS TELEFAX MU NGSTEN 10
WUPPERTAL, D42285,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 337.97

---

**3.353** | **Nonpriority creditor's name and mailing address**

CERUTI
VIA MARCONI, 2
VERMEZZO, 20080
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 182.50

---

**3.354** | **Nonpriority creditor's name and mailing address**

CG SOCIETA' A RESPONSABILITA' LIMIT
CORSO GALILEO FERRARIS 80
TORINO, 10129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 38.81

---

**3.355** | **Nonpriority creditor's name and mailing address**

CHAPMANBLACK LTD
ELIZABETH HOUSE, 39 YORK ROAD
LONDON, SE1 7NQ
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 102,751.20

---

**3.356** | **Nonpriority creditor's name and mailing address**

CHEM SOLUTION S.R.L.
VIA GIOVANNI GIBELLINI 14
NOVARA, 28100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 41,395.12

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.357 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,281.30 |
|---|---|---|---|
| | CHEMSAFE S.R.L.<br>VIA LUGNACCO, 4<br>PARELLA, 10010<br>ITALY | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.358 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,983.86 |
|---|---|---|---|
| | CHEMVIRON ITALIA S.R.L.<br>VIA PREGNANA 63<br>RHO, 20017<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.359 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 285,663.77 |
|---|---|---|---|
| | CHEP ITALIA SRL<br>VIALE MONZA 338<br>MILANO, 20128<br>ITALY | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.360 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 143,288.61 |
|---|---|---|---|
| | CHESINI MECCANICA SRL<br>VIA PONTE VERDE 9<br>MONTORIO VERONESE, 37141<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.361 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 538.47 |
|---|---|---|---|
| | CHIALES TOOLS & PROJECT S.R.L.<br>VIA SCHIAPARELLI, 16<br>TORINO, 10148<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|----------------------|------------------------|----------|
|        | Name |  |  |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.362** **Nonpriority creditor's name and mailing address**

CHIARO INNOVATIVE AUTOMATION SRL
VIA CALUSO 33/D 34
MAZZE, 10035
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,086.42

---

**3.363** **Nonpriority creditor's name and mailing address**

CHIMPEX INDUSTRIALE SPA
ZONA INDUSTRIALE PASCAROLA
CAIVANO, 80023
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,560.55

---

**3.364** **Nonpriority creditor's name and mailing address**

CHINA CIRCUIT TECHNOLOGY (EUROPE)
WILLI-GRASSER-STR. 22
ERLANGEN, 91056
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,766.61

---

**3.365** **Nonpriority creditor's name and mailing address**

CHINA STAR OPTOELECTRONICS INTERNAT
22E PHASE THREE HONG KONG SCIENC
HONG KONG, 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,424,905.23

---

**3.366** **Nonpriority creditor's name and mailing address**

CHRONO EXPRESS SRL
VIA NICCOLO' PAGANINI 10
SETTIMO TORINESE, 10036
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 127,799.95

---

| Debtor | Marelli Europe S.p.A. | | Case number (if known) | 25-11109 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.367** **Nonpriority creditor's name and mailing address**

CIBAS SRL
VIA BISCEGLIE 91/7
MILANO, 20152
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                86,237.40

---

**3.368** **Nonpriority creditor's name and mailing address**

CIE COMPIEGNE SAS
RUE DU FOUR SAINT JACQUES, 12
COMPIEGNE CEDEX, 60203
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               307,753.76

---

**3.369** **Nonpriority creditor's name and mailing address**

CIEM SAS
VIA 1° MAGGIO 2/4
ORBASSANO, 10043
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               200,810.51

---

**3.370** **Nonpriority creditor's name and mailing address**

CIERRE SRL
VIA ALDO MORO N. 7
SERRAVALLE, 44030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 1,626.66

---

**3.371** **Nonpriority creditor's name and mailing address**

CIGNA HEALTH AND LIFE INSURANCE COM
300 BELLEVUE PARKWAY
WILMINGTON, DE, 19809

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 3,349.35

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.372  Nonpriority creditor's name and mailing address**

CIGNA LIFE INSURANCE COMPANY OF EUR
AVENUE DE CORTENBERGH 52
BRUSSELS, 1000
BELGIUM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,112.90

---

**3.373  Nonpriority creditor's name and mailing address**

CIGNOLI ELETTROFORNITURE SRL
VIA FLAVIO GIOIA 36
TREZZANO SUL NAVIGLI, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,091.00

---

**3.374  Nonpriority creditor's name and mailing address**

CISTELAIER S.P.A.
Via Marcello Finzi 587
MODENA, 41122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,227.36

---

**3.375  Nonpriority creditor's name and mailing address**

CITS V SERVICE (ITALY) SRL
VIA ANTONIO SALANDRA 18
ROMA, 00187
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,878.96

---

**3.376  Nonpriority creditor's name and mailing address**

CK TRADING DE MÉXICO, S. DE R.L. DE C.V.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,519,609.00

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|----------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.377** Nonpriority creditor's name and mailing address

CLARENDON ENGINEERING SUPPLIES LTD
NEWTOWN GRANGE BUSINESS PARK
DESFORD ROAD, NEWTOWN UNTHANK, LE9 9FL
UNITED KINGDOM

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 761.16

**3.378** Nonpriority creditor's name and mailing address

CLARENDON ENGINEERING SUPPLIES LTD
NEWTOWN GRANGE FARM BUSINESS PARK
LEICESTER, LE99FL
UNITED KINGDOM

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 542.30

**3.379** Nonpriority creditor's name and mailing address

CLEATEC SRL
VIA DEI PIOPPI 12
OPERA, 20090
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,261.08

**3.380** Nonpriority creditor's name and mailing address

CLINICA PRIVATA VILLALBA SRL
VIA DI RONCRIO 25
BOLOGNA, 40136
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,834.01

**3.381** Nonpriority creditor's name and mailing address

CO.ME.A SRL
VIA DEGLI AGRICOLTORI LOTTO B/5
ZONA ARTIGIANALE, MOLFETTA, 70056
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 96,145.63

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.382** Nonpriority creditor's name and mailing address

CO.R.I. S.N.C. DI COSTANTINO G. & A
STRADA TORINO, 43
ORBASSANO, 10043
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                1,936.06

---

**3.383** Nonpriority creditor's name and mailing address

CO.RI.METAL SRL
STR. DELLE LOSE 9/11
BEINASCO, 10092
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                1,740.31

---

**3.384** Nonpriority creditor's name and mailing address

COCOON SRL
VIA MAJORANA 30/32
LISSONE, 20035
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                2,088.71

---

**3.385** Nonpriority creditor's name and mailing address

CODOGNOTTO ITALIA S.P.A.
VIA CALNUOVA, 18
SALGAREDA, 31040
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                57.08

---

**3.386** Nonpriority creditor's name and mailing address

COFACE ITALIA SRL
VIA SPADOLINI 4
MILANO, 20141
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                171,160.17

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 18,150.06 |
|---|---|---|---|

COGEME ITALIA SRL
STRADA STATALE PADANA VERSO VERONA,
VICENZA, 36100
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 313,199.34 |
|---|---|---|---|

COGEME PRECISION PARTS INDIA PVT LT
GAT NO 427, HISSA NO 13
TAL-KHED, 410501
INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,389,581.91 |
|---|---|---|---|

COGEME SET RO SRL
STRADA CALEA CAMPULUNGULUI 76B
MICESTI-JUD. ARGES,
ROMANIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,783.35 |
|---|---|---|---|

COGNE ACCIAI SPECIALI S.P.A.
VIA PARAVERA, 16
AOSTA, 11100
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,731.48 |
|---|---|---|---|

COILCRAFT EUROPE LTD
21 NAPIER PLACE WARDPARK NORTH
CUMBERNAULD SCOTLAND, G68 0LL
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.392** **Nonpriority creditor's name and mailing address**

COM SCPA
SS 168 KM 30+100
PALAZZO SAN GERVASIO, 85026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   10,520.19

---

**3.393** **Nonpriority creditor's name and mailing address**

COM.IND. SAS DI CIRILLO & C.
VIA ATERNO ZONA COMM.LE D
S.GIOVANNI TEATINO, 66020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   470.46

---

**3.394** **Nonpriority creditor's name and mailing address**

COMASTRI DISTRIBUTION S.R.L.
VIA RISORGIMENTO 35/E
ZOLA PREDOSA, 40069
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   9,257.30

---

**3.395** **Nonpriority creditor's name and mailing address**

COMBI LINE INTERNALTIONAL SPA
VIA FANIN 2
SEGRATE, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   3,569.32

---

**3.396** **Nonpriority creditor's name and mailing address**

COMER SRL
VIA G.RIVANI 33
BOLOGNA, 40138
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   891.42

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.397**   **Nonpriority creditor's name and mailing address**

COMIECO
VIA PONPEO LITTA, 5
MILANO, 20121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,099.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.398**   **Nonpriority creditor's name and mailing address**

COMIND SRL
VIA A. BREVIGLIERI, 8
PESCARA, 65128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 9,402.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.399**   **Nonpriority creditor's name and mailing address**

COMMERCIAL DADO S.P.A.
VIA EMILIA OVEST 74/A
PARMA, 43126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 14.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.400**   **Nonpriority creditor's name and mailing address**

COMMUNITY S.B. S.R.L.
VIA G. SERBELLONI 4
MILANO, 20122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,399.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.401**   **Nonpriority creditor's name and mailing address**

COMPASS GROUP ITALIA SPA
VIA ANGELO SCARSELLINI 14
MILANO, 20161
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 371,204.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.402** **Nonpriority creditor's name and mailing address**

CONCUR HOLDINGS (NETHERLANDS) B.V.
Amerikastraat 10
BE´s-Hertogenbosch,
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 44,203.62

---

**3.403** **Nonpriority creditor's name and mailing address**

CONERO EST SRL
AUT.A.14
NUMANA, 60026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 53.67

---

**3.404** **Nonpriority creditor's name and mailing address**

CONFEZIONI MARIO DE CECCO SPA
VIA NENNI C.P. 3
SAMBUCETO TEATINO, 66020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,146.31

---

**3.405** **Nonpriority creditor's name and mailing address**

CONFINDUSTRIA SERVIZI S.P.A.
VIALE PASTEUR 6
ROMA, 00144
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 905.35

---

**3.406** **Nonpriority creditor's name and mailing address**

CONSONNI SRL
VIA CIRO MENOTTI 21 - 23/A
CANTU', 22063
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 348.21

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.407** **Nonpriority creditor's name and mailing address**

CONSORZIO DEI COMUNI DEI NAVIGLI
VIA CESARE BATTISTI 2
ALBAIRATE, 20080
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 314,069.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.408** **Nonpriority creditor's name and mailing address**

CONSORZIO DELLE RESIDENZE REALI SAB
PIAZZA DELLA REPUBBLICA 4
VENARIA REALE, 10078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 34,821.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.409** **Nonpriority creditor's name and mailing address**

CONSORZIO ECOR'IT
VIALE FULVIO TESTI 128
CINISELLO BALSAMO, 20092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 557.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.410** **Nonpriority creditor's name and mailing address**

CONSORZIO PER LO SVILUPPO INDUSTR.E
RECAPITO POSTALE: C. P. A
BARI, 70026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 417.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.411** **Nonpriority creditor's name and mailing address**

CONTI TEMIC MICROELECTRONIC GMBH
RINGLERSTRASSE 17
INGOLSTADT, 85057
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 9,201.37

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.412 Nonpriority creditor's name and mailing address**

CONTINENTAL AUTOMOTIVE CHANGCHUN
1981 WU HAN AVE.
CHANGCHUN, 130033
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 36,339.67

---

**3.413 Nonpriority creditor's name and mailing address**

COORS TEK INC.
14143 DENVER WEST PARKWAY
GOLDEN, COLORADO, 80401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,333.72

---

**3.414 Nonpriority creditor's name and mailing address**

CORAZZI ARISTIDE & C. S.A.S.
AUTOSTRADA A14 STAZIONE SCN
CAMPOFILONE, 63828
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 62.78

---

**3.415 Nonpriority creditor's name and mailing address**

COREPLA CONAI
VIA POMPEO LITTA 5
MILANO, 20122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 38,019.86

---

**3.416 Nonpriority creditor's name and mailing address**

CORETEC FSO
420 AVENUE DES DIGUES
FLEURY SUR ORNE, 14123
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 890.50

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.417** **Nonpriority creditor's name and mailing address**

COSEPURI  SOC. COOP. P.A.
VIA POLLASTRI 8
BOLOGNA, 40128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24,447.89

---

**3.418** **Nonpriority creditor's name and mailing address**

COSMA GROUP S.R.L.
VIA GALVANI 15
PORCIA, 33080
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 142,408.48

---

**3.419** **Nonpriority creditor's name and mailing address**

COSMET S.R.L.
VIA EUROPA, 44
VIGANO DI GAGGIANO, 20083
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 696.42

---

**3.420** **Nonpriority creditor's name and mailing address**

COSTE INDUSTRIES
50 IMPASSE DES BARTELINS
PUGNY-CHATENOD, 73100
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,050.90

---

**3.421** **Nonpriority creditor's name and mailing address**

COVESTRO S.R.L.
VIA DELLE INDUSTRIE 9
FILAGO, 24040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 131,527.26

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.422** | **Nonpriority creditor's name and mailing address**

CPL CONCORDIA SOC. COOP.
VIA A. GRANDI, 39
CONCORDIA S/S, 41033
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,540.63

---

**3.423** | **Nonpriority creditor's name and mailing address**

CPS CONVERTER PACKAGING & SERVICE S
VIA DAMIANO MACALUSO, 7/7A
BRINDISI, 72100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,001.08

---

**3.424** | **Nonpriority creditor's name and mailing address**

CRAIN COMMUNICATIONS GMBH
TECNOPARK ARGELSRIEDER FELD 13
OBERPFAFFENHOFEN, 82234
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 409.86

---

**3.425** | **Nonpriority creditor's name and mailing address**

CREVALCORE
VIA DEL MEZZO DI LEVANTE, 2339 CREVALCORE (BOLOGNA)
CREVALCORE, 40014
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** ENVIRONMENTAL REMEDIATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.426** | **Nonpriority creditor's name and mailing address**

CRIBIS D&B SRL
VIA DEI VALTORTA 48
MILANO, 20127
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,237.20

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.427** **Nonpriority creditor's name and mailing address**

CRISALIDE PRESS SRL
PIAZZA FIRENZE 19
MILANO, 20149
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,566.72

---

**3.428** **Nonpriority creditor's name and mailing address**

CRISEL INSTRUMENTS SRL
VIA MATTIA BATTISTINI 177
ROMA, 00167
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26,951.64

---

**3.429** **Nonpriority creditor's name and mailing address**

CRM SYNERGIES SL
CALLE JALLAS, NUM. 2
VILLAVICIOSA DE ODON, 28670
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14,895.54

---

**3.430** **Nonpriority creditor's name and mailing address**

CROCE ROSSA ITALIANA
STRADA SAN SILVESTRO 14
CHIERI, 10023
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 83.57

---

**3.431** **Nonpriority creditor's name and mailing address**

CRP TECHNOLOGY SRL
VIA CESARE DELLA CHIESA 150/C
MODENA, 41126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,330.77

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.432** Nonpriority creditor's name and mailing address

CRYO WELDING AND SERVICE SRL
VIA G.MELISURGO 4
NAPOLI, 80100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                3,412.82

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.433** Nonpriority creditor's name and mailing address

CS PROGETTI SRL
VIA BORGARO 26
CASELLE TOR.-FR-MAPP, 10070
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                   427.44

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.434** Nonpriority creditor's name and mailing address

CSI SPA
VIALE LOMBARDIA, 20
BOLLATE, 20021
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                2,089.27

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.435** Nonpriority creditor's name and mailing address

CSIA S.R.L. - CENTRO SICUREZZA
Strada del Drosso 49
Torino, 10135
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                   570.84

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.436** Nonpriority creditor's name and mailing address

CSSA PTY LIMITED
PO BOX 34356 NEWTON PARK
PORT ELISABETH, 6055
SOUTH AFRICA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                3,625.06

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.437** **Nonpriority creditor's name and mailing address**

CUNA COMMISS.TECNICA DI UNIFICAZION
CORSO GALILEO FERRARIS,61
TORINO, 10128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                3,196.70

---

**3.438** **Nonpriority creditor's name and mailing address**

CWB AUTOMOTIVE ELECTRONICS (TAICANG
NO.117, EAST GUANGZHOU ROAD, TAICAN
TAICANG, JIANGSU, 215400
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                1,213.99

---

**3.439** **Nonpriority creditor's name and mailing address**

CWTS S.R.L.
VIA GANDOLFI 6/8
CADRIANO DI GRANAROLO EMILIA, 40057
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                1,277.80

---

**3.440** **Nonpriority creditor's name and mailing address**

D&M SERVICE SRL
VIA ELENA, 18
MACERATA CAMPANIA, 81047
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$              31,499.86

---

**3.441** **Nonpriority creditor's name and mailing address**

D.B.M.TECNOLOGIE S.R.L.
VIA DELLA RICERCA, 1
CASALE SUL SILE, 31032
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                1,895.43

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.442** **Nonpriority creditor's name and mailing address**

D.G.S.COSTRUZIONI EDILI S.R.L.
STRADA GARIBALDI, 65
PARMA, 43100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 90,695.54

---

**3.443** **Nonpriority creditor's name and mailing address**

D.M.R. S.R.L.
C.DA CERRETO, 403
MIGLIANICO, 66010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,335.54

---

**3.444** **Nonpriority creditor's name and mailing address**

D.P. GROUP MANUFACTURING SRL
VIA LATINA TRAV. ZINGRILLO
CASTROCIELO (FR), 03030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 51,145.44

---

**3.445** **Nonpriority creditor's name and mailing address**

DA BERTI SRL RISTORANTE
VIA F. ALGAROTTI 20
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 896.22

---

**3.446** **Nonpriority creditor's name and mailing address**

DALIAN DEMAISHI PRECISION
88 XING FA ROAD LVSHUN ECONOMIC DEV
DALIAN, 116052
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,233.01

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.447** Nonpriority creditor's name and mailing address

DAPES S.R.L.
VIA SANTA CHIARA 22
TORINO, 10122
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 411.01

---

**3.448** Nonpriority creditor's name and mailing address

DASSAULT SYSTEMES ITALIA SRL
VIA SAN BOVIO, 3
SEGRATE - SAN FELICE, 20054
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,094,965.31

---

**3.449** Nonpriority creditor's name and mailing address

DASSIE' SNC DI DASSIE' BRUNO & C
VIA NAZIONALE 1
SAN FIOR, 31020
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 17.13

---

**3.450** Nonpriority creditor's name and mailing address

DAVID GIUSEPPE & C. SAS
STR. DEL NOBILE 35
TORINO, 10131
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,317.83

---

**3.451** Nonpriority creditor's name and mailing address

DAZZLE PLATFORM B.V.
GEDEMPTE ZALMHAVEN 893
ROTTERDAM, 3011 BT
NETHERLANDS

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 21,474.99

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.452** **Nonpriority creditor's name and mailing address**

DBI PLASTICS SRL
CORSO GIACOMO MATTEOTTI 12
TORINO, 10121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,535.44

---

**3.453** **Nonpriority creditor's name and mailing address**

DE GRECIS COS.E MA. VERDE SRL
S.S. 98 KM. 77+225 C.P.134
BITONTO, 70032
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,963.09

---

**3.454** **Nonpriority creditor's name and mailing address**

DE NITTIS MICHELE SRL
VIA RUDOLF DIESEL
MANFREDONIA, 71043
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,142.88

---

**3.455** **Nonpriority creditor's name and mailing address**

DEKRA TESTING AND
P. TECNOLOGICO DE ANDALUCIA
CAMPANILLAS (MALAGA), 29590
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,405.49

---

**3.456** **Nonpriority creditor's name and mailing address**

DELES IMBALLAGGI SPECIALI S.R.L.
VIA A. DELL'ACQUA 45
UBOLDO, 21040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,068.82

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.457**

**Nonpriority creditor's name and mailing address**

DELL SPA
VIA G.SPADOLINI 5
MILANO, 20141
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,162.85

---

**3.458**

**Nonpriority creditor's name and mailing address**

DELOITTE & TOUCHE SPA
VIA TORTONA 25
MILANO, 20144
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 718,013.97

---

**3.459**

**Nonpriority creditor's name and mailing address**

DELOITTE ADVISORY D.O.O.
BEOGRAD-STARI GRAD TERAZIJE 8
BEOGRAD, 11000
SERBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,055.04

---

**3.460**

**Nonpriority creditor's name and mailing address**

DELOITTE GLOBAL TAX CENTER (EUROPE)
LUCHTHAVEN BRUSSEL NATIONAAL 1 J
BRUSSEL, 1930
BELGIUM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,197.23

---

**3.461**

**Nonpriority creditor's name and mailing address**

DELOITTE SOCIETÀ TRA PROFESSIONISTI
GALLERIA SAN FEDERICO 54
TORINO, 10121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 43,963.89

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|------------------------|-------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.462** **Nonpriority creditor's name and mailing address**

DELOITTE TOHMATSU TAX CO.
MARUNOUCHI NIJYUBASHI BUILDING 3-2-
CHIYODA-KU, TOKYO, 100-8362
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 28,222.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.463** **Nonpriority creditor's name and mailing address**

DELPHI DEUTSCHLAND GMBH
DELPHIPLATZ 1
WUPPERTAL, 42119
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,163.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.464** **Nonpriority creditor's name and mailing address**

DELPUNTO S.A.P.I. DE CV
FERNANDO DE BORJA 913-D
CHIHUAHUA, 31203
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,761.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.465** **Nonpriority creditor's name and mailing address**

DELTA AUTOMATION SRL
C.DA SALETTI 55/A
ATESSA, 66041
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 137,378.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.466** **Nonpriority creditor's name and mailing address**

DELTA ELECTRONICS (THAILAND)
111 MOO 9 BANGWUA
CHACHOENGSO, 24180
THAILAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 57,493.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.467** | **Nonpriority creditor's name and mailing address**

DELTA STRUMENTI S.R.L.
VIA MATTEI, 6
GEMONIO, 21036
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 494.46

---

**3.468** | **Nonpriority creditor's name and mailing address**

DEMAK SRL
STRADA DEL CASCINOTTO 163
TORINO, 10156
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 625.92

---

**3.469** | **Nonpriority creditor's name and mailing address**

DENSO SAN SALVO
VIA MARISA BELISARIO 75, SAN SALVO (CH)
SAN SALVO, 66050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  ENVIRONMENTAL REMEDIATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.470** | **Nonpriority creditor's name and mailing address**

DENTONS UK AND MIDDLE EAST LLP
ONE FLEET PLACE
LONDON, EC4M 7WS
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 29,406.16

---

**3.471** | **Nonpriority creditor's name and mailing address**

DEPO COMMERCIALE SRL
C.DA LAMAROSSA
MODUGNO, 70026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 28,044.45

---

Debtor    Marelli Europe S.p.A.                                      Case number (if known)    25-11109
          Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.472** Nonpriority creditor's name and mailing address

DEPOSITO AVOGADRO SPA
VIA PLAVA 80 - INGRESSO 31 80
TORINO, 10135
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 7,187.11

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.473** Nonpriority creditor's name and mailing address

DGM ITALIA SRL
VIA PRIVATA MOLINA 80/5
VIGNATE, 20060
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 643.50

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.474** Nonpriority creditor's name and mailing address

DGS S.P.A.
VIA PAOLO DI DONO 73
ROMA, 00142
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 46,788.91

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.475** Nonpriority creditor's name and mailing address

DHL EXPRESS (ITALY) SRL
VIA LOMBARDIA, 2/A
PESCHIERA BORROMEO, 20068
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 87,782.52

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.476** Nonpriority creditor's name and mailing address

DHL EXPRESS (ITALY) SRL
V.LE MILANOFIORI PALAZZO U/3
ROZZANO, 20089
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 246.44

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

| 3.477 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,719.42 |

DHL GLOBAL FORWARDING ITALY SPA
VIA DELLE INDUSTRIE 1TR.5 PALU/3
POZZUOLO M, 20060
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.478 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,452.60 |

DI GIOVANNI SRL
VIA FOSSOLO 38/3
BOLOGNA, 40138
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.479 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,858.26 |

DICAR GROUP SPA
VIA DI TORREVECCHIA 901
ROMA, 00168
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.480 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 365.34 |

DICRONITE U.T.E. POHL GMBH
GRUENER WEG 14
ISERLOHN, 58644
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.481 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 50,027.50 |

DIEHL AUGE' DECOUPAGE
12 BOULEVARD J.F.KENNEDY BP 1017
BESANCON CEDEX, 25001
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.482 Nonpriority creditor's name and mailing address**

DIGI-KEY CORPORATION
701 BROOKS AVE. SOUTH, P.O. BOX 677
THIEF RIVER FALLS, 56701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 727.52

---

**3.483 Nonpriority creditor's name and mailing address**

DIGITAL TECHNOLOGIES SRL
CORSO EUROPA 7
MILANO, 20122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 421,609.31

---

**3.484 Nonpriority creditor's name and mailing address**

DILVIO DE MARCO SPA
VIA TORINO 75
AIRASCA, 10060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,401.67

---

**3.485 Nonpriority creditor's name and mailing address**

DIMAC RED SPA
VIA PAPA GIOVANNI XXIII,25
BIASSONO, 20853
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 291,505.54

---

**3.486 Nonpriority creditor's name and mailing address**

DIOMA S.R.L. SOC. UNIPERSONALE
VIA DELL'ECONOMIA, 24/26
VICENZA, 36100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 55,539.56

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.487 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,905.10 |
|---|---|---|---|

DISTREL S.P.A.
VIA VALTELLINA, 9
CINISELLO BALSAMO, 20092
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.488 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,432.11 |
|---|---|---|---|

DITRO SRL
VIA DELLE MARGHERITE 8
MODUGNO, 70026
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 159.84 |
|---|---|---|---|

DM TECNO SRL
VIALE GIOTTO 5
PORTICI, 80055
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 16,747.71 |
|---|---|---|---|

DM TECNO SRL
S.P. 336 KM 20.600
MARCIANISE, 81025
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,612.92 |
|---|---|---|---|

DMP AUTOMATION
VIA DEI PICENI 35
LATINA, 04100
ITALY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.492** | **Nonpriority creditor's name and mailing address**

DNV GL BUSINESS ASSURANCE ITALIA
VIA ENERGY PARK, 14
VIMERCATE, 20871
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 143,331.46

---

**3.493** | **Nonpriority creditor's name and mailing address**

DO IT SYSTEMS SRL
VIA POMBA 29
TORINO, 10123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,178.55

---

**3.494** | **Nonpriority creditor's name and mailing address**

DODUCO TECHNICAL SOLUTIONS GMBH
BREITE SEITE 1
SINSHEIM, 74889
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 156,909.71

---

**3.495** | **Nonpriority creditor's name and mailing address**

DOGANE (ALTRI BROKER)
BOLOGNA
BOLOGNA, 40100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 61,449.04

---

**3.496** | **Nonpriority creditor's name and mailing address**

DOGANE (SADI)
ITALIA
ITALIA, 00000
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 170,233.38

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.497 Nonpriority creditor's name and mailing address**

DOMINANT SEMICONDUCTORS
RAIFFEISENSTR. 38
BAD RAPPENAU, 74906
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 72,237.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.498 Nonpriority creditor's name and mailing address**

DOPAG ITALIA S.R.L.
VIA VALDELLATORRE, 207/B
ALPIGNANO, 10091
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,898.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.499 Nonpriority creditor's name and mailing address**

DORNA SPORTS, S.L.
PRINCIPE DE VERGARA, 183
MADRID, 28002
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 126,132.81

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.500 Nonpriority creditor's name and mailing address**

DOUBLE SOX SRL
VIA CASE CAMPOLI 284
VEROLI, 03029
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,433.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.501 Nonpriority creditor's name and mailing address**

DPM GROUP
VIA SIMONE DA CORBETTA 103
VIA PACINOTTI 22, 20013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 433.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 4,715.14 |
|---|---|---|---|

DR. BROCKHAUS MESSTECHNIK GMBH & CO
GUSTAV-ADOLF-STRASSE 4
LUDENSCHEID, 58507
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 4,242.14 |
|---|---|---|---|

DR. D. MULLER GMBH
ZEPPELINRING 18
AHLHORN, 26197
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ Undetermined |
|---|---|---|---|

DR. ING. H.C. F. PORSCHE AKTIENGESELLSCHAFT
PORSCHEPLATZ 1
STUTTGART, 70435
GERMANY

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 10,483.98 |
|---|---|---|---|

DRAWING SRL
VIA GHIDIGLIA AUGUSTA 6/A
PARMA, 43122
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 4,944.62 |
|---|---|---|---|

DREWO S.R.L.
VIA MONTE GRAPPA 60
MONTEROTONDO, 00015
ITALY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.507**

**Nonpriority creditor's name and mailing address**

DS SMITH PACKAGING ITALIA S.P.A.
VIA TORRI BIANCHE 24
VIMERCATE, 20871
ITALY

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,362.25

---

**3.508**

**Nonpriority creditor's name and mailing address**

DSPM INDUSTRIA SRL
VIA PAOLO UCCELLO 4
MILANO, 20148
ITALY

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,707.34

---

**3.509**

**Nonpriority creditor's name and mailing address**

DSV SPA
VIA DANTE ALIGHIERI 134
PIOLTELLO, 20096
ITALY

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37.93

---

**3.510**

**Nonpriority creditor's name and mailing address**

DTCC DATA REPOSITORY (IRELAND) PLC
23 SHELBOURNE ROAD BALLSBRIDGE
DUBLIN 4, D04PY68
IRELAND (EIRE)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,092.95

---

**3.511**

**Nonpriority creditor's name and mailing address**

DUEMME HOTEL SRL
Via G. Boccaccio 2
Rimini, 47921
ITALY

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 195.46

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.512** Nonpriority creditor's name and mailing address

DUEZETA SRL
VIA SANTA CRESCENZIA 9
MAGENTA, 20013
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 226.05

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.513** Nonpriority creditor's name and mailing address

DURA AUTOMOTIVE SYSTEMS ROTENBURG
RONNEBROCKSWEG 5
ROTENBURG- WUMME, 27356
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 4,521.06

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.514** Nonpriority creditor's name and mailing address

DURBIANO SRL
VIA IVREA 76/A
CASCINE VICA RIVOLI, 10090
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 335.08

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.515** Nonpriority creditor's name and mailing address

DUSKOSPED SNC
Autoporto di Fernetti
Monrupino, 34016
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 20.55

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.516** Nonpriority creditor's name and mailing address

DUSSMANN SERVICE SRL
VIA PAPA GIOVANNI XXIII 4 SCALA A
CAPRIATE S. GERVASIO, 24042
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 901.99

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.517 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 171.24 |
|---|---|---|---|

DV-ANGELS CAFFE' SRL
VIA MICHELE MITOLO 17 SC B
BARI, 70124
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.518 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,333.72 |
|---|---|---|---|

E&C CONSULTANTS
SPINNERIJKAAI 43
KORTRIJK, 8500
BELGIUM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.519 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,214.83 |
|---|---|---|---|

E&NGI S.R.L.
VIA LIRONE, 60/C
CASTEL MAGGIORE, 40013
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,591.62 |
|---|---|---|---|

E.I.A. SAS ESERCIZIO INDUSTRIA
CORSO VITTORIO EMANUELE 47
TORINO, 10125
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.521 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 468.00 |
|---|---|---|---|

E.O.I. TECNE S.R.L.
VIA GAROFALO, 24
MILANO, 20133
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td><td></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.522** Nonpriority creditor's name and mailing address

E.P.A. MED ERGONOMIA PREVENZIONE
VIA PIO FOÃ  63
TORINO, 10126
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,098.30

---

**3.523** Nonpriority creditor's name and mailing address

E.R.SERVICES SRL
VIA ROMA 32
FORLIMPOPOLI, 47034
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,415.34

---

**3.524** Nonpriority creditor's name and mailing address

EBS ELETTRONICA SRL
VIA DANTE ALIGHIERI, 18
RENATE, 20838
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 490,492.88

---

**3.525** Nonpriority creditor's name and mailing address

EBV ELEKTRONIK
VIA C.FROVA 34
CINISELLO, 20092
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 12,674.93

---

**3.526** Nonpriority creditor's name and mailing address

E-CHEM SRL
VIA DELLA RICERCA 1
CASALE SUL SILE, 31032
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,192.81

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.527** | **Nonpriority creditor's name and mailing address**

ECO TEAM SRL
VIA NAZIONALE 10/F
BARI PALESE, 70128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,296.03

---

**3.528** | **Nonpriority creditor's name and mailing address**

ECOBONIFICHE S.R.L.
VIA GRAN SASSO, 26
CORBETTA, 20011
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 905.35

---

**3.529** | **Nonpriority creditor's name and mailing address**

ECOL STUDIO SPA
VIA LANZONE N. 31
MILANO, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,273.20

---

**3.530** | **Nonpriority creditor's name and mailing address**

ECOPALLETS SRL
CORSO SAVONA 18-18B
VILLASTELLONE, 10029
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,548.30

---

**3.531** | **Nonpriority creditor's name and mailing address**

ECOSAFE S.R.L.
STRADA DEL CASAS, 6/2
ROSTA, 10090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,733.26

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.532** **Nonpriority creditor's name and mailing address**

EDILCOLOR S.A.S.
CORSO GARIBALDI 37
VENARIA REALE, 10078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,717.78

---

**3.533** **Nonpriority creditor's name and mailing address**

EDOCTI LAB SRL
118 Calea Torontalului street, bl 6
Timisoara,, 300633
ROMANIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,875.53

---

**3.534** **Nonpriority creditor's name and mailing address**

EFI TECHNOLOGY S.R.L.
VIA DELLA CORTE 6/B
CALDERARA DI RENO, 40012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 115,272.23

---

**3.535** **Nonpriority creditor's name and mailing address**

EGON ZEHNDER INTERNATIONAL GMBH
KÄ¶-BOGEN KÃ¶NIGSALLEE 2A
DÃ¼SSELDORF, 40212
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37,390.02

---

**3.536** **Nonpriority creditor's name and mailing address**

EJOT S.A.S.
VIA MARCO POLO 16
CAMPODARSEGO, 35011
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 73,722.79

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.537** **Nonpriority creditor's name and mailing address**

EL.BA. SRL
S.S. APPIA KM. 193, 100
PASTORANO, 81050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,208.43

---

**3.538** **Nonpriority creditor's name and mailing address**

EL.BO. SERVICE SAS DI FRANCO BOLLIN
VIA LEONCAVALLO 5
S.LORENZO DI PARABIAGO, 20015
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 38,327.24

---

**3.539** **Nonpriority creditor's name and mailing address**

EL.PA. SRL
VIA CASTELLAMONTE 2
VENARIA REALE, 10078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,557.76

---

**3.540** **Nonpriority creditor's name and mailing address**

ELAH-DUFOUR SPA
STRADA SERRAVALLE, 73
NOVI LIGUR, 15067
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,257.09

---

**3.541** **Nonpriority creditor's name and mailing address**

ELANTAS EUROPE SRL
STRADA ANTOLINI 1
COLLECCHIO, 43044
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,001.78

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.542** | **Nonpriority creditor's name and mailing address**

ELCO SPA
VIA TURANENSE KM 44.829
CARSOLI, 67061
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**$                1,255.85**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.543** | **Nonpriority creditor's name and mailing address**

ELDI  COMMERCIALE S.R.L.
VIA PER TREGLIO S.N
LANCIANO, 66034
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**$                1,358.03**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.544** | **Nonpriority creditor's name and mailing address**

ELDOR CORPORATION SPA
VIA DON PAOLO BERRA, 18
ORSENIGO, 22030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**$              36,214.09**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.545** | **Nonpriority creditor's name and mailing address**

ELECTRO STATIC TECHNOLOGY- ITW
31 WINTERBROOK ROAD
MECHANIC FALLS, 04256-5724

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**$                8,114.16**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.546** | **Nonpriority creditor's name and mailing address**

ELECTRONIC SYSTEM SRL
VIA TRILUSSA 12
LENTATE SUL SEVESO, 20030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**$                1,706.81**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.547 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 36,185.67 |
|---|---|---|---|

ELECTRON-MEC S.R.L.
VIA DEGLI ABETI, 17/7
GORGONZOLA, 20064
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 95,876.05 |
|---|---|---|---|

ELECTRO-PARTS SPA
LOC. PRATOROTONDO 8
BOSSOLASCO, 12060
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 435.37 |
|---|---|---|---|

ELEKTRISOLA ATESINA S.R.L.
MOLINI DI TURES - ZONA INDUSTRIA 13
CAMPO TURES, 39032
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 496.48 |
|---|---|---|---|

ELEKTROZUBEHOR SPA
VIA F.LLI BRONZETTI, 24
MILANO, 20129
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 141.82 |
|---|---|---|---|

ELETTRA SERVIZI AZIENDALI SRL
VIA TEMPIO PAUSANIA 43
TORINO, 10137
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.552 Nonpriority creditor's name and mailing address**

ELETTROCAMPANIA SRL
SS 87 LOC. CANTONE
S. MARCO EVANGELISTA, 81020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,151.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.553 Nonpriority creditor's name and mailing address**

ELETTROMECCANICA A. BELTRAMO SNC
C.SO VITTORIO VENETO 47
RIVAROLO CANAVESE, 10086
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,439.42

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.554 Nonpriority creditor's name and mailing address**

ELETTROSISTEMI S.R.L.
VIA ROMA 82
MOLFETTA, 70056
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,153.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.555 Nonpriority creditor's name and mailing address**

ELEVO SRL
VIA DEGLI ORAFI 20
MODUGNO, 70026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 16,389.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.556 Nonpriority creditor's name and mailing address**

ELEXIND SPA
VIA A. ERBA 35/37
MELZO, 20066
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,260.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Marelli Europe S.p.A.
Name
Case number (if known)    25-11109

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.557** | **Nonpriority creditor's name and mailing address**

ELFIM SRL
C.DA POZZO PATEO SP 159 KM 2.100
GRAVINA IN P., 70024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                   19,852.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.558** | **Nonpriority creditor's name and mailing address**

ELISA INDUSTRIQ ITALY S.P.A.
Lungomare Canepa 55
Genova, 16149
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                   69,798.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.559** | **Nonpriority creditor's name and mailing address**

ELLAB SRL
VIA FIGINO 22
PERO, 20016
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                      339.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.560** | **Nonpriority creditor's name and mailing address**

ELLEA SRL
CORSO RE UMBERTO 17
TORINO, 10121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                   16,714.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.561** | **Nonpriority creditor's name and mailing address**

ELMEC INFORMATICA SPA
VIA PRET 1
BRUNELLO, 21020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                   11,416.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.562 Nonpriority creditor's name and mailing address**

ELMITECH SA
78 RUE DES SOLETS SILIC 1
RUNGIS CEDEX, 94533
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,186.41

---

**3.563 Nonpriority creditor's name and mailing address**

ELMO S.R.L.
Viale Certosa 8/b
Pavia, 27100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 807.85

---

**3.564 Nonpriority creditor's name and mailing address**

ELRINGKLINGER ITALIA SRL
VIA VERGA 49
SETTIMO TORINESE, 10036
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,814.89

---

**3.565 Nonpriority creditor's name and mailing address**

ELTEK SPA
STRADA VALENZA 5/A
CASALE MONFERRATO, 15033
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 125,924.75

---

**3.566 Nonpriority creditor's name and mailing address**

ELTOS S.P.A.
STRADA E44 ZONA IND.LE S.ZENO
AREZZO, 52040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 62,949.29

---

| Debtor | Marelli Europe S.p.A. | | Case number (if known) | 25-11109 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.567** | **Nonpriority creditor's name and mailing address**

ELYMAR DI RIMONDI GIUSEPPE E AUREGL
VIA TOSCANA 33
BOLOGNA, 40141
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                101.62

---

**3.568** | **Nonpriority creditor's name and mailing address**

EM QUALITY SRL A S.U.
CORSO GARIBALDI 207
VENARIA REALE, 10078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                236.78

---

**3.569** | **Nonpriority creditor's name and mailing address**

EMANUELE MASCHERPA SPA
VIA N. BATTAGLIA, 39
MILANO, 20127
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              23,091.63

---

**3.570** | **Nonpriority creditor's name and mailing address**

EMILAB SRL
VIA F.LLI SOLARI, 5/A
AMARO, 33020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              33,985.53

---

**3.571** | **Nonpriority creditor's name and mailing address**

EMILCOSTRUZIONI SRL
CORSO PORTA RENO 103
FERRARA, 44121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              25,214.90

---

| Debtor | Marelli Europe S.p.A. | | Case number (if known) | 25-11109 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.572** | **Nonpriority creditor's name and mailing address**

EMILIANA CUSCINETTI SRL
VIA TIMAVO 5/A
BOLOGNA, 40131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 42.91

---

**3.573** | **Nonpriority creditor's name and mailing address**

EMMECI S.R.L.
VIA BELLINI,10
RASTIGNANO-PIANORO, 40067
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,779.26

---

**3.574** | **Nonpriority creditor's name and mailing address**

EMMEGI ZINCATURA SRL
VIA E. DA FIUME, 16
FIUME, 33080
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 113.67

---

**3.575** | **Nonpriority creditor's name and mailing address**

EMMEVIEFFE SRL
VIA PAVIA 28
MUGGIO', 20835
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,536.09

---

**3.576** | **Nonpriority creditor's name and mailing address**

EN4 SRL ENGINEERING FOR ENERGY
VIA CAMPO DI MARTE 19
PERUGIA, 06124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,338.77

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.577** | **Nonpriority creditor's name and mailing address**

ENDRICH BAUELEMENTE VERTRIEB GMBH
HAUPSTR. 56
NAGOLD, 72202
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,951.64

---

**3.578** | **Nonpriority creditor's name and mailing address**

ENDURANCE SPA
VIA REGIONE POZZO 26
CHIVASSO, 10034
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,580.02

---

**3.579** | **Nonpriority creditor's name and mailing address**

ENEL ENERGIA S.P.A.
VIA OMBRONE 2
ROMA, 00198
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,832.39

---

**3.580** | **Nonpriority creditor's name and mailing address**

ENEL ENERGIA SPA
VIALE REGINA MARGHERITA 125
ROMA, 00198
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 78,340.77

---

**3.581** | **Nonpriority creditor's name and mailing address**

ENEL SERVIZIO ELETTRICO SPA
V.LE REGINA MARGHERITA, 125
ROMA, 00198
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 204.83

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.582** Nonpriority creditor's name and mailing address

ENERGY TEAM S.P.A.
Viale Monza 259
MILANO, 20126
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,156.07

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.583** Nonpriority creditor's name and mailing address

ENGIE ITALIA SPA
VIA CHIESE 72
MILANO, 20126
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 98,909.84

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.584** Nonpriority creditor's name and mailing address

ENGINEERING D.HUB S.P.A.
VIALE CARLO VIOLA, 76
PONT SAINT MARTIN, 11026
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 282,240.05

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.585** Nonpriority creditor's name and mailing address

ENI  FUEL SPA
VIALE GIORGIO RIBOTTA N.51
ROMA, 00142
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,216.39

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.586** Nonpriority creditor's name and mailing address

ENI SPA DIV. REFINING & MARKETING
VIA LAURENTINA 449
ROMA, 00142
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,380.09

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.587** | **Nonpriority creditor's name and mailing address**

ENNIS WORK SRL
VIA LOMBARDIA 300
BRUGHERIO, 20861
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39,556.92

---

**3.588** | **Nonpriority creditor's name and mailing address**

ENSINGER ITALIA SRL
VIA F. TOSI 1/3
BUSTO GARO, 20020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 664.95

---

**3.589** | **Nonpriority creditor's name and mailing address**

EPA S.R.L.
VIA NOMENTANA 133
ROMA, 00161
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,317.83

---

**3.590** | **Nonpriority creditor's name and mailing address**

EPOSS E.V.
STEINPLATZ 1
BERLIN, 10623
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,994.54

---

**3.591** | **Nonpriority creditor's name and mailing address**

ERNST & YOUNG ASSOCIATES LLP
Ground Floor, Plot no 67, Sector 44
Haryana, 122003
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 67,912.83

---

Debtor   Marelli Europe S.p.A.
         Name

Case number (if known)   25-11109

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.592** | **Nonpriority creditor's name and mailing address**

ERNST AND YOUNG SPA
VIALE APPIANI, 20/B
TREVISO, 31100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,928.50

---

**3.593** | **Nonpriority creditor's name and mailing address**

ERRE INOX SRL
VIA ALLA CASCATA N. 15
CALOLZIOCORTE, 23801
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 78.56

---

**3.594** | **Nonpriority creditor's name and mailing address**

ERRECINQUE SRL
VIA MEUCCI 31/A
MAPPANO, 10072
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 216.95

---

**3.595** | **Nonpriority creditor's name and mailing address**

ESAB SALDATURA SPA
VIA ROSA LUXEMBURG, 49
LOCATE TRIULZI, 20085
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 114.91

---

**3.596** | **Nonpriority creditor's name and mailing address**

ESCUSOL ENGINEERING CONSULTING, SLU
SANT JORDI, 19
SANT PERE DE RIBES, 08810
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.14

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.597 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 12,383.81 |
|---|---|---|---|

ESDA SNC DI BASSI FRANCO & C.
STRADA TORINO 43 INT. 29
ORBASSANO, 10043
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.598 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,579.03 |
|---|---|---|---|

ESPA
VIA GANDHI 28
AVIGLIANA, 10051
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.599 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,018.84 |
|---|---|---|---|

ESSECI SRL
STRADA BASSE DORA 75
COLLEGNO, 10093
ITALY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.600 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 153.21 |
|---|---|---|---|

ESSENTRA COMPONENTS SRL
VIA DEI PIOPPI, 2
PADULLE DI SALA BOLOGNESE, 40010
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.601 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 213,309.01 |
|---|---|---|---|

ESSEX GERMANY GMBH
KORBACHER STRASSE 6
BAD AROLSEN, 34454
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.602 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,098.38 |
|---|---|---|---|

ESSILOR ITALIA S.P.A.
VIA NOTO, 10
MILANO, 20141
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 614,226.40 |
|---|---|---|---|

ETAS GMBH BRANCH IN ITALY
VIA MARCO ANTONIO COLONNA 35
MILANO, 20149
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,232.42 |
|---|---|---|---|

ETS GEORGES RENAULT SAS
ZAC DE LA LOIRE 38 RUE BOBBY SADS
SAINT HERBLAIN, 44800
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.605 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 239.75 |
|---|---|---|---|

EUGENIO MARINELLA SNC
287 RIVIERA DI CHIAIA
NAPOLI, 80100
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,080.92 |
|---|---|---|---|

EULUX SPA
VIA ALBERTO TALLONE 84
ROMA, 00123
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
| --- | --- | --- | --- |
| | Name | | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.607** **Nonpriority creditor's name and mailing address**

EUREN INTERSEARCH S.R.L.
C.SO MARCONI 10
TORINO, 10125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,594.23

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.608** **Nonpriority creditor's name and mailing address**

EURO CSV S.R.L.
VIA DON BALBIANO 34
AVIGLIANA, 10051
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 195.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.609** **Nonpriority creditor's name and mailing address**

EURO LANES SRL
VIA MANIN,1
OSIO SOTTO, 24046
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,172.84

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.610** **Nonpriority creditor's name and mailing address**

EURO PROTECTION SRL
VIA CREVALCORE 1/3
SAN GIOVANNI IN PERSICETO, 40017
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,969.62

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.611** **Nonpriority creditor's name and mailing address**

EURO TECHNOLOGIES S.R.L.
VIA WALTER TOBAGI, 10
CONCOREZZO, 20863
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 12,082.97

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.612** **Nonpriority creditor's name and mailing address**

EURO.VIT SRL
VIA BAZZANESE 11-13
CASALECCHIO DI RENO, 40033
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,417.44

---

**3.613** **Nonpriority creditor's name and mailing address**

EUROCAB SRL
VIA MASTROIANNI 5
CASTEL MAGGIORE, 40013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 355.18

---

**3.614** **Nonpriority creditor's name and mailing address**

EUROCENTER MILAN SRL
VIA LIGURIA,5
PESCHIERA BORROMEO, 20068
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,455.26

---

**3.615** **Nonpriority creditor's name and mailing address**

EUROCIR SAU
AV SALVATELLA 51-57-P.I.CAN SALVAT.
BARBERA DEL VALLES BARCELONA, 08210
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 87,283.01

---

**3.616** **Nonpriority creditor's name and mailing address**

EUROFINS PRODUCT TESTING ITALY SRL
VIA CUORGNE' 21
TORINO, 10156
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,019.63

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.617** **Nonpriority creditor's name and mailing address**

EUROFIX SRL
VIA MONTI 32
SEREGNO, 20038
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 497.25

---

**3.618** **Nonpriority creditor's name and mailing address**

EUROFORUM DEUTSCHLAND SE
TOULOUSER ALLEE 27 27
DÃ¼SSELDORF, 40211
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,393.57

---

**3.619** **Nonpriority creditor's name and mailing address**

EUROMA GROUP SRL
VIA CAVOUR 5
CALDERARA DI RENO, 40012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,887.83

---

**3.620** **Nonpriority creditor's name and mailing address**

EUROPA DI BABARELLI PIER LUIGI BABA
VIALE EUROPA, 111/A
PARMA, 43122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 52.53

---

**3.621** **Nonpriority creditor's name and mailing address**

EUROPCAR ITALIA SPA
VIA CESARE GIULIO VIOLA 48
ROMA, 00148
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,241.07

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
| --- | --- | --- | --- |
| | Name | | |

---

**Part 2:** | **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.622** | **Nonpriority creditor's name and mailing address**

EUROPTEC AG
AESCHWURSTR, 21
OFTRINGEN, 4665
SWITZERLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,110.38

---

**3.623** | **Nonpriority creditor's name and mailing address**

EURORICAMBI DI PISCULLI TERESA
VIA DEI LECCI 60
TERMOLI, 86039
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 36.53

---

**3.624** | **Nonpriority creditor's name and mailing address**

EURORICAMBI SRL
VIA 81MA STRADA 7/C
MONTEPRANDONE, 63076
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 231.08

---

**3.625** | **Nonpriority creditor's name and mailing address**

EUROSCATOLA SPA
VIA MILANO, 64
BREGNANO, 22070
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 59,018.29

---

**3.626** | **Nonpriority creditor's name and mailing address**

EUROSISTEMI SRL
VIA DEI CALAFATI 11
MOLFETTA, 70056
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 821.78

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.627** **Nonpriority creditor's name and mailing address**

EUROTEK SRL
STR COM SAVONESA 9 RIVALTA SCRIVIA
TORTONA AL, 15057
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,535.65

---

**3.628** **Nonpriority creditor's name and mailing address**

EUROTRANCIATURA S.P.A
VIA STELLA ROSA ,48/50
BARANZATE, 20021
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,450,670.06

---

**3.629** **Nonpriority creditor's name and mailing address**

EVERY TRASPORT SRL
VIA LIBERTÀ 34
GRUGLIASCO, 10095
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 28,058.90

---

**3.630** **Nonpriority creditor's name and mailing address**

EVOLINE SRL
VIA MONTEGRAPPA 15
UBERSETTO DI FIORIANO, 41042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,540.69

---

**3.631** **Nonpriority creditor's name and mailing address**

EVOMEK S.P.A.
ZONA IND. C.DA CERRATINA 77/H
LANCIANO, 66034
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,532.50

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.632**

**Nonpriority creditor's name and mailing address**

EWINGS S.R.L.
VIA MARCO MINGHETTI 13
GRANAROLO DELL'EMILIA, 40057
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 33,156.67

---

**3.633**

**Nonpriority creditor's name and mailing address**

EXACT SYSTEMS SP.Z.O.O.
53/5 FERDYNANDA FOCHA ST.
CZESTOCHOWA, 42-200
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,480.76

---

**3.634**

**Nonpriority creditor's name and mailing address**

EXAGOGICA S.R.L.
VIA PALERMO, 2
VASTO, 66054
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,842.87

---

**3.635**

**Nonpriority creditor's name and mailing address**

EXCALIBUR SERVICE  SRL
VIA CIMAROSA, 6/A
CENTO, 44042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,497.78

---

**3.636**

**Nonpriority creditor's name and mailing address**

EXERGIA SPA
CORSO SEMPIONE 9/A
GALLARATE, 21013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 40.30

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.637** **Nonpriority creditor's name and mailing address**

EXPEDITORS INTERN.ITALIA SRL
VIA GORIZIA 1B
SEGGIANO DI PIOLTELLO, 20096
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 136.48

---

**3.638** **Nonpriority creditor's name and mailing address**

EXPERIS S.R.L.
VIA ROSSINI, 6/8
MILANO, 20122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 243,852.89

---

**3.639** **Nonpriority creditor's name and mailing address**

EXTRUDE HONE GMBH
BGM-MERK-STRASSE 1
HOLZGUNZ, 87752
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,144.71

---

**3.640** **Nonpriority creditor's name and mailing address**

EZEQUO D.O.O.
PARMOVA ULICA 53
LJUBLJANA, 1000
SLOVENIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 822.01

---

**3.641** **Nonpriority creditor's name and mailing address**

F.A.C.E.S DEI F.LLI LASI
VIA TESTONI, 1
BOLOGNA, 40123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 202.85

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.642** **Nonpriority creditor's name and mailing address**

F.I.M.A. SRL
VIALE DEL LAVORO 20
VICENZA, 36100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,505.50

---

**3.643** **Nonpriority creditor's name and mailing address**

F.LLI CATARCI S.R.L.
VIA ANGUILLARA KM 4 200
ANGUILLARA SABAZIA, 00061
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 367.62

---

**3.644** **Nonpriority creditor's name and mailing address**

F.LLI FERRARIO SNC
VIA CASATI 17
MAGENTA, 20013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,033.56

---

**3.645** **Nonpriority creditor's name and mailing address**

F.LLI LUCCO BORLERA SRL
CORSO IV NOVEMBRE 82
RIVOLI, 10090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 217,895.58

---

**3.646** **Nonpriority creditor's name and mailing address**

F.LLI MAGLIONE SNC
STRADA COMUNALE DEL VILLARETTO KM.
TORINO, 10152
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 74.95

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.647** **Nonpriority creditor's name and mailing address**

F.LLI MINARDI SRL
VIA VOLTA 64
MESERO, 20010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,727.46

---

**3.648** **Nonpriority creditor's name and mailing address**

F.LLI MORSILLI SRL
A/1 KM 659
CASTROCIELO, 03030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 65.19

---

**3.649** **Nonpriority creditor's name and mailing address**

F.M.I. SRL A SU
VIA M. SS. AUSILIATRICE 135
CERIGNOLA, 71042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,919.59

---

**3.650** **Nonpriority creditor's name and mailing address**

F.T.M. S.R.L.
VIA DI S. GIULIANO  47
FOGGIA, 71100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,816.00

---

**3.651** **Nonpriority creditor's name and mailing address**

FADA QUALITY SERVICE SRL
VIA ROBERTO WENNER,  83
SALERNO, 84131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 82,360.35

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.652** | **Nonpriority creditor's name and mailing address**

FAE TECHNOLOGY SPA S.B.
VIA C.BATTISTI 136
GAZZANIGA (BG), 24025
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40,378.59

---

**3.653** | **Nonpriority creditor's name and mailing address**

FAIST COMPONENTI SPA
VIA DELL INDUSTRIA NR 2
MONTONE, 06014
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 192,232.35

---

**3.654** | **Nonpriority creditor's name and mailing address**

FALL. GHIGLIONE & MONETTI SAS
VIA CORDERO DI PAPARATO 2
TORINO, 10143
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 134.47

---

**3.655** | **Nonpriority creditor's name and mailing address**

FALLIMENTO A-KEY SRL
VIA DOMENICO ALBERTO AZUNI 9
ROMA, 00196
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 28,721.24

---

**3.656** | **Nonpriority creditor's name and mailing address**

FALLIMENTO DEA MEDIAGROUP SPA
VIA MONTELLO 20
ROMA, 00195
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 101.38

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.657 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 23,164.38 |
| --- | --- | --- | --- |

FALLIMENTO ELETTROSUD IMPIANTI
VIA CALEFATI N. 177
BARI, 70122
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.658 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,126.05 |
| --- | --- | --- | --- |

FALLIMENTO GI ERRE PLASTICA SRL
VIA TORRETTA 36/A
CALDERARA DI RENO, 40012
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.659 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 19,975.69 |
| --- | --- | --- | --- |

FALLIMENTO LAMY SRL IN LIQUIDAZIONE
VIA CHIOSSETTO N. 18
MILANO, 20122
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.660 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 722.13 |
| --- | --- | --- | --- |

FALLIMENTO PRODELEC SPA
PIAZZA CINQUE GIORNATE N. 4
MILANO, 20129
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.661 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,292.93 |
| --- | --- | --- | --- |

FALLIMENTO RCM SPA
VIA RIVA RENO N. 65
BOLOGNA, 40121
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Case 25-11109-CTG   Doc 5   Filed 08/11/25   Page 274 of 1030

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|----------------------|------------------------|----------|
|        | Name                 |                        |          |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.662** **Nonpriority creditor's name and mailing address**

FALLIMENTO SACOPLAST SRL IN CONCORD
VIA POZZOBONELLI 3/BIS
OTTIGLIO MONFERRATO, 15038
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.01

---

**3.663** **Nonpriority creditor's name and mailing address**

FALLIMENTO TRE D S.R.L.
VIA G. MATTEOTTI N. 54
ANCONA, 60121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,748.67

---

**3.664** **Nonpriority creditor's name and mailing address**

FALLIMENTO VIALLE ALTERNATIVE FUEL
LEEMKUIL 7
5626 EA EINDHOVEN,
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 474.33

---

**3.665** **Nonpriority creditor's name and mailing address**

FALPA SNC
VIA RIO DEL VALLONE 9
CAMBIAGO, 20040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 334.51

---

**3.666** **Nonpriority creditor's name and mailing address**

FAMI S.R.L. CON SOCIO UNICO
VIA STAZIONE ROSSANO, 13
ROSA', 36027
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,775.88

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

| 3.667 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 7,138.75 |
| --- | --- | --- | --- |

FAMI SRL
VIA STAZIONE ROSSANO 13
ROSA, 36027
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.668 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 26.25 |
| --- | --- | --- | --- |

FAMIGLIETTI E DICHIARA SNC
VIA MAZZINI 8
ZOLA PREDOSA, 40069
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.669 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 4,077.77 |
| --- | --- | --- | --- |

FARMACIA CELESIA SEPPIANA SAS
VIA SEPPIANA 71/A
BORGOMEZZAVALLE, 28846
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.670 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 24,984.02 |
| --- | --- | --- | --- |

FARMACIA SS. ANNUNZIATA DI ZABBAN
VIA DEGLI OREFICI 17
BOLOGNA, 40124
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.671 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 15,871.25 |
| --- | --- | --- | --- |

FARNELL ITALIA SRL
VIA MANZONI 44
CUSANO MILANINO, 20095
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.672** **Nonpriority creditor's name and mailing address**

FAURECIA CLARION ELECTRONICS EUROPE
40 AVENUE DES TERROIRS DE FRANCE
PARIS, 7501
HUNGARY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,391,628.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.673** **Nonpriority creditor's name and mailing address**

FAURECIA EMISSIONS CONTROL
VIA BRUNO CAPPONI 45
TERNI, 05100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,126.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.674** **Nonpriority creditor's name and mailing address**

FCA BANK S.P.A
CORSO AGNELLI 200
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 17,798.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.675** **Nonpriority creditor's name and mailing address**

FCA ITEM S.P.A.
VIA PLAVA 86
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 125,537.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.676** **Nonpriority creditor's name and mailing address**

FCA SECURITY SCPA
VIA PLAVA 86
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,276,962.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

---

**3.677** | **Nonpriority creditor's name and mailing address**

FCA SERVICES S.C.P.A.
VIA PLAVA 86
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,065,289.79

---

**3.678** | **Nonpriority creditor's name and mailing address**

FCA SWITZERLAND SA
ZURCHERSTRASSE 111-POSTFACH 168
SCHLIEREN, 8952
SWITZERLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,425.68

---

**3.679** | **Nonpriority creditor's name and mailing address**

FCA US LLC
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 349,279.12

---

**3.680** | **Nonpriority creditor's name and mailing address**

FCE GOMMA SRL
VIA MAGISTRI COMACINI, 8
TURATE, 22078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,205.81

---

**3.681** | **Nonpriority creditor's name and mailing address**

FEDERAL-MOGUL POWERTRAIN ITALY SRL
VIA F.LLI MELIGA, 7
CHIVASSO, 10034
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,114.28

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.682** **Nonpriority creditor's name and mailing address**

FEDERATION INTERNATIONALE DE
2 CHEMIN DE BLANDONNET
GENEVE 15, 1215
SWITZERLAND

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 79,035.84

---

**3.683** **Nonpriority creditor's name and mailing address**

FEDERMANAGER SINDACATO DIRIGENTE AZ
VIA MERIGHI 1/3
VILLANOVA DI CASTENASO, 40055
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 975.00

---

**3.684** **Nonpriority creditor's name and mailing address**

FEDEX EXPRESS ITALY S.R.L.
PRAXIS BUSINESS PARK, STRADA ST 2/B
CERNUSCO SUL NAVIGLIO, 20063
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 13,812.68

---

**3.685** **Nonpriority creditor's name and mailing address**

FEDEX EXPRESS ITALY SRL
S.S. PADANA SUPERIORE 2/B
CERNUSCO SUL NAVIGLIO, 20063
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 40,872.21

---

**3.686** **Nonpriority creditor's name and mailing address**

FEI ITALIA SRL
PIAZZALE LUIGI CADORNA 4 21
MILANO, 20123
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 15,019.87

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.687** **Nonpriority creditor's name and mailing address**

FELSILAB SRL
VIA CESARE CORRENTI 3 D-E
BOLOGNA, 40132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 696.42

---

**3.688** **Nonpriority creditor's name and mailing address**

FELSINEA RISTORAZIONE S.R.L.
VIA GAZZANI 18
CALDERARA DI RENO, 40012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3.92

---

**3.689** **Nonpriority creditor's name and mailing address**

FEMATIC SRL
VIA OFANTINA ZONZ P.I.P SNC
VENOSA, 85029
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,700.64

---

**3.690** **Nonpriority creditor's name and mailing address**

FENIM S.R.L.
Via Manara 16
Nerviano, 20014
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,078.07

---

**3.691** **Nonpriority creditor's name and mailing address**

FERRARA GIOVANNI S.R.L.
VIA A. DE FERRARIS, 38
BARI, 70124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,172.98

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.692** **Nonpriority creditor's name and mailing address**

FERRARI SPA
VIA ABETONE, 2
MARANELLO, 41053
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  164,530.32

---

**3.693** **Nonpriority creditor's name and mailing address**

FERRETTO GROUP SPA
STRADA PADANA VERSO VERONA 101
VICENZA, 36100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  10,979.01

---

**3.694** **Nonpriority creditor's name and mailing address**

FESTO SPA
VIA E. FERMI, 36/38
ASSAGO, 20057
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  16,913.09

---

**3.695** **Nonpriority creditor's name and mailing address**

FEV GMBH
NEUENHOFSTR. 181
AACHEN, 52078
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  31,967.04

---

**3.696** **Nonpriority creditor's name and mailing address**

FEVA S.A.S. DI BAGNATO FRANCESCOSTE
AUT. BO.TA A14 TORRE CERRANO SNC
SILVI, 64028
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  77.69

---

Debtor    Marelli Europe S.p.A.
_____
Name

Case number (if known)    25-11109

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.697**  **Nonpriority creditor's name and mailing address**

FI GROUP ITALIA S.R.L. - SOCIO UNIC
CORSO VALDOCCO 2
TORINO, 10122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    19,123.83

---

**3.698**  **Nonpriority creditor's name and mailing address**

FIABILIS SARL
ZA DU RIED 2 RUE DE LA CENPA
SCHWEIGHOUSE SUR MODER, 67590
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    56,739.06

---

**3.699**  **Nonpriority creditor's name and mailing address**

FIAT CHRYSLER FINANCE SPA
VIA NIZZA 250
TORINO, 10126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    6,056.23

---

**3.700**  **Nonpriority creditor's name and mailing address**

FIBO SRL
VIA DEL MACCABRECCIA 14/A
LIPPO DI CALDERARA DI RENO, 40012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,466.05

---

**3.701**  **Nonpriority creditor's name and mailing address**

FIERA S.R.L.
STRADA GORETTA 94/L
MAPPANO CASELLE TORINESE, 10072
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    26,656.25

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.702** **Nonpriority creditor's name and mailing address**

FILTERFLO S.R.L.
VIA G. DELEDDA, 1
ZIBIDO S. GIACOMO, 20080
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,142.20

---

**3.703** **Nonpriority creditor's name and mailing address**

FIMECOR AG
GURZELENSTRASSE 14
BELLACH, 4512
SWITZERLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 433.39

---

**3.704** **Nonpriority creditor's name and mailing address**

FINDEX FILTRATION S.R.L.
VIA INDIPENDENZA, 36
NERVIANO, 20014
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 515.35

---

**3.705** **Nonpriority creditor's name and mailing address**

FINLOGIC SPA
VIA CALABRIA LOTTO 16 Z.I.
ACQUAVIVA DELLE FONTI, 70021
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,300.63

---

**3.706** **Nonpriority creditor's name and mailing address**

FINMEK AUTOMATION S.R.L.
VIA MARTIRI DóITALIA, 26
CALUSO, 10014
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31,132.75

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.707** **Nonpriority creditor's name and mailing address**

FIORENTINI WELDING SPA
VIA CA' DELL'ORBO 15/2
VILLANOVA DI CASTENA, 40050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 62.67

---

**3.708** **Nonpriority creditor's name and mailing address**

FIORI OFFICINA MECCANICA S.N.C.
VIA CADUTI DI SABBIUNO, 8
ANZOLA DELL'EMILIA, 40011
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,706.02

---

**3.709** **Nonpriority creditor's name and mailing address**

FIRST BRANDS GROUP, LLC
127 PUBLIC SQUARE
SUITE 5300
OH, USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.710** **Nonpriority creditor's name and mailing address**

FIS SRL
VIA CAIROLI 158
GAGLIANICO, 13894
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,362.13

---

**3.711** **Nonpriority creditor's name and mailing address**

FISCHER CONNECTORS SRL
VIA VITTOR PISANI 12
MONZA, 20900
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40,183.85

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.712** **Nonpriority creditor's name and mailing address**

FISCHER EDELSTAHLROHRE GMBH
IM GEWERBEGEBIET 7
ACHEM FAUTENBACH, 77855
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 192.38

**3.713** **Nonpriority creditor's name and mailing address**

FITAVA TRADING S.R.L.
VIA NAPOLI, 164/168
NOCERA INFERIORE, 84014
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 808.67

**3.714** **Nonpriority creditor's name and mailing address**

FLABEG AUTOMOTIVE GYARTO ES
IPARI UT 28
MATESZALKA, 4700
HUNGARY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28,520.09

**3.715** **Nonpriority creditor's name and mailing address**

FLASH B.V.
AUSTRALIELAAN 70
MAASTRICHT AIRPORT, 6199 AA
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 787.76

**3.716** **Nonpriority creditor's name and mailing address**

FLEXIBLE AND GREEN MECHATRONICS
VIA LUIGI EINAUDI, 29
MONCALIERI, 10024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 127,544.55

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.717** Nonpriority creditor's name and mailing address

FLEXIDER POLAND SPOLKA ZOO
UL.STREFOWA 6
BIERUN, 43-150
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$                53,762.91

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.718** Nonpriority creditor's name and mailing address

FLEXLINK SYSTEMS SPA
VIA COMETTO  11A
CASCINE VICA RIVOLI, 10098
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$                 4,521.05

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.719** Nonpriority creditor's name and mailing address

FLORENCE CONSULTING GROUP SRL
VIA LUCIANO LAMA 23
SESTO FIORENTINO, 50019
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$               724,909.96

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.720** Nonpriority creditor's name and mailing address

FLOW EUROPE GMBH
INDUSTRIEGEBIET GOLSHAUSEN-NORD
BRETTEN, 75015
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$                   357.05

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.721** Nonpriority creditor's name and mailing address

FLUIDX SRL
Via Goffredo Duranti 67
Perugia, 06125
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$                 7,991.76

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.722** **Nonpriority creditor's name and mailing address**

FOGLIA OVEST DI CIONNA ROMINA & C.
AUTOSTRADA A 14 159
PESARO, 61122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 159.78

---

**3.723** **Nonpriority creditor's name and mailing address**

FOREZ S.R.O.
PLANT SÁjZAVA, SÁjZAVA 1
LANÁjKROUN, 563 01
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 98,949.76

---

**3.724** **Nonpriority creditor's name and mailing address**

FORGIALLUMINIO 3 SRL
VIA E.FERMI 2
PEDAVENA, 32034
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,289.03

---

**3.725** **Nonpriority creditor's name and mailing address**

FORMEL D ESPANA SRL
AV.COMTE DE LLOBREGAT, 4
MARTORELL, 08760
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27.47

---

**3.726** **Nonpriority creditor's name and mailing address**

FORMEL D ITALIA SRL
VIA TORINO 43/INT 114
ORBASSANO, 10043
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,493.20

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.727 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|

**3.727** **Nonpriority creditor's name and mailing address**

FORTEST ITALIA SRL
VIA SIBILLA ALERAMO 7
MODENA, 41123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 557.14

---

**3.728** **Nonpriority creditor's name and mailing address**

FPT INDUSTRIAL SPA
VIA PUGLIA 15
TORINO, 10156
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,446.92

---

**3.729** **Nonpriority creditor's name and mailing address**

FRAMA COSTRUZIONI S.R.L.
VIA XXV APRILE 20
DESIO, 20832
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,287.13

---

**3.730** **Nonpriority creditor's name and mailing address**

FRAME COMMUNICATION SRL
Corso Francesco Ferrucci 9
TORINO, 10138
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 661.60

---

**3.731** **Nonpriority creditor's name and mailing address**

FRANCESCONI FRANCAR SRL
VIA ALESSANDRIA  N. 54
RIVOLI, 10098
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 512.29

Debtor   Marelli Europe S.p.A.

Name

Case number (if known)   25-11109

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

---

**3.732** **Nonpriority creditor's name and mailing address**

FRANCKLIN GIUSEPPE RAPPRESENTANZE
VIA SALVATORE MATARRESE 12/F
BARI, 70124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 966.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.733** **Nonpriority creditor's name and mailing address**

FRANDY SAS DI MASI ANDREA E C.
CORSO TRIESTE 42
NOVARA, 28100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 433.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.734** **Nonpriority creditor's name and mailing address**

FRASONICO SRL
VIA FABIO FILZI, 47
BITRITTO, 70020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 90.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.735** **Nonpriority creditor's name and mailing address**

FRATELLI GILARDI SA
VIA MONTE CENERI 40A
QUARTINO, 6572
SWITZERLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,324.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.736** **Nonpriority creditor's name and mailing address**

FRAUNHOFER INSTITUTE FOR LASER
STEINBACHSTRASSE 15
AACHEN, 52074
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 29,683.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.737 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 189,815.45 |
|---|---|---|---|

FREUDENBERG FST GMBH
HOHNER WEG 2-4
WEINHEIM, 69465
GERMANY

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.738 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,601.78 |
|---|---|---|---|

FREUDENBERG SEALING TECHNOLOGIES
ZI PORPORATA VIA FERRUA 4
PINEROLO, 10064
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.739 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 76,469.73 |
|---|---|---|---|

FRIEDER GAMM GROUP GMBH
LESSINGSTRASSE, 13
STUTTGART, 70174
GERMANY

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.740 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 587,780.16 |
|---|---|---|---|

FU YU CORPORATION LIMITED
8 TUAS DRIVE 1
SINGAPORE, 638675
SINGAPORE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.741 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 30,570.43 |
|---|---|---|---|

FUJI INDUSTRIES MANILA CORPORATION
LOT 15 PHASE 1A PHILIPPINE IND.PARK
STA.ANASTACIA STO. TOMAS BATANGAS,
PHILIPPINES

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.742 Nonpriority creditor's name and mailing address**

FUJITSU TDS GMBH
KONRAD ZUSE STRASSE 16
NECKARSULM, 74172
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,155.42

---

**3.743 Nonpriority creditor's name and mailing address**

FUNDICIONES Y MATRICERIA, S.L
C/TENERIFE 32-34 - P.I. LA FRAILA I
HUMANES DE MADRID - MADRID, 28970
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 103,420.51

---

**3.744 Nonpriority creditor's name and mailing address**

FUSION ELECTRONICS PVT LTD
P23-25 INDUSTRIAL AREA
SAROJINI NAGAR LUCKNOW 226008,
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,975.28

---

**3.745 Nonpriority creditor's name and mailing address**

FUTURA STAMPI S.R.L.
VIA DEL LAVORO, 2
MONTE ROBERTO PROVINCIA: AN, 60030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 148.42

---

**3.746 Nonpriority creditor's name and mailing address**

FUTURE ELECTRONICS LTD
FUTURE HOUSE, THE GLANTY
EGHAM SURREY TW20 9DW GB,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 307,871.14

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.747** **Nonpriority creditor's name and mailing address**

G.E.A.N. GESTIONI AUTOSTRADALI DEL
BORGO PIETRO GIORDANI /
PARMA, 43121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 273.02

---

**3.748** **Nonpriority creditor's name and mailing address**

G.E.D.I. SRL
CORSO GALILEO FERRARIS 146
TORINO, 10129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,973.73

---

**3.749** **Nonpriority creditor's name and mailing address**

G.M. SERVICE IMPORT EXPORT S.R.L.
S.C. SAN NICOLA PROV.LE PALO-BINETT
PALO DEL COLLE (BA), 70027
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,506.00

---

**3.750** **Nonpriority creditor's name and mailing address**

G.R.G. SNC DI GARINO
VIA PESCATORI 10
SAN MAURO TORINESE, 10099
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,162.76

---

**3.751** **Nonpriority creditor's name and mailing address**

GADDI PIETRO SRL
VIA ONEDO 8
ABBADIA LARIANA, 23821
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,802.68

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|----------------------|------------------------|----------|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.752** **Nonpriority creditor's name and mailing address**

GAIT S.R.L.
VIA DELLA COOPERAZIONE, 7
BOLOGNA, 40129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 139.97

---

**3.753** **Nonpriority creditor's name and mailing address**

GALVANOTECHNIK SPA
VIA VALTROMPIA 29
GARDONE V., 25063
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 189,524.91

---

**3.754** **Nonpriority creditor's name and mailing address**

GAMMA TECHNOLOGIES
601 OAKMONT LANE SUITE 220
WESTMONT, 60559

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 61,626.74

---

**3.755** **Nonpriority creditor's name and mailing address**

GANDINI FASTENERS S.R.L.
VIALE PER PAOLO PASOLINI, 83
SESTO SAN GIOVANNI, 20099
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 104.12

---

**3.756** **Nonpriority creditor's name and mailing address**

GARIBALDI SRL
P.ZZA 1° MAGGIO, 2
CATTOLICA, 47841
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 397.30

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.757** **Nonpriority creditor's name and mailing address**

GAROFOLI SPA
STRADA PROVINCIALE PALO-BITETTO
PALO DEL COLLE, 70027
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,127.51

---

**3.758** **Nonpriority creditor's name and mailing address**

GASER OSSIDO DURO SRL
VIA PO 27
ROZZANO, 20089
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,018.93

---

**3.759** **Nonpriority creditor's name and mailing address**

GATTI CARBURANTI S.R.L.
VIA ORFEO MAZZITELLI N. 130
BARI, 70124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,004.31

---

**3.760** **Nonpriority creditor's name and mailing address**

GCI TECHNOLOGIES, INC.
1301 PRECISION DRIVE
PLANO, 75074-8636

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,755.43

---

**3.761** **Nonpriority creditor's name and mailing address**

GE.DI.A. SRL
AUTOSTRADA A/4 MI/BS,
RONCADELLE, 25030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 75.03

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.762** Nonpriority creditor's name and mailing address

GEARTEC SRL
VIA LIBIA, 2
LEGNANO, 20025
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 171,766.49

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.763** Nonpriority creditor's name and mailing address

GEBAUER A GRILLER KABELTECHNIK,
NADRAZNI  677E
MIKULOV, 692 01
CZECH REPUBLIC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 42,423.98

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.764** Nonpriority creditor's name and mailing address

GEFIT SPA
VIA DE NEGRI 9
ALESSANDRIA, 15100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 12,744.57

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.765** Nonpriority creditor's name and mailing address

GEHRING TECHNOLOGIES GMBH
GEHRINGSTRASSE 28
OSTFILDERN, 73760
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 32,276.36

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.766** Nonpriority creditor's name and mailing address

GEM S.R.L.
Via dei Falegnami 3
Castello D'argile, 40050
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 208.75

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.767** | **Nonpriority creditor's name and mailing address**

GENERAL SERVICE DI MORENO POLI
VIA  VIAZZA SINISA ,2 (B9)
MEZZOLARA DI BUDRIO, 40054
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 6,029.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.768** | **Nonpriority creditor's name and mailing address**

GENERALI ITALIA S.P.A.
PIAZZA DUCA DEGLI ABRUZZI, 2
TRIESTE, 34132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  SURETY BOND #: 343608918 FOR THE BENEFIT OF COMUNE DI BOLOGNA

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.769** | **Nonpriority creditor's name and mailing address**

GENERALI ITALIA S.P.A.
PIAZZA DUCA DEGLI ABRUZZI, 2
TRIESTE, 34132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  SURETY BOND #: 760276852 FOR THE BENEFIT OF COMUNE DI BOLOGNA

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.770** | **Nonpriority creditor's name and mailing address**

GENERALI ITALIA S.P.A.
PIAZZA DUCA DEGLI ABRUZZI, 2
TRIESTE, 34132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  SURETY BOND #: 343608917 FOR THE BENEFIT OF COMUNE DI BOLOGNA

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.771** | **Nonpriority creditor's name and mailing address**

GENERALI ITALIA S.P.A.
PIAZZA DUCA DEGLI ABRUZZI, 2
TRIESTE, 34132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  SURETY BOND #: 343608081 FOR THE BENEFIT OF DIREZIONE REGIONALE PER LA LOMBARDIA AGENZIA DELLE DOGANE

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.772 Nonpriority creditor's name and mailing address**

GENERALI ITALIA S.P.A.
PIAZZA DUCA DEGLI ABRUZZI, 2
TRIESTE, 34132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** SURETY BOND #: 313608691 FOR THE BENEFIT OF MINISTERO DELL'ISTRUZIONE UNIVERSITA' DEGLI STUDI

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.773 Nonpriority creditor's name and mailing address**

GENPACT (UK) LIMITED
5 MERCHANT SQUARE, 5TH FLOOR
LONDON, W2 1AY
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,538.73

---

**3.774 Nonpriority creditor's name and mailing address**

GEO RISORSE SRL
VIA CIRCONVALLAZIONE 5
CASORATE PRIMO, 27022
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 369.90

---

**3.775 Nonpriority creditor's name and mailing address**

GEODIS FF ITALIA S.P.A.
VIA TOFFETTI 104
MILANO, 20100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,305.30

---

**3.776 Nonpriority creditor's name and mailing address**

GEOVEST SRL
VIA DELL'OASI 373
CREVALCORE, 40014
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 39,308.15

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| **3.777** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 18,432.27 |
|---|---|---|---|

GERVASONI SPA
VIA CABERARDI, 7/A
BREMBILLA, 24012
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| **3.778** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,452.66 |
|---|---|---|---|

GESTAC S.R.L.
VIA ANSPERTO 7
MILANO, 20123
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| **3.779** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 95.56 |
|---|---|---|---|

GESTHOTEL S.R.L.
CORSO GALILEO FERRARIS, 160
TORINO, 10134
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| **3.780** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 135.86 |
|---|---|---|---|

GESTIONE G.S.A. SRL
CORSO MAGENTA 61
MILANO, 20123
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| **3.781** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 85.63 |
|---|---|---|---|

GF HOTEL SRL
VIA MAESTRI DEL LAVORO, 3
S. GIOVANNI IN PERSICETO, 40017
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.782** **Nonpriority creditor's name and mailing address**

GHIBAR SNC
VIA SALVI 27/29
FRAZ. RENO CENTESE, CENTO, 44041
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,323.21

---

**3.783** **Nonpriority creditor's name and mailing address**

GI GROUP S.P.A.
PIAZZA IV NOVEMBRE,5
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 55,038.30

---

**3.784** **Nonpriority creditor's name and mailing address**

GI.ELLE DI GAIDO LUCA
VIA VIGONE 4
VIRLE PIEMONTE, 10060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,841.41

---

**3.785** **Nonpriority creditor's name and mailing address**

GIANI DARIO & C. SNC DI GIANI DARIO
VIA PIAVE, SNC
CALUSO, 10014
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 92.48

---

**3.786** **Nonpriority creditor's name and mailing address**

GIAS SRL
VIALE EVARISTO STEFINI 20
MILANO, 20125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 74.13

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.787** **Nonpriority creditor's name and mailing address**

GIGA SAS DI GIGANTE F. &C.
VIA STRADA SERVIZIO FIAT SNC
VILLA SANTA LUCIA, 03030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 212.35

---

**3.788** **Nonpriority creditor's name and mailing address**

GILPI SRL
VIA I.MALVASIA 24/2
BOLOGNA, 40131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39.27

---

**3.789** **Nonpriority creditor's name and mailing address**

GIOVE SRL - ANTICA HOSTELLERIA
VIA IZANO 2/A
CREMA, 26013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 81.17

---

**3.790** **Nonpriority creditor's name and mailing address**

GIRARDINI SRL
VIA FABBRICA 90/92
TIONE DI TRENTO, 38079
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,486.30

---

**3.791** **Nonpriority creditor's name and mailing address**

GIUFFRE' FRANCIS LEFEBVRE SPA
VIA MONTEROSA, 91
MILANO, 20149
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 946.45

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

| 3.792 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 17,302.81 |
| --- | --- | --- | --- | --- |

GIULIA SRL
VIA D. CRETI 18/A
BOLOGNA, 40128
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.793 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 245.00 |
| --- | --- | --- | --- | --- |

GLICINE SRL
VIA VALPELLICE 68/A
SAN SECONDO DI PINEROLO, 10060
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.794 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,512.63 |
| --- | --- | --- | --- | --- |

GLOB ECO SRL
VIA DEGLI SCALPELLINI, 13
MOLFETTA, 70056
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.795 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 44,201.28 |
| --- | --- | --- | --- | --- |

GLOBAL INSTITUTE FOR MOTOR SPORT SA
CHEMIN DE BLANDONNET 2
GENEVE, 1215
SWITZERLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.796 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 94.30 |
| --- | --- | --- | --- | --- |

GLOBAL KALITE KONTROL
ARABACIALANI MAH. CARK CAD. NO: 237
SERDIVAN, 54050
TURKEY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.797** Nonpriority creditor's name and mailing address

GLOBAL RISK CONSULTANTS LTD.
37, RUE DE LA ROCHEFOUCAULD
PARIGI, FRANCE, 75009
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 407,027.35

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.798** Nonpriority creditor's name and mailing address

GLOBANT ITALY S.P.A.
VIA DE' CARRACCI 13
BOLOGNA, 40129
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 56,423.19

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.799** Nonpriority creditor's name and mailing address

GLS ENTERPRISE SRL
S.C.B.ABBADIA STURA, 176
TORINO, 10156
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 78.72

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.800** Nonpriority creditor's name and mailing address

GM SUSCO SRLS
VIA SAN GIORGIO MARTIRE 76
BARI, 70132
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 8,421.74

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.801** Nonpriority creditor's name and mailing address

GNECCHI SRL
VIA POSTALE VECCHIA
OLGINATE, 23854
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 2,735.24

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
| --- | --- |

**3.802** **Nonpriority creditor's name and mailing address**

GÖDDE GMBH
Robert-Perthel-Straße 57-59
Köln, 50739
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,747.55

---

**3.803** **Nonpriority creditor's name and mailing address**

GOEPEL ELECTRONIC GMBH
GOESCHWITZER STRASSE 58/60
JENA, 07745
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 376.75

---

**3.804** **Nonpriority creditor's name and mailing address**

GOLDEN HOUSE SRL
VIA DELLA SCIENZA 22
MODENA, 41100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,746.64

---

**3.805** **Nonpriority creditor's name and mailing address**

GOLDER ASSOCIATES SP. ZOO
AL.SOLIDARNOSHI 117, LOK. 700
WARSZAWA, 00-140
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,511.70

---

**3.806** **Nonpriority creditor's name and mailing address**

GOMMALUX IND.ART.GOMMA DI L.FURIOSI
VIA DEI PLATANI 3
S/GIULIANO MILANESE, 20098
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,749.96

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.807**

**Nonpriority creditor's name and mailing address**

GORLA UTENSILI SRL
VIA DANTE - S. STATALE 494 VIGEVANE
ABBIATEGRASSO, 20081
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,906.55

---

**3.808**

**Nonpriority creditor's name and mailing address**

GP BATTERY MARKETING ITALY SRL
VIA A. VOLTA 3
ASSAGO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,876.63

---

**3.809**

**Nonpriority creditor's name and mailing address**

GR GENERALE RISTORAZIONE SRL
VIA GIOVANNI AGNELLI 6
SANTENA, 10026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,365.77

---

**3.810**

**Nonpriority creditor's name and mailing address**

GRAF SPA
VIA G. GALILEI 32/36
NONANTOLA, 41015
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 132,224.16

---

**3.811**

**Nonpriority creditor's name and mailing address**

GRASSANO GIOVANNI SPA
VIA PER RETORTO 31
PREDOSA, 15077
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,413.31

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.812** **Nonpriority creditor's name and mailing address**

GRAVOTECH ITALIA S.R.L.
VIA RIVERA 138
ALMESE, 10040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 242.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.813** **Nonpriority creditor's name and mailing address**

GREEN HILLS SOFTWARE INC.
30 WEST SOLA STREET
SANTA BARBARA CA, 93101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,132,988.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.814** **Nonpriority creditor's name and mailing address**

GREEN TEAM SCRL
VIA DELLA LIBERAZIONE 6/C
BOLOGNA, 40128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 9,332.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.815** **Nonpriority creditor's name and mailing address**

GRI.MA SRL
VIA M. SARCONE, 115
TERLIZZI, 70038
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,724.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.816** **Nonpriority creditor's name and mailing address**

GRIFAL S.P.A.
VIA XXIV MAGGIO 1
COLOGNO AL SERIO, 24055
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 49,765.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.817** | **Nonpriority creditor's name and mailing address**

GRIMAS S.R.L.
VIA DARWIN 38
TREZZANO SUL NAVIGLIO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,364.95

---

**3.818** | **Nonpriority creditor's name and mailing address**

GRUPPI ELETTROGENI SERVICE SRL
Via 2 Giugno,17
Anzola dell'Emilia, 40011
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 668.57

---

**3.819** | **Nonpriority creditor's name and mailing address**

GRUPPO 2G SPA
LARGO RE UMBERTO 106
TORINO, 10128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,496.38

---

**3.820** | **Nonpriority creditor's name and mailing address**

GRUPPO DIPENDENTI WEBER
VIA DEL TIMAVO, 33
BOLOGNA, 40134
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,190.15

---

**3.821** | **Nonpriority creditor's name and mailing address**

GRUPPO G.I.S.A. - MEDICI COMPETENTI
VIA PAOLO NANNI COSTA 12/4/A
BOLOGNA, 40133
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,076.99

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.822** **Nonpriority creditor's name and mailing address**

GRUPPO GHEDINI S.R.L.
VIA DELL'ELETTRICISTA7
BOLOGNA, 40138
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 866.82

---

**3.823** **Nonpriority creditor's name and mailing address**

GSA INGEGNERIA SRL
VIA MAGELLANO 10
SAN GIOVANNI IN PERSICETO, 40017
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,181.33

---

**3.824** **Nonpriority creditor's name and mailing address**

GSR TECHNOLOGY ITALY SRL
VIA LAVORATORI AUTOBIANCHI, 1
DESIO, 20832
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 94.69

---

**3.825** **Nonpriority creditor's name and mailing address**

GT LINE SRL
V.DEL LAVORO 9  CRESPELLANO
VALSAMOGGIA, 40053
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,324.21

---

**3.826** **Nonpriority creditor's name and mailing address**

GT-CORP DI MALACRIDA GEMMA
VIA N. SAURO 10
CANEGRATE, 20010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 118.51

---

Debtor   Marelli Europe S.p.A.                                    Case number (if known)   25-11109
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.827** **Nonpriority creditor's name and mailing address**

GUARNIZIONI INDUSTRIALI SRL
VIA GARIBALDI, 51/53
PARATICO, 25030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 404,814.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.828** **Nonpriority creditor's name and mailing address**

GUIDARE PILOTARE SPA
VIA DEL CARRO 27
MISANO ADRIATICO, 47843
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 24,653.44

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.829** **Nonpriority creditor's name and mailing address**

GVS MICROFILTRAZIONE SRL
COM. CIORANI, SAT CIORANII DE SUS (
SAT CIORANII DE SUS, 107156
ROMANIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,607.71

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.830** **Nonpriority creditor's name and mailing address**

GVS S.P.A.
VIA ROMA,50
ZOLA PREDOSA, 40069
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 23,573.97

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.831** **Nonpriority creditor's name and mailing address**

HAIMER GMBH
WEIHERSTRASSE 21
IGENHAUSEN, 86568
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 33,656.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | | Case number (if known) | 25-11109 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.832 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 45.67 |
|---|---|---|---|

HAITIAN HUAYUAN SINGAPORE PTE.LTD
138 MARKET STREET #24 CAPITAGREEN
SINGAPORE, 048946
SINGAPORE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.833 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,751.84 |
|---|---|---|---|

HAITIAN MM ITALY S.R.L.
VIA GIUSEPPE DI VITTORIO, 56
BRESCIA, 25125
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.834 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,446.62 |
|---|---|---|---|

HALA CONTEC GMBH & CO.KG
BLUMENSTRASSE 12
DEIZISAU, 73779
GERMANY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.835 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 966.22 |
|---|---|---|---|

HANKING ELECTRONICS ITALIA SRL
VIA GIUSEPPE REVERE , 16
MILANO, 20123
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.836 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 700.68 |
|---|---|---|---|

HANNSTAR DISPLAY CORP.
26TH FLOOR; N°1; SONGZHI ROAD; XINY
TAIPEI CITY,
TAIWAN

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.837** **Nonpriority creditor's name and mailing address**

HARMONIC DRIVE ITALIA SRL UNIPERS
VIA DELL INDUSTRIA 50
ERBUSCO, 25030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,794.58

---

**3.838** **Nonpriority creditor's name and mailing address**

HAWK SPARKS DESIGN STUDIO LLP
GA, ESAR DEEPAM APARTMENTS
THIRUVANANTHAPURAM, KERALA, 695014
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 334.56

---

**3.839** **Nonpriority creditor's name and mailing address**

HAYMARKET MEDIA GROUP LTD
69 LONDON ROAD
TWICKENHAM, TW1 3SP
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,944.65

---

**3.840** **Nonpriority creditor's name and mailing address**

HBK ITALY SRL
VIA PORDENONE 8
MILANO, 20132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 988.92

---

**3.841** **Nonpriority creditor's name and mailing address**

HEFFERNAN CONTRACTS LIMITED
34-44 BINLEY ROAD
CV3 1JA COVENTRY, 00000
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,346.37

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.842 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,553.04 |
|---|---|---|---|

HELIUM TECHNOLOGY SRL
VIA DELL'INDUSTRIA 1/3
CALVIGNASCO, 20080
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.843 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 59,562.67 |
|---|---|---|---|

HELLER ITALIA MACCHINE UTENSILI SRL
VIA BELVEDERE 15
SOMMACAMPAGNA, 37066
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.844 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 768.85 |
|---|---|---|---|

HELLERMANN TYTON SRL
VIA VISCO, 3/5
LIMENA, 35010
ITALY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.845 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 124,554.15 |
|---|---|---|---|

HENKEL AG & CO. KGAA
HENKELSTRASSE 67
DUESSELDORF, 40589
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.846 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 129,327.91 |
|---|---|---|---|

HENKEL BELGIUM N.V.
ESPLANADE 1/BTE 101
BRUXELLES, 1020
BELGIUM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.847** Nonpriority creditor's name and mailing address

HENKEL ITALIA S.R.L.
VIA CARLO AMORETTI, 78
MILANO, 20157
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,580.95

---

**3.848** Nonpriority creditor's name and mailing address

HERA COMM S.R.L.
VIA MOLINO ROSSO 8
IMOLA, 40026
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 77.45

---

**3.849** Nonpriority creditor's name and mailing address

HERA S.P.A.
VIALE CARLO BERTI PICHAT 2/4
BOLOGNA, 40127
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 533.40

---

**3.850** Nonpriority creditor's name and mailing address

HERAEUS SPA
VIA DEI CHIOSI 11
CAVENAGO BRIANZA, 20040
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 93,661.65

---

**3.851** Nonpriority creditor's name and mailing address

HERAMBIENTE SERVIZI INDUSTRIALI S.R
VIALE CARLO BERTI PICHAT 2/4
BOLOGNA, 40127
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 479.50

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.852** **Nonpriority creditor's name and mailing address**

HERTZ ITALIANA SRL
VIA DEL CASALE CAVALLARI 204
ROMA, 00156
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,613.74

---

**3.853** **Nonpriority creditor's name and mailing address**

HERZUM SOFTWARE SRL
VIA MARCO POLO, 5
RENDE, 87036
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 116,526.50

---

**3.854** **Nonpriority creditor's name and mailing address**

HEWLETT PACKARD ITALIANA SRL
VIA G. DI VITTORIO 9
CERNUSCO S/NAVIGLIO, 20063
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,644.02

---

**3.855** **Nonpriority creditor's name and mailing address**

HEXAGON METROLOGY S.P.A.
STRADA DEL PORTONE, 107/117
GRUGLIASCO, 10095
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,997.94

---

**3.856** **Nonpriority creditor's name and mailing address**

HFILTRATION SRL
VIA FIRENZE 69
LEGNANO, 20025
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,604.24

---

| Debtor | Marelli Europe S.p.A. | Case number *(if known)* | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.857** | **Nonpriority creditor's name and mailing address**

HIGHTEC EDV-SYSTEME GMBH
EUROPAALLEE 19
SAARBRUCKEN, 66119
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,701.19

---

**3.858** | **Nonpriority creditor's name and mailing address**

HILITE GERMANY GMBH
AM. SCHLOSSFELD 5
MARKTHELDENFELD, 97828
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 230,126.37

---

**3.859** | **Nonpriority creditor's name and mailing address**

HIROSE ELECTRIC EUROPE B.V.
KEYNES BUILDING HOGEHILWEG 8
CC AMSTERDAM, 1101 CC
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 45,296.94

---

**3.860** | **Nonpriority creditor's name and mailing address**

HJS SRL
VIA FUCINI 1
GALLARATE, 21013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 179.02

---

**3.861** | **Nonpriority creditor's name and mailing address**

HMC MM AUTO LTD
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 542,596.00

---

Debtor    Marelli Europe S.p.A.                                    Case number (if known)    25-11109

Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
| --- | --- |

**3.862** | **Nonpriority creditor's name and mailing address**

HOFFMANN ITALIA SPA
VIA GERMANIA 49
VIGONZA, 35010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35,111.33

---

**3.863** | **Nonpriority creditor's name and mailing address**

HOLLEN SRO
KASATCOVA 24/A
BRATISLAVA, 841 07
SLOVAK REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 279.71

---

**3.864** | **Nonpriority creditor's name and mailing address**

HONGFA EUROPE GMBH
MARIE CURIE RING 26
MAINTAL, 63477
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 616.51

---

**3.865** | **Nonpriority creditor's name and mailing address**

HOTEL EXECUTIVE SRL
VIA NAZIONALE 67 INGR. VIA DEI CAMP
SAN PAOLO D'ARGON, 24060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 239.75

---

**3.866** | **Nonpriority creditor's name and mailing address**

HOTEL FERRARI
VIA NAZIONALE 125
NOLA-SAN VITALIANO, 80030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 42.19

| Debtor | Marelli Europe S.p.A. | | Case number (if known) | 25-11109 |
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.867** **Nonpriority creditor's name and mailing address**

HOTEL MAGGIORE SNC
VIA EMILIA PONENTE, 62/3
BOLOGNA, 40133
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,888.91

---

**3.868** **Nonpriority creditor's name and mailing address**

HOTEL MAXIM S.R.L.
VIA STALINGRADO, 152
BOLOGNA, 40128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 102.75

---

**3.869** **Nonpriority creditor's name and mailing address**

HOTEL RISTORANTE IL CAMINETTO SRL
VIA ANTONIO GRAMSCI 365
PORTO SAN GIORGIO, 63822
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 131.29

---

**3.870** **Nonpriority creditor's name and mailing address**

HOTEL VIENNA OSTENDA
VIALE REGINA ELENA, 11
RIMINI, 47921
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 119.88

---

**3.871** **Nonpriority creditor's name and mailing address**

HP COMPOSITES SRL
ZONA INDUSTRIALE CAMPOLUNGO
ASCOLI PICENO, 63100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,023.08

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.872** Nonpriority creditor's name and mailing address

HPFS C/O TECNOTRANS SRL
VIA CESARE CASTIGLIONI, 20
ARLUNO, 20010
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                      131,375.34

---

**3.873** Nonpriority creditor's name and mailing address

HTS VACUUM FURNACES SRL
VIA BERGAMO, 2
MOZZANICA, 24050
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                      6,416.16

---

**3.874** Nonpriority creditor's name and mailing address

HTV CONSERVATION GMBH
ROBERT-BOSCH-STRASSE 28
BENSHEIM, 64625
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                      13,044.74

---

**3.875** Nonpriority creditor's name and mailing address

HU LANE ASSOCIATE INC.
1, LN. 342, FUDE 1ST RD
TAIWAN, 221
TAIWAN

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                      224.31

---

**3.876** Nonpriority creditor's name and mailing address

HUB09 SRL
CORSO CASALE 295
TORINO, 10132
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                      69,642.48

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.877** **Nonpriority creditor's name and mailing address**

HUGGER GMBH SPEDITION + LOGISTIK
IN ROHRACKER 5
ALDINGEN, 78554
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 193.51

---

**3.878** **Nonpriority creditor's name and mailing address**

HUIZHOU BYD BATTERY CO., LTD
XIANGSHUI RIVER
HUIZHOU CITY, 516083
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,138.77

---

**3.879** **Nonpriority creditor's name and mailing address**

HUTCHINSON POLAND SP ZO.O
Ksiedza Pralata Stanislawa Slo 20a
ZYWIEC 1, 34-300
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,972.20

---

**3.880** **Nonpriority creditor's name and mailing address**

HUTCHINSON SNC DEP. FLUIDES BASSE P
2 RUE BALZAC
PARIS, 75008
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,549.02

---

**3.881** **Nonpriority creditor's name and mailing address**

HYDRO EXTRUSION ITALY  S.R.L.
VIA A. CIUCANI, 8
ORNAGO, 20876
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 51,605.08

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.882** | **Nonpriority creditor's name and mailing address**

HYPERLEAN SRL
VIA GIUSEPPE VERDI, 4
ANCONA, 60122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,593.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.883** | **Nonpriority creditor's name and mailing address**

HYTECH FORMING SYSTEMS USA, INC.
2425 W. DESERT COVE
PHOENIX, 85029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,719.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.884** | **Nonpriority creditor's name and mailing address**

I.S.B. S.R.L.
VIA G. MASINA 3
CASTELMAGGIORE, 40013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13,386.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.885** | **Nonpriority creditor's name and mailing address**

I.S.C.M. DI ACOTTO BARTOLOMEO E LOR
VIA VITTORIO VENETO 9/A
VISCHE, 10030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 40,051.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.886** | **Nonpriority creditor's name and mailing address**

I.T.A.C.A SRL
VIA REMIGIA 19
SAN LAZZARO DI SAVENA, 40068
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,510.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.887** **Nonpriority creditor's name and mailing address**

I2S INTELLIGENTE SENSORSYSTEME DRES
ZUR WETTERWARTE 50
DRESDEN, 01109
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 43,623.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.888** **Nonpriority creditor's name and mailing address**

IAG PRUFSTANDSTECHNICK GMBH
INDUSTRIESTRASSE 322
WEIKERSDORF, 2722
AUSTRIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 898.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.889** **Nonpriority creditor's name and mailing address**

IBEO AUTOMOTIVE SYSTEMS GMBH
MERKURRING 60-62
HAMBURG, 22143
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,621.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.890** **Nonpriority creditor's name and mailing address**

IBIDEN EUROPE B.V. STUTTGART BRANCH
LOFFELSTRASSE 44
STUTTGART, 70597
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 473.11

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.891** **Nonpriority creditor's name and mailing address**

IBM ITALIA SPA
CIRCONVALLAZIONE IDROSCALO
SEGRATE, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13,575.97

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.892** | **Nonpriority creditor's name and mailing address**

ICAM SRL
S.P. 237 DELLE GROTTE
PUTIGNANO, 70017
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,714.80

---

**3.893** | **Nonpriority creditor's name and mailing address**

ICIM SPA
PIAZZA DON MAPELLI 75
SESTO SAN GIOVANNI, 20099
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 167.14

---

**3.894** | **Nonpriority creditor's name and mailing address**

ICT CONSULTING S.P.A.
P. le Luigi Cadorna 4
Milano, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 41,295.62

---

**3.895** | **Nonpriority creditor's name and mailing address**

IDG 01 SPA
STRADA SAN MAURO 151
TORINO, 10156
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 309.44

---

**3.896** | **Nonpriority creditor's name and mailing address**

IDRAJET SRL
VIA PRATI  7/C
CASTELLO D'ARGILE, 40050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 877.50

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.897** | **Nonpriority creditor's name and mailing address**

IDROTEAM SPA
VIA R. KOCH, 1/2
MILANO, 20152
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,118.62

---

**3.898** | **Nonpriority creditor's name and mailing address**

IDROTEK SRL
VIA ABATE TROYLI 11
MONTALBANO IONICO, 75023
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 38,958.27

---

**3.899** | **Nonpriority creditor's name and mailing address**

I-FAST CONTAINER LOGISTIC S.P.A.
C.SO SETTEMBRINI 53
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 49,878.00

---

**3.900** | **Nonpriority creditor's name and mailing address**

IFITALIA SPA
VIA VITTOR PISANI 15
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 164.93

---

**3.901** | **Nonpriority creditor's name and mailing address**

IFM ELECTRONIC SRL
PAL. ANDROMEDA 2 V. PARACELSO 18
AGRATE BRIANZA, 20864
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 295.78

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.902**

**Nonpriority creditor's name and mailing address**

IGAM SRL
VIA BUOZZI 6/8
CASTELMAGGIORE, 40013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,525.29

---

**3.903**

**Nonpriority creditor's name and mailing address**

IGEAM CONSULTING S.R.L.
VIA FRANCESCO BENAGLIA, 13
ROMA, 00153
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,169.99

---

**3.904**

**Nonpriority creditor's name and mailing address**

IL CHIODO FISSO SRL
VIA PANIGALE 1F
BOLOGNA, 40132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,423.32

---

**3.905**

**Nonpriority creditor's name and mailing address**

IL DISGELO S.R.L.
FRAZ. PRELAZ, 31
PONTEY, 11024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 353.09

---

**3.906**

**Nonpriority creditor's name and mailing address**

IL FABBRO DI VALENTE MAURO
VIA LAMA DI MACINA, 56-18
BISCEGLIE, 76011
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,487.63

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.907** **Nonpriority creditor's name and mailing address**

IL NOTTURNO DI MASTROMINICO L. & C.
SS 87 SANITICA KM 13.500
CAIVANO, 80023
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,281.42

---

**3.908** **Nonpriority creditor's name and mailing address**

IL SOLE 24 ORE SPA
VIA MONTE ROSA 91
MILANO, 20149
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 484.07

---

**3.909** **Nonpriority creditor's name and mailing address**

ILTAR-ITALBOX S.P.A. IND. RIUNITE
VIA PROVINCIALE, 16
BAIRO, 10010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,583.90

---

**3.910** **Nonpriority creditor's name and mailing address**

IMAS AEROMECCANICA SRL
Via Piemonte 43-45
Ozzano dell'Emilia, 40064
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,892.74

---

**3.911** **Nonpriority creditor's name and mailing address**

IMBALLAGGI INVERNIZZI
PIAZZA REPUBBLICA 2
BERGAMO, 24100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 789.87

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.912 Nonpriority creditor's name and mailing address**

IMELETTRA SRL
VIA CADUTI DI AMOLA 4
BOLOGNA, 40132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 612.85

---

**3.913 Nonpriority creditor's name and mailing address**

IMPRESA LAVERMICOCCA & C. SRL
VIA DEGLI ARREDATORI 16
MODUGNO, 70026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 153,019.14

---

**3.914 Nonpriority creditor's name and mailing address**

IMPRIMA S.R.L.
VIA DELLE ARTI GRAFICHE 12
VIGARANO MAINARDA, 44049
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,691.00

---

**3.915 Nonpriority creditor's name and mailing address**

IMQ S.P.A.
VIA QUINTILIANO 43
MILANO, 20138
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 214.50

---

**3.916 Nonpriority creditor's name and mailing address**

IN.TE.S.A. SPA
STRADA PIANEZZA, 289
TORINO, 10151
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,018.77

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.917** | **Nonpriority creditor's name and mailing address**

IN.TECH SRL
VIA VVFF CADUTI IN SERVIZIO 24
MODUGNO, 70026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,964.25

---

**3.918** | **Nonpriority creditor's name and mailing address**

INAIL ISTITUTO NAZIONALE PER
PIAZZALE PASTORE,6
ROMA, 00144
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 999.18

---

**3.919** | **Nonpriority creditor's name and mailing address**

INDO-MIM LIMITED
NO. 45 (P) KIADB INDUSTRIAL AREA
562114 HASKOTE BANGALORE,
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,330.14

---

**3.920** | **Nonpriority creditor's name and mailing address**

INDUSTRIA GRAFICA RABOLINI SRL
VIA TANARO SNC
PARABIAGO, 20015
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 352.58

---

**3.921** | **Nonpriority creditor's name and mailing address**

INDUSTRIALTECNICA SPA
VIA ROMA, 118/H
CALDERARA DI RENO, 40012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.83

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.922** | **Nonpriority creditor's name and mailing address**

INDUSTRIE ELEKTRIK GMBH
INDUSTRIESTRASSE 3
GUNDELFINGEN, 89423
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 49,139.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.923** | **Nonpriority creditor's name and mailing address**

INFINEON TECHNOLOGIES AG
AM CAMPEON 1-12
NEUBIBERG, 85579
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 683,131.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.924** | **Nonpriority creditor's name and mailing address**

INFO BUSINESS CONSULTING LLC
ISTRINSKAYA STREET 8
MOSCOW, 121467
RUSSIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 17,551.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.925** | **Nonpriority creditor's name and mailing address**

INFOCAMERE  P.A.
C.SO STATI UNITI, 14
PADOVA, 35127
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,198.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.926** | **Nonpriority creditor's name and mailing address**

INFOCERT SPA
PIAZZA SALLUSTIO 9
ROMA, 00187
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 136.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.927** **Nonpriority creditor's name and mailing address**

INGUN DISTRIBUZIONE SPA
VIA MADRE PICCO 16
MILANO, 20132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,532.91

---

**3.928** **Nonpriority creditor's name and mailing address**

INITIAL ITALIA S.P.A.
VIA ACHILLE GRANDI 8
CERNUSCO SUL NAVIGLIO, 29963
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,411.97

---

**3.929** **Nonpriority creditor's name and mailing address**

INITIAL ITALIA SPA
VIA ACHILLE GRANDI 8
CERNUSCO SUL NAVIGLIO, 20036
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 487.50

---

**3.930** **Nonpriority creditor's name and mailing address**

INNOVA ECOSERVIZI S.R.L.
VIA DONATELLO 69
BORGARO TORINESE, 10071
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 841.28

---

**3.931** **Nonpriority creditor's name and mailing address**

INPS
VIA CIRO IL GRANDE, 21
ROMA, 00144
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,811.71

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.932** | **Nonpriority creditor's name and mailing address**

INRIX UK LIMITED
FIFTH FLOOR, STATION HOUSE
ALTRINCHAM, WA14 1EP
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,830.43

---

**3.933** | **Nonpriority creditor's name and mailing address**

INSIGHT DIRECT USA INC.
6820 S HARL AVE
TEMPE AZ, 85283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,929.10

---

**3.934** | **Nonpriority creditor's name and mailing address**

INSIGHT TECHNOLOGY SOLUTIONS S.R.L.
VIA PIERO E ALBERTO PIRELLI, 6
MILANO, 20126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 409.08

---

**3.935** | **Nonpriority creditor's name and mailing address**

INTEGRAL ACCUMULATOR KG
SINZIGER STR.47
REMAGEN, 53424
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 617,300.41

---

**3.936** | **Nonpriority creditor's name and mailing address**

INTEGRITY S.A.
AVENIDA DA GUARDA INGLESA, NÂº 27
COIMBRA, 3040-193
PORTUGAL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,986.27

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.937** | **Nonpriority creditor's name and mailing address**

INTERFIERE SRL
VIA PASTORE 7
MONCALIERI, 10024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                12,772.43

---

**3.938** | **Nonpriority creditor's name and mailing address**

INTERLINK SRL
VIA DALMAZIA 16/B
ROM, 00198
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   285.42

---

**3.939** | **Nonpriority creditor's name and mailing address**

INTERNATIONAL SOS ITALY SRL
VIA FESTA DEL PERDONO 10
MILANO, 20122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$              162,118.56

---

**3.940** | **Nonpriority creditor's name and mailing address**

INTERNAZIONALE SRL
NONA STRADA 23/R
PADOVA, 35129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    31.97

---

**3.941** | **Nonpriority creditor's name and mailing address**

INTERSERVICE SRL
Via delle Valli 12
Fiuggi, 03014
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   390.68

---

| Debtor | Marelli Europe S.p.A. | Case number *(if known)* | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.942** **Nonpriority creditor's name and mailing address**

INTERTEK ITALIA SPA
VIA MIGLIOLI 2/A
CERNUSCO SUL NAVIGLIO, 20063
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 930.47

---

**3.943** **Nonpriority creditor's name and mailing address**

INTRALINKS INC.
685 3RD AVENUE 9TH FLOOR
NEW YORK, 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 63,705.74

---

**3.944** **Nonpriority creditor's name and mailing address**

INVENTEC PERFORMANCE CHEMICALS SA
20, RUE DE BOURGOGNE BP 211
SAINT PRIEST CEDEX, 69802
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 67,120.00

---

**3.945** **Nonpriority creditor's name and mailing address**

IONBOND NETHERLANDS BV
GROETHOFSTRAAT 22B
VENLO 5916 PB,
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,141.68

---

**3.946** **Nonpriority creditor's name and mailing address**

IOT INSTITUT FUR OBERFLACHENTECHNIK
Kackertstr.15
Aachen, 52056
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22,491.10

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.947** | **Nonpriority creditor's name and mailing address**

IP PLUS S.R.L.
VIA GIOVANNI BATTISTA PIRELLI 18
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16,689.22

---

**3.948** | **Nonpriority creditor's name and mailing address**

IP SERVICES SRL
VIA SALARIA 1322
ROMA, 00138
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 89.37

---

**3.949** | **Nonpriority creditor's name and mailing address**

IPE PRECISION MACHINERY LIMITED
THREE 3 UNIT 5-6, 23/F, ENTERPRISE
HONG KONG, KOWLOON
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,946.66

---

**3.950** | **Nonpriority creditor's name and mailing address**

IPWAY S.R.L.
VIA I. MASSIGNAN 4B
VICENZA, 36100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,585.95

---

**3.951** | **Nonpriority creditor's name and mailing address**

IRISO ELECTRONICS EUROPE GMBH
SCHONGBERGSTRASSE 23
OSTFILDERN KEMNAT, 73760
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,499.67

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.952 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 456.67 |
|---|---|---|---|

IRMA SRL
PIAZZA VITTORIO VENETO 2
TORINO, 10121
ITALY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.953 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,546.74 |
|---|---|---|---|

IRO S.R.L.
VIA LAZZARETTO 27
OGGIONO, 23848
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.954 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,671.42 |
|---|---|---|---|

IRVING 80 S.R.L.
VIA ITALO CREMONA 42
GAZZADA SCHIANNO, 21045
ITALY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.955 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 85,514.77 |
|---|---|---|---|

ISCOT ITALIA SPA
VIA ISONZO 22
TORINO, 10141
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.956 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 16,636.15 |
|---|---|---|---|

ISEA ANTINCENDIO SRL
VIA PALESE 1/D
MODUGNO, 70026
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Marelli Europe S.p.A.                                    Case number (if known)    25-11109
          Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.957 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 63,210.63 |
|---|---|---|---|

ISOVOLTA AG
IZ NO SUD STR.3
AT-2355  WIENER NEUDORF,
AUSTRIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.958 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 439.55 |
|---|---|---|---|

IS-RAYFAST LTD
2 LYDIARD FIELDS, SWINDON
WILTSHIRE, SN5 8UB
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.959 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,019.08 |
|---|---|---|---|

ISSIM IST.SRV. SOCIALE IMPRESA
VIA LUIGI SETTEMBRINI, 2
MILANO, 20124
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.960 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ISTITUTO FIGLIE DI S. ANNA
PHYSICAL LOCATION: VIA PIAVE N. 2 - 40133 - BOLOGNA (BO)
REGISTERED OFFICE: VIA MERULANA 177 - 00185 - ROMA (RM)
ITALY, 40133
ITALY

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.961 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,164.16 |
|---|---|---|---|

ISTITUTO ITALIANO DELLA SALDATURA
LUNGOBISAGNO ISTRIA 15/A
GENOVA, 16141
ITALY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

| 3.962 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 780.97 |
| --- | --- | --- | --- |

IT.TE.DI S.R.L.
VIA NAZIONALE 60
PERGINE VALDARNO, 52020
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.963 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,833.65 |
| --- | --- | --- | --- |

ITACA CONSULTING SRL
VIA ROSSINI 45
CASERTA, 81100
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.964 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 22,285.59 |
| --- | --- | --- | --- |

ITALCOPPIE SENSORI S.R.L.
VIA AMEDEO TONANI, 10
MALAGNINO, 26030
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.965 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,492.22 |
| --- | --- | --- | --- |

ITALIAN GASKET SPA
VIA TENGATTINI 9
PARATICO, 25030
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.966 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 182.46 |
| --- | --- | --- | --- |

ITALIANA AUDION SRL
VIA POMPONAZZI 9
MILANO, 20141
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.967** **Nonpriority creditor's name and mailing address**

ITALIANWAY PROPERTY MANAGEMNT SRL
VIA CARLO GOLDONI 32
MILANO, 20129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  4,886.79

---

**3.968** **Nonpriority creditor's name and mailing address**

ITALSTAMPI S.R.L.
VIA F. MAGELLANO 1
SAN GIUSTINO, 06016
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  8,870.85

---

**3.969** **Nonpriority creditor's name and mailing address**

ITC PLANET SERVICE SOLUTIONS SRL
CESE NOVE ZONA INDUSTRIALE, SNC
SAN SALVATORE TELESINO, 82030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  32,244.47

---

**3.970** **Nonpriority creditor's name and mailing address**

ITD SOLUTIONS S.P.A. A S.U.
VIA GALILEO GALILEI, 7
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  767,460.13

---

**3.971** **Nonpriority creditor's name and mailing address**

ITECO TRADING SRL
VIA PAISAS 1
GIAVENO, 10094
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  543.21

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.972** **Nonpriority creditor's name and mailing address**

ITIS IMPIANTI SRL
VIA CAVALLO 18
VENARIA, 10078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,120.71

---

**3.973** **Nonpriority creditor's name and mailing address**

ITK ZARDINI SRL
VIA INTERPORTO CENTRO INGROSSO 179
PORDENONE, 33170
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 114.17

---

**3.974** **Nonpriority creditor's name and mailing address**

I-TRONIK SRL
VIA DELL'ARTIGIANATO 20
PERAGA DI VIGONZA, 35010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,642.24

---

**3.975** **Nonpriority creditor's name and mailing address**

ITW DRAWFORM
1240 WOLCOTT STREET
WATERBURY, 06705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 205,150.35

---

**3.976** **Nonpriority creditor's name and mailing address**

ITW LYS FUSION S.R.L.
VIA LE BOIS VUILERMOZ 30
HONE, 11020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,046.10

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.977** | **Nonpriority creditor's name and mailing address** | | |

ITW PRONOVIA S.R.O.
VLKOVSKA 595
VELKA BITES, 595 01
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 88,654.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.978** | **Nonpriority creditor's name and mailing address**

ITW SPECIALITY FILMS
R. CASSIN ZA LA VILLETTE AUX AULNES
MITRY MORY CEDEX, 77295
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 674.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.979** | **Nonpriority creditor's name and mailing address**

IVEA - INDUSTRIA VERNICI E AFFINI
VIA NAPOLI 229/A
BARI, 70123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 990.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.980** | **Nonpriority creditor's name and mailing address**

IVECO FRANCE SAS
1 RUE DES COMBATS 24 AOUT 44
VENISSIEUX, 69200
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 8,039.71

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.981** | **Nonpriority creditor's name and mailing address**

J.B.O. DI ORTENSIA CORVINO & C SNC
VIA G. MAZZINI 3
CORBETTA, 20011
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 37.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.982** | **Nonpriority creditor's name and mailing address**

J.N. EBERLE FEDERNFABRIK GMBH
HOCHFELDSTRASSE 6-8
SCHWABMUENCHEN, 86830
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 26,401.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.983** | **Nonpriority creditor's name and mailing address**

J2 SOURCING AB
MODEMGATAN 4
VELLINGE, 23539
SWEDEN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,193.97

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.984** | **Nonpriority creditor's name and mailing address**

JACOBACCI & PARTNERS SPA
CORSO EMILIA 8
TORINO, 10152
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 11,843.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.985** | **Nonpriority creditor's name and mailing address**

JAS JET AIR SERVICE SPA
VIA R. SANZIO 6/B
SEGRATE, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 22,348.42

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.986** | **Nonpriority creditor's name and mailing address**

JDI EUROPE GMBH
NEWTON, RIDLERSTRASSE 57
MUNCHEN, 80339
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,731.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.987** **Nonpriority creditor's name and mailing address**

JDI EUROPE GMBH - ITALIAN BRANCH
GALLERIA GANDHI 15B-21B
MILANO, 20017
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 402,195.88

---

**3.988** **Nonpriority creditor's name and mailing address**

JETPARK PREMIUM DI MALPENSA SERVICE
VIA GIUSEPPE GIUSTI 68
SOMMA LOMBARDO, 21019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 441.82

---

**3.989** **Nonpriority creditor's name and mailing address**

JOHNSON CONTROLS S.P.A
VIA PONTACCIO 10
MILANO, 20121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,225.25

---

**3.990** **Nonpriority creditor's name and mailing address**

JOHNSON MATTHEY PLC
ORCHARD ROAD
SG8 5HE HERTFORDSHIRE,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35,803.74

---

**3.991** **Nonpriority creditor's name and mailing address**

JUKEN (ZHUHAI) CO., LTD
BLK 9, 10,11, ZONE 1 HENGLI NANSHUI
ZHUHAI CITY, GUANGDON PROVINCE,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,584.69

---

| Debtor | Marelli Europe S.p.A. | Case number *(if known)* | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.992** **Nonpriority creditor's name and mailing address**

JUNGHEINRICH IT. SRL
VIA AMBURGO 1
ROSATE, 20088
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,561.24

---

**3.993** **Nonpriority creditor's name and mailing address**

JUNGHEINRICH FLEET SERVICE SRL
VIA AMBURGO 1
ROSATE, 20088
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40,139.11

---

**3.994** **Nonpriority creditor's name and mailing address**

KAB-LEM S.P.A.
VIA TRIBERTI 5
CAMBIANO, 10020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 108,114.83

---

**3.995** **Nonpriority creditor's name and mailing address**

KADIA PRODUKTION GMBH + CO.
Fabrikstr. 2
Nürtingen, 72622
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 99,271.48

---

**3.996** **Nonpriority creditor's name and mailing address**

KAESER COMPRESSORI S.R.L.
VIA DEL FRESATORE,5
BOLOGNA, 40138
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,720.41

---

| Debtor | Marelli Europe S.p.A. | Case number *(if known)* | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.997** **Nonpriority creditor's name and mailing address**

KAISER + KRAFT S.R.L.
VIA DELL'ARTIGIANATO 90
FENEGRO, 20070
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 269.58

---

**3.998** **Nonpriority creditor's name and mailing address**

KANCELARIA NOTARIALNA KATARZYNA
DYREKCYJNA 2
KATOWICE, 40-013
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,557.68

---

**3.999** **Nonpriority creditor's name and mailing address**

KARTESIS FRANCE SAS
430 RUE DE TECHNIQUES
MARIGNIER, 74970
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,802.24

---

**3.1000** **Nonpriority creditor's name and mailing address**

KCE EUROPE
ASHCOMBE HOUSE QUEEN STREET
GODALMING SURREY GU7 1BA,
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 527,820.69

---

**3.1001** **Nonpriority creditor's name and mailing address**

KEMET ELECTRONICS CORPORATION
P.O. BOX 5928
29606 GREENVILLE, SOUTH CAROLINE,
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,289.93

---

| Debtor | Marelli Europe S.p.A. | | Case number (if known) | 25-11109 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.100 2**

**Nonpriority creditor's name and mailing address**

KEMET ELECTRONICS CORPORATION
P.O. BOX 5928
GREENVILLE, SOUTH CAROLINE US, 29606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,068.15

**3.100 3**

**Nonpriority creditor's name and mailing address**

KEMET ELECTRONICS ITALIA SRL
VIA SAGITTARIO 1/3
SASSO MARCONI, 40037
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            1,142,410.31

**3.100 4**

**Nonpriority creditor's name and mailing address**

KERN-LIEBERS GMBH & CO.
POSTFACH 568,
D-78707SCHRAMBERG-GE,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              14,724.64

**3.100 5**

**Nonpriority creditor's name and mailing address**

KEYENCE ITALIA S.P.A.
VIA DELLA MOSCOVA, 3
MILANO, 20121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,015.02

**3.100 6**

**Nonpriority creditor's name and mailing address**

KILPATRICK S.R.L.
Via Visconti di Modrone 2
MILANO, 20122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              13,928.50

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.100 7**

**Nonpriority creditor's name and mailing address**

KIMBERLY-CLARK SRL
VIA DELLA ROCCA 49
TORINO, 10123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,722.24

---

**3.100 8**

**Nonpriority creditor's name and mailing address**

KIMYA SRL
VIA dei MARMISTI 10/ a Z.I
MODUGNO, 70026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,427.74

---

**3.100 9**

**Nonpriority creditor's name and mailing address**

KINTETSU WORLD EXPRESS (ITALIA) SRL
VIA LONDRA 7/9
SEGRATE, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,143.61

---

**3.101 0**

**Nonpriority creditor's name and mailing address**

KION RENTAL SERVICES SPA
VIA A. DE GASPERI 7
LAINATE, 20020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 54,184.17

---

**3.101 1**

**Nonpriority creditor's name and mailing address**

KISTLER ITALIA S.R.L.
VIA LUDOVICO DI BREME 78
MILANO, 20156
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,117.13

---

| Debtor | Marelli Europe S.p.A. | Case number (*if known*)   25-11109 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.101 2**

**Nonpriority creditor's name and mailing address**

KLÜBER LUBRICATION
Geisenhausenerstr. 7
München, 81379
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,252.19

---

**3.101 3**

**Nonpriority creditor's name and mailing address**

KLUBER LUBRICATION ITALIA SAS
VIA MONFERRATO 57
SAN GIULIANO MILANESE, 20098
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,577.10

---

**3.101 4**

**Nonpriority creditor's name and mailing address**

KOA EUROPE GMBH
KADDENBUSCH 6
25578 DAGELING,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,583.74

---

**3.101 5**

**Nonpriority creditor's name and mailing address**

KOMPRESSOR GROUP S.R.L.
VIA CALICE 54
FINALE LIGURE, 17024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31.07

---

**3.101 6**

**Nonpriority creditor's name and mailing address**

KPMG  ADVISORY  S.P.A.
VIA VITTOR PISANI, 27
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 56,936.63

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.101 7** | **Nonpriority creditor's name and mailing address**

KPMG LLP
Dept 0970, PO Box 120970
Dallas, 75312-0970

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 102,667.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101 8** | **Nonpriority creditor's name and mailing address**

KPMG STUDIO ASSOCIATO CONSULENZA
CORSO VITTORIO EMANUELE II, 48
TORINO, 10123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 17,125.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101 9** | **Nonpriority creditor's name and mailing address**

KSTUDIO - STUDIO ASSOCIATO
VIA VITTOR PISANI 27
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 86,644.38

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.102 0** | **Nonpriority creditor's name and mailing address**

KUGLER MAAG + COMP. LTD & CO. KG
LEIBNIZSTRASSE 11
D70806 KORNWESTHEIM,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,062.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.102 1** | **Nonpriority creditor's name and mailing address**

KUGLER MAAG CIE GMBH
LEIBNIZSTR. 11
KORNWESTHEIM, 70806
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,119.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Marelli Europe S.p.A.
          Name

Case number (if known)    25-11109

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.102 2** Nonpriority creditor's name and mailing address

KUKA ROBOTER ITALIA S.P.A.
VIA LEONARDO DA VINCI N 3
GRUGLIASCO, 10095
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 66,647.97

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.102 3** Nonpriority creditor's name and mailing address

KUNDO XT GMBH
BAHNHNOFSTRASSE 10
78112 ST. GEORGEN,
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 3,048.29

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.102 4** Nonpriority creditor's name and mailing address

KUNSHAN KERSEN SCIENCE & TECHNOLOGY
NO389 KUNJIA ROALD, DEVELOPMENTZONE
KUNSHAN, 215300
CHINA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 13,624.81

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.102 5** Nonpriority creditor's name and mailing address

KUZNIA POLSKA S.A.
GORECKA STREET 32
SKOCZOW, 43-430
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 203,566.41

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.102 6** Nonpriority creditor's name and mailing address

KYOCERA AVX COMPONENTS LTD
PROSPECT HOUSE, 6 ARCHIPELAGO
FRIMLEY,SURREY, GU16 7ER
UNITED KINGDOM

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 14,841.84

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.1027 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,391,992.88 |
|---|---|---|---|
| | L&T TECHNOLOGY SERVICES LIMITED<br>VIA MELCHIORRE GIOIA N. 8<br>MILANO, 20124<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1028 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 559,157.02 |
|---|---|---|---|
| | L&T TECHNOLOGY SERVICES LIMITED<br>Via Melchiorre Gioia n. 8<br>MILANO, 20124<br>ITALY | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1029 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 133,771.79 |
|---|---|---|---|
| | L&T TECHNOLOGY SERVICES LTD<br>DITTRICHRING 15<br>LEIPZIG, 04109<br>GERMANY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1030 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 515.35 |
|---|---|---|---|
| | L.A. DI ALBANO LICAJ<br>VIA SARDEGNA, 37<br>SPILAMBERTO, MODENA, 41057<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1031 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,478.65 |
|---|---|---|---|
| | L.B. IMPIANTI SNC<br>STRADA DEL FRANCESE, 141/21<br>TORINO, 10156<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.103 2**

**Nonpriority creditor's name and mailing address**

L.B.S. ACCIAI SRL
VIA ABBIATEGRASSO 7
CISLIANO, 20080
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,367.24

---

**3.103 3**

**Nonpriority creditor's name and mailing address**

L.M.S. SRL
ZONA INDUSTRIALE PASCAROL
CAIVANO, 80023
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 398,898.22

---

**3.103 4**

**Nonpriority creditor's name and mailing address**

LA BAIA SOGET SRL
VIA VENETO 29/A
PALESE, 70128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 274.00

---

**3.103 5**

**Nonpriority creditor's name and mailing address**

LA CASALINDA S.R.L.
ZONA PRODUTTIVA TARANTASCA NORD 1
TARANTASCA, 12020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,339.99

---

**3.103 6**

**Nonpriority creditor's name and mailing address**

LA MECCANICA ORIENTE SRL
ZONA IND.COLLE DELLE API 108/B
CAMPOBASSO, 86100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 121.18

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.103 7**

**Nonpriority creditor's name and mailing address**

LA PULISAN SRL
VIA ASCIANGHI 2/B
BARI, 70132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                5,167.47

---

**3.103 8**

**Nonpriority creditor's name and mailing address**

LA SOSTA SRL
S.S. 99 KM 13.576
MATERA, 75100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  174.68

---

**3.103 9**

**Nonpriority creditor's name and mailing address**

LA T.AT.T SRL
VIA DON ORIONE 150/C
BANDITO, 12042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  461.51

---

**3.104 0**

**Nonpriority creditor's name and mailing address**

LA TECNICA S.R.L. UNIPERSONALE OFF.
VIA DE CARRACCI, 69/6
BOLOGNA, 40129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,080.67

---

**3.104 1**

**Nonpriority creditor's name and mailing address**

LA.M.PLAST SAS
FRAZ.MOLINO PRINCIPE
GIUSSANO, 20833
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  404.15

---

| Debtor | Marelli Europe S.p.A. | | Case number (if known) | 25-11109 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.104 2**

**Nonpriority creditor's name and mailing address**

LA.ME.P. SRL
VIA TIBURTINA 1470
ROMA, 00131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,630.76

---

**3.104 3**

**Nonpriority creditor's name and mailing address**

LABORATORIO ANALISI CLINICHE
VIA D'AZEGLIO 92
BOLOGNA, 40123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,540.68

---

**3.104 4**

**Nonpriority creditor's name and mailing address**

LADISA SRL
VIA LINDEMANN 5/3-5/4
BARI-MODUGNO, 70123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15.36

---

**3.104 5**

**Nonpriority creditor's name and mailing address**

LAFER SPA
STRADA DI CORTEMAGGIORE, 31
PIACENZA, 29122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,531.66

---

**3.104 6**

**Nonpriority creditor's name and mailing address**

LAIRD S.R.O.
PRUMYSLOVA 497
LIBEREC, 462 12
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,582.82

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.104 7**

**Nonpriority creditor's name and mailing address**

LAMP S.R.L.
VIA LEONARDO DA VINCI 2
VERDERIO, 23879
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                2,548.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104 8**

**Nonpriority creditor's name and mailing address**

LANZI SRL
VIA GIULIO NATTA 27/A
TORINO, 10148
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$              14,948.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104 9**

**Nonpriority creditor's name and mailing address**

LASERTECH SRL
VIA UNGARETTI, 3
CERNUSCO SUL NAVIGLIO, 20063
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                7,157.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105 0**

**Nonpriority creditor's name and mailing address**

LASIT SPA
VIA SOLFERINO 4
TORRE ANNUNZIATA, 80058
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                5,571.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105 1**

**Nonpriority creditor's name and mailing address**

LATTES SPA
VIA TIZIANO VECELLIO 4
BORGARO TORINESE, 10071
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                8,656.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.105 2** **Nonpriority creditor's name and mailing address**

LAUCIELLO SRL
VIA DEI GERANI 27
MODUGNO, 70026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 24.65

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105 3** **Nonpriority creditor's name and mailing address**

LAV.EL. POWER S.R.L.
VIA BARI, 6 ZONA P.I.P.
CASAPULLA, 81020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 19,649.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105 4** **Nonpriority creditor's name and mailing address**

LAZPIUR
Murinondo auzoa  z/g
BERGARA, 20570
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,530.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105 5** **Nonpriority creditor's name and mailing address**

LCD LASERCUT AG
KAISERMATT 3
DENSBUREN, 5026
SWITZERLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13,035.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105 6** **Nonpriority creditor's name and mailing address**

LCT INFOTELEMATICS SRL
VIA BRUNO BUOZZI, 28
MONCALIERI, 10024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,734.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.105 7** | **Nonpriority creditor's name and mailing address**

LE MANS SERVICE SRL
PRESSO AREA SERV. AGIP TANG. OVEST
ASSAGO, 20094
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                85.06

---

**3.105 8** | **Nonpriority creditor's name and mailing address**

LE TRE SORELLE SAS
PIAZZA CAPITANEO 48
BARI -PALESE, 70128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               776.36

---

**3.105 9** | **Nonpriority creditor's name and mailing address**

LEASYS RENT S.P.A.
VIALE DELLE ARTI 123
FIUMICINO, 00054
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             5,585.30

---

**3.106 0** | **Nonpriority creditor's name and mailing address**

LEASYS SPA
VIA DELLE ARTI 181
FIUMICINO, 00054
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$           262,425.20

---

**3.106 1** | **Nonpriority creditor's name and mailing address**

LEBEGUE PAUWELS DERBISE
39 RUE ROBERT DE LUZARCHES
AMIENS, 80000
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             2,909.66

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.106 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 51,988.22 |
|---|---|---|
| L'ECO DELLA STAMPA SPA<br>VIA G. COMPAGNONI 28<br>MILANO, 20129<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** TRADE PAYABLE | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.106 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 170,959.05 |
|---|---|---|
| LEE  SRL<br>VIA CALDERA N.21<br>MILANO, 20153<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** TRADE PAYABLE | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.106 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 128.69 |
|---|---|---|
| LEFTY PETROL SRL<br>VIALE EVARISTO STEFINI 20<br>MILANO, 20125<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** TRADE PAYABLE | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.106 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,559.24 |
|---|---|---|
| LEMA MECCANICA SRL A SOCIO UNICO<br>VIALE 11 SETTEMBRE 2001, 6/A<br>ALTEDO DI MALALBERGO, 40051<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** TRADE PAYABLE | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.106 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 61,032.76 |
|---|---|---|
| LEMAD S.R.O.<br>Spacinska cesta 138 138<br>Trnava, 917 01<br>SLOVAKIA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** TRADE PAYABLE | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
| --- | --- | --- | --- |
| | Name | | |

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.106 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,083.70 |
| --- | --- | --- | --- |

LEMO ITALIA SRL
VIALE LUNIGIANA 25
MILANO, 20125
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.106 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,267.00 |
| --- | --- | --- | --- |

LEVOSIL SPA
VIA TORINO, 44
CHIUSA DI S.MICHELE, 10050
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.106 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,852.53 |
| --- | --- | --- | --- |

LEYBOLD ITALIA SRL
VIA FILIPPO BRUNELLESCHI 2
COLOGNO MONZESE, 20093
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.107 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 32,355.22 |
| --- | --- | --- | --- |

LG SYSTEM DI LUCCHINI LUIGI & C. SA
VIA DON MILANI 23/A
BELLARIA Â€" IGEA MARINA, 47814
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.107 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 30,086.70 |
| --- | --- | --- | --- |

LGM INGENIERIE SAS
BÃ¢T ADER.
F78140, VELIZY-VILLACOUBLAY, 78140
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Marelli Europe S.p.A.                                Case number (if known)    25-11109
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |

---

**3.107 2**

**Nonpriority creditor's name and mailing address**

LI.VI. S.R.L.
CORSO GARIBALDI 155
VENARIA REALE, 10078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 180.39

---

**3.107 3**

**Nonpriority creditor's name and mailing address**

LIBRERIA CONCESSIONARIA MILANO S.R.
PIAZZA ARMANDO DIAZ 1
MILANO, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,056.31

---

**3.107 4**

**Nonpriority creditor's name and mailing address**

LIBRERIA MAURO SNC
ALZAIA NAVIGLIO PAVESE 78
MILANO, 20142
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 29.92

---

**3.107 5**

**Nonpriority creditor's name and mailing address**

L'INCANTO SRL
LUNGOMARE C.COLOMBO 237
SANTO SPIRITO, 70127
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,620.04

---

**3.107 6**

**Nonpriority creditor's name and mailing address**

LINGOTTO HOTELS SRL
VIA NIZZA 262/59 LINGOTTO
TORINO, 10126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 566.23

---

Debtor    Marelli Europe S.p.A.                                    Case number (if known)    25-11109
          Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107 7** Nonpriority creditor's name and mailing address

LINGUARAMA ITALIA SRL
VIA LARGA 31
MILANO, 20122
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                    2,019.63

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.107 8** Nonpriority creditor's name and mailing address

LINKIT SRL
VIA PASSERINI, 2
MONZA, 20900
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                  257,805.31

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.107 9** Nonpriority creditor's name and mailing address

LINTEQ S.R.L.
VIA SAN GOTTARDO 12
ANGERA, 21021
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                      877.50

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.108 0** Nonpriority creditor's name and mailing address

LIOLA' SRL
VIA LEUCIANA 39
CASTROCIELO, 03030
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                      333.37

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.108 1** Nonpriority creditor's name and mailing address

LISI AUTOMOTIVE NOMEL SAS
FORET DU CHATEAU
LA FERTE' FRESNEL, 61550
FRANCE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                      325.83

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.108 2**

**Nonpriority creditor's name and mailing address**

L'ITALIANO PORTICANDO SRL
VIA PIETRO MICCA 20
TORINO, 10122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,625.86

---

**3.108 3**

**Nonpriority creditor's name and mailing address**

LITTELFUSE EUROPE GMBH
JULIUS-BAMBERGER-STRASEE 8A
28279 BREMEN,
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,397.86

---

**3.108 4**

**Nonpriority creditor's name and mailing address**

LITTELFUSE EUROPE GMBH
AIRBUS-ALLEE 2, BREMEN
BREMEN, 28199
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                830.57

---

**3.108 5**

**Nonpriority creditor's name and mailing address**

LO.MA.TI.C. TRADE SRL
VIA STATALE 10
BOLLENGO, 10012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                274.00

---

**3.108 6**

**Nonpriority creditor's name and mailing address**

LOGI SERVICE SCRL
VIA FIRENZE 51
MERCATO SAN SEVERINO, 84085
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                14,804.87

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.108 7** **Nonpriority creditor's name and mailing address**

LOGICA PARTNERS SRL
VIA FORO BUONAPARTE,59
MILANO, 20146
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,577.97

---

**3.108 8** **Nonpriority creditor's name and mailing address**

LOGIMARKT S.R.L.
INTRAREA PINULUI, NR 28
BUCHAREST, 060564
ROMANIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,090.39

---

**3.108 9** **Nonpriority creditor's name and mailing address**

LONATI GIARDINI DI LONATI MARCO
VIA CERTOSA 13
ARLUNO, 20010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,526.76

---

**3.109 0** **Nonpriority creditor's name and mailing address**

LORD GERMANY GMBH
OTTOSTRASSE 28
HUCKELHOVEN, 41836
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,060.09

---

**3.109 1** **Nonpriority creditor's name and mailing address**

LOSMA SPA
VIA E.FERMI,16
CURNO, 24035
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 440.14

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|----------------------|------------------------|----------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.109 2** **Nonpriority creditor's name and mailing address**

LOTES CO LTD
NO 15 WUSYUN STREET
KEELUNG,
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,883.97

---

**3.109 3** **Nonpriority creditor's name and mailing address**

LOTTCO GMBH & CO.KG
INDUSTRIESTRASSE 4
NEUENRADE, 58809
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 790.52

---

**3.109 4** **Nonpriority creditor's name and mailing address**

LUCKY DI GREGORI ALESSANDRA & C.
VIA PIAVE 31
BOLOGNA, 40133
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 94.76

---

**3.109 5** **Nonpriority creditor's name and mailing address**

LUXURY GOODS ITALIA SPA
GALLERIA CAVOUR 9/O
BOLOGNA, 40124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 353.92

---

**3.109 6** **Nonpriority creditor's name and mailing address**

LYRECO ITALIA S.R.L.
VIA PAPA GIOVANNI PAOLO II,SNC
CAMBIAGO, 20040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,500.38

---

| Debtor | Marelli Europe S.p.A. | Case number *(if known)* | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1097**

**Nonpriority creditor's name and mailing address**
LYTICA INC.
555 LEGGET DRIVE, TOWER A-SUITE 720
OTTAWA, K2K 2X3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 60,066.99

---

**3.1098**

**Nonpriority creditor's name and mailing address**
M AND T INSIEME, S.R.O.
OBCHODNA 169/21
SECOVCE, 07801
SLOVAK REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24,767.69

---

**3.1099**

**Nonpriority creditor's name and mailing address**
M&P CONSULTING S.R.L.
CORSO ALCIDE DE GASPERI 278 B
BARI, 70125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,375.46

---

**3.1100**

**Nonpriority creditor's name and mailing address**
M.B.I. METAL BUSHINGS ITALIA S.P.A.
VIA BRESCIA 65
TORRI DI QUARTESOLO, 36040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3.77

---

**3.1101**

**Nonpriority creditor's name and mailing address**
M.C.E.  S.R.L.
C.SO TORINO, 69
CALUSO, 10014
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 55,881.79

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.110 2**

**Nonpriority creditor's name and mailing address**

M.C.E. S.R.L.
VIA TETTI DELL'OLEO 29/31
BORGARO TORINESE, 10071
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 268,681.36

---

**3.110 3**

**Nonpriority creditor's name and mailing address**

M.C.E. SRL
VIA SCHIAPARELLI 20
TORINO, 10148
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,357.10

---

**3.110 4**

**Nonpriority creditor's name and mailing address**

M.P.I. MAGNETI PERMANENTI INDUSTRIA
VIA G.B. VICO 25/B
CORNAREDO, 20010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,483.39

---

**3.110 5**

**Nonpriority creditor's name and mailing address**

M.S.AMBROGIO SPA
LOC.TRE FONTANE, 20
CISANO BERGAMASCO, 24034
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,861.09

---

**3.110 6**

**Nonpriority creditor's name and mailing address**

MA PETROL SAS DI ABUBAKAR SIDDIQUE
VIA DE CARRACCI 4
BOLOGNA, 40129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 72.34

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.110 7** Nonpriority creditor's name and mailing address

MACDERMID ALPHA ITALY SRL
VIA VIGEVANO, 61
SAN MARTINO DI TRECATE, 28069
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 130,595.87

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.110 8** Nonpriority creditor's name and mailing address

MACNICA ATD EUROPE GMBH
Nürnberger Str. 34
Ingolstadt, 85055
GERMANY

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,455.13

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.110 9** Nonpriority creditor's name and mailing address

MAESTRALE SRL
VIA PICCINNI 155
BARI, 70122
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 718.69

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.111 0** Nonpriority creditor's name and mailing address

MAGEA S.N.C. DI ANTONICELLI EROS &
VIA CASELETTE 136
ALPIGNANO, 10091
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 57.08

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.111 1** Nonpriority creditor's name and mailing address

MAGIS S.P.A.
VIA PONTE CERRETANO 24
CERRETO GUIDI, 50050
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 3,742.30

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.111 2 | **Nonpriority creditor's name and mailing address**<br><br>MAGLIONE ANTONIO SRL<br>AUTOSTRADA TORINO AOSTA ADS LES ILE<br>BRISSOGNE, 11020<br>ITALY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  TRADE PAYABLE | $                      103.89 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.111 3 | **Nonpriority creditor's name and mailing address**<br><br>MAGLIONE S.R.L.<br>C/O CENTRO DA.MA<br>VIA PADRE UGO FRASCA- SCALA C, CHIE, 66100<br>ITALY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  TRADE PAYABLE | $                       36.76 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.111 4 | **Nonpriority creditor's name and mailing address**<br><br>MAGNETI MARELLI CONJUNTOS DE ESCAPE S.A.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  INTERCOMPANY PAYABLE | $                    1,711.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**        UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.111 5 | **Nonpriority creditor's name and mailing address**<br><br>MAGNETI MARELLI DO BRASIL INDÚSTRIA E COMÉRCIO S.A<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  INTERCOMPANY PAYABLE | $                      276.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**        UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.111 6 | **Nonpriority creditor's name and mailing address**<br><br>MAGNETTI SRL<br>VIA STUPINIGI 45<br>VINOVO, 10048<br>ITALY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  TRADE PAYABLE | $                    2,210.41 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.111 7** **Nonpriority creditor's name and mailing address**

MAIN TECH SRL
VIA DELLE ORTENSIE,ZONA INDUSTRI 10
MODUGNO, BARI, 70026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 38,166.54

---

**3.111 8** **Nonpriority creditor's name and mailing address**

MAINI PRECISION PRODUCTS LIMITED
NO. 5A BOMMASANDRA INDUST. AREA
560099 BANGALORE,
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 96,085.77

---

**3.111 9** **Nonpriority creditor's name and mailing address**

MAINSIM SRL
CORSO COLOMBO 12B
CHIAVARI, 16043
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,006.59

---

**3.112 0** **Nonpriority creditor's name and mailing address**

MANAGE NOW GMBH
MIES-VAN-DER-ROHE-STR 8
MUNICH, 80807
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,094.44

---

**3.112 1** **Nonpriority creditor's name and mailing address**

MANARDO COMMUNICATIONS LLC
118 MORAN
GROSSE POINTE FARMS, 48236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,221.60

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.112 2**

**Nonpriority creditor's name and mailing address**

MANEAT SRL
VIA VITTORIO ALFIERI, 17 3Â° PIANO S
TORINO, 10121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 38,345.15

---

**3.112 3**

**Nonpriority creditor's name and mailing address**

MANITALIDEA SPA
VIA G. DI VITTORIO 29
IVREA, 10015
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 136.81

---

**3.112 4**

**Nonpriority creditor's name and mailing address**

MANKIEWICZ GEBR. AND CO.
GEORG WILHELM STRASSE 189
HAMBURG, 21107
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 50,724.41

---

**3.112 5**

**Nonpriority creditor's name and mailing address**

MANPOWER S.P.A.
VIA G. ROSSINI 6/8
MILANO, 20122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31,947.95

---

**3.112 6**

**Nonpriority creditor's name and mailing address**

MANPOWER SRL
VIA ROSSINI 6/8
MILANO, 20122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,884.09

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112 7** | **Nonpriority creditor's name and mailing address**

MANUTAN ITALIA SPA
VIA EDMONDO DE AMICIS 67
CINISELLO BALSAMO, 20092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 12,779.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 8** | **Nonpriority creditor's name and mailing address**

MANUTAN ITALIA SPA
VIA ALDO PALAZZI 20
CINISELLO BALSAMO, 20092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 9,492.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 9** | **Nonpriority creditor's name and mailing address**

MAPAL ITALIA SRL
VIA MONZA, 82
GESSATE, 20060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 938.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113 0** | **Nonpriority creditor's name and mailing address**

MAQUINARIA CURVASER S.L
RAMON Y CAJAL n 32
LUCENI(ZARAGOZA), 50640
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 89,176.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113 1** | **Nonpriority creditor's name and mailing address**

MARABU ITALIA SAS
VIA CASCINA CANALI 1
VIDIGULFO, 27018
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 4,504.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.113 2** Nonpriority creditor's name and mailing address

MARAZZATO SOLUZIONI AMBIENTALI SRL
L'ÂZLE-DES-LAPINS N. 6
POLLEIN, 11020
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 13,451.58

---

**3.113 3** Nonpriority creditor's name and mailing address

MARCA SRL
VIA TICINO 74
NERVIANO, 20014
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 18,623.69

---

**3.113 4** Nonpriority creditor's name and mailing address

MARCAPP S.R.L.S.
VIA DEI PINI, 130
BARLETTA, 76121
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,571.03

---

**3.113 5** Nonpriority creditor's name and mailing address

MARCEGAGLIA SPECIALTIES SPA
VIA DEI BRESCIANI 16
GAZOLDO DEGLI IPPOLITI, 46040
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 120,234.13

---

**3.113 6** Nonpriority creditor's name and mailing address

MARCHESINI S.N.C. DI GIANNI E STEFA
VIA CADUTI DI AMOLA 6/3B
BOLOGNA, 40132
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,392.84

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.113 7**

**Nonpriority creditor's name and mailing address**

MARELLI (CHINA) CO., LTD
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 275,957.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113 8**

**Nonpriority creditor's name and mailing address**

MARELLI (INDIA) PRIVATE LIMITED
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 6,463,033.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113 9**

**Nonpriority creditor's name and mailing address**

MARELLI AFTERMARKET GERMANY GMBH
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 11,005,425.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114 0**

**Nonpriority creditor's name and mailing address**

MARELLI AFTERMARKET ITALY S.P.A.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 110,421,307.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114 1**

**Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE CHASSIS SYSTEM (GUANGZHOU) CO., LTD.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 9,777.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.114 2**

**Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$    114,035,935.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114 3**

**Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE DOO KRAGUJEVAC
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$    33,292.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114 4**

**Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE ELECTRONICS (GUANGZHOU) CO., LTD.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$    111,431,458.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114 5**

**Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE LIGHTING (FOSHAN) CO., LTD.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$    33,535,372.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114 6**

**Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$    49,949,233.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.114 7** **Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE LIGHTING JIHLAVA (CZECH REPUBLIC) S.R.O.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INTERCOMPANY PAYABLE

$ 47,513,895.00

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.114 8** **Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE LIGHTING MALAYSIA SDN. BHD.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INTERCOMPANY PAYABLE

$ 81,946.00

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.114 9** **Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE SYSTEM UK LTD
BENTALL BUSINESS PARK, GLOVER ROAD
WASHINGTON, NE37 3JD
UNITED KINGDOM

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 418.43

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.115 0** **Nonpriority creditor's name and mailing address**

MARELLI BARCELONA ESPANA S.A.U.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INTERCOMPANY PAYABLE

$ 1,287.00

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.115 1** **Nonpriority creditor's name and mailing address**

MARELLI CLUJ ROMANIA S.R.L.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INTERCOMPANY PAYABLE

$ 2,757,587.00

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.115 2**

**Nonpriority creditor's name and mailing address**

MARELLI COFAP DO BRASIL LTDA
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 108,022.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.115 3**

**Nonpriority creditor's name and mailing address**

MARELLI CORPORATION
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 917,979,108.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.115 4**

**Nonpriority creditor's name and mailing address**

MARELLI FRANCE
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 121,708,629.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.115 5**

**Nonpriority creditor's name and mailing address**

MARELLI GERMANY GMBH
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 1,586,616,874.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.115 6**

**Nonpriority creditor's name and mailing address**

MARELLI GLOBAL BUSINESS SERVICES EUROPE S.R.O.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 2,020,909.00

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.115 7**

**Nonpriority creditor's name and mailing address**

MARELLI INDÚSTRIA E COMÉRCIO DE COMPONENTES AUTOMOTIVOS BRASIL LTDA.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$ 31,124.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115 8**

**Nonpriority creditor's name and mailing address**

MARELLI KECHNEC SLOVAKIA S.R.O.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$ 20,236,110.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115 9**

**Nonpriority creditor's name and mailing address**

MARELLI RIDE DYNAMICS MÉXICO, S. DE R.L. DE C.V.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$ 76,085,874.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 0**

**Nonpriority creditor's name and mailing address**

MARELLI SOPHIA ANTIPOLIS FRANCE
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$ 2,084,857.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 1**

**Nonpriority creditor's name and mailing address**

MARELLI SUSPENSION SYSTEMS ITALY S.P.A.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$ 146,663,420.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|----------------------|------------------------|----------|
|        | Name                 |                        |          |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.116
2**

**Nonpriority creditor's name and mailing address**

MARELLI TENNESSEE USA LLC
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    14,762,770.00

**3.116
3**

**Nonpriority creditor's name and mailing address**

MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    86,510,968.00

**3.116
4**

**Nonpriority creditor's name and mailing address**

MARELLI YOKOHAMA CO., LTD.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    375,481.00

**3.116
5**

**Nonpriority creditor's name and mailing address**

MARSH SPA
VIALE BODIO 33
MILANO, 20158
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    68,889.73

**3.116
6**

**Nonpriority creditor's name and mailing address**

MARSILLI S.P.A.
VIA PER RIPALTA ARPINA 14
CASTELLEONE, 26012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    6,701.12

| Debtor | Marelli Europe S.p.A. | Case number *(if known)* | 25-11109 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.116 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,580.61 |
|---|---|---|---|

MARTA SRL
VIA DELL'ARTIGIANO 4
SALA BOLOGNESE, 40010
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.116 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,579.97 |
|---|---|---|---|

MARTIN & C. SPA
VIA GUTERMANN, 14
PEROSA ARGENTINA, 10063
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.116 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 94,362.30 |
|---|---|---|---|

MARVIT SPA
VIA DELL'INDUSTRIA 3
OSIMO STAZIONE, 60028
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.117 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 905.35 |
|---|---|---|---|

MAS TEC S.R.L.
VIA FABRIZIO DE ANDRE' 95
MODUGNO, 70026
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.117 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,440.87 |
|---|---|---|---|

MASMEC SPA
VIA DELLA VIOLETTE, 14
MODUGNO, 70026
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.117 2** **Nonpriority creditor's name and mailing address**

MASTEF SRL
VIA DON LUIGI STURZO 7
ALBAIRATE, 20080
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,308.85

---

**3.117 3** **Nonpriority creditor's name and mailing address**

MASTERWATT SRL
VIA COLLEGNO 31
PIANEZZA, 10044
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 223.69

---

**3.117 4** **Nonpriority creditor's name and mailing address**

MAURI ELETTROFORNITURE SPA
VIALE LOMBARDIA 64
TREZZO SULL'ADDA, 20056
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,008.47

---

**3.117 5** **Nonpriority creditor's name and mailing address**

MAVCOMM CONSULTING PVT.LTD.
K 1/12 FIRST FLOOR C R PARK
NEW DELHI,
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,808.21

---

**3.117 6** **Nonpriority creditor's name and mailing address**

MAXANT S.R.L.
VIA DEL CERCHIO 3/A
CALDERARA DI RENO, 40012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,244.97

---

| Debtor | Marelli Europe S.p.A. | Case number *(if known)* | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117 7** Nonpriority creditor's name and mailing address

MAXCLEAN S.R.L.
VIA CHANIAC, 45
POGLIANO MILANESE, 20010
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 374.40

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.117 8** Nonpriority creditor's name and mailing address

MAXENTIA SRL
VIA MILANO 30
MAGENTA, 20013
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 295.69

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.117 9** Nonpriority creditor's name and mailing address

MAXIM INTEGRATED PRODUCTS LTD
BEAVER HOUSE BEECH HILL OFFICE
DUBLIN 4 IE,
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 376.78

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.118 0** Nonpriority creditor's name and mailing address

MAXON MOTOR ITALIA SRL
VIA SIRTORI 35
RHO, 20017
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 55,024.94

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.118 1** Nonpriority creditor's name and mailing address

MAZDA MOTOR LOGISTIC EUROPE SV
ATTN: CHRISTOPHER WILSON
200 SPECTRUM CENTER DRIVE
SUITE 100
IRVINE, CA 92618

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER CLAIM

$ 25,882,036.35

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.118 2**

**Nonpriority creditor's name and mailing address**

MAZZIMPIANTI S.R.L.
VIALE POSTUMIA 56
VILLAFRANCA, 37069
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 61,002.24

---

**3.118 3**

**Nonpriority creditor's name and mailing address**

MCH SRL
VIA G. DALLA CHIESA, 74/76
PADERNO DUGNANO, 20037
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 83.49

---

**3.118 4**

**Nonpriority creditor's name and mailing address**

MCS SP. ZOO
UL. STRAZACKA 43
ZORY, 44-240
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 705.50

---

**3.118 5**

**Nonpriority creditor's name and mailing address**

MECCANICA BAUDANO S.R.L.
STR. DELLA BASSA, 27
VILLARBASSE, 10090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,619.16

---

**3.118 6**

**Nonpriority creditor's name and mailing address**

MECCANICA FINNORD SPA
VIA DANTE ALIGHIERI 51
JERAGO CON ORAGO, 21040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24,444.20

---

| Debtor | Marelli Europe S.p.A. | Case number *(if known)* | 25-11109 |
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.118 7** Nonpriority creditor's name and mailing address

MECCANICA MATTARELLI SRL
VIA ANTONIO ZUCCHI 15/D
SAN LAZZARO DI SAVENA, 40068
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 4,671.62

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.118 8** Nonpriority creditor's name and mailing address

MECTRANS SRL
VIA LA BRUINA 7
GERBOLE DI VOLVERA, 10040
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 911.15

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.118 9** Nonpriority creditor's name and mailing address

MECTRON SRLS
VIA CASE CAMPOLI 21
VEROLI, 03026
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 96,246.68

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.119 0** Nonpriority creditor's name and mailing address

MEDIAMARKET SPA
VIA M. MONTESSORI
BERGAMO, 24126
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 34.24

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.119 1** Nonpriority creditor's name and mailing address

MEISTER ABRASIVI S.R.L.
VIA G. MATTEOTTI, 54
RHO, 20017
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 49,039.54

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.119 2** **Nonpriority creditor's name and mailing address**

MELCHIONI SPA
VIA FRIULI 18/A
MILANO, 20135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,840.95

---

**3.119 3** **Nonpriority creditor's name and mailing address**

MELCHIORRE SRL
VIA R. SANZIO, 58
BOLLATE, 20021
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,331.89

---

**3.119 4** **Nonpriority creditor's name and mailing address**

MELEXIS TECHNOLOGIES NV
TRANSPORTSTRAAT 1
TESSENDERLO, 3980
BELGIUM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,683.03

---

**3.119 5** **Nonpriority creditor's name and mailing address**

MELONCELLO SRL
VIA SARAGOZZA. 240/A
BOLOGNA, 40134
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 417.85

---

**3.119 6** **Nonpriority creditor's name and mailing address**

MELOREC S.N.C.
VIA PER ZERBINATE 25
BONDENO, 44012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 582.26

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.119 7** | **Nonpriority creditor's name and mailing address**

MERCEDES BENZ AG
MERCEDESSTRASSE 120
STUTTGART, 70372
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 848.48

---

**3.119 8** | **Nonpriority creditor's name and mailing address**

MERCER ITALIA SRL SOCIO UNICO
VIALE BODIO 33
MILANO, 20158
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 203,675.71

---

**3.119 9** | **Nonpriority creditor's name and mailing address**

MERCK LIFE SCIENCE SRL
VIA MONTE ROSA 93
MILANO, 20149
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,237.90

---

**3.120 0** | **Nonpriority creditor's name and mailing address**

MERIDIANA MEDICAL CENTER S.R.L.
VIA CRISTONI
CASALECCHIO DI RENO, 40033
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39.96

---

**3.120 1** | **Nonpriority creditor's name and mailing address**

MESI SERVIZI SRL
VIA ALLE FABBRICHE 85
CASELLE, 10072
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 272.28

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.120 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 654.64 |
|---|---|---|---|

MET COMPANY SRL
VIA BELLINI 7
ROÃˆ VOLCIANO, 25077
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.120 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,829.88 |
|---|---|---|---|

METAL GOODS SRL
VIA DELLE MOIE 14/I
BOVEZZO, 25073
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.120 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 129.01 |
|---|---|---|---|

METALSERVICE SPA
VIA MAZZINI 75
CITTADELLA, 35013
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.120 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 760.47 |
|---|---|---|---|

METALSOLUTION SP. ZOO
UL. PIEKARNICZA 8
ZABRZE, 41-807
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.120 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 298,334.66 |
|---|---|---|---|

METALURGICAS PABUR, S.L.
POLIGONO INDUSTRIAL ALESVES
VILLAFRANCA - NAVARRA, 31330
SPAIN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.120 7** **Nonpriority creditor's name and mailing address**

METASEVAL SAS
ROUTE DE DOLLON
SEMUR EN VALLON, 72390
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 174,501.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.120 8** **Nonpriority creditor's name and mailing address**

METERSPRINGS S.R.L.
VIA MOLINO 64
CAMBURZANO, 13891
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 175.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.120 9** **Nonpriority creditor's name and mailing address**

METHODOS SPA
VIA GIACOMO MELLERIO, 3
MILANO, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 101,712.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.121 0** **Nonpriority creditor's name and mailing address**

METROPOLITAN CITY OF BARI
VIA SPALATO 19 - 70121 BARI (BA)
ITALY, 70121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.121 1** **Nonpriority creditor's name and mailing address**

METTLER-TOLEDO SPA
VIA ANNA MARIA MOZZONI 2/1
MILANO, 20152
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,852.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.121 2**

**Nonpriority creditor's name and mailing address**

MEVIS S.P.A.
VIA BORGO TOCCHI, 28/32
ROSA', 36027
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 69,643.90

---

**3.121 3**

**Nonpriority creditor's name and mailing address**

MF DRIVER DI MARZIA FORNI
VIA CARLO MARX 7
SAN GIOVANNI IN PERSICETO, 40017
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 28.54

---

**3.121 4**

**Nonpriority creditor's name and mailing address**

MI.ME.AF. S.P.A.
C.SO EUROPA, 240
CALOLZIOCORTE, 23801
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,339.55

---

**3.121 5**

**Nonpriority creditor's name and mailing address**

MICRO MEGA ELETTRONICA S.R.L.
STRADA PER CARRONE 80
STRAMBINO, 10019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 355,172.53

---

**3.121 6**

**Nonpriority creditor's name and mailing address**

MICROCHIP TECHNOLOGY IRELAND LIMITE
GROUND FLOOR, BLOCK W, EAST POINT B
DUBLIN 3,
IRELAND (EIRE)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,081.98

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.121 7** **Nonpriority creditor's name and mailing address**

MICROCHIP TECHNOLOGY IRELAND LTD
EASTPOINT BUSINESS PARK
DUBLIN 3 IRELAND,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,622.84

**3.121 8** **Nonpriority creditor's name and mailing address**

MICROCHIP TECHNOLOGY IRELAND LTD
EAST POINT BUSINESS PARK
DUBLIN 3 IRLAND,
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 175.67

**3.121 9** **Nonpriority creditor's name and mailing address**

MICROCONTROL N.T. SRL
VIA GIUBA 11
MILANO, 20132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,619.89

**3.122 0** **Nonpriority creditor's name and mailing address**

MICROPAC SRL
ROZZANO PIAZZA MICHELE ALBORETO 24/
ROZZANO, 20089
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 741,908.68

**3.122 1** **Nonpriority creditor's name and mailing address**

MICROSOFT SRL
VIALE PASUBIO 21
MILANO, 20154
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 89,073.69

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122 2** **Nonpriority creditor's name and mailing address**

MILANO CARRELLI SRL
VIA ROSA LUXEMBURG, 67/69
LOCATE DI TRIULZI, 20085
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 330.11

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.122 3** **Nonpriority creditor's name and mailing address**

MILANO CRESCENZAGO
VIA GASSMAN (PARCELS NUMBER 98-99 SHEET 110), MILAN
MILAN, 20100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  ENVIRONMENTAL REMEDIATION CLAIM

$ Undetermined

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.122 4** **Nonpriority creditor's name and mailing address**

MILITERNI & ASSOCIATI
VIA G. SERBELLONI 5
MILANO, 20122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 3,998.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.122 5** **Nonpriority creditor's name and mailing address**

MIMIK TECHNOLOGY INC.
4100 REDWOOD ROAD, 20-A-137
OAKLAND, 94619

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 101,993.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.122 6** **Nonpriority creditor's name and mailing address**

MINDWAY SRL
VIA GIACOMO LEOPARDI 8
SETTIMO MILANESE -MILANO, 20019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 99,640.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.122 7** **Nonpriority creditor's name and mailing address**

MINIMARKET STUDIO S.R.L.
CORSO MASSIMO D'AZEGLIO 8
TORINO, 10125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,635.66

---

**3.122 8** **Nonpriority creditor's name and mailing address**

MININNI S.R.L.
VIA DEL CASTELLASSO 37
CERCENASCO, 10060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 595,903.81

---

**3.122 9** **Nonpriority creditor's name and mailing address**

MIOS S.N.C.
VIA CAPITELLO, 12
S.VITO DI VIGONZA, 35010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 62.68

---

**3.123 0** **Nonpriority creditor's name and mailing address**

MIRACLE INFORMATION SERVICES LTD
ENTERPRISE HOUSE - NAVIGATION PARK
ABERCYNON, CF45 4SN
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,264.80

---

**3.123 1** **Nonpriority creditor's name and mailing address**

MISCO ITALY SRL IN LIQUIDAZIONE
QUARTIERE GIRASOLE 2/1
LACCHIARELLA, 20084
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 755.95

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|-----------------------|------------------------|----------|
|        | Name |  |  |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.123 2**

**Nonpriority creditor's name and mailing address**

MISTA SPA
VIA ROMA 79/A
CORTIGLIONE, 14045
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                274,735.66

---

**3.123 3**

**Nonpriority creditor's name and mailing address**

MISUMI EUROPA GMBH
KATHARINA PAULUS STR.6
SCHWALBACH, 65824
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  2,260.05

---

**3.123 4**

**Nonpriority creditor's name and mailing address**

MITSUBISHI ELECTRIC EUROPE B.V.
Via Energy Park 14
Vimercate, 20871
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     241.44

---

**3.123 5**

**Nonpriority creditor's name and mailing address**

MITUTOYO ITALIANA SRL
C.SO EUROPA 7
LAINATE, 20020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 31,452.07

---

**3.123 6**

**Nonpriority creditor's name and mailing address**

MIZUHO BANK, LTD
40 RUE WASHINGTON
PARIS CEDEX, 75408
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      80.17

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1237**

**Nonpriority creditor's name and mailing address**

MMC ITALIA SRL
VIA MONTEFELTRO 6/A
MILANO, 20156
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 9,890.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1238**

**Nonpriority creditor's name and mailing address**

MODENA MECCANICA SRL
VIA BRODOLINI, 31
SORBARA DI BOMPORTO (MO), 41030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,916.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1239**

**Nonpriority creditor's name and mailing address**

MODUGNO
VIA DELLE ORTENSIE, 19
MODUGNO, 70026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** ENVIRONMENTAL REMEDIATION CLAIM

$ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1240**

**Nonpriority creditor's name and mailing address**

MODULI ELETTRONICI E COMPONENTI SPA
VIA DELLA SALUTE, 34/1
BOLOGNA, 40132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 292,762.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1241**

**Nonpriority creditor's name and mailing address**

MOGLIA SRL
VIA TIRRENO 45
TORINO, 10134
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 45.96

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.124 2** **Nonpriority creditor's name and mailing address**

MOLEX INTERCONNECT GMBH
PARMENTIERWEG 2
EH EINDHOVEN NL,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,344.35

---

**3.124 3** **Nonpriority creditor's name and mailing address**

MOLEX INTERCONNECT GMBH
PARMENTIERWEG 2
5657 EH EINDHOVEN,
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,173.81

---

**3.124 4** **Nonpriority creditor's name and mailing address**

MOLEX ITALY
C.DIREZ.LOMBARDO PAL.CD1
CASSINA DE ' PECCHI, 20060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,136.35

---

**3.124 5** **Nonpriority creditor's name and mailing address**

MOLINAR S.R.L.
C.SO GARIBALDI, 189
VENARIA REALE, 10078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37.74

---

**3.124 6** **Nonpriority creditor's name and mailing address**

MOMENTIVE PERFORMANCE MATERIALS GMB
BAYERWERK GEBAUDE V7
51368 LEVERKUSEN DE,
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 48,359.36

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.124 7** **Nonpriority creditor's name and mailing address**

MONAVA TRASPORTI INTERNAZIONALI S.P
Viale Europa, 57
Cardano al Campo, 21010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 118.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124 8** **Nonpriority creditor's name and mailing address**

MONDIAL SPA
VIA KEPLERO 18
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 426.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124 9** **Nonpriority creditor's name and mailing address**

MONOTYPE LTD
PERRYWOOD BUSINESSPARK UNIT 2
SALFORDS, REDHIL, RH1 5DZ
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 57,233.19

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.125 0** **Nonpriority creditor's name and mailing address**

MONTEGLIO SPA
CORSO MASSIMO D'AZEGLIO 21
TORINO, 10126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 471.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.125 1** **Nonpriority creditor's name and mailing address**

MOPLA S.R.L.
CORSO GENOVA, 20
CARBONARA SCRIVIA, 15050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 80,759.71

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.125 2** | **Nonpriority creditor's name and mailing address**

MORETTO SPA
VIA DELL'ARTIGIANATO 3
MASSANZAGO, 35010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   8,147.22

---

**3.125 3** | **Nonpriority creditor's name and mailing address**

MOTHERSON SUMI SYSTEMS LTD
A-4 SECTOR 84
201305 NOIDA,
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   5,137.56

---

**3.125 4** | **Nonpriority creditor's name and mailing address**

MOTORACE PEOPLE SRL
VIA FERRINI 2
PAVIA, 27100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   415.57

---

**3.125 5** | **Nonpriority creditor's name and mailing address**

MOTTURA TIMBRI SNC DI MOTTURA & C.
VIA SAN PANCRAZIO 11
TORINO, 10137
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   2,251.61

---

**3.125 6** | **Nonpriority creditor's name and mailing address**

MOUSER ELECTRONICS, INC
23 RUE DU CLOS D'ORLEAS
FONTENAY SOUS BOIS, 94120
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   3,764.12

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.1257**

**Nonpriority creditor's name and mailing address**

MOVINCAR SPA
STRADA LOMBARDORE 199
LEINI', 10040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,281.42

---

**3.1258**

**Nonpriority creditor's name and mailing address**

MOVINCAR SPA
STRADA LOMBARDORE 205
LEINI', 10040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,074.09

---

**3.1259**

**Nonpriority creditor's name and mailing address**

MOVINGROUP S.R.L.
VIA SALARA VECCHIA N. 142
PESCARA, 65129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,991.77

---

**3.1260**

**Nonpriority creditor's name and mailing address**

MOZZONE FRATELLI SRL
VIA DEL BRICCO, 8
SALMOUR, 12040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,474.34

---

**3.1261**

**Nonpriority creditor's name and mailing address**

MP DI PADOVAN DANIEL & C. SAS
VIA TIMONCHIO
CARRE, 36010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 137,451.96

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.126 2** **Nonpriority creditor's name and mailing address**

MP IMMIGRATION SRL
VIA CURTATONE 6
MILANO, 20122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,543.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 3** **Nonpriority creditor's name and mailing address**

MPEG 4 AUDIO PATENT LICENSING
475 BRANNAN STREET SUITE 320
5420 SAN FRANCISCO, 94107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 6,524.48

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 4** **Nonpriority creditor's name and mailing address**

MULINO GRANDE S.R.L.
VIA CISLIANO 26
CUSAGO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 367.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 5** **Nonpriority creditor's name and mailing address**

MULTILOG SPA
VIA STRADA PRIMA,10 - INTERPORTO SI
ORBSSANO, 10042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 12,140.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 6** **Nonpriority creditor's name and mailing address**

MURATA ELECTRONICS EUROPE B.V.
WEGALAAN 2
JC HOOFDDORP. 2132, NETHERLAND,
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 310,365.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.126 7**

**Nonpriority creditor's name and mailing address**

MURATA ELECTRONICS EUROPE B.V.
WEGALAAN 2
2132 JC HOOFDDORP IN THE NETHERLAND,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5.07

---

**3.126 8**

**Nonpriority creditor's name and mailing address**

MURATA ELECTRONICS EUROPE B.V.
WORLD TRADE CENTER, 1 TOWER, LEVEL 1077
STRAWINSKYLAAN, 1887
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 356,522.66

---

**3.126 9**

**Nonpriority creditor's name and mailing address**

MUSEO NAZIONALE DEL CINEMA
VIA MONTEBELLO 20
TORINO, 10124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 401.87

---

**3.127 0**

**Nonpriority creditor's name and mailing address**

MUSTAD S.P.A.
VIA SANT'ANNA 59/21
BALANGERO, 10070
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31,400.40

---

**3.127 1**

**Nonpriority creditor's name and mailing address**

MYAUTOMATION SRL
VIA PAISIELLO 110
CINISELLO BALSAMO, 20092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,274.12

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.127 2** Nonpriority creditor's name and mailing address

MYCROCLEAN ITALIA SRL
VIA C. PORTA 16
GORGONZOLA, 20064
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$    4,184.98

---

**3.127 3** Nonpriority creditor's name and mailing address

MYSUITESHOME SRL
VIA GUINIZZELLI 5-6-7
BOLOGNA, 40125
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$    76.49

---

**3.127 4** Nonpriority creditor's name and mailing address

N & C SRL
VIA BOSCO
VEGLIE, 73010
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$    3,308.34

---

**3.127 5** Nonpriority creditor's name and mailing address

N T P  SRL
VIA M.ROSSO 18
MILANO, 20159
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$    875.44

---

**3.127 6** Nonpriority creditor's name and mailing address

N.C.V. S.C.A.R.L. COOP. AUTOTRASPOR
VIA EMILIA 11
CRESPELLANO, 40053
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$    1,996.64

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|----------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.127 7** **Nonpriority creditor's name and mailing address**

N.D.R. SISTEMI DI A. DE ROSA
CORSO GROSETTO N. 437
TORINO, 10151
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 753.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 8** **Nonpriority creditor's name and mailing address**

N.D.R. SISTEMI S.R.L.
CORSO GROSSETO 437
TORINO, 10151
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 362.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 9** **Nonpriority creditor's name and mailing address**

NACHI EUROPE GMBH
BISCHOFSTR.99
KREFELD, 47809
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,372.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.128 0** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 27.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.128 1** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 149.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|----------------------|------------------------|----------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.128 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,381.41

---

**3.128 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,739.81

---

**3.128 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,800,798.10

---

**3.128 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,044.64

---

**3.128 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,850.08

---

Debtor    Marelli Europe S.p.A.
Name

Case number (if known)    25-11109

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |
|---|---|---|

| 3.128 7 | **Nonpriority creditor's name and mailing address** NAME ON FILE ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** TRADE PAYABLE | $ 6,497.30 |
|---|---|---|---|
| | **Date or dates debt was incurred** **Last 4 digits of account number** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.128 8 | **Nonpriority creditor's name and mailing address** NAME ON FILE ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** TRADE PAYABLE | $ 4,635.41 |
|---|---|---|---|
| | **Date or dates debt was incurred** **Last 4 digits of account number** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.128 9 | **Nonpriority creditor's name and mailing address** NAME ON FILE ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** TRADE PAYABLE | $ 6,616.04 |
|---|---|---|---|
| | **Date or dates debt was incurred** **Last 4 digits of account number** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.129 0 | **Nonpriority creditor's name and mailing address** NAME ON FILE ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** TRADE PAYABLE | $ 3,519,453.95 |
|---|---|---|---|
| | **Date or dates debt was incurred** **Last 4 digits of account number** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.129 1 | **Nonpriority creditor's name and mailing address** NAME ON FILE ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** TRADE PAYABLE | $ 5,591.95 |
|---|---|---|---|
| | **Date or dates debt was incurred** **Last 4 digits of account number** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

Debtor   Marelli Europe S.p.A.
Name

Case number (if known)    25-11109

---

| **Part 2:** | **Additional Page** | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.129 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 97.04

---

**3.129 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 98.20

---

**3.129 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,899.87

---

**3.129 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 95,984.49

---

**3.129 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,359.59

---

Debtor   Marelli Europe S.p.A.

Name

Case number (if known)   25-11109

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.1297** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 155.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1298** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,615.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1299** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 15,024.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1300** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 34.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1301** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 75,372.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Marelli Europe S.p.A.
Name

Case number (if known)   25-11109

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.130 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,027.51

---

**3.130 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  637.06

---

**3.130 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   82.20

---

**3.130 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   66.22

---

**3.130 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   81.69

---

Debtor   Marelli Europe S.p.A.
Name

Case number (if known)   25-11109

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.130 7** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,410.87

---

**3.130 8** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 91.33

---

**3.130 9** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,876.55

---

**3.131 0** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 741.28

---

**3.131 1** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 116.14

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|----------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.131 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,417.14

---

**3.131 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 77.38

---

**3.131 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,756.14

---

**3.131 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 242.04

---

**3.131 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 63.93

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.131 7** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 14.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.131 8** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,103.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.131 9** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 619.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 0** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 48,749.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 1** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 937,354.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 70.83

---

**3.132 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34,848.65

---

**3.132 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34.25

---

**3.132 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 207,293.05

---

**3.132 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 268,883.09

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |
|---|---|---|

**3.132 7** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 21.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 8** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,193.41

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 9** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 544.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.133 0** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 242.41

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.133 1** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 36.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.133 2** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 323.13

---

**3.133 3** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,596.54

---

**3.133 4** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 810.59

---

**3.133 5** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,899.98

---

**3.133 6** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22.83

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.133 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 26.25 |
|---|---|---|---|
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.133 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 1,170.82 |
|---|---|---|---|
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.133 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 174.11 |
|---|---|---|---|
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.134 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 5,590.59 |
|---|---|---|---|
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.134 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 216.81 |
|---|---|---|---|
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.134 2**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** FACTORING CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.134 3**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** FACTORING CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.134 4**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** FACTORING CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.134 5**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** FACTORING CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.134 6**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.134 7** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.134 8** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.134 9** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.135 0** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.135 1** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** POTENTIAL LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.135 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$   Undetermined

---

**3.135 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$   Undetermined

---

**3.135 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$   Undetermined

---

**3.135 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$   Undetermined

---

**3.135 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$   Undetermined

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.135 7**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.135 8**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.135 9**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.136 0**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.136 1**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.136 2**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

**3.136 3**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

**3.136 4**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

**3.136 5**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

**3.136 6**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

Debtor   Marelli Europe S.p.A.
_____
Name

Case number (if known)   25-11109

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.136 7**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.136 8**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.136 9**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.137 0**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.137 1**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.137 2** **Nonpriority creditor's name and mailing address**

NANCHINO AUTOMAZIONI INDUSTRIALI SR
VIA NAZIONALE 80
MERCENASCO, 10010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 228,984.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137 3** **Nonpriority creditor's name and mailing address**

N-AND EMBEDDED S.R.L.
VIA DELLA CROCETTA 3
OLTRONA DI SAN MAMETTE, 22070
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 270,524.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137 4** **Nonpriority creditor's name and mailing address**

NANOVISION SRL
VIA S. MARGHERITA 115
BRUGHERIO, 20047
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 677.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137 5** **Nonpriority creditor's name and mailing address**

NATIONAL INSTRUMENTS ITALY SRL
VIA DEL BOSCO RINNOVATO 8
ASSAGO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,049.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137 6** **Nonpriority creditor's name and mailing address**

NATIONAL MOLDING ITALIA SRL
VIA U. TERRACINI 16
TROFARELLO, 10028
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 473,675.55

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white"><b>Part 2:</b></td><td><b>Additional Page</b></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137 7** **Nonpriority creditor's name and mailing address**

NAVTEQ SERVICES GMBH
LIEVELINGSWEG 125
BONN, 53119
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 18,700.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137 8** **Nonpriority creditor's name and mailing address**

NDK EUROPE LTD
VIA VARESE 25/D
SARONNO, 21047
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 116,146.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137 9** **Nonpriority creditor's name and mailing address**

NECSI SRL
VIA TENENTE EDOARDO VELO, 28
ROMANO D'EZZELINO, 36060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,364.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.138 0** **Nonpriority creditor's name and mailing address**

NEDCON SILESIA SP Z OO
UL RZEZNICZA 28-31
WROCLAW, 50-130
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 22,130.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.138 1** **Nonpriority creditor's name and mailing address**

NEGRI BOSSI SPA
VIALE EUROPA 64
COLOGNO MONZESE, 20093
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 67,879.44

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Marelli Europe S.p.A.                                Case number (if known)    25-11109
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.138 2** **Nonpriority creditor's name and mailing address**

NEMKO SPA
VIA DEL CARROCCIO 4
BIASSONO, 20046
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                3,412.48

---

**3.138 3** **Nonpriority creditor's name and mailing address**

NERA SAS DI NERA EMILIO & C.
VIA NOVARA 84
ABBIATEGRASSO, 20081
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                21,136.49

---

**3.138 4** **Nonpriority creditor's name and mailing address**

NERI DARIO DI NERI MIRKO E C. SNC
VIA SARAGOZZA 81
BOLOGNA, 40135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                570.84

---

**3.138 5** **Nonpriority creditor's name and mailing address**

NETCOM ENGINEERING S.P.A.
VIA ANDREA D'ISERNIA 38
NAPOLI, 80122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                105,198.08

---

**3.138 6** **Nonpriority creditor's name and mailing address**

NEW BUSINESS MEDIA SRL
VIA ERITREA 21
MILANO, 20157
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                27.40

---

Debtor    Marelli Europe S.p.A.
_____
Name

Case number (if known)    25-11109

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.138 7**

**Nonpriority creditor's name and mailing address**

NEW DFG SRL
VIA POLLENZO, 51
TORINO, 10141
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2.93

---

**3.138 8**

**Nonpriority creditor's name and mailing address**

NEW SPEEDY ELETTRICA SRL
VIA S.QUASIMODO 14
SAN STEFANO TICINO, 20010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 642.26

---

**3.138 9**

**Nonpriority creditor's name and mailing address**

NEW SYSTEM SRL
VIA PRINCIPE DI PIEMONTE 41
POMIGLIANO D'ARCO, 80038
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 712.79

---

**3.139 0**

**Nonpriority creditor's name and mailing address**

NEW. COM SRL  C/O TE-AL SRL
STRADA PERASSONE 5
SAN GIUSTO CANAVESE, 10090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 890.51

---

**3.139 1**

**Nonpriority creditor's name and mailing address**

NEXPERIA B.V
JONKERBOSPLEIN 52
6534 AB NIJMEGEN (NL),
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 194,166.34

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.139 2** Nonpriority creditor's name and mailing address

NEXT SOLUTION TECHNOLOGIES SRL
VIA VOLTURNO 21
MONZA, 20900
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 24,185.44

---

**3.139 3** Nonpriority creditor's name and mailing address

NH ITALIA SPA
VIA BELLINI 6
VALDAGNO, 36078
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 563.79

---

**3.139 4** Nonpriority creditor's name and mailing address

NICMA FACILITY S.P.A.
CORSO LOMBARDIA 69
SAN MAURO TORINESE, 10099
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 68,882.83

---

**3.139 5** Nonpriority creditor's name and mailing address

NICMA SAFETY SRL
VIA ALBA 36
MONCALIERI, 10024
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,253.76

---

**3.139 6** Nonpriority creditor's name and mailing address

NICOLAUS MALPENSA GESTIONI SRL
VIA CARD. A. CIASCA 9
BARI, 70100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 449.26

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1397**

**Nonpriority creditor's name and mailing address**

NICOMATIC ITALY SRL
Via Costanza Baudana Vaccolini 14
Roma, 00153
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,091.82

---

**3.1398**

**Nonpriority creditor's name and mailing address**

NIDEC MOTOR (DALIAN) LIMITED
2 NORTHEAST FIVE STREET -DALIAN ECO
DALIAN,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,468.06

---

**3.1399**

**Nonpriority creditor's name and mailing address**

NIFE SRL
VIALE G. DI VITTORIO 58
NOVI DI MODENA, 41016
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,237.05

---

**3.1400**

**Nonpriority creditor's name and mailing address**

NINGBO ADVANCING MECHANICAL PARTS C
NO.638 FUCHUNJIANG ROAD
NINGBO, 315800
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 456,664.83

---

**3.1401**

**Nonpriority creditor's name and mailing address**

NINGBO SANFENG MACHINERY & ELECTRON
NO, 377, KEYAN ROAD, WANGCHUN INDUS
NINGBO, 315100
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,252.10

| Debtor | Marelli Europe S.p.A. | | Case number (if known) | 25-11109 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.140 2**

**Nonpriority creditor's name and mailing address**

NINGBO SANHUAN MAGSOUND INDUSTRY
NO.38 WEISAN ROAD, JIANGNAN
NINGBO, 315801
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 548,822.76

---

**3.140 3**

**Nonpriority creditor's name and mailing address**

NINGBO XINKE SHAFT MANUFACTURE CO.,
No.799 Shuanghe Road,FengShan Distr
Yuyao,Ningbo,, 315400
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,284.16

---

**3.140 4**

**Nonpriority creditor's name and mailing address**

NINGBO XUSHENG GROUP CO.LTD
NO.128 YINGLUOHE ROAD
BEILUN,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 265,839.70

---

**3.140 5**

**Nonpriority creditor's name and mailing address**

NIPPON GASES INDUSTRIAL SRL
VIA BENIGNO CRESPI, 19
MILANO, 20159
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,015.16

---

**3.140 6**

**Nonpriority creditor's name and mailing address**

NIS SRL
STRADA PER CORTANDONE 75
MONALE ASTI, 14013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,593.95

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.140 7** **Nonpriority creditor's name and mailing address**

NISSAN FORMULA E TEAM
20 AV. DU PRÃ©SIDENT KENNEDY
VIRY-CHÃ¢TILLON, 91170
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 114,168.00

---

**3.140 8** **Nonpriority creditor's name and mailing address**

NITERRA EMEA GMBH
Balcke-Dürr-Allee 6
RATINGEN, 40882
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,338.16

---

**3.140 9** **Nonpriority creditor's name and mailing address**

NITERRA EMEA GMBH
HARKORTSTRASSE 41
40880 RATINGEN-GERMA,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5.71

---

**3.141 0** **Nonpriority creditor's name and mailing address**

NMB ITALIA SRL
VIA A.GRANDI, 39/41
MAZZO DI RHO, 20017
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 232,575.79

---

**3.141 1** **Nonpriority creditor's name and mailing address**

NODE5, A.S.
RADLICKA 50
PRAGUE, 150 00
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 228.34

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.141 2** **Nonpriority creditor's name and mailing address**

NORDIVAL  S.R.L.
VIA GEN.CARLO A. DALLA CHIESA 2/4
ROVATO, 25038
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 372.69

---

**3.141 3** **Nonpriority creditor's name and mailing address**

NORDIVAL SRL
VIA STREPARAVA CAV. LAV.  ANGELO 1
ROVATO (BS), 25038
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,649.19

---

**3.141 4** **Nonpriority creditor's name and mailing address**

NORDSON BV
De Vest 1A
Valkenswaard, 5555 XL
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,283.32

---

**3.141 5** **Nonpriority creditor's name and mailing address**

NORGREN SRL UNIPERSONALE
VIA ROMA 108
CASSINA DE€™ PECCHI, 20051
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 188.46

---

**3.141 6** **Nonpriority creditor's name and mailing address**

NORMA CZECH, S.R.O.
HAVLICKOVA 1375/ 28
HUSTOPECE, 693 01
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31,880.04

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1417** Nonpriority creditor's name and mailing address

NORTHGATEARINSO ITALIA S.R.L.
Viale Sarca 235
Milano, 20126
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 137,503.14

---

**3.1418** Nonpriority creditor's name and mailing address

NOVASS SRL
VIA XX SETTEMBRE 26/2
GENOVA, 15121
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 114.17

---

**3.1419** Nonpriority creditor's name and mailing address

NOVELETTRA SRL
VIA QUASIMODO 14
SANTO STEFANO TICINO, 20010
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,420.52

---

**3.1420** Nonpriority creditor's name and mailing address

NOVO SRL
VIA STEFANAT, 48
VENARIA REALE, 10078
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 12,869.93

---

**3.1421** Nonpriority creditor's name and mailing address

NPO SISTEMI SRL
VIALE MARTESANA 12
VIMODRONE, 20090
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 396,275.46

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.142 2** **Nonpriority creditor's name and mailing address**

NQC I LIMITED
PARAGON MILL, JERSEY STREET
MANCHESTER, M4 6JA
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 724.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.142 3** **Nonpriority creditor's name and mailing address**

NSK ITALIA SPA
VIA GARIBALDI 215
GARBAGNATE MILANESE, 20024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 23,672.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.142 4** **Nonpriority creditor's name and mailing address**

NTT DATA ITALIA SPA
VIA ERNESTO CALINDRI 4
MILANO, 20143
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 584,993.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.142 5** **Nonpriority creditor's name and mailing address**

NUOVA C.D.M. SRL
VIA DEI LOMBARDI 7/C
ZOLA PREDEOSA, 40069
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,887.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.142 6** **Nonpriority creditor's name and mailing address**

NUOVA GESA CARBURANTI SNC DI VALERA
AUTOSTRADA TORINO MILANO LATO NORD,
VILLARBOIT, 13030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 22.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1427**

**Nonpriority creditor's name and mailing address**

NUOVA KLIMAFRIGO S.R.L.
VIA VALLONA 81-83
BARI, 70121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,415.33

---

**3.1428**

**Nonpriority creditor's name and mailing address**

NUOVA L.M.I. IMPIANTISTICA INDUSTRI
VIA F.LLI CAIROLI 62
SEREGNO, 20038
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 895.60

---

**3.1429**

**Nonpriority creditor's name and mailing address**

NUOVA L.M.I. SRL
VIA DONIZETTI, 15
GIUSSANO, 20833
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,714.53

---

**3.1430**

**Nonpriority creditor's name and mailing address**

NUOVA MAESTRI UFFICIO SRL
VIA F.BARACCA 5C
BOLOGNA, 40133
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 85.45

---

**3.1431**

**Nonpriority creditor's name and mailing address**

NUOVA SIDAP SRL
VIA LUIGI GUILIETTI 9
NOVARA, 28100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 59.93

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.143 2**

**Nonpriority creditor's name and mailing address**

NUOVA STA  S.R.L.
VIA UGO LA MALFA, 30
PROVAGLIO D'ISEO, 25050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,218.18

---

**3.143 3**

**Nonpriority creditor's name and mailing address**

NURSING PROJECT SERVIZI INFERMIERIS
VIA VALOSA DI SOPRA, 26
MONZA, 20900
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 92.99

---

**3.143 4**

**Nonpriority creditor's name and mailing address**

NXP SEMICONDUCTORS ITALIA SPA
VIA MASCHERONI 5
MILANO, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 125.58

---

**3.143 5**

**Nonpriority creditor's name and mailing address**

NXP SEMICONDUCTORS NETHERLAND BV
HIGH TECH CAMPUS 60
AG EINDHOVEN, 5656 AG
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 379.61

---

**3.143 6**

**Nonpriority creditor's name and mailing address**

NXP SEMICONDUCTORS NETHERLANDS
HIGH TECH CAMPUS 60
5656 AG EINDHOVEN NL,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 304,982.79

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.143 7**

**Nonpriority creditor's name and mailing address**

O&B ELETTRONICA S.R.L. SOCIO UNICO
VIA MONFERRATO, 26
SAN GIULIANO MILANESE, 20098
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,192.80

---

**3.143 8**

**Nonpriority creditor's name and mailing address**

O&O FORWARDING SRL
Viale Andrea Doria, 44
Milano, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 582.42

---

**3.143 9**

**Nonpriority creditor's name and mailing address**

O.C.S. MOULDS S.R.L.
VIA U. BRANCALENTI LOC. CESA 40
LIMANA, 32020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,807.64

---

**3.144 0**

**Nonpriority creditor's name and mailing address**

O.M.A.S. STAMPI SRL
VIALE EUROPA 19/21
BRUGHERIO, 20861
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 44,032.65

---

**3.144 1**

**Nonpriority creditor's name and mailing address**

O.M.F. S.R.L. INDUSTRIA MECCANICA
VIALE S. PERTINI, 16
CAZZAGO SAN MARTINO, 25046
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,698.08

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.144 2**

**Nonpriority creditor's name and mailing address**

O.S.L. S.R.L.
VIA RUBICONE, 110
SAVIGNANO SUL PANARO, 41057
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 125.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.144 3**

**Nonpriority creditor's name and mailing address**

O.T. CONSULTING  SRL
VIA CALVI DI COENZO N.12
REGGIO EMILIA, 42124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 21,734.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.144 4**

**Nonpriority creditor's name and mailing address**

OD&M SRL
PIAZZA IV NOVEMBRE, 5
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 37,606.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.144 5**

**Nonpriority creditor's name and mailing address**

OEB SRL
VIA CIRCONVALLAZIONE 9
CAMPOSANTO, 41031
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 695,642.81

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.144 6**

**Nonpriority creditor's name and mailing address**

OERLIKON BALZERS COATING ITALY SPA
VIA VOLTURNO 37
BRUGHERIO, 20861
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 101,866.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1447**

**Nonpriority creditor's name and mailing address**

OFF. MECC. SAN GIORGIO SPA
VIA PACINOTTI, 52/52A
VILLA CORTESE, 20020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 66,606.24

---

**3.1448**

**Nonpriority creditor's name and mailing address**

OFF. METALLURGICHE G.CORNAGLIA SPA.
VIA RIVOLI 118
VILLARBASSE, 10090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,323.21

---

**3.1449**

**Nonpriority creditor's name and mailing address**

OFF.MECC.STANZANI ALFONSO
VIA BRUNO BENCIVENNI,2/A
ZOLA PREDOSA, 40069
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,841.41

---

**3.1450**

**Nonpriority creditor's name and mailing address**

OFFICINA MEZZINA S.N.C.
Z.I. LOTTO A/15
MOLFETTA, 70056
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,392.85

---

**3.1451**

**Nonpriority creditor's name and mailing address**

OFFICINE COLOMBO SRL
VIA MILANO 44
CORBETTA, 20011
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,511.39

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.145 2**

**Nonpriority creditor's name and mailing address**

OFFICINE MOLLO & C. SAS
VIA CALATAFIMI 5
NICHELINO, 10042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,593.01

---

**3.145 3**

**Nonpriority creditor's name and mailing address**

OFFICINE SAN GIACOMO SRL
VIA A. MEUCCI 14/18
VITTORIO VENETO, 31029
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,418.32

---

**3.145 4**

**Nonpriority creditor's name and mailing address**

OIL CONTROL SPA
VIA LEONARDO DA VINCI 5
NONANTOLA, 41015
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 725.40

---

**3.145 5**

**Nonpriority creditor's name and mailing address**

OK ITALY S.R.L.
STRADA STATALE 11, N. 28
VITTUONE, 20010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,451.06

---

**3.145 6**

**Nonpriority creditor's name and mailing address**

OMDIA
5 Howick Place
London, SW1P 1WG
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,125.20

---

| Debtor | Marelli Europe S.p.A. | | Case number *(if known)* | 25-11109 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.145 7** | **Nonpriority creditor's name and mailing address**

OMEGA INDUSTRIE SRL
VIA M.PONZIO 40
PAVIA, 27100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,920.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.145 8** | **Nonpriority creditor's name and mailing address**

OMNIA LANGUAGE SOLUTIONS SRL
VIA CORRIDONI 17
BERGAMO, 24124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,940.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.145 9** | **Nonpriority creditor's name and mailing address**

OMNIA PARTNER SOC.CONS.A.R.L.
CORSO MONCALIERI 55
TORINO, 10133
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 868.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146 0** | **Nonpriority creditor's name and mailing address**

OMNIA TECNICA S.R.L.
VIA G. BIZET, 39/41
CINISELLO BALSAMO, 20092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 585.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146 1** | **Nonpriority creditor's name and mailing address**

OMNISYST SPA
P.LE CADUTI DI NASSIRIYA 22
SANT'ANGELO DI LODIGIANO, 26866
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,671.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number *(if known)* | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.146 2** **Nonpriority creditor's name and mailing address**

OMNITEC S.R.L.
VIA STAFFORA  35/E
OPERA, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 210.85

---

**3.146 3** **Nonpriority creditor's name and mailing address**

OMS PRESSE SRL
VIA CADUTI DEL LAVORO 34/36
LOGRATO, 25030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,452.77

---

**3.146 4** **Nonpriority creditor's name and mailing address**

OMSEA SRL
VIA LUIGI EMANUEL 4
VIALFRE' CANAVESE, 10090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,223.38

---

**3.146 5** **Nonpriority creditor's name and mailing address**

ON SEMICONDUCTOR LIMITED
2ND&4TH FLOOR, GREENWOOD HOUSE
RG12 2AA BRACKNELL BERKSHIRE,
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 422.30

---

**3.146 6** **Nonpriority creditor's name and mailing address**

ON SEMICONDUCTOR LTD
2ND&4TH FLOOR, GREENWOOD HOUSE
RG122AA BRACKNELL,BERKSHIRE,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 304,278.42

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.146 7** | **Nonpriority creditor's name and mailing address**

ONPRESS PCB LIMITED
BLOCK B ,9 ELDEX INDUSTRIES BUILDIN
HUNG HOM, KOWLOON, HONG KONG,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 159,036.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146 8** | **Nonpriority creditor's name and mailing address**

OPEL AUTOMOTIVE GMBH
BAHNHOFSPLATZ
RUESSELSHEIM AM MAIN, 65423
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,313.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146 9** | **Nonpriority creditor's name and mailing address**

OPERA GP SRL G HOTEL ANCONA
LUNGOMARE DANTE ALIGHIERI 24
SENIGALLIA, 60019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 511.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.147 0** | **Nonpriority creditor's name and mailing address**

OPERATIONAL SERVICES GMBH & CO. KG
RUDOLF EHRLICH STRASSE 7
ZWICKAU, 08058
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,493.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.147 1** | **Nonpriority creditor's name and mailing address**

OPSIRA GMBH
LEIBNIZSSTRASE 20
WEINGARTEN, 88250
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,852.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.147 2**

**Nonpriority creditor's name and mailing address**

OPTOPRIM SRL
VIA TIMAVO 34
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,024.08

---

**3.147 3**

**Nonpriority creditor's name and mailing address**

ORACLE ITALIA SRL
VIA FULVIO TESTI 136
CINISELLO BALSAMO, 20092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 43,440.11

---

**3.147 4**

**Nonpriority creditor's name and mailing address**

ORBYTA TECH SRL
VIA SANTA TERESA 12
TORINO, 10121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,911.74

---

**3.147 5**

**Nonpriority creditor's name and mailing address**

ORTECO SRL
VIA SPERANZA, 31
SAN LAZZARO DI SAVEN, 40068
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 964.94

---

**3.147 6**

**Nonpriority creditor's name and mailing address**

ORTHOSANIT 2 S.R.L.
V. ROBASSOMERO 7/9
CIRIE', 10073
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 433.84

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.1477**

**Nonpriority creditor's name and mailing address**

ORTOPEDIA MERIDIONALE-SALVIO ZUNGRI
VIA COSTANTINOPOLI 21
NAPOLI, 80138
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 137.00

---

**3.1478**

**Nonpriority creditor's name and mailing address**

OSTERIA IN DOMO DI FLORI ANTONELLA
VIA SANTA MARIA 129
PISA, 56127
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34.25

---

**3.1479**

**Nonpriority creditor's name and mailing address**

OTIM SPA ORGAN.TRASPORTI INT.MARITT
VIA PORRO LAMBERTENGHI,9
MILANO, 20159
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 55,415.55

---

**3.1480**

**Nonpriority creditor's name and mailing address**

OTIS SERVIZI SRL
VIA ROMA 108
CASSINA DE' PECCHI, 20060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 169.11

---

**3.1481**

**Nonpriority creditor's name and mailing address**

OTTANI MECCANICA SRL
V. DEI LIUTAI 9 CP 118 ZI VENTURINA
CASTELFRANCO EMILIA, 41013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 81,788.14

---

Debtor    Marelli Europe S.p.A.

Name    Case number (if known)    25-11109

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.148 2** **Nonpriority creditor's name and mailing address**

P.C.M. SRL
ZONA IND. VILLA ZACCHEO
CASTELLALTO, 64020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,343,148.19

---

**3.148 3** **Nonpriority creditor's name and mailing address**

P.E.I. PROTEZIONI ELABORAZIONI INDU
VIA TORRETTA 32/2
CALDERARA DI RENO, 40012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 816.21

---

**3.148 4** **Nonpriority creditor's name and mailing address**

P.S.M. CELADA FASTENERS S.R.L.
VIA PORPORA, 24
MILANO, 20131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,889.82

---

**3.148 5** **Nonpriority creditor's name and mailing address**

P.T.C. SRL
VIA MANTEGNA 4
RUBIERA, 42048
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,487.97

---

**3.148 6** **Nonpriority creditor's name and mailing address**

P.W. HYDINSTAL RYSZARD KUCZA
UL. PIASTOWSKA 39A/2
RUDA SLASKA, 41-700
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16,440.19

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.148 7** **Nonpriority creditor's name and mailing address**

PACK SERVICES SRL
VIALE TOSCANA 13/B
MILANO, 20136
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 245.23

---

**3.148 8** **Nonpriority creditor's name and mailing address**

PACKTRONIC S.R.L.
VIA LEONARDO DA VINCI 58/60
VERDERIO SUPERIORE, 23878
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,564.44

---

**3.148 9** **Nonpriority creditor's name and mailing address**

PAGANINI GRAZIANO & C. SNC
VIA TOLMEZZO, 6
BUSTO GAROLFO, 20020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,340.09

---

**3.149 0** **Nonpriority creditor's name and mailing address**

PALATESTA SRL
VIA DELLO SCALO 10/6
BOLOGNA, 40100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,087.22

---

**3.149 1** **Nonpriority creditor's name and mailing address**

PALAZZETTO CARTE GEOGR. SRL
VIA PALESTRO 24
ROMA RM, 00185
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,161.77

---

| Debtor | Marelli Europe S.p.A. | Case number *(if known)* | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.149 2** **Nonpriority creditor's name and mailing address**

PALL ITALIA S.R.L.
VIA EMILIA, 26
BUCCINASCO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,367.24

---

**3.149 3** **Nonpriority creditor's name and mailing address**

PANMECCANICA S.R.L.
VIA BRODOLINI 14-16-18
ZOLA PREDOSA, 40069
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 72,451.64

---

**3.149 4** **Nonpriority creditor's name and mailing address**

PANORAYS LTD
BEIT OVED 15
TEL AVIV, 5800001
ISRAEL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,125.20

---

**3.149 5** **Nonpriority creditor's name and mailing address**

PAPI SAS DI PAPI ALFREDO
VIA MATTEOTTI 243
CREVALCORE, 40014
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 399.59

---

**3.149 6** **Nonpriority creditor's name and mailing address**

PAPPAGALLO DONATELLO (STUDIO TECNIC
VIA DOMENICO MANCINI 8
MOLFETTA,BARI, 70056
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,448.56

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.149 7** **Nonpriority creditor's name and mailing address**

PAR.CO SPA
VIALE DELLA RESISTENZA 30/34
SCARPERIA, 50038
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 264,533.81

---

**3.149 8** **Nonpriority creditor's name and mailing address**

PARAMETRIC TECHNOLOGY ITALIA SRL
VIA GALILEO GALILEI 7
MILANOMILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 551,609.44

---

**3.149 9** **Nonpriority creditor's name and mailing address**

PARASOFT UK LIMITED
40 OXFORD ROAD, FIRST FLOOR NORTH
HIGH WYCOMBE, HP11 2EE
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,812.63

---

**3.150 0** **Nonpriority creditor's name and mailing address**

PARCHEGGIARE S.R.L.
VIA FABIO FILZI 2
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,334.88

---

**3.150 1** **Nonpriority creditor's name and mailing address**

PARKER HANNIFIN GMBH
OTTOSTRASSE 28
HUECKELHOVEN, 41836
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 205,939.56

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.150 2** **Nonpriority creditor's name and mailing address**

PARKER HANNIFIN ITALY SRL
VIA SEBASTIANO CABOTO  1
CORSICO, 20094
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,780.50

---

**3.150 3** **Nonpriority creditor's name and mailing address**

PARROT SRL
VIA FALCONE 7
MILANO, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,641.95

---

**3.150 4** **Nonpriority creditor's name and mailing address**

PARTEC SRL
VIA CAMPIGNANO 9
PARRE, 24020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 59,554.07

---

**3.150 5** **Nonpriority creditor's name and mailing address**

PASELLO TRATTAMENTI TERMICI S.R.L.
VIA TORRETTA 39/B
CALDERARA DI RENO, 40012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,437.68

---

**3.150 6** **Nonpriority creditor's name and mailing address**

PASEV SAS DI PASSERINI P. & C.
VIA F.LLI MACARIO, 65
RIVOLI, 10090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 208.93

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.150 7**

**Nonpriority creditor's name and mailing address**

PASSAMI IL SALE SRL
VIA ANDREA MENSA 37 A/B
VENARIA REALE, 10078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 83.34

---

**3.150 8**

**Nonpriority creditor's name and mailing address**

PASSARO P. DI PASSARO PAOLO & C. SN
VIA RISORGIMENTO 45/2
ZOLA PREDOSA, 40069
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,425.04

---

**3.150 9**

**Nonpriority creditor's name and mailing address**

PATERLEGNO DI RUSSO DONATO & C. S.R
C.DA FRASSINETO 2
PATERNO DI LUCANIA, 85050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 332.65

---

**3.151 0**

**Nonpriority creditor's name and mailing address**

PAVESIO MARIO S.R.L.
VIA MASSIMO D'ANTONA S.N.C.
TROFARELLO, 10028
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 122,984.67

---

**3.151 1**

**Nonpriority creditor's name and mailing address**

PCB PIEZOTRONICS GMBH
GUT GANSBROICH 1
HUCKELHOVEN, 41836
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,729.64

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.151 2**

**Nonpriority creditor's name and mailing address**

PEAK TECHNOLOGY GMBH
TECHNOLOGIEPARK STRASSE 6
HOLZHAUSEN, 4615
AUSTRIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,163.93

---

**3.151 3**

**Nonpriority creditor's name and mailing address**

PEGASO LAYOUT DI CORDERA GIAMPIERO
VIA DON CIGNETTI 18
STRAMBINO CROTTE, 10019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,253.56

---

**3.151 4**

**Nonpriority creditor's name and mailing address**

PEGASO SRL
VIA CIRCONVALLAZIONE 15
STRAMBINO, 10019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 283,827.20

---

**3.151 5**

**Nonpriority creditor's name and mailing address**

PELLEGRINI SPA
VIA LAGO DI NEMI 25
MILANO, 20142
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,370.00

---

**3.151 6**

**Nonpriority creditor's name and mailing address**

PELLEGRINI SPA
VIA LAGO DI NEMI, 25
MILANO, 20142
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 178.50

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.151
7** **Nonpriority creditor's name and mailing address**

PEMECH S.R.L.
VIA DEI BOTTAI 12
MOLFETTA, 70056
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,639.51

---

**3.151
8** **Nonpriority creditor's name and mailing address**

PENDL MAIR RECHTSANWÄLTE OG
Annagasse 10/2/09
Wien, 1010
AUSTRIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 627.92

---

**3.151
9** **Nonpriority creditor's name and mailing address**

PENTA SYSTEM SRL
SP PER BARI C.DA S. BIAGIO 4
MODUGNO, 70026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 79,531.69

---

**3.152
0** **Nonpriority creditor's name and mailing address**

PERISCOPIO STUDIO DI PESAVENTO RICC
VIA FILIPPINO LIPPI 5
MILANO, 20131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,509.64

---

**3.152
1** **Nonpriority creditor's name and mailing address**

PERKINELMER SCIENTIFICA ITALIA SRL
VIALE DELL'INNOVAZIONE 3
MILANO, 20126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,613.05

---

| Debtor | Marelli Europe S.p.A. | Case number *(if known)* | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152 2** **Nonpriority creditor's name and mailing address**

PESTALIA S.R.L.
VIA GIUSEPPE FANELLI, 238
BARI, 70125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 208.93

---

**3.152 3** **Nonpriority creditor's name and mailing address**

PETROL JOLLY SRL
VIA BRIANZA, P. 81
MIRA, 30034
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 381.08

---

**3.152 4** **Nonpriority creditor's name and mailing address**

PETROL SERVICE S.N.C. DI ORLANDAZZI
VIA NAZIONALE, 143
FORNOVO DI TARO, 43045
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 83.91

---

**3.152 5** **Nonpriority creditor's name and mailing address**

PETROLTECNICA  SPA
VIA ROVERETA 32
CERASOLO AUSA DI CORIANO, 47852
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,372.13

---

**3.152 6** **Nonpriority creditor's name and mailing address**

PETRONAS LUBRICANTS ITALY SPA
VIA SANTENA 1
VILLASTELLONE, 10029
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35,241.92

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1527**

**Nonpriority creditor's name and mailing address**

PFEIFFER VACUUM ITALIA SPA
VIA LUIGI EINAUDI 21
PADERNO DUGNANO, 20037
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,189.44

---

**3.1528**

**Nonpriority creditor's name and mailing address**

PFM SRLS
LUNGOMARE C.COLOMBO, 27
BARI SANTO SPIRITO, 70127
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 513.76

---

**3.1529**

**Nonpriority creditor's name and mailing address**

PHU AUTO-ALEX ALEKSANDER
UL.KRAKOWSKA 48
KOZY, 43-340
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,780.55

---

**3.1530**

**Nonpriority creditor's name and mailing address**

PI.CO. SNC DI GAETANO CODAZZI & C.
VIA AUTOSTRADA DEL SOLE KM. 42,
SOMAGLIA, 26867
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 28.67

---

**3.1531**

**Nonpriority creditor's name and mailing address**

PI.ME. SRL
VIA AUTOSTRADA A 13 PD-BO
FERRARA, 44124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 90.83

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.153.2**

**Nonpriority creditor's name and mailing address**

PIAB ITALIA S.R.L.
Via Vittorio Cuniberti 58
TORINO, 10151
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 668.57

**3.153.3**

**Nonpriority creditor's name and mailing address**

PIAGGIO & C. S.P.A.
VIALE RINALDO PIAGGIO, 25
PONTEDERA, 56025
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,783.00

**3.153.4**

**Nonpriority creditor's name and mailing address**

PIARULLI DONATO E F.LLI & C. S.N.C.
S.S. 168 KM. 35
PALAZZO SAN GERVASIO, 85026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 64.77

**3.153.5**

**Nonpriority creditor's name and mailing address**

PICARIELLO FLORING S.R.L.
VIA PEZZA SAN VITO, SNC - FRAZIONE
MIRABELLA ECLANO, 83036
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 817.44

**3.153.6**

**Nonpriority creditor's name and mailing address**

PICENO EST SRL
AUTOSTRADA A14 KM 290,8
CAMPOFILONE, 63828
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 161.75

| Debtor | Marelli Europe S.p.A. | | Case number (if known) | 25-11109 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.1537 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 75.28 |
|---|---|---|---|

PIETR. OIL SAS DI PIETRALUNGA PIETR
VIA STERPETTINE
MONDOLFO, 61037
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1538 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,777.86 |
|---|---|---|---|

PIETRO BALENA AND FIGLI S.R.L.
CORSO A. DE TULLIO 20
BARI, 70122
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1539 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,399.40 |
|---|---|---|---|

PILZ ITALIA SRL
VIA TRIESTE SNC
MEDA, 20821
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1540 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,153.54 |
|---|---|---|---|

PISTOIESE LUBRIFICANTI SRL
VIA CROCE ROSSA 16
MONTALE, 51037
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1541 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,315.72 |
|---|---|---|---|

PL & TL SRL
VIA TORINO 53
AIRASCA, 10060
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

| 3.154 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,160.31 |
| --- | --- | --- | --- |
| | PLASMATREAT ITALIA SRL<br>VIA DELLE INDUSTRIE 21/1<br>MARGHERA, 30175<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.154 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,926.71 |
| --- | --- | --- | --- |
| | PLASTICA PANARO SRL<br>VIA GRAMSCI 438<br>MARANO, 41054<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.154 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 25,152.13 |
| --- | --- | --- | --- |
| | PLASTIFUR S.R.L.<br>VIA SALICETO, 11<br>CASTEL MAGGIORE, 40013<br>ITALY | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.154 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 20,197.76 |
| --- | --- | --- | --- |
| | PLASTIKA A.S.<br>KAPLANOVA 2830/4<br>76701 KROMERIZ,<br>CZECH REPUBLIC | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.154 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 23,678.44 |
| --- | --- | --- | --- |
| | PLASTINO SRL<br>VIA POTENZA N.10<br>RIONERO IN VULTURE, 85028<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.154 7** Nonpriority creditor's name and mailing address

PLASTIQUE PÖPPELMANN FRANCE S.A.S.
3 rue Robert Schuman
RIXHEIM, 68170
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,959.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154 8** Nonpriority creditor's name and mailing address

PLASTLAB SCARL
VIA DELL'ARTIGIANATO 2
ORBASSANO, 10043
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 11,829.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154 9** Nonpriority creditor's name and mailing address

PMP SRL
VIA GANDHI 18/A
CURNASCO D, 24048
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 681,062.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.155 0** Nonpriority creditor's name and mailing address

PODIUM TECHNOLOGY LIMITED
33 ST JOHNÃ€™S ROAD
BATHWICK,BATH, BA26PX
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 19,879.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.155 1** Nonpriority creditor's name and mailing address

POEPPELMANN GMBH & CO. KG
BAKUMER STRASSE 73
LOHNE, 49393
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,686.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.155 2**

**Nonpriority creditor's name and mailing address**

POGGIPOLINI S.R.L.
VIA EMILIA LEVANTE, 262
S. LAZZARO, 40068
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,813.69

---

**3.155 3**

**Nonpriority creditor's name and mailing address**

POLARIXPARTNER GMBH
GRAF-SIEGFRIED-STR. 32
SAARBURG, 54439
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,279.24

---

**3.155 4**

**Nonpriority creditor's name and mailing address**

POLIBECK SPA
VIA PER CHIATONA III
MASSAFRA, 74016
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,322.53

---

**3.155 5**

**Nonpriority creditor's name and mailing address**

POLISTAMP SRL
VIA J.F.KENNEDY 32
VILLA DI SERIO, 24020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,030.71

---

**3.155 6**

**Nonpriority creditor's name and mailing address**

POLITECNICO DI TORINO (DENERG)
CORSO DUCA DEGLI ABRUZZI 24
TORINO, 10129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,856.99

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.155 7 | **Nonpriority creditor's name and mailing address**<br><br>POLOMARCONI TELSA SPA<br>VIA CRISTOFORO COLOMBO 29/31<br>OSIO SOTTO, 24046<br>ITALY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 12,814.22 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.155 8 | **Nonpriority creditor's name and mailing address**<br><br>POLPLASTIC SPA<br>VIA CAZZAGHETTO 127/A<br>ARINO DI DOLO, 30031<br>ITALY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 137,046.37 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.155 9 | **Nonpriority creditor's name and mailing address**<br><br>POLSINELLI ANTONIO E ELIO SNC<br>AUTOSTRADA DEL SOLE, 0SNC<br>CASTROCIELO, 03030<br>ITALY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 70.78 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.156 0 | **Nonpriority creditor's name and mailing address**<br><br>POLYDEC S.A.<br>CH. DU LONG-CHAMP 99<br>CH-2504 BIEL/BIENNE,<br>SWITZERLAND | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 21,372.18 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.156 1 | **Nonpriority creditor's name and mailing address**<br><br>POLYKAP S.R.L.<br>VIA GREGORIO CASTALDIO 17/A<br>SERRAVALLE, 47899<br>SAN MARINO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 1,648.02 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    Marelli Europe S.p.A.

Case number (if known)    25-11109

Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.156 2**

**Nonpriority creditor's name and mailing address**

POLYSERVICE AG
LENGNAUSTRASSE 6
CH-2543 LENGNAU/BIEL-,
SWITZERLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 59.05

**3.156 3**

**Nonpriority creditor's name and mailing address**

POLYTECHNYL SASU
25 RUE DE CLICHY
PARIS, 75009
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,371.83

**3.156 4**

**Nonpriority creditor's name and mailing address**

PONASSI S.N.C. DI MASSIMIGLIANO PON
AUTOSTRADA TO/PC LOCALITA' CROCETTA
QUATTORDIO, 15028
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 320.04

**3.156 5**

**Nonpriority creditor's name and mailing address**

POPPE + POTTHOFF FRANCE
780 RUE CESAR VUARCHEX
SCIONZIER, 74950
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 160,009.92

**3.156 6**

**Nonpriority creditor's name and mailing address**

POSALUX SA
18, RUE F.OPPLIGER
BIEL-BIENNE, 2500
SWITZERLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 70,904.11

| Debtor | Marelli Europe S.p.A. | Case number *(if known)* | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.156 7** | **Nonpriority creditor's name and mailing address**

POSTE ITALIANE S.P.A.
VIALE EUROPA 190
ROMA, 00144
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,445.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.156 8** | **Nonpriority creditor's name and mailing address**

POWER ON DI WOHLGEMUTH LORENZO
LOCALITÀ PIERA 28/A
TESERO, 38038
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 863.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.156 9** | **Nonpriority creditor's name and mailing address**

PPT TECHNOLOGICAL PROCESS & SOLUTIO
C/ INDUSTRIA 3-5 POLIGON
SANT ESTEVE SESROVIRES, 08635
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 71,307.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.157 0** | **Nonpriority creditor's name and mailing address**

PRECISION FLUID CONTROL SRL
VIA WATT, 37
MILANO, 20143
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 9,769.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.157 1** | **Nonpriority creditor's name and mailing address**

PRECISION MICRO
11 VANTAGE WAY ERDINGTON
B24 9GZ BIRMINGHAM,
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,454.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.157 2**

**Nonpriority creditor's name and mailing address**

PRECISION MICRO LIMITED
11 VANTAGE WAY ERDINGTON
B 24 9 GZ BIRMINGHAM,
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 56,064.86

---

**3.157 3**

**Nonpriority creditor's name and mailing address**

PRECO INC.
9705 COMMERCE PARKWAY
LENEXA KANSAS, 66219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,063.03

---

**3.157 4**

**Nonpriority creditor's name and mailing address**

PRESENT SPA
VIA CECHOV 48
MILANO, 20151
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 278,405.49

---

**3.157 5**

**Nonpriority creditor's name and mailing address**

PRICEWATERHOUSECOOPERS BUSINESS SER
PIAZZA TRE TORRI 2
MILANO, 20145
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 130,649.72

---

**3.157 6**

**Nonpriority creditor's name and mailing address**

PRICEWATERHOUSECOOPERS LLP
1 Embankment Place
London, WC2N 6RH
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 108,459.60

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157 7**

**Nonpriority creditor's name and mailing address**

PRICEWATERHOUSECOOPERS SERVICES SRL
PIAZA TRE TORRI 2
MILANO, 20145
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,993.95

---

**3.157 8**

**Nonpriority creditor's name and mailing address**

PRIMUS FORLI MEDICAL CENTER SRL
VIA PUNTA DI FURRO 2/C
FORLI, 47122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 79,239.98

---

**3.157 9**

**Nonpriority creditor's name and mailing address**

PRIVER INDUSTRIALE S.R.L.
VIA DELLO STADIO - ZONA INDUST.
CAROSINO, 74021
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 611.48

---

**3.158 0**

**Nonpriority creditor's name and mailing address**

PROCARS GROUP SPOLKA Z OGRANICZONA
UL. PODLESKA 16
TYCHY, 43-100
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 158,013.24

---

**3.158 1**

**Nonpriority creditor's name and mailing address**

PROCLEA SRL
VIA DEI PIOPPI 12
OPERA, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,000.33

Case 25-11109-CTG    Doc 5    Filed 08/11/25    Page 458 of 1030

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|------------------------|------------------------|----------|
|        | Name                   |                        |          |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.158 2**

**Nonpriority creditor's name and mailing address**

PROCOEL DUE SAS
VIA GRANDE 9
IVREA, 10015
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,569.68

---

**3.158 3**

**Nonpriority creditor's name and mailing address**

PRODOTTI BAUMANN S.R.L. UNIPERSONAL
VIA CONICCHIO 34
BRESCIA, 25136
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 117,202.91

---

**3.158 4**

**Nonpriority creditor's name and mailing address**

PROELL GMBH
TREUCHTLINGER STRASSE, 29
WEISSENBURG, 91781
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 46,750.18

---

**3.158 5**

**Nonpriority creditor's name and mailing address**

PROFESSIONAL RELO SRL
CDC VIALE COLLEONI PALAZZO ORI 15-2
AGRATE BRIANZA, 20864
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,298.66

---

**3.158 6**

**Nonpriority creditor's name and mailing address**

PROGIND SRL
STR.DA TOMBOLETO, 1
AZEGLIO, 10010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,929.23

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
| --- | --- |

**3.1587** | **Nonpriority creditor's name and mailing address**

PROJET EXPORT SERVICES SNC
VIA ADIGE 8
ROMA, 00198
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 155.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1588** | **Nonpriority creditor's name and mailing address**

PROLEVEN S.R.L. UNIPERS.
VIA DEL LAVORO, 71
CASALECCHIO DI RENO, 40033
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 4,895.44

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1589** | **Nonpriority creditor's name and mailing address**

PROMATEC S.P.A.
VIA CASTELLETTO 3/5
ALBAIRATE, 20080
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,319.96

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1590** | **Nonpriority creditor's name and mailing address**

PROMAU ENGINEERING S.R.L.
VIA DELLE INDUSTRIE, 66
CAMERI, 28062
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 321.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1591** | **Nonpriority creditor's name and mailing address**

PROPAGROUP S.P.A.
VIA GENOVA, 5/B
RIVOLI, 10098
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 835.71

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.159 2** Nonpriority creditor's name and mailing address

PROTEK SAS DI MUMMOLO MICHELE E
VIA TENENTE DOMENICO MODUGNO 44
BITONTO, 70032
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 891.42

---

**3.159 3** Nonpriority creditor's name and mailing address

PROVVEDI MECCANICA SRL
VIA DI SCOLIVIGNE  56 INT.13
GRASSINA BAGNO A RIPOLI, 50015
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 43,122.62

---

**3.159 4** Nonpriority creditor's name and mailing address

PROXIMA S.P.A.
VIA ALESSANDRIA 59
RIVOLI, 10098
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 32,973.44

---

**3.159 5** Nonpriority creditor's name and mailing address

PSA AUTOMOBILES SA
2-10 BOULEVARD DE L`EUROPE
POISSY, 78300
FRANCE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 362.45

---

**3.159 6** Nonpriority creditor's name and mailing address

PSA RETAIL ITALIA SPA
GATTAMELATA 41
MILANO, 20149
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 771.56

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1597**

**Nonpriority creditor's name and mailing address**

PTE CONSULTING S.P.A
VIA CAVALLOTTI 15
MILANO, 20122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,973.58

---

**3.1598**

**Nonpriority creditor's name and mailing address**

PUNTO VERDE SRL
VIA ZANINI 13
ANZOLA EMILIA, 40011
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,561.65

---

**3.1599**

**Nonpriority creditor's name and mailing address**

QLIKTECH ITALY S.R.L
VIA DANTE, 15
MILANO, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,718.20

---

**3.1600**

**Nonpriority creditor's name and mailing address**

QRPEOPLE S.R.L. UNIPERSONALE
VIA AUGUARDI 22
COMO, 22100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,645.89

---

**3.1601**

**Nonpriority creditor's name and mailing address**

QS-ENGINEERING GMBH
SALINENSTR. 18
BAD FRIEDRICHSHALL, 74177
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 485.78

---

| Debtor | Marelli Europe S.p.A. | Case number *(if known)* | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.160 2**

**Nonpriority creditor's name and mailing address**

QUALCOMM TECHNOLOGIES
COWLEY ROAD
CHURCHILL HOUSE  CAMBRIDGE B.P., CB4 0WZ
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  867,411.05

---

**3.160 3**

**Nonpriority creditor's name and mailing address**

QUALCOMM TECHNOLOGIES, INC
5775 MOREHOUSE DRIVE
SAN DIEGO, 92121-1714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  160,432.81

---

**3.160 4**

**Nonpriority creditor's name and mailing address**

QUALITY-SERVICE BRETTINGER GMBH
AM WINGERTSBERG 25
LORSCH, 64653
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  2,899.87

---

**3.160 5**

**Nonpriority creditor's name and mailing address**

QUASER S.R.L.
VIA SPINELLI, 123
ARCORE, 20862
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  22,791.01

---

**3.160 6**

**Nonpriority creditor's name and mailing address**

QUECTEL WIRELESS SOLUTIONS CO. LTD
7TH FLOOR, HONGYE BUILDING
SHANGHAI, 200233
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  383,697.73

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.160 7**

**Nonpriority creditor's name and mailing address**

QUESTEL SAS
23 RUE D'ANTIN
PARIS, 75002
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,702.66

---

**3.160 8**

**Nonpriority creditor's name and mailing address**

QUICKPARTS ITALY S.R.L.
VIA INCERTI 25
PINEROLO, 10064
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,668.89

---

**3.160 9**

**Nonpriority creditor's name and mailing address**

QUORUM LAW & TAX STUDIO LEGALE E
Via degli Scipioni, 281
Roma, 00192
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,242.82

---

**3.161 0**

**Nonpriority creditor's name and mailing address**

R. BOURGEOIS SA
25 RUE DE TREPILLOT
BESANCON, 25000
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 265,762.93

---

**3.161 1**

**Nonpriority creditor's name and mailing address**

R.C.M. ITALIANA S.R.L.
VIA ALDINA 32
LIPPO DI CALDERARA, 40012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 107.18

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.161 2**

**Nonpriority creditor's name and mailing address**

R.D.B. SOLUZIONI INDUSTR. ERGONOMI
VIA PACCHIOTTI 123
TORINO, 10146
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 213.94

---

**3.161 3**

**Nonpriority creditor's name and mailing address**

R.D.B. SOLUZIONI INDUSTRIALI ERGONO
VIA GIACINTO PACCHIOTTI, 123
TORINO, 10146
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,220.66

---

**3.161 4**

**Nonpriority creditor's name and mailing address**

R.L. SNC
VIA LEONELLO GROSSI,3
BOLOGNA, 40134
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,776.80

---

**3.161 5**

**Nonpriority creditor's name and mailing address**

R.R. RAVAIOLI RAPPRESENTANZE S.A.S.
VIA BRIZZI,4
SAN LAZZARO DI SAVENA, 40068
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,619.95

---

**3.161 6**

**Nonpriority creditor's name and mailing address**

R+W ITALIA S.R.L.
Via E. De Amicis, 67
Cinisello Balsamo, 20092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 276.98

---

| Debtor | Marelli Europe S.p.A. | Case number *(if known)* | 25-11109 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.161 7** | **Nonpriority creditor's name and mailing address**

RABEN LOGISTICS CZECH S.R.O.
KOMERCNI 535
NUPAKY, 251 01
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 908.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.161 8** | **Nonpriority creditor's name and mailing address**

RADICI NOVACIPS S.P.A.
VIA BEDESCHI, 20
CHIGNOLO D'ISOLA, 24040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 560,251.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.161 9** | **Nonpriority creditor's name and mailing address**

RANDSTAD HR SOLUTION SRL
VIA ROBERTO LEPETIT 8/10
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 247,742.23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.162 0** | **Nonpriority creditor's name and mailing address**

RANDSTAD HR SOLUTIONS S.R.L. –
VIA LEPETIT 8/10
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 20,641.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.162 1** | **Nonpriority creditor's name and mailing address**

RAVEDATI SRL
VIA PASTRENGO 24
TORINO, 10128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,392.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.162 2**

**Nonpriority creditor's name and mailing address**

RCS MEDIAGROUP SPA
VIA RIZZOLI ANGELO  8
MILANO, 20132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,369.92

---

**3.162 3**

**Nonpriority creditor's name and mailing address**

RE.CO.MAC SRL
C.SO PASTRENGO 40
COLLEGNO, 10093
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,425.04

---

**3.162 4**

**Nonpriority creditor's name and mailing address**

REBECCHI EDO S.A.S. DI REBECCHI MAU
CORSO SICCARDI 11 BIS
TORINO, 10122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 750.12

---

**3.162 5**

**Nonpriority creditor's name and mailing address**

REBOUND ELECTRONICS (UK) LIMITED
RIVERGATE HOUSE NEWBURY BUSINESS PA
BERKSHIRE, UNITED KINGDOM,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,538.18

---

**3.162 6**

**Nonpriority creditor's name and mailing address**

RECIKLA SRL
VIA LUIGI EINAUDI S.N.
MOLA DI BARI, 70042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 348.21

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.1627 | **Nonpriority creditor's name and mailing address**<br><br>RECUPERI PUGLIESI  S.R.L. A SOCIO U<br>CONTRADA GAMMAROLA, 3 Z.I.<br>MODUGNO, 70026<br>ITALY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 1,960.54 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1628 | **Nonpriority creditor's name and mailing address**<br><br>RED BULL TECHNOLOGY LTD<br>BRADBOURNE DRIVE TILBROOK<br>MILTON KEYNES MK78AT,<br>UNITED KINGDOM | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 3,318.18 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1629 | **Nonpriority creditor's name and mailing address**<br><br>REFINITIV ITALY S.P.A.<br>P.ZZA ARMANDO DIAZ, 2<br>MILANO, 20123<br>ITALY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 9,642.70 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1630 | **Nonpriority creditor's name and mailing address**<br><br>REGONESI SRL<br>VIA BORSA, 17<br>MONZA, 20052<br>ITALY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 682.50 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1631 | **Nonpriority creditor's name and mailing address**<br><br>REICH GMBH<br>INDUSTRIESTRASSE 1<br>MELLRICHSTADT, 97638<br>GERMANY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 63,539.99 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Marelli Europe S.p.A. | Case number *(if known)* | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.163 2**

**Nonpriority creditor's name and mailing address**

REKORDATA SRL
VIA FRATELLI BANDIERA 3/A
TORINO, 10138
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,277.18

---

**3.163 3**

**Nonpriority creditor's name and mailing address**

RELIFE RECYCLING S.R.L.
VIA A GRAMSCI 2
SANT'OLCESE, 16010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,393.11

---

**3.163 4**

**Nonpriority creditor's name and mailing address**

REMET SAS
VIA SCARLATTI, 2
CERETOLO DI CASALECCHIO DI RENO, 40033
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,392.99

---

**3.163 5**

**Nonpriority creditor's name and mailing address**

REMIS SRL
VIA FALETTI, 14
VILLANOVA CANAVESE, 10070
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 947.14

---

**3.163 6**

**Nonpriority creditor's name and mailing address**

RENESAS ELECTRONICS EUROPE GMBH
VIALE VINCENZO LANCETTI 43
MILANO IT, 20158
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500,438.22

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1637**

**Nonpriority creditor's name and mailing address**

RENESAS ELECTRONICS EUROPE GMBH
VIA TOMMASO GULLI 39
MILANO IT, 20147
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,961.65

---

**3.1638**

**Nonpriority creditor's name and mailing address**

RENISHAW SPA
VIA DE PRATI 5
PIANEZZA, 10044
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,179.05

---

**3.1639**

**Nonpriority creditor's name and mailing address**

RENOVIS SRL
VIA NOVARA 33
VAPRIO D'AGOGNA, 28010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 486.10

---

**3.1640**

**Nonpriority creditor's name and mailing address**

RENTOKIL INITIAL ITALIA S.P.A.
VIA LAURENTINAKM 26.500 N.157
POMEZIA, 00071
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,687.52

---

**3.1641**

**Nonpriority creditor's name and mailing address**

RENTOKIL INITIAL ITALIA SPA
VIA LAURENTINA KM 26.500 N. 157 INT
POMEZIA, 00071
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,344.87

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.164 2** **Nonpriority creditor's name and mailing address**

RENTOKIL INITIAL ITALIA SPA
VIA LAURENTINA KM 26.500 157 A/C
POMEZIA, 00071
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,597.55

---

**3.164 3** **Nonpriority creditor's name and mailing address**

REPLY DIGITAL EXPERIENCE SRL
CORSO FRANCIA 110
TORINO, 10143
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23,124.91

---

**3.164 4** **Nonpriority creditor's name and mailing address**

REPLY SPA
CORSO FRANCIA 110
TORINO, 10143
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 274,915.25

---

**3.164 5** **Nonpriority creditor's name and mailing address**

RESIDENCE ELITE SRL
VIA SAFFI 40
BOLOGNA, 40131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,403.69

---

**3.164 6** **Nonpriority creditor's name and mailing address**

RESILINC CORPORATION
890 HILLVIEW CT, SUITE 160
MILPITAS, 95035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16,788.86

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1647**

**Nonpriority creditor's name and mailing address**

RESTUCCIA & STUCCHI NOTAI ASSOCIATI
VIA ULRICO HOEPLI, 7
MILANO, 20121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,621.73

---

**3.1648**

**Nonpriority creditor's name and mailing address**

RETAIL PETROLEUM SERVICES  LTD
THE CORNERSTONE
GU215AN SAN WOKING,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,401.24

---

**3.1649**

**Nonpriority creditor's name and mailing address**

RETAIL PETROLEUM SERVICES LTD
EMPEROR COURT - EMPEROR WAY
CW1 6BD CREWE - CHESHIRE (GB),
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 78.57

---

**3.1650**

**Nonpriority creditor's name and mailing address**

RETAIL PETROLEUM SERVICES LTD
EMPEROR COURT - EMPEROR WAY
CW1 6BD CREWE - CHESHIRE (GB),
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,630.49

---

**3.1651**

**Nonpriority creditor's name and mailing address**

RETAIL PETROLEUM SERVICES LTD
EMPEROR COURT - EMPEROR WAY
CW1 6BD CREWE - CHESHIRE (GB),
AUSTRIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 335.51

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.165 2**

**Nonpriority creditor's name and mailing address**

RETE FERROVIARIA ITALIANA SPA
VIALE DEL CAMPO BOARIO 19
ROMA, 00153
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,145.57

---

**3.165 3**

**Nonpriority creditor's name and mailing address**

REVO SPA
VIA STRÀ 154
COLOGNOLA AI COLLI, 37030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  SURETY BOND #: 1801359 FOR THE BENEFIT OF COMUNE DI BOLOGNA DIP URBANISTICA CASA E AMBIENTE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.165 4**

**Nonpriority creditor's name and mailing address**

REVO SPA
VIA STRÀ 154
COLOGNOLA AI COLLI, 37030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  SURETY BOND #: 1656902 FOR THE BENEFIT OF COMUNE DI BOLOGNA

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.165 5**

**Nonpriority creditor's name and mailing address**

REYS S.P.A.
VIA C.BATTISTI 78
ARCORE, 20043
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,871.99

---

**3.165 6**

**Nonpriority creditor's name and mailing address**

RF360 EUROPE GMBH
ANZINGERSTRASSE 13
MUNCHEN, 81617
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,558.48

---

| Debtor | Marelli Europe S.p.A. | Case number *(if known)* | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.165 7**

**Nonpriority creditor's name and mailing address**

RGM RISTORAZIONE SAS
VIA MADONNA 13
CORBETTA,
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 277.45

---

**3.165 8**

**Nonpriority creditor's name and mailing address**

RHENUS AG & CO.KG
AM WESTKAI 25
STUTTGART, 70327
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18.91

---

**3.165 9**

**Nonpriority creditor's name and mailing address**

RHENUS LOGISTICS SPA
VIA DELLE AZALEE 6
BUCCINASCO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,069.31

---

**3.166 0**

**Nonpriority creditor's name and mailing address**

RI.AL.GA. PETROLI SAS
CORSO UMBERTO I
CAIVANO, 80023
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 433.85

---

**3.166 1**

**Nonpriority creditor's name and mailing address**

RI.MI. DISTRIBUTION SRL
VIA CARLO D'ADDA 30
MILANO, 20143
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 777.04

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.166 2**

**Nonpriority creditor's name and mailing address**

RI.PRA METALLI SNC
VIA GANDHI 101
MARCALLO CON CASONE, 20010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 907.64

---

**3.166 3**

**Nonpriority creditor's name and mailing address**

RICARDO ENERGY & ENVIRONMENT
GEMINI BUILDING, FERMI AVENUE
HARWELL, OXON, OX110QR
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,768.59

---

**3.166 4**

**Nonpriority creditor's name and mailing address**

RICCIONE - MONTEFELTRO SRL
PIAZZA DANTE ALIGHIERI 13
PESARO, 61121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 213.53

---

**3.166 5**

**Nonpriority creditor's name and mailing address**

RICHARDSON  RFPD ITALY SRL
VIA SANDRO PERTINI 95
SESTO FIORENTINO, 50019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,677.18

---

**3.166 6**

**Nonpriority creditor's name and mailing address**

RIDIX SPA
VIA INDIPENDENZA, 9/F
GRUGLIASCO, 10095
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,999.94

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.166 7** **Nonpriority creditor's name and mailing address**

RILEGNO
VIA LUIGI NEGRELLI N. 24/A
CESENATICO, 47042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 91.84

---

**3.166 8** **Nonpriority creditor's name and mailing address**

RIMA S.R.L.
C.SO VERCELLI, 14
VENARIA REALE, 10078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 487.50

---

**3.166 9** **Nonpriority creditor's name and mailing address**

RIVOIRA REFRIGERANTS GASES S.R.L.
VIA BENIGNO CRESPI 19
MILANO, 20159
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 638.82

---

**3.167 0** **Nonpriority creditor's name and mailing address**

RIVOIRA S.P.A.
VIA DURINI 7
MILANO, 20122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 260.61

---

**3.167 1** **Nonpriority creditor's name and mailing address**

RLS MERILNA TEHNIKA D. O. O
Pod vrbami 2
Komenda,
SLOVENIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 166.46

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.167 2** | **Nonpriority creditor's name and mailing address**

ROALD S.R.L.
VIA OTTO MARZO, 171
LIMBIATE, 20812
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31,191.36

---

**3.167 3** | **Nonpriority creditor's name and mailing address**

ROBECCHI ARTICOLI TECNICI SRL
VIA TRIBOLINA 25
GRUMELLO D, 24064
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 44,640.83

---

**3.167 4** | **Nonpriority creditor's name and mailing address**

ROBERT BOSCH GMBH
POSTFACH 30 02 20
STUTTGART, 70442
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 357.23

---

**3.167 5** | **Nonpriority creditor's name and mailing address**

ROBERT BOSCH GMBH - BRANCH IN ITALY
VIA M. A. COLONNA 35
MILANO, 20149
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 281,758.59

---

**3.167 6** | **Nonpriority creditor's name and mailing address**

ROBOTECO SPA
S.P. RIVOLTANA 35
LIMITO DI PIOLTELLO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,692.55

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1677**

**Nonpriority creditor's name and mailing address**

RODACCIAI SPA
VIA GIUSEPPE RODA, 1
BOSISIO PARINI, 23842
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 181,407.48

---

**3.1678**

**Nonpriority creditor's name and mailing address**

RODONTINI & ASSOCIATI AVVOCATI PENA
VIA MANZONI N. 40
MILANO, 20121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,825.50

---

**3.1679**

**Nonpriority creditor's name and mailing address**

RODRIGO RISTORANTE S.R.L.
VIA BIGLI 19 2H
MILANO, 20121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 710.12

---

**3.1680**

**Nonpriority creditor's name and mailing address**

ROEHM GMBH
IM PFAFFENWINKEL 6
WORMS, 67547
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 97.27

---

**3.1681**

**Nonpriority creditor's name and mailing address**

ROHM SEMICONDUCTOR GMBH
KARL ARNOLD STRASSE 15
47877 WILLICH DE,
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,418.00

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.168 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,195.12 |
|---|---|---|---|

ROSE PLASTIC ITALIA SRL
VIALE DE GASPERI 103
RHO, 20017
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.168 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 28,069.63 |
|---|---|---|---|

ROSENBERGER HOCHFREQUENZTECHNIK
HAUPTSTR. 1
83413 FRIDOLFING (GERMANY),
HUNGARY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.168 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 495,113.57 |
|---|---|---|---|

ROSENBERGER HOCHFREQUENZTECHNIK
HAUPTSTR. 1
FRIDOLFING, 83413
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.168 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,915.23 |
|---|---|---|---|

ROSLER ITALIANA SRL
VIA VITTORINI 10/12
CONCOREZZO, 20049
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.168 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,491.95 |
|---|---|---|---|

ROSSOMATTONE S.R.L.
Via Kramer 33
Milano, 20121
ITALY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.168 7** **Nonpriority creditor's name and mailing address**

ROTOWASHITALIA SRL
VIA EINSTEIN 17/19/21
ASSAGO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 719.26

---

**3.168 8** **Nonpriority creditor's name and mailing address**

RR DONNELLEY & SONS COMPANY
35 W WACKER DRIVE
CHICAGO, 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 576.49

---

**3.168 9** **Nonpriority creditor's name and mailing address**

RS COMPONENTS SRL
VIA DE VIZZI 93/95
CINISELLO BALSAMO, 20092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 36,561.00

---

**3.169 0** **Nonpriority creditor's name and mailing address**

RUBICONE PETROLI SNC DI MICOLUCCI R
AREA DI SERVIZIO A14
SAVIGNANO SUL RUBICONE, 47039
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 62.80

---

**3.169 1** **Nonpriority creditor's name and mailing address**

RUBIX SPA
VIA NAZIONALE 92
PRADAMANO, 33040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,114.87

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.169 2**

**Nonpriority creditor's name and mailing address**

RUTRONIK ELECTRONICS ASIA HK LIMITE
5/F, MANULIFE PLACE
348 KWUN TONG ROAD
KWUN TONG, KOWLOON 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 830,659.41

---

**3.169 3**

**Nonpriority creditor's name and mailing address**

RYANAIR DAC BRANCH ITALIANA
AIRSIDE BUSINESS PARK
SWORDS CO. DUBLIN, 00000
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 466.10

---

**3.169 4**

**Nonpriority creditor's name and mailing address**

S&T AUTOMATION GROUP SRL
VIA DI SAN GIULIANO, 4 VILLAG
FOGGIA, 71122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 544.82

---

**3.169 5**

**Nonpriority creditor's name and mailing address**

S.A.M. S.A.S.
VIA C.CASARCELLE, 65
CAIVANO, 80023
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,950.58

---

**3.169 6**

**Nonpriority creditor's name and mailing address**

S.C.A.M. SAS DI MORANDOTTI A. & C.
VIA CATTANEO 13
MAGENTA, 20013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 856.29

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1697**

**Nonpriority creditor's name and mailing address**

S.C.E.L.F. SRL
P.LE S.CHIARA
FORLI, 47122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 68.50

---

**3.1698**

**Nonpriority creditor's name and mailing address**

S.E.A.R. SRL
VIA MATTEOTTI, 10
CASTELLANZ, 21053
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,351.39

---

**3.1699**

**Nonpriority creditor's name and mailing address**

S.G.C. SRL
S.S. 16 KM 795+365
BARI, 70127
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22.83

---

**3.1700**

**Nonpriority creditor's name and mailing address**

S.G.M. DISTRIBUZIONE S.P.A.
VIA G. V. SCHIAPARELLI, 3
FORLI', 47100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 102.74

---

**3.1701**

**Nonpriority creditor's name and mailing address**

S.I.C.A. SAS DI F. LOIACONO & C.
VIA DON PRIMO MAZZOLARI 57
RUVO DI PUGLIA, 70037
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,839.86

---

**Part 2:** Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.170 2** Nonpriority creditor's name and mailing address

S.I.D.E.A. SERVICE S.A.S.
VIA CESARE BATTISTI, 1
MONCALIERI, 10024
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 10,068.21

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.170 3** Nonpriority creditor's name and mailing address

S.I.E.MEC. SRL
VIA DELLE MIMOSE, SN
MODUGNO, 70026
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 41,743.69

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.170 4** Nonpriority creditor's name and mailing address

S.I.S.A. SRL - HOTEL SAVOY
VIA LUDOVISI 15
ROMA, 00187
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 187.81

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.170 5** Nonpriority creditor's name and mailing address

S.M. DI LAMBERTINI SERGIO E MAURO S
VIA PORRETTANA 502
CASALECCHIO DI RENO, 40033
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 4.12

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.170 6** Nonpriority creditor's name and mailing address

S.M.A.T INTERNATIONAL SRL
VIA DI FRANCIA, 28
GENOVA, 16149
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 181.41

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1707**

**Nonpriority creditor's name and mailing address**

S.T.A SRL
VIA LUIGI PIRANDELLO 10
BOLOGNA, 40050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,462.49

---

**3.1708**

**Nonpriority creditor's name and mailing address**

S.T.I. SOLUZIONI TECNOLOGICHE INDUS
VIA MANFREDONIA KM 2+200
FOGGIA, 71121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,542.01

---

**3.1709**

**Nonpriority creditor's name and mailing address**

S.W.I.F.T. SCRL
AVENUE ADELE 1
LA HULPE, 1310
BELGIUM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 189.52

---

**3.1710**

**Nonpriority creditor's name and mailing address**

S2C SPA
VIA SAN GREGORIO 29
MILANO, LOMBARDY, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SURETY BOND #: 01.000015982 FOR THE BENEFIT OF COMUNE DI BOLOGNA

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.1711**

**Nonpriority creditor's name and mailing address**

SA.DI.CA. SRL
VIA AURELIO SAFFI 12/Q/P
BOLOGNA, 40131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 43.94

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.171 2** | **Nonpriority creditor's name and mailing address**

SAA S.C.AR.L
VENTIMIGLIA N. 115
TORINO, 10126
ITALY

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 27,857.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171 3** | **Nonpriority creditor's name and mailing address**

SABAFER SRL
VIA REGIO PARCO N. 91
SETTIMO TORINESE, 10036
ITALY

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 972.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171 4** | **Nonpriority creditor's name and mailing address**

SAC SNC DI BIASI DAVIDE E C.
AUTOSTRADA BS-PD AREA DI SERVIZIO
SOMMACAMPAGNA, 37066
ITALY

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 50.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171 5** | **Nonpriority creditor's name and mailing address**

SACEL SRL
LOC. RISERA
OZEGNA, 10080
ITALY

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 52,384.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171 6** | **Nonpriority creditor's name and mailing address**

SACIMEX SRL
VIA DE GASPERI 1/7
ROBASSOMERO, 10070
ITALY

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 82.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|----------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1717**

**Nonpriority creditor's name and mailing address**

SADEM SPA
VIA DELLA REPUBBLICA 14
GRUGLIASCO, 10095
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,188.55

---

**3.1718**

**Nonpriority creditor's name and mailing address**

SAFE S.R.L.
VIA PASTORE, 14
CAZZAGO S. MARTINO, 25045
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,192.54

---

**3.1719**

**Nonpriority creditor's name and mailing address**

SAFE TECHNOLOGY DI SALVATORE FERNAN
VIA AMERIGO VESPUCCI 33
MELITO DI NAPOLI, 80017
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,872.45

---

**3.1720**

**Nonpriority creditor's name and mailing address**

SAFETY KLEEN ITALIA SPA
VIA XXV APRILE 5
PERO, 20016
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,614.88

---

**3.1721**

**Nonpriority creditor's name and mailing address**

SAFETY KLEEN ITALIA SPA
VIA XXV APRILE 5
PERO, 20016
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,623.04

---

| Debtor | Marelli Europe S.p.A. | Case number *(if known)* | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.172 2**

**Nonpriority creditor's name and mailing address**

SAGAT S.P.A - AEROPORTO DI TORINO
STRADA SAN MAURIZIO 12
TORINO, 10072
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 77.64

---

**3.172 3**

**Nonpriority creditor's name and mailing address**

SAGTUBI SPA
VIA ALESSANDRINI 39/57
NOVELLARA, 42017
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,316.91

---

**3.172 4**

**Nonpriority creditor's name and mailing address**

SAIMARE S.P.A.
VIA A. SCARSELLINI 155
GENOVA, 16149
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,816.52

---

**3.172 5**

**Nonpriority creditor's name and mailing address**

SAINT-GOBAIN ABRASIVI SPA
VIA PER CESANO BOSCONE, 4
CORSICO, 20094
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,920.72

---

**3.172 6**

**Nonpriority creditor's name and mailing address**

SALVETTI RETE SRL
AREA DI SERVIZIO GHEDI OVEST A21
BAGNOLO MELLA, 25021
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 324.46

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1727**

**Nonpriority creditor's name and mailing address**

SALVIOLI SRL
VIA 2 AGOSTO 1980 N. 28/30
VALSAMOGGIA, 40053
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,437.39

---

**3.1728**

**Nonpriority creditor's name and mailing address**

SAMI SPA CAVI SPECIALI
VIA VENEZIA SNC
LISCATE, 20060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,000.47

---

**3.1729**

**Nonpriority creditor's name and mailing address**

SAMSIC ITALIA SPA
VIA PAVIA 105/H
CASCINE VICA RIVOLI, 10098
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,615.48

---

**3.1730**

**Nonpriority creditor's name and mailing address**

SAMSUNG ELECTRO MECHANICS GMBH
KOLNER STRASSE 12
ESCHBORN, 65760
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 50,258.28

---

**3.1731**

**Nonpriority creditor's name and mailing address**

SAMSUNG SEMICONDUCTOR EUROPE GMBH
EINSTEINSTRASSE, 174
München, 81677
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,492,792.74

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.173 2**

**Nonpriority creditor's name and mailing address**

SAMTEC INC
P.O. BOX 1147520 PARK EAS
NEW ALBANY INDIANA,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,072.49

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173 3**

**Nonpriority creditor's name and mailing address**

SAMTEC, INC.
P.O.BOX 1147 - 520 PARK EAST BLVD.
47150 NEW ALBANY,
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 10,119.41

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173 4**

**Nonpriority creditor's name and mailing address**

SAN HUA DEVELOPMENT CO. LTD
ROOM 501-2 SEA VIEW COMMERCIAL BUIL
HONG KONG,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 5,178.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173 5**

**Nonpriority creditor's name and mailing address**

SAN MARCO PETROLI DISTRIBUZIONE SRL
VIA ANTONIO MARANGONI 60
UDINE, 33100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 66.23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173 6**

**Nonpriority creditor's name and mailing address**

SANDVIK ITALIA SPA DORMER PRAMET
VIA RAIMONDI 13
MILANO, 20156
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 555.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.173 7** **Nonpriority creditor's name and mailing address**

SANGRO MENSE SRL
CONDRADA CASTELLO DI SETTE 20
MOZZAGROGNA, 66030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7.83

---

**3.173 8** **Nonpriority creditor's name and mailing address**

SANTACROCE SRL
CIRCONV. OCCIDENTALE 177
SULMONA, 67039
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 137.00

---

**3.173 9** **Nonpriority creditor's name and mailing address**

SANTEC PRECISION (SHANGHAI) CO., LT
LONG PAN ROAD
BOCK4, MALU JIADING, 201801
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,330.21

---

**3.174 0** **Nonpriority creditor's name and mailing address**

SAP ITALIA  SPA
ENERGY PARK-EDIF. 03,VIA MONZA 7/A
VIMERCATE, 20871
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,020.92

---

**3.174 1** **Nonpriority creditor's name and mailing address**

SARIX SA
VIA SERRAI 12
SANT'ANTONINO, 6592
SWITZERLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 103,776.40

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.174 2** Nonpriority creditor's name and mailing address

SARNI SRL
CORSO GIUSEPPE MAZZINI 31/A
VASTO, 66054
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 687.46

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.174 3** Nonpriority creditor's name and mailing address

SARREL SA
38 RUE PAUL CHEVALIER
MAROLLES LES BRAULTS, 72260
FRANCE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 4,615.73

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.174 4** Nonpriority creditor's name and mailing address

SATER S.R.L.
VIA CALATAFIMI 15
NICHELINO, 10042
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 1,704.85

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.174 5** Nonpriority creditor's name and mailing address

SATI S.R.L.
VIA FERRANTE APORTI 14
MILANO, 20125
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 6,350.36

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.174 6** Nonpriority creditor's name and mailing address

SAVV SRL
VIA PALLI 2
LUNGAVILLA, 27053
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 288.32

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|----------------------|------------------------|----------|
|        | Name                 |                        |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.174 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,317.61 |
|---|---|---|
| SC BFK  MANAGEMENT CONSULTING SRL<br>str. Diaconu Coresi 41<br>Timisoara, 300588<br>ROMANIA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:**  TRADE PAYABLE | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.174 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 15,654.71 |
|---|---|---|
| SCARABELLO S.R.L.<br>VIA GRAN SASSO 26/28<br>CORBETTA, 20011<br>ITALY | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:**  TRADE PAYABLE | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.174 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 51.19 |
|---|---|---|
| SCATOLSTAMPA DI LAFORGE BIAGIO E C.<br>VIA GARRUBA 73<br>BARI, 70122<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:**  TRADE PAYABLE | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.175 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 94,984.76 |
|---|---|---|
| SCHAEFFLER ITALIA SRL<br>VIA DR. GEORG SCHAEFFLER N. 7<br>MOMO, 28015<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:**  TRADE PAYABLE | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.175 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 5,006.24 |
|---|---|---|
| SCHENKER ITALIANA SPA<br>VIA F.LLI BANDIERA 29<br>PESCHIERA BORROMEO, 20068<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:**  TRADE PAYABLE | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.175 2**

**Nonpriority creditor's name and mailing address**

SCHERDEL GMBH
SCHERDELSTRASSE 2
MARKTREDWITZ, 95615
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,136.40

---

**3.175 3**

**Nonpriority creditor's name and mailing address**

SCHLAEGER M-TECH GMBH
RITTER VON EITZENBERGER STR. 10
BAYREUTH, 95448
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,225,329.24

---

**3.175 4**

**Nonpriority creditor's name and mailing address**

SCHUNK INTEC SRL
VIA BAROZZO,S.N.
LURATE CACCIVIO, 22075
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,551.82

---

**3.175 5**

**Nonpriority creditor's name and mailing address**

SCOTTA IMPIANTI SRL
LOCALITA' TREBBIE 37
CAVALLERMAGGIORE, 12030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 627.93

---

**3.175 6**

**Nonpriority creditor's name and mailing address**

SDA EXPRESS COURIER SPA
VIA E. GRA 19
ROMA, 00163
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6.40

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.175 7**

**Nonpriority creditor's name and mailing address**

SDG CONSULTING ITALIA SPA
VIA DELLA MOSCOVA 18
MILANO, 20121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 23,234.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.175 8**

**Nonpriority creditor's name and mailing address**

SDPROGET INDUSTRIAL SOFTWARE S.R.L.
VIA DELLE INDUSTRIE 8
ALMESE, 10040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 785.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.175 9**

**Nonpriority creditor's name and mailing address**

SDS SRL
VIA DEL DON  5
MILANO, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 287.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.176 0**

**Nonpriority creditor's name and mailing address**

SE.P.CO. SRL
VIA CAPPELLO VECCHIO 2
SALERNO, 84131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,762.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.176 1**

**Nonpriority creditor's name and mailing address**

SEAT S.A.- CUENTAS CURRIENTES
APARTADO CORREOS, 740
08080 - BARCELLONA,
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 41.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.176 2** Nonpriority creditor's name and mailing address

SECURITY BUILDING SERVICE S.R.L.
VIA CLARA MAFFEI 14/A
BERGAMO, 24121
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                2,270.81

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.176 3** Nonpriority creditor's name and mailing address

SEEGER-ORBIS GMBH
Wiesbadener Str. 243
Königstein, 61462
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                39,462.68

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.176 4** Nonpriority creditor's name and mailing address

SEFA S.R.L.
VIA DEGLI SCALPELLINI LOTTO F7
MOLFETTA, 70056
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                9,277.22

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.176 5** Nonpriority creditor's name and mailing address

SEHO GMBH
PO BOX 1180
KREUZWERTHEIM, 97888
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                16,764.43

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.176 6** Nonpriority creditor's name and mailing address

SEI STRUMENTAZIONE S.R.L.
VIA PIETRO MASCAGNI, 24
MILANO, 20122
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                1,862.80

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.1767**

**Nonpriority creditor's name and mailing address**

SELESTA INGEGNERIA SPA
VIA DE MARINI 1
GENOVA, 16149
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 41,974.92

---

**3.1768**

**Nonpriority creditor's name and mailing address**

SELFERG S.R.L.
VIA EDMONDO CACCURI 7
BARI, 70124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16,393.84

---

**3.1769**

**Nonpriority creditor's name and mailing address**

SELINT SRL
VIA DEL FONTANILE ANAGNIO 50A
ROMA, 00118
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,870.37

---

**3.1770**

**Nonpriority creditor's name and mailing address**

SELTECH S.A.
2 ALLEE DES CERISIERS
CRETEIL, 94042
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,824.55

---

**3.1771**

**Nonpriority creditor's name and mailing address**

SELVA SRL
STRADA RIVALTA 15
ORBASSANO, 10043
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 260.30

---

| Debtor | Marelli Europe S.p.A. | | Case number (if known) | 25-11109 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.177 2**

**Nonpriority creditor's name and mailing address**

SEMAR SRL
VIA SARDEGNA 5
CASTELFIDARDO, 60022
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 54,774.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.177 3**

**Nonpriority creditor's name and mailing address**

SEMIDICE COMPONENTS LTD.
UNIT 32, BROOKE IND. PARK
NORWICH, NR15 1HJ
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 32,618.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.177 4**

**Nonpriority creditor's name and mailing address**

SEMOS SOFTWARE LLC
405 STATE HIGHWAY 121 SUITE A250,
LEWISVILLE, 75067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 122,656.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.177 5**

**Nonpriority creditor's name and mailing address**

SENSATA TECHNOLOGIES HOLLAND B.V.
JAN TINBERGENSTRAAT 80
7559 SP HENGELO,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 264,011.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.177 6**

**Nonpriority creditor's name and mailing address**

SEPI AMBIENTE SRL
VIA SICILIA 12
SETTIMO TORINESE, 10036
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,176.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.177 7**

**Nonpriority creditor's name and mailing address**

SERENISSIMA RISTORAZIONE SPA
VIALE DELLA SCIENZA 26
VICENZA, 36100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,327.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.177 8**

**Nonpriority creditor's name and mailing address**

SERIFOTO SRL
VIA DELLE INDUSTRIE 8
AGRATE BRI, 20864
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,949.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.177 9**

**Nonpriority creditor's name and mailing address**

SERIPLAST S.R.L.
VIA DELLA COLOMBAIA N.1
BARBERINO DI MUGELLO, 50031
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 9,928.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.178 0**

**Nonpriority creditor's name and mailing address**

SERITAL SRL
VIA E. FERMI, 134/A
SAN FELICE, 41038
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,991.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.178 1**

**Nonpriority creditor's name and mailing address**

SERMA S.R.L.
VIA DUE PORTONI, 41
BOLOGNA, 40132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,298.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.178 2** **Nonpriority creditor's name and mailing address**

SERMA TECHNOLOGIES SAS
14 RUE GALILÃ©E Ã€" CS10055 Ã€" 33615 PE
BORDEAUX,FRANCE, 33615
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,349.80

---

**3.178 3** **Nonpriority creditor's name and mailing address**

SERNET S.P.A.
PIAZZA DELLA REPUBBLICA 30
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 55,420.00

---

**3.178 4** **Nonpriority creditor's name and mailing address**

SERPAC SRL
VIA TIEPOLO 24
SEGRATE, 20054
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 800.49

---

**3.178 5** **Nonpriority creditor's name and mailing address**

SERPLA SRL
VIA ALESSANDRO VOLTA 20/2
TEOLO, Z.I. SELVE, 35037
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,854.20

---

**3.178 6** **Nonpriority creditor's name and mailing address**

SERVENTI SRL
VIA DI VILLA SERVENTI, 9/9A
176 ROMA RM,
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 94.76

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.178 7**

**Nonpriority creditor's name and mailing address**

SERVICE KEY SPA
VIA GERMANIA 7/4
VIGONZA, 35010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 217,546.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.178 8**

**Nonpriority creditor's name and mailing address**

SERVISCONTROL S.R.O.
HAVLICKOVA 822
KOLIN IV, 280 02
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 54,612.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.178 9**

**Nonpriority creditor's name and mailing address**

SERVIZI E GESTIONE ITALIA SRL
VIALE OCEANO INDIANO 13
ROMA, 00144
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 374.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179 0**

**Nonpriority creditor's name and mailing address**

SERVIZI GENERALI ITALIA SRL
VIA DE CAPITANI 43
AGRATE BRIANZA, 20864
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,880.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179 1**

**Nonpriority creditor's name and mailing address**

SERVOTECNICA SPA
VIA E.MAJORANA 4
NOVA MILAN, 20054
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 250.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.179 2** **Nonpriority creditor's name and mailing address**

SETTECENTO SRL
VIA DELL'INNOVAZIONE 17
TREVIOLO, 24048
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 142.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179 3** **Nonpriority creditor's name and mailing address**

SEVEL SPA
VIALE AVV. GIOVANNI AGNELLI 10
ATESSA, 66041
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 12.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179 4** **Nonpriority creditor's name and mailing address**

SHANGHAI AOHAN ELECTRONICS CO, LTD.
RM906, NO58 Jinxin Rd
Pudong, 200120
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,153.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179 5** **Nonpriority creditor's name and mailing address**

SHANGHAI FUTURE HIGH-TECH CO.,LTD
NO .3998, PANJING ROAD, BAOSH DISTR
SHANGHAI, 201900
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 19,594.41

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179 6** **Nonpriority creditor's name and mailing address**

SHANGHAI LI AN IMP.AND EXP.COR
N 200 Huai Hai (M) Road
SHANGHAI (CHINA), 200021
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 226,544.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1797**

**Nonpriority creditor's name and mailing address**

SHANGHAI QIANXU ELECTRONIC
Room101, Building2, No.150, Lane216
Shanghai,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,041.97

---

**3.1798**

**Nonpriority creditor's name and mailing address**

SHANGHAI SINOVU INFORMATION&TECH CO
8TH FLOOR,NO 58 WEITAI BUILDING, 91
SHANGHAI, 200127
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,127.45

---

**3.1799**

**Nonpriority creditor's name and mailing address**

SHANGHAI SOGREAT ELECTRONIC TECH.
NO 388 YUANQU ROAD ANTING TOWN
JIADING DISTR. SHANGHAI,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,887.34

---

**3.1800**

**Nonpriority creditor's name and mailing address**

SHENZHEN ZHUOLIDA ELECTRONICS CO.,
BUILDING A3, HUAFA INDUSTRIAL PARK,
SHENZHEN, 518103
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 118,396.81

---

**3.1801**

**Nonpriority creditor's name and mailing address**

SHIN-ETSU MAGNETICS EUROPE GMBH
GERBERMUHLSTRASSE 7
FRANKFURT AM MAIN, 60594
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,584.59

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.180 2**

**Nonpriority creditor's name and mailing address**

SHIPLEY BUSINESS DEVELOPMENT
C314 TOWNSEND, DODBALLAPUR ROAD
BANGALORE, KARNATAKA, 560064
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 33,528.86

---

**3.180 3**

**Nonpriority creditor's name and mailing address**

SHUTTERSTOCK INC.
350 Fifth Avenue, 20th Floor
New York, 10118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,929.56

---

**3.180 4**

**Nonpriority creditor's name and mailing address**

SICAM SRL
VIA LAZIO 10-12/A
ZOLA PREDOSA, 40069
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,099.15

---

**3.180 5**

**Nonpriority creditor's name and mailing address**

SICILY BY CAR SPA
LARGO VILLAURA 27
PALERMO, 90142
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 161.07

---

**3.180 6**

**Nonpriority creditor's name and mailing address**

SICURA SPA
VIA ZAMENHOF, 363
VICENZA, 36100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27,217.03

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1807**

**Nonpriority creditor's name and mailing address**

SIDABO SRL
STRADA MAGGIORE, 20
BOLOGNA, 40125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,884.89

---

**3.1808**

**Nonpriority creditor's name and mailing address**

SIEGFRIED WILD ELEKTROTECHNIK GMBH
HOLLWEGHSTRASSE 15
KOLN, 51103
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 202.65

---

**3.1809**

**Nonpriority creditor's name and mailing address**

SIEMENS AG CT
OTTO HAHN RING 6
MUENCHEN, 81739
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,995.88

---

**3.1810**

**Nonpriority creditor's name and mailing address**

SIEMENS INDUSTRY SOFTWARE GMBH
FRANZ-GEUER-STR. 10
KÃ¶LN, 50823
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,095.07

---

**3.1811**

**Nonpriority creditor's name and mailing address**

SIEMENS INDUSTRY SOFTWARE INC.
5800 GRANITE PARKWAY SUITE 600
TX 75024, PLANO,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,052,240.31

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.181 2**

**Nonpriority creditor's name and mailing address**

SIEMENS INDUSTRY SOFTWARE SRL
Via Werner von Siemens 1
MILANO, 20128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 262,674.14

---

**3.181 3**

**Nonpriority creditor's name and mailing address**

SIEMENS SPA
VIA VIPITENO N.4
MILANO, 20128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,024.60

---

**3.181 4**

**Nonpriority creditor's name and mailing address**

SILICONEXPERT TECHNOLOGIES, INC.
245 MAIN STREET
CAMBRIDGE MA, 02142

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,911.84

---

**3.181 5**

**Nonpriority creditor's name and mailing address**

SILLA FABIO E C. SNC
FRAZIONE OVA
CASTELNUOVO SCRIVIA, 15053
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 74.22

---

**3.181 6**

**Nonpriority creditor's name and mailing address**

SIMIONATO PAOLO & C. SNC
VIA TRE PONTI, 13/C
PADOVA, 35136
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 53.66

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.181 7** **Nonpriority creditor's name and mailing address**

SIMPLEX TECHNOLOGY SRL
VIA L. CAPUANA 28
BARLASSINA, 20825
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,870.66

---

**3.181 8** **Nonpriority creditor's name and mailing address**

SINOMAG TECHNOLOGY CO. LTD
23F, No1 BLDG, Swanlake Wana Plaza
Zhengwu Disctrict, Hefei, 230022
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,764.92

---

**3.181 9** **Nonpriority creditor's name and mailing address**

SINTEL BELGIUM
AVENUE DES ARTS 19 A/D
BRUSSELS, 1000
BELGIUM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 41,909.93

---

**3.182 0** **Nonpriority creditor's name and mailing address**

SINTEM SRL
CORSO GIAMBONE NR.51
TORINO, 10134
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,936.38

---

**3.182 1** **Nonpriority creditor's name and mailing address**

SIRAM SPA
VIA BISCEGLIE 95
MILANO, 20152
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 293,677.47

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182 2** — Nonpriority creditor's name and mailing address

SIRI ELETTRONICA SPA
VIA C. BATTISTI 70
LIMENA, 35010
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 13,666.64

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.182 3** — Nonpriority creditor's name and mailing address

SIRMET SERVIZI DI PAVIGNANI ORAZIO
VIA SERENARI  27/B
CASTEL MAGGIORE, 40013
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 9,475.94

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.182 4** — Nonpriority creditor's name and mailing address

SIRPI SRL
CORSO DI PORTA ROMANA 119
MILANO, 20122
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 67,190.01

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.182 5** — Nonpriority creditor's name and mailing address

SIRTAM S.P.A.
VIA E.FERMI N.93
PISTOIA, 51100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 127.10

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.182 6** — Nonpriority creditor's name and mailing address

SIRTEM SRL
VIA TOMBE 29/A INT. 1
SORA, 03039
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 1,356.03

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1827**

**Nonpriority creditor's name and mailing address**

SITEC S.R.L.
ZONA ARTIGIANALE LOTTI C9/C10
MOLFETTA, 70056
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24,251.95

---

**3.1828**

**Nonpriority creditor's name and mailing address**

SIVECO ITALIA SRL
V.LE FULVIO TESTI 117
CINISELLO BALSAMO, 20092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,364.87

---

**3.1829**

**Nonpriority creditor's name and mailing address**

SIXT GMBH & CO. AUTOVERMIETUNG KG
ZUGSPITZSTRASSE 1
PULLACH, 82049
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 461.25

---

**3.1830**

**Nonpriority creditor's name and mailing address**

SIXT RENT A CAR SRL
BOZNERSTRASSE 63
FRANGARTO, 39057
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 86.11

---

**3.1831**

**Nonpriority creditor's name and mailing address**

SJM FLEX SA (PTY) LTD DETAILS
CORNER OF HAUPT AND NICOL
PORT ELIZABETH 6061,
SOUTH AFRICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 726,365.35

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.183 2** **Nonpriority creditor's name and mailing address**

SK TECHNOLOGY GMBH
WERNHER VON BRAUN STR. 4
RODING, 93426
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31,179.28

---

**3.183 3** **Nonpriority creditor's name and mailing address**

SKF INDUSTRIE S.P.A.
VIA DELL'ARCIVESCOVADO 1
TORINO, 10121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 121,379.05

---

**3.183 4** **Nonpriority creditor's name and mailing address**

SKILLAB  S.R.L.
C.SO STATI UNITI, 38
TORINO, 10128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,309.28

---

**3.183 5** **Nonpriority creditor's name and mailing address**

SKODA AUTO A.S.
VACLAVA KLEMENTA, 869
293 60 MLADA BOLESLA,
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 82,253.77

---

**3.183 6** **Nonpriority creditor's name and mailing address**

SKORPION ENGINEERING SRL
PIAZZA CENTRO COMMERCIALE 48
LOC.MILANO S. FELICE SEGRATE, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,171.24

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1837**

**Nonpriority creditor's name and mailing address**

SKYTECHNOLOGY S.R.L.
VIA FRANCESCO GONIN, 55
MILANO, 20147
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 41,461.72

---

**3.1838**

**Nonpriority creditor's name and mailing address**

SMAT
C.SO XI FEBBRAIO 14
TORINO, 10152
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 79,974.68

---

**3.1839**

**Nonpriority creditor's name and mailing address**

SMC ITALIA SPA
VIA DELLE DONNE LAVORATRICI 21
BRUGHERIO, 20861
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 505.34

---

**3.1840**

**Nonpriority creditor's name and mailing address**

SMC ITALY S.R.L.
FORO BUONAPARTE  n. 12
Milano, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,791.82

---

**3.1841**

**Nonpriority creditor's name and mailing address**

SO.GE.SI. SPA
ZI MOLINACCIO
PONTE SAN GIOVANNI, 06135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 796.30

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.184 2**

**Nonpriority creditor's name and mailing address**

SO.GES SRL
VIALE MAZZINI 18
FIRENZE, 50100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 333.94

---

**3.184 3**

**Nonpriority creditor's name and mailing address**

SO.LA.IS. S.R.L.
VIA CREVADA 69/71
REFRONTOLO, 31020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 90,114.52

---

**3.184 4**

**Nonpriority creditor's name and mailing address**

SOCEB SRL
AGGLOMERATO IND.LE S.MARC
MARCIANISE, 81025
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,949.94

---

**3.184 5**

**Nonpriority creditor's name and mailing address**

SOCIETA' EMILIANA FERRO E ACCIAI SR
VIA STELLONI 39/A
SALA BOLOGNESE, 40010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,005.69

---

**3.184 6**

**Nonpriority creditor's name and mailing address**

SOCIETA PER AZIONI ESERCIZI
AEROPORTO MILANO LINATE
SEGRATE MILANO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 335.55

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.184 7** | **Nonpriority creditor's name and mailing address**

SODEXO ITALIA SPA
VIA F.LLI GRACCHI 36
CINISELLO BALSAMO, 20092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,737.55

---

**3.184 8** | **Nonpriority creditor's name and mailing address**

SOGEFI FILTRATION ITALY S.P.A.
VIALE IV NOVEMBRE ,19
SANT'ANTONIO DI SUSA, 10050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,382.18

---

**3.184 9** | **Nonpriority creditor's name and mailing address**

SOL S.P.A.
VIA BORGAZZI 27
MONZA, 20052
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40,140.91

---

**3.185 0** | **Nonpriority creditor's name and mailing address**

SOLALVA SA
S.PEDRO
ARGANIL COIMBRA  330,
PORTUGAL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,573.70

---

**3.185 1** | **Nonpriority creditor's name and mailing address**

SOLIDRUN LTD
1 MISHMAR HAYAM ST
ACRE, 2412401
ISRAEL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,060.77

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.185 2**

**Nonpriority creditor's name and mailing address**

SOLUZIONI UFFICIO SRL
CORSO DI PORTA ROMANA 132
MILANO, 20122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 284.85

---

**3.185 3**

**Nonpriority creditor's name and mailing address**

SONEPAR ITALIA S.P.A.
RIVIERA MAESTRI DEL LAVORO 24
PADOVA, 35127
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,505.95

---

**3.185 4**

**Nonpriority creditor's name and mailing address**

SONPLAS GMBH
SACHSENRING 57
STRAUBING, 94315
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 793,074.05

---

**3.185 5**

**Nonpriority creditor's name and mailing address**

SONY SEMICONDUCTOR&ELECTRONIC
THE HEIGHTS BROOKLANDS
WEYBRIDGE SURREY, KT13 0XW
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 275.51

---

**3.185 6**

**Nonpriority creditor's name and mailing address**

SORGEAQUA SRL
PIAZZA VERDI 6
FINALE EMILIA, 41034
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 33,888.22

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1857**

**Nonpriority creditor's name and mailing address**

SOTEK SRL
VIA G.CERESANI, 3
FABRIANO, 60044
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 14,158.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1858**

**Nonpriority creditor's name and mailing address**

SOVITY GMBH
Emil-Figge-Straße 76
Dortmund, 44227
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 4,679.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1859**

**Nonpriority creditor's name and mailing address**

SOWA SMART TECHNOLOGIES
NO. 96, JIANGCHAO ROAD, PUJIANG TOW
SHANGHAI, 201114
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 453.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1860**

**Nonpriority creditor's name and mailing address**

SPEA SISTEMI S.R.L.
S.P.231 KM. 5,200 PARCO COMM.
BITONTO, 70032
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 555.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1861**

**Nonpriority creditor's name and mailing address**

SPEA SPA
VIA TORINO 16
VOLPIANO, 10088
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 186,522.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.186 2**

**Nonpriority creditor's name and mailing address**

SPECIAL UTENSILI LD S.R.L. S.U.
VIA DELLE GINESTRE 19 - Z.I.
MODUGNO, 70026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,080.98

---

**3.186 3**

**Nonpriority creditor's name and mailing address**

SPESSO GASKETS SRL
STRADA DEL FRANCESE 133
TORINO, 10156
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,781.02

---

**3.186 4**

**Nonpriority creditor's name and mailing address**

SPINDOX S.P.A.
VIA BISCEGLIE 76
MILANO, 20152
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,702.19

---

**3.186 5**

**Nonpriority creditor's name and mailing address**

SPRING TECHNOLOGIES
261 RUE DE PARIS
MONTREUIL, 93000
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,197.38

---

**3.186 6**

**Nonpriority creditor's name and mailing address**

SPS E.K.
TOBLACHER STR. 17
AUGSBURG, 86165
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,596.07

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1867** **Nonpriority creditor's name and mailing address**

ST.CLAIR TECHNOLOGIES INC.
827, DUFFERIN AVE
WALLACEBURG ONTARIO, N8A 2V5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,430.12

---

**3.1868** **Nonpriority creditor's name and mailing address**

STAFFIERI ANTONIO & C. SNC
VIA MICHELE CARBONE SNC
MONTAQUILA, 86070
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,549.12

---

**3.1869** **Nonpriority creditor's name and mailing address**

STALMAX SP. Z O.O.
PIATKOWIEC 55B
WADOWICE GORNE, 39-308
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 110,900.57

---

**3.1870** **Nonpriority creditor's name and mailing address**

STAMPLAST GROUP SRL
Via dei Garofani 7
MODUGNO, 70026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 112,486.36

---

**3.1871** **Nonpriority creditor's name and mailing address**

STANZANI SPA
VIA DELLA PACE 2/E
SALA BOLOGNESE, 40010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 139.28

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.187 2** **Nonpriority creditor's name and mailing address**

STAR 7
VIA ALESSANDRIA 37/B
VALLE SAN BARTOLOMEO, 15122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,924.98

---

**3.187 3** **Nonpriority creditor's name and mailing address**

STARACE SERVIZI SAS
VIA BROGEDA 15/A
COMO, 22100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 148.42

---

**3.187 4** **Nonpriority creditor's name and mailing address**

STAUBLI ITALIA S.P.A.
VIA RIVIERA,55
CARATE BRIANZA, 20841
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 47,109.57

---

**3.187 5** **Nonpriority creditor's name and mailing address**

STAV SPA
C.SO MILANO 168
VIGEVANO, 27029
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 67,580.70

---

**3.187 6** **Nonpriority creditor's name and mailing address**

STAZ. RIF. Q8 DI MANGIONE GIANLUCA
C. GARIBALDI 58
VENARIA REALE, 10078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,415.68

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.187 7** Nonpriority creditor's name and mailing address

STAZIONE AGIP DI PIETRALUNGA P. & F
VIA DIVISIONE JULIA 5
BERGAMO, 24121
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 49.71

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.187 8** Nonpriority creditor's name and mailing address

STAZIONE DI SERVIZIO ENI
VIA G. D ANNUNZIO
PALESE, 70057
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 127.29

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.187 9** Nonpriority creditor's name and mailing address

STAZIONE DI SERVIZIO GIGLIOTTI MASS
VIA ALDO BORLETTI 29
SANTO STEFANO TICINO, 20010
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 239.78

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.188 0** Nonpriority creditor's name and mailing address

STEINER & MARTINS INC
8200 NW 41 ST, SUITE 200
DORAL, 33166

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 103.61

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.188 1** Nonpriority creditor's name and mailing address

STELLANTIS EUROPE  S.P.A.
CORSO LUIGI SETTEMBRINI 53
TORINO, 10135
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 626,782.32

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    Marelli Europe S.p.A.

Case number (if known)    25-11109

Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |

**3.188 2** Nonpriority creditor's name and mailing address

STELLANTIS EUROPE S.P.A.
PIAZZA CATTANEO 9
TORINO, 10137
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$    32,731.96

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.188 3** Nonpriority creditor's name and mailing address

STELLANTIS EUROPE S.P.A.
C.SO G. AGNELLI, 200
TORINO, 10135
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$    291,963.52

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.188 4** Nonpriority creditor's name and mailing address

STELLANTIS EUROPE S.P.A.
C.SO G. AGNELLI, 200
TORINO, 10135
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$    8,168.14

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.188 5** Nonpriority creditor's name and mailing address

STELLANTIS EUROPE S.P.A.
CORSO G.AGNELLI, 200
TORINO, 10135
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$    47,869.76

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.188 6** Nonpriority creditor's name and mailing address

STELLANTIS EUROPE S.P.A.
CORSO G. AGNELLI 200
TORINO, 10135
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$    5,202.30

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1887**

**Nonpriority creditor's name and mailing address**

STELLANTIS EUROPE S.P.A./102
CORSO AGNELLI 200
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,121.13

---

**3.1888**

**Nonpriority creditor's name and mailing address**

STELLANTIS EUROPE S.P.A./251
CORSO FERRUCCI 112
TORINO, 10138
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,176.33

---

**3.1889**

**Nonpriority creditor's name and mailing address**

STELLANTIS EUROPE SPA
TAURUSAVENUE 1
HOOFDDORP, 2312
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 53,898,000.00

---

**3.1890**

**Nonpriority creditor's name and mailing address**

STELO SRL
VIA CATTANEO, 69
MAGENTA, 20013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 399.59

---

**3.1891**

**Nonpriority creditor's name and mailing address**

STILL S.P.A.
VIALE DE GASPERI 7
LAINATE, 20020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 79,909.04

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.189 2**

**Nonpriority creditor's name and mailing address**

STMICROELECTRONICS
VIA CAMILLO OLIVETTI 2
AGRATE BRIANZA, 20864
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,220,966.30

---

**3.189 3**

**Nonpriority creditor's name and mailing address**

STOBA (YANTAI) PRECISION MACHINERY
No.91 Zhaoxian Road, Yantai
Shandong, 265500
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,760.92

---

**3.189 4**

**Nonpriority creditor's name and mailing address**

STOBA PRECIZNI TECHNIKA S.R.O.
TURANKA 1316/114
BRNO, 627 00
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 42,949.69

---

**3.189 5**

**Nonpriority creditor's name and mailing address**

STOBA SONDERMASCHINEN GMBH
MITTERESCHWEG 1
MEMMINGEN, 87700
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,906.69

---

**3.189 6**

**Nonpriority creditor's name and mailing address**

STRADELLA SRL
VIA XXVI APRILE, 14
STRADELLA, 27049
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 291.49

---

| Debtor | Marelli Europe S.p.A. | | Case number (if known) | 25-11109 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.189 7**

**Nonpriority creditor's name and mailing address**

STRATOS ANALYTICS SRL
CORSO VITTORIO EMANUELE II, 107
TORINO, 10128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,410.62

---

**3.189 8**

**Nonpriority creditor's name and mailing address**

STREPARAVA SPA
VIA ZOCCO 13
ADRO, 25030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 227,751.51

---

**3.189 9**

**Nonpriority creditor's name and mailing address**

STUDIO A.P.A. S.R.L.
VIA FOSSOLO, 5/A
BOLOGNA, 40138
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 131.29

---

**3.190 0**

**Nonpriority creditor's name and mailing address**

STUDIO ASSOCIATO SERVIZI PROFESSION
VIA DELL MOSCOVA 3
MILANO, 20121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,068.47

---

**3.190 1**

**Nonpriority creditor's name and mailing address**

STUDIO BENESSIA-CAVALLI-FUBINI-JORI
Via Campana 36
Torino, 10125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,839.28

---

| Debtor | Marelli Europe S.p.A. | | Case number (if known) | 25-11109 |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.190 2**

**Nonpriority creditor's name and mailing address**

STUDIO ENARCO SRL
VIA DEL RONDONE 1
BOLOGNA, 40122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,040.39

---

**3.190 3**

**Nonpriority creditor's name and mailing address**

STUDIO LEGALE ASSOCIATO DONDI GERMA
VIA G. GUIDICINI 11
BOLOGNA, 40137
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,864.23

---

**3.190 4**

**Nonpriority creditor's name and mailing address**

STUDIO LEGALE JACOBACCI & ASSOCIATI
CORSO EMILIA 8
TORINO, 10152
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,445.70

---

**3.190 5**

**Nonpriority creditor's name and mailing address**

STUDIO LEGALE TRIBUTARIO BOLZONI  B
VIA VENTI SETTEMBRE N. 27
MILANO, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 278.57

---

**3.190 6**

**Nonpriority creditor's name and mailing address**

STUDIO LEGALE TRIBUTARIO BOLZONI  B
Via Venti Settembre n. 27
Milano, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 278.57

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.190 7**

**Nonpriority creditor's name and mailing address**

STUDIO TECNICO ASSOCIATO SFT
VIALE CAVOUR 44
GALLIATE, 28066
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 724.28

---

**3.190 8**

**Nonpriority creditor's name and mailing address**

STUDIO TORTA S.P.A.
VIA VIOTTI 9
TORINO, 10121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 48,856.99

---

**3.190 9**

**Nonpriority creditor's name and mailing address**

SUFILOG
9 RUE JULES VERNE
LA RICHE, 37520
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,866.24

---

**3.191 0**

**Nonpriority creditor's name and mailing address**

SUGINO MACHINE FRANCE SAS
34, RUE LOUIS ULBACH
COURBEVOIE, 92400
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 141.80

---

**3.191 1**

**Nonpriority creditor's name and mailing address**

SUITE SRL - SOCIETÀ UNINOMINALE
VIA SAFFI 40
BOLOGNA, 40131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 166.35

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.191 2**

**Nonpriority creditor's name and mailing address**

SUMIRIKO AUTOMOTIVE HOSE POLAND SP.
GABRIELA NARUTOWICZA 61
SOSNOWIEC, 41-200
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  214,800.93

---

**3.191 3**

**Nonpriority creditor's name and mailing address**

SUMIRIKO ITALY SPA
CORSO UNIONE SOVIETICA 612/15/C
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  7,158.55

---

**3.191 4**

**Nonpriority creditor's name and mailing address**

SUN CHEMICAL GROUP SPA
VIA ACHILLE GRANDI 3-6
CALEPPIO DI SETTALA, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  15,726.25

---

**3.191 5**

**Nonpriority creditor's name and mailing address**

SUNNEN ITALIA SRL
VIA GUGLIELMO MARCONI 24/B
ARESE, 20020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  294.17

---

**3.191 6**

**Nonpriority creditor's name and mailing address**

SUPERGAS S.R.L.
VIA ANGELO MARIANI 6
FORLI, 47122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  34.25

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.191 7**

**Nonpriority creditor's name and mailing address**

SUZHOU ZHENYE MOLD CO., LTD
NO.518 ZIXU ROAD,XUKOU TOWN
WUZHONG DISTRICT,SUZHOU,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,708.40

---

**3.191 8**

**Nonpriority creditor's name and mailing address**

SUZUKI MOTOR CORPORATION
300 TAKATSUKA
HAMAMATSU,
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,579.47

---

**3.191 9**

**Nonpriority creditor's name and mailing address**

SUZZI S.R.L.
VIA BERTELLA 39
OZZANO EMILIA, 40064
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,859.59

---

**3.192 0**

**Nonpriority creditor's name and mailing address**

SVEVATRANS SRL
VIA DEI GERANI 5
MODUGNO (BA), 70026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 76,606.73

---

**3.192 1**

**Nonpriority creditor's name and mailing address**

SYSTESTING GMBH
Stahlgruberring 35
MUNCHEN, 81829
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 77,925.37

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.192 2**

**Nonpriority creditor's name and mailing address**

T.D.M. S.R.L.
VIA ANDREA COSTA 17
MILANO, 20131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 49.64

---

**3.192 3**

**Nonpriority creditor's name and mailing address**

T.ERRE POLSKA SP. Z O.O.
ELIZY ORZESZKOWEJ 32
CZECHOWICE-DZIEDZICE, 43-502
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,769.60

---

**3.192 4**

**Nonpriority creditor's name and mailing address**

T.G.S. DI ROSSETTI E VENZON SNC
VIA F. CRISPI 32 / INT. A
BUSTO ARSIZIO, 21052
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 208.47

---

**3.192 5**

**Nonpriority creditor's name and mailing address**

T.R.A TECNOLOGY ROBOT AUTOMATION
VIA ROMA 157
SANTÂ€™ANTIMO, 80029
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 401,513.95

---

**3.192 6**

**Nonpriority creditor's name and mailing address**

TADDEI COPERTURE S.R.L.
STRADA DEL DROSSO 128/23
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,646.64

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192 7**

**Nonpriority creditor's name and mailing address**

TA-DE S.R.L.
VIA LEONARDO DA VINCI, 4/A
SANTO STEFANO TICINO, 20010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,218.74

---

**3.192 8**

**Nonpriority creditor's name and mailing address**

TAGLIAVINI S.R.L.
Via Degli Stradelli Guelfi n.41
Bologna, 40138
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,827.48

---

**3.192 9**

**Nonpriority creditor's name and mailing address**

TAILORSAN S.P.A.
LOCALITA' PIOMBINARA SNC
COLLEFERRO, 00034
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,826.68

---

**3.193 0**

**Nonpriority creditor's name and mailing address**

TAIWAN SEMICONDUCTOR CO., LTD
11FL.,NO.205,SEC.3,BEISHIN RD XINDI
NEW TAIPEI CITY, 231 TAIWAN,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,032.21

---

**3.193 1**

**Nonpriority creditor's name and mailing address**

TAKOSAN OTOMOBIL GOSTERGELERI
DAVUTPASA KISLA CAD. NO:24
GUNGOREN ISTANBUL, 34165
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,484.18

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.193 2**

**Nonpriority creditor's name and mailing address**

TALENTI SRL
VIALE BRIANZA 160/166
CINISELLO BALSAMO, 20092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,983.09

---

**3.193 3**

**Nonpriority creditor's name and mailing address**

TAMAGAWA EUROPE GMBH
EMMY-WECHSSLER-WEG 7
ULM, 89077
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,686.69

---

**3.193 4**

**Nonpriority creditor's name and mailing address**

TAMBURINI SRL
VIA GIULIO PASTORE 6
MAZZANO, 25080
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 43.38

---

**3.193 5**

**Nonpriority creditor's name and mailing address**

TATA ELXSI LTD
ITPB ROAD, WHITEFIELF
BENGALURU, 560048
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 269,596.66

---

**3.193 6**

**Nonpriority creditor's name and mailing address**

TATA TECHNOLOGIES, INC.
6001 CASS AVE. SUITE 600
DETROIT, 48202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 160,188.29

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.193 7** Nonpriority creditor's name and mailing address

TAUW ITALIA SRL
PIAZZA LEONARDO DA VINCI, 7
MILANO, 20133
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                273,834.46

---

**3.193 8** Nonpriority creditor's name and mailing address

TC MISURE E CONTROLLI SRL
CORSO STATI UNITI N. 41
TORINO, 10129
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                7,921.83

---

**3.193 9** Nonpriority creditor's name and mailing address

TCM SYSTEMS SRL
VIA FEDERICO BORROMEO, 4
RHO, 20017
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                3,760.69

---

**3.194 0** Nonpriority creditor's name and mailing address

TDK EUROPE GMBH
WANHEIMER STRASSE 57
DUSSELDORF, 40472
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                282,873.82

---

**3.194 1** Nonpriority creditor's name and mailing address

TE CONNECTIVITY ITALIA DISTRIBUTION
VIA FLLI CERVI  15
COLLEGNO, 10093
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                1,049,916.37

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.194 2** | **Nonpriority creditor's name and mailing address**

TE. DAS SRL
VIA L. GALVANI 30
GUSSAGO, 25064
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 155,943.45

---

**3.194 3** | **Nonpriority creditor's name and mailing address**

TEAMSYSTEM SPA
VIA SANDRO PERTINI 88
PESARO, 61122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,352.86

---

**3.194 4** | **Nonpriority creditor's name and mailing address**

TECHLNSIGHTS USA INC.
7100 E BELLEVIEW AVE SUITE 202
GREENWOOD VILLAGE, 80111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 133,373.83

---

**3.194 5** | **Nonpriority creditor's name and mailing address**

TECHNE SPA
VIA A. CORTESI 1
VILLA DI SERIO, 24020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,311.60

---

**3.194 6** | **Nonpriority creditor's name and mailing address**

TECHNICA ENGINEERING
LEOPOLDSTRASSE. 236
MUNCHEN, 80807
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 95,330.28

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.194 7**

**Nonpriority creditor's name and mailing address**

TECHNIQUES SURFACES ANDREZIEUX
ZI SUD RUE BORTHELEMY THIMONNIER
FRANCE, 42162
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   120,399.68

---

**3.194 8**

**Nonpriority creditor's name and mailing address**

TECHPOL SRL
ZI P.I.P LOC. S. AMICO
MORRO D'ALBA, 60030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   123,788.27

---

**3.194 9**

**Nonpriority creditor's name and mailing address**

TECNICOS Y ASESORES EN MAQ. SL (TEA
ALUMINIO 5 POL.IND.FINANZAUTO
ARGANDA DEL REY, 28500
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   30,945.91

---

**3.195 0**

**Nonpriority creditor's name and mailing address**

TECNIMETAL S.R.L.
VIA 2 GIUGNO,11
ANZOLA DELL'EMILIA, 40011
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   2,030.77

---

**3.195 1**

**Nonpriority creditor's name and mailing address**

TECNO - PROV  S.R.L.
VIA XI FEBBRAIO 18
CREMENAGA, 21030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   23,232.73

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.195 2**

**Nonpriority creditor's name and mailing address**

TECNO ITALIA S.R.L.
Via Roma 14
GIAVENO, 10094
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 774.56

---

**3.195 3**

**Nonpriority creditor's name and mailing address**

TECNOCONTROL SRL
VIA NANNETTI 5/M
ZOLA PREDOSA, 40069
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,007.59

---

**3.195 4**

**Nonpriority creditor's name and mailing address**

TECNODUE S.R.L.
VIA PAOLO NANNI COSTA, 12/2
BOLOGNA, 40133
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,456.65

---

**3.195 5**

**Nonpriority creditor's name and mailing address**

TECNOELETTRA IMPIANTI SRL
VIA PER SASSUOLO 3885
VIGNOLA, 41058
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 65,981.64

---

**3.195 6**

**Nonpriority creditor's name and mailing address**

TECNOFIRMA SPA
VIALE ELVEZIA 35
MONZA, 20052
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 891.42

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|----------------------|------------------------|----------|
| | Name | | |

Case 25-11109-CTG   Doc 5   Filed 08/11/25   Page 533 of 1030

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1957**

**Nonpriority creditor's name and mailing address**

TECNOFORNITURE S.N.C. DI PETRONE CA
VIA N. PENDE, 11/B
BARI, 70124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 490.98

---

**3.1958**

**Nonpriority creditor's name and mailing address**

TECNOIMBALLAGGI S.R.L.
VIA SALVO D'ACQUISTO 23/A-25
ACI CATENA, 95022
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,729.05

---

**3.1959**

**Nonpriority creditor's name and mailing address**

TECNO-IMPIANTI S.R.L.
VIA A. VOLTA 53
RAVARINO, 41017
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35,486.66

---

**3.1960**

**Nonpriority creditor's name and mailing address**

TECNOLAB SRL
VIA LEGNANO 13
MEDA, 20821
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,948.73

---

**3.1961**

**Nonpriority creditor's name and mailing address**

TECNOMEC SUD SRL
C.DA SALETTI Z.I. VAL DI
ATESSA, 66041
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 159.76

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.196 2**

**Nonpriority creditor's name and mailing address**

TECNOMECCANICA CREVALCORE S.R.L
VIA MEZZO LEVANTE, 2339
CREVALCORE (BO), 40014
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,922.96

---

**3.196 3**

**Nonpriority creditor's name and mailing address**

TECNOMECCANICA SPA
VIA GIACOMO FAUSER, 37
NOVARA, 28100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,367.47

---

**3.196 4**

**Nonpriority creditor's name and mailing address**

TECNOPRESS S.R.L.
VIA RESCALDINA, 29
ROMA, 00135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,698.68

---

**3.196 5**

**Nonpriority creditor's name and mailing address**

TECNOPRESSE S.R.L.
VIA SIGNAROLI 28/34
BORGOSATOLLO, 25010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 355,519.14

---

**3.196 6**

**Nonpriority creditor's name and mailing address**

TEKKİM AMBALAJ SAN.TİC.LTD.ŞTİ.
SARI CAD.NO:12
NİLÜFER/BURSA,
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 56.86

---

| Debtor | Marelli Europe S.p.A. | | Case number (if known) | 25-11109 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.196 7** | **Nonpriority creditor's name and mailing address**

TEKNIA AZUQUECA S.L.U
Aluminio 4
Azuqueca de Henares, 19200
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,547.00

---

**3.196 8** | **Nonpriority creditor's name and mailing address**

TEKNIA ELORRIO SL
BRO. SAN AGUSTIN AUZOA 11
Ellorio, 48230
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,936.74

---

**3.196 9** | **Nonpriority creditor's name and mailing address**

TEKNO ALFA SRL
VIA D'ANNUNZIO 5
BEINASCO, 10092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,631.22

---

**3.197 0** | **Nonpriority creditor's name and mailing address**

TEKNOMEDIA EDIZIONI S.R.L.
VIA SALOMONE 43
MILANO, 20138
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 459.64

---

**3.197 1** | **Nonpriority creditor's name and mailing address**

TEKO SPA
VIA DELL'INDUSTRIA 7
S.LAZZARO DI SAVENA, 40068
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 48.75

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.197 2** | **Nonpriority creditor's name and mailing address**

TELECOM ITALIA SPA
PIAZZA DEGLI AFFARI, 2
MILANO, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 12,409.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.197 3** | **Nonpriority creditor's name and mailing address**

TELEDYNE LECROY S.R.L.
VIA E. MATTEI 1/C
MARCON, 30020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 62,814.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.197 4** | **Nonpriority creditor's name and mailing address**

TELEIOS SRL
VIA SALVATORE QUASIMODO 44
CASTEL MAGGIORE, 40013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 40,348.11

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.197 5** | **Nonpriority creditor's name and mailing address**

TEMAS TECHNOLOGIES SRL
STRADA PER LUNGAVILLA 1
MONTEBELLO DELLA BATTAGLIA, 27054
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 4,710.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.197 6** | **Nonpriority creditor's name and mailing address**

TEORESI SPA
VIA PERUGIA 24
TORINO, 10152
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 15,832.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.197 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,179.66 |
|---|---|---|---|

TERMOACQUA TECNOLOGIE SRL
VIA MONTE GRAPPA 4
FIZZONASCO DI PIEVE, 20090
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.197 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,253.45 |
|---|---|---|---|

TERMOIDRAULICA PELUSO DI PELUSO GIO
C. SO UMBERTO 388
CAIVANO (NA), 80023
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.197 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,335.94 |
|---|---|---|---|

TERSID SRL
VIA CARDUCCI,221/1
SESTO SAN GIOVANNI (MI), 20099
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.198 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,810.37 |
|---|---|---|---|

TESA SPA
VIA L. CADORNA 69
VIMODRONE, 20090
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.198 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 50,149.88 |
|---|---|---|---|

TEST RESEARCH, INC.
7F,NO.45,DEXING W. RD.,SHILIN DIST.
TAIPEI, 11158
TAIWAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.198 2** Nonpriority creditor's name and mailing address

TESTING TECHNOLOGIES SRL
VIA CARLO PITTARA, 12
TORINO, 10151
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,442.56

---

**3.198 3** Nonpriority creditor's name and mailing address

TEXAS INSTRUMENTS EMEA SALES GMBH
HAGGERTYSTR. 1,
FREISING, 85356
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 238,282.56

---

**3.198 4** Nonpriority creditor's name and mailing address

TEXAS INSTRUMENTS EMEA SALES GMBH
HAGGERTYSTR. 1
85356 FREISING (GERMANY),
NETHERLANDS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,463.23

---

**3.198 5** Nonpriority creditor's name and mailing address

TEXAS INSTRUMENTS ITALIA SRL
QUARTIERE TORRI BIANCHE
VIMERCATE, 20059
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,606.65

---

**3.198 6** Nonpriority creditor's name and mailing address

TG.EMME SERVICE S.R.L.
VIA GIUSEPPE PEANO 82/84
LEINI', 10040
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,144.04

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.198 7**

**Nonpriority creditor's name and mailing address**

THARSOS S.R.L.
CORSO A. TASSONI 79/3
TORINO, 10143
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    11,017.21

**3.198 8**

**Nonpriority creditor's name and mailing address**

THE BUSINESS NETWORK FOR CORPORATE
RUE VICTOR OUDART 7
BRUXELLES, 1030
BELGIUM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    2,517.95

**3.198 9**

**Nonpriority creditor's name and mailing address**

THE-MA S.P.A.
VIA D.REPUBBLICA ITALIANA 8
MANERBO, 40061
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    2,346.46

**3.199 0**

**Nonpriority creditor's name and mailing address**

THOMAS FRANCE PLASTIC SAS
30 AVENUE DE FRANCHE COMTE
MOIRANS EN MONTAGNE, 39260
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    17,052.98

**3.199 1**

**Nonpriority creditor's name and mailing address**

THOR EUROPE SRL
VIA TRENTO 135
VOLPIANO, 10088
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    23,692.38

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.199 2**

**Nonpriority creditor's name and mailing address**

THUNDERSOFT (CHONGQING) AUTOMOTIVE
BUILDING 107# XIANTAO DATA VALLEY Z
YUBEI DISTRICT,CHONGQING, 401120
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,872.76

---

**3.199 3**

**Nonpriority creditor's name and mailing address**

THYSSENKRUPP PRESTA CHEMNITZ GMBH
HRINRICH LORENZ STR. 57
CHEMNITZ, 09120
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 45,979.75

---

**3.199 4**

**Nonpriority creditor's name and mailing address**

TI GROUP AUTOMOTIVE SYSTEMS SPA
VIA PINAN 2
BUSALLA, 16012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 705.67

---

**3.199 5**

**Nonpriority creditor's name and mailing address**

TIANJIN SANHUAN LUCKY NEW MATERIALS
22 HONGZE ROAD
TIANJIN, 300457
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 94,959.27

---

**3.199 6**

**Nonpriority creditor's name and mailing address**

TIANMA MICRO-ELECTRONICS
20/F TOWER 2, ADMIRALTY CENTRE, 18
HONG KONG,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 318,378.80

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.199 7**

**Nonpriority creditor's name and mailing address**

TIESSE ROBOT SPA
VIA ISORELLA 32
VISANO, 25010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 86,356.68

---

**3.199 8**

**Nonpriority creditor's name and mailing address**

TIGER SRL
VIA VITTORIO VENETO 85
DESENZANO DEL GARDA, 25015
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34.25

---

**3.199 9**

**Nonpriority creditor's name and mailing address**

TM SRL
via cicogna 12-14
San Lazzaro di Savena, 40068
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,345.82

---

**3.200 0**

**Nonpriority creditor's name and mailing address**

TNT GLOBAL EXPRESS SRL
C.SO LOMBARDIA 63
SAN MAURO T.SE, 10099
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,534.69

---

**3.200 1**

**Nonpriority creditor's name and mailing address**

TOFFOLETTO DE LUCA TAMAJO E SOCI
VIA ROVELLO 12
MILANO, 20121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.01

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.200 2**

**Nonpriority creditor's name and mailing address**

TOKIO MARINE EUROPE SA
26 AVENUE DE LA LIBERTÉ
LUXEMBOURG, L-1930
LUXEMBOURG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  SURETY BOND #: 28020030384 FOR THE BENEFIT OF AGENZIA DELLE DOGANE E DEI MONOPOLI - UFFICIO DI TORINO

$                   Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.200 3**

**Nonpriority creditor's name and mailing address**

TOMATIS S.R.L.
VIA PAVIA NÂ°114/A
RIVOLI, 10098
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                   1,838.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.200 4**

**Nonpriority creditor's name and mailing address**

TOORA CASTING SPA
VIA MAZZINI 9
SAN PAOLO D'ARGON, 24060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                   55,984.19

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.200 5**

**Nonpriority creditor's name and mailing address**

TOORA POLAND S.A. W NISKU
UL. STRAZACKA 43
ZORY, 44-240
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                   42,812.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.200 6**

**Nonpriority creditor's name and mailing address**

TORNERIA AUTOMATICA ALFREDO
VIA MILANO 13
VERDERIO, 23879
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                   90,421.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|----------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2007**

**Nonpriority creditor's name and mailing address**

TORNERIA SERRA S.R.L.
VIA MAROCCHI 118
POIRINO, 10046
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 364,115.12

---

**3.2008**

**Nonpriority creditor's name and mailing address**

TORRE DEI GELSI SRL
CASCINA MANZOLA
CISLIANO, 20080
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 279.71

---

**3.2009**

**Nonpriority creditor's name and mailing address**

TOSHIBA ELECTRONICS EUROPE GMBH
HANSAALLEE 181
DUSSELDORF, 40549
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 115,327.96

---

**3.2010**

**Nonpriority creditor's name and mailing address**

TOURS SERVICE SRL
VIA SALARIA, 452
ROMA, 00199
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 97,618.17

---

**3.2011**

**Nonpriority creditor's name and mailing address**

TOVOLI ZANARDI DI TOVOLI LUCA E
VIA ANDREA COSTA 183
BOLOGNA, 40134
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,517.97

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.2012**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 633.75 |
| --- | --- | --- |
| TOX PRESSOTECHNIK S.R.L.<br>VIA XXV APRILE 39<br>BRESSO, 20091<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** TRADE PAYABLE | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.2013**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 1,230.04 |
| --- | --- | --- |
| TPG NOTAI PENE VIDARI-TARDIVO GIUNI<br>CORSO G. MATTEOTTI N. 47<br>TORINO, 10121<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** TRADE PAYABLE | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.2014**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 81,945.18 |
| --- | --- | --- |
| TPM SRL<br>VIA SAVOLDINI 16<br>MARTINENGO, 24057<br>ITALY | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** TRADE PAYABLE | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.2015**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 6,262.24 |
| --- | --- | --- |
| TR ITALY S.P.A.<br>Via Giuseppe Costantini 19<br>FOSSATO DI VICO, 06022<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** TRADE PAYABLE | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.2016**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 107,736.82 |
| --- | --- | --- |
| TRAFIME SPA<br>VIA RICCARDO COFFA 21<br>MISTERBIANCO, 95045<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** TRADE PAYABLE | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Marelli Europe S.p.A. | Case number *(if known)* | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2017**

**Nonpriority creditor's name and mailing address**

TRANSPOREON GMBH
MAGIRUS - DEUTZ - STR. 16
ULM, DONAU, 89077
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 445.58

---

**3.2018**

**Nonpriority creditor's name and mailing address**

TRANS-ZAX GRZEGORZ BORZECKI
UL. PILSUDSKIEGO 13
DABROWA GORNICZA, 41-300
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 159.84

---

**3.2019**

**Nonpriority creditor's name and mailing address**

TRELLEBORG SEALING SOLUTIONS
SCHOCKENRIEDSTRABE 1
STUTTGART, 70565
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 55,234.78

---

**3.2020**

**Nonpriority creditor's name and mailing address**

TREMONDI  S.R.O.
BUCOVSKA 417
LETONICE, 683 35
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 411.00

---

**3.2021**

**Nonpriority creditor's name and mailing address**

TRENITALIA S.P.A.
PIAZZA DELLA CROCE ROSSA, 1
ROMA, 00161
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 457.12

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.202 2** | **Nonpriority creditor's name and mailing address**

TRESCAL S.R.L.
VIA DEI METALLI 1 ZONA AVEROLDA
TRAVAGLIATO, 25039
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   160.35

**3.202 3** | **Nonpriority creditor's name and mailing address**

TRESSE METALLIQUES J. FORISSIER SAS
RUE ARDAILLON BP 4
SAINT-CHAMOND CEDEX 1, 42401
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                20,697.79

**3.202 4** | **Nonpriority creditor's name and mailing address**

TRIGO COZUM SANAYI VE TICARET A.S.
TOPRAKKALE SOK NO. 2/1 ETILER
BESIKTAS - ISTANBUL, 34337
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 3,272.28

**3.202 5** | **Nonpriority creditor's name and mailing address**

TRIGO FRANCE
AVENUE PABLO PICASSO,4
NANTERRE CEDEX, 92024
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                30,784.57

**3.202 6** | **Nonpriority creditor's name and mailing address**

TRIGO GMBH&CO.KG
KORNWESTHEIMER STREET 39,
KORNTAL-MÃ¼NCHINGEN, 70825
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                44,723.70

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2027**

**Nonpriority creditor's name and mailing address**

TRIGO ITALIA S.R.L.
Strada del Drosso, 33/18
Torino, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35,072.39

---

**3.2028**

**Nonpriority creditor's name and mailing address**

TRINCHILLO SRL - SOCIETA UNIPERSONA
VIA GABRIELE D'ANNUNZIO, 6
MUGNANO DI NAPOLI, 80018
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 905.35

---

**3.2029**

**Nonpriority creditor's name and mailing address**

TRIREME SRL
VIA ACQUI 86
RIVOLI, 10098
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 48,749.74

---

**3.2030**

**Nonpriority creditor's name and mailing address**

TRUCK TOP SRL
VIA DELLÃ€™ INDIPENDENZA 54
BOLOGNA, 40124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,994.63

---

**3.2031**

**Nonpriority creditor's name and mailing address**

TRUMPF S.R.L.
VIA DEL COMMERCIO 6
BUCCINASCO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 178,538.86

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.203 2** Nonpriority creditor's name and mailing address

TSP TECBO S.R.L.
VIA TOSCANA 172/3
BOLOGNA, 40141
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 414.79

---

**3.203 3** Nonpriority creditor's name and mailing address

TSS ITALY S.P.A.
CORSO VITTIME DEL LAVORO 34
NICHELINO, 10042
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.40

---

**3.203 4** Nonpriority creditor's name and mailing address

T-SYSTEMS SPRING ITALIA S.R.L
STRADA 4, PALAZZO Q5
ROZZANO, 20089
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 18,266.88

---

**3.203 5** Nonpriority creditor's name and mailing address

TTI INC
GANGHOFER STRASSE 34
MAISACH GERNLINDEN, 82216
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 51,574.14

---

**3.203 6** Nonpriority creditor's name and mailing address

TUBIFICIO DI TERNI S.R.L.
Viale Benedetto Brin 218
Terni, 05100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 586,745.18

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.203 7**

**Nonpriority creditor's name and mailing address**

TUCKER GMBH
MAX EYTH STRASSE 1
GIESSEN, 35394
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                287.70

---

**3.203 8**

**Nonpriority creditor's name and mailing address**

TUNESI ADRIANO & C. SAS
VIA DOLOMITI 23/25
CORBETTA, 20011
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              5,752.47

---

**3.203 9**

**Nonpriority creditor's name and mailing address**

TURINTECH S.R.L.
VIA VITTIME DI BOLOGNA, 3
MONCALIERI, 10024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            38,233.72

---

**3.204 0**

**Nonpriority creditor's name and mailing address**

TUTTO PER L'IMBALLO SPA
VIA A.DE GASPERI 27/29 ZONA IND.
S.GIACOMO DI GUASTALLA, 42016
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              1,020.26

---

**3.204 1**

**Nonpriority creditor's name and mailing address**

TUV  ITALIA SRL Âe° GRUPPO TÃŒV SÃŒD
VIALE FULVIO TESTI 280/6
MILANO, 20126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              1,963.69

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.204 2**

**Nonpriority creditor's name and mailing address**

TUV NORD ITALIA SRL
via Filippo Turati 70
CERRO MAGGIORE, 20023
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 13,092.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204 3**

**Nonpriority creditor's name and mailing address**

TYCO ELECTRONICS BRASIL LTDA
RUA AMPERE 304
BRAGANCA PAULISTA, 12929 570
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 23,756.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204 4**

**Nonpriority creditor's name and mailing address**

TYROLIT S.R.L.
VIA DELL'ELETTRONICA, N. 6
THIENE, 36016
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 922.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204 5**

**Nonpriority creditor's name and mailing address**

UAB 8DEVICES
ANTAKALNIO G. 17
VILNIAUS,
LITHUANIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 37,865.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204 6**

**Nonpriority creditor's name and mailing address**

UBIEMME GUHRING ITALIA S.R.L
VIA MERENDI, 42
CORNAREDO, 20007
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 4,136.96

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|----------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2047**

**Nonpriority creditor's name and mailing address**

UBV GROUP SPA
VIALE RISORGIMENTO 32
FINO MORNASCO, 22073
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 110.51

---

**3.2048**

**Nonpriority creditor's name and mailing address**

UICEE DI CARAZZA MARIOROBERTO & C.
CORSO SAN MAURIZIO, 81
TORINO, 10124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,002.85

---

**3.2049**

**Nonpriority creditor's name and mailing address**

UKIP MEDIA & EVENTS LTD
CHURCH STREET
DORKING, RH41DF
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,109.29

---

**3.2050**

**Nonpriority creditor's name and mailing address**

UMICORE AG & CO. KG
POSTFACH 1351
HANAU, 63403
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 180,321.86

---

**3.2051**

**Nonpriority creditor's name and mailing address**

UN MONDO DI AVVENTURE SRL
VIA F. DE SANCTIS 43
MILANO, 20141
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 118,163.88

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.205 2**

**Nonpriority creditor's name and mailing address**

UNI ENTE NAZIONALE ITALIANO
VIA SANNIO,2
MILANO, 20137
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,143.96

---

**3.205 3**

**Nonpriority creditor's name and mailing address**

UNICREDIT SPA
PIAZZA GAE AULENTI - TOWER A 3
MILANO, 20154
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,671.40

---

**3.205 4**

**Nonpriority creditor's name and mailing address**

UNIFRAX EMISSION CONTROL EUROPE LIM
GREENFIELD BUSINESS PARK UNIT 34
GREENFIELD HOLYWELL, CH8 7HJ
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,181.57

---

**3.205 5**

**Nonpriority creditor's name and mailing address**

UNIFRAX GMBH
KAPPELER STR.105
DUSSELFORF, 40597
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,135.28

---

**3.205 6**

**Nonpriority creditor's name and mailing address**

UNIMED SRL
VIA ANTONIO MEUCCI 33/35
CASAVATORE, 80020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,949.99

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|----------------------|------------------------|----------|
|        | Name                 |                        |          |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.2057 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,970.65 |
|---|---|---|---|

UNIPAP A.S.
JUNGMANNOVA 750/34
PRAGUE, 11000
CZECH REPUBLIC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2058 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,404.50 |
|---|---|---|---|

UNITED PARCEL SERVICE ITALIA SRL
VIA G. FANTOLI, 15/2
MILANO, 20138
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2059 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 22,460.55 |
|---|---|---|---|

UNIVERSAL DPL WUHU INDUSTRIAL CO.,
NO.8 FENG MING HU SOUTH ROAD
WUHU, 241006
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2060 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,785.70 |
|---|---|---|---|

UNIVERSITA' DEGLI STUDI DI FIRENZE
VIA SANTA MARTA 3
FIRENZE, 50139
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2061 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 34,250.40 |
|---|---|---|---|

UNIVERSITA' DEGLI STUDI DI PERUGIA
VIA DURANTI, 93
PERUGIA, 06125
ITALY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.206 2** 

**Nonpriority creditor's name and mailing address**

UNIVERSITA DEGLI STUDI DI UDINE
VIA PALLADIO 8
UDINE, 33100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 5,708.40

---

**3.206 3**

**Nonpriority creditor's name and mailing address**

UNIVERSITA' DI PISA
VIA CARUSO 16
PISA, 56122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 9,749.95

---

**3.206 4**

**Nonpriority creditor's name and mailing address**

UNIVERSITY OF NOTTINGHAM
B50 KINGS MEADOW CAMPUS FINANCIAL C
LENTON LANE, NG7 2NR
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 34.35

---

**3.206 5**

**Nonpriority creditor's name and mailing address**

UNIWELL ROHRSYSTEME GMBH & CO. KG
SIEGELFELDER STRASSE 1
EBERN, 96106
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 9,567.77

---

**3.206 6**

**Nonpriority creditor's name and mailing address**

UPS SCS (ITALY) S.R.L.
VIA GALILEI 5
PESCHIERA BORROMEO, 20068
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 6,480.45

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.206 7**

**Nonpriority creditor's name and mailing address**

UPSTREAM SECURITY LTD.
3 SAPIR STREET, PO BOX 13019
HERZLIYA, 4685207
ISRAEL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    75,350.88

---

**3.206 8**

**Nonpriority creditor's name and mailing address**

URT COMPOSITES LTD
HEATH PLACE BOGNOR REGIS
WEST SUSSEX, PO229SL
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,983.85

---

**3.206 9**

**Nonpriority creditor's name and mailing address**

UTAC SOCIETE' PAR ACTIONS SIMPLIFIE
BP20212  AUTODROME DE LINAS-MONTLHE
MONTLHERY CEDEX, 91311
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    9,368.63

---

**3.207 0**

**Nonpriority creditor's name and mailing address**

UTEK SRL
VIA LUCIANO LAMA 8 VILLA ARGINE
CADELBOSCO SOPRA, 42023
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    6,919.11

---

**3.207 1**

**Nonpriority creditor's name and mailing address**

UTENSIL LINE SRL
VIA ACQUI, 65/A
RIVOLI, 10098
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    4,198.91

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.207 2**

**Nonpriority creditor's name and mailing address**

UTIL INDUSTRIES  S.P.A.
VIA GIOVANNI  XXIII 10
VILLANOVA D'ASTI, 14019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                29,546.92

---

**3.207 3**

**Nonpriority creditor's name and mailing address**

UVAT  S.R.L.
CORSO BRAMANTE 65
TORINO, 10126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  6,209.12

---

**3.207 4**

**Nonpriority creditor's name and mailing address**

UVET GLOBAL BUSINESSTRAVEL S.P.A.
BASTIONI DI PORTA VOLTA, 10
MILANO, 20121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              315,798.85

---

**3.207 5**

**Nonpriority creditor's name and mailing address**

VAISALA OYJ
VANHA NURMIJARVENTIE 21
VANTAA, 01670
FINLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      58.23

---

**3.207 6**

**Nonpriority creditor's name and mailing address**

VALE SRL
VIA PIAVE 10
LUSCIANO, 81030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                12,322.12

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2077** | **Nonpriority creditor's name and mailing address**

VALEO SC2N SA
76 RUE AUGUSTE PERRET ZI EUROPARC
CRETEIL CEDEXDEX, 94046
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 565,483.54

---

**3.2078** | **Nonpriority creditor's name and mailing address**

VALTELLINA SPA.
VIA BUONARROTI, 34
GORLE, 24020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 957.87

---

**3.2079** | **Nonpriority creditor's name and mailing address**

VAR INDUSTRIES SRL
VIA GAETANO SBODIO 2
MILANO, 20134
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 173,515.39

---

**3.2080** | **Nonpriority creditor's name and mailing address**

VARITRONIX LIMITED
U. A-F, 35/F LEGEND TOWER
KWUN TONG, KOWLOON,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,432.70

---

**3.2081** | **Nonpriority creditor's name and mailing address**

VE.CA AUTOMATION S.R.L.
VIA DONATO CAROPRESE, 14/16
FOGGIA, 71122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,677.12

---

Debtor    Marelli Europe S.p.A.

Name

Case number (if known)    25-11109

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.208 2** **Nonpriority creditor's name and mailing address**

VECTOR ITALIA SRL
CORSO SEMPIONE 68
MILANO, 20154
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 267,808.05

---

**3.208 3** **Nonpriority creditor's name and mailing address**

VENARIA REALE
VIALE CARLO EMANUELE II, 150
TORINO, 10078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** ENVIRONMENTAL REMEDIATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.208 4** **Nonpriority creditor's name and mailing address**

VENTANA SERRA SPA
TANGENZIALE SUD-TORINO KM
RIVALTA DI TORINO, 10040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,928.12

---

**3.208 5** **Nonpriority creditor's name and mailing address**

VENTURA ELETTRODOMESTICI S.R.L.
DUMMY
DUMMY,
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 79.92

---

**3.208 6** **Nonpriority creditor's name and mailing address**

VENTURI AUTOSPURGHI SRL
VIA A ZANINI 2-4
ANZOLA DELL'EMILIA, 40011
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,301.56

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2087**

**Nonpriority creditor's name and mailing address**

VERTIV SRL
VIA LEONARDO DA VINCI 16/18
PIOVE DI SACCO, 35028
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,032.29

---

**3.2088**

**Nonpriority creditor's name and mailing address**

VERZOLLA SRL
VIA BREMBO 13/15
MONZA, 20900
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,563.04

---

**3.2089**

**Nonpriority creditor's name and mailing address**

VIA OPTRONICS (SUZHOU) CO.,LTD
NO.158 HUANSHAN ROAD
SUZHOU, 215129
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 156,038.33

---

**3.2090**

**Nonpriority creditor's name and mailing address**

VIA OPTRONICS GMBH
SIEBOLDSTRASSE 18
NUREMBERG, 90411
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,007,649.96

---

**3.2091**

**Nonpriority creditor's name and mailing address**

VIASAT SPA
VIA TIBURTINA 1180
ROMA, 00156
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 171.25

---

| Debtor | Marelli Europe S.p.A. | | Case number (if known) | 25-11109 |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.209 2**

**Nonpriority creditor's name and mailing address**

VIBOLT SRL
VIA M. SERENARI 26
CASTEL MAGGIORE, 40013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 134.50

---

**3.209 3**

**Nonpriority creditor's name and mailing address**

VICTORIA SAS
VIA RONDO' BERNARDO 11
BORGARETTO, 10040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 463.00

---

**3.209 4**

**Nonpriority creditor's name and mailing address**

VIMI FASTENERS SPA
VIA LABRIOLA N.19
NOVELLARA, 42017
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,190.95

---

**3.209 5**

**Nonpriority creditor's name and mailing address**

VIMOS TECHNOLOGIES GMBH
MEHLBEERENSTRAÃŸE 4
TAUFKIRCHEN, 82024
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 156,599.68

---

**3.209 6**

**Nonpriority creditor's name and mailing address**

VIPA OIL S.N.C. DEI F.LLI VERDONA
AREA SERVIZIO TORTONA SUD - AUT. TO
TORTONA, 15057
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 91.87

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2097**

**Nonpriority creditor's name and mailing address**

VISHAY EUROPE SALES GMBH
DR. FELIX ZANDMAN PLATZ 1
SELB, 95100
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 355,078.47

---

**3.2098**

**Nonpriority creditor's name and mailing address**

VISLAB SRL
VIA G.P. USBERTI 181/A
PARMA, 43124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19,499.89

---

**3.2099**

**Nonpriority creditor's name and mailing address**

VISONE TECNOLOGIE S.A.S.DI VISONE I
VIALE UNGARETTI , 7
CERCOLA, 80040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,298.43

---

**3.2100**

**Nonpriority creditor's name and mailing address**

VIT TECH SRL
VIA DEL GUERCINO, 32/34
MODENA, 41124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,524.90

---

**3.2101**

**Nonpriority creditor's name and mailing address**

VITESCO TECHNOLOGIES  CZECH REPUBLI
518 VOLANOVSKA
TRUTNOV, 541 01
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 39,607.17

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.210 2** **Nonpriority creditor's name and mailing address**

VIVOCAFFE' SAS DI DAMIANO GIUSEPPE
CORSO RISORGIMENTO 64/A
NOVARA, 28100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30.49

---

**3.210 3** **Nonpriority creditor's name and mailing address**

VOLKSWAGEN AG.
BERLINER RING 2
WOLFSBURG, 38840
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 844,550.77

---

**3.210 4** **Nonpriority creditor's name and mailing address**

VOLTA SPA
VIA DEL VIGNETO 23
BOLZANO, 39100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,587.50

---

**3.210 5** **Nonpriority creditor's name and mailing address**

VOMANO CARBURANTI S.R.L.
A.D.S. VOMANO EST AUTOSTRADA/14
MORRO D'ORO, 64020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 198.62

---

**3.210 6** **Nonpriority creditor's name and mailing address**

VTT TECHNICAL RESEARCH CENTRE OF
VUORIMIEHENTIE 3 ESPOO PO BOX 1000
VTT, 02044
FINLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 29.22

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|----------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.210 7**

**Nonpriority creditor's name and mailing address**

W.L. GORE & ASSOCIATES GMBH
HERMANN-OBERTH STRASSE 26
PUTZBRUNN, 85640
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,005.11

---

**3.210 8**

**Nonpriority creditor's name and mailing address**

WEB AUTOMOTIVE ESPAÑA S.L.
Calle Conde de Salvatierra 21
Valencia, 46004
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,202.25

---

**3.210 9**

**Nonpriority creditor's name and mailing address**

WEBASTO THERMO & COMFORT ITALY SRL
VIA NOBILI, 2
MOLINELLA, 40062
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,998.74

---

**3.211 0**

**Nonpriority creditor's name and mailing address**

WEISS TECHNIK ITALIA SRL
VIA R. MURRI 22/28
MAGENTA, 20013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 990.32

---

**3.211 1**

**Nonpriority creditor's name and mailing address**

WELCOME SRL
VIA RUSCA 124
NICHELINO, 10042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 663.00

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.211 2** | **Nonpriority creditor's name and mailing address**

WELT ELECTRONIC SPA
VIA DELLA TRECCIA 33
FIRENZE, 50145
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    4,888.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.211 3** | **Nonpriority creditor's name and mailing address**

WENGLOR SENSORIC ITALIANA SRL
VIA FOSSE ARDEATINE 4
CINISELLO BALSAMO, 20092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    3,959.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.211 4** | **Nonpriority creditor's name and mailing address**

WEPPLER FILTER GMBH
ZIMMERSMUHLENWEG 61
OBERURSEL, 61440
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    115,918.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.211 5** | **Nonpriority creditor's name and mailing address**

WEWORK ITALY S.R.L
VIA MERAVIGLI, 2
MILAN, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    307,345.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.211 6** | **Nonpriority creditor's name and mailing address**

WILER ITALIA SRL
VIA CASARI 17
CASTELLAMONTE, 10081
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    51.38

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2117**

**Nonpriority creditor's name and mailing address**

WILHELM BAHMULLER GMBH
POSTFACH 280
PLUDERHAUSEN, 73652
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 28,812.90

---

**3.2118**

**Nonpriority creditor's name and mailing address**

WILLI BETZ GMBH & CO. KG INTERNATIO
MAX PLANCK STR. 68
REUTLINGEN, 72766
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,940.86

---

**3.2119**

**Nonpriority creditor's name and mailing address**

WIND RIVER SARL
3,AVENUE DU CANADA Z.DE C
LES ULIS, 91940
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3.08

---

**3.2120**

**Nonpriority creditor's name and mailing address**

WIP ARCHITETTI SRL
VIA EMILIA 22
SAN DONATO MILANESE, 20097
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,564.52

---

**3.2121**

**Nonpriority creditor's name and mailing address**

WIPRO FERRETTO S.R.L.
VIA CADUTI DEL LAVORO 1
SAN POLO D'ENZA, 42020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,949.98

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.212 2**

**Nonpriority creditor's name and mailing address**

WIPRO LIMITED
DODDAKANNELLI - SARJAPUR ROAD
BENGALURU, 560035
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 487,441.38

---

**3.212 3**

**Nonpriority creditor's name and mailing address**

WIPRO LIMITED FILIALE ITALIANA
VIA VITTOR PISANI 19
MILANO, 20100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,322,835.94

---

**3.212 4**

**Nonpriority creditor's name and mailing address**

WOLTERS KLUWER ITALIA SRL
VIA DEI MISSAGLIA, 97 - edificio B3
MILANO, 20142
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,196.59

---

**3.212 5**

**Nonpriority creditor's name and mailing address**

WORKIVA NETHERLANDS B.V.
ACHTERGRACHT 14
AMSTERDAM, 1017 WP
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,311.60

---

**3.212 6**

**Nonpriority creditor's name and mailing address**

WORLD DAB
C/O EBU L'ANCIENNE ROUTE 17/A
GRANS-SACONNEX, 1218
SWITZERLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,814.33

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.212 7**

**Nonpriority creditor's name and mailing address**

WORLDSTAT S.R.L.
VIA GRANDI 70
ARCORE, 20043
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 213.72

---

**3.212 8**

**Nonpriority creditor's name and mailing address**

WSP ITALIA SRL.
VIA ANTONIO BANFO 43
TORINO, 10155
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 173,824.72

---

**3.212 9**

**Nonpriority creditor's name and mailing address**

WURTH SRL
VIA STAZIONE  51
EGNA, 39044
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,502.95

---

**3.213 0**

**Nonpriority creditor's name and mailing address**

WUS INTERNATIONAL COMPANY
FLAT.RM 1201 12/F CHEUNG FUNG IND
WAN,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 52,042.41

---

**3.213 1**

**Nonpriority creditor's name and mailing address**

WUS PRINTED CIRCUIT(KUNSHAN) CO.
55 HEI LONG JIANG NORTH ROAD
KUNSHAN CITY- JIANGSU, 215301
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35,328.44

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.213 2**

**Nonpriority creditor's name and mailing address**

XEROX SPA
VIALE EDISON 110
SESTO SAN GIOVANNI, 20099
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,602.74

---

**3.213 3**

**Nonpriority creditor's name and mailing address**

XPO TRANSPORT SOLUTIONS ITALY S.R.L
VIA DE GASPERI 2
SAN PIETRO MOSEZZO, 28060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 242,924.13

---

**3.213 4**

**Nonpriority creditor's name and mailing address**

YAGEO EUROPE B.V.
PRODUKTIEWEG 1 POSTBUS 75
ROERMOND, 6042 JC
HUNGARY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 68,511.59

---

**3.213 5**

**Nonpriority creditor's name and mailing address**

YAGEO EUROPE BV
BREDEWEG 10
GG ROERMOND, 6042 GG
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 171.25

---

**3.213 6**

**Nonpriority creditor's name and mailing address**

YAM112003 SRL
VIA TERTULLIANO, 56
MILANO, 20137
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 69,696.80

---

| Debtor | Marelli Europe S.p.A. | | Case number (if known) | 25-11109 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.213 7**

**Nonpriority creditor's name and mailing address**

YAMAHA MOTOR EUROPE N.V.
HANSEMANNSTRASSE, 12
NEUSS, 41468
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   11,672.01

---

**3.213 8**

**Nonpriority creditor's name and mailing address**

YAMAZAKI MAZAK ITALIA SRL
VIA J.F. KENNEDY, 16
CERRO MAGGIORE, 20023
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   729.93

---

**3.213 9**

**Nonpriority creditor's name and mailing address**

YANGZHOU YIJING TRADING CO., LTD
BUILDING 8, A SECTION
225009
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   11,759.30

---

**3.214 0**

**Nonpriority creditor's name and mailing address**

YANTAI ZHENGHAI MAGNETIC MATERIAL
NO. 22, ZHUJIANG RD.
YANTAI, 264006
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   151,426.24

---

**3.214 1**

**Nonpriority creditor's name and mailing address**

YAZAKI EUROPE LIMITED ITALIA SRL
VIA DELLA LIBERTA' 30
GRUGLIASCO, 10095
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   29,991.96

---

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|--------|----------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.214 2** **Nonpriority creditor's name and mailing address**

YOKOGAWA ITALIA SRL
VIA ASSUNTA 61
NOVA MILANESE, 20834
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 905.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214 3** **Nonpriority creditor's name and mailing address**

ZANDERS B.V.
STADSPLATEAU 33
3521 AZ UTRECHT,
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 67,756.42

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214 4** **Nonpriority creditor's name and mailing address**

ZENYS SAS
VIA DELL'ARTIGIANATO 117
SAVIGLIANO SUL PANARO, 41056
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,426.41

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214 5** **Nonpriority creditor's name and mailing address**

ZETRONIC SRL
NONA STRADA 29
PADOVA, 35129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13,004.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214 6** **Nonpriority creditor's name and mailing address**

ZIMMER GROUP ITALIA S.R.L.
VIALE MONTEGRAPPA, 7
PAVIA, 27100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,419.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.214 7** **Nonpriority creditor's name and mailing address**

ZINI AUTORIPARAZIONI SAS
VIA PASUBIO 82/2
BOLOGNA, 40133
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 342.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214 8** **Nonpriority creditor's name and mailing address**

ZOLLNER ELEKTRONIK GYARTO
DEAKVARI FASOR 16-18
VAC, 2600
HUNGARY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 425,673.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214 9** **Nonpriority creditor's name and mailing address**

ZONI SPEDIZIONI INTERNAZIONI S.R.L.
SCALO FERROVIARIO DOMO 2
VILLADOSSOLA, 28844
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 171.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.215 0** **Nonpriority creditor's name and mailing address**

ZWICK ROELL ITALIA SERVICE SRL
VIA RENATA BIANCHI 40
GENOVA, 16152
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 5,517.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.215 1** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Marelli Europe S.p.A. | Case number (if known): | 25-11109 |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line<br>☐ Not listed.  Explain | |
| 4.2 | | Line<br>☐ Not listed.  Explain | |
| 4.3 | | Line<br>☐ Not listed.  Explain | |
| 4.4 | | Line<br>☐ Not listed.  Explain | |
| 4.5 | | Line<br>☐ Not listed.  Explain | |
| 4.6 | | Line<br>☐ Not listed.  Explain | |
| 4.7 | | Line<br>☐ Not listed.  Explain | |
| 4.8 | | Line<br>☐ Not listed.  Explain | |
| 4.9 | | Line<br>☐ Not listed.  Explain | |

Debtor    Marelli Europe S.p.A.

Name

Case number (if known)    25-11109

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.    Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a.    **Total claims from Part 1** | 5a. | $                    0.00 |
| | | + Undetermined Amounts |
| 5b.    **Total claims from Part 2** | 5b.    **+** | $        3,706,024,366.95 |
| | | + Undetermined Amounts |
| 5c.    **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $        3,706,024,366.95 |
| | | + Undetermined Amounts |

---

**Fill in this information to identify the case:**

Debtor name: Marelli Europe S.p.A.

United States Bankruptcy Court for the: District of Delaware

Case number (If known): 25-11109

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL PURCHASING AGREEMENT DATED: 11/06/2012 | "HORIZONT 12" LLC |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DATED: 09/01/2016 | "ERA-GLONASS" STATE AUTOMATED INFORMATION SYSTEM OPERATOR NOVOLESNAYA ST. 3 BUILDING 1 MOSCOW, 127055 RUSSIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DATED: 05/13/2016 | "ERA-GLONASS" STATE AUTOMATED INFORMATION SYSTEM OPERATOR KRASNOPRESNENSKAYA NAB., 12 MOSCOW, 123610 RUSSIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF UNDERSTANDING DATED: 01/17/2017 | 2F FRIEDRICHSHAFEN AG LDWENTALER STRABE 20 FRIEDRICHSHAFEN, 88046 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY CONTRACT DATED: 10/19/2010 | 3A INDUSTRIE S.A.S 37 TER, RUE DE VILLIERS NEUILLY SUR SEINE, 92200 FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (if known): 25-11109 |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSED PRODUCTS AGREEMENT DATED: 06/29/2023 | 3E DENMARK APS LYNGBYVEJ 20 3 COPENHAGEN, 2100 DENMARK |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.7** | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSED PRODUCTS AGREEMENT | 3E DENMARK APS LYNGBYVEJ 20 3 COPENHAGEN, 2100 DENMARK |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.8** | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSED PRODUCTS AGREEMENT DATED: 03/24/2023 | 3E DENMARK APS LYNGBYVEJ 20 3 COPENHAGEN, 2100 DENMARK |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.9** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED: 03/31/2025 | 3E EUROPE GMBH BERGHEIMER STR. 3 MARKDORF, 88667 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.10** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED: 03/31/2025 | 3E EUROPE GMBH BERGHEIMER STR. 3 MARKDORF, 88667 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.11** | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM OF MASTER AGREEMENT DATED: 03/31/2025 | 3E EUROPE GMBH BERGHEIMER STR. 3 MARKDORF, 88667 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.12** | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DATED: 02/20/2025 | 3P PRECISION ARZIGNANO (VC), VIA SECONDA STRADA N.151/A |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT FOR USE OF 4C PLATFORM FOR BEAUTY CONTESTS DATED: 08/01/2017 | 4C SRL CORSO BUENOS AIRES 90, 20124 MILAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 08/01/2017 | 4C SRL C.SO BUENOS AIRES 90, 20124 MILAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | REQUEST FOR QUOTATION FOR INTEGRATED DESIGN AND WORKS SUPERVISION DATED: 03/31/2017 | A&A ASSOCIATE ENGINEERS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 09/11/2010 | A&P CREBIZ CO.,LTD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS OF BUSINESS DATED: 02/27/2024 | A.T. KEARNEY GES.M.B.H. TUCHLAUBEN 7 / 5. STOCK / TOP 8 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE TRANSACTION DEED DATED: 01/18/2006 | A.T. SYSTEM S.R.L. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 01/01/2008 | ABARTH & C S.P.A. A SOCIO UNICO PLAVA 80, TURIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 06/19/2009 | ABARTH & C. S.P.A. PLAVA 80, TURIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 01/01/2010 | ABARTH & C. S.P.A. PLAVA 80, 10100 TURIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 06/10/2010 | ABATEK (AMERICAS) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 06/14/2012 | ABATEK INTERNATIONAL AG GRINDELSTRASSE 12 BASSERSDORF, 8303 SWITZERLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 11/22/2021 | ABC TOOLS S.P.A VIA STEFANO CARAIO. 15 SEDE LEGALE MILANO, 20131 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE FEASIBILITY STUDY AGREEMENT DATED: 10/06/2010 | ABHYUDAY MANUFACTURING AND AUTOMOTIVE LIMITED E2, QUTAB HOTEL COMPLEX, SHAHEED JEET SINGH MARG, NEW DELHI - 110 016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | FEASIBILITY STUDY AGREEMENT DATED: 04/06/2010 | ABHYUDAY MANUFACTURING AND AUTOMOTIVE LIMITED E2, QUTAB HOTEL COMPLEX, SHAHEED JEET SINGH MARG, NEW DELHI - 110 016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
         Name

Case number (If known):   25-11109

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.27** State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 06/13/2012 | ABHYUDAY MANUFACTURING AND AUTOMOTIVE LIMITED E-2, QUTUB HOTEL COMPLEX, SHAHEED JEET SINGH MARG. NEW DELHI, 110016, |

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 06/13/2012 | ABHYUDAY MANUFACTURING AND AUTOMOTIVE LIMITED E-2, QUTUB HOTEL COMPLEX, SHAHEED JEET SINGH MARG. NEW DELHI, 110016, |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | CONTINUITY AGREEMENT DATED: 06/26/2018 | ABI ASSOCIATI ENGINEERING 11 C.SO FIUME TORINO, 10131 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT OF COMMITMENT TO THE CODE OF CONDUCT DATED: 05/22/2017 | ABOUT ARCHITECTURE S.R.L. CORSO FIUME N° 11 TORINO, 10131 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES (2014 EDITION) | ABOUT ARCHITECTURE S.R.L. C.SO FIUME, 11/ PART. VAT 10925310012/ TORINO, 10181 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 03/31/2017 | ABOUT ARCHITECTURE S.R.L. TURIN, CORSO FIUME N.11, ZIP CODE 10131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 10/08/2013 | ABRAHAM MOTOR RACING S.R.0. 66481 OSTROVACICE, MASARYKUV OKRUH 201, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT DATED: 04/30/2019 | ACCENTURE INTERNATIONAL B.V. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | LOCAL SERVICES AGREEMENT DATED: 05/02/2019 | ACCENTURE LLP 161 N. CLARK STREET CHICAGO, IL 60601 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | LOCAL SERVICES AGREEMENT DATED: 05/02/2019 | ACCENTURE LLP 161 N. CLARK STREET CHICAGO, IL 60601 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | ICT PROFESSIONAL SERVICES AGREEMENT – SPECIFIC CONDITIONS DATED: 11/26/2024 | ACCENTURE S.P.A VIA NIZZA 262 INT. 57 ATTN: MR. LUIGI TOZZO TORINO, 10126 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT DATED: 07/01/2010 | ACCENTURE S.P.A MILAN, VIA QUADRIO 17, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE AGREEMENT FOR PRODUCTION PLANNING AND DETAILED SCHEDULING DATED: 02/04/2022 | ACCENTURE S.P.A MAURIZIO QUADRIO 17 MILAN, (MI), 20154 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | LOCAL SERVICES AGREEMENT DATED: 05/02/2019 | ACCENTURE S.P.A VIA MAURIZIO QUADRIO N. 17 MILAN, 20154 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE AGREEMENT FOR PRODUCTION PLANNING AND DETAILED SCHEDULING DATED: 02/04/2022 | ACCENTURE S.P.A MAURIZIO QUADRIO 17 MILAN, (MI), 20154 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.41** | State what the contract or lease is for and the nature of the debtor's interest | SAP SERVICE AGREEMENT DATED: 06/01/2024 | ACCENTURE S.P.A SEDE LEGALE: VIA PRIVATA NINO BONNET, 10 \| 20154 MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.42** | State what the contract or lease is for and the nature of the debtor's interest | SPECIFIC CONDITIONS TO MASTER AGREEMENT DATED: 12/22/2022 | ACCENTURE S.P.A MILAN, VIA M. QUADRIO 17. ATTENTION: MR. LUIGI TOZZO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.43** | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 05/02/2019 | ACCENTURE S.P.A MILANO, VIA M. QUADRIO 17 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.44** | State what the contract or lease is for and the nature of the debtor's interest | ECONOMIC PROPOSAL DATED: 06/12/2024 | ACCENTURE S.P.A PRIVATA NINO BONNET, 10 MILANO, MILAN, 20154 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.45** | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT ADDENDUM DATED: 05/25/2011 | ACCENTURE S.P.A MILAN, VIA QUADRIO 17 ATTN: DOTT. LUCA MENTUCCIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.46** | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AND SECURITY SCHEDULE UNDER THE MASTER SERVICES AGREEMENT DATED: 04/30/2019 | ACCENTURE S.P.A PRIVATA NINO BONNET 10 MILANO, MI, 20154 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.47** | State what the contract or lease is for and the nature of the debtor's interest | HOSTING SAP SERVICE DATED: 04/22/2024 | ACCENTURE S.P.A VIA PRIVATA NINO BONNET, 10 \| 20154 MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (if known): 25-11109 |
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/28/2016 | ACCENTURE S.P.A VIA MAURIZIO QUADRIO N. 17 MILAN, 20154 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | SPECIFIC CONDITIONS DATED: 11/26/2024 | ACCENTURE S.P.A VIA NIZZA 262 INT. 57 ATTENTION: MR. LUIGI TOZZO TORINO, 10126 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | LOCAL SERVICES AGREEMENT DATED: 05/02/2019 | ACCENTURE S.P.A MILAN, AT VIA QUADRIO N. 17 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | ANNEXURE-MM MASTER AGREEMENT DATED: 05/02/2019 | ACCENTURE S.P.A VIA MAURIZIO QUADRIO N. 17 MILAN, 20154 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 06/01/2024 | ACCENTURE S.P.A PRIVATA NINO BONNET, 10 MILAN, 20154 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MASTER AGREEMENT DATED: 07/05/2010 | ACCENTURE S.P.A VIA QUADRIO 17, MILAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT DATED: 04/30/2019 | ACCENTURE S.P.A M. QUADRIO, 17 20154, MILAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
      Name

Case number (If known):   25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.55** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMENDMENT NO.1 TO THE MASTER AGREEMENT DATED: 12/15/2020<br><br><br>Undetermined | ACCENTURE S.P.A<br>M. QUADRIO 17<br>MILANO, 20154<br>ITALY |
| **2.56** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMENDMENT TO MASTER AGREEMENT DATED: 09/01/2013<br><br><br>Undetermined | ACCENTURE S.P.A<br>VIA M. QUADRIO 17, MILAN |
| **2.57** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMENDMENT NO.1 TO THE MASTER AGREEMENT DATED: 12/15/2020<br><br><br>Undetermined | ACCENTURE S.P.A<br>M. QUADRIO 17<br>MILANO, 20154<br>ITALY |
| **2.58** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER AGREEMENT AMS SAP DATED: 05/02/2019<br><br><br>Undetermined | ACCENTURE S.P.A<br>VIA QUADRIO 17, MILAN |
| **2.59** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER AGREEMENT DATED: 05/02/2019<br><br><br>Undetermined | ACCENTURE S.P.A<br>VIA MAURIZIO QUADRIO N. 17<br>MILAN, 20154<br>ITALY |
| **2.60** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ADDENDUM TO THE SIOP EXTENSION SERVICES CONTRACT DATED: 12/20/2024<br><br><br>Undetermined | ACCENTURE S.P.A<br>VIA MAURIZIO QUADRIO N. 17<br>MILAN, 20154<br>ITALY |
| **2.61** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DATA EXPORT AGREEMENT DATED: 05/02/2019<br><br><br>Undetermined | ACCENTURE SERVICES PVT. LTD.<br>PLANT 3<br>GODREJ & BOYCE COMPLEX<br>PIROJSHANAGAR, LBS MARG<br>VIKHROLI (WEST)<br>MUMBAI, 40079<br>INDIA |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.62** | State what the contract or lease is for and the nature of the debtor's interest | DATA LOGGER SUPPLY AGREEMENT FOR ITALIAN GT CHAMPIONSHIP DATED: 03/25/2013 | ACI SPORT S.P.A. SOLFERINO 32 ROME, RM, 00185 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.63** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR SUPPLY AND PARTNERSHIP IN THE ITALIAN GT CHAMPIONSHIP AND GT CUP – DATA LOGGER PROVISION DATED: 03/28/2017 | ACI SPORT S.P.A. SOLFERINO 32 ROME, RM, 00185 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.64** | State what the contract or lease is for and the nature of the debtor's interest | DATA LOGGER SUPPLY AND TECHNICAL PARTNERSHIP AGREEMENT DATED: 03/28/2016 | ACI SPORT S.P.A. SOLFERINO 32, 00185 ROME (RM) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.65** | State what the contract or lease is for and the nature of the debtor's interest | DATA LOGGER SUPPLY AND TECHNICAL PARTNERSHIP AGREEMENT DATED: 04/15/2018 | ACI SPORT S.P.A. SOLFERINO 32, 00185 ROME (RM) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.66** | State what the contract or lease is for and the nature of the debtor's interest | MOTORSPORT AGREEMENT DATED: 04/15/2018 | ACI SPORT S.P.A. SOLFERINO 32, 00185 ROME |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.67** | State what the contract or lease is for and the nature of the debtor's interest | RENTAL AGREEMENT DATED: 04/18/2019 | ACI SPORT S.P.A. SOLFERINO 32 ROME, RM, 00185 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.68** | State what the contract or lease is for and the nature of the debtor's interest | SUB-CONTRACT DEVELOPMENT AGREEMENT DATED: 06/16/2015 | ACTIA AUTOMOTIVE RUE JORGE SEMPRUN- 31432 TOULOUSE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 01/17/2011 | ADA FASTERNERS S.L |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL CONDITIONS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 11/26/2017 | ADAER RUN KOMPOREF NAFORMATICA STRADA DELLA MARINA, 2/7 60019 SENIGALLIA (AN) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT | ADAM OPEL AG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS AND CONDITIONS-NORTH AMERICA EQUIPMENT DATED: 11/10/2022 | ADDEATON BY NUMALLIANCE, INC. 1637 KINGSVIEW DRIVE LEBANON, OH 45036 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 09/09/2017 | ADDFOR S.P.A. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT FOR THE SEARCH AND SELECTION SERVICE DATED: 01/04/2014 | ADECCO ITALIA S.P.A. VIA TOLMEZZO 15/B - MILANO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT DATED: 04/01/2022 | ADECCO ITALIA S.P.A. VIA TOLMEZZO 15 MILAN, ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | STATE CHEMICAL AGREEMENT DATED: 02/15/2024 | ADECCO STAFFING<br>ESTADA, 35<br>NORD<br>PALMA, ILLES BALEARS, 07004<br>SPAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/23/2010 | ADLER PLASTIC SPA<br>VIA MOZZONI SAN DOMENICO<br>OTTAVIANO, NAPLES, 80044<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | SALES ORDER DATED: 11/03/2022 | ADOBE INC.<br>345 PARK AVENUE<br>SAN JOSE, CA 95110-2704 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | SALES ORDER DATED: 11/03/2022 | ADOBE INC.<br>345 PARK AVENUE<br>SAN JOSE, CA 95110-2704 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | SALES ORDER DATED: 11/03/2022 | ADOBE SYSTEMS SOFTWARE IRELAND LIMITED<br>4-6 RIVERWALK<br>CITY WEST BUSINESS CAMPUS<br>DUBLIN, 24<br>IRELAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | SALES ORDER DATED: 11/03/2022 | ADOBE SYSTEMS SOFTWARE IRELAND LIMITED<br>4-6 RIVERWALK<br>CITY WEST BUSINESS CAMPUS<br>DUBLIN, 24<br>IRELAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | ADOBE SALES ORDER DATED: 09/29/2023 | ADOBE SYSTEMS SOFTWARE IRELAND LIMITED (ADIR)<br>4-6 RIVERWALK<br>CITYWEST BUSINESS CAMPUS<br>SAGGART, DUBLIN, 24<br>IRELAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (if known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT: 1/20/2010 | ADVANCED DECORATIVE SYSTEM (SHANGHAI) CO, LTD. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 08/31/2009 | ADVANCED PLASTICS S.R.O. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS FOR ICT SERVICES DATED: 04/18/2023 | ADVANCED UNIBYTE GMBH PAUL-LECHLER-STRAßE 8 METZINGEN, 72555 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | EXHIBIT A - TERM SUMMARY DATED: 11/01/2021 | AEROMEXICO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE AND SERVICES CONTRACT DATED: 02/27/2012 | AEVO TECNOLOGIA DA INFORMACAO LTDA RUA HUMBERTO BALBI, N°. 21, JARDIM CAMBURI NEIGHBORHOOD, IN THE MUNICIPALITY OF VITORIA, STATE OF ESPIRITO SANTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE AND SERVICES CONTRACT DATED: 02/27/2012 | AEVO TECNOLOGIA DA INFORMACAO LTDA RUA HUMBERTO BALBI, N°. 21, JARDIM CAMBURI NEIGHBORHOOD, IN THE MUNICIPALITY OF VITORIA, STATE OF ESPIRITO SANTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE AND SERVICES CONTRACT DATED: 02/27/2012 | AEVO TECNOLOGIA DA INFORMACAO LTDA RUA HUMBERTO BALBI, N°. 21, JARDIM CAMBURI NEIGHBORHOOD, IN THE MUNICIPALITY OF VITORIA, STATE OF ESPIRITO SANTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.90** | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE AND SERVICES CONTRACT DATED: 02/27/2012 | AEVO TECNOLOGIA DA INFORMAÇÃO LTDA RUA HUMBERTO BALBI, N°. 21, JARDIM CAMBURI NEIGHBORHOOD, IN THE MUNICIPALITY OF VITORIA, STATE OF ESPIRITO SANTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.91** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR MAINTENANCE SERVICES DATED: 02/27/2012 | AEVO TECNOLOGIA DA INFORMAÇÃO LTDA. AGENCY 0870 - PRAIA DO CANTO CURRENT ACCOUNT NO. 42484-3 BANCO 341 (ITAU), BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.92** | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE AND SERVICES CONTRACT DATED: 02/27/2012 | AEVO TECNOLOGIA DA INFORMAQAO LTDA. RUA HUMBERTO BALBI, N°. 21, JARDIM CAMBURI NEIGHBORHOOD, IN THE MUNICIPALITY OF VITORIA, STATE OF ESPIRITO SANTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.93** | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE AND SERVICES CONTRACT DATED: 02/27/2012 | AEVO TECNOLOGIA DA INFORMAQAO LTDA. RUA HUMBERTO BALBI, N°. 21, JARDIM CAMBURI, VITORIA, ESPIRITO SANTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.94** | State what the contract or lease is for and the nature of the debtor's interest | WASTE SALE TITO SCALO (PZ) PC&MA S.P.A. MAGNETI MARELLI PLANT DATED: 12/21/2017 | AGECO S.R.L ZONA IND.LE DI TITO 85050 – TITO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.95** | State what the contract or lease is for and the nature of the debtor's interest | AIR CONDITIONING MAINTENANCE OFFER DATED: 01/10/2025 | AGEFRED, S. L SCULPTOR CANET, 35-37 · 08028 BARCELONA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.96** | State what the contract or lease is for and the nature of the debtor's interest | SOIL AND SUBSOIL ENVIRONMENTAL REMEDIATION PAYMENT AGREEMENT DATED: 11/20/2006 | AGES S.P.A. STRADA CASCINA CAUDA, 5, 14100 ASTI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (if known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.97** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT DATED: 01/01/2024 | AGETIK SOFTWARE S.R.L. ROOSEVELT 103 LUCCA, 55100 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.98** | State what the contract or lease is for and the nature of the debtor's interest | SIDE LETTER TO THE FREIGHT FORWARDING TRANSPORTATION AGREEMENT DATED: 01/01/2019 | AGILITY LOGISTICS SRL STRADA VECCHIA PAULLESE 5/A PANTIGLIATE (MI) ATTN: LICIA ALBARELLI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.99** | State what the contract or lease is for and the nature of the debtor's interest | FREIGHT FORWARDING TRANSPORTATION AGREEMENT DATED: 06/01/2011 | AGILITY LOGISTICS SRL PANTIGLIATE (MI), STRADA VECCHIA PAULLESE, 5/A |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.100** | State what the contract or lease is for and the nature of the debtor's interest | FREIGHT FORWARDING TRANSPORTATION AGREEMENT DATED: 06/01/2011 | AGILITY LOGISTICS SRL ATTN: DOMENICO TAFURO STRADA VECCHIA PAULLESE, 5/A, PANTIGLIATE (MILANO) – 20090 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.101** | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL AGREEMENT DATED: 05/01/2023 | AIR CANADA PALAZZINA E.P.U.A., AEROPORTO LEONARDO DA VINCI , FIUMICINO ROMA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.102** | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL AGREEMENT DATED: 06/01/2024 | AIR CANADA PALAZZINA E.P.U.A., AEROPORTO LEONARDO DA VINCI , FIUMICINO ROMA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.103** | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL AGREEMENT DATED: 06/01/2024 | AIR CHINA LARGO CORSIA DEI SERVI 3, 20122 MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL AGREEMENT DATED: 05/01/2023 | AIR CHINA<br>LARGO CORSIA DEI SERVI 3, 20122 MILANO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM II TO CONTRACT FOR THE ADMINISTRATION OF LIQUID, COMPRESSED GASES AND RENTAL OF EQUIPMENT FOR STORAGE AND DISPENSING DATED: 01/01/2024 | AIR LIQUIDE ITALIA SERVICE S.R.L.<br>BISCEGLIE 66, MILAN (MI) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL GASES SUPPLY CONTRACT- CONTRACT FOR THE SUPPLY OF LIQUID AND COMPRESSED GASES AND RENTAL OF EQUIPMENT FOR STORAGE AND | AIR LIQUIDE ITALIA SERVICE S.R.L.<br>VIA CALABRIA, 31<br>TEL. 02 40261 SEL. PASS. FAX 02 48705895<br>PO BOX 15036<br>MILAN, 20158<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM FOR THE ADMINISTRATION OF LIQUID, COMPRESSED GASES AND RENTAL OF EQUIPMENT FOR STORAGE AND DISPENSING DATED: 12/01/2024 | AIR LIQUIDE ITALIA SERVICE S.R.L.<br>VIA BISCEGLIE 66, MILAN (MI) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL GASES SUPPLY CONTRACT DATED: 11/04/2019 | AIR LIQUIDE ITALIA SERVICE S.R.L.<br>CALABRIA 31, 20158 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM II TO CONTRACT FOR THE ADMINISTRATION OF LIQUID, COMPRESSED GASES AND RENTAL OF EQUIPMENT FOR STORAGE AND DISPENSING DATED: 01/01/2024 | AIR LIQUIDE ITALIA SERVICE S.R.L.<br>BISCEGLIE 66, MILAN (MI) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE CONTRACT FOR THE SUPPLY OF LIQUID, COMPRESSED GASES AND RENTAL OF EQUIPMENT FOR STORAGE AND THE DELIVERY DATED: 01/01/2021 | AIR LIQUIDE ITALIA SERVICE S.R.L.<br>VIA CALABRIA, 31 20158 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.                                                        Case number (If known):   25-11109
          Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.111** State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 12/23/2014 | AISIN EUROPE MANUFACTURING (UK) LTD. UNIT 1 BELL HEATH WAY WOODGATE BUSINESS PARK BIRMINGHAM, B32 3BZ UNITED KINGDOM |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.112** State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS AND CONDITIONS DATED: 12/12/2016 | AKAB-LEM S.P.A. TRIBERTI 5, 10020 CAMBIANO (TO) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.113** State what the contract or lease is for and the nature of the debtor's interest | ENGINEERING SERVICES DATED: 01/01/2019 | AKKA ITALIA S.R.L CORSO ENRICO TAZZOLI 215/12/B TORINO, TO, 10137 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.114** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/01/2025 | AKKODIS ITALY S.R.L CORSO BERNARDINO TELESIO N. 23-25, 10146 TORINO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.115** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE AMENDMENT OF THE SERVICE AGREEMENT DATED: 01/01/2025 | AKKODIS ITALY S.R.L CORSO BERNARDINO TELESIO N. 23- 25 TORINO, TO, 10146 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.116** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE AMENDMENT OF THE SERVICE AGREEMENT DATED: 01/01/2025 | AKKODIS ITALY S.R.L CORSO BERNARDINO TELESIO N. 23-25 10146 TORINO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.117** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/01/2025 | AKKODIS ITALY S.R.L. CORSO BERNARDINO TELESIO N. 23-25 TORINO, 10146 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | | Case number (If known): 25-11109 |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.118** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/20/2010 | AKYDL PLASTIC LTD 58, BOULEVARD JACQUARD CALAIS, 62100 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.119** | State what the contract or lease is for and the nature of the debtor's interest | CO-OPERATION AGREEMENT FOR THE DEVELOPMENT AND SUPPLY OF COMPONENTS AND RELATED SERVICES AND TECHNICAL PARTNER SPONSORSHIP PACKAGE | AL GRAND PRIX OPERATIONS LIMITED 192 Sloane Street First Floor London, SW1X 9QX UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.120** | State what the contract or lease is for and the nature of the debtor's interest | SECTOR AGREEMENT DATED: 02/28/2006 | ALBACOM S.P.A MILANO, VIA TUCIDIDE, 56 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.121** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL FRAME AGREEMENT DATED: 11/14/2017 | ALGAR S.P.A. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.122** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 09/25/2017 | ALGO S.P.A. VIA BRIANZA, 13 - 22031 ALBAVILLA (CO), PARTITA IVA (VAT) N. 09103360963  ATTENTION: GENERAL MANAGER |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.123** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | AL-KOR OTOMOTIV SANAYI URUNLERI VE DIS TICARET A.S. BAKIRCILAR PIRINCCILER ORG. SAN. SITESI LEYLAK CD. NO:12 ISTANBUL, TURKEY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.124** | State what the contract or lease is for and the nature of the debtor's interest | COMMISSIONED CONSULTANCY CONTRACT DATED: 11/26/2024 | ALMA MATER STUDIORUM – UNIVERSITY OF BOLOGNA ZAMBONI 33 BOLOGNA, BO, 40126 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK COLLABORATION AGREEMENT DATED: 08/30/2017 | ALMA MATER STUDIORUM – UNIVERSITY OF BOLOGNA VIA SAN GIACOMO 5/2 ATTN: SILVIA VECCHI RESEARCH AND THIRD MISSION AREA - BUSINESS RELATIONS SECTOR BOLOGNA, BO, 40136 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | COMMISSIONED RESEARCH CONTRACT DATED: 09/28/2017 | ALMA MATER STUDIORUM – UNIVERSITY OF BOLOGNA MURA ANTEO ZAMBONI 7 ATTN: PROF. MICHELA MILANO ATTN: DR. LUCIA ADAMO BOLOGNA, 40126 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | COMMISSIONED RESEARCH CONTRACT DATED: 02/20/2017 | ALMA MATER STUDIORUM – UNIVERSITY OF BOLOGNA, DEPARTMENT OF COMPUTER SCIENCE AND ENGINEERING MURA ANTEO ZAMBONI, 7 ATTN: PROF. MARCO PRANDINI DEPARTMENT OF COMPUTER SCIENCE AND ENGINEERING BOLOGNA, 40126 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT OFFER | ALMGESTIÓ SOLUCIONS EMPRESARIALS, S.L. C/ MARIA ESPINALT NUM 15, PLANTA 2 SANTPEDOR, 08251 SPAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/12/2010 | ALPHA METALS SPA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | LOGISTICS AGREEMENT DATED: 01/15/2018 | ALPINE ELECTRONICS GMBH WILHELM-WAGENFELD-STR. 1-3 MUNICH, 80807 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE SUBLICENSE AGREEMENT DATED: 11/26/2014 | ALPINE ELECTRONICS, INC. 20-1 YOSHIMA INDUSTRIAL PARK IWAKI, FUKUSHIMA, 970-1192 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Europe S.p.A.                                    Case number (If known):  25-11109
        Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 05/31/2011 | ALPINE ELECTRONICS, INC. 20-1 YOSHIMA INDUSTRIAL PARK IWAKI, FUKUSHIMA, 970-1192 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | ALTAIR - MARELLI AGREEMENT 2020 DATED: 04/16/2020 | ALTAIR ENGINEERING S.R.L. VIA LIVORNO 60 • 10144 TURIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 04/01/2019 | ALTAIR ENGINEERING, INC. 1820 E BIG BEAVER RD TROY, MI 48083 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | ICT PROFESSIONAL SERVICES AGREEMENT – SPECIFIC CONDITIONS DATED: 12/23/2022 | ALTEA UP S.R.L. LEPETIT, 8 ATTN: MR. ANDREA VIBERTI LAINATE, MI, 20020 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | SPECIFIC CONDITIONS FOR SUPPLY AGREEMENT DATED: 12/23/2022 | ALTEA UP S.R.L. V.LE A. BORLETTI 61/63 ATTENTION: MR. DAVIDE DEVALLE CORBETTA, MI, 2011 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/18/2024 | ALTEA UP SRL VIA BENIGNO CRESPI, 24 ATTENTION: MR. ANDREA VIBERTI MILANO, (MI), 20159 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | ICT PROFESSIONAL SERVICES AGREEMENT – SPECIFIC CONDITIONS DATED: 11/18/2024 | ALTEA UP SRL BENIGNO CRESPI, 24 ATTN: MR. ANDREA VIBERTI MILANO, (MI), 20159 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.                                      Case number (If known):   25-11109
          Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | SPECIFIC TERMS AND CONDITIONS FOR THE PROVISION OF ENGINEERING SERVICES DATED: 11/21/2018 | ALTEN ITALIA S.P.A<br>VIA GAETANO CRESPI 12, 20134 MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS AGREEMENT DATED: 07/24/2019 | ALTEN ITALIA S.P.A SOCIETA UNIPERSONALA MILANO, CAP-20134 - VIA GAETANO CRESPI N12 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 11/14/2019 | ALTRAN<br>REGISTERED OFFICE IN MUNICH |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 06/10/2011 | ALTRAN ITALIA S.P.A.<br>GOITO<br>ROME,<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | ENGINEERING SERVICES DATED: 05/28/2019 | ALTRAN ITALIA SPA<br>VIA TIBURTINA 1232<br>ROMA, 00131<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK PURSUANT TO MASTER SERVICES AGREEMENT DATED: 04/19/2023 | ALVAREZ & MARSAL GLOBAL CYBER RISK SERVICES, LLC<br>600 MADISON AVENUE<br>8TH FLOOR<br>NEW YORK, NY 10022 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED: 10/06/2023 | ALVAREZ & MARSAL GLOBAL CYBER RISK SERVICES, LLC<br>600 MADISON AVENUE<br>8TH FLOOR<br>NEW YORK, NY 10022 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.146** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED: 04/19/2023 | ALVAREZ & MARSAL GLOBAL CYBER RISK SERVICES, LLC 600 MADISON AVENUE 8TH FLOOR NEW YORK, NY 10022 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.147** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED: 04/19/2023 | ALVAREZ & MARSAL GLOBAL CYBER RISK SERVICES, LLC 600 MADISON AVENUE 8TH FLOOR NEW YORK, NY 10022 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.148** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 09/13/2011 | AMD DECOLLETAGE 441 RUE DES CRETS F - 74800 SAINT PIERRE EN FAUCIQNY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.149** | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 07/12/2011 | AMERICAN AXLE & MANUFACTURING INC. ONE DAUCH DRIVE DETROIT, MI 48211, 1198 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.150** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 11/07/2017 | AMI SRL VOLLA26 TO X 20841 CARATE BRIANZA (MB) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.151** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 07/23/2024 | AMPERE CLEON 122-122 BIS AVENUE DU GÉNÉRAL LECLERC BOULOGNE-BILLANCOURT, 92100 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.152** | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT OF INTELLECTUAL PROPERTY RIGHTS 1, 2, 3A. AND LICENSE AGREEMENT DATED: 07/23/2024 | AMPERE S.A.S 122-122-BIS AVENUE DU GENERAL LECLERC BOULOGNE-BILLANCOURT, 92100 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 07/23/2024 | AMPERE S.A.S<br>122-122-BIS AVENUE DU GENERAL LECLERC<br>BOULOGNE-BILLANCOURT, 92100<br>FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 12/14/2010 | AMPHENOL MALAYSIA SDN BHD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 01/13/2010 | AMPHENOL SHOUH MIN INDUSTRIES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | CO-EXISTENCE AGREEMENT DATED: 12/07/2020 | AMRELI STEELS LTD.,<br>A-18<br>S.I.T.E.<br>KARACHI,<br>PAKISTAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE AMENDMENT OF THE CONSIGNMENT STOCK AGREEMENT DATED: 10/03/2022 | AMS-OSRAM INTERNATIONAL GMBH<br>LEIBNIZSTR. 4<br>REGENSBURG, 93055<br>GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE AMENDMENT OF THE CONSIGNMENT STOCK AGREEMENT DATED: 10/03/2022 | AMS-OSRAM INTERNATIONAL GMBH<br>LEIBNIZSTR. 4<br>REGENSBURG, 93055<br>GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 01/19/2011 | AMTEK (HUIZHOU) INDUSTRIES LTD. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.160** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 01/18/2018 | ANAND NVH PRODUCTS PVT LTD 39 KM STONE N.H.8 BEGUMPUR KHATOLA INDUSTRIAL AREAS SECTOR - 35 GURGAON, 122001 INDIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.161** | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE IP RIGHTS MAINTENANCE SERVICES AGREEMENT DATED: 05/31/2023 | ANAQUA SERVICES, INC. 31 ST JAMES AVENUE BOSTON, 02116 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.162** | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF INTENT FOR INFOMOBILITY AND ROAD SAFETY COLLABORATION DATED: 01/16/2009 | ANAS S.P.A. MONZAMBANO 10, 00185 ROME |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.163** | **State what the contract or lease is for and the nature of the debtor's interest** | USF PRO CHAMPIONSHIPS AGREEMENT DATED: 03/24/2025 | ANDERSEN PROMOTIONS, LLC 10101 US 41 NORTH ATTN: DAN ANDERSEN PALMETTO, FL 34221 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.164** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 06/26/2018 | ANDERTON CASTINGS 7 RUE ADRIENNE BOLLAND ANDREZIEUX, 42160 FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.165** | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT DATED: 12/19/2017 | ANDRETTI AUTOSPORT 2, INC. 7615 ZIONSVILLE ROAD, INDIANAPOLIS, INDIANA. ATTENTION: J-F THORMANN, PRESIDENT |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.166** | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT FOR MAINTENANCE SERVICES DATED: 12/11/2024 | ANGELANTONI TEST TECHNOLOGIES S.R.L CIMACOLLE ABA - 06056 MASSA MARTANA, (PG), ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 05/30/2019 | ANHUI RUITENG AUTO LIGHTS MANUFACTURING CO.,LTD NO.207, GUANDOUMEN ROAD JIUIIANG DISTRICT, WUHU, ANHUI, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 05/29/2019 | ANRITSU S.R.L. VIA ELIO VITTORINI 129 ROMA, 00144 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF INFORMATION SERVICES DATED: 05/01/2019 | ANSA – AGENZIA NAZIONALE STAMPA ASSOCIATA SOCIETÀ COOPERATIVA DELLA DATARIA 94 ROME, (RM), 00187 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOM LICENSE FORM DATED: 12/31/2024 | ANSYS INTERNATIONAL LLC VIA G.B. PERGOLESI, 25 MILANO, (MI), 20124 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED: 01/25/2022 | ANSYS ITALIA S.R.L VIA G.B. PERGOLESI, 25 MILANO, MI, 20124 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOM LICENSE FORM DATED: 12/31/2022 | ANSYS, INC / ANSYS INTERNATIONAL LLC VIA G.B. PERGOLESI, 25 MILANO, (MI), 20124 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 12/31/2022 | ANSYS, INC / ANSYS INTERNATIONAL LLC VIA G.B. PERGOLESI, 25 MILANO, (MI), 20124 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | WELFARE SERVICES CONTRACT DATED: 03/16/2023 | AON ADVISORY AND SOLUTIONS S.R.L VIA CALINDRI 6 MILAN, 20143 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | WELFARE SERVICES CONTRACT – FLEXIBLE BENEFITS DATED: 03/16/2023 | AON ADVISORY AND SOLUTIONS S.R.L. CALINDRI 6 MILANO, 20143 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK SUBJECT TO GTC OF MCA DATED: 01/01/2022 | AON ADVISORY AND SOLUTIONS SRL VIA CALINDRI 6 MILAN, 20143 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK SUBJECT TO GTC OF MCA DATED: 01/01/2022 | AON GROUP. VIA CALINDRI 6 MILAN, 20143 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 06/05/2019 | APEC SPOL. S.R.O TOLSTEHO 1 HUMENNE, 066 01 SLOVAK REPUBLIC |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASING GENERAL TERMS FOR EQUIPMENT (2018 EDITION) DATED: 03/18/2019 | APENA-REMONT SP. Z O.O. UL.PARTYZANTOW 61A BIELSKO-BIALA, 43-300 POLAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS AND CONDITIONS FOR ICT SERVICES DATED: 04/21/2022 | APTO, LLC. 100 WEST BIG BEAVER RD. SUITE 200 TROY, MI 48084 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | | Case number (If known): | 25-11109 |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.181** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 03/14/2019 | APYROS S.R.L. PIAZZA DELLA REPUBBLICA, 32 10° PIANO INK 67 - 200 4 MILANO (MI) PRIMO MAGGIO, 150/B 6013T ANCONA (AN) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.182** | State what the contract or lease is for and the nature of the debtor's interest | SIDE LETTER TO THE ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 01/01/2019 | ARCESE TRASPORTI VIA ALDO MORO 95 ARCO (TN) ATTN: BRUNO LANZA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.183** | State what the contract or lease is for and the nature of the debtor's interest | ROAD CARRIER TRANSPORTATION AGREEMENT | ARCESE TRASPORTI SPA ARCO (TN), VIA ALDO MORO 95 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.184** | State what the contract or lease is for and the nature of the debtor's interest | ROAD CARRIER TRANSPORTATION AGREEMENT | ARCESE TRASPORTI SPA TANGENZIALE SUD KM 20,5 INTERPORTO SITO 10040 RIVALTA (TORINO) ATTN: LORENZO LEONE FOR CARRIER. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.185** | State what the contract or lease is for and the nature of the debtor's interest | COMMITMENT OF THE POTENTIAL SUPPLIER DATED: 11/02/2017 | ARCUS AIR LOGISTIC IBERICA SL PROFESOR BELTRAN BAGUENA Nº 4-306 VALENCIA, 46009 SPAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.186** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 06/18/2019 | ARCUS AIR LOGISTICS IBERICA SL EDIFICIO TRADE CENTER, PROFESOR BELTRAN BAGUENA, 4 OFICINA 306, 46009 VALENCIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.187** | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE TERMS AND CONDITIONS DATED: 01/01/2025 | ARIAS LOGISTICS 543 S AMERICAS AVE STE A1 EL PASO, TX 79907 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.

Case number (if known): 25-11109

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | POWER OF ATTORNEY DATED: 12/22/2022 | ARIBONI, FABBRI E SCHMIDT SOCIEDADE DE ADVOGADOS SÃO PAULO, AT RUA GUARARAPES, 1909 - 7TH FLOOR - |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | POWER OF ATTORNEY DATED: 03/25/2025 | ARIBONI, FABBRI E SCHMIDT SOCIEDADE DE ADVOGADOS Rua Guararapes, 1909 7th Floor BPTO, N. 2318 All domiciled in the capital of the state of São Paulo São Paulo, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | POWER OF ATTORNEY DATED: 12/22/2022 | ARIBONI, FABBRI E SCHMIDT SOCIEDADE DE ADVOGADOS AT RUA GUARARAPES, 1909 7TH FLOOR SÃO PAULO, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 10/18/2010 | ARMSTRONG ODZNWALD TECHNOLOGY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 02/21/2018 | ARMSTRONG TECHNOLOGY (SUZHOU) CO.)LTD NO.2, BAODA ROAD SUZHOU INDUSTRIAL PARK WEITINQ SUB-DISTRICT SUZHOU, JIANGSU PROVINCE, 215122 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 10/18/2010 | ARMSTRONG TECHNOLOGY (SUZHOU) CO.)LTD NO.2, BAODA ROAD SUZHOU INDUSTRIAL PARK WEITINQ SUB-DISTRICT SUZHOU, JIANGSU PROVINCE, 215122 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 07/30/2014 | ARRAY PLASTICS SL POLIGONO INDUSTRIAL DE LA FABRICA C. DE A CODINA 4 FOLGUEROLES, BCN, 08519 SPAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT TERMINATING THE TECHNICAL ASSISTANCE AGREEMENT DATED: 02/01/2010 | ART S.R.L. CENTRO RICERCHE "IL PISCHIELLO" – VOCABOLO PISCHIELLO 20, 06065 PASSIGNANO SUL TRASIMENO (PG) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF FRAMEWORK AGREEMENT FOR TECHNICAL COLLABORATION DATED: 12/22/2022 | ART S.R.L. IV NOVEMBRE 22, 52044 CAMUCIA (AR) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | TECHNICAL/COMMERCIAL ASSISTANCE CONTRACT DATED: 01/26/2007 | ART S.R.L. ALDO BORLETTI 61/63 ATTN: LAWYER ANNA ANCHINO CORBETTA, MI, 20011 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR TECHNICAL COOPERATION DATED: 01/26/2007 | ART S.R.L. ATTN: MR. GIANCARLO LUIGETTI ATTN: ANNA ANCHINO, COMPANY MANAGER VIALE ALDO BORLETTI 61/63, 20011 CORBETTA (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 01/03/2012 | ART SRL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 03/01/2010 | ART TECNICA PEQAS EM ESPUMAS LTDA RUA GENERAL IZIDORO DIAS LOPES 320 SAO BERNARDO DO CAMPO, 09687-000 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE DEVELOPMENT AND LICENSING AGREEMENT DATED: 01/01/2016 | ARTAX S.R.L. ATTN: SOLE DIRECTOR ENG. PAOLO MINGOZZI A. VESPUCCI 2, 40017 SAN GIOVANNI IN PERSICETO (BO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Europe S.p.A.

Case number (If known):  25-11109

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE DEVELOPMENT AND CONSULTANCY AGREEMENT DATED: 01/02/2018 | ARTAX S.R.L. A. VESPUCCI 2 ATTN: THE SOLE DIRECTOR PAOLO MINGOZZI SAN GIOVANNI IN PERSICETO, BO, 40017 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE DEVELOPMENT AND EXCLUSIVE LICENSING AGREEMENT DATED: 01/01/2014 | ARTAX S.R.L. ATTN: PAOLO MINGOZZI  A. VESPUCCI 2, 40017 SAN GIOVANNI IN PERSICETO (BO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE DEVELOPMENT AND LICENSING AGREEMENT DATED: 01/01/2018 | ARTAX S.R.L. ATTN: SOLE DIRECTOR PAOLO MINGOZZI A. VESPUCCI 2, 40017 SAN GIOVANNI IN PERSICETO (BO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE DEVELOPMENT AND LICENSING AGREEMENT DATED: 01/01/2016 | ARTAX S.R.L. A. VESPUCCI 2 ATTN: SOLE DIRECTOR ING. PAOLO MINGOZZI SAN GIOVANNI IN PERSICETO, BO, 40017 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR SOFTWARE DESIGN, DEVELOPMENT, AND LICENSING DATED: 01/01/2012 | ARTAX S.R.L. ATTN: ING. PAOLO MINGOZZI A. VESPUCCI 2, 40017 SAN GIOVANNI IN PERSICETO (BO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SPECIAL CONDITIONS DATED: 01/04/2022 | ARVAL MAROC S.A. ZENITH MILLENIUM IMM 3&4 4TH FLOOR SIDI MAAROUF CASABLANCA, 20190 MOROCCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK PARTNERSHIP SUPPLY AGREEMENT DATED: 02/09/2017 | ARVEDI TUBI ACCIAIO S.P.A. VIALE ALDO BORIETTI 61/ 63 CORBETTA, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | SPECIAL AGREEMENT ON AFTERSALES SERVICE APPLICABLE UPON EXPIRATION OF WARRANTY IN THE NAFTA REGION DATED: 03/01/2016 | ARZUFFI S.R.L. VIA DEL COMMERCIO 18 BERNAREGGIO, (MB), 20881 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | TECHNICAL PARTNERSHIP AGREEMENT DATED: 07/26/2013 | ASIAN ENDURANCE OPERATING COMPANY LIMITED 806 CAPITOL CENTRE 5-19 JARDINE'S BAZAAR ROOM 506, NO. 2240 CHINA SOUTH PUDONG ROAD CAUSEWAY BAY, SHANGHAI, HONG KONG, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT OF PRODUCT DATED: 01/14/2019 | ASJA AMBIENTE ITALIA S.P.A. RIVOLI (TURIN), VIA IVREA 70,10098 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | DEVELOPMENT AGREEMENT DATED: 05/15/2011 | ASPI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | MANUFACTURING AND LOGISTICS AGREEMENT | ASPI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | PCMA AGREEMENT DATED: 02/27/2019 | ASSITEC 2000 S.R.L. VIA CERESA N. 3 03030 VILLA SANTA LUCIA (FR) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT AGREEMENT DATED: 03/02/2024 | ASTOLFI S.P.A. PIAZZA DEL POPOLO N. 18 ROME, 00187 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.216** | State what the contract or lease is for and the nature of the debtor's interest | MANDATE FOR ASSISTANCE FOR TAX CREDIT PROGRAMS DATED: 11/04/2024 | ASTOLFI S.P.A.<br>PIAZZA DEL POPOLO 18<br>ROME, 00187<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.217** | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT AGREEMENT DATED: 11/04/2024 | ASTOLFI S.P.A.<br>PIAZZA DEL POPOLO NO. 18<br>ROME,<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.218** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 06/14/2022 | ASTOLFI S.P.A.<br>VIA CASSIAN BON 1/A - 05100 TERNI (TR) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.219** | State what the contract or lease is for and the nature of the debtor's interest | MANDATE FOR ASSISTANCE IN REQUESTING GRANTS: 11/26/2024 | ASTOLFI SPA<br>PIAZZA DEL POPOLO N. 18, ROMA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.220** | State what the contract or lease is for and the nature of the debtor's interest | TECHNICAL ASSISTANCE AGREEMENT DATED: 07/07/2012 | ATA MANZA AMT PROJECT<br>REGISTERED OFFICE AT BOMBAY HOUSE, 24 HOMI MODY STREET, MUMBAI 400 001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.221** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | A-TECH SOLUTION CO., LTD.<br>277 GAJANG-RO<br>JEONGNAM-MYEON<br>HWASEONG, GYEONGGI, 18512<br>REPUBLIC OF KOREA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.222** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 12/21/2010 | ATG SRL<br>VIA DEI FALEGNAMI 2/A<br>CASTELLO D ARGILE, 40050<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
_____
Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.223** State what the contract or lease is for and the nature of the debtor's interest | REQUEST FOR OFFER FOR INTEGRATED DESIGN WORKS AND WORKS SUPERVISION, TECHNICAL SPECIFICATIONS | ATL VIA CIOPPOLO,45 83010 CAPRIGLIA IFPINA (AV) TEL/FAX: 0825-6812110 P.IVA 02902740642 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.224** State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 03/30/2017 | ATL ENGINEERING VIA CIOPPOLO 45 CAPRIGLIA IRPINA, AV, 83010 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.225** State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 02/14/2014 | ATOP SPA STRADA S. APPIANO 8/A BARBERINO VAL D'ELSA, 50021 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.226** State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PURCHASE AGREEMENT DATED: 03/11/2017 | ATS 701 RUE DE LA GRAVIERE ZAE ATLANTISUD SAINT-GEOURS-DE-MAREMNE, 40230 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.227** State what the contract or lease is for and the nature of the debtor's interest | COMPLIANCE DECLARATION LETTER DATED: 09/12/2017 | ATS EUROPE RUE G RAVIERE ZI ATLATISUD NO. 701 ST GEOURS DE MAREMNE, 40230 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.228** State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 05/09/2019 | AUBAY ITALIA S.P.A VIA GIOTTO 36 2 MILANO, 20145 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.229** State what the contract or lease is for and the nature of the debtor's interest | ICT PROFESSIONAL SERVICES AGREEMENT – SPECIFIC CONDITIONS DATED: 11/25/2024 | AUBAY ITALIA S.P.A. GIOTTO 36 2 MILANO, 20145 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
         Name

Case number (If known):   25-11109

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS CONTRACT DATED: 08/08/2018 | AUDI AG INGOLSTADT, 85057 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 12/23/2014 | AUDIELLO E VARALLO S.P.A. MONCALIERI (TO), CORSO SAVONA N. 23 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 07/18/2011 | AUSTRIAMICROSYSTEMS AG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 04/05/2019 | AUTEC SWEET S.I. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | MANUFACTURING AGREEMENT DATED: 10/02/2009 | AUTOLIV ELECTRONICS AB BOX 383 MOTALA, SE-591 24 SWEDEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 12/14/2009 | AUTOLIV ELECTRONICS SAS 2 , RUE VILLARET DE JOYEUSE. 75017 PARIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT DATED: 10/28/2009 | AUTOLIV ELECTRONICS SAS BOX 70381 STOCKHOLM, SE-107 24 SWEDEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.237** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 08/21/2019 | AUTOMETAL MINAS CHROME PLATING, PAINTING AND INJECTION LTDA RUA MOACIR JARDIM, 355 BAIRRO NOSSA SENHORA DO ROSÁRIO MATEUS LEME, MG, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.238** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 08/30/2013 | AUTOMOBILES CITROEN RUE FRUCTIDOR - F-75835 PARIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.239** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT | AUTOMOBILES CITROEN 6 RUE FRUCTIDOR - F-75835 PARIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.240** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 01/27/2015 | AUTOMOBILES CITROEN 6 RUE FRUCTIDOR PARIS CEDEX 17, F-75835 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.241** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 07/12/2012 | AUTOMOBILES CITROEN 6 RUE FRUCTIDOR PARIS CEDEX 17, F-75835 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.242** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 01/01/2010 | AUTOMOBILES CITROEN C/O COMPTABILITE FOURNISSEURS FLUX SPORT TSA 80010 YVELINES CEDEX 9, 78091 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.243** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 04/28/2022 | AUTOMOBILES PEUGEOT 2-10 BOULEVARD DE 1'EUROPE POISSY, 78300 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | | Case number (If known): 25-11109 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF INTENT FOR FEASIBILITY STUDY ON HYDRAULIC VALVE LIFT (HVC) ACTUATORS DATED: 05/16/2011 | AUTOMOBILI LAMBORGHINI S.P.A. MODENA 12, 40019 SANT'AGATA BOLOGNESE (BO) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | POTENTIAL CO-DEVELOPMENT AGREEMENT DATED: 06/03/2013 | AUTOMOTIVE AMIENS 65 RUE COLBERT LE COQ AMIENS, 80016 CEDEX FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 01/01/2017 | AUTOMOTIVE LIGHTING REUTLINGEN GMBH TIIBINGER STR. 123 REUTLINGEN, D-72762 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING AGREEMENT DATED: 04/17/2019 | AUTOMOTIVE LIGHTING REUTLINGEN GMBH TUEBINGER STRASSE 123 REUTLINGEN, 72762 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 02/18/2010 | AUTOPLAS IND. COM. IMP. E EXP. DE PLÁSTICOS TEC. LTDA R SANTOS DUMONT 440 - VL SUZANA - MATEUS LEME / MG   ZIP CODE: 35670-000 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DATED: 05/25/2012 | AUTOSPORT.COM |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 05/18/2011 | AUTOSTRADE PER I'LTALIA S.P.A VIA A. BERGAMINI, 50 ATTN. DANIELE MEINI ROMA, 00139 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | COLLABORATION AGREEMENT ON INNOVATIVE ELECTRONIC TOLL SYSTEMS INTEGRATION DATED: 02/16/2010 | AUTOSTRADE TECH S.P.A. BERGAMINI 50, 00159 ROME |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 01/07/2010 | AVDEL ITATLIA S.R.L. ATTN: SEDE AMMINISTRATIVA V.LE LOMBARDIA, 51/53 - 20047 BRUGHERIO (ML) SEDE LEGATE VIA F. CASATL, 20 - 20124 MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 11/12/2012 | AVINTIA RACING POL. IND. SUD, C/MESTRE NICOLAU 6, NAVE 3 08440 CARDEDEU, BARCELONA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL MASTER AGREEMENT DATED: 02/28/2019 | AVIS BUDGET ITALIA SPA VIALE CARMELO BENE,70 VIA ROMA 96 ROMA, 00139 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS AND CONDITIONS DATED: 07/20/2017 | AVL ITALIA S.R.L - ITS BUSINESS UNI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT DATED: 11/20/2024 | AVL LIST GMBH HANS-LIST-PLATZ 1 GRAZ, A-8020 AUSTRIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT DATED: 11/20/2024 | AVL LIST GMBH HANS-LIST-PLATZ 1 GRAZ, A-8020 AUSTRIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSIGNMENT STOCK AGREEMENT DATED: 03/13/2019 | AVNET EMG ITALY S.R.L. VIA MANZONI, 44 1 CUSANO MILANINO, ML, 20095 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL VOLUME REBATE AGREEMENT DATED: 01/01/2024 | AVNET EUROPE BV DE KLEETIAAN 3,DIEGEM,BELGIUM BELGIUM, 1831 BELGIUM |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 03/02/2010 | AXMOL INDUSTRIAL LTDA. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION ORDER FORM DATED: 01/01/2023 | AXWAY S.R.L PIAZZALE BIANCAMANO 8 MILANO, 20121 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION ORDER FORM DATED: 01/01/2023 | AXWAY S.R.L PIAZZALE BIANCAMANO 8 MILANO, 20121 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION ORDER FORM DATED: 12/18/2019 | AXWAY S.R.L PIAZZALE BIANCAMANO 8 MILANO, 20121 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM DATED: 12/23/2020 | AXWAY S.R.L VIALO ABRUZZI 94 CAO MILANO, 20131 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.
_____    Case number (if known): 25-11109
            Name

▮    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT OF VALUATION REPORT UNDER ARTICLE 2465 ITALIAN CIVIL CODE DATED: 07/31/2024 | BAKER TILLY ITALIA TAX S.R.L. S.T.P. P.ZZA VELASCA 8 MILAN, 20122 ITALY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | DEED AMENDING THE FINANCIAL LEASE CONTRACT DATED: 05/01/2024 | BANCO BPM S.P. MILAN, PIAZZA FILIPPO MEDA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR NON-RESIDENTIAL USE DATED: 09/01/2024 | BANCO BPM S.P.A PIAZZA F.MEDA 4, 20121 MILAN, |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 12/14/2023 | BANCO BPM S.P.A PIAZZA F.MEDA 4, 20121 MILAN |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR NON-RESIDENTIAL USE DATED: 09/01/2024 | BANCO BPM S.P.A PIAZZA F.MEDA 4, 20121 MILAN |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | COMPENSATION AGREEMENT DECLARATION DATED: 09/01/2024 | BANCO BPM S.P.A PIAZZA F. MEDA 4, 20121 MILAN |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR NON-RESIDENTIAL USE DATED: 04/30/2024 | BANCO BPM S.P.A. PIAZZA FILIPPO MEDA, N. 4 20121- MILAN ATTENTION: ALESSANDRO MILANINO AND FRANCESCO CARAMELLA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.272** | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE TRANSFER AGREEMENT DATED: 08/30/2024 | BANCO BPM S.P.A. PIAZZA F.MEDA 4, 20121 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.273** | **State what the contract or lease is for and the nature of the debtor's interest** | SIDE LETTER TO NOTARIZED PRIVATE LEASE DEED DATED: 04/20/2024 | BANCO BPM S.P.A. ATTN: ANDREA ASTORI AND FRANCESCO CARAMELLA PIAZZA FILIPPO MEDA, N. 4 20121 – MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.274** | **State what the contract or lease is for and the nature of the debtor's interest** | SIDE LETTER TO THE CORBETTA LEASING AGREEMENT DATED: 04/16/2024 | BANCO BPM S.P.A. PIAZZA FILIPPO MEDA NO. 4, MILAN, 20121 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.275** | **State what the contract or lease is for and the nature of the debtor's interest** | DELEGATION OF AUTHORITY – RETURN AND REACCEPTANCE OF PROPERTY DATED: 08/28/2024 | BANCO BPM S.P.A. CARLO EMANUELE II NO. 150, VENARIA REALE (TO) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.276** | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT PURSUANT TO THE LEASE AGREEMENT DATED: 05/01/2024 | BANCO BPM S.P.A. ATTN: DR. ALBERTO RONZAN AND AVV. ELEONORA PANDULLO MILAN, PIAZZA FILIPPO MEDA N. 4, |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.277** | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY AGREEMENT DATED: 05/01/2024 | BANCO BPM S.P.A. PIAZZA FILIPPO MEDA, N. 4 20121– MILAN TO THE KIND ATTENTION OF ALESSANDRO MILANINO AND FRANCESCO CARAMELLA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.278** | **State what the contract or lease is for and the nature of the debtor's interest** | INDUSTRIAL AGREEMENT DATED: 05/01/2024 | BANCO BPM S.P.A. PIAZZA F. MEDA 4, 20121 MILAN REPRESENTED HERE BY MR. ALESSANDRO MILANINO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT DATED: 05/01/2024 | BANCO BPM S.P.A. PIAZZA FILIPPO MEDA NO. 4 MILAN, 20121 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 05/24/2017 | BARANZONI ARCHITETTI S.R.L. VIA L. BIZZAMI 9 - 40012 CALDERARA DI RENO (BOLOGNA) TELEPHONE 051 728738 FAX-34 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | REQUEST FOR OFFER FOR INTEGRATED DESIGN WORKS AND WORKS SUPERVISION, TECHNICAL SPECIFICATIONS DATED: 05/24/2017 | BARANZONI ARCHITETTI S.R.L. VIA L. BIZZARRI N°9 40012, CITY: BARGELLINO DI CALDERARA DI RENO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 05/24/2017 | BARANZONI ARCHITETTI S.R.L. VIA L. BIZZARRI N°9 40012, CITY: BARGELLINO DI CALDERARA DI RENO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER-COMMITMENT WITH RESPECT TO THE CODE OF CONDUCT DATED: 05/24/2017 | BARANZONI ARCHITETTI S.R.L. VIA L. BIZZARRI N°9 40012, CITY: BARGELLINO DI CALDERARA DI RENO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS AND CONDITIONS OF PURCHASE DATED: 05/30/2019 | BARCELONA TECHNICAL CENTER, S.L. C/. JUAN DE LA CIERVA, 2 POL. IND. LA TORRE MARTORELL, BARCELONA, 08760 SPAIN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AND CO-EXISTENCE AGREEMENT DATED: 12/15/2020 | BAYERISCHE MOTOREN WERKE AG PETUELRING 130 MUNICH, 80809 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.

Name

Case number (If known):   25-11109

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE PARTNER AGREEMENT DATED: 09/26/2017 | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 07/13/2010 | BCR PLASTICS AG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT OF EXCISE DUTIES / TAXES ACTIVITIES DATED: 10/19/2022 | BDO TAX S.R.L STP. VIALE ABRUZZI,94 MILANO, 20131 ITALY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE INTEGRATED ENERGY-SAVING LIGHTING SERVICE | BEGHELLI SERVIZI S.R.L. CRESPELLANO (BO), VIA PAPA GIOVANNI XXIII, 27 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | POWER OF ATTORNEY | BEIJING KANGXIN INTELLECTUAL PROPERTY AGENCY CO., LTD 16TH FLOOR, BLOCK A, YINGDU BUILDING, NO. 48 ZHICHUN ROAD, HAIDIAN DISTRICT, BEIJING, 100098) |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | POWER OF ATTORNEY DATED: 11/08/2023 | BEIJING KANGXIN INTELLECTUAL PROPERTY AGENCY CO., LTD. 16TH FLOOR, BLOCK A, YINGDU BUILDING, NO. 48 ZHICHUN ROAD, HAIDIAN DISTRICT, BEIJING, 100098 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | POWER OF ATTORNEY | BEIJING KANGXIN INTELLECTUAL PROPERTY AGENCY CO., LTD. 16TH FLOOR, BLOCK A, YINGDU BUILDING, NO. 48 ZHICHUN ROAD, HAIDIAN DISTRICT, BEIJING, 100098 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|--------|----------------------|----------------------------------|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.293** | State what the contract or lease is for and the nature of the debtor's interest | POWER OF ATTORNEY FOR TRADEMARK AGENCY | BEIJING QING YIHUA INTELLECTUAL PROPERTY AGENCY (GENERAL PARTNERSHIP) TSINGYIHUA INTELLECTUAL PROPERTY LLC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.294** | State what the contract or lease is for and the nature of the debtor's interest | RFP - REQUEST FOR QUOTATION, RFQ_22879 DATED: 08/01/2024 | BELLUCCI S.P.A NUOVA SEDE: CORSO GALILEO FERRARIS, 54 – 10129 TORINO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.295** | State what the contract or lease is for and the nature of the debtor's interest | WASTE SALE VENARIA (TO) PLANT PC&MA S.P.A. MAGNETI MARELL DATED: 12/21/2017 | BENASSI S.R.L. VIA CAMAGNOLA, 10 GUARENE - CN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.296** | State what the contract or lease is for and the nature of the debtor's interest | SALE OF PC&MA S.P.A. MATERIALS MAGNETI MARELLI DATED: 05/23/2016 | BENASSI S.R.L. VIA CAMAGNOLA, 10 GUARENE - CN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.297** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 12/14/2009 | BEND STEEL IND E COM. DE ESTAMPADOS DE METAL LTDA. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.298** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED: 09/19/2022 | BETA - TRANS S.P.A VIA VLATELLINA 18/20 MILANO, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.299** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED: 09/19/2022 | BETA - TRANS S.P.A. VIA VALTELLINA 18/20 MILANO, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.                                                                    Case number (If known):  25-11109
          Name

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED: 09/19/2022 | BETA -TRANS S.P.A. VIA VALTELLINA, 18/20 MILANO, 20159 ITALY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/03/2010 | BH ELECTRONICS S&N |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 06/07/2011 | BIANCHIN E POU SRL VIA V.VENETO 71 ANGIARI, 37050 ITALY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.303 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 10/17/2009 | BIENNE S.R.L INDUSTRIE VERNICIATURA SEDE LEGALE: VIA A. CRUTO N°2 10024 MONCALIERI (TO) |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.304 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS OF PURCHASE (2018 EDITION) DATED: 10/06/2018 | BLOCK STEM SRL VIA ROMA, 276 - 12015 FASANO (BR) TEL. 080.914.20.00 - FAX 080.914.20.20 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | LETTER IN RELATION TO CONTENT LICENSE AGREEMENT DATED: 05/22/2019 | BLOOMBERG L.P. ("BLOOMBERG") 731 LEXINGTON AVENUE ATTENTION: HEAD OF GLOBAL MEDIA DISTRIBUTION AND GENERAL COUNSEL NEW YORK, NY 10022 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 05/06/2019 | BMA - BORRACHAS MONTE ALTO LTDA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
Name                                              Case number (If known):    25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.307** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL FRAME AGREEMENT DATED: 02/05/2014 | BMB SPA VIA ENRICO ROSELLI, 12 1-25125 BRESCIA, ITALY |

| **2.307** | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | GLOBAL FRAME AGREEMENT DATED: 02/05/2014 | BMB SPA VIA ENRICO ROSELLI, 12 1-25125 BRESCIA, ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.308** | | |
| State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 11/29/2012 | BMW AG PETUELRING 130,80788 MUNICH |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.309** | | |
| State what the contract or lease is for and the nature of the debtor's interest | CONTRACT SOFTWARE SUBSCRIPTION DATED: 01/18/2023 | BOARD ITALIA S.R.L. VIA CADUTI DI MARCINELLE N. 5 MILAN, 20134 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.310** | | |
| State what the contract or lease is for and the nature of the debtor's interest | RENEWAL ORDER FORM DATED: 12/22/2022 | BOARD ITALIA SRL VIA CADUTI DI MARCINELLE 5 MILAN, 20134 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.311** | | |
| State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 05/31/2019 | BOERIS SRL MONVISO N°27 CITTA VOLVERA, PROV. TO, CAP 10040 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.312** | | |
| State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS OF PURCHASE FOR MACHINERY DATED: 05/31/2019 | BOERIS SRL MONVISO 27 VOLVERA, TO, 10040 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.313** | | |
| State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/09/2010 | BOJUN (SHANGHAI) PRECISION METAL COMPONENTS CO. LTD. |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.314** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 09/22/2010 | BO-LA SIEBDRUCKTECHNIK GMBH RADEVORMWALD - GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.315** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 11/27/2012 | BONTECK PRECISION CO.,LTD SHU-SHIN IND. ZONE CHANGPING TOWN DONGGUAN CITY, GUANGDONG PROVINCE, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.316** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 12/13/2010 | BOREALIS AG TRABRENNSTRASSE 6-8 AT-1020 VIENNA, 1020 AUSTRIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.317** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 03/25/2011 | BOURNS AG ZUGERSTRASSE 74 BAAR, 06340 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.318** | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 10/08/2013 | BOX 55 S.L. POLIGONO INDUSTRIAL DE PICASENT CALLE 6 NAVE 49 PICASENT, VALENCIA, 46220 SPAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.319** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/04/2013 | BRACER, S.L AVDA.SAN JULIAN, S/N GRANOLLERS, 08400 SPAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.320** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/01/2004 | BRAIDA SERVICOS E SISTEMAS AMBIENTAIS LTDA - ME RUA COREIA, N. 400 - BLOCO 02 - APTO.61 VILA  BARTIRA CIDADE DE SANTO ANDRE - SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
         Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.321** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 10/27/2017 | BRAIN TECHNOLOGIES S.R.L. VIA POMBA 29 TURIN, TO, 10123 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.322** | State what the contract or lease is for and the nature of the debtor's interest | SPECIFIC TERMS AND CONDITIONS FOR THE PROVISION OF ENGINEERING SERVICES DATED: 01/01/2019 | BRAIN TECHNOLOGIES SRL VIA POMBA 29 TURIN, TO, 10123 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.323** | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 04/21/2017 | BRAVOSOLUTION ITALIA S.P.A. BERGAMO, PIAZZA DELLA REPUBBLICA NO. 2 MILAN, VIA ROMBON NO. 11, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.324** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF A TECHNOLOGY PLATFORM IN SAAS MODE AND THE PROVISION OF SERVICES DATED: 05/29/2017 | BRAVOSOLUTION ITALIA S.P.A. BERGAMO, PIAZZA DELLA REPUBBLICA NO. 2 AND OPERATIONAL HEADQUARTERS IN MILAN, VIA ROMBON NO. 11 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.325** | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION ORDER FORM DATED: 01/01/2025 | BRAVOSOLUTION ITALIA S.P.A. CORNAGGIA 10, 20123 MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.326** | State what the contract or lease is for and the nature of the debtor's interest | LETTER-ACQUISITION OF THE INDEPENDENT AFTERMARKET DIVISION DATED: 10/31/2023 | BRAVOSOLUTION ITALIA SPA VIA ROMBON 11 MILANO, 20234 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.327** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 09/01/2010 | BRENTA DCM S.P.A. VIA PONTICELLO 62 MOLVENA, VI, 36060 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 05/13/2019 | BRENTA PCM S.P.A. VIA PONTICELLO, 62 MOLVENA, VI, 36060 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | UNILY LICENSE AGREEMENT DATED: 05/23/2022 | BRIGHTSTARR LIMITED FIRST FLOOR THE GRANARY ABBEY MILL BUSINESS PARK EASHING, SURREY, GU7 2QW UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 01/09/2020 | BRUNO S.R.L. ROMA 125, 30020 PRAMAGGIORE (VE) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | COMMISSIONED RESEARCH CONTRACT DATED: 09/01/2024 | BSPOKE AUTOMOTIVE S.R.L. BRANZE 38, BRESCIA, 25123 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | EVALUATION LICENSE AND SERVICES AGREEMENT DATED: 06/26/2008 | BSQUARE CORPORATION 110 -110TH AVENUE, NE. SUITE 200 BELLEVUE, WA 98004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | SMARTNET FOR CISCO ROOM KIT EQ CORBETTA DATED: 03/07/2024 | BT ITALIA VIA TUCIDIDE 56 MILANO, 20134 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED: 07/27/2017 | BT PLC VIA TUCIDIDE, 56 MILANO, 20134 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.335** | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT OF ACCESSION DATED: 09/13/2019 | BT PLC VIA TUCIDIDE, 56 MILANO, 20134 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.336** | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT | BT PLC. VIA TUCIDIDE, 56 ATTN: CLIENT MANAGER LUCA D'AMMORA MILANO, 20134 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.337** | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF AGREEMENT DATED: 09/01/2023 | BTS ITALY S.R.L. CORSO VENEZIA 7 20121 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.338** | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 03/04/2024 | BTS ITALY S.R.L. CORSO VENEZIA 7 20121 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.339** | **State what the contract or lease is for and the nature of the debtor's interest** | COACHING SERVICE RELATED AGREEMENT DATED: 12/21/2023 | BTS ITALY S.R.L. CORSO VENEZIA 7 20121 MILANO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.340** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 07/05/2010 | BULK MOLDING COMPOUNDS DO BRAOH INDUSTRIA DE PLASTICOS REFORCADOS LTDA. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.341** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 05/07/2010 | BULK MOLDING~COMPOUNDS DO BRASIL INDUSTRIA DE PLASTICOS REFOROS LTDA 55 MERIDIAN STREET RIO CLARO, SP, 13505-610 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 05/31/2019 | BUSINESS LEASE S.R.O. RADLICKÁ¡ 714/113A PRAHA 5, 158 00 CZECH REPUBLIC |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 10/17/2016 | C.F.L. DI VALLE DOPT NICE & C. S.N.C. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP CONTRACT DATED: 06/01/2010 | CAA GROUP S.R.L. DEL PERLAR 37/B, 37135 VERONA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER SUBSCRIPTION – FIXED POOL DATED: 12/22/2022 | CADENCE DESIGN SYSTEMS S.R.L. STRADA 7 PALAZZO R3 MILANOFIORI ROZZANO, (MI), 20089 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.346 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE CONTRACT FOR PRODUCTS DATED: 01/01/2022 | CADLOG GROUP S.R.L. VIA DERNA, 26 - 20132 MILANO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE CONTRACT FOR PRODUCTS DATED: 01/01/2022 | CADLOG GROUP S.R.L. VIA DERNA, 26 - 20132 MILANO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/02/2010 | CAILLAU SAS 1 AVENUE GUSTAVE EIFFE ROMORANTIN-LANTHENAY, 41200 FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.349** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/04/2010 | CALDIC IBERICA, SI LLOBATERES, 23 - POL.IND.SANTI BARBERA DEL VALLES (BARCELONA), 08210 SPAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.350** | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 01/22/2015 | CALEARO ANTENNE S.P.A. BACCHIGLIONE, 36033 ISOLA VICENTINA (VI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.351** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 04/09/2024 | CARBONSINK GROUP SRL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.352** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 10/18/2010 | CARICAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.353** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 04/17/2019 | CARTROFIX INDÚSTRIA DE MOLAS E ARTIGOS DE ARAMES LTDA RUA MEM DE SÁ, 72 CASA GRANDE DIADEMA, SP, 09960-170 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.354** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 10/14/2010 | CASCO IMOS ITALIA STRADA DEL BATTAGLIERO, 3 10055 CONDOVE ITALY 10055 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.355** | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER FIRM REORGANIZATION DATED: 01/01/2025 | CASTALDIPARTNERS 73, BOULEVARD HAUSSMANN, 75008 PARIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Europe S.p.A.

Case number (If known): 25-11109

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.356** State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER FIRM REORGANIZATION DATED: 01/01/2025 | CASTALDIPARTNERS 73, BOULEVARD HAUSSMANN, 75008 PARIS |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.357** State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER DATED: 02/21/2025 | CASTALDIPARTNERS 73, BOULEVARD HAUSSMANN, 75008 PARIS |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.358** State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER ADDITIONAL PURCHASE ORDER DATED: 05/01/2021 | CCH TAGETIK VIA ROOSEVELT 103 55100 LUCCA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.359** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | CCL DESIGN STUTTGART AG WALDSTR. NW AS FAA 39 CANINGEN, GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.360** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL FRAME AGREEMENT DATED: 01/01/2025 | CEMAS ELETTRA S.R.L. STRADA DEGLI OCCHINI 23 CARMAGNOLA, TO, 10022 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.361** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL FRAME AGREEMENT DATED: 01/01/2025 | CEMAS ELETTRA S.R.L. STRADA DEGLI OCCHINI 23 CARMAGNOLA, TO, 10022 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.362** State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 03/01/2022 | CENTRO EUROPEO DI GESTIONE ED ORGANIZZAZIONE SCIENTIFICA C.E.G.O.S ITALIA S.P.A STRADA 1, PALAZZO F3 ASSAGO CENTRO DIREZIONALE MILANOFIORI ASSAGO, MI, 20090 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
         Name

Case number (If known): 25-11109

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT AGREEMENT DATED: 05/23/2016 | CENTRO RICERCHE FIAT S.C.P.A. (CRF) STRADA TORINO, 50 ORBASSANO, (TO), ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT TO TERMINATE THE ARBITRATION DATED: 07/14/2009 | CENTRO RICERCHE FIAT SCPA STRADA TORINO, 50 ORBASSANO, (TO), ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.365 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF PROPOSAL FOR THE PERFORMANCE OF SERVICES DATED: 07/01/2011 | CENTRO RICERCHE PLAST OPTICA S.P.A. LINUSSIO 1 ATTN: TECHNICAL MANAGER AMARO, UD, 33020 ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/22/2010 | CERPLAS CHEMICALS SDN. BHD. |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/22/2010 | CERPLAS CHEMICALS SDN. BHD. |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF UNDERSTANDING DATED: 12/10/2014 | CESAR SATELLITE JSC KUTUZOVSKIY PROEZD, 8 121170 ATTENTION.: MR. ALEXANDER DEMIN MOSCOW, RUSSIA |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCIAL AGREEMENT DATED: 02/10/2017 | CEVA |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.370** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE SUPPLY TECHNICAL SPECIFICATION DATED: 10/30/2015 | CEVA LOGISTICS<br>400 REYNOLDS DR<br>EL PASO, 79905 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.371** | **State what the contract or lease is for and the nature of the debtor's interest** | ASSURANCE AGREEMENT DATED: 09/01/2016 | CEVA LOGISTICS ESPANA, S.L.U.<br>AVENIDA DE LA VEGA 15<br>EDIFICIO II<br>PLANTA 4°<br>ATTENTION: MARCO GALBUSERA<br>ALCOBENDAS, MADRID, 28108<br>SPAIN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.372** | **State what the contract or lease is for and the nature of the debtor's interest** | WAREHOUSING AGREEMENT | CEVA LOGISTICS ESPANA, S.L.U.<br>AVENIDA DE LA VEGA 15<br>EDIFICIO II<br>PLANTA 4"<br>ATTENTION: MARCO GALBUSERA<br>ALCOBENDAS, MADRID, 28108<br>SPAIN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.373** | **State what the contract or lease is for and the nature of the debtor's interest** | ASSURANCE AGREEMENT DATED: 09/01/2016 | CEVA LOGISTICS ESPANA, S.L.U.<br>AVENIDA DE LA VEGA 15<br>EDIFICIO II<br>PLANTA 4°<br>ATTENTION: MARCO GALBUSERA<br>ALCOBENDAS, MADRID, 28108<br>SPAIN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.374** | **State what the contract or lease is for and the nature of the debtor's interest** | ASSURANCE AGREEMENT DATED: 12/21/2016 | CEVA LOGISTICS GMBH<br>HERRIOTSTRABE 4<br>FRANKFURT AM MAIN, 60528<br>GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.375** | **State what the contract or lease is for and the nature of the debtor's interest** | ASSURANCE AGREEMENT DATED: 12/21/2016 | CEVA LOGISTICS GMBH<br>HERRIOTSTRABE 4<br>FRANKFURT AM MAIN, 60528<br>GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.376** | **State what the contract or lease is for and the nature of the debtor's interest** | ASSURANCE AGREEMENT DATED: 12/21/2016 | CEVA LOGISTICS GMBH<br>HERRIOTSTRABE 4<br>FRANKFURT AM MAIN, 60528<br>GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.377** | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS AGREEMENT DATED: 09/24/2007 | CEVA LOGISTICS ITALIA S.R.L ASSAGO, STRADA 3, PALAZZO B5 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.378** | State what the contract or lease is for and the nature of the debtor's interest | ASSURANCE AGREEMENT | CEVA LOGISTICS ITALIA S.R.L. MILANOFIORI STRADA 3 PALAZZO B5 ASSAGO (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.379** | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF ACCEPTANCE DATED: 07/31/2012 | CEVA LOGISTICS ITALIA S.R.L. MILANOFIORI STRADA 3 PALAZZO B5 ASSAGO (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.380** | State what the contract or lease is for and the nature of the debtor's interest | ASSURANCE AGREEMENT DATED: 09/01/2016 | CEVA LOGISTICS POLAND SP. Z O.O. SUKIENNICZA 7 STREET BIELSKO-BIALA, 43-300 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.381** | State what the contract or lease is for and the nature of the debtor's interest | ROAD FORWARDER TRANSPORTATION AGREEMENT DATED: 01/01/2012 | CEVA LOGISTICS POLAND SP. Z O.O. UL SUKIENNTCZA 7 BIELSKO BIALA, 43-300 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.382** | State what the contract or lease is for and the nature of the debtor's interest | ASSURANCE AGREEMENT DATED: 09/01/2016 | CEVA LOGISTICS POLAND SP. Z O.O. SUKIENNICZA 7 STREET BIELSKO-BIALA, 43-300 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.383** | State what the contract or lease is for and the nature of the debtor's interest | ROAD FORWARDER TRANSPORTATION AGREEMENT DATED: 01/01/2012 | CEVA LOGISTICS POLAND SP. ZO.O. UL SUKIENNICZA 7 BIELSKO BIALA, 43-300 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.384** | **State what the contract or lease is for and the nature of the debtor's interest** | ROAD CARRIER TRANSPORTATION AGREEMENT | CEVA LOGISTICS S.R.L<br>MILANOFIORI PALAZZOB5 STRADA 3<br>ATTN: DAVIDE CLAVERI<br>ATTN: MARCO PARATORE<br>ASSAGO, -MI-, 20090<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.385** | **State what the contract or lease is for and the nature of the debtor's interest** | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 01/01/2012 | CEVA LOGISTICS S.R.L<br>MILANOFIORI PALAZZOB5 STRADA 3<br>ASSAGO, MI, 20090<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.386** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 12/09/2010 | CF COMMA S.P.A. UNIPERSQNALE<br>PASSIRANO (BS) VIA S.ANTONIO, N.59, |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.387** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 08/21/2019 | CHANGCHUN BEST AUTO PARTS CO. LTD<br>CHANGCHUN AUTOMOTIVE ECONOMIC -TECHNOLOGICAL DEVELOPMENT AREA CHANGHONG ROAD NO.1188 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.388** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 03/08/2019 | CHANGYING XINZHI TECHNOLOGY CO. LTD.<br>28# XINZHI ROAD<br>QIANSUO TOWN<br>JIAOJIANG DISTRICT<br>TAIZHOU CITY, ZHEJIANG,<br>CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.389** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 04/29/2019 | CHANGZHOU HAIZHUO PRECISION MOLD CO.,LTD<br>NO.21,CHUANGXIN AVENUE,LONGHUTANG INDUSTRIAL PAR,JIANGSU PROVINCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.390** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 02/21/2018 | CHANGZHOU SIAHENG<br>CHANGZHOU |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor  Marelli Europe S.p.A.
        Name

Case number (If known): 25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED: 03/05/2021 | CHARKET INC. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest** | CHARKET MASTER SERVICE AGREEMENT DATED: 09/25/2023 | CHARKET INC. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 04/12/2019 | CHARTER AUTOMOTIVE (CHANGZHOU) CO. LTD. NO.7 WORKSHAP CHOU AIRPORT INDUSTRIAL PARK YUEHAI INDUSTRIAL PARK NO.38A, HUANGHE (W) ROAD CHANGZHOU, JIANGSU, CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest** | PROCESS AND COSTS FOR WAREHOUSE SPACE INCREASE / DECREASE DATED: 07/03/2019 | CHECKSTA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | CHENG MAO PRECISION SEALING CO., LTD. 3, GONGYE EAST RD. NANTOU CITY, NANTOU HSIEN, 54066 TAIWAN, R.O.C. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL PURCHASING AGREEMENT DATED: 07/01/2014 | CHENGDU TIANMA MICRO-ELECTRONICS CO., LTD. 88TH TIANYUAN RD WEST HI-TECH ZONE CHENGDU, SICHUAN, CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest** | POOLING SERVICE CONTRACT DATED: 12/17/2018 | CHEP DEUTSCHLAND SIEGBURGER STR. 229B KOLN, 50679 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor  Marelli Europe S.p.A.

Name

Case number (If known): 25-11109

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE "POOLING SERVICE CONTRACT" DATED: 08/05/2020 | CHEP DEUTSCHLAND GMBH SIEGBURGER STRASSE 229B KOLN, 50679 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | POOLING SERVICE CONTRACT DATED: 12/17/2018 | CHEP DEUTSCHLAND GMBH SIEGBURGER STR. 229B KDLN, 50679 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | POOLING SERVICE CONTRACT DATED: 11/23/2018 | CHEP DEUTSCHLAND GMBH SIEGBURGER STR. 229B KOLN, 50679 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | POOLING SERVICE CONTRACT DATED: 10/01/2023 | CHEP ITALIA S.R.L. VIALE MONZA 338 MILANO, MI, 20128 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | POOLING SERVICE CONTRACT DATED: 10/01/2023 | CHEP ITALIA SRL VIALE MONZA 338 MILANO, MI, 20128 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | MASTER LEASE AGREEMENT N° 215831 DATED: 08/20/2021 | CHG-MERIDIAN ITALIA S.P.A VIA TORRI BLANCHE, 9 20871 VIMERCATE (MB) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK LEASE AGREEMENT DATED: 08/04/2021 | CHG-MERIDIAN ITALIA S.P.A. VIA TORRI BIANCHE, 9 20871 VIMERCATE (MB) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.

Name

Case number (If known):   25-11109

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.405 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK LEASE AGREEMENT DATED: 08/30/2021 | CHG-MERIDIAN ITALIA S.P.A. VIA TORRI BLANCHE, 9 20871 VIMERCATE (MB) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.406 | State what the contract or lease is for and the nature of the debtor's interest | MASTER LEASE AGREEMENT N° 215831 DATED: 08/30/2021 | CHG-MERIDIAN ITALIA S.P.A. VIA TORRI BLANCHE, 9 20871 VIMERCATE (MB) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.407 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 09/18/2009 | CHIN POON (CHANGSHU) ELECTRONI NO. 98 HUANGPUJIANG ROAD CHANGSHU NEW & HI-TECH INDUSTRIAL DEVELOPMENT ZONE CHANGSHU, JIANGSU 215500 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.408 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 12/13/2013 | CHINA CIRCUIT TECHNOLOGY(SHANTOU) CORPORATION SHANTOU, GUANGDONG, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.409 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 06/04/2013 | CHINPOON INDUSTRIAL CO.,LTD NO.46, NEI-TSUOH ST. 3RD LIN. NEI-TSUOH VILLAGE LU-CHU COUNTY, TAO-YUAN HSIEN, 338 TAIWAN, ROC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.410 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 02/20/2025 | CHIRON ITALIA S.P.A. MILAN, VIA VITTOR PISANI,16 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.411 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT ON COOPERATION DATED: 06/20/2013 | CHONGQING CHAOLI HIGH-TECH CO ., LTD. NO.2001 JINKAI AVENUE YUBEI DISTRICT CHONGQING, 401120 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.

Case number (If known): 25-11109

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.412 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 10/09/2024 | CHRONO EXPRESS<br>CORSO VITTORIO EMANUELE II N. 6 TORINO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 10/09/2024 | CHRONO EXPRESS<br>CORSO VITTORIO EMANUELE II N. 6 TORINO (TO) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 10/09/2024 | CHRONO EXPRESS<br>CORSO VITTORIO EMANUELE II N. 6 TORINO (TO) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 08/21/2019 | CIE AUTOMETAL<br>ESTRADA PARTICULAR EIJI KIKUTI, 300<br>SHED I<br>COOPERATIVE NEIGHBORHOOD<br>SÃO BERNARDO DO CAMPO, SP,<br>BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS AGREEMENT DATED: 06/06/2018 | CIE AUTOMOTIVE, S.A.<br>ALAMEDA MAZARREDO, 69-8°, 48009 BILBAO. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 12/03/2010 | CIMA SPA<br>VIA PIAVE 66 SN<br>BUSNAGO, 20040<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS FOR THE PROVISION OF SERVICES ; DATED: 12/07/2018 | CIMECO SRL<br>CAMP LUNGO 1, 32032 FELTRE (BL) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.419** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 11/22/2012 | CIROCOMM TECHNOLOGIES CORP. NO. 38-2, DOGYUAN RD. SF INDUSTRIAL PARK JUNGLI, TAO - YUAN HSIEN, 320 TAIWAN, ROC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.420** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/22/2012 | CIROCOMM TECHNOLOGY CORP. C RO NO 37 INDUSTRIAL SOUTH ROAD KUNTIEN INDUSTRIAL PARK KUNTIEN HSIANG TAINAN CITY, 72046 TAIWAN, ROC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.421** | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF AGREEMENT DATED: 03/26/2019 | CISCO SYSTEMS (ITALY) S.R.L. VIALE LUIGI MAJNO 17 MILAN, ML, 20129 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.422** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 02/13/2009 | CISEL SRL VIA DELLA STAZIONE 50 CASTELFIDARDO, 60022 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.423** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE PROVISION OF SERVICES DATED: 02/28/2025 | CISION PORTUGAL RUA ENTRE VINHAS, EIRAS, 3020-171 COIMBRA, PARISH OF EIRAS AND SÃO PAULO DE FRADES, MUNICIPALITY OF COIMBRA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.424** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE PROVISION OF SERVICES DATED: 04/16/2025 | CISION PORTUGAL RUA ENTRE VINHAS, EIRAS, 3020-171 COIMBRA, PARISH OF EIRAS AND SÃO PAULO DE FRADES, MUNICIPALITY OF COIMBRA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.425** | State what the contract or lease is for and the nature of the debtor's interest | TRADEMARK LICENSE AGREEMENT | CITIZEN TRADING CO., LTD. TOKYO, JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.426** **State what the contract or lease is for and the nature of the debtor's interest** TRADEMARK LICENSE AGREEMENT **State the term remaining** Undetermined **List the contract number of any government contract** | CITIZEN WATCH ITALY S.P.A. G. DI VITTORIO 9/11 INZAGO, MI, ITALY |
| **2.427** **State what the contract or lease is for and the nature of the debtor's interest** TERM SHEET DATED: 05/25/2010 **State the term remaining** Undetermined **List the contract number of any government contract** | CITY OF KRAGUJEVAC |
| **2.428** **State what the contract or lease is for and the nature of the debtor's interest** FIRST AMENDMENT TO COMMERCIAL CONTRACT DATED: 12/05/2013 **State the term remaining** Undetermined **List the contract number of any government contract** | CLARION CO., LTD. 7-2 SHINTOSHIN CHUO-KU, SAITAMA, 330-0081 JAPAN |
| **2.429** **State what the contract or lease is for and the nature of the debtor's interest** COMMERCIAL CONTRACT DATED: 12/18/2013 **State the term remaining** Undetermined **List the contract number of any government contract** | CLARION CO., LTD. 7-2 SHINTOSHIN CHUO-KU, SAITAMA, 330-0081 JAPAN |
| **2.430** **State what the contract or lease is for and the nature of the debtor's interest** MEMORANDUM OF UNDERSTANDING DATED: 07/10/2014 **State the term remaining** Undetermined **List the contract number of any government contract** | CLARION CO., LTD. 7-2 SHINTOSHIN SAITAMA-SHI, SAITAMA, 330-0081 JAPAN |
| **2.431** **State what the contract or lease is for and the nature of the debtor's interest** COOPERATION AGREEMENT DATED: 09/24/2012 **State the term remaining** Undetermined **List the contract number of any government contract** | CLARION CO., LTD. 7-2 SHINTOSHIN SAITAMA-SHI, SAITAMA, 330-0081 JAPAN |
| **2.432** **State what the contract or lease is for and the nature of the debtor's interest** POWER OF ATTORNEY **State the term remaining** Undetermined **List the contract number of any government contract** | CLARKE, MODET & CO. PERÚ S.A.C. CALLE ENRIQUE PALACIOS NO. 335 OF. 602 MIRAFORES, LIMA, 15074 PERU |

Debtor    Marelli Europe S.p.A.
Name

Case number (If known):    25-11109

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.433 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/30/2009 | CLEANING INDUSTRIALE S.A.S. VIA MASSIMO D'ANTONA 31 A-B RIVALTA DI TORINO, 10040 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.434 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/02/2010 | CLEANING INDUSTRIALE S.A.S. VIA MASSIMO D'ANTONA 31 A-B RIVALTA DI TORINO, 10040 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/03/2010 | CLPRO PLASTIC INDUSTRIES S/B |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** | TENDER CONTRACT DATED: 04/01/2012 | CM DI CARANNANTE SOSSIO E GIOSAFAT (CARPENTERIA METALLICA) MACCHIE VICO XI 15, PALESE – 70128 (BA) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | CMA INDÚSTRIA DE COMPONENTES PLÁSTICOS AUTOMOTIVOS LTDA RODOVIA MG 431 – KM 51,7 GALPÃO 4 MORRO DO ENGENHO ITAÚNA, MG, 35680-590 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLIER WARRANTY AGREEMENT DATED: 07/01/2016 | CNH INDUSTRIAL N.V. 25, ST.JAMES'S STREET LONDON, SW1A1HA UNITED KINGDOM |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest** | COST CONTRIBUTION AGREEMENT | CNH ITALIA S.PA. TORINO VIA PLAVA 80 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor  Marelli Europe S.p.A.
Name

Case number (If known):  25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO MAGNETI MARELLI PURCHASING DATED: 01/10/2020 | CO. KG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT TERMS AND CONDITIONS DATED: 09/19/2023 | CO.RI.METAL S.R.L VIA DELLE LOSE, 11 -10092 SEINASCO (TO) T. +39011 39 83511 (CENTRALINO) - F. +39 011 3971 812 M. CORIMETAL@CORIMETAL.IT P.L. 01821340013 - SDL: KUPCRMI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest | USER LICENSE SUBSCRIPTION BILL QUOTATION AGREEMENT DATED: 04/01/2024 | COACHHUB S.R.L. PIAZZA FILIPPO MEDA, 3, C/O STUDIO PROFESSIONALE ASSOCIATO A BAKER & MCKENZIE, 20121 MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.443 | State what the contract or lease is for and the nature of the debtor's interest | USER LICENSE SUBSCRIPTION BILL QUOTATION AGREEMENT DATED: 04/01/2024 | COACHHUB S.R.L. PIAZZA FILIPPO MEDA, 3, C/O STUDIO PROFESSIONALE ASSOCIATO A BAKER & MCKENZIE, 20121 MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.444 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/12/2010 | COBAN EUROPE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.445 | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO SERVICE AGREEMENT DATED: 04/29/2025 | COFACE ITALIA S.R.L VIA L ORENTE GGIO , 240 - 20147 MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.446 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 04/29/2025 | COFACE ITALIA S.R.L VIA L ORENTE GGIO , 240 - 20147 MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
Name

Case number (If known):    25-11109

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.447** State what the contract or lease is for and the nature of the debtor's interest | LETTER-COMMITMENT WITH RESPECT TO THE CODE OF CONDUCT DATED: 05/03/2018 | COINS PROGETTI E GESTIONI S.R.L. CORSO UMBERTO I N' 49 80046 CITY SAN GIORGIO A CREMANO (NA) ATTN. LEGAL REPRESENTATIVE |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.448** State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 03/05/2018 | COINS PROGETTI E GESTIONI S.R.L. SAN GIORGIO A CREMANO, CORSO UMBERTO I N. 49, ZIP CODE 80046 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.449** State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 03/05/2018 | COINS PROGETTI E GESTIONI S.R.L. SAN GIORGIO A CREMANO, CORSO UMBERTO I N. 49, ZIP CODE 80046 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.450** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/01/2019 | COLLEGE DES INGENIEURS ITALIA S.R.L. GIUSEPPE GIACOSA 38 TORINO, TO, 10125 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.451** State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS OF PURCHASE (2014 EDITION) DATED: 04/28/2017 | COLUMBUS S. A. |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.452** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL FRAME AGREEMENT DATED: 03/01/2021 | COMAS S.P.A VIA 1° MAGGIO 12, 23873 MISSAGLIA (LC) |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.453** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL FRAME AGREEMENT DATED: 03/01/2021 | COMAS S.P.A VIA 1° MAGGIO 12, 23873 MISSAGLIA (LC) |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

Debtor    Marelli Europe S.p.A.                                    Case number (If known): 25-11109
          Name

■    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL FRAME AGREEMENT FOR ROBOTICS AND AUTOMATION PRODUCTS DATED: 07/23/2019 | COMAU S.P.A. VIA RIVALTA 30, 10095 GRUGLIASCO (TO) |
| --- | --- | --- | --- |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL FRAME AGREEMENT DATED: 05/01/2016 | COMAU S.P.A. ROBOTICS VIA RIVALTA, 30 GRUGLIASCO, TO, 1-10095 ITALY |
| --- | --- | --- | --- |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 04/21/2011 | COMELEC SRL C.SO TORINO 87/D FERRIERA DI BUTTIGLIERA ALTA, 10090 ITALY |
| --- | --- | --- | --- |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL FOR THE MANAGEMENT OF CORPORATE AND CRISIS COMMUNICATION SERVICE AGREEMENT. DATED: 04/15/2025 | COMMUNITY SOCIETA' BENEFIT A R.L. VIA GABRIO SERBELLONI, 4 - 20122 MILAN (MI) |
| --- | --- | --- | --- |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest** | COOPERATION AGREEMENT DATED: 12/06/2006 | COMPACT DYNAMICS MOOSSTRABE 9 D-82319 STARNBERG |
| --- | --- | --- | --- |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE COMPANY CATERING CONTRACT DATED: 03/20/2023 | COMPASS GROUP VIA ANGELO SCARSELLINI HOTELS, 14 – 20161 MILAN |
| --- | --- | --- | --- |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING AGREEMENT DATED: 03/14/2019 | COMPASS GROUP ITALIA S.P.A MILANO, VIA ANGELO SCARSELLINI N.14, CAP.20161 |
| --- | --- | --- | --- |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO THE COMPANY CATERING CONTRACT DATED: 01/01/2023 | COMPASS GROUP ITALIA S.P.A VIA ANGELO SCARSELLINI HOTELS, 14 20161 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICE ADJUSTMENT COMMUNICATION UNDER THE CORPORATE CATERING CONTRACT DATED: 06/01/2024 | COMPASS GROUP ITALIA S.P.A. ANGELO SCARSELLINI, 14, 20161 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** | TENDER CONTRACT CORPORATE CATERING DATED: 04/01/2019 | COMPASS GROUP ITALIA S.P.A. ANGELO SCARSELLINI 14, 20161 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** | III° AMENDMENT TO THE "CORPORATE CATERING CONTRACT", DATED: 04/01/2023 | COMPASS GROUP ITALIA S.P.A. VIA ANGELO SCARSELLINI, 14– 20161 MILAN– |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTUAL AMENDMENT DATED: 01/01/2023 | COMPASS GROUP ITALIA S.P.A. ANGELO SCARSELLINI, 14, 20161 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE CORPORATE CATERING CONTRACT DATED: 01/01/2020 | COMPASS GROUP ITALIA S.P.A. ANGELO SCARSELLINI N. 14, 20100 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF PARTIAL WITHDRAWAL DATED: 05/01/2025 | COMPASS GROUP ITALIA S.P.A. ANGELO SCARSELLINI, 14, 20161 MILAN (MI) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.
Name                                                          Case number (If known):    25-11109

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.468** **State what the contract or lease is for and the nature of the debtor's interest** III° AMENDMENT TO THE "CORPORATE CATERING CONTRACT" DATED: 03/30/2023 **State the term remaining** Undetermined **List the contract number of any government contract** | COMPASS GROUP ITALIA S.P.A. VIA ANGELO SCARSELLINI, 14– 20161 MILAN |
| **2.469** **State what the contract or lease is for and the nature of the debtor's interest** TENDER CONTRACT DATED: 05/30/2025 **State the term remaining** Undetermined **List the contract number of any government contract** | COMPASS GROUP ITALIA S.P.A. MILAN, VIA ANGELO SCARSELLINI N.14, CAP.20161 REPRESENTED BY PIRINOLI ALESSANDRO |
| **2.470** **State what the contract or lease is for and the nature of the debtor's interest** ADDENDUM TO THE CORPORATE CATERING CONTRACT DATED: 01/01/2020 **State the term remaining** Undetermined **List the contract number of any government contract** | COMPASS GROUP ITALIA S.P.A. ANGELO SCARSELLINI 14 MILAN, 20100 ITALY |
| **2.471** **State what the contract or lease is for and the nature of the debtor's interest** TENDER CONTRACT – CORPORATE CATERING DATED: 04/01/2019 **State the term remaining** Undetermined **List the contract number of any government contract** | COMPASS GROUP ITALIA S.P.A. ANGELO SCARSELLINI 14, 20161 MILAN |
| **2.472** **State what the contract or lease is for and the nature of the debtor's interest** CORPORATE CATERING TENDER CONTRACT DATED: 05/01/2025 **State the term remaining** Undetermined **List the contract number of any government contract** | COMPASS GROUP ITALIA S.P.A. ANGELO SCARSELLINI 14, 20161 MILAN |
| **2.473** **State what the contract or lease is for and the nature of the debtor's interest** TENDER CONTRACT FOR COMPANY CATERING DATED: 05/30/2025 **State the term remaining** Undetermined **List the contract number of any government contract** | COMPASS GROUP ITALIA S.P.A. ANGELO SCARSELLINI, 14, 20161 MILAN |
| **2.474** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO THE CORPORATE CATERING CONTRACT DATED: 03/29/2022 **State the term remaining** Undetermined **List the contract number of any government contract** | COMPASS GROUP ITALIA S.P.A. ANGELO SCARSELLINI, 14, 20161 MILAN |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.475 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 11/06/2012 | CONCEPT REPLY<br>V. DON GIOVANNI MINZONI, 24, 20158 MILAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.476 | State what the contract or lease is for and the nature of the debtor's interest | PROOF OF CONCEPT AGREEMENT DATED: 09/28/2018 | CONCEPT REPLY BU OF SANTER REPLY<br>VIA CARDINAL MASSAIA 83, 10147 TURIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.477 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT TO PROVIDE SPECIFIC SERVICES DATED: 02/14/2025 | CONCUR HOLDINGS (NETHERLANDS) B.V.<br>AMERIKASTRAAT 10<br>ATTN. GIULIO MASTROPASQUA<br>5232 BÊS HERTOGENBOSCH,<br>THE NETHERLANDS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.478 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ORDER FORM DATED: 02/14/2025 | CONCUR HOLDINGS (NETHERLANDS) B.V.<br>AMERIKASTRAAT 10<br>ATTN. GIULIO MASTROPASQUA<br>S HERTOGENBOSCH, 5232 BE<br>THE NETHERLANDS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.479 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT AND ASSUMPTION AGREEMENT DATED: 02/14/2025 | CONCUR HOLDINGS (NETHERLANDS) B.V.<br>601 108TH AVENUE NE<br>SUITE 1000<br>ATTENTION: LEGAL DEPARTMENT<br>BELLEVUE, WA 98004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.480 | State what the contract or lease is for and the nature of the debtor's interest | REQUEST RENEWAL AND TRANSFER OF LICENSE AGREEMENT DATED: 02/28/2025 | CONCUR HOLDINGS (NETHERLANDS) B.V.<br>AMERIKASTRAAT 10<br>ATTN. GIULIO MASTROPASQUA<br>S HERTOGENBOSCH, 5232 BE<br>THE NETHERLANDS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.481 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS OF PURCHASE (2014 EDITION) DATED: 12/21/2016 | CONFEZIONI BARTO DE CECCO S.P.A. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.                                    Case number (If known):  25-11109
          Name

███    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.482 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 03/01/2024 | CONFEZIONI MARIO DE CECCO S.P.A. P. NENNI, 61 SAN GIOVANNI TEATINO, CH, 66020 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.483 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE USE OF THE MOTOROASI PIEMONTE PLANT DATED: 04/01/2019 | CONSEPI S.R.L. FRAZIONE TRADUERIVI 12 SUSA, TO, 10059 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.484 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL SPONSORSHIP AGREEMENT | CONTI EDITORE S.P.A. DEL LAVORO N. 7, SAN LAZZARO DI SAVENA (BO), 40068 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.485 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 08/23/2009 | CONTINENTAL AG VAHRENWALDER STR. 9 HANNOVER, GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.486 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE PARTNER AGREEMENT DATED: 09/26/2017 | CONTINENTAL AG VAHRENWALDER STR. 9 HANNOVER, 30165 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.487 | State what the contract or lease is for and the nature of the debtor's interest | ANNEX B: LICENSE AGREEMENT DATED: 10/17/2009 | CONTINENTAL AUTOMOTIVE GMBH SIEMENSSTR. 12 REGENSBURG, GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.488 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE AMENDMENT OF THE LICENSE AGREEMENT DATED: 05/30/2016 | CONTINENTAL AUTOMOTIVE GMBH SIEMENSSTR. 12 REGENSBURG, GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
_____
Name

Case number (If known):    25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.489** **State what the contract or lease is for and the nature of the debtor's interest** — AGREEMENT FOR THE AMENDMENT OF THE LICENSE AGREEMENT DATED: 05/30/2016 | CONTINENTAL AUTOMOTIVE GMBH SIEMENSSTR. 12 REGENSBURG, GERMANY |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.490** **State what the contract or lease is for and the nature of the debtor's interest** — AGREEMENT TO TERMINATE THE ARBITRATION DATED: 07/14/2009 | CONTINENTAL AUTOMOTIVE GMBH SIEMENSSTR. 12 REGENSBURG, GERMANY |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.491** **State what the contract or lease is for and the nature of the debtor's interest** — EXTENSION OF OUR MOU CONCERNING GDIP DATED: 12/17/2009 | CONTINENTAL AUTOMOTIVE GMBH SIEMENSSTR. 12 REGENSBURG, GERMANY |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.492** **State what the contract or lease is for and the nature of the debtor's interest** — MEMORANDUM OF UNDERSTANDING DATED: 04/07/2009 | CONTINENTAL AUTOMOTIVE GMBH SIEMENSSTR. 12 REGENSBURG, GERMANY |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.493** **State what the contract or lease is for and the nature of the debtor's interest** — QUALITY AGREEMENT DATED: 12/06/2010 | CONTINENTAL TEVES HUNGARY LTD. |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.494** **State what the contract or lease is for and the nature of the debtor's interest** — LICENSE AGREEMENT DATED: 12/17/2009 | CONTINENTAL! AUTOMOTIVE GMBH SIEMENSSTR. 12 REGENSBURG, GERMANY |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.495** **State what the contract or lease is for and the nature of the debtor's interest** — QUALITY AGREEMENT DATED: 01/05/2011 | CONTITENTAL TEVES HUNGARY LTD. |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |

Debtor   Marelli Europe S.p.A.
         Name

Case number (If known):   25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.496 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/12/2010 | COOKSON ELECTRONICS BRAZIL LTDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.497 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 11/07/2017 | COOP AUTOTRASPORTI N.C.V. SOC. COOP.A.R.L. EMILIA N. 11, 10053 VALSAMOGGIA, LOC. CRESPELLANO (BO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.498 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS FOR THE PROVISION OF MAGNETI MARELLI SERVICES (2018 EDITION) DATED: 01/07/2017 | COOP. AUTOTRASPORTI N.C.V VIA-EMILIA N. 11|TITLE 40063 VALSAMOGGIA - LOC. CRESPELLANO (BO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.499 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 07/15/2017 | COPAM COMPONENTES DE PAPELÃO E MADEIRA LTDA RODOVIA ÍNDIO TIBIRIÇÁ N° 2061 RIBEIRÃO PIRES, SÃO PAULO, 09431-600 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.500 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 05/15/2019 | COPPERING S.R.L. VITTORIO VENETO, 14 MILAN, 20124 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.501 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM DATED: 12/21/2023 | CORNERSTONE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.502 | State what the contract or lease is for and the nature of the debtor's interest | CORNERSTONE ONDEMAND - ORDER DATED: 12/27/2022 | CORNERSTONE ONDEMAND EUROPE NETHERLANDS B.V. BARBARA STROZZILAAN 101-201 AMSTERDAM, 1083 HN THE NETHERLANDS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
Name

Case number (If known):    25-11109

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| | | | |
|---|---|---|---|
| 2.503 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | CORRUGATED FURNITURE AND PACKAGING OF FRIULI S.P.A. VIA TRIESTE Nº 39 VILLESE, GO, 34070 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.504 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 10/14/2009 | CORSETTI INC. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.505 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING | GENERAL TERMS AND CONDITIONS (2019 EDITION) DATED: 01/05/2020 | COSANATIONAL SRL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.506 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/25/2010 | CPA (PENANG) SDN BHD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.507 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | CPE - COMPOSTOS PLASTICOS DE ENGENHARIA LTDA RUA MANOEL PINTO DE CARVALHO, N° 229, JARDIM PEREIRA LEITE, CEP 02712-1206 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.508 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 03/15/2018 | CREATIVE INNOVATION 4 ALLEE MARIE BERHAUT, 35000 RENNES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.509 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 09/23/2019 | CREATIVE INNOVATIONS 4 ALLEE MARIE BERHAUT, 35000 RENNES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.510 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 12/03/2010 | CREATIVE RUBBER PRODUCTS SDN BHD KAWASAN INDUSTRI LORONG MAKMUR 3/2 LUNAS, KEDAH, 09600 MALAYSIA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.511 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/03/2010 | CREATIVE RUBBER PRODUCTS SDN BHD KAWASAN INDUSTRI LORONG MAKMUR 3/2 LUNAS, KEDAH, 09600 MALAYSIA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.512 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 01/27/2010 | CREATIVE RUBBER PRODUCTS SDN. BHD. KAWASAN INDUSTRI LORONG MAKMUR 3/2 LUNAS, KEDAH, 09600 MALAYSIA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.513 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 01/27/2010 | CREATIVE RUBBER PRODUCTS SDN. BHD. KAWASAN INDUSTRI LORONG MAKMUR 3/2 LUNAS, KEDAH, 09600 MALAYSIA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.514 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 12/12/2022 | CRIBIS D&B S.R.L VIA DEI VALTORTA 48, MILANO, 2012 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.515 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 12/12/2022 | CRIBIS D&B S.R.L. VIA DEI VALTORTA 48, MILANO, 20127 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.516 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT DATED: 01/02/2017 | CRIBIS D&B S.R.L. DEI VALTORTA, 48 MILAN, 20127 ITALY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
Name                                           Case number (If known):   25-11109

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.517** State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 03/31/2010 | CROMAPLAST S.R.L. VIA Z.I. PLANA, 39 - 36078 VALDAGNO |

| **2.517** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 03/31/2010 | CROMAPLAST S.R.L. VIA Z.I. PLANA, 39 - 36078 VALDAGNO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.518** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 12/21/2010 | CRS SRL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.519** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 01/31/2013 | CRW INDUSTRIA E COMERCIO DE PLASTICOS LTDA RUA MINEIRA, NO. 410/440GUARULHOS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.520** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 12/14/2010 | CRW SLOVAKIA, STO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.521** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 06/01/2012 | CSE ITALIA S.R.L. CARMELITANI SCALZI, 20 – 37122 VERONA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.522** | State what the contract or lease is for and the nature of the debtor's interest | AFFILIATE PARTICIPATION AGREEMENT DATED: 01/17/2017 | CST - COMPUTER SIMULATION TECHNOLOGY GMBH BAD NAUHEIMER STR. 19, 64289 DARMSTADT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.523** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 12/12/2018 | C-TRADE S.R.L. SEGRATE (MILAN), 20090, VIA CASSANESE NO.45 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="3" style="background:black"></td><td><b>Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</b></td></tr>
</table>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.524** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 01/01/2018 | C-TRADE S.R.L. CASSANESE 45 SEGRATE, MI, 20090 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.525** | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE PURCHASE AGREEMENT DATED: 07/01/2016 | CYBERSOFT- AUTOMATION S.R.L. SPLAIUL UNIRI 9 POPESTI LEOREDENI SCA ETL LLFOV BUCHAREST, ROMANIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.526** | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 11/19/2019 | CYPRESS SEMICONDUCTOR CORPORATION 198 CHAMPION COURT SAN JOSE, CA 95134 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.527** | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 02/06/2019 | D.B.M. TECNOLOGIE S.R.L. DELLA RICERCA, 1, 31032 CASALE SUL SILE (TV) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.528** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL CONDITIONS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 07/04/2017 | DA SILVA SAS 280, RUE LEON JOULIN - B.P. 33706 31037 TOULOUSE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.529** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | DA SILVA SAS 200, RUE LÉON JOYIN - B.P. 33706 - 31037 TOULOUSE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.530** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 06/13/2019 | DA VINCI ENGINEERING GMBH HAUPTSTÄTTERSTR. 149. 70178 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.531 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 06/13/2019 | DA VINCI ENGINEERING GMBH HAUPTSTATTERSTR. 149, 70178 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.532 | State what the contract or lease is for and the nature of the debtor's interest | ENGINEERING SERVICES DATED: 11/13/2017 | DA VIND ENGINEERING GMBH HAUPTSTATTER STRABE 149, 70178 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 11/11/2010 | DAF TRUCKS N.V. EINDHOVEN AT HUGO VAN DER GOESLAAN 1 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.534 | State what the contract or lease is for and the nature of the debtor's interest | LETTER FOR CHANGE OF THE LOAN AGREEMENT DATED: 09/23/2011 | DAF TRUCKS N.V.. HUGO VAN DER GOESTAAN 1 POSLBUS 90065 5600 PT EINDHOVEN TEL : 040 214 91 11 FAX: 040 214 43 25 INTERNET: WWW.DAF.COM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.535 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | DAIHO MANUFACTURING (THAILAND) LTD. 700/642 MOO.3 AMATA CITY CHONBURI INDUSTRIAL ESTATE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.536 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | DAI-ICHI SEIKO CO., LTD. EXCELWARD SHIZUOKA BLDG. 10F 11-30, MIYUKI-CHO SHIZUOKA-CITY, AOI-KU, 420-0857 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE SUPPLY OF PARTS, COMPONENTS AND SYSTEMS FOR MOTOR VEHICLES DATED: 01/01/2013 | DAIMLER AG MERCEDESSTRABE 137 70327 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.                                Case number (If known):  25-11109
         Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.538** | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT DATED: 01/01/2013 | DAIMLER AG<br>MERCEDESSTRAßE 137, 70327 STUTTGART. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.539** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON A WAIVER OF THE STATUTE OF LIMITATIONS AND CONFIDENTIALITY DATED: 09/29/2017 | DAIMLER AG<br>MERCEDESSTRABE 137<br>STUTTGART, 70327<br>GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.540** | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 02/25/2022 | DAIMLER TRUCK AG<br>FASANENWEG 10<br>LEINFELDEN-ECHTERDINGEN, 70771<br>GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.541** | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 02/25/2022 | DAIMLER TRUCK AG<br>FASANENWEG 10<br>LEINFELDEN-ECHTERDINGEN, 70771<br>GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.542** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT DATED: 07/05/2019 | DARE TO BE DIFFERENT<br>HERBERT VON KARAJAN STRASSE 7<br>ANIF, 5081<br>AUSTRIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.543** | State what the contract or lease is for and the nature of the debtor's interest | END USER LICENSE AGREEMENT DATED: 07/28/2008 | DASSAULT SYSTEMES<br>9 QUAI MARCEL DASSAULT<br>SURESNES, 92150<br>FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.544** | State what the contract or lease is for and the nature of the debtor's interest | END USER LICENSE AGREEMENT DATED: 07/28/2008 | DASSAULT SYSTEMES AMERICAS CORP<br>10330 DAVID TAYLOR DRIVE<br>CHARLOTTE, NC 28262 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.545 | **State what the contract or lease is for and the nature of the debtor's interest** | END USER LICENSE AGREEMENT DATED: 07/28/2008 | DASSAULT SYSTEMES AMERICAS CORP. 10330 DAVID TAYLOR DRIVE CHARLOTTE, NC 28262 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest** | END USER LICENSE AGREEMENT DATED: 07/28/2008 | DASSAULT SYSTEMES AMERICAS CORP. 10330 DAVID TAYLOR DRIVE CHARLOTTE, NC 28262 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #4 (REF. 2022-10547) TO MASTER CUSTOMER LICENSE AND ONLINE SERVICES AGREEMENT DATED: 12/20/2022 | DASSAULT SYSTEMES ITALIA S.R.L VIALE DELL'INNOVAZIONE 3 MILANO, 20126 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #6 (REF. 2023-9968) TO MASTER CUSTOMER LICENSE AND ONLINE SERVICES AGREEMENT DATED: 11/29/2023 | DASSAULT SYSTEMES ITALIA S.R.L. VIALE DELL'INNOVAZIONE 3 MILANO, 20126 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.549 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #7 (REF. 2023-10926) TO MASTER CUSTOMER LICENSE AND ONLINE SERVICES AGREEMENT DATED: 11/29/2023 | DASSAULT SYSTEMES ITALIA S.R.L. VIALE ALDO BORLETTI, 61/63 CORBETTA, MI, 20011 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.550 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #10 (REF. 2024-11306) TO MASTER CUSTOMER LICENSE AND ONLINE SERVICES AGREEMENT DATED: 03/12/2024 | DASSAULT SYSTEMES ITALIA S.R.L. VIALE ALDO BORLETTI, 61/63 CORBETTA, MI, 20011 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.551 | **State what the contract or lease is for and the nature of the debtor's interest** | DIRECT CUSTOMER QUOTE DATED: 12/16/2022 | DASSAULT SYSTEMES ITALIA S.R.L. INNOVATION 3 VIA DELL' INNOVAZIONE, 3 MILANO, 20126 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.                                          Case number (If known):  25-11109
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT #7 (REF. 2023-10926) TO MASTER CUSTOMER LICENSE AND ONLINE SERVICES AGREEMENT DATED: 12/14/2023 | DASSAULT SYSTEMES ITALIA S.R.L. VIALE ALDO BORLETTI 61/63 CORBETTA, MI, 20011 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT #6 (REF. 2023-9968) TO MASTER CUSTOMER LICENSE AND ONLINE SERVICES AGREEMENT DATED: 12/14/2023 | DASSAULT SYSTEMES ITALIA S.R.L. VIALE DELL'INNOVAZIONE 3 MILANO, 20126 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT #11 REF. 2025-1600 (HEREINAFTER "AMENDMENT #11") TO THE MASTER CUSTOMER LICENSE AND ONLINE SERVICES AGREEMENT DATED: 02/25/2025 | DASSAULT SYSTEMES ITALIA S.R.L. VIA SAN BOVIO, 3 SEGRATE - SAN FELICE, (MI), 20054 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT #12 (REF 2025-2878) TO MASTER CUSTOMER LICENSE AND ONLINE SERVICES AGREEMENT DATED: 04/01/2025 | DASSAULT SYSTEMES ITALIA S.R.L. VIA SAN BOVIO, 3 SEGRATE - SAN FELICE, (MI), 20054 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT #9 REF. 2024-8148(HEREINAFTER "AMENDMENT #9") TO THE MASTER CUSTOMER LICENSE AND ONLINE SERVICES AGREEMENT DATED: | DASSAULT SYSTEMES ITALIA S.R.L. VIALE DELL'INNOVAZIONE 3 MILANO, 20126 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL QUOTE DATED: 02/01/2024 | DASSAULT SYSTÈMES ITALIA S.R.L. INNOVATION 3 VIA DELL'INNOVAZIONE, 3 MILANO, 20126 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO GLOBAL PURCHASING AGREEMENT DATED: 10/17/2014 | DB PRODUCTS LTD 11/F., GUANGDONG FINANCE BUILDING, 88 CONNAUGHT ROAD WEST, HONG KONG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 10/17/2014 | DB PRODUCTS LTD 11/F., GUANGDONG FINANCE BUILDING, 88 CONNAUGHT ROAD WEST, HONG KONG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT STOCK AGREEMENT DATED: 10/17/2014 | DB PRODUCTS LTD VIALE ALDO BORLETTI 61 /63 CORBETTA, MILAN, 20011 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 09/26/2011 | DBI PLASTICS GROUP A/S STATIONSVAJ 5, DK-4295 STENLLE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.562 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 02/06/2019 | DBM TECNOLOGIE SRL VIA DELLA RICERCA 1, 31032 CASALE SUL SILE (TV) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 01/24/2024 | DE NITTIS MICHELE SRL ATTN: MR. MICHELE DE NITTIS, CEO DE NITTIS MICHELE SRL VIA R. DIESEL SN 71043 – MANFREDONIA (FG) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | PRICELIST DATED: 03/01/2019 | DE NITTIS MICHELE SRL S.S. 89 KM. 173 + 310 MANFREDONIA, FG, 71043 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | DEBONY USINAGEM DE PRECISAO LTDA RUA AGOSTINO TOGNERI 399 SAO PAULO, 04690-090 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.566 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 05/22/2012 | DEDIENNE AUTOMOTIVE Z.A. IE FIEF DU PARE GETIGNE, 44 190 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.567 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 05/22/2012 | DEDIENNE AUTOMOTIVE Z.A. LE FIEF DU PARC - F - 44190 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.568 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER- PROPOSAL FOR PROFESSIONAL SERVICES DATED: 10/08/2024 | DELOITTE & TOUCHE S.P.A. GALLERIA SAN FEDERICO, 54 TORINO, 10121 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.569 | State what the contract or lease is for and the nature of the debtor's interest | LOCAL IMPLEMENTATION AGREEMENT AND STATEMENT OF WORK FOR TAX COMPLIANCE AND E-TAX BALANCE SHEET SERVICES DATED: 04/11/2021 | DELOITTE GMBH EUROPA-ALLEE 91 FRANKFURT AM MAIN, 60486 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.570 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING AGREEMENT BETWEEN DELPHI AUTOMOTIVE SYSTEMS, LLC AND MAGNETI MARELLI S.P.A, POWERTRAIN DATED: 07/20/2010 | DELPHI AUTOMOTIVE SYSTEMS, LLC 5725 DELPHI DRIVE, TROY. ML 48098 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.571 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL AND AMENDMENTS TO THE PURCHASING AGREEMENT DATED: 10/05/2016 | DELPHI AUTOMOTIVE SYSTEMS, LLC 5825 DELPHI DRIVE TROY, MI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.572 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL AND AMENDMENTS TO THE PURCHASING AGREEMENT DATED: 10/05/2016 | DELPHI AUTOMOTIVE SYSTEMS, LLC 5825 DELPHI DRIVE TROY, MI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.573 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL AND AMENDMENTS TO THE PURCHASING AGREEMENT DATED: 01/01/2016 | DELPHI AUTOMOTIVE SYSTEMS, LLC 5825 DELPHI DRIVE TROY, MI |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.574 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 03/24/2010 | DELPHI CONNECTION SYSTEMS & DELPHI ELECTRICAL CENTERS |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.575 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND COOPERATION AGREEMENT DATED: 12/23/2010 | DELPHI TECHNOLOGIES HOLDINGS S.A.R.L AVENUE DE LUXEMBOURG TECHNICAL CENTRE LUXEMBOURG BASCHARAGE, L-4940 LUXEMBOURG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.576 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND COOPERATION AGREEMENT DATED: 12/23/2010 | DELPHI TECHNOLOGIES HOLDINGS S.A.R.L AVENUE DE LUXEMBOURG TECHNICAL CENTRE LUXEMBOURG BASCHARAGE, L-4940 LUXEMBOURG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.577 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 1 TO THE LICENSE AND COOPERATION AGREEMENT. DATED: 08/24/2011 | DELPHI TECHNOLOGIES HOLDINGS S.A.R.L AVENUE DE LUXEMBOURG TECHNICAL CENTRE LUXEMBOURG BASCHARAGE, L-4940 LUXEMBOURG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.578 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDED TO THE LICENSE AND COOPERATION AGREEMENT DATED: 06/24/2013 | DELPHI TECHNOLOGIES HOLDINGS S.A.R.L AVENUE DE LUXEMBOURG TECHNICAL CENTRE LUXEMBOURG BASCHARAGE, L-4940 LUXEMBOURG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.579 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND COOPERATION AGREEMENT DATED: 12/23/2010 | DELPHI TECHNOLOGIES HOLDINGS S.A.R.L. TECHNICAL CENTRE LUXEMBOURG AVENUE DE LUXEMBOURG B.P. 29 BASCHARAGE, L-4940, L-4901 LUXEMBOURG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.580 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 1 THE LICENSE AND COOPERATION AGREEMENT DATED: 08/24/2011 | DELPHI TECHNOLOGIES HOLDINGS S.A.R.L. TECHNICAL CENTRE LUXEMBOURG AVENUE DE LUXEMBOURG B.P. 29 BASCHARAGE, L-4940, L-4901 LUXEMBOURG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.581 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDED LICENSE AND COOPERATION AGREEMENT DATED: 06/24/2013 | DELPHI TECHNOLOGIES HOLDINGS S.A.R.L. TECHNICAL CENTRE LUXEMBOURG AVENUE DE LUXEMBOURG B.P. 29 BASCHARAGE, L-4940, L-4901 LUXEMBOURG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.582 | State what the contract or lease is for and the nature of the debtor's interest | EXHIBIT A - TERM SUMMARY DATED: 11/01/2021 | DELTA AIR LINES, INC 1030 DELTA BOULEVARD HARTSFIELD JACKSON INTERNATIONAL AIRPORT ATLANTA, GA 30320 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.583 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 06/01/2011 | DELTAPLAST MEXICO , S.A, DE C.V. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.584 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 03/09/2018 | DEMAG CRANES & COMPONENTS SRL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.585 | State what the contract or lease is for and the nature of the debtor's interest | COMMISSIONED RESEARCH CONTRACT DATED: 09/02/2019 | DEPARTMENT OF ENGINEERING, UNIVERSITY OF PERUGIA G. DURANTI 93, 06125 PERUGIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.586 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR CONSULTANCY ON WIRELESS DATA LOGGER DEVELOPMENT DATED: 11/24/2016 | DEPARTMENT OF INDUSTRIAL AND INFORMATION ENGINEERING, UNIVERSITY OF PAVIA FERRATA 5 PAVIA, 27100 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.587** | State what the contract or lease is for and the nature of the debtor's interest | COMMISSIONED RESEARCH CONTRACT DATED: 03/30/2017 | DEPARTMENT OF INFORMATION ENGINEERING – UNIVERSITY OF PISA G. CARUSO 16 ATTEN: PROF. LUCA FANUCCI - DEPARTMENT OF INFORMATION ATTEN: MRS. ANNAMARIA CASINI PISA, 56122 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.588** | State what the contract or lease is for and the nature of the debtor's interest | COMMISSIONED RESEARCH CONTRACT DATED: 10/25/2018 | DEPARTMENT OF INFORMATION ENGINEERING AND COMPUTER SCIENCE OF THE UNIVERSITY OF TRENTO SOMMARIVE 9 ATTN: PROF. NICULAE SEBE ATTN: DR. PAOLO DAL PIAZ POVO, 38123 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.589** | State what the contract or lease is for and the nature of the debtor's interest | COMMISSIONED RESEARCH CONTRACT DATED: 02/27/2018 | DEPARTMENT OF INFORMATION ENGINEERING AND COMPUTER SCIENCE OF THE UNIVERSITY OF TRENTO ATTN: PROF. NICULAE SEBE SOMMARIVE 9, 38123 POVO (TN) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.590** | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK COLLABORATION AGREEMENT DATED: 12/04/2018 | DEPARTMENT OF INFORMATION ENGINEERING, UNIVERSITY OF PISA (UNIVERSITY-DII) ATTN: ADMINISTRATIVE SECRETARIAT LUNGARNO PACINOTTI 43, 56126 PISA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.591** | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS FOR SERVICES DATED: 12/28/2018 | DESIGN & RESEARCH S.R.L. RIVANI 55 BOLOGNA, BO, 40138 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.592** | State what the contract or lease is for and the nature of the debtor's interest | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 04/01/2011 | DEUTSCHMANN INTERNATIONALE SPEDITION S.R.O. M. R. ŠTEFÁNIKA 2393/29 ATTN: MR. MIROSLAV KARA TREBIŠOV, 075 01 SLOVAK REPUBLIC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.593** | State what the contract or lease is for and the nature of the debtor's interest | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 04/01/2011 | DEUTSCHMANN INTERNATIONALE SPEDITION S.R.O. M.R. STEFANIKA 2393/29 TREBISOV, 075 01 SLOVAKIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.594** State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 08/12/2022 | DEVELOPMENT DIMENSIONS INTERNATIONAL, INC 1225 WASHINGTON PIKE BRIDGEVILLE, PA 15017 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.595** State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 04/19/2023 | DEVELOPMENT DIMENSIONS INTERNATIONAL, INC. 1225 WASHINGTON PIKE ATTN: GENERAL COUNSEL BRIDGEVILLE, PA 15017 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.596** State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 05/04/2023 | DEVELOPMENT DIMENSIONS INTERNATIONAL, INC. 1225 WASHINGTON PIKE ATTN: GENERAL COUNSEL BRIDGEVILLE, PA 15017 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.597** State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 08/12/2022 | DEVELOPMENT DIMENSIONS INTERNATIONAL, INC. 1225 WASHINGTON PIKE BRIDGEVILLE, PA 15017 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.598** State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK NO. 3 DATED: 05/07/2024 | DEVELOPMENT DIMENSIONS INTERNATIONAL, INC. 1225 WASHINGTON PIKE ATTN: GENERAL COUNSEL BRIDGEVILLE, PA 15017 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.599** State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS OF PURCHASE (2014 EDITION) DATED: 02/20/2018 | DH LIGHTING EUROPE SARL 35 RUE ROBERT SCHUMAN-STROOSS FRISANGE, L-5751 LUXEMBOURG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.600** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | DH TUBE CO.,LTD. NO 29 HUCHEON INDUSTRIAL ROAD CHANGNYEONG, 50311 REPUBLIC OF KOREA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.                                      Case number (if known):  25-11109
             Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.601 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK LOGISTIC AND TRANSPORTATION AGREEMENT DATED: 07/30/2019 | DHL EXPRESS (ITALY) S.R.L. PESCHIERA BORROMEO (MI), VIA LOMBARDIA 2/A. 20068 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.602 | State what the contract or lease is for and the nature of the debtor's interest | ECONOMIC OFFER MARELLI ANNUAL FEES - 2025 DATED: 03/10/2025 | DIGITAL TECHNOLOGIES S.R.L TREZZANO SUL NAVIGLIO (MI) VIA POLITI, 10 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.603 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LOAN AGREEMENT DATED: 04/28/2015 | DIL PLAST SRL A. MEUCCI NR. 6, 42027 MONTECCHIO EMILIA (RE) |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.604 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS OF PURCHASE (2018 EDITION) DATED: 02/11/2019 | DINITECH MECHATRONIK ALEKRONIK, PRODUCTION, HANDEL  DINITECH S INH LUGITSCH 63, 89TH JAGERBERG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.605 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT DATED: 12/01/2020 | DISLINE ENGINEERING S.R.L. VIA GUIDO ROSSA N. 3 10024 MONCALIERI (TO) |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.606 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 06/30/2023 | DISTRELEC DEUTSCHLAND GMBH LISE-MEITNER-STR. 4 BREMEN, 28359 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.607 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 06/30/2023 | DISTRELEC ITALIA S.R.L. VIA RAMAZZOTTI, 12 LAINATE, ML, 20045 ITALY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.608 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FUEL CONTRACT-ALLOCATION OF SUPPLIES DATED: 02/12/2019<br><br><br>Undetermined | DISTRIBUTION PANTS<br>S.S. 235 KM 47+980<br>Bagnolo Cremasco, CR, 26010<br>ITALY |
| 2.609 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 06/06/2019<br><br><br>Undetermined | DMG MORI ITALIA SRL |
| 2.610 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MANAGEMENT SYSTEMS SERVICE AGREEMENT DATED: 10/07/2024<br><br><br>Undetermined | DNV BUSINESS ASSURANCE ITALY S.R.L.<br>VIA ENERGY PARK, 14 – VIMERCATE (MB) |
| 2.611 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MANAGEMENT SYSTEMS SERVICE AGREEMENT DATED: 09/10/2024<br><br><br>Undetermined | DNV BUSINESS ASSURANCE ITALY S.R.L.<br>VIA ENERGY PARK, 14 – VIMERCATE (MB) |
| 2.612 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MANAGEMENT SYSTEMS SERVICE AGREEMENT DATED: 05/15/2017<br><br><br>Undetermined | DNV GL BUSINESS ASSURANCE ITALIA S.R.L<br>VIA ENERGY PARK, 14 VIMERCATE (MB) |
| 2.613 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MANAGEMENT SYSTEMS SERVICE AGREEMENT DATED: 02/26/2019<br><br><br>Undetermined | DNV GL BUSINESS ASSURANCE ITALIA S.R.L.<br>VIA ENERGY PARK, 14 VIMERCATE (MB) |
| 2.614 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL TERMS FOR THE PROVISION OF SERVICES (2018 EDITION) DATED: 01/15/2019<br><br><br>Undetermined | DNV GL BUSINESS ASSURANCE ITALIA SRL<br>VIA ENERGY PARK, 14<br>VIMERCATE, MB, 20871<br>ITALY |

| Debtor | Marelli Europe S.p.A. | Case number (If known):  25-11109 |
|---|---|---|
| | Name | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.615** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 10/18/2010 | DOCHARM PLASTIC (NANTONG) CO., LTD. NO.288, HEHAI ROAD HAIMEN CITY, JIANGSU PRO, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.616** | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 12/10/2019 | DODUCO SOLUTIONS GMBH IM ALTGEFAELL 12 PFORZHEIM, 75181 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.617** | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT STOCK AGREEMENT DATED: 10/26/2015 | DOMINANT SEMICONDUCTORS EUROPE GMBH RAIFFEISENSTR. 38 BAD RAPPENAU, 74906 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.618** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTS FOR THE SUPPLY OF SPARE PARTS DATED: 12/09/2011 | DONGFENG MOTOR CO., LTD NO. 8-23 RUIGANG ROAD DALIAN FREE TRADE ZONE, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.619** | State what the contract or lease is for and the nature of the debtor's interest | PARTS SUPPLY CONTRACT DATED: 04/28/2020 | DONGFENG MOTOR CO., LTD. NO. 8-23 RUIGANG ROAD DALIAN FREE TRADE ZONE, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.620** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTS FOR THE SUPPLY OF SPARE PARTS DATED: 12/09/2011 | DONGFENG MOTOR GROUP CO., LTD. NO. 8-23 RUIGANG ROAD DALIAN FREE TRADE ZONE, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.621** | State what the contract or lease is for and the nature of the debtor's interest | PARTS SUPPLY CONTRACT DATED: 04/28/2020 | DONGFENG MOTOR GROUP CO., LTD. NO. 8-23 RUIGANG ROAD DALIAN FREE TRADE ZONE, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
Name

Case number (If known): 25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.622** State what the contract or lease is for and the nature of the debtor's interest — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED<br>State the term remaining — Undetermined<br>List the contract number of any government contract | DONGGUAN WAYS TECHNOLOGY LIMITED<br>19 LONGQUAN ROAD<br>CHONGTOU COMMUNITY<br>CHANGAN TOWN<br>DONGGUAN CITY, GUANGDONG PROVINCE, CHINA |
| **2.623** State what the contract or lease is for and the nature of the debtor's interest — QUALITY SPECIFICATIONS DATED: 03/19/2019<br>State the term remaining — Undetermined<br>List the contract number of any government contract | DONGGUAN WINSTECH PRECISION INDUSTRIAL METAL CO. LTD.<br>DONGGUAN |
| **2.624** State what the contract or lease is for and the nature of the debtor's interest — EMPLOYER AGREEMENT DATED: 07/01/2020<br>State the term remaining — Undetermined<br>List the contract number of any government contract | DOPLNKOVÁ DÔCHODKOVÁ SPOLOČNOSŤ TATRA BANKY, A.S.<br>HODŽOVO NÁMESTIE 3<br>BRATISLAVA, 811 06<br>SLOVAKIA |
| **2.625** State what the contract or lease is for and the nature of the debtor's interest — AGREEMENT DATED: 01/22/2022<br>State the term remaining — Undetermined<br>List the contract number of any government contract | DORNA SPORTS, S.L<br>C/. NARCIS MONTURIOL, 2<br>FAX Nº: +34 93 473 81 54<br>ATTN.: MR. MARC SAURINA EMAIL: MARCSAURINA@DORNA.COM<br>SANT JUST DESVERN, BARCELONA, 08960<br>SPAIN |
| **2.626** State what the contract or lease is for and the nature of the debtor's interest — SPONSORSHIP AGREEMENT DATED: 10/02/2017<br>State the term remaining — Undetermined<br>List the contract number of any government contract | DORNA SPORTS, S.L.<br>C/ PRINCIPE DE VERGARA 183<br>MADRID, 28002<br>SPAIN |
| **2.627** State what the contract or lease is for and the nature of the debtor's interest — SPONSORSHIP AGREEMENT DATED: 09/13/2017<br>State the term remaining — Undetermined<br>List the contract number of any government contract | DORNA SPORTS, S.L.<br>C/ PRINCIPE DE VERGARA 183<br>MADRID, 28002<br>SPAIN |
| **2.628** State what the contract or lease is for and the nature of the debtor's interest — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED<br>State the term remaining — Undetermined<br>List the contract number of any government contract | DPR INDUSTRIA EIRELLI<br>ROD SC410, KM 7,6, NOVA DESCOB 3444<br>TIJUCAS, 88200-000<br>BRAZIL |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | DR. D. MUELLER INDÚSTRIA E COMÉRCIO DE ISOLANTES ELÉTRICOS LTDA AV. JOSÉ ROCHA BONFIM, 214 SANTA GENEBRA CAMPINAS, SÃO PAULO, 13086-657 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.630 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | DRAVA METAIS LTDA ARNALDO MAGNICCARO 230 SAO PAULO, 04691-060 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.631 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS FOR THE PROVISION OF SERVICES (2019 EDITION) DATED: 03/09/2020 | DRAWING S.R.L. INGEGNERIA VIA GHIDIGLIA AUGUSTA, 6/A PARMA, PARMA (IT-PR), 43121 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.632 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | DS SMITH PACKAGING CZECH REPUBLIC TEPLICKÁ 109 JÄ-LOVÉ, 405 02 CZECH REPUBLIC |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.633 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | DS SMITH PACKAGING ITALIA S.P.A. VIA TORRI BIANCHE 24 VIMERCATE, 20871 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.634 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | DSM ENGINEERING PLASTICS, INC. 203 W. BIG BEAVER ROAD DEPT. NATION TROY, 48084 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.635 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO MARELLI REGISTRATION CONDITIONS | DSPACE GMBH RATHENAUSTRASSE 26 PADERBORN, 33102 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.

Case number (If known):    25-11109

Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.636 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT DATED: 01/01/2008 | DUCATI CORSE SRL<br>CAVALIERI DUCATI, 3 BOLOGNA |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.637 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT DATED: 01/01/2017 | DUCATI MOTOR HOLDING S.P.A.<br>CAVALIERI DUCATI, 3<br>BOLOGNA, 40132<br>ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.638 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTNERSHIP AGREEMENT DATED: 01/01/2019 | DUCATI MOTOR HOLDING S.P.A.<br>CAVALIERI DUCATI, 3<br>BOLOGNA, 40132<br>ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.639 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT PROPOSAL DATED: 01/01/2015 | DUCATI MOTOR HOLDING S.P.A.<br>CAVALIERI DUCATI, 3<br>ATTN: MAURO GRASSILLI , MANAGER<br>BOLOGNA, 40132<br>ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.640 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT DATED: 01/01/2023 | DUCATI MOTOR HOLDING S.P.A.<br>VIA CAVALIERI DUCATI 3<br>VAT NO. 05113870967<br>BOLOGNA,<br>ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.641 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT DATED: 10/23/2010 | DUCATI MOTOR HOLDING S.P.A.<br>CAVALIERI DUCATI, 3, 40132 BOLOGNA |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.642 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT DATED: 01/01/2013 | DUCATI MOTOR HOLDING S.P.A.<br>CAVALIERI DUCATI, 3 40132 BOLOGNA |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.643 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT DATED: 11/23/2010 | DUCATI MOTOR HOLDING S.P.A. CAVALIERI DUCATI 3, 40132 BOLOGNA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.644 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT DATED: 04/24/2012 | DUCATI MOTOR HOLDING S.P.A. CAVALIERI DUCATI, 3 – 40132 BOLOGNA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.645 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT BETWEEN MAGNETI MARELLI AND DUCATI FOR MOTOGP PARTICIPATION DATED: 05/15/2012 | DUCATI MOTOR HOLDING S.P.A. CAVALIERI DUCATI 3 ATTN: ALESSANDRO CICOGNANI ATTN: ROBERTA RIGHETTI BOLOGNA, 40132 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.646 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT OF COMMITMENT TO THE CODE OF CONDUCT DATED: 05/10/2017 | DUEPUNTODIECI ASSOCIATI VIA TOSCANINI N° 1 PINEROLO, TO, 10064 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.647 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 03/28/2017 | DUEPUNTODIECI ASSOCIATI PINEROLO (TO), VIA TOSCANINI 1, 10064 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.648 | State what the contract or lease is for and the nature of the debtor's interest | REQUEST FOR OFFER FOR INTEGRATED DESIGN WORKS AND WORKS SUPERVISION, TECHNICAL SPECIFICATIONS | DUEPUNTODIECI ASSOCIATI VIA TOSCANINI, 1 - 10064 PINEROLO (TO) +39 (0)121 323237 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.649 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 03/31/2012 | DUEPUNTODIECI ASSOCIATI VIA TOSCANINI, 1 - 10064 PINEROLO (TO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.650 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/04/2011 | DUMAFER AUTO PARTS INDUSTRY LTD. MUNICIPALITY OF SAO PAULO, IN THE STATE OF SAO PAULO, AT RUA TERESINA, N°. 170 - VILA BERTIOGA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.651 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | DURA AUTOMOTIVE SYSTEMS ROTENBURG RONNEBROCKSWEG 5 ROTENBURG- WUMME, 27356 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.652 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | DURACHEM (PG) SDN BHD 7,MKM 13, TMN PERINDUSTRIAN BUKIT MINYAK, B.M. PENANG, 14100 MALAYSIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.653 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | DURBIANO SRL VIA IVREA 76/A CASCINE VICA RIVOLI, 10090 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.654 | State what the contract or lease is for and the nature of the debtor's interest | TENDER CONTRACT – CORPORATE CATERING DATED: 01/01/2017 | DUSSMANN SERVICE S.R.L. SAN GREGORIO 55, 20124 MILAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.655 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 03/14/2019 | DUSSMANN SERVICE SRL MILANO VIA SAN GREGORIO 55 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.656 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | DYNAMIC FRANK SDN BHD PHASE 4, PERAI INDUSTRIAL ESTATE PERAI, PENANG, 13600 MALAYSIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | | Case number (If known): | 25-11109 |
| | Name | | | |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.657** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | DYNAMIC TECHNOLOGIES POLSKA SP UL. ARMII KRAJOWEJ 5 CZERWIONKA-LESZCZYNY, 44-230 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.658** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 01/18/2011 | DYNAMIC TECHNOLOGIES POLSKA SP. Z O.O. UI. ARMII KRAJOWEJ 5 CZERWIONKA-LESZCZYNY, 44-230 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.659** | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 06/13/2017 | E&NGI S.R.L. CASTEL MAGGIORE (BO), VIA S. QUASIMODO NO. 44, ZIP CODE 40013 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.660** | State what the contract or lease is for and the nature of the debtor's interest | REQUEST FOR OFFER FOR INTEGRATED DESIGN WORKS AND WORKS SUPERVISION, TECHNICAL SPECIFICATIONS | E&NGI S.R.L. ENVIRONMENT & ENGINEERING VIA SALVATORE QUASIMODO, 44 40013 CASTEL MAGGIORE (80) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.661** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 08/13/2019 | E&NGI S.R.L. ENVIRONMENT AND ENGINEERING VIA SALVATORE QUASIMODO, 44 40013 CASTEL MAGGIORE (BO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.662** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | E. WEHRLE GMBH OBERTALSTABE NO 8 FURTWANGEN IM SCHWARZWALD, 78120 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.663** | State what the contract or lease is for and the nature of the debtor's interest | RELEASE AND SETTLEMENT AGREEMENT DATED: 03/31/2017 | EAAM DRIVELINE SYSTEMS AB ANDERSSONS PASSAGE 25 TROLLHATTAN, S - 461 53 SWEDEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
_____
         Name

Case number (If known):   25-11109
_____

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.664 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT DATED: 08/20/2010 | EASY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.665 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT CHARTER DATED: 08/16/2010 | EASY COMPUTER SCIENCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.666 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT CHARTER DATED: 08/16/2010 | EASY COMPUTER SCIENCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.667 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT CHARTER DATED: 08/16/2010 | EASY COMPUTER SCIENCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.668 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT CHARTER DATED: 08/16/2010 | EASY COMPUTER SCIENCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.669 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT CHARTER DATED: 08/16/2010 | EASY COMPUTER SCIENCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.670 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT CHARTER DATED: 08/23/2010 | EASY COMPUTER SCIENCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.

Case number (If known):   25-11109

Name

■   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.671 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT CHARTER DATED: 08/16/2010 | EASY COMPUTER SCIENCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.672 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT CHARTER DATED: 08/16/2010 | EASY COMPUTING |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.673 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 09/09/2018 | EASY MAGNET CORP. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.674 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR THE AMENDMENT OF SERVICE AGREEMENT DATED: 09/10/2024 | EASYGENERATOR B.V. VAN NELLEWEG 1 ROTTERDAM, THE NETHERLANDS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.675 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 09/10/2023 | EASYGENERATOR B.V. VAN NELLEWEG 1 ROTTERDAM, THE NETHERLANDS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.676 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR THE AMENDMENT DATED: 09/10/2023 | EASYGENERATOR B.V. WESTBLAAK 180 ROTTERDAM, ZUID HOLLAND, 3012 KN THE NETHERLANDS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.677 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 09/10/2023 | EASYGENERATOR B.V. VAN NELLEWEG 1 ROTTERDAM, THE NETHERLANDS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.
Name

Case number (If known):    25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.678** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ECCOS IND METALURGICA LTDA R EDUARDO BORSARI 1325 INDAIATUBA, 13330-900 BRAZIL |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.679** State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK SERVICE AGREEMENT DATED: 10/14/2010 | ECLIPTIC PLC 7-10 Chandos Street 5th Floor, North Side Cavendish Square London, W1G 9DQ UNITED KINGDOM |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.680** State what the contract or lease is for and the nature of the debtor's interest | CONSULTANCY AGREEMENT DATED: 04/01/2010 | ECLIPTIC PLC VIALE ALDO BORLETTI 61/63 CORBETTA, MI, 20010 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.681** State what the contract or lease is for and the nature of the debtor's interest | GENERAL CONDITIONS LEASING OF IT PRODUCTS WITH ASSOCIATED SERVICES DATED: 03/18/2022 | ECONOCOM INTERNATIONAL ITALIA S.P.A. VIA VARESINA, 162 - 20156 MILANO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.682** State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 03/29/2022 | ECONOCOM INTERNATIONAL ITALIA S.P.A. VIA VARESINA, 162 - 20156 MILANO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.683** State what the contract or lease is for and the nature of the debtor's interest | WASTE SALE VENARIA (TO) PLANT PC&MA S.P.A. MAGNETI MARELLI DATED: 12/21/2017 | ECOPALLETS S.R.L. UNIPERSONALE C.SO SAVONA 18-18/B 10029 VILLASTELLONE TO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.684** State what the contract or lease is for and the nature of the debtor's interest | SALE OF PC&MA S.P.A. MATERIALS MAGNETI MARELLI DATED: 05/23/2016 | ECOPALLETS S.R.L. UNIPERSONALE C.SO SAVONA 18-18/B 10029 VILLASTELLONE TO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (if known): 25-11109 |
|--------|------------------------|-----------------------------------|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.685** | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASING GENERAL TERMS AND CONDITIONS DATED: 04/16/2017 | EDF PHOENIX |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.686** | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTANCY AGREEMENT DATED: 04/10/2017 | EFFELLET- MOTORSPORT DI IGNAZIO LUNETTA & C. SAS VIA CIMITERO 17, 41014 CASTELVETRO DI MODENA ATTN: BY IGNAZIO LUNETTA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.687** | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT DATED: 05/30/2025 | EFFICIENT HYDROGEN MOTORS (EHM SAS) 9 ZA DE TY NEVEZ POUILLOT PEPINERE D'ENTREPRISES CHATEAULIN, 29150 FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.688** | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | EHLEBRACHT BERLIN GMBH + CO. KG MOTZENER STR. 14A BERLIN, 12277 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.689** | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | EISENMANN DRUCKGUSS GMBH RIETHEIMER STR. 49 VILLINGEN-SCHWENNINGEN, 78050 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.690** | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | EJOT S.A.S. VIA MARCO POLO 16 CAMPODARSEGO, 35011 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.691** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 04/20/2018 | EKŞIOGLU MAH. MARTYRS CD. NO: 47 ALEMDAG-ISTANBUL JUNGHEINRICH ISTIF MAKINALARI SAN. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | | Case number (If known): 25-11109 |
|--------|----------------------|--|------------------------------------|
| | Name | | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.692 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | EKO METAL INDUSTRIES SDN BHD LOT 667 & 668 JURU PULAU PINANG BUKIT MERTAJAM, 14000 MALAYSIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.693 | State what the contract or lease is for and the nature of the debtor's interest | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 03/01/2015 | EKOL LOJISTIK AS ADIL MAHALLESI EKOL CADDESI NO 2 SULTANBEYLI, ISTANBUL, TR-34934 TURKEY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.694 | State what the contract or lease is for and the nature of the debtor's interest | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 03/01/2015 | EKOL LOJISTIK AS ADIL MAHALLESI EKOL CADDESI NO 2 SULTANBEYLI, ISTANBUL, TR-34934 TURKEY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.695 | State what the contract or lease is for and the nature of the debtor's interest | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 03/27/2019 | EKOL LOJISTIK AS. EKOL CADDESI N. 2 SULTANBEYLI, ISTANBUL, TR-34934 TURKEY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.696 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | EL.BO. SERVICE S.A.S. DI BOLLINI FRANCO E C. VIA LEONCAVALLO, 5 PARABIAGO, MI, 20015 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.697 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT AGREEMENT AND NEW SUPPLY AGREEMENT - FOOD & BEVERAGE SERVICE CONTRACT DATED: 02/26/2019 | ELAH DUFOUR S.P.A. STRADA SERRAVALLE N. 73 NOVI LIGURE, AL, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.698 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT FOR REFRESHMENT SPACES AND VENDING DISTRIBUTION SERVICES DATED: 01/01/2025 | ELAH DUFOUR S.P.A. PIANDILUCCO 7A/3 GENOA, 16141 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.699 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ELAMP PRECISION INDUSTRY PHASE IV, BAYAN LEPAS, PENANG, 11900 MALAYSIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.700 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/18/2010 | ELAMP PRECISION INDUSTRY (M) SDN. BHD. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.701 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/18/2010 | ELAMP PRECISION INDUSTRY (M) SDN. BHD. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.702 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ELECTRICAL COMPONENTS INTERNATIONAL UL. MIEDZYRZECKA 222 BIELSKO-BIALA, 43-382 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.703 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 12/07/2010 | ELECTRICAL COMPONENTS INTERNATIONAL UL. MIEDZYRZECKA 222 BIELSKO-BIALA, 43-382 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.704 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AGREEMENT & LICENSE AGREEMENT BETWEEN MMPWT AND ELECTROJET DATED: 11/13/2017 | ELECTROJET 50164 Pontiac Trail Unit #5 Wixom, MI 48393 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.705 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AGREEMENT DATED: 04/23/2010 | ELECTROJET INC. 7717 LOCHLIN DRIVE BRIGHTON, MI 48116-8329 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.                                          Case number (If known)    25-11109
         Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.706** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ELGUM AUTOMOTIVE SP. Z OO SP. UL. SCHONOW 1A SOSNOWIEC, 41-200 POLAND |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.707** State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 06/24/2011 | ELHETTRONICS INC. |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.708** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ELMOS SEMICONDUCTOR AG HEINRICH HERTZ STRASSE 1 DORTMUND, 44227 GERMANY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.709** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ELRINGKLINGER KUNSTSTOFFTECHNIK GMB ETZELSTRASSE 10 BIETIGHEIM-BISSINGEN, 74321 GERMANY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.710** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL FRAME AGREEMENT DATED: 03/31/2024 | ELVAC A.S. HASICSKA 53 OSTRAVA, 70030 CZECH REPUBLIC |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.711** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL FRAME AGREEMENT DATED: 03/31/2024 | ELVAC A.S. HASICSKA 53 OSTRAVA, 70030 CZECH REPUBLIC |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.712** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL FRAME AGREEMENT DATED: 03/31/2024 | ELVAC A.S. HASICSKA 53 OSTRAVA, 70030 CZECH REPUBLIC |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| Debtor | Marelli Europe S.p.A. | | Case number (If known): 25-11109 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.713 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | EMBALAPLAST INDUSTRIA E COMERCIO DE ARTIGOS PLASTICOS LTDA. RUA IFEMA N° 436 VARGEM GRANDE PAULISTA, 06730-000 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.714 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | EMBALATEC INDUSTRIAL LTDA AV VALENTINA MELLO FREIRE BOREN 330 MOGI DAS CRUZES, 08735-270 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.715 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | EMBALAVIP INDUSTRIA E COMERCIO LTDA RODOVIA FERNAO DIAS SN ITATIAIUCU, 35685-000 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.716 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS AGREEMENT DATED: 11/29/2019 | EMBITEL GMBH ROMMELSTRAßE 11 STUTTGART, 70376 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.717 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 06/11/2019 | EMBITEL GMBH ROMMELSTRABE 11 STUTTGART, 70376 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.718 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | EMI SYSTEM POLAND SP Z O.O. UL.PODWALE 65 BIELSKO-BIALA, 43-300 POLAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.719 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 06/19/2019 | EMISYSTEMPOLAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.720 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 09/06/2010 | EMMERRE S.R.L |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.721 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | EMPAQUE INDUSTRIAL DE JUAREZ S DE RL DE CV MONTES APENINOS # 6193 COL. LA CUESTA I, EN CD. JUAREZ, CHIHUAHUA. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.722 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 06/24/2011 | EMPIRE ELECTRONICS 214 EAST MAPLE TROY, MI 48083 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.723 | State what the contract or lease is for and the nature of the debtor's interest | WITHDRAWAL FROM THE CONTRACT CALLED "CONTRACT FOR PARTICIPATION IN THE ENERGY RELEASE SERVICE" DATED: 03/01/2023 | ENEL X ITALIA S.R.L. VIA FLAMINIA 970 00191 ROME |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.724 | State what the contract or lease is for and the nature of the debtor's interest | REGISTRATION CONDITIONS DATED: 10/12/2020 | ENGEL AUSTRIA GMBH LUDWIG-ENGEL-STRAßE 1 SCHWERTBERG, 4311 AUSTRIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.725 | State what the contract or lease is for and the nature of the debtor's interest | SPECIAL BONUS AGREEMENT DATED: 09/13/2022 | ENGEL AUSTRIA GMBH LUDWIG-ENGEL-STRALSE 1 SCHWERTBERG, 4311 AUSTRIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.726 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO MAGNETI MARELLI PURCHASING GENERAL TERMS AND CONDITIONS DATED: 10/12/2020 | ENGEL AUSTRIA GMBH. LUDWIG-ENGEL-STRAßE 1 SCHWERTBERG, 4311 AUSTRIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.727 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 05/09/2013 | ENGEMET METALURGIA E COMERCIAL LTDA RUA JOEL RICO 200 MAUA, 09370-823 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.728 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SALE OF NATURAL GAS DATED: 01/01/2025 | ENGIE ITALIA S.P.A. MILAN, VIA CHIESE, 72, TAX CODE AND VAT NUMBER NO. 06289781 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.729 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SALE OF ELECTRICITY DATED: 01/01/2025 | ENGIE ITALIA S.P.A. N VIA CHIESE 72 - 20126 MILAN (MI), R.E.A. 1817 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.730 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SALE OF NATURAL GAS DATED: 07/19/2023 | ENGIE ITALIA SPA VIA CHIESE 72 - 20126 MILAN (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.731 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING (MOU) DATED: 03/25/2024 | ENGINEERING D.HUB S.P.A VIALE CARLO VIOLA 76 PONT SAINT MARTIN, AO, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.732 | State what the contract or lease is for and the nature of the debtor's interest | FUEL CONTRACT – ALLOCATION OF SUPPLIES DATED: 02/12/2019 | ENI FUEL S.P.A. VIALE G. RIBOTTA, 51 ROME, 00144 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.733 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/18/2010 | EPILON INDUSTRY S/B |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
Name

Case number (If known): 25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.734 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/18/2010 | EPILON INDUSTRY S/B |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.735 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | EPILON INDUSTRY SDN BHD SUNGAI LOKAN 1 BUTTERWORTH PENANG, 13800 MALAYSIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.736 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 08/31/2010 | EPSON IMAGING DEVICEIS CORPORATION |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.737 | State what the contract or lease is for and the nature of the debtor's interest | COEXISTENCE AGREEMENT: 11/06/2007 | ERCOLE MARELLI POWER S.P.A. VIALE EDISON 50 SESTO GIOVANNI, MI, 20099 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.738 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 09/30/2011 | ESAC POLSKA SP ZOO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.739 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 02/27/2019 | ESEX SRL PIANEZZA, VIA NOVARA 7, 10044 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.740 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ESSEX GERMANY GMBH KORBACHER STRASSE N° 6 BAD ARROLSEN, 34454 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.741** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 08/26/2011 | ETHERTRONICS<br>9605 SCRANTON ROAD<br>SUITE 300<br>SAN DIEGO, CA 93121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.742** | State what the contract or lease is for and the nature of the debtor's interest | ESCROW AGREEMENT DATED: 06/21/2011 | ETHERWAVES LTD.<br>22 MASCIT, ST. HERZELIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.743** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ETICOD SP. ZOO<br>JÃ"ZEFA GRZEGORZKA 21<br>KATOWICE, 40-309<br>POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.744** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 10/04/2019 | EURO & PROMOS F.M. S.P.A.<br>ANTONIO ZANUSSI, 11/13<br>UDINE, 33100<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.745** | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 10/04/2019 | EURO & PROMOS FM S.P.A.<br>ANTONIO ZANUSSI, 11/13 33100 UDINE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.746** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/18/2009 | EURO FL SRL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.747** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | EURO TECHNOLOGIES S.R.L.<br>VIA WALTER TOBAGI, 10<br>CONCOREZZO, 20863<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
          Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.748** **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL PURCHASING AGREEMENT DATED: 10/01/2012 | EUROAR SAU |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.749** **State what the contract or lease is for and the nature of the debtor's interest** | NOMINATION LETTER DATED: 08/06/2018 | EUROFIX S.R.L. VIA VINCENZO MONTI SEREGNO, MB, 3220831 ITALY |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.750** **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT DATED: 01/01/2025 | EUROGROUP LAMINATIONS S.P.A VIA STELLA ROSA, NO. 48 BARANZATE, MI, 20021 ITALY |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.751** **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT TO THE USE OF TRADEMARKS DATED: 01/01/2025 | EUROGROUP LAMINATIONS S.P.A. IA STELLA ROSA NO. 48 BARANZATE, (MI), 20021 ITALY |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.752** **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/02/2010 | EUROPAC |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.753** **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 07/21/2011 | EUROTEC INTERNATIONAL PLC EUROHM WORKS PETERSFIELD HAMPSHIRE, GU33 6AA UNITED KINGDOM |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.754** **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 09/29/2010 | EUROWELD S.R.L |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |

Debtor    Marelli Europe S.p.A.

Name

Case number (If known): 25-11109

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.755 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | EVOMEK S.P.A. ZONA IND. C.DA CERRATINA 77/H LANCIANO, 66034 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.756 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 04/12/2019 | EVOMEK SPA ZONA INDUSTRIALE CERRATINA NO77H LANCIANO, CH, 66034 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.757 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 01/01/2013 | EWINGS S.R.L. C. BOLDRINI, 24 - 40121 BOLOGNA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.758 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 02/15/2016 | EWINGS SRL VIA BOLDRINI 24 BOLOGNA, 40121 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.759 | State what the contract or lease is for and the nature of the debtor's interest | SPECIFIC TERMS AND CONDITIONS FOR THE PROVISION OF ENGINEERING SERVICES DATED: 01/01/2018 | EXIDA DEVELOPMENT S.R.L VIA RIBES 5 COLLERETTO GIACOSA, TO, 10010 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.760 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 07/23/2019 | EXPERIS SRL MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.761 | State what the contract or lease is for and the nature of the debtor's interest | ENGINEERING SERVICES DATED: 07/01/2018 | EXPERTS SRL VIA ROSSINI, 6/8 MILANO, MILANO, 20122 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Europe S.p.A.
_____
Name

Case number (If known):  25-11109
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.762** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 04/01/2008 | EXPRESSO M2000 LTDA<br>RUA DOIS, N° 225,  BAIRRO DISTRITO INDUSTRIAL RIACHO DAS PEDRAS, CEP- 32250-010 CONTAGEM - MINAS GERAIS, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.763** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 12/01/2012 | EXTERN PRO, S.L<br>PARQUE TECNOLDGICO TECHNOPARK MOTORLAND EDIFICIO 2WTC<br>ALCANIZ, 44600<br>SPAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.764** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 05/14/2019 | EXZONE PRECISION ENGINEERING SDN BHD<br>PLOT 36 8S 37<br>JALAN PKNK UTAMA<br>KAWASAN PERUSAHAAN SUNGAI PETANI<br>SUNGAI PETANI, KEDAH DARUL AMAN, 08000<br>MALAYSIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.765** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 05/14/2019 | EXZONE PRECISION ENGINEERING SDN BHD<br>PLOT 36 & 37<br>JALAN PKNK UTAMA<br>KAWASAN PERUSAHAAN SUNGAI PETANI<br>SUNGAI PETANI, KEDAH DARUL AMAN, 08000<br>MALAYSIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.766** | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT DATED: 04/08/2024 | EY ADVISORY S.P.A.<br>VIA MEUCCI, 5 10121 TORINO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.767** | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 10/04/2021 | F. INIZIATIVE SRL<br>BASSANO DEL GRAPPA (VI),<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.768** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | F.I.P.E. 2 SRL<br>VIA EUROPA, 8<br>CARPACCO DI DIGNANO, 33030<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.769** | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT DATED: 04/17/2019 | F.LLI LUCCO BORLERA S.R.L CORSO 4 NOVEMBRE 82 RIVOLI VAT NO. 00481080018 TORINO, ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.770** | **State what the contract or lease is for and the nature of the debtor's interest** | BONUS LETTER AGREEMENT DATED: 01/01/2024 | F.T.M. SRL VIA DI S. GIULIANO  47 FOGGIA, 71100 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.771** | **State what the contract or lease is for and the nature of the debtor's interest** | COLLABORATION AGREEMENT FOR LITHIUM BATTERY PACKS AND BMS DEVELOPMENT DATED: 06/08/2009 | FAAM S.P.A. MONTI, ZONA INDUSTRIALE, 63026 MONTERUBBIANO (AP) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.772** | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT CHARTER DATED: 08/16/2010 | FÁCIL INFORMÁTICA LTDA RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.773** | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT CHARTER DATED: 08/16/2010 | FÁCIL INFORMÁTICA LTDA RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.774** | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT CHARTER DATED: 08/23/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407 - VELHA, BLUMENAU, SANTA CATARINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.775** | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT CHARTER – IMPLEMENTATION OF THE ESPAIDER SYSTEM DATED: 08/23/2010 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407 – VELHA, BLUMENAU – SC – CEP 89036-501 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.776** | State what the contract or lease is for and the nature of the debtor's interest | PROJECT CHARTER – IMPLEMENTATION OF THE ESPAIDER SYSTEM DATED: 08/16/2010 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407 – VELHA – BLUMENAU – SC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.777** | State what the contract or lease is for and the nature of the debtor's interest | CONSORTIUM AGREEMENT DATED: 01/04/2016 | FACIT RESEARCH GMBH & CO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.778** | State what the contract or lease is for and the nature of the debtor's interest | CLIENT LICENSE AGREEMENT AMENDMENT DATED: 09/25/2023 | FACTSET RESEARCH SYSTEMS INC. 45 GLOVER AVENUE NORWALK, CT 06850 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.779** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT AMENDMENT DATED: 09/25/2023 | FACTSET RESEARCH SYSTEMS INC. 45 GLOVER AVENUE NORWALK, CT 06850 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.780** | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 09/20/2021 | FAGOR ARRASATE, S.COOP. SAN ANDRES AUZOA, 20, 20500 ARRASATE-MONDRAGON |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.781** | State what the contract or lease is for and the nature of the debtor's interest | COLLABORATION AGREEMENT DATED: 02/18/2013 | FAI SERVICE S. COOP. ATTENTION: FRANCIS COSIO  RENZO GANDOLFO 1 – 12100 CUNEO (CN) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.782** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/03/2009 | FAIST COMPONENTI S.P.A VIA DELL INDUSTRIA 2 MONTONE, 06014 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (if known): 25-11109 |
|---|---|---|
| | Name | |

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.783** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO MAGNETT MARELLI GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 12/15/2015 | FAKT S.R.L. VIA LITHOS 53 REZZATO (BS), 25086 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.784** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | FAMI SRL VIA STAZIONE ROSSANO 13 ROSA, 36027 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.785** State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 12/21/2009 | FARA INDUSTRIAL SR |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.786** State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 06/30/2010 | FARBPHOS AUTOMOTIVA LTDA |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.787** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 01/01/2024 | FARNELL ITALIA S.R.L. VIA MANZONI 44 ATTN: MR. GAVIN PETER HODGSON-SILKE FINANCIAL OFFICER CUSANO MILANINO, 20095 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.788** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 01/01/2024 | FARNELL ITALIA S.R.L. VIA MANZONI 44 ATTN: MR. GAVIN PETER HODGSON-SILKE FINANCIAL OFFICER CUSANO MILANINO, 20095 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.789** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 07/28/2020 | FARNELL ITALIA S.R.L. VIA RAMAZZOTTI 12 20020 LAINATE - ML |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| Debtor | Marelli Europe S.p.A. | Case number (if known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.790** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 12/03/2010 | FASSINO FRATELLI S.R.L VIA ALESSANDRO VOLTA 2- 10090 BRUINO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.791** | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 11/12/2013 | FAURECIA AUTOMOTIVE HOLDINGS SAS 2 RUE HENNAPE ATTENTION: MR. RONAN MESSAGER NANTERRE, 92000 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.792** | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 11/13/2013 | FAURECIA AUTOMOTIVE HOLDINGS SAS 2 RUE HENNAPE NANTERRE, 92000 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.793** | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING FOR JOINT VENTURE IN ENGINE COMPONENTS DATED: 07/06/2014 | FAWER AUTOMOTIVE PARTS CO., LTD. CHANGCHUN, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.794** | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 02/01/2021 | FC A SERVICES S.C.P.A. TURIN - VIA PLAVA 86 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.795** | State what the contract or lease is for and the nature of the debtor's interest | EXTENSION OR THE GENERAL PURCHASING TERMS AND CONDITIONS OF FCA ITALY S.P.A. DATED: 10/26/2016 | FCA GROUP PURCHASING S R.L. A S U. C.SOG AGNELLI 200 TEL.+39 011 003 1111 TORINO, 10135 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.796** | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT DATED: 03/27/2019 | FCA GROUP PURCHASING S.C.R.L CORSO AGNELLI N. 200<br><br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.                                Case number (If known): 25-11109
         Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.797** State what the contract or lease is for and the nature of the debtor's interest | EXTENSION AND AMENDMENT TO THE MASTER AGREEMENT DATED: 03/15/2019 | FCA GROUP PURCHASING S.C.R.L. CORSO AGNELLI 200 ("FGP") TORINO, 10135 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.798** State what the contract or lease is for and the nature of the debtor's interest | PERSONAL DATA PROCESSING CONSENT DATED: 10/26/2016 | FCA GROUP PURCHASING S.R.L. C.SO GIOVANNI AGNELLI 200, 10135 TURIN (TO) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.799** State what the contract or lease is for and the nature of the debtor's interest | SPECIAL MANDATE CONTRACT FOR IBM SOFTWARE LICENSING AGREEMENT DATED: 10/31/2017 | FCA GROUP PURCHASING S.R.L. CORSO GIOVANNI AGNELLI, 200, 10135 TURIN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.800** State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT DATED: 10/26/2016 | FCA GROUP PURCHASING S.R.L. CORSO GIOVANNI AGNELLI 200 TURIN, 10135 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.801** State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER COMMITMENT DECLARATION: 10/26/2016 | FCA GROUP PURCHASING S.R.L. C.SO G. AGNELLI 200 TORINO, 10135 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.802** State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT TO THE SERVICE CONTRACT | FCA ITALY S.P.A. CORSO GIOVANNI AGNELLI 200 TORINO, TO, 10135 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.803** State what the contract or lease is for and the nature of the debtor's interest | WAIVER OF CLAIMS REGARDING MARELLI CLAIMS DATED: 12/31/2022 | FCA ITALY S.P.A. CORSO AGNELLI N. 200 10100 - TURIN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor  Marelli Europe S.p.A.
    Name

Case number (If known): 25-11109

███ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.804 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT DATED: 05/01/2024 | FCA PARTECIPAZIONI S.P.A. PLAVA NO. 80 TURIN, 10135 ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.805 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE TRANSFER OF THE FINANCIAL LEASE CONTRACT CORBETTA PROPERTY DATED: 04/30/2024 | FCA PARTECIPAZIONI S.P.A. PLAVA 80 TURIN, 10135 ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.806 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIRMATION LETTER – OCCUPATION INDEMNITY FOR VENARIA PROPERTY DATED: 08/26/2024 | FCA PARTECIPAZIONI S.P.A. PLAVA 80 TURIN, 10135 ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.807 | **State what the contract or lease is for and the nature of the debtor's interest** | DELEGATION OF AUTHORITY – RETURN AND REACCEPTANCE OF PROPERTY DATED: 08/28/2024 | FCA PARTECIPAZIONI S.P.A. PLAVA 80 TURIN, 10135 ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.808 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 10/01/2017 | FCA REAL ESTATE SERVICES S.P.A. CORSO AGNELLI 200 TURIN, ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.809 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED: 01/01/2021 | FCA SERVICES S.C.P.A. VIA PLAVA N. 86 ATTN: CUSTOMS DIVISION TORINO CORBETTA, MILAN, 10135 ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.810 | **State what the contract or lease is for and the nature of the debtor's interest** | CASH ADVANCE PAYMENT AGREEMENT DATED: 12/26/2024 | FCA US LLC 1000 CHRYSLER DRIVE AUBURN HILLS, MI 48326 |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.811** | State what the contract or lease is for and the nature of the debtor's interest | CASH ADVANCE PAYMENT AGREEMENT DATED: 01/30/2025 | FCA US LLC 1000 CHRYSLER DRIVE AUBURN HILLS, MI 48326 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.812** | State what the contract or lease is for and the nature of the debtor's interest | CASH ADVANCE PAYMENT AGREEMENT DATED: 02/14/2025 | FCA US LLC 1000 CHRYSLER DRIVE AUBURN HILLS, MI 48326 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.813** | State what the contract or lease is for and the nature of the debtor's interest | WAIVER OF CLAIMS REGARDING MARELLI CLAIMS DATED: 12/31/2022 | FCA US LLC 1000 CHRYSLER DRIVE AUBURN HILLS, MI 48326 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.814** | State what the contract or lease is for and the nature of the debtor's interest | MASTER INFORMATION TECHNOLOGY SERVICES AGREEMENT DATED: 07/01/2018 | FCA US LLC 1000 CHRYSLER DRIVE AUBURN HILLS, MI 48326 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.815** | State what the contract or lease is for and the nature of the debtor's interest | CASH ADVANCE PAYMENT AGREEMENT DATED: 02/19/2025 | FCA US LLC 1000 CHRYSLER DRIVE AUBURN HILLS, MI 48326 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.816** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/22/2012 | FDK ELECTRONICS GMBH 1000 CHRYSLER DRIVE AUBURN HILLS, MI 48326 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.817** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 10/02/2019 | FEDERAL-MOGUL POWERTRAIN LLC 27300 WEST 11 MILE ROAD SOUTHFIELD, MI 48034 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.818 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE CONTRACT DATED: 01/23/2012 | FEDERATION INTERNATIONALE DE l'AUTOMOBILE (FIA) CHEMIN DE BLANDONNET 2 VERNIER - GENEVA, 1214 SWITZERLAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.819 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN SOURCE OFF-CAR SOFTWARE LICENSE TERMS AND CONDITIONS DATED: 05/16/2024 | FEDERATION INTERNATIONALE DE L'AUTOMOBILE CHEMIN DE BLANDONNET 2 VERNIER - GENEVA, 1214 SWITZERLAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.820 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT DATED: 07/21/2016 | FEDERATION INTERNATIONALE DE L'AUTOMOBILE CHEMIN DE BLANDONNET VERNIER/GENEVA, 1214 SWITZERLAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.821 | **State what the contract or lease is for and the nature of the debtor's interest** | COOPERATION AND SUPPLY AGREEMENT DATED: 07/24/2013 | FEDERATION OF AUTOMOBILE SPORTS OF CHINA NO.9 TIYUGUAN ROAD BEIJING, CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.822 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSPORTATION SERVICES AGREEMENT DATED: 06/11/2024 | FEDEX PO BOX 660481 DALLAS, TX 75266-0481 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.823 | **State what the contract or lease is for and the nature of the debtor's interest** | FEDEX TRANSPORTATION SERVICES AGREEMENT DATED: 06/11/2024 | FEDEX COMPANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.824 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK TRANSPORTATION AGREEMENT DATED: 08/26/2019 | FEDEX CORPORATE SERVICES, INC 1000 Ridgeway Loop Road Suite 600 ATTN: STAFF DIRECTOR - LEGAL SALES TRANSACTIONS & ALLIANCES Memphis, TN 38120 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.825 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK TRANSPORTATION AGREEMENT DATED: 01/12/2019 | FEDEX CORPORATE SERVICES, INC.<br>1000 Ridgeway Loop Road<br>Suite 600<br>ATTN: Staff Director - Legal Sales Transactions & Alliances<br>Memphis, TN 38120 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.826 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | FEMATIC SRL<br>VIA OFANTINA ZONA PIP, ZONA INDUSTRIALE N' SNC, ZIP 85029 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.827 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 01/03/2011 | FENNER (INDIA) LIMITED<br>3. MADURAI-MELAKKAL ROAD, MADURAI - 625016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.828 | State what the contract or lease is for and the nature of the debtor's interest | WASTE SALE VENARIA (TO) PLANT PC&MA S.P.A. MAGNETI MARELLI DATED: 12/21/2017 | FERCAR S.R.L.<br>ZONA IND.LE DI AVIGLIANA 10057 S.AMBROGIO DI TORINO - TO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.829 | State what the contract or lease is for and the nature of the debtor's interest | SALE OF PC&MA S.P.A. MATERIALS MAGNETI MARELLI DATED: 05/23/2016 | FERCAR S.R.L.<br>ZONA IND.LE DI AVIGLIANA 10057 S.AMBROGIO DI TORINO - TO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.830 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 02/11/2010 | FERCOPI INDE COM DE BORRACHA LTDA. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.831 | State what the contract or lease is for and the nature of the debtor's interest | POWER OF ATTORNEY | FERNANDES SECCO AND ASOCIADOS<br>25 DE MAYO 467<br>OF. 501<br>MONTEVIDEO,<br>URUGUAY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.832 | State what the contract or lease is for and the nature of the debtor's interest | OFFICIAL SUPPLIER AGREEMENT DATED: 01/01/2014 | FERRARI S.P.A. EMILIA EST 1163 P.O. BOX 589 MODENA, MO, 41100 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.833 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL BONUS AGREEMENT DATED: 04/27/2017 | FERRARI S.P.A. ENZO FERRARI 27 MARANELLO, MO, I-41053 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.834 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE COLLABORATION AGREEMENT DATED: 11/12/2011 | FERRARI S.P.A. ABETONE INFERIORE 4 MARANELLO, MO, 41053 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.835 | State what the contract or lease is for and the nature of the debtor's interest | FERRARI MUSEUM CONTRACT DATED: 01/01/2012 | FERRARI S.P.A. EMILIA EST 1163, P.O. BOX, MODENA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.836 | State what the contract or lease is for and the nature of the debtor's interest | OFFICIAL SUPPLIER AGREEMENT DATED: 02/02/2017 | FERRARI S.P.A. EMILIA EST 1163 P.O. BOX 589 MODENA, MO, 41100 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.837 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AGREEMENT DATED: 05/10/2012 | FERRARI S.P.A. EMILIA EST 1163 MODENA, 41100 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.838 | State what the contract or lease is for and the nature of the debtor's interest | OFFICIAL SUPPLIER AGREEMENT DATED: 01/01/2011 | FERRARI S.P.A. EMILIA EST 1163 P.O. BOX 589 MODENA, MO, 41100 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.839 | State what the contract or lease is for and the nature of the debtor's interest | TECHNICAL SUPPORT CONTRACT DATED: 05/31/2018 | FERRARI S.P.A. ABETONE INFERIORE 4, 41053 MARANELLO (MO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.840 | State what the contract or lease is for and the nature of the debtor's interest | TECHNICAL SUPPORT CONTRACT DATED: 05/31/2018 | FERRARI S.P.A. EMILIA EST 1163, 41122 MODENA (MO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.841 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AGREEMENT DATED: 06/15/2010 | FERRARI S.P.A. EMILIA EST 1163 MODENA, 41100 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.842 | State what the contract or lease is for and the nature of the debtor's interest | OFFICIAL SUPPLIER AGREEMENT DATED: 01/01/2013 | FERRARI S.P.A. EMILIA EST 1163 P.O. BOX 589 MODENA, MO, 41100 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.843 | State what the contract or lease is for and the nature of the debtor's interest | OFFICIAL SUPPLIER AGREEMENT DATED: 01/01/2019 | FERRARI S.P.A. ABETONE INF. 4 ATTN: SPONSOR DIVISION C/O SPORTS MANAGEMENT DEPARTMENT MARANELLO, EMILIA EST, 41053 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.844 | State what the contract or lease is for and the nature of the debtor's interest | GES TRADE AGREEMENT DATED: 02/25/2013 | FERRARI S.P.A. ASCARI 55/57, 41053 MARANELLO (MO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.845 | State what the contract or lease is for and the nature of the debtor's interest | FERRARI GALLERY CONTRACT DATED: 01/01/2009 | FERRARI S.P.A. EMILIA EST 1163 P.O. BOX 589 MODENA, 41100 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
| --- | --- | --- | --- |
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.846 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL BONUS AGREEMENT DATED: 04/27/2017 | FERRARI S.P.A. – GESTIONE SPORTIVA ENZO FERRARI 27, I-41053 MARANELLO (MO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.847 | State what the contract or lease is for and the nature of the debtor's interest | OFFICIAL SUPPLIER AGREEMENT DATED: 01/01/2015 | FERRARI SPA EMILIA EST 1163 P.O. BOX 589 MODENA, MO, 41100 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.848 | State what the contract or lease is for and the nature of the debtor's interest | OFFICIAL SUPPLIER AGREEMENT DATED: 01/01/2010 | FERRARI SPA VIA EMILIA EST 1163 P.O. BOX 589 MODENA, (MO), 41100 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.849 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 12/14/2009 | FERRARNENTARIA ESTAMPARIA PRISTEL INDUSTRIA E COMERCIO LTDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.850 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 04/30/2019 | FERROSIDER COMPONENTES LTDA RUA SEBASTIÃO VIANA, 80 BAIRRO CINCO CONTAGEM, MG, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.851 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/02/2010 | FFKNIKSANAT KAL1P VE OTOMOTIV YAN SANAYII T1CARET LTD. §TL BESEVLER KUCUK SANAYII SITESI 22. BLOK NO 14 NILUFER / BURSA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.852 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT DATED: 04/19/2011 | FIAT CHRYSLER AUTOMOBILES N.V 25 ST. JAMES'S STREET LONDON, SW1A IHA UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.853 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT DATED: 02/26/2019 | FIAT CHRYSLER AUTOMOBILES N.V. 25 ST. JAMES'S STREET LONDON, SW1A 1HA UNITED KINGDOM |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.854 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED: 03/27/2019 | FIAT CHRYSLER AUTOMOBILES N.V. 25 ST. JAMES'S STREET LONDON, SW1A IHA UNITED KINGDOM |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.855 | **State what the contract or lease is for and the nature of the debtor's interest** | REGULATORY FRAMEWORK FOR SUPPLY OF PRODUCTS AND SERVICES DATED: 04/01/2019 | FIAT CHRYSLER AUTOMOBILES N.V. 25 ST. JAMES'S STREET LONDON, SW1A IHA UNITED KINGDOM |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.856 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT DATED: 02/26/2019 | FIAT CHRYSLER AUTOMOBILES N.V. 25 ST. JAMES'S STREET LONDON, SW1A 1HA UNITED KINGDOM |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.857 | **State what the contract or lease is for and the nature of the debtor's interest** | IMPLEMENTATION AGREEMENT FOR THE PROVISION OF SERVICES DATED: 12/22/2014 | FIAT CHRYSLER AUTOMOBILES N.V. ATTN: THE ADMINISTRATION. NIZZA 250, 10126 TURIN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.858 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTAINER LEASE CONTRACT (CLC) ANNEX B - GENERAL GUIDELINES FOR THE | FIAT GROUP CORSO GIOVANNI AGNELLI 200 TORINO, ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.859 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS AND CONDITIONS OF PURCHASE DATED: 12/01/2011 | FIAT GROUP AUTOMOBILES S.P.A. CORSO GIOVANNI AGNELLI, 200 TURIN, 10135 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.
         Name                                                         Case number (If known):   25-11109

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.860 | State what the contract or lease is for and the nature of the debtor's interest | COST CONTRIBUTION AGREEMENT | FIAT GROUP AUTOMOBILES S.P.A. CORSO GIOVANNI AGNELLI 200 TORINO, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.861 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADDENDUM ITALY - OPERATING LEASES DATED: 04/03/2014 | FIAT GROUP PURCHASING S.R.L. CORSO GIOVANNI AGNELLI, 200 TORINO, 10135 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.862 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT DATED: 04/19/2011 | FIAT GROUP PURCHASING S.R.L. CORSO AGNELLI N. 200 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.863 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT OF ART.5 OF THE LEASE AGREEMENT DATED: 02/20/2012 | FIAT GROUP PURCHASING S.R.L. CORSO AGNELLI 200 - 10135 TORINO SEGRETERIA B37 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.864 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR USE OF TEST TRACKS AND WORKSHOP DATED: 01/16/2012 | FIAT PARTECIPAZIONI S.P.A. NIZZA 250 TORINO, TO, 10126 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.865 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/01/2012 | FIAT S.P.A. NIZZA, 250 TURIN, 10126 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.866 | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL LETTER – PROJECT THUNDER DATED: 04/03/2013 | FIAT S.P.A. NIZZA, 250 TURIN, 10126 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.867**

| State what the contract or lease is for and the nature of the debtor's interest | IMPLEMENTATION AGREEMENT FOR THE PROVISION OF SERVICES DATED: 12/22/2014 | FIAT SE. P.IN. S.C.P.A. CORSO ORBASSANO 367, 10137 TURIN |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.868**

| State what the contract or lease is for and the nature of the debtor's interest | TERMINATION LETTER FOR SAAS ORDER DATED: 02/08/2024 | FIDELITY NATIONAL INFORMATION SERVICES, INC. 601, RIVERSIDE AVENUE ATTN:CHIEF LEGAL OFFICER JACKSONVILLE, FL 32204 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.869**

| State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER RE. PRIVACY PROJECT - DPO SERVICE: 11/24/2022 | FIELDFISHER GLOBAL VIA DELLA MOSCOVA, 3 MILAN, 20121 ITALY |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.870**

| State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS FOR THE PROVISION DATED: 07/09/2019 | FINICIATIVAS I+D+ S.L. COLONIA GUELL INDUSTRIAL SITE   C/ A. ED FILATURES 4° 1A 8690 SANTA COLOMA DE CERVELLO |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.871**

| State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/01/2010 | FIORATTI INDUSTRIA METALURGICA LTDA |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.872**

| State what the contract or lease is for and the nature of the debtor's interest | TERMINATION LETTER FOR SAAS ORDER DATED: 02/08/2024 | FIS AVATGARD LLC 660 LANIDEX PLAZA ATTN: ANGUS MCCORQUODALE / JOE BRATTEL / CONTRACT ADMINISTRATION PARSIPPANY, NJ 07054 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.873**

| State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT - PROVISION OF ICT SERVICES DATED: 07/10/2012 | FITEC DI FIANDRO MARCO GIAMPIERO ATTN: SALES OFFICE MANAGER GOITO 51/A, 10095 GRUGLIASCO (TO) CCIAA TO |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.874 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT DATED: 07/01/2015 | FITEC S.R.L. GOITO 51/A ATTN: SALES OFFICE MANAGER GRUGLIASCO, TO, 10095 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.875 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 02/22/2008 | FLABEG GMBH & CO. KG VIA ASSAROTTI 5/6 DR. A. SCHILHAN/ SUPERV. I/II/VI/XV GRUPPO ITALINVEST SPA GENOVA, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.876 | State what the contract or lease is for and the nature of the debtor's interest | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 01/01/2015 | FLASH EUROPE INTERNATIONAL S.A. 3 OP DER GARE ASPELT, L-5730 LUXEMBOURG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.877 | State what the contract or lease is for and the nature of the debtor's interest | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 01/01/2015 | FLASH EUROPE INTERNATIONAL S.A. 3,OP DER GARE L-5730 ASPELT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.878 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | FLEX LTD. 2 CHANGI SOUTH LANE JIT LOGISTICS CENTRE SINGAPORE, 486123 SINGAPORE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.879 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS-NORTH AMERICA SERVICES DATED: 02/28/2024 | FLEXIBLE WAREHOUSING SOLUTIONS BLVD INDEPENDENCIA #8851, COL. LOTE JUAREZ, 32575 MEXICO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.880 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | FLEXIDER (WUXI) BELLOWS CO., LTD NO 18 FURONG YILU WUXI, JIANGSU PROVINCE, 214192 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.

Case number (If known):    25-11109

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.881 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 07/03/2015 | FLEXTRONICS AUTOMOTIVE SALES AND MARKETING LTD. 35 CYBERCITY LEVEL 3, ALEXANDER HOUSE EBENE, MAURITIUS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.882 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 07/03/2014 | FLEXTRONICS AUTOMOTIVE SALES AND MARKETING LTD. 35 CYBERCITY LEVEL 3, ALEXANDER HOUSE EBENE, MAURITIUS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.883 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 07/03/2014 | FLEXTRONICS AUTOMOTIVE SALES AND MARKETING LTD. 35 CYBERCITY LEVEL 3 ALEXANDER HOUSE EBENE, MAURITIUS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.884 | State what the contract or lease is for and the nature of the debtor's interest | ECONOMIC PROPOSAL FOR RENEWAL OF MULESOFT LICENSES 2024 DATED: 04/01/2024 | FLORENCE CONSULTING GROUP S.R.L. VIALE LUCIANO LAMA, 23 - 50019 SESTO FIORENTINO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.885 | State what the contract or lease is for and the nature of the debtor's interest | SPECIFIC CONDITIONS DATED: 11/12/2024 | FLORENCE CONSULTING GROUP SRL VIALE LUCIANO LAMA 23, SESTO FIORENTINO (FI) 50019 ATTENTION: MR. NICCOLÒ FRANCINI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.886 | State what the contract or lease is for and the nature of the debtor's interest | ICT PROFESSIONAL SERVICES AGREEMENT – SPECIFIC CONDITIONS DATED: 11/12/2024 | FLORENCE CONSULTING GROUP SRL VIALE LUCIANO LAMA 23 ATTN: MR. NICCOLÒ FRANCINI SESTO FIORENTINO, FI, 50019 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.887 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | FLUORSEALS SPA VIA TRIBOLINA 20/22 GRUMELLO DEL MONTE, 24064 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.888 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AGREEMENT DATED: 04/06/2009 | FLYBRID SYSTEMS LLP SILVERSTONE NORTHAMPTONSHIRE, NN12 8GX UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.889 | State what the contract or lease is for and the nature of the debtor's interest | OPTION AGREEMENT DATED: 07/20/2015 | FONDAZIONE ISTITUTO ITALIANO DI TECNOLOGIA VIA MOREGO 30. 16163 GENOVA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.890 | State what the contract or lease is for and the nature of the debtor's interest | PROJECT COLLABORATION AGREEMENT DATED: 02/18/2009 | FONDAZIONE MUSEO NAZIONALE DELLA SCIENZA E DELLA TECNOLOGIA LEONARDO DA VINCI SAN VITTORE 21, 20123 MILAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.891 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | FONDERIA BENINI STRADA DEI VERNE 7 ROSTA TORINO, 10090 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.892 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/03/2009 | FONTANA S.P.A LAVORAZIONE LAMIERA VIA OAL___ - 10042 NICHELIND (TO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.893 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS DATED: 11/17/2022 | FORKLIFT SYSTEMS INC. PO BOX 305172 DEPT #138 NASHVILLE, TN 37230-5172 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.894 | State what the contract or lease is for and the nature of the debtor's interest | WASTE SALES ALAPOK PC&MA S.P.A. MAGNETI MARELLI DATED: 12/21/2017 | FORMISANO FERRO SRL VIA CASILINA SUD KM 141,700  03043 CASSINO FR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.895 | **State what the contract or lease is for and the nature of the debtor's interest** | SALE OF PC&MA S.P.A. MATERIALS MAGNETI MARELLI DATED: 05/23/2016 | FORMISANO FERRO SRL VIA CASILINA SUD KM 141,700 03043 CASSINO FR |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.896 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | FORM-PLAST S.A. UL. TRUNSKA 143 BYDGOSZCZ, 85-831 POLAND |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.897 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED: 05/25/2017 | FORMULA ONE MANAGEMENT LIMITED 6 PRINCES GATE, LONDON, SW7 1QJ |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.898 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT DATED: 07/14/2023 | FORMULA ONE MANAGEMENT LIMITED NO. 2 ST. JAMES'S MARKET, LONDON, SW1Y 4AH |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.899 | **State what the contract or lease is for and the nature of the debtor's interest** | SOW TO FRAMEWORK AGREEMENT DATED: 05/01/2024 | FORMULA ONE MANAGEMENT LIMITED NO 2 ST JAMES'S MARKET, LONDON, SW1Y4AH |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.900 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFICIAL SUPPLIER AND SPONSORSHIP AGREEMENT DATED: 05/13/2019 | FORMULA ONE MARKETING LIMITED NO 2., ST JAMES' MARKET, LONDON SW1Y 4AH (FOML) |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.901 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFICIAL SUPPLIER AND SPONSORSHIP AGREEMENT | FORMULA ONE MARKETING LIMITED NO 2., ST JAMES' MARKET, LONDON SW1Y 4AH |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.

Name

Case number (If known):   25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.902 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 09/21/2010 | FORTECH<br>CHECHIN I, UL. ZWYCISTWA 32 95-082 DOBROH |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.903 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AGREEMENT DATED: 11/29/2012 | FORWARD-RACING S.A<br>VIA LUGANO 18<br>AGNO, 6982<br>SWITZERLAND |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.904 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 04/18/2019 | FORYOU INDUSTRIES CO., LTD.<br>BUILDING 5, ZONE B, FORYOU INDUSTRIAL PARK, NO. 1, SHANGXIA NORTH ROAD, DONGJIANG HIGH-TECH INDUSTRIAL PARK, HUIZHOU CITY, GUANGDONG PROVINCE. |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.905 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | FOSHAN NANHAI HUADA-TAKAGI MOLD CO<br>□□□□□□□□□□□□□□□<br>528234<br>CHINA |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.906 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR DOCUMENTATION, CONSERVATION, RESTORATION, AND EDUCATIONAL ACTIVITIES DATED: 08/01/2014 | FOUNDATION CENTER FOR THE CONSERVATION AND RESTORATION OF HERITAGE CULTURAL "LA VENARIA REALE"<br>PIAZZA DELLA REPUBBLICA, VENARIA REALE (TO) |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.907 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP CONTRACT | FPT RACING S.R.L.<br>VIALE EUROPA 72<br>CUSAGO, MI,<br>ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.908 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP CONTRACT DATED: 12/31/2008 | FPT RACING S.R.L.<br>VIALE EUROPA 72, CUSAGO (MI) |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
| --- | --- | --- |
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.909 | State what the contract or lease is for and the nature of the debtor's interest | TRADEMARK COEXISTENCE AGREEMENT DATED: 08/07/2018 | FRANCO TOSI MECCANICA S.P.A. PIAZZA MONUMENTO 12, LEGNANO I-20025 (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.910 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE AGREEMENT: 08/07/2018 | FRANCO TOSI MECCANICA SPA PIAZZA MONUMENTO 12, LEGNANO I-20025 (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.911 | State what the contract or lease is for and the nature of the debtor's interest | CONDITIONS FOR PERFORMING THE ACTIVITY DATED: 12/03/2009 | FREE ZONE FAS" LTD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.912 | State what the contract or lease is for and the nature of the debtor's interest | MASTER PROFESSIONAL SERVICES AGREEMENT DATED: 10/28/2016 | FREESCALE SEMICONDUCTOR INC 6501 WILLIAM CANNON DRIVE WEST AUSTIN, TX 78735 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.913 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | FREIOS CONTROIL LTDA R CAP ARMINIO BIER 205 SAO LEOPOLDO, 93025-360 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.914 | State what the contract or lease is for and the nature of the debtor's interest | FIRST PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT OF SUPPLY DATED: 10/02/2010 | FRENZEL INDUSTRIA DE BORRACHA E PLASTICO LTDA AV. PEDRO ADAMS FILHO, N° 201, BAIRRO: SANTO AFONSO NOVO HAMBURGO, RIO GRANDE DO SUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.915 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 05/05/2010 | FREUDENBERG NOK MECHATROINCS GMBH & CO.KG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.916** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 05/31/2011 | FUBA PRINTED CIRCUITS TUNISIE SA EI AZIB DELEGATION MENZEL DJEMIL KM9- BIZERTE, 7026 TUNISIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.917** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL FRAME AGREEMENT DATED: 06/23/2021 | FUJI CORPORATION 19 CHAUSUYAMA YAMAMACHI CHIRYU, AICHI, 472-8686 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.918** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL FRAME AGREEMENT DATED: 07/01/2015 | FUJI MACHINE MFG CO., LTD. 19 CHAUSUYAMA YAMAMACHI CHIRYU, AICHI, 472-8686 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.919** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL FRAME AGREEMENT DATED: 11/14/2017 | FUJI MACHINE MFG. CO., LTD 19 CHAUSUYAMA YAMAMACHI CHIRYU, AICHI, 472-8686 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.920** | State what the contract or lease is for and the nature of the debtor's interest | DC OUTSOURCING AGREEMENT - SCHEDULE F DATED: 01/28/2015 | FUJITSU IDS GMBH |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.921** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE GENERAL AGREEMENT CR000002964 DATED: 01/28/2021 | FUJITSU IDS GMBH |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.922** | State what the contract or lease is for and the nature of the debtor's interest | OUTSOURCING AGREEMENT DATED: 05/27/2022 | FUJITSU SERVICES GMBH CUSTOMER SERVICE MANAGEMENT LYONER STRAßE 9 60528 FRANKFURT AM MAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.923** State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT DATED: 10/11/2022 | FUJITSU SERVICES GMBH CUSTOMER SERVICE MANAGEMENT LYONER STRAßE 9 60528 FRANKFURT AM MAIN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.924** State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT DATED: 05/04/2022 | FUJITSU SERVICES GMBH CUSTOMER SERVICE MANAGEMENT LYONER STRAßE 9 60528 FRANKFURT AM MAIN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.925** State what the contract or lease is for and the nature of the debtor's interest | DECLARATION ON THE TRANSFER OF CONTRACT DATED: 05/27/2022 | FUJITSU TDS GMBH CUSTOMER SERVICE MANAGEMENT LYONER STRAßE 9 60528 FRANKFURT AM MAIN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.926** State what the contract or lease is for and the nature of the debtor's interest | DC OUTSOURCING AGREEMENT – SCHEDULE F DATED: 07/19/2021 | FUJITSU TDS GMBH KONRAD-ZUSE-STRASSE 16 NECKARSULM, 74172 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.927** State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT DATED: 01/28/2025 | FUJITSU TDS GMBH KONRAD-ZUSE-STRASSE 16 NECKARSULM, 74172 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.928** State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY AGREEMENT FOR DATA PROCESSING UNDER CONTRACT DATED: 01/28/2025 | FUJITSU TDS GMBH KONRAD ZUSE-STRABE 16 74172 NECKARSULM |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.929** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT IS TO THE GENERAL AGREEMENTS C0000006527 DATED: 09/09/2021 | FUJITSU TDS GMBH KONRAD-ZUSE-STRASSE 16 NECKARSULM, 74172 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.                                                    Case number (If known)   25-11109
            Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.930** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT ABOUT THE CONTRACT EXTENSION FOR ANOTHER 6 MONTHS DATED: 01/28/2021 | FUJITSU TDS GMBH KONRAD-ZUSE-STRASSE 16 NECKARSULM, 74172 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.931** State what the contract or lease is for and the nature of the debtor's interest | DC OUTSOURCING AGREEMENT – SCHEDULE F DATED: 09/09/2021 | FUJITSU TDS GMBH KONRAD-ZUSE-STRASSE 16 NECKARSULM, 74172 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.932** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT RENEWAL DATED: 01/01/2020 | FUJITSU TDS GMBH KONRAD-ZUSE-STRASSE 16 NECKARSULM, 74172 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.933** State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DC MIGRATION DATED: 03/12/2020 | FUJITSU TDS GMBH KONRAD-ZUSE-STRASSE 16 NECKARSULM, 74172 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.934** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT RENEWAL DATED: 01/01/2020 | FUJITSU TDS GMBH KONRAD-ZUSE-STRASSE 16 NECKARSULM, 74172 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.935** State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DC MIGRATION DATED: 02/10/2021 | FUJITSU TDS GMBH KONRAD-ZUSE-STRASSE 16 NECKARSULM, 74172 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.936** State what the contract or lease is for and the nature of the debtor's interest | DC OUTSOURCING AGREEMENT – SCHEDULE F DATED: 12/18/2019 | FUJITSU TDS GMBH KONRAD-ZUSE-STRASSE 16 NECKARSULM, 74172 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
Name

Case number (If known):   25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.937 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 12/23/2014 | FUJITSU TDS GMBH KONRAD-ZUSE-STRABE 16 NECKARSULM, 74172 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.938 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE REQUEST TO ACTIVATE NEW SERVER DATED: 09/14/2021 | FUJITSU TDS GMBH KONRAD-ZUSE-STRASSE 16 NECKARSULM, 74172 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.939 | State what the contract or lease is for and the nature of the debtor's interest | DC OUTSOURCING AGREEMENT - SCHEDULE F DATED: 01/28/2021 | FUJITSU TDS GMBH KONRAD-ZUSE-STRASSE 16 NECKARSULM, 74172 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.940 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT ABOUT THE CONTRACT EXTENSION FOR ANOTHER 6 MONTHS DATED: 01/22/2021 | FUJITSU TDS GMBH KONRAD-ZUSE-STRASSE 16 NECKARSULM, 74172 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.941 | State what the contract or lease is for and the nature of the debtor's interest | HOSTING SAP 2021 DATED: 01/27/2021 | FUJITSU TDS GMBH KONRAD-ZUSE-STRASSE 16 NECKARSULM, 74172 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.942 | State what the contract or lease is for and the nature of the debtor's interest | DC OUTSOURCING AGREEMENT – SCHEDULE F DATED: 01/22/2021 | FUJITSU TDS GMBH KONRAD-ZUSE-STRASSE 16 NECKARSULM, 74172 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.943 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DC MIGRATION DATED: 02/10/2021 | FUJITSU TDS GMBH KONRAD-ZUSE-STRASSE 16 NECKARSULM, 74172 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
　　　　　Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.944 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE REQUEST DATED: 06/09/2021 | FUJITSU TDS GMBH KONRAD-ZUSE-STRASSE 16 NECKARSULM, 74172 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.945 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE REQUEST DATED: 09/14/2021 | FUJITSU TDS GMBH KONRAD-ZUSE-STRASSE 16 NECKARSULM, 74172 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.946 | **State what the contract or lease is for and the nature of the debtor's interest** | HOSTING SAP H2 2021 DATED: 09/07/2021 | FUJITSU TDS GMBH KONRAD-ZUSE-STRASSE 16 NECKARSULM, 74172 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.947 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE GENERAL AGREEMENTS C0000006527 DATED: 06/23/2021 | FUJITSU TDS GMBH KONRAD-ZUSE-STRASSE 16 NECKARSULM, 74172 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.948 | **State what the contract or lease is for and the nature of the debtor's interest** | DC OUTSOURCING AGREEMENT - SCHEDULE F DATED: 12/20/2019 | FUJITSU TDS GMBH KONRAD-ZUSE-STRASSE 16 NECKARSULM, 74172 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.949 | **State what the contract or lease is for and the nature of the debtor's interest** | DC OUTSOURCING AGREEMENT - SCHEDULE F DATED: 02/24/2021 | FUJITSU TDS GMBH KONRAD-ZUSE-STRASSE 16 NECKARSULM, 74172 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.950 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT | FUSION ELECTRONICS PVT LTD, INDIA F23-25, INDUSTRIAL AREA SAROJINI NAGAR LUCKNOW, 226008 INDIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.951** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 05/21/2012 | FUSION ELECTRONICS PVT LTD, INDIA F23-25, INDUSTRIAL AREA SAROJINI NAGAR LUCKNOW, 226008 INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.952** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS OF PURCHASE (2018 EDITION) DATED: 11/16/2017 | FYRA BEARING S.R.I. 135010 CADONEGHE (PD) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.953** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/05/2010 | G. FURLAN S.R.L FREJUS STREET 8 BEINASCO, TORINO, 10092 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.954** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 02/26/2019 | GAM CONSULTING S.R.L. VIA GASILINA SUD 03043 CASSINO (FR) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.955** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 04/17/2019 | GAM PLAST SRL VIA DI VITTORIO, 76 10098 - RIVOLI - TO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.956** | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 10/21/2021 | GAMMA TECHNOLOGIES, LLC 601 OAKMONT LANE WESTMONT, IL 60559 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.957** | State what the contract or lease is for and the nature of the debtor's interest | GARTNER ITALIA SRL SERVICE AGREEMENT DATED: 07/29/2021 | GARTNER ITALIA S.R.L. VIA CALDERA, 21 – EDIF. E ALA 2 20153 MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
     Name

Case number (If known):   25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.958** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED: 03/31/2015 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

GCS COMPLIANCE SERVICES EUROPE UNLIMITED
GREAT WEST ROAD
4TH FLOOR
VANTAGE WEST
BRENTFORD, TW8 9AG
UNITED KINGDOM

| **2.959** State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 02/09/2012 |
|---|---|
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

GD COMPONENTS

| **2.960** State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT STOCK AGREEMENT DATED: 03/02/2017 |
|---|---|
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

GEBA KUNSTSTOFFTECHNIK GMBH & CO.KG
INDUSTRIEPARK STRASSE 18, 9300 ST.VEIT AN DER GLAN AT

| **2.961** State what the contract or lease is for and the nature of the debtor's interest | BUSINESS OFFER FOR LOGISTICS SERVICES DATED: 10/01/2024 |
|---|---|
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

GEFCO/CEVA

| **2.962** State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK OF SERVICE AGREEMENT DATED: 10/06/2023 |
|---|---|
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

GENPACT (UK) LIMITED
5 Merchant Square
5th Floor
London, W2 1AY
UNITED KINGDOM

| **2.963** State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED: 06/12/2013 |
|---|---|
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

GENPACT (UK) LIMITED
5 Merchant Square
5th Floor
London, W2 1AY
UNITED KINGDOM

| **2.964** State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED: 04/01/2024 |
|---|---|
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

GENPACT (UK) LIMITED
5 MERCHANT SQUARE
5TH FLOOR
LONDON, W2 1AY
UNITED KINGDOM

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|--------|------------------------|----------------------------------|
|        | Name |  |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.965 | State what the contract or lease is for and the nature of the debtor's interest | STAFF SUPPORT SERVICE AGREEMENT DATED: 06/12/2023 | GENPACT (UK) LIMITED 5 Merchant Square 5th Floor London, W2 1AY UNITED KINGDOM |
|  | State the term remaining | Undetermined |  |
|  | List the contract number of any government contract |  |  |
| 2.966 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED: 06/12/2023 | GENPACT (UK) LIMITED 5 Merchant Square 5th Floor London, W2 1AY UNITED KINGDOM |
|  | State the term remaining | Undetermined |  |
|  | List the contract number of any government contract |  |  |
| 2.967 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT DATED: 12/20/2018 | GEODIS - TRANSPORTS CHAVENEAU-BERNIS 10 RUE DES ERABLES, 86130 DISSAY |
|  | State the term remaining | Undetermined |  |
|  | List the contract number of any government contract |  |  |
| 2.968 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS FOR THE PROVISION OF MAGNETI MARELLI SERVICES (2018 EDITION) DATED: 10/18/2018 | GEODIS BUSINESS DEVELOPMENT 26 QUAI CHARLES PASQUA RCS NANTERRE 509 271 011 LEVALLOIS-PERRET CEDEX, 92309 FRANCE |
|  | State the term remaining | Undetermined |  |
|  | List the contract number of any government contract |  |  |
| 2.969 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER COMMITMENT LETTER DATED: 10/18/2018 | GEODIS BUSINESS DEVELOPMENT QUAI CHARLES PASQUA NO. 26 LEVALLOIS-PERRET, 92300 FRANCE |
|  | State the term remaining | Undetermined |  |
|  | List the contract number of any government contract |  |  |
| 2.970 | State what the contract or lease is for and the nature of the debtor's interest | NOMINATION LETTER FOR THE PROVISION OF SERVICES DATED: 09/10/2018 | GERMA NETTIS.R.L. PIUMATI N. 210 BRA, CN, ITALY |
|  | State the term remaining | Undetermined |  |
|  | List the contract number of any government contract |  |  |
| 2.971 | State what the contract or lease is for and the nature of the debtor's interest | REQUEST FOR OFFER FOR INTEGRATED DESIGN WORKS AND WORKS SUPERVISION, TECHNICAL SPECIFICATIONS | GESTIONI A.R.L. |
|  | State the term remaining | Undetermined |  |
|  | List the contract number of any government contract |  |  |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.972 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT DATED: 05/01/2022 | GI GROUP S.P.A PIAZZA IV NOVEMBRE, 5 - 20124 MILANO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.973 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE SUPPLY OF FIXED-TERM AND PERMANENT EMPLOYMENT DATED: 05/01/2022 | GI GROUP S.P.A. PIAZZA IV NOVEMBRE 5 MILAN, 20124 ITALY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.974 | State what the contract or lease is for and the nature of the debtor's interest | INSTALLATION AGREEMENT | GIERRE SERVIZI TECNICI VITTORIO EMANUELE II, 44 - 10123 TORINO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.975 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 01/26/2011 | GIESECKE & DEVRIENT GMBH |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.976 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 02/08/2017 | GIPA ITALIA S.R.L. VIA MELCHIORRE GIOIA NO 70,ZIP 20125 CITY MILANO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.977 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT AND FEE AGREEMENT DATED: 10/29/2024 | GLEISS LUTZ HOOTZ HIRSCH PARTMBB RECHTSANWALTE, STEUERBERATER STUTTGART LOCAL COURT UNDER PR 136 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.978 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT AND FEE AGREEMENT DATED: 10/29/2024 | GLEISS LUTZ HOOTZ HIRSCH PARTMBB RECHTSANWALTE, STEUERBERATER STUTTGART LOCAL COURT UNDER PR 136 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
          Name

Case number (If known):    25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.979 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT AND FEE AGREEMENT DATED: 07/10/2020 | GLEISS LUTZ HOOTZ HIRSCH PARTMBB RECHTSANWALTE, STEUERBERATER STUTTGART LOCAL COURT UNDER PR 136 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.980 | State what the contract or lease is for and the nature of the debtor's interest | OFFER LETTER FOR VOLUME DISCOUNT DATED: 09/16/2013 | GLEISS LUTZ HOOTZ HIRSCH PARTNERSCHAFTSGESELLSCHAFT VON RECHTSANWALTEN, STEUERBERATERN LAUTENSCHLAGERSTRAßE 21 STUTTGART, 70173 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.981 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTAL AGREEMENT DATED: 03/13/2018 | GLOBAL INSTITUTE FOR MOTOR SPORT SAFETY S.A. 6 RUE FRAN$OIS-BELLOT GENEVA, 1206 SWITZERLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.982 | State what the contract or lease is for and the nature of the debtor's interest | RESEARCH & DEVELOPMENT AGREEMENT DATED: 06/13/2016 | GLOBAL INSTITUTE FOR MOTORSPORT SAFETY 6 RUE FRANGOIS- BELLOT, 1206 GENEVA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.983 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTAL AGREEMENT DATED: 02/05/2018 | GLOBAL INSTITUTE FOR MOTORSPORT SAFETY 6 RUE FRAN$OIS-BELLOT GENEVA, 1206 SWITZERLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.984 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO MARELLI GENERAL TERMS DATED: 07/01/2024 | GLOBAL RISK CONSULTANTS LTD. 37, RUE DE LA ROCHEFOUCAULD PARIGI, FRANCE, 75009 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.985 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO MARELLI GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 07/01/2024 | GLOBAL RISK CONSULTANTS LTD. 37, RUE DE LA ROCHEFOUCAULD PARIGI, FRANCE, 75009 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
_____
         Name

Case number (If known): 25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.986** State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 02/17/2016 | GLS S.R.L PALMANOVA 27/1 33011 ARTEGNA (UD) P.L.E C.F.02844920302 |

| | | |
|---|---|---|
| **2.986** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 02/17/2016 | GLS S.R.L PALMANOVA 27/1 33011 ARTEGNA (UD) P.L.E C.F.02844920302 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.987** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/02/2010 | GÖKSAN KALIP BASINÇLI DÖKÜM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.988** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COLLECTIVE AGREEMENT FOR COVERAGE OF OUTPATIENT AND/OR HOSPITAL, OBSTETRIC AND/OR DENTAL EXPENSES DATED: 01/11/2020 | GOLDEN CROSS ASSISTÊNCIA INTERNACIONAL DE SAÚDE LTDA RUA MORAIS E SILVA, N.° 40, PARTE, MARACANA, RIO DE JANEIRO, RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.989** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO THE ANDROID AUTOMOTIVE PRE-RELEASE SOFTWARE LICENSE AGREEMENT DATED: 08/29/2016 | GOOGLE INC. 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.990** | State what the contract or lease is for and the nature of the debtor's interest | ANTI-FRAGMENTATION AGREEMENT DATED: 05/15/2015 | GOOGLE INC. 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.991** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO THE ANDROID AUTOMOTIVE PRE-RELEASE SOFTWARE LICENSE AGREEMENT DATED: 08/08/2016 | GOOGLE INC. 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.992** | State what the contract or lease is for and the nature of the debtor's interest | ANDROID AUTOMOTIVE PRE-RELEASE SOFTWARE LICENSE AGREEMENT FOR TIERS DATED: 05/15/2015 | GOOGLE INC. 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
Name

Case number (If known):    25-11109

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.993 | **State what the contract or lease is for and the nature of the debtor's interest** | ANDROID AUTOMOTIVE PRE-RELEASE SOFTWARE LICENSE AGREEMENT FOR TIERIS DATED: 05/15/2015 | GOOGLE INC. 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.994 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO.2 TO THE ANDROID AUTOMOTIVE PRE-RELEASE SOFTWARE LICENSE AGREEMENT DATED: 05/15/2015 | GOOGLE INC. 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.995 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 3 TO THE ANDROID AUTOMOTIVE PRE-RELEASE SOFTWARE LICENSE AGREEMENT DATED: 05/15/2015 | GOOGLE LLC 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.996 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 07/21/2010 | GORE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.997 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DATED: 02/15/2008 | GP2 LTD P.O. BOX 3152 ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.998 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 02/11/2010 | GPI INTERNATIONAL LIMITED |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.999 | **State what the contract or lease is for and the nature of the debtor's interest** | INSTALLATION AGREEMENT | GR GENERALE RISTORAZIONE SRL PIANDILUCCO 7A/3 10155 GENOVA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor Marelli Europe S.p.A.      Case number (If known): 25-11109
Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1000** State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 06/06/2019 | GRAF SPA<br>VIA G. GALILEI 32/36 9 41015 NONANTOLA (MO) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1001** State what the contract or lease is for and the nature of the debtor's interest | EXHIBIT TO THE PRODUCT DEVELOPMENT LICENSE AGREEMENT DATED: 11/09/2017 | GREEN HILLS SOFTWARE, INC.<br>30 WEST SOLA STREET<br>TEL: 805.965.6044<br>FAX: 805.965.6343<br>SANTA BARBARA, CA 93101 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1002** State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 10/08/2013 | GRESINI RACING S.R.L.<br>VIA MENGOLINA 18<br>FAENZA, RA, 48018<br>ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1003** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | GREYSTONE INCORPORATED<br>7 WELLINGTON RD<br>LINCOLN, RI 02865 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1004** State what the contract or lease is for and the nature of the debtor's interest | COEXISTENCE AGREEMENT: 04/09/2007 | GRUPPO ATURIA S.P.A.<br>PIAZZA ATURIA 9<br>GESSATE, MI, 20060<br>ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1005** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | GU'AN YEOLIGHT TECHNOLOGY CO., LTD<br>LATERIAL INDUSTRIAL PARK, GU'AN COUNTY, LANGFANG CITY, HEBEI PR |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1006** State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 10/01/2009 | GUANG ZHOU PANYU U-TECO DEVELOPMENT CO., LTD. |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1007 | **State what the contract or lease is for and the nature of the debtor's interest** — QUALITY AGREEMENT DATED: 09/13/2011 | GUANG ZHOU PANYU U-TECO DEVELOPMENT CO., LTD. |
| | **State the term remaining** — Undetermined | |
| | **List the contract number of any government contract** | |
| 2.1008 | **State what the contract or lease is for and the nature of the debtor's interest** — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | GUANGDONG HONGRU TECONOLOGY CO.LTD. NO:1 ZHENYUAN RD WUSHA CHANG'AN TOWN DONGGUAN CITY, CHINA |
| | **State the term remaining** — Undetermined | |
| | **List the contract number of any government contract** | |
| 2.1009 | **State what the contract or lease is for and the nature of the debtor's interest** — COMPLIANCE ACKNOWLEDGMENT LETTER DATED: 12/25/2024 | GUANGZHOU CHUNGHE EQUIPMENT CO., LTD. NO. 6 MIXI ZHANG ROAD PRIVATE INDUSTRIAL PARK XINGTANG TOWN GUANGZHOU, ZENGCHENG DISTRICT, 511300 CHINA |
| | **State the term remaining** — Undetermined | |
| | **List the contract number of any government contract** | |
| 2.1010 | **State what the contract or lease is for and the nature of the debtor's interest** — LEASE CONTRACT FOR THE PROPERTIES DATED: 01/16/2015 | GUANGZHOU NANSHA PLAINVIM AUTOMOBILE INDUSTRIAL PARK CO ., LTD NO 63 XINGUANGSAN ROAD ZHUJIANG DISTRICT NANSHA GUANGZHOU, 511462 CHINA |
| | **State the term remaining** — Undetermined | |
| | **List the contract number of any government contract** | |
| 2.1011 | **State what the contract or lease is for and the nature of the debtor's interest** — QUALITY SPECIFICATIONS AGREEMENT DATED: 12/17/2018 | GUANGZHOU NINGHAO MECHANICAL AND ELECTRICAL EQUIPMENT INDUSTRY CO., LTD" DONGZHOU AVENUE, XIN TANG TOWN, ZENGCHENG DISTRICT, GUANGZHOU |
| | **State the term remaining** — Undetermined | |
| | **List the contract number of any government contract** | |
| 2.1012 | **State what the contract or lease is for and the nature of the debtor's interest** — QUALITY SPECIFICATIONS DATED: 04/29/2019 | GUANGZHOU XINHUI AUTOMOBILE PARTS CO., LTD NO 9TH, JIAN YE YI ROAD EAST AREA GUANGZHOU ECONOMIC AND TECHNOLOGICAL DEVELOPMENT ZONE GUANGZHOU, CHINA |
| | **State the term remaining** — Undetermined | |
| | **List the contract number of any government contract** | |
| 2.1013 | **State what the contract or lease is for and the nature of the debtor's interest** — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | GUANGZHOU XINHUI AUTOMOBILE PARTS CO., LTD NO 9TH, JIAN-YE YI ROAD EAST AREA GUANGZHOU ECONOMIC AND TECHNOLOGICAL DEVELOPMENT ZONE GUANGZHOU, CHINA |
| | **State the term remaining** — Undetermined | |
| | **List the contract number of any government contract** | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1014 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | GUL TECHNOLOGIES SINGAPORE LTD NO.59 JALAN PEMIMPIN #05-02 L&Y BUILDING SINGAPORE, 577218 SINGAPORE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1015 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL PURCHASING AGREEMENT DATED: 06/07/2012 | GUL TECHNOLOGIES SINGAPORE LTD NO.59 JALAN PEMIMPIN #05-02 L&Y BUILDING SINGAPORE, 577218 SINGAPORE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1016 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/02/2009 | GULTECH (SUZHOU) ELECTRONICS CO., LTD. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1017 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | GUREAK LANEAN, S.A. CAMINO ILLARRA, 4 SAN SEBASTIAN, 20018 SPAIN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1018 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 06/17/2010 | H.S. METAL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1019 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DATED: 02/20/2025 | HAIMER GMBH IGENHAUSEN, VIA WEIHERSTRASSE 21 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1020 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 10/18/2010 | HANGZHOU YUSEI INDUSTRIAL CO.,LTD |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1021** State what the contract or lease is for and the nature of the debtor's interest<br>QUALITY SPECIFICATIONS AGREEMENT DATED: 07/18/2018<br><br>State the term remaining  Undetermined<br><br>List the contract number of any government contract | HANNSTAR DISPLAY CORP.<br>4F., NO. 15, LN. 168, XINGSHAN RD.<br>NEIHU DIST.<br>TAIPEI CITY, 11469<br>TAIWAN, ROC |
| **2.1022** State what the contract or lease is for and the nature of the debtor's interest<br>PURCHASING GENERAL TERMS AND CONDITIONS DATED: 07/05/2018<br><br>State the term remaining  Undetermined<br><br>List the contract number of any government contract | HANNSTAR DISPLAY CORPORATION<br>TAIWAN, REPUBLIC OF CHINA |
| **2.1023** State what the contract or lease is for and the nature of the debtor's interest<br>QUALITY AGREEMENT DATED: 01/08/2010<br><br>State the term remaining  Undetermined<br><br>List the contract number of any government contract | HARISON TOSHIBA LIGHTING (U.S.A), INC.<br>28345 BECK ROAD<br>WIXOM, 48393 |
| **2.1024** State what the contract or lease is for and the nature of the debtor's interest<br>LETTER OF COMMITMENT DATED: 12/20/2017<br><br>State the term remaining  Undetermined<br><br>List the contract number of any government contract | HARLEY-DAVIDSON MOTOR COMPANY<br>3700 W. JUNEAU AVENUE MILWAUKEE, WL 53201 |
| **2.1025** State what the contract or lease is for and the nature of the debtor's interest<br>2ND AMENDMENT TO THE CONSORTIUM AGREEMENT FOR THE PROJECT ENTRYNAV/MEDIA (THE "SECOND AMENDMENT") DATED: 01/01/2015<br><br>State the term remaining  Undetermined<br><br>List the contract number of any government contract | HARMAN BECKER AUTOMOTIVE SYSTEMS GMBH<br>BECKER-GORING-STRABE 16<br>KARLSBAD, 76307<br>GERMANY |
| **2.1026** State what the contract or lease is for and the nature of the debtor's interest<br>AMENDMENT TO THE CONSORTIUM AGREEMENT FOR THE PROJECT ENTRYNAV/MEDIA DATED: 11/01/2013<br><br>State the term remaining  Undetermined<br><br>List the contract number of any government contract | HARMAN BECKER AUTOMOTIVE SYSTEMS GMBH<br>BECKER-GORING-STRABE 16<br>KARLSBAD, 76307<br>GERMANY |
| **2.1027** State what the contract or lease is for and the nature of the debtor's interest<br>2ND AMENDMENT TO THE CONSORTIUM AGREEMENT FOR THE PROJECT ENTRYNAV/MEDIA (THE "SECOND AMENDMENT") DATED: 01/01/2015<br><br>State the term remaining  Undetermined<br><br>List the contract number of any government contract | HARMAN INTERNATIONAL (CHINA) HOLDINGS CO. LTD.<br>288 NANJING ROAD WEST<br>SUITE 3004<br>30/F<br>CHING HING FINANCE CENTER<br>HUANGPU DISTRICT, SHANGHAI,<br>CHINA |

Debtor    Marelli Europe S.p.A.
_____
          Name

Case number (If known):  25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1028** State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/28/2010 / HASELTAL GMBH |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1029** State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 03/25/2019 / HASELTAL WERKZEUGBAU UND KUNSTSTOFFTECHNIK GMBH AM SCHERTZER 37, 98587 STEINBACH-HALLENBERG. |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1030** State what the contract or lease is for and the nature of the debtor's interest | CONSULTANCY AGREEMENT DATED: 08/09/2021 / HBF SOLUTIONS LTD 2 JARDINE HOUSE, THE HARROVIAN BUSINESS VILLAGE, BESSBOROUGH ROAD, HARROW, MIDDLESEX, HA1 3EX |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1031** State what the contract or lease is for and the nature of the debtor's interest | CONSULTANCY AGREEMENT DATED: 09/07/2021 / HBF SOLUTIONS LTD 2 JARDINE HOUSE, THE HARROVIAN BUSINESS VILLAGE, BESSBOROUGH ROAD, HARROW, MIDDLESEX, HA1 3EX |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1032** State what the contract or lease is for and the nature of the debtor's interest | CONSULTANCY AGREEMENT DATED: 09/07/2021 / HBF SOLUTIONS LTD. 2 JARDINE HOUSE, THE HARROVIAN BUSINESS VILLAGE, BESSBOROUGH ROAD, HARROW, MIDDLESEX, HA1 3EX |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1033** State what the contract or lease is for and the nature of the debtor's interest | CONSULTANCY AGREEMENT DATED: 05/05/2019 / HBF SOLUTIONS LTD., CF 2 JARDINE HOUSE, THE HARROVIAN BUSINESS VILLAGE, BESSBOROUGH ROAD, HARROW, MIDDLESEZ, HAI 3EX |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1034** State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 07/05/2010 HEFEI JIANGHUAI AUTOMOBILE CO. LTD. |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1035**
State what the contract or lease is for and the nature of the debtor's interest: SUPPLEMENTARY AGREEMENT ON THE INVESTMENT AGREEMENT

State the term remaining: Undetermined

List the contract number of any government contract:

HEFEI R&D AND PRODUCTION

---

**2.1036**
State what the contract or lease is for and the nature of the debtor's interest: SUPPLEMENTARY AGREEMENT ON THE INVESTMENT AGREEMENT DATED: 05/08/2017

State the term remaining: Undetermined

List the contract number of any government contract:

HEFEI STATE HI-TECH INDUSTRY DEVELOPMENT ZONE ADMINISTRATIVE COMMITTEE
NO. 860 WANGJIANG WEST ROAD
HEFEI, ANHUI PROVINCE,
CHINA

---

**2.1037**
State what the contract or lease is for and the nature of the debtor's interest: GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED

State the term remaining: Undetermined

List the contract number of any government contract:

HÉGANAS BRASIL LTDA.
RICIERI JOSE MARCATTO AVENUE N° 110
MOGI DAS CRUZES, PRESIDENCY, 08810-020
BRAZIL

---

**2.1038**
State what the contract or lease is for and the nature of the debtor's interest: QUALITY SPECIFICATIONS DATED: 08/04/2019

State the term remaining: Undetermined

List the contract number of any government contract:

HELLA INDIA AUTOMOTIVE PVT. LTD.
K -61 B
LGF
KALKAJI
NEW DELHI,
INDIA

---

**2.1039**
State what the contract or lease is for and the nature of the debtor's interest: QUALITY SPECIFICATIONS AGREEMENT DATED: 05/21/2019

State the term remaining: Undetermined

List the contract number of any government contract:

HELLA INDIA AUTOMOTIVE PVT. LTD.
K -61  B
LGF
KALKAJI
NEW DELHI,
INDIA

---

**2.1040**
State what the contract or lease is for and the nature of the debtor's interest: ADDENDUM TO QUALITY SPECIFICATIONS DATED: 01/30/2019

State the term remaining: Undetermined

List the contract number of any government contract:

HELLA INDIA AUTOMOTIVE PVT. LTD.
K -61 B
LGF
KALKAJI
NEW DELHI,
INDIA

---

**2.1041**
State what the contract or lease is for and the nature of the debtor's interest: LETTER OF INTENT DATED: 03/10/2008

State the term remaining: Undetermined

List the contract number of any government contract:

HELLA KGAA HUECK & CO.
RIXBECKER SRABE 75
LIPPSTADT, 59552
GERMANY

---

Debtor   Marelli Europe S.p.A.
Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1042** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 02/20/2025 | HELLER ITALIA MACCHINE UTENSILI S.R.L. SOMMACAMPAGNA (VR), VIA BELVEDERE, 15 |

**2.1042**
State what the contract or lease is for and the nature of the debtor's interest — AGREEMENT DATED: 02/20/2025
HELLER ITALIA MACCHINE UTENSILI S.R.L.
SOMMACAMPAGNA (VR), VIA BELVEDERE, 15

State the term remaining — Undetermined

List the contract number of any government contract

**2.1043**
State what the contract or lease is for and the nature of the debtor's interest — QUALITY SPECIFICATIONS DATED: 03/08/2019
HELVOET RUBBER & PLASTIC TECHNOLOGIES INDIA PVT LTD
LONIKALBHOR, PUNE 412201

State the term remaining — Undetermined

List the contract number of any government contract

**2.1044**
State what the contract or lease is for and the nature of the debtor's interest — QUALITY AGREEMENT DATED: 03/03/2020
HENDRIX IND E COM LTDA

State the term remaining — Undetermined

List the contract number of any government contract

**2.1045**
State what the contract or lease is for and the nature of the debtor's interest — CONFIDENTIALITY AGREEMENT.
HERRELECTRIC
MELÓN 6729
GRANJERO
ATTENTION: MR. DANIEL IVAN RIVERA MARTINEZ
JUÁREZ, CHIH., 32690
MEXICO

State the term remaining — Undetermined

List the contract number of any government contract

**2.1046**
State what the contract or lease is for and the nature of the debtor's interest — CONFIDENTIALITY AGREEMENT
HERRELECTRIC
MELÓN 6729
GRANJERO
ATTENTION: MR. DANIEL IVAN RIVERA MARTINEZ
JUÁREZ, CHIH., 32690
MEXICO

State the term remaining — Undetermined

List the contract number of any government contract

**2.1047**
State what the contract or lease is for and the nature of the debtor's interest — CONFIDENTIALITY AGREEMENT
HERRELECTRIC
MELÓN 6729
GRANJERO
ATTENTION: MR. DANIEL IVAN RIVERA MARTINEZ
JUÁREZ, CHIH., 32690
MEXICO

State the term remaining — Undetermined

List the contract number of any government contract

**2.1048**
State what the contract or lease is for and the nature of the debtor's interest — CONFIDENTIALITY AGREEMENT
HERRELECTRIC
MELÓN 6729
GRANJERO
ATTENTION: MR. DANIEL IVAN RIVERA MARTINEZ
JUÁREZ, CHIH., 32690
MEXICO

State the term remaining — Undetermined

List the contract number of any government contract

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1049 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | HERRELECTRIC MELÓN 6729 GRANJERO ATTENTION: MR. DANIEL IVAN RIVERA MARTINEZ JUÁREZ, CHIH., 32690 MEXICO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1050 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS AND CONDITIONS DATED: 01/25/2019 | HERRELECTRIC SERVICIOS ELECTROMECANICOS Y MANTENIMIENTO GENERAL CALLE MELÓN 6729, COL EL GRANJERO CIUDAD JUÁREZ, CHIHUAHUA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1051 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADDENDUM | HEWLETT PACKARD ENTERPRISE POLSKA SP Z O O. UI. SZTURMOWA 2A ATTN: OPERATIONS MANAGER WARSZAWA, 02-678 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1052 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADDENDUM | HEWLETT-PACKARD INTERNATIONAL BANK DAC BARNHALL ROAD ATTN: OPERATIONS MANAGER LIFFEY PARK TECHNOLOGY CAMPUS LEIXLIP, IRELAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1053 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 08/20/2019 | HICKS PLASTIC COMPANY INC. 51308 INDUSTRIAL DRIVE MACOMB TUO, MI 48042 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1054 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL CONDITIONS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 07/14/2017 | HITACHI AUTOMOTIVE SYSTEMS ESPELKAMP MBH STR 8 32339 ESPELKAMP PHONE 0 57 72 / 567 - 890 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1055 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AND RELEASE AGREEMENT DATED: 10/27/2009 | HITACHI GLOBAL STORAGE TECHNOLOGIES SINGAPORE, PTE. LTD. 4 KAKI BUKIT AVENUE, #03-08 SINGAPORE 417939 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
     Name

Case number (If known)   25-11109

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1056 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 09/18/2009 | HITACHI HIGH TECHNOLOGIES |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1057 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 02/20/2025 | HOCKH METALL-REINIGUNGSANLAGEN GMBH STREET UNTERE REUTE 58-66 NEUENBURG, 75305 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1058 | **State what the contract or lease is for and the nature of the debtor's interest** | EXTENSION AMENDMENT TO SUPPLY AGREEMENT DATED: 01/08/2023 | HOFFMANN SE HABERLANDSTR. 55 VAT NR. 143/305/60003 MUNICH, 81241 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1059 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 06/12/2020 | HOFFMANN SE HABERLANDSTRASSE 55 MUNICH, 81241 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1060 | **State what the contract or lease is for and the nature of the debtor's interest** | DEVELOPMENT AND MANUFACTURING AGREEMENT DATED: 02/28/2018 | HONDA MOTOR EUROPE LIMITED CAIN ROAD, BRACKNELL, BERKSHIRE, RG12 1 HL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1061 | **State what the contract or lease is for and the nature of the debtor's interest** | DEVELOPMENT AGREEMENT DATED: 11/08/2016 | HONDA R&D CO., LTD. 1220-32 SHIMOKOUDO SAKURA-SHI, TOCHIGI, 329-1402 JAPAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1062 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AGREEMENT DATED: 11/29/2012 | HONDA RACING CORPORATION 3-15-1 SENZUI ASAKA-SHI, SAITAMA, 351-0024 JAPAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1063 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT OF EQUIPMENT LOAN DATED: 02/28/2013 | HONEYWELL, SPOL S.R.O. HTS CZ O.Z. TURANKA 1007 BMO 627 00 CZ |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1064 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS AGREEMENT DATED: 03/30/2018 | HONG KONG HIGHPOWER TECHNOLOGY CO.LTD NO. 6 SHING YIP STREET 20/F ROOM 2003 PROSPERITY PLACE KWUN TONG, KOWLOON, HONG KONG, CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1065 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 10/24/2009 | HONG KONG VID CO., LTD |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1066 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | HORIZON GLOBAL LIMITED PLOT NO. 9 MUJERI INDUSTRIAL AREA TIGAON ROAD BALLABHGARH, FARIDABAD, 121004 INDIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1067 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 06/03/2019 | HP ITALY S.R.L CARLO DONAT CATTIN, 5 20063 CERNUSCO S/N (MI) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1068 | **State what the contract or lease is for and the nature of the debtor's interest** | EXTENSION AND AMENDMENT TO THE MASTER AGREEMENT DATED: 03/15/2019 | HP ITALY S.R.L CERNUSCO SUL NAVIGLIO (ML), VIA CARLO DONAT CATTIN 5 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1069 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 03/04/2019 | HPFS RENTAL S.R.L VIA G. DI VITTORIO, 9 ATT.NE LUCA VIGANOTTI CERNUSCO S/N, (MI), 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
|--------|------------------------|-------------------------|----------|
|        | Name                   |                         |          |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1070 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 04/01/2015 | HPFS RENTAL S.R.L VIA G. DI VITTORIO, 9 ATT.NE LUCA VIGANOTTI CERNUSCO S/N, MI, 20063 ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1071 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 01/04/2020 | HPFS RENTAL S.R.L VIA G. DI VITTORIO, 9 ATT.NE LUCA VIGANOTTI CERNUSCO S/N, (MI), 20063 ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1072 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 04/01/2017 | HPFS RENTAL S.R.L VIA G. DI VITTORIO, 9 ATT.NE LUCA VIGANOTTI CERNUSCO S/N, MI, 20063 ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1073 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/01/2015 | HPFS RENTAL S.R.L VIA G. DI VITTORIO, 9 ATT.NE LUCA VIGANOTTI CERNUSCO S/N, MI, 20063 ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1074 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/01/2014 | HPFS RENTAL S.R.L VIA G. DI VITTORIO, 9 ATT.NE LUCA VIGANOTTI CERNUSCO S/N, MI, 20063 ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1075 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 07/02/2018 | HPFS RENTAL S.R.L VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE NORMA PEZZANI |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1076 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 05/13/2024 | HPFS RENTAL S.R.L VIA G. DI VITTORIO, 9 CERNUSCO SUL NAVIGLIO, MILANO, 20063 ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor  Marelli Europe S.p.A.
_____
Name

Case number (If known): 25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1077** State what the contract or lease is for and the nature of the debtor's interest: GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 04/01/2018<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | HPFS RENTAL S.R.L<br>VIA G. DI VITTORIO,9 20063 CERNUSCO S/N (MI) ATT.NE NORMA PEZZANI |
| **2.1078** State what the contract or lease is for and the nature of the debtor's interest: GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/01/2016<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | HPFS RENTAL S.R.L<br>VIA G. DI VITTORIO, 9<br>ATT.NE LUCA VIGANOTTI<br>CERNUSCO S/N, (MI), 20063<br>ITALY |
| **2.1079** State what the contract or lease is for and the nature of the debtor's interest: PURCHASE ORDER DATED: 02/15/2023<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | HPFS RENTAL S.R.L<br>VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N MI |
| **2.1080** State what the contract or lease is for and the nature of the debtor's interest: GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | HPFS RENTAL S.R.L<br>VIA G. DI VITTORIO 9<br>P.IVA 11073380153<br>CERNUSCO SUL NAVIGLIO, MILAN, 20063<br>ITALY |
| **2.1081** State what the contract or lease is for and the nature of the debtor's interest: GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/01/2014<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | HPFS RENTAL S.R.L<br>VIA G. DI VITTORIO, 9<br>ATT.NE LUCA VIGANOTTI<br>CERNUSCO S/N, MI, 20063<br>ITALY |
| **2.1082** State what the contract or lease is for and the nature of the debtor's interest: GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/01/2014<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | HPFS RENTAL S.R.L<br>VIA G. DI VITTORIO, 9<br>ATT.NE LUCA VIGANOTTI<br>CERNUSCO S/N, MI, 20063<br>ITALY |
| **2.1083** State what the contract or lease is for and the nature of the debtor's interest: LOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 10/01/2016<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | HPFS RENTAL S.R.L<br>VIA G. DI VITTORIO, 9<br>ATT.NE LUCA VIGANOTTI<br>CERNUSCO S/N, (MI), 20063<br>ITALY |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
|--------|------------------------|--------------------------|----------|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1084** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 04/01/2014 | HPFS RENTAL S.R.L VIA G. DI VITTORIO, 9 ATT.NE LUCA VIGANOTTI CERNUSCO S/N, (MI), 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1085** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CERTIFICATE OF ACCEPTANCE DATED: 04/01/2021 | HPFS RENTAL S.R.L VIA G. DI VITTORIO, 9 ATT.NE LUCA VIGANOTTI CERNUSCO S/N, (MI), 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1086** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE | HPFS RENTAL S.R.L VIA G. DI VITTORIO, 9 ATT.NE LUCA VIGANOTTI CERNUSCO S/N, (MI), 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1087** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/01/2015 | HPFS RENTAL S.R.L VIA G. DI VITTORIO, 9 ATT.NE LUCA VIGANOTTI CERNUSCO S/N, (MI), 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1088** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/01/2014 | HPFS RENTAL S.R.L VIA G. DI VITTORIO, 9 ATT.NE LUCA VIGANOTTI CERNUSCO S/N, (MI), 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1089** | **State what the contract or lease is for and the nature of the debtor's interest** | ADVANCE PRICING AGREEMENT DATED: 10/01/2021 | HPFS RENTAL S.R.L VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1090** | **State what the contract or lease is for and the nature of the debtor's interest** | ADJUSTMENT OF INSTALMENTS TO LEASE AGREEMENT DATED: 01/08/2018 | HPFS RENTAL S.R.L VIA G. DI VITTORIO, 9 CEMUSCO SUL NAVIGLIO, MILANO, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.

Name

Case number (If known):   25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1091 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 07/07/2021 | HPFS RENTAL S.R.L VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1092 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/01/2014 | HPFS RENTAL S.R.L VIA G. DI VITTORIO, 9 ATT.NE LUCA VIGANOTTI CERNUSCO S/N, (MI), 20063 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1093 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 07/01/2014 | HPFS RENTAL S.R.L VIA G. DI VITTORIO, 9 ATT.NE LUCA VIGANOTTI CERNUSCO S/N, MI, 20063 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1094 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/01/2014 | HPFS RENTAL S.R.L VIA G. DI VITTORIO, 9 ATT.NE LUCA VIGANOTTI CERNUSCO S/N, (MI), 20063 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1095 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 05/04/2015 | HPFS RENTAL S.R.L VIA G. DI VITTORIO, 9 ATT.NE LUCA VIGANOTTI CERNUSCO S/N, MI, 20063 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1096 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 04/11/2022 | HPFS RENTAL S.R.L VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1097 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/01/2019 | HPFS RENTAL S.R.L VIA G. DI VITTORIO, 9 ATT.NE LUCA VIGANOTTI CERNUSCO S/N, (MI), 20063 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.

       Name

Case number (If known):   25-11109

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.1098**    **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/01/2014<br><br>Undetermined | HPFS RENTAL S.R.L<br>VIA G. DI VITTORIO, 9<br>ATT.NE LUCA VIGANOTTI<br>CERNUSCO S/N, (MI), 20063<br>ITALY |
| **2.1099**    **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 07/01/2019<br><br>Undetermined | HPFS RENTAL S.R.L<br>VIA G. DI VITTORIO 9<br>P.IVA 11073380153<br>CERNUSCO SUL NAVIGLIO, MILAN, 20063<br>ITALY |
| **2.1100**    **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE<br><br>Undetermined | HPFS RENTAL S.R.L<br>VIA G. DI VITTORIO 9<br>P.IVA 11073380153<br>CERNUSCO SUL NAVIGLIO, MILAN, 20063<br>ITALY |
| **2.1101**    **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 05/02/2019<br><br>Undetermined | HPFS RENTAL S.R.L<br>VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (ML)<br>ATT.NE LUCA VIGANOTTI |
| **2.1102**    **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/01/2015<br><br>Undetermined | HPFS RENTAL S.R.L<br>VIA G. DI VITTORIO, 9<br>ATT.NE LUCA VIGANOTTI<br>CERNUSCO S/N, (MI), 20063<br>ITALY |
| **2.1103**    **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 07/01/2014<br><br>Undetermined | HPFS RENTAL S.R.L<br>VIA G. DI VITTORIO, 9<br>ATT.NE LUCA VIGANOTTI<br>CERNUSCO S/N, (MI), 20063<br>ITALY |
| **2.1104**    **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 12/18/2014<br><br>Undetermined | HPFS RENTAL S.R.L<br>VIA G. 01 VITTORIO, 9 20063 CERNUSCO SUL NAVIGLIO (MILANO) |

Debtor    Marelli Europe S.p.A.
          Name                                                    Case number (If known):  25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1105**

State what the contract or lease is for and the nature of the debtor's interest — GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 10/29/2018

State the term remaining — Undetermined

List the contract number of any government contract

HPFS RENTAL S.R.L
VIA G. DI VITTORIO, 9
ATT.NE LUCA VIGANOTTI
CERNUSCO S/N, (MI), 20063
ITALY

---

**2.1106**

State what the contract or lease is for and the nature of the debtor's interest — GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 07/01/2014

State the term remaining — Undetermined

List the contract number of any government contract

HPFS RENTAL S.R.L
VIA G. DI VITTORIO, 9
ATT.NE LUCA VIGANOTTI
CERNUSCO S/N, (MI), 20063
ITALY

---

**2.1107**

State what the contract or lease is for and the nature of the debtor's interest — GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADDENDUM DATED: 08/27/2019

State the term remaining — Undetermined

List the contract number of any government contract

HPFS RENTAL S.R.L
VIA G. DI VITTORIO, 9
ATT.NE LUCA VIGANOTTI
CERNUSCO S/N, MI, 20063
ITALY

---

**2.1108**

State what the contract or lease is for and the nature of the debtor's interest — GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 01/01/2018

State the term remaining — Undetermined

List the contract number of any government contract

HPFS RENTAL S.R.L
VIA G. DI VITTORIO,9 20063 CERNUSCO S/N (MI) ATT.NE NORMA PEZZANI

---

**2.1109**

State what the contract or lease is for and the nature of the debtor's interest — GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 04/01/2021

State the term remaining — Undetermined

List the contract number of any government contract

HPFS RENTAL S.R.L.
VIA G. DI VITTORIO 9
P IVA 11073380153
CEMUSCO SUL NAVIGLIO, MILAN, 20053
ITALY

---

**2.1110**

State what the contract or lease is for and the nature of the debtor's interest — ADVANCE PRICING AGREEMENT (APA) - THE GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 11/24/2021

State the term remaining — Undetermined

List the contract number of any government contract

HPFS RENTAL S.R.L.
ATT.NE LUCA VIGANOTTI G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI)

---

**2.1111**

State what the contract or lease is for and the nature of the debtor's interest — OPERATING LEASE AGREEMENT DATED: 03/14/2014

State the term remaining — Undetermined

List the contract number of any government contract

HPFS RENTAL S.R.L.
G. DI VITTORIO,9 20063 CERNUSCO S/N (MI) ATT.NE ROSITA DICANIO

---

Debtor   Marelli Europe S.p.A.
Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1112** **State what the contract or lease is for and the nature of the debtor's interest** GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 07/01/2014 **State the term remaining** Undetermined **List the contract number of any government contract** | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| **2.1113** **State what the contract or lease is for and the nature of the debtor's interest** GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 07/13/2020 **State the term remaining** Undetermined **List the contract number of any government contract** | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |
| **2.1114** **State what the contract or lease is for and the nature of the debtor's interest** GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/01/2021 **State the term remaining** Undetermined **List the contract number of any government contract** | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| **2.1115** **State what the contract or lease is for and the nature of the debtor's interest** GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 06/28/2019 **State the term remaining** Undetermined **List the contract number of any government contract** | HPFS RENTAL S.R.L. G. DI VITTORIO 9 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| **2.1116** **State what the contract or lease is for and the nature of the debtor's interest** GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 03/30/2021 **State the term remaining** Undetermined **List the contract number of any government contract** | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 CEMUSCO SUL NAVIGLIO, MILANO, 20063 ITALY |
| **2.1117** **State what the contract or lease is for and the nature of the debtor's interest** GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 04/01/2021 **State the term remaining** Undetermined **List the contract number of any government contract** | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |
| **2.1118** **State what the contract or lease is for and the nature of the debtor's interest** GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 04/11/2019 **State the term remaining** Undetermined **List the contract number of any government contract** | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |

Debtor   Marelli Europe S.p.A.
Name

Case number (If known):   25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1119** State what the contract or lease is for and the nature of the debtor's interest: GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/12/2021 | HPFS RENTAL S.R.L. G. DI VITTORIO 9 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.1120** State what the contract or lease is for and the nature of the debtor's interest: GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 10/12/2021 | HPFS RENTAL S.R.L. G. DI VITTORIO 9 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.1121** State what the contract or lease is for and the nature of the debtor's interest: GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 01/09/2020 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.1122** State what the contract or lease is for and the nature of the debtor's interest: GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 10/16/2014 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO SUL NAVIGLIO (MILANO) |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.1123** State what the contract or lease is for and the nature of the debtor's interest: GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 05/30/2018 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.1124** State what the contract or lease is for and the nature of the debtor's interest: GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 04/01/2015 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.1125** State what the contract or lease is for and the nature of the debtor's interest: OPERATING LEASE AGREEMENT | HPFS RENTAL S.R.L. VIA G. DI VITTORIO,9 20063 CERNUSCO S/N (MI) ATT.NE ROSITA DICANIO |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1126 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE | HPFS RENTAL S.R.L. G. DI VITTORIO 9 CERNUSCO SUL NAVIGLIO, MILANO, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1127 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 04/01/2015 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1128 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1129 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT" DATED: 03/01/2018 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO,9 20063 CERNUSCO S/N (MI) ATT.NE NORMA PEZZANI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1130 | **State what the contract or lease is for and the nature of the debtor's interest** | NOVATION AGREEMENT DATED: 06/24/2020 | HPFS RENTAL S.R.L. G. DI VITTORIO, 9 ATTN. LUCA VIGANOTTI CERNUSCO S/N, MI, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1131 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/01/2014 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1132 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 02/18/2019 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.

Case number (If known):    25-11109

Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1133 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/01/2015 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1134 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 06/24/2019 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (ML) ATT.NE LUCA VIGANOTTI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1135 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 05/22/2019 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (ML) ATTNE LUCA VIGANOTTI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1136 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE | HPFS RENTAL S.R.L. G. DI VITTORIO 9 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1137 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 06/30/2019 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (ML) ATT.NE LUCA VIGANOTTI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1138 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 ATT.NE LUCA VIGANOTTI CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1139 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 07/01/2014 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
_____    Case number (If known):    25-11109
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1140**
| State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT | HPFS RENTAL S.R.L.<br>VIA G. DI VITTORIO, 9    20063 CERNUSCO S/N (MI)    ATT.NE LUCA VIGANOTTI |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1141**
| State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 07/01/2020 | HPFS RENTAL S.R.L.<br>VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1142**
| State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/01/2015 | HPFS RENTAL S.R.L.<br>VIA G. DI VITTORIO 9<br>P IVA 11073380153<br>CEMUSCO SUL NAVIGLIO, MILAN, 20053<br>ITALY |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1143**
| State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 04/01/2020 | HPFS RENTAL S.R.L.<br>VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1144**
| State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 06/28/2019 | HPFS RENTAL S.R.L.<br>G. DI VITTORIO 9<br>ATTN: LUCA VIGANOTTI<br>CERNUSCO SUL NAVIGLIO, MILAN, 20063<br>ITALY |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1145**
| State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 06/28/2019 | HPFS RENTAL S.R.L.<br>VIA G. DI VITTORIO, 9    20063 CERNUSCO S/N (MI)    ATT.NE LUCA VIGANOTTI |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1146**
| State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 07/01/2019 | HPFS RENTAL S.R.L.<br>VIA G. DI VITTORIO 9<br>P IVA 11073380153<br>CEMUSCO SUL NAVIGLIO, MILAN, 20053<br>ITALY |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
          Name

Case number (If known):   25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1147 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1148 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 07/01/2021 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO,9 20063 CERNUSCO S/N (MI) ATT.NE LUCA NANNI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1149 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 10/25/2016 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1150 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1151 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 06/30/2016 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1152 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 06/19/2019 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (ML) ATT.NE LUCA VIGANOTTI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1153 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 10/01/2018 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE NORMA PEZZANI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1154 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/01/2015 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1155 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE | HPFS RENTAL S.R.L. G. DI VITTORIO 9 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1156 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 04/01/2021 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9, 20063 CERNUSCO S/N (MI), ATT.NE LUCA VIGANOTTI |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1157 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1158 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 02/04/2020 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1159 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADDENDUM DATED: 10/25/2019 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 ATT.NE LUCA VIGANOTTI CERNUSCO S/N, MI, 20063 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1160 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADDENDUM | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1161 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1162 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 04/01/2019 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1163 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 07/31/2018 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE NORMA PEZZANI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1164 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 07/01/2021 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1165 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 11/30/2016 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1166 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 11/15/2018 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1167 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 10/01/2021 | HPFS RENTAL S.R.L. G. DI VITTORIO 9 ATT.NE LUCA VIGANOTTI CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.

Name

Case number (If known):   25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1168** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1169** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 06/30/2014 | HPFS RENTAL S.R.L. VIA G. DI VILLONO 9 CEMUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1170** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 05/02/2019 | HPFS RENTAL S.R.L. G. DI VITTORIO,9 20063 CEMUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1171** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE: 3/11/2021 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 - 20063 CERNUSCO SUL NAVIGLIO, MI |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1172** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 05/08/2014 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO SUL NAVIGLIO (MILANO) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1173** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1174** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/01/2015 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.                                                    Case number (If known)    25-11109
                Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1175** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 10/11/2021 |
| | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1176** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 10/31/2016 |
| | HPFS RENTAL S.R.L. VIA G. DI VITTORIO,9 20063 CERNUSCO S/N (MI) ATT.NE NORMA PEZZANI |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1177** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 01/23/2017 |
| | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1178** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 10/31/2016 |
| | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1179** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 10/01/2019 |
| | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1180** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 01/21/2020 |
| | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1181** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 02/02/2024 |
| | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 ATT.NE LUCA VIGANOTTI CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

Debtor    Marelli Europe S.p.A.

Name

Case number (If known)   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1182 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/01/2018 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1183 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 01/01/2016 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO,9 20063 CERNUSCO S/N (MI) ATT.NE NORMA PEZZANI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1184 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 10/01/2015 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1185 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK LEASE AGREEMENT LEASE AGREEMENT DATED: 02/24/2014 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 - 20063 CERNUSCO SUL NAVIGLIO (MI) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1186 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 10/01/2017 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO,9 20063 CERNUSCO S/N (MI) ATT.NE LUCA NANNI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1187 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 02/18/2019 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1188 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 11/29/2023 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor  Marelli Europe S.p.A.
_____
Name

Case number (If known): 25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1189** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 03/16/2022 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1190** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/01/2014 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1191** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 09/30/2016 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO,9 20063 CERNUSCO S/N (MI) ATT.NE NORMA PEZZANI |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1192** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 10/12/2021 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1193** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 04/01/2020 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (ML) ATT.NE LUCA VIGANOTTI |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1194** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 02/03/2020 | HPFS RENTAL S.R.L. G. DI VITTORIO 9 ATT.NE LUCA VIGANOTTI CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1195** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE | HPFS RENTAL S.R.L. G. DI VITTORIO 9 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |

State the term remaining — Undetermined

List the contract number of any government contract

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1196**
State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/01/2019 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY

State the term remaining | Undetermined

List the contract number of any government contract

**2.1197**
State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/01/2017 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY

State the term remaining | Undetermined

List the contract number of any government contract

**2.1198**
State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY

State the term remaining | Undetermined

List the contract number of any government contract

**2.1199**
State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 07/01/2014 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY

State the term remaining | Undetermined

List the contract number of any government contract

**2.1200**
State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 04/01/2017 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO,9 20063 CERNUSCO S/N (MI) ATT.NE NORMA PEZZANI

State the term remaining | Undetermined

List the contract number of any government contract

**2.1201**
State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/01/2015 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY

State the term remaining | Undetermined

List the contract number of any government contract

**2.1202**
State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/01/2019 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI

State the term remaining | Undetermined

List the contract number of any government contract

Debtor    Marelli Europe S.p.A.
          Name

Case number (If known):   25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1203** **State what the contract or lease is for and the nature of the debtor's interest** — GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/01/2017 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | HPFS RENTAL S.R.L. <br> VIA G. DI VITTORIO 9 <br> P IVA 11073380153 <br> CEMUSCO SUL NAVIGLIO, MILAN, 20053 <br> ITALY |
| **2.1204** **State what the contract or lease is for and the nature of the debtor's interest** — GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 07/01/2021 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | HPFS RENTAL S.R.L. <br> VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |
| **2.1205** **State what the contract or lease is for and the nature of the debtor's interest** — GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 02/03/2020 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | HPFS RENTAL S.R.L. <br> VIA G. DI VITTORIO 9 <br> P.IVA 11073380153 <br> CERNUSCO SUL NAVIGLIO, MILAN, 20063 <br> ITALY |
| **2.1206** **State what the contract or lease is for and the nature of the debtor's interest** — GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 05/28/2018 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | HPFS RENTAL S.R.L. <br> VIAG. DI VITTORIO 9 <br> P.IVA 11073380153 <br> CEMUSCO SUL NAVIGLIO, MILAN, 20063 <br> ITALY |
| **2.1207** **State what the contract or lease is for and the nature of the debtor's interest** — GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 10/25/2016 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | HPFS RENTAL S.R.L. <br> VIA G. DI VITTORIO 9 <br> P. IVA 11073380153 <br> CEMUSCO SUL NAVIGLIO, MILAN, 20063 <br> ITALY |
| **2.1208** **State what the contract or lease is for and the nature of the debtor's interest** — GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 07/01/2018 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | HPFS RENTAL S.R.L. <br> VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE NORMA PEZZANI |
| **2.1209** **State what the contract or lease is for and the nature of the debtor's interest** — GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 10/01/2016 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | HPFS RENTAL S.R.L. <br> VIA G. DI VITTORIO,9 20063 CERNUSCO S/N (MI) ATT.NE NORMA PEZZANI |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1210 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/01/2018 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1211 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 05/08/2015 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1212 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 11/11/2019 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1213 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/01/2019 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1214 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/01/2015 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1215 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/01/2014 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1216 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADDENDUM ITALY - OPERATING LEASES DATED: 04/03/2014 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 ATTENTION: OPERATIONS MANAGER CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.
     Name

Case number (If known): 25-11109

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1217 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 10/25/2014 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO SUL NAVIGLIO (MILANO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1218 | State what the contract or lease is for and the nature of the debtor's interest | ADVANCE PRICING AGREEMENT - GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/14/2020 | HPFS RENTAL S.R.L. ATT.NE LUCA VIGANOTTI G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1219 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/01/2022 | HPFS RENTAL S.R.L. VIA DELL'INDUSTRIA 17 TOLMEZZO, 33028 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1220 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 ATT.NE LUCA VIGANOTTI CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1221 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 07/09/2018 | HPFS RENTAL S.R.L. G. DI VITTORIO 9 CEMUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1222 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 11/01/2021 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1223 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 01/02/2015 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO SUL NAVIGLIO (MILANO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
Name

Case number (If known): 25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1224** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 03/30/2021 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9, 20063 CERNUSCO S/N (MI), ATT.NE ROSITA DICANIO |

State the term remaining — Undetermined
List the contract number of any government contract

| **2.1225** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 04/01/2021 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |

State the term remaining — Undetermined
List the contract number of any government contract

| **2.1226** State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK LEASE AGREEMENT LEASE AGREEMENT | HPFS RENTAL S.R.L. VIA G. DI VITTORIO,9 20063 CERNUSCO S/N (MI) ATT.NE ROSITA DICANIO |

State the term remaining — Undetermined
List the contract number of any government contract

| **2.1227** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/31/2019 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 ATT.NE LUCA VIGANOTTI CERNUSCO S/N, (MI), 20063 ITALY |

State the term remaining — Undetermined
List the contract number of any government contract

| **2.1228** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 10/01/2021 | HPFS RENTAL S.R.L. G. DI VITTORIO 9 ATT.NE LUCA VIGANOTTI CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |

State the term remaining — Undetermined
List the contract number of any government contract

| **2.1229** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADDENDUM | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |

State the term remaining — Undetermined
List the contract number of any government contract

| **2.1230** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/28/2019 | HPFS RENTAL S.R.L. G. DI VITTORIO 9 ATTN: LUCA VIGANOTTI CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |

State the term remaining — Undetermined
List the contract number of any government contract

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1231 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 07/01/2018 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1232 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 02/29/2020 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1233 | **State what the contract or lease is for and the nature of the debtor's interest** | OPERATING LEASE AGREEMENT DATED: 03/11/2024 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO,9 20063 CERNUSCO S/N (MI) ATT.NE ROSITA DICANIO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1234 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 07/01/2015 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1235 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 01/31/2018 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1236 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CAPITALE SOCIALE EURO 600.000- PARTITA IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1237 | **State what the contract or lease is for and the nature of the debtor's interest** | ADJUSTMENT OF INSTALMENTS IN RELATION TO LEASE AGREEMENT DATED: 09/08/2016 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 CEMUSCO SUL NAVIGLIO, MILANO, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.                                      Case number (If known):   25-11109
         Name

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1238** **State what the contract or lease is for and the nature of the debtor's interest** GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE **State the term remaining** Undetermined **List the contract number of any government contract** | HPFS RENTAL S.R.L. VIALE ALDO BORLETTI 61/63 CORBETTA, MI, 20011 ITALY |
| **2.1239** **State what the contract or lease is for and the nature of the debtor's interest** GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 09/13/2019 **State the term remaining** Undetermined **List the contract number of any government contract** | HPFS RENTAL S.R.L. G. DI VITTORIO 9 ATTN: LUCA VIGANOTTI CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| **2.1240** **State what the contract or lease is for and the nature of the debtor's interest** GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE **State the term remaining** Undetermined **List the contract number of any government contract** | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| **2.1241** **State what the contract or lease is for and the nature of the debtor's interest** GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/09/2015 **State the term remaining** Undetermined **List the contract number of any government contract** | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| **2.1242** **State what the contract or lease is for and the nature of the debtor's interest** GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/01/2021 **State the term remaining** Undetermined **List the contract number of any government contract** | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |
| **2.1243** **State what the contract or lease is for and the nature of the debtor's interest** GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 07/01/2015 **State the term remaining** Undetermined **List the contract number of any government contract** | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| **2.1244** **State what the contract or lease is for and the nature of the debtor's interest** GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 03/24/2023 **State the term remaining** Undetermined **List the contract number of any government contract** | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |

Debtor   Marelli Europe S.p.A.                                    Case number (If known):   25-11109
              Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1245** **State what the contract or lease is for and the nature of the debtor's interest** — GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 05/30/2024 <br><br> **State the term remaining** Undetermined <br><br> **List the contract number of any government contract** | HPFS RENTAL S.R.L. <br> VIA G. DI VITTORIO, 9 <br> ATT.NE LUCA VIGANOTTI <br> CERNUSCO SUL NAVIGLIO, MILAN, 20063 <br> ITALY |
| **2.1246** **State what the contract or lease is for and the nature of the debtor's interest** — GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/01/2015 <br><br> **State the term remaining** Undetermined <br><br> **List the contract number of any government contract** | HPFS RENTAL S.R.L. <br> VIA G. DI VITTORIO 9 <br> P IVA 11073380153 <br> CEMUSCO SUL NAVIGLIO, MILAN, 20053 <br> ITALY |
| **2.1247** **State what the contract or lease is for and the nature of the debtor's interest** — GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE <br><br> **State the term remaining** Undetermined <br><br> **List the contract number of any government contract** | HPFS RENTAL S.R.L. <br> VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |
| **2.1248** **State what the contract or lease is for and the nature of the debtor's interest** — FRAMEWORK LEASE AGREEMENT LEASE AGREEMENT <br><br> **State the term remaining** Undetermined <br><br> **List the contract number of any government contract** | HPFS RENTAL S.R.L. <br> VIA G. DI VITTORIO,9 20063 CERNUSCO S/N (MI) ATT.NE ROSITA DICANIO |
| **2.1249** **State what the contract or lease is for and the nature of the debtor's interest** — GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 10/13/2021 <br><br> **State the term remaining** Undetermined <br><br> **List the contract number of any government contract** | HPFS RENTAL S.R.L. <br> G. DI VITTORIO 9 <br> CERNUSCO SUL NAVIGLIO, MILAN, 20063 <br> ITALY |
| **2.1250** **State what the contract or lease is for and the nature of the debtor's interest** — GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/01/2014 <br><br> **State the term remaining** Undetermined <br><br> **List the contract number of any government contract** | HPFS RENTAL S.R.L. <br> VIA G. DI VITTORIO 9 <br> P IVA 11073380153 <br> CEMUSCO SUL NAVIGLIO, MILAN, 20053 <br> ITALY |
| **2.1251** **State what the contract or lease is for and the nature of the debtor's interest** — GLOBAL MASTER LEASE AND FINANCING AGREEMENT CERTIFICATE OF ACCEPTANCE DATED: 05/01/2022 <br><br> **State the term remaining** Undetermined <br><br> **List the contract number of any government contract** | HPFS RENTAL S.R.L. <br> VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTT |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1252 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT" DATED: 03/01/2018 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 CERNUSCO SUL NAVIGLIO, MILANO, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1253 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 10/12/2021 | HPFS RENTAL S.R.L. G. DI VITTORIO 9 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1254 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 04/01/2019 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1255 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/01/2014 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1256 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 ATT.NE NORMA PEZZANI CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1257 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 05/11/2018 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1258 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 07/01/2014 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.                                                    Case number (If known):   25-11109
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1259** **State what the contract or lease is for and the nature of the debtor's interest** GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 04/01/2021 **State the term remaining** Undetermined **List the contract number of any government contract** | HPFS RENTAL S.R.L. G. DI VITTORIO 9 CERNUSCO SUL NAVIGLIO, MILANO, 20063 ITALY |
| **2.1260** **State what the contract or lease is for and the nature of the debtor's interest** GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 12/18/2018 **State the term remaining** Undetermined **List the contract number of any government contract** | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| **2.1261** **State what the contract or lease is for and the nature of the debtor's interest** GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE **State the term remaining** Undetermined **List the contract number of any government contract** | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| **2.1262** **State what the contract or lease is for and the nature of the debtor's interest** GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 04/01/2019 **State the term remaining** Undetermined **List the contract number of any government contract** | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |
| **2.1263** **State what the contract or lease is for and the nature of the debtor's interest** GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE **State the term remaining** Undetermined **List the contract number of any government contract** | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| **2.1264** **State what the contract or lease is for and the nature of the debtor's interest** GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 01/01/2017 **State the term remaining** Undetermined **List the contract number of any government contract** | HPFS RENTAL S.R.L. VIA G. DI VITTORIO,9 20063 CERNUSCO S/N (MI) ATT.NE NORMA PEZZANI |
| **2.1265** **State what the contract or lease is for and the nature of the debtor's interest** GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 12/02/2016 **State the term remaining** Undetermined **List the contract number of any government contract** | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1266** **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/01/2016 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |

| | | |
|---|---|---|
| **2.1266** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/01/2016 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| **2.1267** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 04/01/2018 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY

| | | |
|---|---|---|
| **2.1268** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 10/27/2017 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

HPFS RENTAL S.R.L. VIA G DI VITTORIO,9 20063 CEMUSCO S/N (ML) ATTNE LUCA NANNI

| | | |
|---|---|---|
| **2.1269** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 10/01/2021 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

HPFS RENTAL S.R.L. G. DI VITTORIO 9 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY

| | | |
|---|---|---|
| **2.1270** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 09/30/2018 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY

| | | |
|---|---|---|
| **2.1271** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 08/27/2018 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20063 ITALY

| | | |
|---|---|---|
| **2.1272** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 02/28/2017 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

HPFS RENTAL S.R.L. VIA G. DI VITTORIO,9 20063 CERNUSCO S/N (MI) ATT.NE NORMA PEZZANI

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1273 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 03/29/2018 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO,9 20063 CERNUSCO S/N (MI) ATT.NE NORMA PEZZANI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1274 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1275 | State what the contract or lease is for and the nature of the debtor's interest | CERTIFICATE OF ACCEPTANCE (COA) - THE GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 07/30/2018 | HPFS RENTAL S.R.L. ATTN: NORMA PEZZANI G. DI VITTORIO, 9 20063 CEMUSCO S/N (ML) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1276 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 03/04/2019 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1277 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 08/20/2020 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (ML) ATT.NE LUCA VIGANOTTI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1278 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1279 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE | HPFS RENTAL S.R.L. G. DI VITTORIO 9 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Europe S.p.A.

Name

Case number (If known):  25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1280 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 07/01/2014 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1281 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/01/2015 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1282 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK LEASE AGREEMENT PRELIMINARY AGREEMENT ON RENTAL FEES DATED: 01/01/2014 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 - 20063 CERNUSCO SUL NAVIGLIO (MI) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1283 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 05/02/2019 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO,9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1284 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 11/18/2019 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1285 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 07/01/2017 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1286 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE | HPFS RENTAL S.R.L. HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1287 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 10/06/2015 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 ATTNE LUCA NANNI CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1288 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 04/11/2022 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1289 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/01/2022 | HPFS RENTAL S.R.L. VIA CAVALLO 18 VENARIA REALE, TO, 10078 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1290 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 10/29/2020 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (ML) ATT.NE LUCA VIGANOTTI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1291 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/18/2021 | HPFS RENTAL S.R.L. G. DI VITTORIO 9 CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1292 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/01/2015 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1293 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 07/01/2021 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.

Case number (If known): 25-11109

Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1294** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE<br><br><br>Undetermined | HPFS RENTAL S.R.L.<br>G. DI VITTORIO 9<br>CERNUSCO SUL NAVIGLIO, MILAN, 20063<br>ITALY |
| **2.1295** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 04/01/2016<br><br>Undetermined | HPFS RENTAL S.R.L.<br>VIA G. DI VITTORIO 9<br>P IVA 11073380153<br>CEMUSCO SUL NAVIGLIO, MILAN, 20053<br>ITALY |
| **2.1296** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 01/01/2020<br><br>Undetermined | HPFS RENTAL S.R.L.<br>VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |
| **2.1297** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 02/28/2017<br><br>Undetermined | HPFS RENTAL S.R.L.<br>VIA G. DI VITTORIO 9<br>P IVA 11073380153<br>CEMUSCO SUL NAVIGLIO, MILAN, 20053<br>ITALY |
| **2.1298** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 06/13/2018<br><br>Undetermined | HPFS RENTAL S.R.L.<br>VIA G. DI VITTORIO 9<br>P.IVA 11073380153<br>CEMUSCO SUL NAVIGLIO, MILAN, 20063<br>ITALY |
| **2.1299** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 03/15/2021<br><br>Undetermined | HPFS RENTAL S.R.L.<br>VIA G. DI VITTORIO 9<br>CERNUSCO SUL NAVIGLIO, MILANO, 20063<br>ITALY |
| **2.1300** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 01/09/2020<br><br>Undetermined | HPFS RENTAL S.R.L.<br>VIA G. DI VITTORIO 9<br>CERNUSCO SUL NAVIGLIO, MILAN, 20063<br>ITALY |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1301** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 09/02/2021 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1302** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1303** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LEASE AGREEMENT SCHEDULE NO. 2367738628ITA298 DATED: 04/27/2023 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 CERNUSCO SUL NAVIGLIO, MILANO, 20063 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1304** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/01/2022 | HPFS RENTAL S.R.L. VIA CARLO VIOLA 70/M PONT SAINT MARTIN, AOSTA, 11026 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1305** | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER DATED: 03/27/2023 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N MI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1306** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1307** | State what the contract or lease is for and the nature of the debtor's interest | NOVATION AGREEMENT DATED: 06/24/2020 | HPFS RENTAL S.R.L. G. DI VITTORIO, 9 ATTN. LUCA VIGANOTTI CERNUSCO S/N, MI, 20063 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1308 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 09/30/2016 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1309 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 01/30/2019 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1310 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 07/01/2019 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1311 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 02/04/2020 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1312 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) ATT.NE LUCA VIGANOTTI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1313 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 02/29/2020 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1314 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 03/16/2022 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P.IVA 11073380153 ATT.NE LUCA VIGANOTTI CERNUSCO SUL NAVIGLIO, MILAN, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.
         Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1315** **State what the contract or lease is for and the nature of the debtor's interest** — GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 07/01/2014 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | HPFS RENTAL S.R.L. ( <br> VIA G. DI VITTORIO 9 <br> P IVA 11073380153 <br> CEMUSCO SUL NAVIGLIO, MILAN, 20053 <br> ITALY |
| **2.1316** **State what the contract or lease is for and the nature of the debtor's interest** — GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADDENDUM <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | HPFS RENTAL S.R.L. HEWLETT-PACKARD INTERNATIONAL BANK DAC <br> VICENTE ALEIXANDRE 1 <br> PARQUE EMPRESARIAL <br> ATTN: OPERATIONS MANAGER <br> LAS ROZAS, MADRID, 28230 <br> SPAIN |
| **2.1317** **State what the contract or lease is for and the nature of the debtor's interest** — GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 <br> CERNUSCO SUL NAVIGLIO, MILAN, 20063 <br> ITALY |
| **2.1318** **State what the contract or lease is for and the nature of the debtor's interest** — GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 03/19/2014 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | HPFS RENTAL S.RL. <br> VIA G. DI VITTORIO 9 <br> P IVA 11073380153 <br> CEMUSCO SUL NAVIGLIO, MILAN, 20053 <br> ITALY |
| **2.1319** **State what the contract or lease is for and the nature of the debtor's interest** — GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/18/2021 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | HPFS RENTAL S.RL. <br> VIA G. DI VITTORIO 9 <br> P IVA 11073380153 <br> CEMUSCO SUL NAVIGLIO, MILAN, 20053 <br> ITALY |
| **2.1320** **State what the contract or lease is for and the nature of the debtor's interest** — GLOBAL MASTER LEASE AND FINANCING AGREEMENT APA ACCEPTANCE CERTIFICATE DATED: 03/31/2014 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | HPFS RENTAL S.RL. <br> VIA G. DI VITTORIO 9 <br> P IVA 11073380153 <br> CEMUSCO SUL NAVIGLIO, MILAN, 20053 <br> ITALY |
| **2.1321** **State what the contract or lease is for and the nature of the debtor's interest** — GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 07/01/2014 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | HPFS RENTAL S.RL. <br> VIA G. DI VITTORIO 9 <br> P IVA 11073380153 <br> CEMUSCO SUL NAVIGLIO, MILAN, 20053 <br> ITALY |

Debtor    Marelli Europe S.p.A.                                    Case number (if known): 25-11109
          Name

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1322** **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 07/01/2014 | HPFS RENTAL S.RL. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.1323** **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 04/01/2014 | HPFS RENTAL S.RL. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.1324** **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/04/2014 | HPFS RENTAL S.RL. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.1325** **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 04/01/2014 | HPFS RENTAL S.RL. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.1326** **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 04/01/2014 | HPFS RENTAL S.RL. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.1327** **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 05/06/2014 | HPFS RENTAL S.RL. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.1328** **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 04/01/2014 | HPFS RENTAL S.RL. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.
          Name

Case number (If known):  25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1329** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 04/01/2014 | HPFS RENTAL S.RL. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1330** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 04/01/2014 | HPFS RENTAL S.RL. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1331** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 04/01/2014 | HPFS RENTAL S.RL. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1332** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CERTIFICATE OF ACCEPTANCE DATED: 12/03/2014 | HPFS RENTAL S.RL. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1333** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 07/01/2014 | HPFS RENTAL S.RL. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1334** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE | HPFS RENTAL S.RL. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1335** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 05/06/2014 | HPFS RENTAL S.RL. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

Debtor    Marelli Europe S.p.A.

Case number (If known):   25-11109

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1336 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 05/16/2014 | HPFS RENTAL S.RL. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1337 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 04/01/2014 | HPFS RENTAL S.RL. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1338 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 04/01/2014 | HPFS RENTAL S.RL. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1339 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 04/01/2014 | HPFS RENTAL S.RL. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1340 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 11/30/2019 | HPFS RENTAL SRL. VIA G. DI VITTORIO 9 CERNUSCO S/NAVIGLIO, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1341 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | HU LANE ASSOCIATE INC. NO. 68, HUANHE ST., XIZHI DIST. NEW TAIPEI CITY, 221 TAIWAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1342 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER-SOCIAL MEDIA MANAGEMENT DATED: 01/01/2023 | HUB09 SRL CORSO CASALE, 295 10132 TORINO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.
       Name
Case number (If known): 25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1343 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER-MAINTENANCE MARELLI WEBSITE DATED: 01/01/2023 | HUB09 SRL<br>CORSO CASALE, 295 10132 TURIN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1344 | **State what the contract or lease is for and the nature of the debtor's interest** | SOCIAL MEDIA MANAGEMENT OFFER LETTER DATED: 01/01/2025 | HUB09 SRL<br>CORSO CASALE, 295 10132 TORINO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1345 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AND TECHNICAL ASSISTANCE AGREEMENT DATED: 09/04/2013 | HUBEI HUAZHONG MAGNETI MARELLI AUTOMOTIVE LIGHTING CO., LTD.<br>ATTN: GENERAL MANAGER AND DEPUTY GENERAL THE LAND PARCEL FROM NORTHERN HANGKONG ROAD AND EASTERN HUANCHUAN ROAD, XIAOGAN, HUBEI PROVINCE, THE OFFICE OF JVCO. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1346 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT' DATED: 01/22/2018 | HUSCO AUTOMOTIVE PRODUCTS LLC<br>2239 PEWAUKEE ROAD<br>WAUKESHA, WI 53188 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1347 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | HYDROFORMING S.P.A.<br>CORSO UNIONE SOVIETICA 460, PORTA 1<br>TORINO, 10135<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1348 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS AND CONDITIONS-NORTH AMERICA SERVICES DATED: 07/08/2024 | HYPERION AUTOMATION INDUSTRY SA DE CV<br>REPUBLICA DE PERU 208, COL. EL DORADO C.P 20235, AGUASCALIENTES AGS. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1349 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 01/01/2014 | HYUDDAI MOTORSPORT GMBH<br>CARL-ZEISS-STRASSE 4<br>ALZENAU, D-63755<br>GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1350 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS AGREEMENT DATED: 10/30/2019 | IAUTO (SHANGHAI) CO. LTD. SHANGHAI, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1351 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | IBER OLEFF BRASIL LTDA RDV SANTOS DUMORT N S/N, 13.329-360, SALTO-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1352 | State what the contract or lease is for and the nature of the debtor's interest | INTERNATIONAL PASSPORT ADVANTAGE AGREEMENT DATED: 11/11/2022 | IBM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1353 | State what the contract or lease is for and the nature of the debtor's interest | IBM TOKEN CONSENSUAL ANTICIPATED TERMINATION DATED: 06/16/2021 | IBM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1354 | State what the contract or lease is for and the nature of the debtor's interest | IBM TOKEN RENEWAL DATED: 06/16/2021 | IBM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1355 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL CLAUSE DATED: 07/17/2019 | IBM BRASIL - INDUSTRIA, MAQUINAS E SERVICES LTDA AT AVENIDA PASTEUR, 138/146 CNPJ 33.372.251/0001-56 RIO DE JANEIRO, RJ, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1356 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL CLAUSE | IBM INDIA PRIVATE LIMITED |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Europe S.p.A.                                                     Case number (If known):  25-11109
       Name

| | |
|---|---|
| ⬛ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1357** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE LOCAL SERVICES AGREEMENT DATED: 12/18/2018 | IBM ITALIA S.P.A STRADA PIANEZZA, 289 PALAZZO1 LEONARDO 10151 TURIN |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1357** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE LOCAL SERVICES AGREEMENT DATED: 12/18/2018 | IBM ITALIA S.P.A STRADA PIANEZZA, 289 PALAZZO1 LEONARDO 10151 TURIN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1358** State what the contract or lease is for and the nature of the debtor's interest | IBM PROFESSIONAL SERVICES ORDER | IBM ITALIA S.P.A CIRCONVALLAZIONE IDROSCALO 20054 SEGRATE (MI) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1359** State what the contract or lease is for and the nature of the debtor's interest | IBM CLIENT RELATIONSHIP AGREEMENT DATED: 01/01/2025 | IBM ITALIA S.P.A SOCIETÀ CON UNICO AZIONISTA SOGGETTA ALL'ATTIVITÀ DI DIREZIONE E COORDINAMENTO DI INTERNATIONAL BUSINESS MACHINES CORPORATION CAP. |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1360** State what the contract or lease is for and the nature of the debtor's interest | IBM SL TOKEN AGREEMENT DATED: 03/27/2025 | IBM ITALIA S.P.A STRADA PIANEZZA, 289 PALAZZO1 LEONARDO 10151 TURIN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1361** State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL FOR CONSENSUAL TERMINATION OF THE IBM SOFTWARE AND SERVICES SPECIAL OPTION DATED: 06/30/2021 | IBM ITALIA S.P.A STRADA PIANEZZA, 289 PALAZZO1 LEONARDO 10151 TURIN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1362** State what the contract or lease is for and the nature of the debtor's interest | ORDER FOR IBM PROFESSIONAL SERVICES DATED: 02/01/2024 | IBM ITALIA S.P.A SOCIETÀ CON UNICO AZIONISTA SOGGETTA ALL'ATTIVITÀ DI DIREZIONE E COORDINAMENTO DI INTERNATIONAL BUSINESS MACHINES CORPORATION |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1363** State what the contract or lease is for and the nature of the debtor's interest | IBM PROFESSIONAL SERVICES ORDER. DATED: 10/24/2022 | IBM ITALIA S.P.A CIRCONVALLAZIONE IDROSCALO 20054 SEGRATE (MI) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
|---|---|---|---|
| | Name | | |

| ██ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1364 | State what the contract or lease is for and the nature of the debtor's interest | IBM TOKEN AGREEMENT DATED: 06/30/2021 | IBM ITALIA S.P.A STRADA PIANEZZA, 289 PALAZZO1 LEONARDO 10151 TURIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1365 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE EMEA AMENDED AND RESTATED DATA CENTER FACILITIES AND DATA DATED: 04/30/2019 | IBM ITALIA S.P.A STRADA PIANEZZA, 289 PALAZZO1 LEONARDO 10151 TURIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1366 | State what the contract or lease is for and the nature of the debtor's interest | IBM TOKEN AGREEMENT DATED: 06/30/2021 | IBM ITALIA S.P.A STRADA PIANEZZA, 289 PALAZZO1 LEONARDO 10151 TURIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1367 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | IBM ITALIA S.P.A STRADA PIANEZZA, 289 PALAZZO1 LEONARDO 10151 TURIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1368 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION LICENSE TOKEN AGREEMENT BUSINESS PARTNER OPTION DATED: 03/31/2025 | IBM ITALIA S.P.A CIRCONVALLAZIONE IDROSCALO SEGRATE ( MI) , 20054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1369 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT – TERMINATION OF AMS SERVICES FOR SIGIP DATED: 03/30/2010 | IBM ITALIA S.P.A. CORSO ORBASSANO, 367 TORINO, 10138 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1370 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 03/30/2010 | IBM ITALIA S.P.A. CORSO ORBASSANO 367, 10138 TURIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | | Case number (If known): 25-11109 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1371 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/01/2002 | ICC SP. Z O.O<br>40-057 KATOWICE, 48/10 MARII SKTODOWSKIEJ CURIE STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1372 | State what the contract or lease is for and the nature of the debtor's interest | 2019 BUSINESS PARTNER AGREEMENT DATED: 02/12/2019 | ID REPLACEMENTCHANGE SAS<br>442, AVENUE JEAN PROUVE ANTIPOLIS BAT.DI - ZONE ACTIVE - 30000 NIMES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1373 | State what the contract or lease is for and the nature of the debtor's interest | MASTER DATA EXPORT AGREEMENT DATED: 05/20/2016 | IDEASCALE<br>548 MARKET STREET<br>#14277<br>SAN FRANCISCO, CA 94104-5401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1374 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 07/24/2018 | ID-ENTITY SA<br>CORTI 5<br>BALERNA, 6828<br>SWITZERLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1375 | State what the contract or lease is for and the nature of the debtor's interest | THIS SETTLEMENT AGREEMENT, DATED: 07/08/2019 | ID-ENTITY SA<br>VIA CORTI 5<br>BALERNA, 6828<br>SWITZERLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1376 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 03/31/2017 | IDEST S.R.L.<br>TURIN, VIA ETTORE DE SONNAZ. NO. 19, POSTAL CODE 10121. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1377 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 05/29/2019 | IDROTERMOSANITARIA C.O C. S.A.S. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
_____    Case number (If known):    25-11109
Name

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1378 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR THE COLLECTION VEHICLES OWNED BY I-FAST DATED: 07/20/2010 | I-FAST CONTAINER LOGISTICS S.P.A. CORSO SETTEMBRINI 53, 10135 TURIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1379 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT OF ART.5 OF THE LEASE AGREEMENT DATED: 02/20/2012 | I-FAST CONTAINERS LOGISTICS S.P.A. CORSO SETTEMBRINI 53, 10135 TURIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1380 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/30/2010 | IFERT PLASTIC TECHNOLOGIES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1381 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/30/2009 | IGB S.R.L |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1382 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS AND CONDITIONS DATED: 07/02/2018 | IGLOTECH SP. Z O.O. UL. TORUNSKA 41 KWIDZYN, 82500 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1383 | State what the contract or lease is for and the nature of the debtor's interest | INSTALLATION AGREEMENT | IGM SERVICE SRL VITTORIO EMANUELE II, 44 - 10123 TURIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1384 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT OF SPONSORSHIP DATED: 09/17/2008 | IGNITION RACING TEAM AN DER FACHHOCHSCHULE OSNABROCK E.V. ALBRECHTSTR. 30 OSNABROCK, 49076 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.                                         Case number (If known):  25-11109
          Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.1385 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED: 03/27/2019 | IHS GLOBAL S.R.L. VIA TORINO N. 2 20123 - MILANO |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1386 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM IHS MASTER AGREEMENT DATED: 11/27/2022 | IHS MARKIT GLOBAL SARL 24 CHEMIN DE LA MAIRIE PERLY, GENEVA, 1258 SWITZERLAND |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1387 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM IHS MASTER AGREEMENT DATED: 07/18/2023 | IHS MARKIT GLOBAL SARL 24 CHEMIN DE LA MAIRIE PERLY, GENEVA, 1258 SWITZERLAND |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1388 | **State what the contract or lease is for and the nature of the debtor's interest** | IHS MASTER AGREEMENT DATED: 11/27/2023 | IHS MARKIT GLOBAL SARL 24 CHEMIN DE LA MAIRIE PERLY, GENEVA, 1258 SWITZERLAND |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1389 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED: 04/19/2011 | IHS MARKIT GLOBAL SARL 24 CHEMIN DE LA MAIRIE PERLY, GENEVA, 1258 SWITZERLAND |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1390 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM TO IHS MASTER AGREEMENT DATED: 11/27/2023 | IHS MARKIT GLOBAL SARL 24 CHEMIN DE LA MAIRIE PERLY, GENEVA, 1258 SWITZERLAND |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1391 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 04/06/2010 | IL; MAS |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.                                   Case number (If known):   25-11109
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1392 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT TO ESTABLISH THE CAPACITY AS MANUFACTURER DATED: 06/15/2000 | ILUMINACION AUTOMOTRIZ S.A. DE C.V. 6965 PARQUE INDUSTRIAL OMEGA MX-CIUDAD JUAREZ |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1393 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 09/21/2010 | IMPRODEX SP 200 |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1394 | **State what the contract or lease is for and the nature of the debtor's interest** | ATTORNEY LETTER AND FCA SUSTAINABILITY GUIDELINES FOR SUPPLIERS DATED: 01/06/2018 | IMS VIA SAN FRANCESCO OPERA, MI, 20090 ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1395 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 06/04/2018 | IMS SRL OPERA, VIA SAN FRANCESCO D'ASSISI 47/N, CAP 20090 |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1396 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS AND CONDITIONS FOR THE PROVISION | IMSEL SAFETY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1397 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 03/20/2018 | IN.TE.S.A. S.P.A STRADA PIANEZZA, 289 TORINO, 10151 ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1398 | **State what the contract or lease is for and the nature of the debtor's interest** | MAGNETI MARELLI REGULATORY FRAMEWORK AGREEMENT FOR THE SUPPLY OF PRODUCTS AND SERVICES DATED: 04/01/2019 | IN.TE.S.A. S.P.A. TURIN, STRADA PIANEZZA, 289, |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.
_____ Name

Case number (If known):  25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1399 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REGULATORY FRAMEWORK FOR SUPPLY OF PRODUCTS AND SERVICES DATED: 04/01/2019<br><br>Undetermined | IN.TE.SA. S.P.A.<br>STRADA PIANEZZA 289<br>ATTENTION: PIETRO LANZA<br>TORINO, 10100<br>ITALY |
| 2.1400 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT N.1 TO THE "ACCORDO QUADRO NORMATIVO MAGNETI MARELLI PER LA FORNITURA DI PRODOTTI E SERIVIZI IN. TE. S. A. DATED:<br><br>Undetermined | IN.TE.SA. S.P.A.<br>TORINO, STRADA PIANEZZA, 289 |
| 2.1401 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO THE REGULATORY FRAMEWORK AGREEMENT DATED: 04/01/2018<br><br>Undetermined | IN.TE.SA. S.P.A.<br>TORINO, STRADA PIANEZZA, 289 |
| 2.1402 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT N.2 TO THE "ACCORDO QUADRO NORMATIVO MAGNETI MARELLI PER LA FORNITURA DI PRODOTTI E SERIVIZI IN. TE. S. A. DATED:<br><br>Undetermined | IN.TE.SA. S.P.A.<br>TORINO, STRADA PIANEZZA, 289 |
| 2.1403 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT N.2 TO THE REGULATORY FRAMEWORK AGREEMENT DATED: 08/09/2021<br><br>Undetermined | IN.TE.SA. S.P.A.<br>TORINO, STRADA PIANEZZA, 289 |
| 2.1404 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MM SUPPLY AGREEMENT<br><br>Undetermined | IN.TE.SA. S.P.A.<br>TORINO, STRADA PIANEZZA, 289 |
| 2.1405 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FRAMEWORK AGREEMENT FOR THE PROVISION OF SERVICES DATED: 03/30/2017<br><br>Undetermined | INARCO - STUDIO ASSOCIATO DI PROGETTAZIONE E RICERCA TURIN (TO), VIA GIOVANNI BOTERO N. 17, CAP. 10122 |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1406 | State what the contract or lease is for and the nature of the debtor's interest | COMMITMENT OF THE POTENTIAL SUPPLIER WITH RESPECT TO THE CODE OF CONDUCT DATED: 09/05/2017 | INARCO STUDIO ASSOCIATO VIA BOTERO NO 17 ATTN: LEGAL REPRESENTATIVE/ATTORNEY TORINO, 10122 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1407 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | IND DE EMB E PALETES VITAL BRASIL L AV BELA VISTA 241 MOGI-MIRIM, 13803-120 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1408 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | INDEC ENDUSTRIYEL RENK ÜRETIMI VE PLASTIK SOYAMA SISTEMUERI SANATI TIEARET LTD.STI HOSAP 3 CAD N° 6 NILUFER, BURSA, 16159 TURKEY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1409 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 06/01/2008 | INDUSTREE S.P.A. BENEDETTO CROCE, 15 REGGIO EMILIA, 42123 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1410 | State what the contract or lease is for and the nature of the debtor's interest | ANNEX 4 - CONFIDENTIALITY AGREEMENT DATED: 04/01/2008 | INDUSTREE S.P.A. BENEDETTO CROCE, 15 REGGIO EMILIA, 42100 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1411 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 01/07/2010 | INDUSTRIA DE MICRO TROQUELADOS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1412 | State what the contract or lease is for and the nature of the debtor's interest | OUT-OF-COURT SETTLEMENT AGREEMENT DATED: 06/17/2011 | INDUSTRIAS ARTEB S.A. AVENIDA  PIRAPORINHA, N° 1221 (ROOM 01)-VILA OLGA, SAO BERNARDO DO CAMPO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1413 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 03/08/2010 | INDUSTRIAS MICHELETTO S/A |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1414 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | INDUSTRIAS TAJO SCL ARANGUREN INDUSTRIAL ESTATE (BO. ARRAGUA) 9 OIARTZUN, GIPUZKOA, 20180 SPAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1415 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AGREEMENT DATED: 07/11/2008 | INERGY AUTOMOTIVE SYSTEMS RESEARCH SA 310, RUE DE RANSBEEK NEDER OVER HEEMBEEK, 1120 BELGIUM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1416 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AGREEMENT DATED: 07/11/2008 | INERGY AUTOMOTIVE SYSTEMS RESEARCH SA 310, RUE DE RANSBEEK NEDER OVER HEEMBEEK BRUSSELS, 1120 BELGIUM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1417 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIES QUALITY SPECIFICATION DATED: 02/21/2008 | INFINEON |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1418 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 02/21/2008 | INFINEON TECHNOLOGIES AG AM CAMPEON 1-12 NEUBIBERG, 85579 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1419 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/09/2010 | INFINIC PLASTIC TECHNOLOGY SDN BHD PLOT 243 JALAN PERINDUSTRIAN BUKIT MINYAK 3 KAWASAN PERINDUSTRIAN BUKIT MINYAK BUKIT MERTAJAM, PENANG, 14100 MALAYSIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
_____
Name

Case number (If known): 25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1420** **State what the contract or lease is for and the nature of the debtor's interest** — QUALITY AGREEMENT DATED: 11/16/2010 <br><br> **State the term remaining** — Undetermined <br><br> **List the contract number of any government contract** | INFINIC PLASTIC TECHNOLOGY SDN BHD <br> PLOT 243 <br> JALAN PERINDUSTRIAN BUKIT MINYAK 3 <br> KAWASAN PERINDUSTRIAN BUKIT MINYAK <br> BUKIT MERTAJAM, PENANG, 14100 <br> MALAYSIA |
| **2.1421** **State what the contract or lease is for and the nature of the debtor's interest** — AGREEMENT DATED: 07/22/2016 <br><br> **State the term remaining** — Undetermined <br><br> **List the contract number of any government contract** | INFOBUSINESSCONSULTING <br> ISTRINSKAYA STREET, 8 BUILDING 3 <br> 1ST FLOOR <br> OFFICE XIII2 <br> MOSCOW, 121467 <br> RUSSIAN FEDERATION |
| **2.1422** **State what the contract or lease is for and the nature of the debtor's interest** — PURCHASING GENERAL TERMS AND CONDITIONS DATED: 03/15/2019 <br><br> **State the term remaining** — Undetermined <br><br> **List the contract number of any government contract** | INFRA SA DE CV <br> CD JUAREZ, CHIHUAHUA, <br> MEXICO |
| **2.1423** **State what the contract or lease is for and the nature of the debtor's interest** — SALES ORDER DATED: 11/03/2022 <br><br> **State the term remaining** — Undetermined <br><br> **List the contract number of any government contract** | INSIGHT TECHNOLOGY SOLUTIONS S.R.L. <br> VIALE PIERO E ALBERTO PIRELLI, 6 <br> MILANO, MILANO, 20126 <br> ITALY |
| **2.1424** **State what the contract or lease is for and the nature of the debtor's interest** — MICROSOFT VOLUME LICENSING - CUSTOMER PRICE SHEET - FINAL PRICING DATED: 12/14/2022 <br><br> **State the term remaining** — Undetermined <br><br> **List the contract number of any government contract** | INSIGHT TECHNOLOGY SOLUTIONS SRL <br> VIALE PIERO E ALBERTO PIRELLI 6 <br> FAX: <br> MILANO, 20126 <br> ITALY |
| **2.1425** **State what the contract or lease is for and the nature of the debtor's interest** — RESEARCH CONTRACT FOR THIRD PARTIES DATED: 05/21/2018 <br><br> **State the term remaining** — Undetermined <br><br> **List the contract number of any government contract** | INSTITUTE OF INFORMATION COMMUNICATION AND PERCEPTION TECHNOLOGY, SANT'ANNA SCHOOL OF ADVANCED STUDIES <br> PIAZZA MARTIRI DELLA LIBERTÀ 33, 56127 PISA |
| **2.1426** **State what the contract or lease is for and the nature of the debtor's interest** — SPECIFIC TERMS AND CONDITIONS FOR THE PROVISION OF ENGINEERING SERVICES DATED: 06/30/2017 <br><br> **State the term remaining** — Undetermined <br><br> **List the contract number of any government contract** | INTECS SOLUTIONS S.P.A <br> VIA GIACOMO PERONL 130, 00131 ROMA |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1427 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE DEVELOPMENT AGREEMENT DATED: 05/15/2017 | INTECS SOLUTIONS S.P.A. VIA GIACOMO PERONI, 130 ROMA, 00131 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1428 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 07/25/2019 | INTECS SOLUTIONS S.P.A. ROME, ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1429 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 06/26/2017 | INTECS SOLUTIONS SPA VIA GIACOMO PERON I W 130 ATTN. LEGAL REPRESENTATIVE/ATTORNEY ROMA, 00131 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1430 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL PURCHASING AGREEMENT DATED: 07/03/2012 | INTEGRATED MICRO-ELECTRONICS, INC. NORTH SCIENCE AVE., SPECIAL EXPORT PROCESSING ZONE, LAGUNA TECHNOPARK, BINAN, LAGUNA. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1431 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/22/2012 | INTEGRATED MICRO-ELECTRONICS, INC. NORTH SCIENCE AVE., SPECIAL EXPORT PROCESSING ZONE, LAGUNA TECHNOPARK, BINAN, LAGUNA. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1432 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/22/2012 | INTEGRATED MICRO-ELECTRONICS, INC. NORTH SCIENCE AVE., SPECIAL EXPORT PROCESSING ZONE, LAGUNA TECHNOPARK, BINAN, LAGUNA. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1433 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL PURCHASING AGREEMENT DATED: 07/03/2012 | INTEGRATED MICRO-ELECTRONICS, INC. NORTH SCIENCE AVE., SPECIAL EXPORT PROCESSING ZONE, LAGUNA TECHNOPARK, BINAN, LAGUNA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.                                    Case number (If known):  25-11109
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1434** State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 03/06/2019 | INTERBAU S.R.L. L. B. ALBERTI, 10 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1435** State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF THE TRADEMARK LICENSE AGREEMENT DATED: 10/28/2016 | INTERCO PRODUCT CORP 20 CONSTANCE COURT HAUPPAUGE, NY 11788 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1436** State what the contract or lease is for and the nature of the debtor's interest | TRADEMARK LICENSE AGREEMENT DATED: 09/16/2010 | INTERCO PRODUCT CORP 20 CONSTANCE COURT HAUPPAUGE, NY 11788 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1437** State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF THE TRADEMARK LICENSE AGREEMENT DATED: 10/28/2016 | INTERCO PRODUCT CORP. 20 CONSTANCE COURT HAUPPAUGE, NY 11788 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1438** State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT DATED: 10/01/2019 | INTERFACE PROJECTS GMBH ZWINGLISTRABE 11/13 DRESDEN, 01277 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1439** State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT DATED: 01/01/2017 | INTERFACE PROJECTS GMBH ZWINGLISTRABE 11/13 DRESDEN, 01277 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1440** State what the contract or lease is for and the nature of the debtor's interest | EU STANDARD CONTRACT CLAUSES IMPORTER INTERNATIONAL BUSINESS MACHINES CORPORATION: 7/17/2019 | INTERNATIONAL BUSINESS MACHINES CORPORATION 100 PHOENIX DR ANN ARBOR, MI 48108-2202 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
Name

Case number (If known):    25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1441 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMS OF SERVICE FOR SERVICE AGREEMENT DATED: 11/30/2023 | INTERNATIONAL SOS ITALY S.R.L FESTA DEL PERDONO 10 MILANO, MI, 20122 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1442 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT DATED: 05/16/2008 | INTERNATIONAL SPORTSWORLD COMMUNICATORS LIMITED 46-52 Pentonville Road The Rear Annex London, N1 9HF UNITED KINGDOM |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1443 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASING GENERAL TERMS AND CONDITIONS DATED: 06/21/2018 | INTERPLEX PRECISION TECHNOLOGY (SINGAPORE) PTE LTD. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1444 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AGREEMENT DATED: 11/29/2012 | IODARACING PROJECT SRL VIA A. VANZETTI 66 TEMI, 05100 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1445 | **State what the contract or lease is for and the nature of the debtor's interest** | BRAND PLACEMENT AGREEMENT DATED: 10/07/2009 | IOPENER MEDIA GMBH ROERMONDERSTRASSE 199 AACHEN, 52072 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1446 | **State what the contract or lease is for and the nature of the debtor's interest** | ECONOMICAL OFFER FOR RENEWAL OF SECURITY AWARENESS TRAINING PLATFORM DATED: 07/12/2023 | IPWAY S.R.L. PARTITA I.V.A./C.F. 03764450247 - VIA L. MASSIGNAN, 4/B - 36100 VICENZA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1447 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/02/2010 | IRFAN PLASTIK |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.
         Name
                                                          Case number (If known):   25-11109

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1448** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 12/01/2012 | IRTA S.A. CASE POSTALE 52 1037 ETAGNIERES LAUSANNE, SWITZERLAND |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1449** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AND SERVICES AGREEMENT DATED: 11/16/2016 | IRTA, S.A. CASE POSTALE 52 1037 ETAGNIERES LAUSANNE, SWITZERLAND |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1450** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AND SERVICES AGREEMENT DATED: 05/18/2018 | IRTA, S.A. CASE POSTALE 52 LAUSANNE, ETAGNIERES, 1037 SWITZERLAND |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1451** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 12/01/2012 | IRTA, S.A. CASE POSTALE 52 ETAGNIERES, LAUSANNE, 1037 SWITZERLAND |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1452** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 11/01/2023 | ISCOT ITALIA S.P.A. ATTN: ING. AMEDEO PICCIANI ISONZO 22, 10141 TORINO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1453** State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 03/13/2019 | ISCOT ITALIA S.P.A. ISONZO 22 ATTN: LEGAL OFFICE TORINO, 10141 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1454** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 11/01/2023 | ISCOT ITALIA S.P.A. ATTN: ING. AMEDEO PICCIANI ISONZO 22, 10141 TORINO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1455** | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 01/22/2025 | ISCOT ITALIA S.P.A. ISONZO, 22, 10141 TORINO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1456** | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 11/01/2023 | ISCOT ITALIA S.P.A. ISONZIO 22 TURIN, TO, ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1457** | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 03/13/2019 | ISCOT ITALIA S.P.A. ISONZO 22 ATTN: LEGAL OFFICE TORINO, 10141 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1458** | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 03/13/2019 | ISCOT ITALIA S.P.A. ISONZO 22 ATTN: LEGAL OFFICE TORINO, 10141 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1459** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 11/01/2023 | ISCOT ITALIA S.P.A. ATTN: ING. AMEDEO PICCIANI ISONZO 22, 10141 TORINO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1460** | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 01/22/2025 | ISCOT ITALIA S.P.A. ISONZO, 22, 10141 TORINO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1461** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 11/01/2023 | ISCOT ITALIA S.P.A. ATTN: ING. AMEDEO PICCIANI ISONZO 22, 10141 TORINO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.

Name

Case number (If known):    25-11109

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1462 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 11/01/2023 | ISCOT ITALIA S.P.A. ATTN: ING. AMEDEO PICCIANI ISONZO 22, 10141 TORINO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1463 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 11/01/2023 | ISCOT ITALIA S.P.A. ATTN: ING. AMEDEO PICCIANI ISONZO 22, 10141 TORINO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1464 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 11/20/2018 | ISTITUTO CERTIFICAZIONE EUROPEA PRODOTTI INDUSTRIALI (LC.E.P.I) S.P.A VIA P. BELIZZI NO. 31 PIACENZA, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1465 | State what the contract or lease is for and the nature of the debtor's interest | CONSORTIUM AGREEMENT DATED: 01/04/2016 | ISTITUTO SUPERIORE MARIO BOELLA SULLE TECNOLOGIE DELL'INFORMAZIONE E DELLE TELECOMUNICAZIONI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1466 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL CONDITIONS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 07/11/2017 | ITALIA TRAVEL SERVICE SP. Z.O.O 35-113 RZESZOW, 39 WILA STWOSZA STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1467 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT CONNECTED TO THE LEASE FOR RESIDENTIAL USE OF A TRANSITORY NATURE DATED: 04/27/2023 | ITALIANWAY PROPERTY MANAGEMENT SRL CARLO GOLDONI 32 MILAN, 20129 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1468 | State what the contract or lease is for and the nature of the debtor's interest | ANNEX A – LETTER CERTIFYING TRANSITIONAL NEEDS DATED: 04/27/2023 | ITALIANWAY RE SRL CARLO GOLDONI 32, 20129 MILAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1469 | State what the contract or lease is for and the nature of the debtor's interest | LEASE CONTRACT FOR RESIDENTIAL USE OF A TRANSITORY NATURE DATED: 04/27/2023 | ITALIANWAY REAL ESTATE S.R.L. CARLO GOLDONI 32 MILAN, 20129 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1470 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 10/17/2011 | ITALMETAL SP. ZO.O UL. EUROPEJSKA 2, TEG, 55-220 JELCZ-LASKOWICE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1471 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 02/20/2025 | ITALSTAMPI S.R.L. SAN GIUSTINO (PG), VIA F. MAGELLANO N.1 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1472 | State what the contract or lease is for and the nature of the debtor's interest | DB2 SUBSCRIPTION QUOTES DATED: 12/16/2024 | ITD SOLUTIONS S.P.A. VIA DELLA MAGLIANELLA 65/E ROME, RM, 00166 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1473 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 10/11/2010 | ITW AUTOMOTIVE ITALIA DIV. LYS FUSION |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1474 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL PURCHASING TERMS AND CONDITIONS IN THE SUPPLY AGREEMENT DATED: 01/01/2024 | IVECO GROUP N.V. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1475 | State what the contract or lease is for and the nature of the debtor's interest | NON-BINDING MEMORANDUM OF UNDERSTANDING REGARDING COOPERATION IN THE FIELD OF AUTOMOTIVE ("MOU") DATED: 02/02/2015 | IVECO S.P.A VIA PUGLIA 35 TORINO, 10156 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
          Name                                    Case number (If known):   25-11109

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1476** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VEHICLE LOAN CONTRACT DATED: 04/18/2016<br><br>Undetermined | IVECO S.P.A.<br>PUGLIA 35<br>TURIN, 10156<br>ITALY |
| **2.1477** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRIVATE DEED CONCERNING SHARE PURCHASE RIGHTS DATED: 04/05/2010<br><br>Undetermined | IVECO S.P.A.<br>PUGLIA 35, 10156 TURIN (TO) |
| **2.1478** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VEHICLE LOAN CONTRACT DATED: 11/30/2016<br><br>Undetermined | IVECO S.P.A.<br>PUGLIA 35<br>TURIN, 10156<br>ITALY |
| **2.1479** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENTS TO THE IVECO GROUP GENERAL PURCHASING TERMS AND CONDITIONS DATED: 04/29/2025<br><br>Undetermined | IVECO S.P.A.<br>PUGLIA 35<br>TORINO,<br>ITALY |
| **2.1480** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COST CONTRIBUTION AGREEMENT<br><br>Undetermined | IVECO S.P-A.<br>TORINO VIA PUGLIA 35 |
| **2.1481** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LOAN AGREEMENT DATED: 03/05/2004<br><br>Undetermined | IXFIN MAGNETI MARELLI ELETRONICA LTDA.<br>AVENIDA EMANCIPAGAO, Nº 801<br>GALPAO 04<br>JARDIM SANTA RITA DE CASSIA<br>HORTOLANDIA, SP,<br>BRAZIL |
| **2.1482** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUALITY AGREEMENT DATED: 04/20/2011<br><br>Undetermined | JABIL GREEN POINT TECHNOLOGY (SHENZHEN) CO-.LTD. |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1483** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL CONDITIONS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 06/14/2017 | JEAN PIERRE ZANAZ ZTIMBRO ET S.R.L. S.S. - LOCALITA CATTANIHA   29010 SAN NICOL PIACENZA PHONE 0039 0523 780511.52 430 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1484** | State what the contract or lease is for and the nature of the debtor's interest | TRADEMARKS LICENSE AGREEMENT DATED: 12/09/2024 | JIANGSU DESON INDUSTRIAL PARTS (GROUP) CO., LTD., PLANT NO 3 EQUIPMENT INDUSTRIAL PARK OF XIANGSHUI INDUSTRIAL & ECONOMIC ZONE YANCHENG CITY, JIANGSU PROVINCE, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1485** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 04/18/2019 | JIANGSU LIWAN PRECISION TUBE MANUFACTURING CO. LTD JIANGHAI ROAD MID JINGANG TOWN ZHANGJIAGANG CITY, JIANGSU, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1486** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 08/20/2019 | JIANGSU VILBOSCH INDUSTRIAL TECHNOLOGY CO.,LTD NO.31 ZHONGJIANG ROAD YIZHENG CITY, JIANGSU, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1487** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 10/21/2011 | JIAZE TERMINAL INDUSTRY CO., LTD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1488** | State what the contract or lease is for and the nature of the debtor's interest | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 04/01/2011 | JIPOCAR TRANSPORT RANTIROVSKA 284 JIHLAVA, 58605 CZECH REPUBLIC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1489** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER COMMITMENT DATED: 01/10/2019 | JIPOCAR TRANSPORT, S.R.O. RANTÍROVSKÁ 284 JIHLAVA, 586 01 CZECH REPUBLIC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1490 | **State what the contract or lease is for and the nature of the debtor's interest** | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 04/01/2011 | JIPOCAR TRANSPORT, S.R.O. RANTIROVSKA 284 JIHLAVA, 58605 CZECH REPUBLIC |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1491 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 01/29/2010 | JIT PLASTIC S.K.O KOCOVSK$ 2538/21 B1501 NORT$ MESTO N.V. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1492 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 04/26/2010 | JL WORLD CORPORATION LIMITED |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1493 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF UNDERSTANDING DATED: 02/18/2010 | JOINT STOCK COMPANY UNITED AUTOMOTIVE TECHNOLOGIES 443020 RUSSIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1494 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 02/11/2010 | JOT VERBINDUNQSTECHNIK GMBH & CO. KG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1495 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 05/07/2010 | JST DEUTCHLAND GMBH |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1496 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER DATED: 03/02/2018 | JUNGHEINRICH FLEET SERVICE SRL AMBURGO 1 ROSATE, MI, 20088 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.

Name

Case number (If known):    25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1497** **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER DATED: 06/09/2021 | JUNGHEINRICH FLEET SERVICE SRL AMBURGO 1 ROSATE, MI, 20088 ITALY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.1498** **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER DATED: 03/02/2018 | JUNGHEINRICH FLEET SERVICE SRL AMBURGO 1 ROSATE, MI, 20088 ITALY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.1499** **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER DATED: 03/02/2018 | JUNGHEINRICH FLEET SERVICE SRL AMBURGO 1 ROSATE, MI, 20088 ITALY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.1500** **State what the contract or lease is for and the nature of the debtor's interest** | COMFLEET RENTAL GENERAL TERMS AND CONDITIONS DATED: 11/18/2020 | JUNGHEINRICH ITALIANA S.R.L. 1 HAMBURG, MI, 20088 ITALY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.1501** **State what the contract or lease is for and the nature of the debtor's interest** | ANNEX B – LIST OF TROLLEYS DATED: 04/05/2022 | JUNGHEINRICH ITALIANAS.R.L. 1 HAMBURG ROSATE, MI, 20088 ITALY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.1502** **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL EQUIPMENT PURCHASE TERMS | JUNGHEINRICH LJU TRUCK ISEN ALVES DE ALMELDA |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.1503** **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL EQUIPMENT PURCHASE TERMS | JUNGHEINRICH LJU TRUCK ISEN ALVES DE ALMELDA |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1504** State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 07/11/2011 | KAB-LEM S.R.L CAMBIANO, ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1505** State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL CONDITIONS – E-CATALOGUES/STATIC CATALOGS DATED: 01/01/2024 | KAISER +KRAFT SRL VIA DELL'ARTIGIANATO 90 22070 FENEGRÒ (CO) |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1506** State what the contract or lease is for and the nature of the debtor's interest | POWER OF ATTORNEY | KANGXIN PARTNERS, P.C. A48 ZHICHUN ROAD FLOOR 16 TOWER A INDO BUILDING BEIJING, HAIDIAN DISTRICT, 100098 CHINA |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1507** State what the contract or lease is for and the nature of the debtor's interest | POWER OF ATTORNEY | KANGXIN PARTNERS, P.C. A48 ZHICHUN ROAD FLOOR 16 TOWER A INDO BUILDING BEIJING, HAIDIAN DISTRICT, 100098 CHINA |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1508** State what the contract or lease is for and the nature of the debtor's interest | POWER OF ATTORNEY DATED: 11/08/2023 | KANGXIN PARTNERS, P.C. A48 ZHICHUN ROAD FLOOR 16 TOWER A INDO BUILDING BEIJING, HAIDIAN DISTRICT, 100098 CHINA |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1509** State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT DATED: 10/02/2009 | KAWASAKI HEAVY INDUSTRIES LTD 1-1 KAWASAKI-CHO AKASHI, 673-8666 JAPAN |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1510** State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/02/2009 | KCE TECHNOLOGY COMPANY LIMITED |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

Debtor   Marelli Europe S.p.A.
_____
Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1511** State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS AND CONDITIONS DATED: 07/15/2019 — KEL CORP. |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1512** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL FRAME AGREEMENT EUROPE DATED: 01/01/2018 — KEMPPI OY / KEMPINKATU 1 / LAHTI, 15810 / FINLAND |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1513** State what the contract or lease is for and the nature of the debtor's interest | PRELIMINARY CO-DESIGN AGREEMENT DATED: 02/19/2001 — KENWOOD CORPORATION / 14-6 / DOGENZAKA L-CHOME / SHIBUYA-KU, TOKYO, 150-J8501 / JAPAN |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1514** State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 05/04/2011 — KEY PLASTICS ITALY S.R.L |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1515** State what the contract or lease is for and the nature of the debtor's interest | ANNEX - ECONOMICS CONDITIONS DATED: 04/15/2021 — KEY TECHNOLOGIES S.P.A / VIA EDISON, N. 4, 20082 BINASCO (MI) |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1516** State what the contract or lease is for and the nature of the debtor's interest | ANNEX - SLA DATED: 04/15/2021 — KEY TECHNOLOGIES S.P.A / VIA EDISON, N. 4, 20082 BINASCO (MI) |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1517** State what the contract or lease is for and the nature of the debtor's interest | ANNEX-PORTING OF DATASURF TO E-PARTS DATED: 04/15/2021 — KEY TECHNOLOGIES S.P.A / VIA EDISON, N. 4, 20082 BINASCO (MI) |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1518 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 08/20/2019 | KINGFA SCI. & TECH. CO., LTD. NO. 33 KEFENG ROAD SCIENCE CITV GUANGZHOU, GUANGDONG, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1519 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES (2019 EDITION) DATED: 11/24/2023 | KION RENTAL SERVICES VIA DE GASPERI, 7 20020 LAINATE (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1520 | State what the contract or lease is for and the nature of the debtor's interest | FULL SERVICE RENTAL AGREEMENT NO. 21PNA0005 DATED: 01/27/2021 | KION RENTAL SERVICES S.P.A. REGISTERED OFFICE: PISANI 20, 20124 MILAN ADMINISTRATIVE HEADQUARTERS: VIA A. DE GASPERI 7, 20020 LAINATE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1521 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO FULL SERVICE RENTAL AGREEMENT DATED: 06/22/2022 | KION RENTAL SERVICES S.P.A. VITTOR PISANI 20 MILAN, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1522 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO CONTRACT ON FUTURE CONTRACT ON THE TRANSFER OF OWNERSHIP OF REAL ESTATE DATED: 05/25/2007 | KIPP, A.S. VAJNORSKA 8/A, 831 04 BRATISLAVA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1523 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT ON FUTURE CONTRACT ON THE TRANSFER OF OWNERSHIP OF REAL ESTATE DATED: 04/18/2007 | KIPP, A.S. VAJNORSKA 8/A, 831 04 BRATISLAVA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1524 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 2 TO CONTRACT ON FUTURE CONTRACT ON THE TRANSFER OF OWNERSHIP OF REAL ESTATE AS AMENDED BY AMENDMENT NO.1 DATED: | KIPP, A.S. VAJNORSKA 8/A, 831 03 BRATISLAVA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1525 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO.1 TO THE CONTRACT ON FUTURE CONTRACT ON THE TRANSFER OF OWNERSHIP OF REAL ESTATE DATED: 01/07/2008 | KIPP, A.S. VAJNORSKA 8/A, 831 03 BRATISLAVA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1526 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT FOR LEGAL SERVICES DATED: 03/11/2025 | KOLCUOĞLU DEMIRKAN KOÇAKLI MASLAK LINK PLAZA ESKI BÜYÜKDERE CAD. NO. 3-5, KAT 11 34398 SARIYER, İSTANBUL T: |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1527 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT FOR LEGAL SERVICES DATED: 03/25/2025 | KOLCUOGLU DEMIRKAN KOGAKH MASLAK LINK PLAZA ESKI BIIYUKDERE CAD. NG 3-5, KAT 11 34398 SARIYER, ISTANBUL |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1528 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND SUPPLY AGREEMENT DATED: 06/22/2011 | KONIBV KORTEWEG 2 OUD BEIJERLAND, 3261 NH THE NETHERLANDS |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1529 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 11/29/2019 | KPIT TECHNOLOGIES LTD PLOT-17 RAJIV GANDHI INFOTECH PARK PHASE 3 HINJAWADI, PUNE, MAHARASHTRA, 411057 INDIA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1530 | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL LETTER – PROJECT THUNDER DATED: 04/03/2013 | KPMG ADVISORY S.P.A. VITTOR PISANI, 27 MILAN, 20124 ITALY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1531 | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL LETTER – THUNDER SPIN-OFF PROJECT DATED: 03/27/2013 | KPMG ADVISORY S.P.A. VITTOR PISANI, 27 MILAN, 20124 ITALY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1532 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 2 TO THE MARELLI GENERAL TERMS AND CONDITIONS FOR THE PROVISION OF SERVICES DATED: 11/26/2021 | KPMG ADVISORY S.P.A. VITTOR PISANI, 27 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1533 | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL LETTER – THUNDER SPIN-OFF PROJECT DATED: 03/27/2013 | KPMG ADVISORY S.P.A. VITTOR PISANI, 27 MILAN, 20124 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1534 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 07/25/2016 | KRAUSSMAFFEI TECHNOLOGIES GMBH KRAUSS-MAFFEI-STRASSE 2 MUNICH, 80997 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1535 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 10/21/2010 | KROMBERG &SCHUBERT GMBH & CO. KG KABEL-AUTOMOBILTECHNIK WERKSTRASSE 1 ABENSBERG, 93326 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1536 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 07/01/2011 | KROMBERG &SCHUBERT GMBH & CO. KG, KABELAUTOMOBILTECHNIK WERKSTRASSE 1 ABENSBERG, 93326 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1537 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 12/21/2010 | KSS ITALIA S.R.L |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1538 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/12/2010 | KUAO LAY INDUSTRY (IN) SDN. BHD. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1539** | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASING GENERAL TERMS FOR EQUIPMENT | KUKA ROBOTER GMBH ZUGSPITZSTRAßE 140 AUGSBURG, 86165 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1540** | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | KURARAY EVAL EUROPE N.V. KEETBERGLAAN HAVEN1087_N°_1B MELSELE, ANTWERP, 9120 BELGIUM |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1541** | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO GENERAL TERMS AND CONDITIONS OF PURCHASE DATED: 11/03/2017 | KYOCERA DOCUMENT SOLUTIONS ITALIA S.P.A. MONFALCONE 15 MILAN, 20132 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1542** | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND EXTENSION OF MEMORANDUM OF UNDERSTANDING DATED: 01/01/2021 | L&T TECHNOLOGY SERVICES LIMITED L&T HOUSE BALLARD ESTATE MUMBAI, 400 001 INDIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1543** | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF UNDERSTANDING DATED: 03/11/2021 | L&T TECHNOLOGY SERVICES LIMITED L&T HOUSE BALLARD ESTATE MUMBAI, 400 001 INDIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1544** | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS FOR THE PROVISION OF SERVICES (2020 EDITION) DATED: 03/11/2021 | L&T TECHNOLOGY SERVICES LIMITED L&T KNOWLEDGE CITY (IT/ITES) SEZ N.H.- 08 AJWA WAGHODIA CROSSING VADODARA, GUJARAT, 390019 INDIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1545** | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF UNDERSTANDING DATED: 03/11/2021 | L&T TECHNOLOGY SERVICES LIMITED L&T HOUSE BALLARD ESTATE MUMBAI, 400 001 INDIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1546** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 02/05/2010 | L.C.T. LAVORAZIONE COMPONENTI TENCINI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1547** | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF THE PRESS/WEB REVIEW SERVICE DATED: 12/03/2023 | L'ECO DELLA STAMPA S.P.A. G. COMPAGNONI, 28 MILAN, 20129 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1548** | State what the contract or lease is for and the nature of the debtor's interest | CLOUD SERVICE AGREEMENT DATED: 03/31/2023 | L2L LLC 299 S MAIN ST SUITE 1300 PMB 96928 SALT LAKE CITY, UT 84111-2203 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1549** | State what the contract or lease is for and the nature of the debtor's interest | CONSULTANCY CONTRACT DATED: 10/29/2009 | LAB NEXT S.R.L. ROVERETO 10, 20127 MILAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1550** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 01/31/2013 | LABORTEX IND. COM. PROD. RUBBER LTD. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1551** | State what the contract or lease is for and the nature of the debtor's interest | REQUEST FOR OFFER FOR INTEGRATED DESIGN WORKS AND WORKS SUPERVISION | LACON LE BOTE A)7-10422 TURIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1552** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 07/10/2014 | LACROIX ELECTRONICS 2, RUE DU PLESSIS VERN-SUR-SEICHE, 35770 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (if known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1553** | State what the contract or lease is for and the nature of the debtor's interest | RESIDENTIAL LEASE AGREEMENT DATED: 01/01/2023 | LAGFIN S.C.A. RUE DES BAINS 3 LUXEMBOURG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1554** | State what the contract or lease is for and the nature of the debtor's interest | RESIDENTIAL LEASE AGREEMENT DATED: 01/01/2023 | LAGFIN S.C.A. - ITALIAN BRANCH MILAN, VIA LORENZO MASCHERONI N. 19, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1555** | State what the contract or lease is for and the nature of the debtor's interest | COMMUNICATION PURSUANT TO ART. 2, 3, 9 OF THE LEASE AGREEMENT | LAGFIN S.C.A. ITALIAN BRANCH MILAN, VIA LORENZO MASCHERONI N. 19, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1556** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 11/07/2019 | LAIRD S.R.O PRUMYSLOVA 497 LIBEREC XXIII- DOUBI, LIBEREC, 463 11 CZECH REPUBLIC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1557** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO PURCHASING GENERAL TERMS AND CONDITIONS DATED: 12/12/2017 | LAIRD TECHNOLOGIES, INC 16401 SWINGLEY RIDGE ROAD SUITE 70 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1558** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/04/2009 | LAMY S.R.L. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1559** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO PURCHASING GENERAL TERMS AND CONDITIONS DATED: 07/23/2018 | LAU-NIK MAQUINAS ESPEEIALES, S.L. POLIGIGONO GALARZA 16 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
Name

Case number (If known):   25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1560 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT AND MAINTENANCE SERVICES - STATEMENT OF WORK DATED: 04/17/2025 | LAVENDEL CONSULTING PRIVATE LIMITED VELDBORNSTRAAT 76 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1561 | State what the contract or lease is for and the nature of the debtor's interest | TRADEMARK LICENSE AGREEMENT DATED: 10/01/2015 | LCN MECANICA, S.L. AVDA. CRISTOBAL COLON 109 POLÍGONO INDUSTRIAL "EL HENARES" GUADALAJARA, SPAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1562 | State what the contract or lease is for and the nature of the debtor's interest | MULTI-PARTY COLLABORATION CONTRACT FOR THE EQUINOX PROJECT DATED: 09/25/2008 | LE CERTAM TECHNOPOLE DU MADRILLET, 1 RUE JOSEPH FOURIER ATTN: FREDERIC DIONNET ATTN: LIONEL ROBIN SAINT ETIENNE DU ROUVRAY, 76800 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1563 | State what the contract or lease is for and the nature of the debtor's interest | MULTI-PARTY COLLABORATION CONTRACT FOR THE EQUINOX PROJECT DATED: 09/25/2008 | LE CORIA SITE UNIVERSITAIRE DU MADRILLET, AVENUE DE L'UNIVERSITÉ BP 12 ATTN: MOURAD BOUKHALFA ATTN: JEAN-BERNARD BLAISOT SAINT ETIENNE DU ROUVRAY, 76801 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1564 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE RENTAL OF VEHICLES WITHOUT DRIVER DATED: 03/09/2010 | LEASYS S.P.A., SAVARENT DIVISION CORSO GIOVANNI AGNELLI 200 TURIN, 10135 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1565 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY OF MARELLI EUROPE GROUP FOR THE TWO-YEAR PERIOD 2022–2023 DATED: 12/31/2023 | LEASYS SPA VIA DELLE ARTI 181 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1566 | State what the contract or lease is for and the nature of the debtor's interest | ADDITIONAL RIGHTS REQUESTED BY PROMOPRESS DATED: 12/03/2024 | L'ECO DELLA STAMPA S.P.A. ATTN: SENIOR SALES MANAGER – MEDIA MONITORING VIA G. COMPAGNONI, 28 20129 MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1567 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF THE PRESS/WEB REVIEW SERVICE DATED: 12/03/2024 | L'ECO DELLA STAMPA SPA ATTN: SENIOR SALES MANAGER - MEDIA MONITORING VIA G. COMPAGNONI, 28 20129 MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1568 | State what the contract or lease is for and the nature of the debtor's interest | DIGITAL NEWSSTAND SERVICE (CONTRACT PROPOSAL) DATED: 02/03/2025 | L'ECO DELLA STAMPA SPA VIA G. COMPAGNONI, 28 20129 MILAN ATTN: SENIOR SALES MANAGER – MEDIA MONITORING E ANALYSIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1569 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF THE PRESS MONITORING SERVICE DATED: 04/20/2023 | L'ECO DELLA STAMPA SPA VIA G. COMPAGNONI, 28 20129 MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1570 | State what the contract or lease is for and the nature of the debtor's interest | DIGITAL NEWSSTAND SERVICE (CONTRACT PROPOSAL) DATED: 02/03/2025 | L'ECO DELLA STAMPA SPA VIA G. COMPAGNONI, 28 20129 MILAN ATTN: SENIOR SALES MANAGER – MEDIA MONITORING E ANALYSIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1571 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF THE PRESS/WEB REVIEW SERVICE (REF. 13665) AND RADIO/TV (REF. 96423) DATED: 04/16/2025 | L'ECO DELLA STAMPA SPA VIA G. COMPAGNONI, 28 20129 MILAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1572 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF THE RADIO TV MONITORING SERVICE DATED: 06/14/2023 | L'ECO DELLA STAMPA SPA VIA G. COMPAGNONI, 28 20129 MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1573 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 10/13/2009 | LEGAL ENTITIES OF THE MINISTRY OF FINANCE THE TOWN OF HORTOLANDIA, STATE OF  SAO PAULO, IN AVENIDA DA EMANCIPAGAO, 801,  GALPAO 01, JARDIM SANTA RITA DE CASSIA, CEP .:  13.184-906 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Europe S.p.A.
Name

Case number (If known):  25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1574 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 10/13/2009 | LEGAL ENTITIES OF THE MINISTRY OF FINANCE TOWN OF HORTOLANDIA, STATE OF SAO PAULO, IN AVENIDA DA EMANCIPAGAO, 801, GALPAO 01, JARDIM SANTA RITA DE CASSIA, CEP .: 13.184-906 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1575 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 10/13/2009 | LEGAL ENTITIES OF THE MINISTRY OF FINANCE THE TOWN OF HORTOLANDIA, STATE OF SAO PAULO, IN AVENIDA DA EMANCIPAGAO, 801, GALPAO 01, JARDIM SANTA RITA DE CASSIA, CEP .: 13.184-906 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1576 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 12/20/2010 | LEK SUN MANUFACTURING SDN. BHD. SUNGAI PETANI, KEDAH, MALAYSIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1577 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 04/18/2019 | LEK SUN MANUFACTURING SDN. BHD. SUNGAI PETANI, KEDAH, MALAYSIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1578 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/03/2010 | LEK SUN MANUFACTURING SON BHD SUNGAI PETANI, KEDAH, MALAYSIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1579 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE GENERAL CONDITIONS DATED: 05/15/2017 | LEONARDO ENGINEERS FOR INTEGRATION SRL ALFONSO LAMARMORA TORINO, 10128 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1580 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 01/15/2010 | LEONI WIRING SYSTEMS UK LTD LOWERMILEHOUSE LANE,NEWCASTLE-UNDER |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
Name

Case number (If known):   25-11109

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1581** State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS AGREEMENT DATED: 11/19/2018 |
| | LG DISPLAY CO., LTD. LG TWIN TOWERS (EAST), 128 YEOUI-DAERO, YOUNGDEUNGPO-GU, SEOUL, 07336, |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1582** State what the contract or lease is for and the nature of the debtor's interest | REQUEST FOR OFFER FOR INTEGRATED DESIGN WORKS AND WORKS SUPERVISION, TECHNICAL SPECIFICATIONS DATED: 03/30/2017 |
| | LGC |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1583** State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 03/30/2017 |
| | LGC |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1584** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT OF COMMITMENT TO THE CODE OF CONDUCT DATED: 05/10/2017 |
| | LGC INGEGNERIA ARCHITETTURA CORSO TARANTO N° 42H TORINO, 10154 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1585** State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 03/30/2017 |
| | LGC INGEGNERIA-ARCHITETTURA TURIN, CORSO TARANTO 42H, ZIP CODE 10154 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1586** State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 07/05/2024 |
| | LIBRA S.R.L. BRESCIA (BS), VIA CRETA N. 21 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1587** State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL ADDENDUM DATED: 07/05/2024 |
| | LIBRA S.R.L. BRESCIA (BS), VIA CRETA N. 21, |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

---

| Debtor | Marelli Europe S.p.A. | | Case number (If known): 25-11109 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1588 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS FOR THE PROVISION OF SERVICES (2019 EDITION) DATED: 11/24/2023 | LINDE MATERIAL HANDLING SPA VIA DE GASPERI, 7 20045 LAINATE (MI) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1589 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL FRAME AGREEMENT EUROPE DATED: 01/01/2018 | LINK INDUSTRIES S.P.A. PONTE FRANCESCO MOROSINI N. 49, GENOA (GE) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1590 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM DATED: 11/29/2018 | LINKEDIN IRELAND UNLIMITED COMPANY GARDNER HOUSE WILTON PLACE DUBLIN, 2 IRELAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1591 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 03/20/2020 | LOALTECHNOLOGICAL CENTER, S.A. RONDA DE LA FONT DEL CARME, S/N 08193 BELLATERRA (BARCELONA) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1592 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 03/06/2019 | LOGI SERVICE SCRL VIA FIRENZE 51 84085 - MERCATO SAN SEVERINO (SA) ATTENTION: ANTONIO AUTIERO -ANDREA IANNONE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1593 | **State what the contract or lease is for and the nature of the debtor's interest** | MANAGEMENT / SERVICE / HANDLING OF AUDI C6 PA TUBES DATED: 09/30/2009 | LOGICA PARTNERS LP 96 CONSULTING - TECHNOLOGY - OUTSOURCING |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1594 | **State what the contract or lease is for and the nature of the debtor's interest** | SIDE LETTER TO CONTRACT FOR THE PROVISION OF LOGISTICS SERVICES DATED: 01/01/2019 | LOGICA PARTNERS S.R.L. FORO BUONAPARTE 59 MILAN, 20121 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.
Name
Case number (If known):   25-11109

| ▮ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1595 | **State what the contract or lease is for and the nature of the debtor's interest** | LOGICA PARTNERS SERVICE OFFER FOR HANDLING OF SENSITIVE COMPONENTS DATED: 10/30/2009 | LOGICA PARTNERS S.R.L. VIA A. GRANDI, 70 20043 ARCORE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1596 | **State what the contract or lease is for and the nature of the debtor's interest** | LOGICA PARTNERS SERVICE OFFER FOR HANDLING OF SENSITIVE COMPONENTS DATED: 10/30/2009 | LOGICA PARTNERS S.R.L. VIA A. GRANDI, 70 20043 ARCORE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1597 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF LOGISTICS SERVICES | LOGICA PARTNERS S.R.L. MILAN, CORSO MAGENTA N. 32 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1598 | **State what the contract or lease is for and the nature of the debtor's interest** | LOGICA PARTNERS SERVICE OFFER FOR HANDLING OF SENSITIVE COMPONENTS DATED: 10/30/2009 | LOGICA PARTNERS S.R.L. VIA A. GRANDI, 70 20043 ARCORE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1599 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | LOGICA PARTNERS S.R.L. C.SO CAVOUR 118, VIGEVANO --- VIA VITTOR PISANI, 14, MONZA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1600 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL CONDITIONS FOR THE PROVISION OF MAGNETI MARELLI SERVICES (2014 EDITION) DATED: 10/31/2016 | LOGISTICA UNO EUROPE SRL CENTRO LOGISTICO VIA PADANIA 37050 OPPEANO (VERONA) PARTITA IVA 02137720286 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1601 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 01/01/2020 | LOGOS SRL MURAGLIE N 210 41049 SASSUOLO (MODENA) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.

Name

Case number (If known): 25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1602** | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS AND CONDITIONS DATED: 01/29/2018 | LOTES CO., LTD. NO.15 WU-SHIUNG STREET ANLE DISTRICT KEELUNG, 204 TAIWAN R.O.C |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1603** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 07/25/2011 | LOTES CO., LTD. NO. 15 WU-SHIUNG STREET ANLE DISTRICT KEELUNG, 204 TAIWAN R.O.C |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1604** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 10/21/2011 | LOTS CO., LTD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1605** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 01/21/2013 | LOTUS FL TEAM WHITEWAYS TECHNICAL CENTRE ENSTONE OXFORDSHIRE, OX7 4EE UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1606** | State what the contract or lease is for and the nature of the debtor's interest | TECHNICAL COOPERATION AGREEMENT DATED: 07/07/2011 | LOTUS RENAULT GP LIMITED WHITEWAYS TECHNICAL CENTRE ENSTONE, OXFORDSHIRE, 0X7 4EE UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1607** | State what the contract or lease is for and the nature of the debtor's interest | KCU DEVELOPMENT SERVICES AGREEMENT DATED: 12/24/2010 | LOTUS RENAULT GP LIMITED WHITEWAYS TECHNICAL CENTRE ENSTONE CHIPPING NORTON, OXFORDSHIRE, 0X7 4EE UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1608** | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT DATED: 05/12/2011 | LOTUS RENAULT GP LIMITED WHITEWAYS TECHNICAL CENTRE ENSTONE, OXFORDSHIRE, 0X7 4EE UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1609**

State what the contract or lease is for and the nature of the debtor's interest — COMMERCIAL RIGHTS AGREEMENT DATED: 12/24/2010

State the term remaining — Undetermined

List the contract number of any government contract

LOTUS RENAULT GPLLMLTED
WHITEWAYS TECHNICAL CENTRE
ENSTONE
CHIPPING NORTON
OXFORDSHIRE, 0X7 4EE
UNITED KINGDOM

**2.1610**

State what the contract or lease is for and the nature of the debtor's interest — GENERAL TERMS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 10/25/2017

State the term remaining — Undetermined

List the contract number of any government contract

LP LATTONERIE SRL
VIA BROSIL, 27-33028TOLMEZZO (UD), PART IVA:01561050301

**2.1611**

State what the contract or lease is for and the nature of the debtor's interest — GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 05/29/2019

State the term remaining — Undetermined

List the contract number of any government contract

LP LATTONERIE SRL
BRASIL, 27-33028 TOLMEZZO(UD)

**2.1612**

State what the contract or lease is for and the nature of the debtor's interest — NOMINATION LETTER FOR TRANSPORTATION AND LOGISTIC SERVICES DATED: 10/01/2016

State the term remaining — Undetermined

List the contract number of any government contract

LSP

**2.1613**

State what the contract or lease is for and the nature of the debtor's interest — COMMERCIAL AGREEMENT DATED: 06/01/2024

State the term remaining — Undetermined

List the contract number of any government contract

LUFTHANSA LINEE AEREE GERMANICHE
CORSO MATTEOTTI 10, 20121 MILANO

**2.1614**

State what the contract or lease is for and the nature of the debtor's interest — COMMERCIAL AGREEMENT DATED: 05/01/2023

State the term remaining — Undetermined

List the contract number of any government contract

LUFTHANSA LINEE AEREE GERMANICHE
CORSO MATTEOTTI 10, 20121 MILANO

**2.1615**

State what the contract or lease is for and the nature of the debtor's interest — GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 07/15/2019

State the term remaining — Undetermined

List the contract number of any government contract

LULEFTLOFT SPA

Debtor  Marelli Europe S.p.A.
     Name

Case number (If known):  25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1616** State what the contract or lease is for and the nature of the debtor's interest<br><br>EXTENSION OF THE TERM OF MEMORANDUM OF UNDERSTANDING DATED: 09/30/2007<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | LUMAX INDUSTRIES LIMITED<br>VIALE ALDO BORIETTI, 61/63 - 20011 CORBETTA (ML) |
| **2.1617** State what the contract or lease is for and the nature of the debtor's interest<br><br>EXTENSION AND AMENDMENT TO THE AGREEMENT DATED: 01/01/2016<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | LUMESSE ITALY S.R.L.<br>P.LE LORETO N 11<br>MILAN,<br>ITALY |
| **2.1618** State what the contract or lease is for and the nature of the debtor's interest<br><br>GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | LUSTER PRECISION ENGINEERING SDN BHD<br>PLOT 36 & 37<br>JALAN PKNK UTAMA<br>KAWASAN PERUSAHAAN SG. PETANI<br>SUNGAI PETANI, KEDAH DARUL AMAN, 08000<br>MALAYSIA |
| **2.1619** State what the contract or lease is for and the nature of the debtor's interest<br><br>QUALITY AGREEMENT DATED: 11/03/2010<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | LUSTER PRECISION ENGINEERING SDN. BHD.<br>PLOT 36 & 37<br>JALAN PKNK UTAMA<br>KAWASAN PERUSAHAAN SG. PETANI<br>SUNGAI PETANI, KEDAH DARUL AMAN, 08000<br>MALAYSIA |
| **2.1620** State what the contract or lease is for and the nature of the debtor's interest<br><br>PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 05/29/2019<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | LVO-JASRESE.<br>LUIGI RIENZNER 23<br>BOLZANO, 39100<br>ITALY |
| **2.1621** State what the contract or lease is for and the nature of the debtor's interest<br><br>SUPPLY AGREEMENT DATED: 01/01/2019<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | LYRECO ITALIA S.P.A.<br>VIA PAPA GIOVANNI PAOLO II, SNC<br>ATTENTION: MRS. LAURA BIGONI<br>(LAURA.BIGONI@LYRECO.COM)<br>CAMBIAGO, MI, 20040<br>ITALY |
| **2.1622** State what the contract or lease is for and the nature of the debtor's interest<br><br>SUPPLY AGREEMENT DATED: 01/01/2019<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | LYRECO S.A.S.<br>MARLY, RUE DU 19 MARS 1962 |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
| --- | --- | --- |
| | Name | |

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
| --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1623 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERNATIONAL WORKSPACE SUPPLIES AGREEMENT DATED: 01/01/2023 | LYRECO SAS<br>RUE DU 19 MARS 1962<br>ATTN: GLOBAL ACCOUNTS<br>VALENCIENNES, 59318 CEDEX 9<br>FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1624 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERNATIONAL WORKSPACE SUPPLIES AGREEMENT DATED: 12/20/2022 | LYRECO SAS<br>RUE DU 19 MARS 1962<br>ATTN: GLOBAL ACCOUNTS<br>VALENCIENNES, 59318 CEDEX 9<br>FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1625 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLIER AGREEMENT | M&T INSIEME<br>VODNA 812/12, ZITAVANY 58 -651 97 ICO: 45 668 981 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1626 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLIER AGREEMENT | M&T INSIEME<br>VODNE 812/12, ZIVANY, SK -- 950 07 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1627 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMITMENT OF THE POTENTIAL SUPPLIER DATED: 04/12/2017 | M&T INSIEME, S.R.O.<br>OBCHODNA 169/21, PL.MANEL MONTANYA, 4<br>SECOVCE, 07801<br>SLOVAK REPUBLIC |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1628 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 03/31/2017 | M. INGEGNERIA S.R.L. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1629 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 10/28/2011 | M.S METAL<br>76-200 SHUPSK UL PONRATOWSKIEGO 27 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.
_____
            Name

Case number (If known):  25-11109
_____



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1630 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 01/22/2010 | M.S.AMBROGIO S.P.A. VIA ROMA 45 LECCO, LC, ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1631 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL CONDITIONS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 06/14/2017 | MA - FRA S.P.A. VIA AQUILEIA, 44/46 20021 BARANZATE (MI)  C.F.  E P. I.V.A. 02916980960 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1632 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 04/23/2010 | MACHIPER S.P.A. VIA L. EINAUDI N. 3 ROBASSOMERO, TO, 10070 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1633 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY AGREEMENT DATED: 02/01/2014 | MAGNETI MARELLI POWERTRAIN U.S.A. INC 3900 AUTOMATION AVENUE AUBURN HILLS, MI 48326 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1634 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT AND EXTENSION TO THE FERRARI MUSEUM CONTRACT DATED: 05/16/2019 | MAGNETI MARELLI S.P.A. EMILIA EST 1163 MODENA, 41100 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1635 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 12/14/2010 | MAGNINO DOMENICO & C. SRL STRADA VIABELLA 34 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1636 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT DATED: 07/28/2016 | MAHINDRA RACING UK LIMITED MAHINDRA RACING UK LIMITED, NEW BRIDGE STREET HOUSE, 30-34 NEW BRIDGE STREET, LONDON |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1637** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/09/2010 | MAJICPLAST PACKAGING LTD MUNICIPALITY OF SAO PAULO, IN THE STATE (SAO PAULO, AT RUA  TERCEIRO SARGENTO JOAO SOARES DE FARIA, 69, 95 AND 97, PARQUE NOVO MUNDO - CEP  02.179.020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1638** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 09/14/2010 | MAKPAS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1639** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON TRADE AND MARKETING SERVICES DATED: 01/01/2018 | MALAY OTOMOTIV VAN SANAYI VE TICARET A.Ş. IZMIR YOLU 20. KM. GBRUKLE, BURSA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1640** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON TRADE AND MARKETING SERVICES DATED: 01/01/2019 | MALAY OTOMOTIV VAN SANAYI VE TICARET A.Ş.[MALAY AUTOMOTIVE SUPPLY INDUSTRY AND TRADE, INC.] IZMIR YOLU 20. KM. GORIIKLE, BURSA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1641** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON TRADE AND MARKETING SERVICES DATED: 01/09/2014 | MALAY OTOMOTIV VAN SANAYI VE TICARET A.S. IZMIR YOLU 20. KM. GORUKLE, BURSA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1642** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON TRADE AND MARKETING SERVICES DATED: 01/01/2015 | MALAY OTOMOTIV VAN SANAYI VE TICARET A.S. IZMIR YOLU 20. KM. GORUKLE, BURSA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1643** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM DATED: 10/21/2019 | MANKASON |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1644 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT FOR THE SUPPLY OF FIXED-TERM AND PERMANENT EMPLOYMENT DATED: 01/01/2022 | MANPOWER S.R.L. VIA ROSSINI 6/8 MILAN, 20122 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1645 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 09/11/2023 | MANUTAN ITALIA SPA VIA DE AMICIS 67 – 20092 CINISELLO BALSAMO (MI) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1646 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AGREEMENT DATED: 03/28/2024 | MAPLECROFT.NET LTD 22 Bishopsgate ATTN: Shreena Patel, Senior Account Manager Verisk Maplecroft ATTN: David Murphy, Customer Success London, EC2N 4AJ UNITED KINGDOM |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1647 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 10/22/2010 | MAR PLASTICA SRL ZONA INDUSTRIALE, 43, 66034 LANCIANO (CH) PARTLTA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1648 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS AGREEMENT DATED: 05/20/2019 | MAREL INDÚSTRIA E COMÉRCIO DO BRASIL LTDA. RUA EDUARDO FRONER, 264 – BONSUCESSO, GUARULHOS – SP – 07243-590 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1649 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF CONSENT | MARELLA S.R.L VIA G. MARAMOTTI, 4 REGGIO EMILIA, 42124 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1650 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED: 07/01/2022 | MARELLI (INDIA) PRIVATE LIMITED 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.

Name

Case number (If known):   25-11109

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1651 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL SERVICES MASTER AGREEMENT DATED: 01/01/2025 | MARELLI (INDIA) PRIVATE LIMITED 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1652 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI (THAILAND) CO., LTD 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1653 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADEMARK LICENSE AGREEMENT DATED: 09/27/2022 | MARELLI AFTERMARKET ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1654 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADEMARK LICENSE AGREEMENT DATED: 09/27/2022 | MARELLI AFTERMARKET ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1655 | **State what the contract or lease is for and the nature of the debtor's interest** | WORLDWIDE AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 09/28/2022 | MARELLI AFTERMARKET ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1656 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE ELECTRONICS (GUANGZHOU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1657 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1658** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING JIHLAVA (CZECH REPUBLIC) S.R.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1659** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING MALAYSIA SDN. BHD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1660** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING TEPOTZOTLÁN MÉXICO, S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1661** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR CONTRIBUTION AS A PASS-THROUGH. DATED: 12/18/2024 | MARELLI AUTOMOTIVE LIGHTING USA LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1662** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING USA LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1663** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE SYSTEMS UK LIMITED 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1664** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI BIELSKO-BIAŁA POLAND SP. Z O.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
      Name

Case number (if known): 25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1665** State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 |
| | MARELLI CLUJ ROMANIA S.R.L. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1666** State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 |
| | MARELLI CORPORATION 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1667** State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 |
| | MARELLI CORPORATION 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1668** State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 |
| | MARELLI DO BRASIL INDÚSTRIA E COMÉRCIO LTDA. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1669** State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 |
| | MARELLI ENGINEERING YANGON CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1670** State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 |
| | MARELLI ESPAÑA S.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1671** State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 01/01/2024 |
| | MARELLI FRANCE 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1672** **State what the contract or lease is for and the nature of the debtor's interest** R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 **State the term remaining** Undetermined **List the contract number of any government contract** | MARELLI FRANCE 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **2.1673** **State what the contract or lease is for and the nature of the debtor's interest** DISTRIBUTION SERVICE AGREEMENT DATED: 01/01/2024 **State the term remaining** Undetermined **List the contract number of any government contract** | MARELLI FRANCE 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **2.1674** **State what the contract or lease is for and the nature of the debtor's interest** MARELLI GROUP APPROVAL REQUEST FORM DATED: 12/05/2020 **State the term remaining** Undetermined **List the contract number of any government contract** | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **2.1675** **State what the contract or lease is for and the nature of the debtor's interest** R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 **State the term remaining** Undetermined **List the contract number of any government contract** | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **2.1676** **State what the contract or lease is for and the nature of the debtor's interest** RESOLUTION OF THE SUPERVISORY BOARD DATED: 03/27/2023 **State the term remaining** Undetermined **List the contract number of any government contract** | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **2.1677** **State what the contract or lease is for and the nature of the debtor's interest** MINUTES OF THE SHAREHOLDERS' MEETING DATED: 06/30/2024 **State the term remaining** Undetermined **List the contract number of any government contract** | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **2.1678** **State what the contract or lease is for and the nature of the debtor's interest** EQUITY CONTRIBUTION LETTER DATED: 12/13/2021 **State the term remaining** Undetermined **List the contract number of any government contract** | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |

Debtor   Marelli Europe S.p.A.

Name

Case number (If known): 25-11109

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1679** **State what the contract or lease is for and the nature of the debtor's interest** | RESOLUTION OF THE SUPERVISORY BOARD DATED: 07/08/2022 | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1679** | **State what the contract or lease is for and the nature of the debtor's interest** | RESOLUTION OF THE SUPERVISORY BOARD DATED: 07/08/2022 | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1680** | **State what the contract or lease is for and the nature of the debtor's interest** | LOAN AGREEMENT DATED: 05/13/2020 | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1681** | **State what the contract or lease is for and the nature of the debtor's interest** | RESOLUTION OF THE SUPERVISORY BOARD DATED: 04/27/2023 | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1682** | **State what the contract or lease is for and the nature of the debtor's interest** | LOAN AGREEMENT DATED: 07/03/2020 | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1683** | **State what the contract or lease is for and the nature of the debtor's interest** | LOAN AGREEMENT (REVOLVING LOAN FACILITY FOR WORKING CAPITAL) DATED: 07/03/2020 | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1684** | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF EQUITY CONTRIBUTION DATED: 06/13/2025 | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1685** | **State what the contract or lease is for and the nature of the debtor's interest** | EXTENSION OF THE DECLARATION OF WAIVER OF STATUTE OF LIMITATIONS ("THIRD EXTENSION") DATED: 09/21/2021 | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor  Marelli Europe S.p.A.
Name

Case number (If known):  25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1686** **State what the contract or lease is for and the nature of the debtor's interest** RESOLUTION OF THE SUPERVISORY BOARD DATED: 09/20/2024 | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.1687** **State what the contract or lease is for and the nature of the debtor's interest** LOAN AGREEMENT DATED: 07/03/2020 | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.1688** **State what the contract or lease is for and the nature of the debtor's interest** EXTENSION OF THE DECLARATION OF WAIVER OF STATUTE OF LIMITATIONS ("SECOND EXTENSION") DATED: 01/20/2021 | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.1689** **State what the contract or lease is for and the nature of the debtor's interest** LOAN AGREEMENT DATED: 05/13/2020 | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.1690** **State what the contract or lease is for and the nature of the debtor's interest** DISTRIBUTION SERVICE AGREEMENT DATED: 01/01/2024 | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.1691** **State what the contract or lease is for and the nature of the debtor's interest** COMMITMENT OF THE POTENTIAL SUPPLIER LETTER DATED: 12/12/2024 | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.1692** **State what the contract or lease is for and the nature of the debtor's interest** R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI GLOBAL BUSINESS SERVICES AMERICA, S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1693 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPORT SERVICES AGREEMENT DATED: 01/01/2022 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1694 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL DATA TRANSFER AGREEMENT DATED: 06/01/2023 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1695 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING AGREEMENT DATED: 07/01/2020 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1696 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING AGREEMENT DATED: 07/01/2020 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1697 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1698 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI INDÚSTRIA E COMÉRCIO DE COMPONENTES AUTOMOTIVOS BRASIL LTDA. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1699 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION SERVICE AGREEMENT DATED: 01/01/2024 | MARELLI KECHNEC SLOVAKIA S.R.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1700** | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI KECHNEC SLOVAKIA S.R.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1701** | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI MAKO TURKEY ELEKTRIK SANAYI VE TICARET ANONIM SIRKETI 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1702** | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI MOROCCO LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1703** | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI NORTH AMERICA, INC. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1704** | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI PLOIESTI ROMANIA S.R.L. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1705** | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI POWERTRAIN (HEFEI) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1706** | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI RIDE DYNAMICS MÉXICO, S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.

Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1707** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI SISTEMAS AUTOMOTIVOS INDÚSTRIA E COMÉRCIO BRASIL LTDA 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1708** State what the contract or lease is for and the nature of the debtor's interest — DISTRIBUTION SERVICE AGREEMENT DATED: 01/01/2024 | MARELLI SOSNOWIEC POLAND SP. Z. O.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1709** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI SOSNOWIEC POLAND SP. Z. O.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1710** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI SUSPENSION SYSTEMS ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1711** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI TENNESSEE USA LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1712** State what the contract or lease is for and the nature of the debtor's interest — LICENSE AGREEMENT DATED: 01/01/2024 | MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1713** State what the contract or lease is for and the nature of the debtor's interest — SALES COMMISSION FOR REFERRAL AGREEMENT DATED: 01/01/2024 | MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |

Debtor  Marelli Europe S.p.A.

Name

Case number (If known): 25-11109

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1714** State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 — MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1715** State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 — MARELLI YOKOHAMA CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1716** State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 10/26/2009 — MARK IV SYSTEMES MOTEURS SAS 53 RUE BAUDIN LEVALLOIS PERRET, 92300 FRANCE |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1717** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 02/20/2025 — MARPOSS ITALIA S.P.A. BENTIVOGLIO (BO) VIA SALICETO 13 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1718** State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 12/21/2010 — MARTINPLAST SPA |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1719** State what the contract or lease is for and the nature of the debtor's interest | EXTENSION OR THE GENERAL PURCHASING TERMS AND CONDITIONS OF FCA ITALY S.P.A. DATED: 10/26/2016 — MASERATI S.P.A VIA CIRO MENOTTI 322 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1720** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON TRADE AND MARKETING SERVICES DATED: 10/15/2010 — MATAY OTOMOTIV VAN SANAYI VE TICARET A.S IZMIR YOLU 20. KM. GBRUKLE, BURSA |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

Debtor   Marelli Europe S.p.A.

Case number (If known):   25-11109

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1721 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT ON TRADE AND MARKETING SERVICES DATED: 01/01/2016 | MATAY OTOMOTIV VAN SANAYI VE TICARET A.S IZMIR YOLU 20. KM. GBRULKE, BURSA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1722 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT ON TRADE AND MARKETING SERVICES DATED: 11/29/2012 | MATAY OTOMOTIV VAN SANAYI VE TICARET A.S. IZMIR YOLU 20. KM. GORIIKLE, BURSA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1723 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT ON TRADE AND MARKETING SERVICES DATED: 01/01/2012 | MATAY OTOMOTIV YAN SANAYI VE TICARET A.S IZMIR YOLU 20. KM. GORUKLE, BURSA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1724 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT ON TRADE AND MARKETING SERVICES DATED: 02/18/2011 | MATAY OTOMOTIV YAN SANAYI VE TICARET A.S IZMIR YOLU 20. KM. GORUKLE, BURSA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1725 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 10/19/2010 | MATERIAS PLASTICAS Y ELASTOMEROS DE MEXICO EDOUARD MICHELIN 110 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1726 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT FOR PUBLIC RELATIONS SERVICES IN INDIA DATED: 05/15/2025 | MAVCOMM CONSULTING PRIVATE LIMITED K 1/12, 1ST FLOOR, CHITTARANJAN PARK NEW DELHI – 110019 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1727 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PROVIDER AGREEMENT DATED: 05/01/2018 | MAVCOMM CONSULTING PRIVATE LIMITED K 1/12, 1ˢᵗ FLOOR, CHITTARANJAN PARK NEW DELHI - 110019 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1728 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT FOR PUBLIC RELATIONS SERVICES IN INDIA DATED: 05/15/2024 | MAVCOMM CONSULTING PRIVATE LIMITED K 1/12, 1ST FLOOR, CHITTARANJAN PARK NEW DELHI – 110019 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1729 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 03/31/2017 | MCM INGEGNERIA GRUGLIASCO (TO), VICOLO MONTI NO. 8, CAP. 10095 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1730 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT OF COMMITMENT TO THE CODE OF CONDUCT DATED: 05/10/2017 | MCM INGEGNERIA S.R.L. VICOLO MONTI N° 8 ATTN: LEGAL REPRESENTATIVE/ ATTORNEY GRUGLIASCO, TO, 10095 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1731 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 12/01/2009 | MCS SPZ.O.O. UL STRATACKA 43, 44-240 ZORY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1732 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 07/01/2010 | MEADVILLE ASPOCOMP LIMITED |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1733 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO GLOBAL PURCHASING AGREEMENT DATED: 10/17/2014 | MEC S.P.A VIA DELLA SALUTE 24 BOLOGNA, 40132 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1734 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LOAN AGREEMENT DATED: 04/28/2015 | MECCANICA MATTARELLI DI MATTARELLI GIOVANNI ZUCCHI 15/D, 40068 SAN LAZZARO DI SAVENA (BO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Europe S.p.A.
_____
Name

Case number (If known):  25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1735 | State what the contract or lease is for and the nature of the debtor's interest | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 03/27/2019 | MECTRANS S.R.L. VIA ISOLABELLA N. 120 10046 POIRINO (TORINO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1736 | State what the contract or lease is for and the nature of the debtor's interest | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 01/01/2011 | MECTRANS SRL ISOLABELLA 120 POIRINO, TO, 10046 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1737 | State what the contract or lease is for and the nature of the debtor's interest | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 01/01/2011 | MECTRANS SRL VIA ISOLABELLA 120 10046 TOIRINO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1738 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 10/30/2019 | MELEXIS TECHNOLOGIES NV TRANSPORTSTRAAT 1 TESSENDERLO, 3980 BELGIUM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1739 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 11/29/2017 | MENEGHINI&ASSOCIATI S.R.L. TRENTO 56F, VICENZA – 36100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1740 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 02/25/2022 | MERCEDES BENZ AG MERCEDESSTRABE 120 STUTTGART, 70372 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1741 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 02/25/2022 | MERCEDES BENZ AG MERCEDESSTRABE 120 STUTTGART, 70372 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.

Case number (If known): 25-11109

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1742 | **State what the contract or lease is for and the nature of the debtor's interest** | MERCER GLOBAL MOBILITY DATA SUBSCRIPTION AGREEMENT DATED: 01/01/2024 | MERCER ITALIA SRL VIALE BODIO 33 MILANO, 20158 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1743 | **State what the contract or lease is for and the nature of the debtor's interest** | MERCER DATA PROCESSING ADDENDUM DATED: 10/14/2019 | MERCER ITALIA SRL SOCIO UNICO VIALE BODIO 33 MILANO, 20158 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1744 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF CONSENT DATED: 09/21/2020 | MERCK KGAA. FRANKFURTER STRASSE 250 DARMSTADT, 64293 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1745 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLIER COMMITMENT WITH RESPECT TO CODE OF CONDUCT DATED: 05/17/2018 | MESSRS ADVANCED UNIBYTE GMBH PAUL-LECHLER-STRABE N° 8 DEPT.NATION GERMANY ATTN. LEGAL REPRESENTATIVE/ATTORNEY METZINGEN, 72555 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1746 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | MESSRS AI LAS A G STETHINES STR NE 7-9   ZP 63577 CITY_GE LY HAW RICA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1747 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 10/05/2010 | META STSYEM S.P.A VIA MAJAKOVSKIJ 10 B, C, D, E, REGGIO EMILIA (RE) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1748 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF INTENT FOR COLLABORATION ON OBJECT DETECTION SYSTEMS IN BODY COMPUTERS DATED: 03/18/2010 | META SYSTEM S.P.A. MAJAKOVSKIJ 10 B/C/D/E, 42100 REGGIO EMILIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.
_____
Name

Case number (If known):  25-11109
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1749 | State what the contract or lease is for and the nature of the debtor's interest | COLLABORATION AGREEMENT | META SYSTEM S.P.A.<br>VIA MAJAKOVSKIJ 10 B, C, D, E, REGGIO EMILIA (RE) |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1750 | State what the contract or lease is for and the nature of the debtor's interest | COLLABORATION AGREEMENT FOR DEVELOPMENT AND LOCALIZATION OF ULTRASONIC PROTECTION MODULE DATED: 07/29/2010 | META SYSTEM S.P.A.<br>ATTN: GIUSEPPE SIMONAZZI MAJAKOVSKIJ, 10/B/C/D/E, 42124 REGGIO EMILIA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1751 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS AGREEMENT DATED: 04/03/2019 | METAL INDIANAPOLIS EIRELI<br>RUA NÃO ESPECIFICADA ITAQUAQUECETUBA, SP, BRAZIL |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1752 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | METAL SAN. VE TIC. LT.D.STİ KONS PC SAIIA SS BSLGES. KO BA MH.<br>KARMAN CD.<br>NOIT6/A<br>BURSA, A600©<br>TURKEY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1753 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 05/26/2011 | METALFEN POLONIE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1754 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/21/2011 | METALFER SPA<br>VIA GIUSEPPE FRUA 3<br>ROE' VOLCIANO, BRESCIA, 25077 ITALY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1755 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 09/17/2009 | METALSOLUTION SP. Z O.O.<br>UL. TOWAROWA 15<br>TARNOWSKIE GÓRY, 42-600 POLAND |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1756** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 09/17/2009 | METALSOLUTION SP. Z O.O. UL. TOWAROWA 15 TARNOWSKIE GÓRY, 42-600 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1757** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 05/19/2010 | METALURGIA REALEZA IND. E COM. LTDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1758** | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT FOR THE DEVELOPMENT OF THE SERVICES MARKET IN BRAZIL DATED: 03/12/2010 | METASYSTEM GROUP S.P.A. OBERDAN 16, 42100 REGGIO EMILIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1759** | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 05/15/2008 | METASYSTEM S.P.A META SYSTEM S.P.A. VIA GALIMBERTI, 9 REGGIO EMILIA, 42100 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1760** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/09/2010 | METFON S.R.L STRADA TORINO 49 ORBASSANO, 10043 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1761** | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 04/08/2024 | METHODOS S.P.A. VIA GIACOMO MELLERIO 3, 20123, MILAN ATTN: LEGAL REPRESENTATIVE MR/MS ALESSIO PAOLO VACCAREZZA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1762** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES (2020 EDITION) DATED: 12/06/2023 | METHODOS S.P.A. VIA GIACOMO MELLERIO 3, 20123 MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1763 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO MAGNETI MARELLI PURCHASING GENERAL TERMS AND CONDITIONS DATED: 12/01/2017 | MEVIS S.P.A.<br>VIA BORGO TOCCHI 28/32, ATTN: CAMILLA PAGANI<br>, VIA BORGO TOCCHI,28/32-I- ROSA(VICENZA)<br>, MEVIS<br>ROSA, ROSA VI, 36027, 36027<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1764 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 06/08/2010 | MICRO CAST INJ. COM. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1765 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT DATED: 05/21/2019 | MICROPAC S.R.L.<br>VIA GAGARIN<br>FIZZONASCO DI PIEVE EMANUELE<br>(MI),<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1766 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT DATED: 06/28/2018 | MICROPAC S.R.L.<br>VIA GAGARIN<br>FIZZONASCO DI PIEVE EMANUELE<br>MI, 20090<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1767 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAME AGREEMENT DATED: 04/03/2018 | MICROSEMI CORP. - POWER PRODUCTS GROUP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1768 | **State what the contract or lease is for and the nature of the debtor's interest** | VEXATIOUS CLAUSES FORM (ADDENDUM TO MICROSOFT ENTERPRISE SERVICES WORK ORDER)   DATED: 06/18/2020 | MICROSOFT CORPORATION<br>6880 Sierra Center Parkway<br>Dept. 551<br>Volume Licensing<br>Reno, NV 89511 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1769 | **State what the contract or lease is for and the nature of the debtor's interest** | VEXATIOUS CLAUSES FORM - ADDENDUM TO MICROSOFT ENTERPRISE SERVICES WORK ORDER DATED: 06/18/2020 | MICROSOFT CORPORATION<br>6880 Sierra Center Parkway<br>Dept. 551<br>Volume Licensing<br>Reno, NV 89511 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.
_____
         Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1770** State what the contract or lease is for and the nature of the debtor's interest | WORK ORDER ADDENDUM DATED: 01/17/2023 | MICROSOFT ENTERPRISE SERVICES DEPT. 551, VOLUME LICENSING, 6880 SIERRA CENTER PARKWAY, RENO, NEVADA 89511-1137 |

| 2.1770 | State what the contract or lease is for and the nature of the debtor's interest | WORK ORDER ADDENDUM DATED: 01/17/2023 | MICROSOFT ENTERPRISE SERVICES DEPT. 551, VOLUME LICENSING, 6880 SIERRA CENTER PARKWAY, RENO, NEVADA 89511-1137 |
|---|---|---|---|
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.1771 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES WORK ORDER DATED: 04/01/2020 | MICROSOFT IRELAND OPERATIONS LIMITED ONE MICROSOFT PLACE SOUTH COUNTY BUSINESS PARK LEOPARDSTOWN DUBLIN, D18P521 IRELAND |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.1772 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO CONTRACT DOCUMENTS DATED: 09/05/2023 | MICROSOFT IRELAND OPERATIONS LIMITED ONE MICROSOFT PLACE SOUTH COUNTY BUSINESS PARK LEOPARDSTOWN DUBLIN, D18P521 IRELAND |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.1773 | State what the contract or lease is for and the nature of the debtor's interest | PROGRAM SIGNATURE FORM - MICROSOFT PURCHASE AGREEMENT   DATED: 06/18/2020 | MICROSOFT IRELAND OPERATIONS LIMITED ONE MICROSOFT PLACE SOUTH COUNTY BUSINESS PARK LEOPARDSTOWN, DUBLIN 18, D18 P521 IRELAND |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.1774 | State what the contract or lease is for and the nature of the debtor's interest | PROGRAM SIGNATURE FORM - MICROSOFT PURCHASE AGREEMENT   DATED: 06/18/2020 | MICROSOFT IRELAND OPERATIONS LIMITED ONE MICROSOFT PLACE SOUTH COUNTY BUSINESS PARK LEOPARDSTOWN, DUBLIN 18, D18 P521 IRELAND |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.1775 | State what the contract or lease is for and the nature of the debtor's interest | MICROSOFT ENTERPRISE SERVICES WORK ORDER DATED: 05/01/2020 | MICROSOFT IRELAND OPERATIONS LIMITED CARMANHALL ROAD SANDYFORD INDUSTRIAL ESTATE DUBLIN 18, LEINSTER, IRELAND |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.1776 | State what the contract or lease is for and the nature of the debtor's interest | WORK ORDER IN RELATION TO THE PROVISIONS OF THE MICROSOFT BUSINESS AND SERVICES AGREEMENT DATED: 06/24/2020 | MICROSOFT IRELAND OPERATIONS LIMITED ONE MICROSOFT PLACE SOUTH COUNTY BUSINESS PARK LEOPARDSTOWN, DUBLIN 18, D18 P521 IRELAND |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.

Name

Case number (If known):   25-11109

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1777** State what the contract or lease is for and the nature of the debtor's interest — AGREEMENT TO PROVIDE LICENSED PRODUCT DATED: 02/16/2023<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | MICROSOFT IRELAND OPERATIONS LIMITED<br>ONE MICROSOFT PLACE<br>SOUTH COUNTY BUSINESS PARK<br>LEOPARDSTOWN<br>DUBLIN, D18P521<br>IRELAND |
| **2.1778** State what the contract or lease is for and the nature of the debtor's interest — PROGRAM SIGNATURE FORM - MICROSOFT PURCHASE AGREEMENT   DATED: 06/18/2020<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | MICROSOFT S.R.L<br>MICROSOFT HOUSE<br>VIALE PASUBIO 21<br>MILANO, 20154<br>ITALY |
| **2.1779** State what the contract or lease is for and the nature of the debtor's interest — PROGRAM SIGNATURE FORM - MICROSOFT PURCHASE AGREEMENT   DATED: 06/18/2020<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | MICROSOFT S.R.L<br>MICROSOFT HOUSE<br>VIALE PASUBIO 21<br>MILANO, 20154<br>ITALY |
| **2.1780** State what the contract or lease is for and the nature of the debtor's interest — WORK ORDER IN RELATION TO PROVISIONS OF THE MICROSOFT BUSINESS AND SERVICES AGREEMENT DATED: 06/23/2020<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | MICROSOFT S.R.L.<br>MICROSOFT HOUSE<br>VIALE PASUBIO 21<br>MILANO, 20154<br>ITALY |
| **2.1781** State what the contract or lease is for and the nature of the debtor's interest — AMENDMENT: MICROSOFT ENTERPRISE SERVICES WORK ORDER DATED: 02/13/2025<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | MICROSOFT SRL<br>MICROSOFT HOUSE VIALE PASUBIO 21<br>MILANO, 20154<br>ITALY |
| **2.1782** State what the contract or lease is for and the nature of the debtor's interest — ADDENDUM TO SERVICES WORK ORDER DATED: 06/08/2023<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | MICROSOFT SRL<br>MICROSOFT HOUSE VIALE PASUBIO 21<br>MILANO, 20154<br>ITALY |
| **2.1783** State what the contract or lease is for and the nature of the debtor's interest — AMENDMENT TO CONTRACT DOCUMENTS DATED: 09/05/2023<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | MICROSOFT SRL<br>MICROSOFT HOUSE VIALE PASUBIO 21<br>MILANO, 20154<br>ITALY |

Debtor   Marelli Europe S.p.A.
         Name

Case number (If known)   25-11109

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1784** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT TO PROVIDE LICENSED PRODUCT DATED: 02/16/2023 | MICROSOFT SRL MICROSOFT HOUSE VIALE PASUBIO 21 MILANO, 20154 ITALY |

**2.1784**
- State what the contract or lease is for and the nature of the debtor's interest: AGREEMENT TO PROVIDE LICENSED PRODUCT DATED: 02/16/2023 — MICROSOFT SRL, MICROSOFT HOUSE VIALE PASUBIO 21, MILANO, 20154, ITALY
- State the term remaining: Undetermined
- List the contract number of any government contract:

**2.1785**
- State what the contract or lease is for and the nature of the debtor's interest: CONTRACT FOR THE PROVISION OF INTELLECTUAL WORK DATED: 04/07/2016 — MILITERNI & ASSOCIATI, MILAN, VIA M. GONZAGA 7,
- State the term remaining: Undetermined
- List the contract number of any government contract:

**2.1786**
- State what the contract or lease is for and the nature of the debtor's interest: QUALITY AGREEMENT DATED: 02/18/2010 — MINAS PLASTIC IND. COM. IMP. E EXP. DE PLÁSTICOS LTDA, CITY OF MATEUS LEME, STATE OF MINAS GERAIS, RODOVIA MG 050, S/N, KM 29, VILA SUZANA, CEP: 35.670-000
- State the term remaining: Undetermined
- List the contract number of any government contract:

**2.1787**
- State what the contract or lease is for and the nature of the debtor's interest: PRODUCT DEVELOPMENT AND LICENSING AGREEMENT DATED: 11/12/2013 — MINDWAY S.R.L., PORDOI 8, ATTN: ENG. MICHELE CORVO, SOLE DIRECTOR AND LEGAL REPRESENTATIVE, SETTIMO MILANESE, MI, 20019, ITALY
- State the term remaining: Undetermined
- List the contract number of any government contract:

**2.1788**
- State what the contract or lease is for and the nature of the debtor's interest: QUALITY SPECIFICATIONS — MINGO SANHUAN MAJSOUND INDUSTRIES & TRADE CO. LTD, REGISTERED OFFICE IN NINGBO
- State the term remaining: Undetermined
- List the contract number of any government contract:

**2.1789**
- State what the contract or lease is for and the nature of the debtor's interest: TERMS OF BUSINESS FOR EMPLOYMENT AGREEMENT DATED: 11/08/2023 — MIRAMAR EXECUTIVE SEARCH LIMITED, 3RD FLOOR, 83-84 GEORGE STREET, RICHMOND, TW9 1HE
- State the term remaining: Undetermined
- List the contract number of any government contract:

**2.1790**
- State what the contract or lease is for and the nature of the debtor's interest: QUALITY SPECIFICATIONS DATED: 06/07/2019 — MIROGLIO & C. S.P.A., TORINO
- State the term remaining: Undetermined
- List the contract number of any government contract:

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1791** State what the contract or lease is for and the nature of the debtor's interest — GLOBAL PURCHASING AGREEMENT DATED: 11/05/2012 | MISTA S.P.A. VIA ROMA 79/A - 14040 CORTIGLIONE (AT) |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1792** State what the contract or lease is for and the nature of the debtor's interest — CERTIFIED COPY DATED: 05/01/2019 | MM HOLDINGS JAPAN CO., LTD. 1 IF MEIJI YASUDA SEIMEI BUILDING 2-1-1 MARUNOUCHI CHIYODAKU, TOKYO, JAPAN |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1793** State what the contract or lease is for and the nature of the debtor's interest — SOFTWARE MAINTENANCE AND SUPPORT AGREEMENT DATED: 01/06/2021 | MOBISYS GMBH ALTROTTSTRASSE 26 MOBILE INFORMATIONSSYSTEME WALLDORF, 69190 GERMANY |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1794** State what the contract or lease is for and the nature of the debtor's interest — SPECIFIC TERMS AND CONDITIONS FOR THE PROVISION OF ENGINEERING SERVICES DATED: 02/22/2018 | MODIS CONSULTING S.R.L. VIA TOLMEZZO 15, 20132 MILANO (MI) |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1795** State what the contract or lease is for and the nature of the debtor's interest — QUALITY SPECIFICATIONS AGREEMENT DATED: 11/04/2019 | MODIS CONSULTING SRL VIA TOLMEZZO 15 - 20132 - MILANO |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1796** State what the contract or lease is for and the nature of the debtor's interest — GENERAL TERMS AND CONDITIONS OF PURCHASE (2014 EDITION) DATED: 11/29/2016 | MODYF SA MA |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1797** State what the contract or lease is for and the nature of the debtor's interest — QUALITY AGREEMENT DATED: 11/30/2009 | MOGAR SRL VIA PELLICE 85 CASCINE VICA RIVOLI, TORINO, 10098 ITALY |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |

Debtor   Marelli Europe S.p.A.
Name

Case number (If known)   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1798** State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/21/2011 | MOLLIFICIO DELLEPIANE S.R.L. VIA ALA DI STURA N. 73 TORINO, 10148 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1799** State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/16/2012 | MONROE LLC 4490 44TH STREET SE GRAND RAPIDS, MI 49512, 49512 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1800** State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 05/23/2019 | MONROE MECHANICAL (SHANGHAI) CO., LTD 1235 MINQIANG RD BUILDING 2 SONGJIANG DISTRICT SHANGHAI, CHINA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1801** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO TMS MONSTER GENERAL TERMS AND CONDITIONS DATED: 05/23/2016 | MONSTER ITALIA S.R.L. RUGGERO BOSCOVICH 18, 20124 MILANO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1802** State what the contract or lease is for and the nature of the debtor's interest | TMS DATA PROCESSING ADDENDUM | MONSTER WORLDWIDE, INC. 133 BOSTON POST RD WESTON, MA 02493 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1803** State what the contract or lease is for and the nature of the debtor's interest | GENERAL CONDITIONS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 08/09/2017 | MORENI GROUP DI MORENT F E C. SNC VIA SANGUINE 108/1 43052 COLORNO (PR) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1804** State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/03/2010 | MORETIO SPA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.

Name

Case number (If known):   25-11109

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1805 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT DATED: 01/17/2025 | MOTORSPORTS IP ACQUISITION CO. I, LLC 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1806 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/21/2011 | MPE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1807 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 03/18/2010 | MULTICON GMBH INDUSTIESSTRASSE 1 SEEBACH, 99846 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1808 | State what the contract or lease is for and the nature of the debtor's interest | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 01/01/2014 | MULTILOG S.P.A VIA STRADA III N.3 INTERPORTO  SI.TO. 10040 RIVALTA DI TORINO (TO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1809 | State what the contract or lease is for and the nature of the debtor's interest | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 03/27/2019 | MULTILOG S.P.A. RIVALTA DI TORINO (TO), VIA STRADA III N. 3 INTERPORTO SITO 10040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1810 | State what the contract or lease is for and the nature of the debtor's interest | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 01/01/2014 | MULTILOG S.P.A. VIA STRADA 111 N.3 INTERPORTO SI.TO. 10040 RIVALTA DI TORINO (TO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1811 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR LOGISTICS SERVICES DATED: 03/31/2018 | MULTILOG S.P.A. VIA STRADA I N.10 - INTERPORTO SI. TO. - 10040 ORBASSANO (TO), |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.                                                Case number (If known):  25-11109
          Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |  |
| --- | --- |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.1812 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR LOGISTICS SERVICES DATED: 04/01/2018 | MULTILOG S.P.A. ATTN: ING. ANDREA FRANCHETTO STRADA I N.10 – INTERPORTO S.I.TO., 10040 ORBASSANO (TO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1813 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/30/2009 | N.M.C. NUOVO MOLLIFICIO CAMPANO S.R.L. ZONA ASI LOC PASCAROLA CAIVANO (NAPLES), 80023 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1814 | State what the contract or lease is for and the nature of the debtor's interest | SPORTS SPONSORSHIP CONTRACT DATED: 05/12/2008 | N.TECHNOLOGY SPA TONANI 6 MALAGNINO, CR, 26030 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1815 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 05/05/2021 | NACON SA 396/466 RUE DE LA VOYETTE CRT2 FRETIN, 59273 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1816 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LICENSE AGREEMENT DATED: 03/08/2022 | NACON SA 96 RUE DE LA VOYETTE CRT2 FRETIN, 59273 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1817 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 03/31/2017 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1818 | State what the contract or lease is for and the nature of the debtor's interest | POWER OF ATTORNEY DATED: 04/27/2022 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1819**

| State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS DATED: 02/08/2018 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1820**

| State what the contract or lease is for and the nature of the debtor's interest | REQUEST FOR OFFER FOR INTEGRATED DESIGN WORKS AND WORKS SUPERVISION, TECHNICAL SPECIFICATIONS | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1821**

| State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 11/17/2013 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1822**

| State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 09/24/2008 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1823**

| State what the contract or lease is for and the nature of the debtor's interest | REQUEST FOR OFFER FOR INTEGRATED DESIGN WORKS AND WORKS SUPERVISION, TECHNICAL SPECIFICATIONS | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1824**

| State what the contract or lease is for and the nature of the debtor's interest | RESIDENTIAL LEASE AGREEMENT DATED: 12/15/2023 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1825**

| State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 01/25/2012 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1826** **State what the contract or lease is for and the nature of the debtor's interest** — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED<br>**State the term remaining** — Undetermined<br>**List the contract number of any government contract** | NAME ON FILE<br>ADDRESS ON FILE |
| **2.1827** **State what the contract or lease is for and the nature of the debtor's interest** — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED<br>**State the term remaining** — Undetermined<br>**List the contract number of any government contract** | NAME ON FILE<br>ADDRESS ON FILE |
| **2.1828** **State what the contract or lease is for and the nature of the debtor's interest** — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED<br>**State the term remaining** — Undetermined<br>**List the contract number of any government contract** | NAME ON FILE<br>ADDRESS ON FILE |
| **2.1829** **State what the contract or lease is for and the nature of the debtor's interest** — FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 06/27/2017<br>**State the term remaining** — Undetermined<br>**List the contract number of any government contract** | NAME ON FILE<br>ADDRESS ON FILE |
| **2.1830** **State what the contract or lease is for and the nature of the debtor's interest** — GENERAL TERMS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 06/27/2017<br>**State the term remaining** — Undetermined<br>**List the contract number of any government contract** | NAME ON FILE<br>ADDRESS ON FILE |
| **2.1831** **State what the contract or lease is for and the nature of the debtor's interest** — LETTER OF ENGAGEMENT DATED: 07/13/2022<br>**State the term remaining** — Undetermined<br>**List the contract number of any government contract** | NAME ON FILE<br>ADDRESS ON FILE |
| **2.1832** **State what the contract or lease is for and the nature of the debtor's interest** — AGREEMENT TO COMMIT THE CODE OF CONDUCT DATED: 02/08/2018<br>**State the term remaining** — Undetermined<br>**List the contract number of any government contract** | NAME ON FILE<br>ADDRESS ON FILE |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1833 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT OF COMMITMENT TO THE CODE OF CONDUCT DATED: 06/27/2017 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1834 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 09/20/2017 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1835 | State what the contract or lease is for and the nature of the debtor's interest | POWER OF ATTORNEY DATED: 04/27/2022 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1836 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT OF COMMITMENT TO THE CODE OF CONDUCT DATED: 03/10/2018 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1837 | State what the contract or lease is for and the nature of the debtor's interest | POWER OF ATTORNEY | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1838 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 09/24/2008 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1839 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 12/01/2009 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
         Name

Case number (If known):   25-11109

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1840** **State what the contract or lease is for and the nature of the debtor's interest** | TRAINING UPGRADE DATED: 11/14/2017 | NAME ON FILE ADDRESS ON FILE |

**2.1840**

**State what the contract or lease is for and the nature of the debtor's interest** — TRAINING UPGRADE DATED: 11/14/2017 — NAME ON FILE / ADDRESS ON FILE

**State the term remaining** — Undetermined

**List the contract number of any government contract**

**2.1841**

**State what the contract or lease is for and the nature of the debtor's interest** — QUALITY AGREEMENT DATED: 04/08/2010 — NAME ON FILE / ADDRESS ON FILE

**State the term remaining** — Undetermined

**List the contract number of any government contract**

**2.1842**

**State what the contract or lease is for and the nature of the debtor's interest** — PURCHASING GENERAL TERMS AND CONDITIONS DATED: 03/23/2018 — NAME ON FILE / ADDRESS ON FILE

**State the term remaining** — Undetermined

**List the contract number of any government contract**

**2.1843**

**State what the contract or lease is for and the nature of the debtor's interest** — TERM OF TRANSFER OF OWNERSHIP OF ACCESS TO THE PERSONAL MOBILE SERVICE DATED: 08/01/2008 — NAME ON FILE / ADDRESS ON FILE

**State the term remaining** — Undetermined

**List the contract number of any government contract**

**2.1844**

**State what the contract or lease is for and the nature of the debtor's interest** — QUALITY AGREEMENT DATED: 12/03/2010 — NAME ON FILE / ADDRESS ON FILE

**State the term remaining** — Undetermined

**List the contract number of any government contract**

**2.1845**

**State what the contract or lease is for and the nature of the debtor's interest** — CONTRACT FOR THE PROVISION OF OCCASIONAL PROFESSIONAL WORK — NAME ON FILE / ADDRESS ON FILE

**State the term remaining** — Undetermined

**List the contract number of any government contract**

**2.1846**

**State what the contract or lease is for and the nature of the debtor's interest** — LOAN AGREEMENT DATED: 06/01/2025 — NAME ON FILE / ADDRESS ON FILE

**State the term remaining** — Undetermined

**List the contract number of any government contract**

Debtor    Marelli Europe S.p.A.
_____
Name

Case number (If known):   25-11109

| | |
|---|---|
| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1847** **State what the contract or lease is for and the nature of the debtor's interest** LOAN AGREEMENT DATED: 01/01/2023 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.1848** **State what the contract or lease is for and the nature of the debtor's interest** FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.1849** **State what the contract or lease is for and the nature of the debtor's interest** PURCHASING GENERAL TERMS AND CONDITIONS DATED: 02/26/2019 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.1850** **State what the contract or lease is for and the nature of the debtor's interest** LOAN AGREEMENT DATED: 12/09/2024 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.1851** **State what the contract or lease is for and the nature of the debtor's interest** TRAINING UPGRADE DATED: 11/13/2017 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.1852** **State what the contract or lease is for and the nature of the debtor's interest** SETTLEMENT AGREEMENT DATED: 09/24/2008 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.1853** **State what the contract or lease is for and the nature of the debtor's interest** ADDENDUM TO THE RESIDENTIAL LEASE AGREEMENT DATED: 11/30/2023 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |

| Debtor | Marelli Europe S.p.A. | | Case number (If known): 25-11109 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1854** | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT OF TRANSACTION AND COEXISTENCE: 01/17/2020 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1855** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 09/01/2002 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1856** | **State what the contract or lease is for and the nature of the debtor's interest** | TRAINING UPGRADE DATED: 11/09/2017 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1857** | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF ENGAGEMENT FOR; STELLANTIS STANDARD ESSENTIAL PATENTS CASES IN GERMANY DATED: 07/13/2022 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1858** | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF ENGAGEMENT DATED: 07/13/2022 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1859** | **State what the contract or lease is for and the nature of the debtor's interest** | POWER OF ATTORNEY DATED: 12/22/2022 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1860** | **State what the contract or lease is for and the nature of the debtor's interest** | RESIDENTIAL LEASE AGREEMENT DATED: 06/01/2025 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.
_____
Name

Case number (If known): 25-11109
_____



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1861** **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 05/02/2019 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined |  |
| **List the contract number of any government contract** |  |  |

| | | |
|---|---|---|
| **2.1862** **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/02/2010 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined |  |
| **List the contract number of any government contract** |  |  |

| | | |
|---|---|---|
| **2.1863** **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 10/14/2011 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined |  |
| **List the contract number of any government contract** |  |  |

| | | |
|---|---|---|
| **2.1864** **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 01/09/2019 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined |  |
| **List the contract number of any government contract** |  |  |

| | | |
|---|---|---|
| **2.1865** **State what the contract or lease is for and the nature of the debtor's interest** | TRAINING UPGRADE DATED: 11/05/2017 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined |  |
| **List the contract number of any government contract** |  |  |

| | | |
|---|---|---|
| **2.1866** **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS FOR THE PROVISION OF SERVICES (2018 EDITION) | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined |  |
| **List the contract number of any government contract** |  |  |

| | | |
|---|---|---|
| **2.1867** **State what the contract or lease is for and the nature of the debtor's interest** | POWER OF ATTORNEY | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined |  |
| **List the contract number of any government contract** |  |  |

| Debtor | Marelli Europe S.p.A. | | Case number (If known): 25-11109 |
|---|---|---|---|
| | Name | | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1868** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/02/2010 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1869** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 10/18/2010 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1870** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/26/2010 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1871** | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 03/10/2018 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1872** | **State what the contract or lease is for and the nature of the debtor's interest** | SIDE LETTER TO THE NOMINATION AGREEMENT O DATED: 03/26/2019 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1873** | **State what the contract or lease is for and the nature of the debtor's interest** | OUT-OF-COURT SETTLEMENT AGREEMENT DATED: 06/17/2011 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1874** | **State what the contract or lease is for and the nature of the debtor's interest** | POWER OF ATTORNEY | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.
    Name

Case number (If known):  25-11109

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.1875 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT DATED: 11/28/2018 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1876 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 03/26/2010 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1877 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/18/2009 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1878 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE CONTRACT DATED: 01/01/2024 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1879 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 07/07/2010 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1880 | **State what the contract or lease is for and the nature of the debtor's interest** | TRAINING UPGRADE DATED: 11/09/2017 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1881 | **State what the contract or lease is for and the nature of the debtor's interest** | POWER OF ATTORNEY DATED: 04/27/2022 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1882** | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 03/31/2017 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1883** | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT DATED: 06/30/2016 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1884** | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTANCY AGREEMENT DATED: 01/01/2008 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1885** | **State what the contract or lease is for and the nature of the debtor's interest** | PROXY DATED: 02/13/2020 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1886** | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS AND CONDITIONS | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1887** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 10/18/2010 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.1888** | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 08/01/2019 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor  Marelli Europe S.p.A.

Name

Case number (if known):  25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1889** State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 03/26/2010 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.1890** State what the contract or lease is for and the nature of the debtor's interest | POWER OF ATTORNEY DATED: 12/22/2022 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.1891** State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 08/01/2023 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.1892** State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 03/07/2018 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.1893** State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 07/03/2018 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.1894** State what the contract or lease is for and the nature of the debtor's interest | RESIDENTIAL LEASE AGREEMENT DATED: 08/01/2023 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.1895** State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 04/22/2021 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1896 | State what the contract or lease is for and the nature of the debtor's interest | LEASE CONTRACT FOR THE PROPERTIES | NANSHA PLAINVIM AUTOMOBILE INDUSTRIAL PARK CO ., LTD NO 63 XINGUANGSAN ROAD ZHUJIANG DISTRICT NANSHA, GUANGZHOU, 511462 CHINA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1897 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 10/18/2010 | NANTONG SANXIN AUTOMOBILE LAMP CO. LTD FITTING CO., LTD. HAIMEN CITY, 226153 CHINA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1898 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS AGREEMENT DATED: 10/15/2019 | NANTONG ZHIBO ELECTRONIC CABLE CO., LTD. YUDONG STREET HAIMEN CITY, JIANGSU PROVINCE, CHINA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1899 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO QUALITY SPECIFICATIONS DATED: 09/23/2019 | NANTONG ZHIBO ELECTRONIC CABLE CO., LTD. YUDONG STREET HAIMEN CITY, JIANGSU PROVINCE, CHINA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1900 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 01/01/2019 | NATIONAL ASSOCIATION OF THE AUTOMOTIVE INDUSTRY SUPPLY CHAIN CORSO GALILEO FERRARIS 61, 10128 TURIN |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1901 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 1 TO ENTERPRISE PROGRAM DOCUMENTATION DATED: 01/30/2024 | NATIONAL INSTRUMENTS CORPORATION 11500 NORTH MOPAC EXPRESSWAY AUSTIN, TX 78759 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1902 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 1 TO ENTERPRISE PROGRAM DOCUMENTATION DATED: 03/01/2023 | NATIONAL INSTRUMENTS CORPORATION 11500 NORTH MOPAC EXPRESSWAY AUSTIN, TX 78759 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
         Name

Case number (If known): 25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1903** **State what the contract or lease is for and the nature of the debtor's interest** — ENTERPRISE PROGRAM DOCUMENTATION DATED: 05/01/2020 | NATIONAL INSTRUMENTS CORPORATION 11500 NORTH MOPAC EXPRESSWAY AUSTIN, TX 78759 |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.1904** **State what the contract or lease is for and the nature of the debtor's interest** — FIRST AMENDMENT TO ENTERPRISE PROGRAM DOCUMENTATION DATED: 10/13/2021 | NATIONAL INSTRUMENTS CORPORATION 11500 NORTH MOPAC EXPRESSWAY AUSTIN, TX 78759 |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.1905** **State what the contract or lease is for and the nature of the debtor's interest** — AMENDMENT 3 TO ENTERPRISE PROGRAM DOCUMENTATION DATED: 05/31/2023 | NATIONAL INSTRUMENTS CORPORATION 11500 NORTH MOPAC EXPRESSWAY AUSTIN, TX 78759 |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.1906** **State what the contract or lease is for and the nature of the debtor's interest** — ENTERPRISE PROGRAM DOCUMENTATION: 5/1/2023 | NATIONAL INSTRUMENTS CORPORATION VIA DEL BOSCO RINNOVATO, 8 CENTRO DIREZIONALE MILANOFIORI NORD ASSAGO, ML, 20090 ITALY |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.1907** **State what the contract or lease is for and the nature of the debtor's interest** — PURCHASE ORDER DATED: 04/30/2023 | NATIONAL INSTRUMENTS ITALY S.R.L. CENTRO DIREZ. MILANOFIORI NORD P.U VIA DEL BOSCO RINNOVATO, 8 20090 ASSAGO MI |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.1908** **State what the contract or lease is for and the nature of the debtor's interest** — FIRST AMENDMENT TO ENTERPRISE PROGRAM DOCUMENTATION DATED: 10/13/2021 | NATIONAL INSTRUMENTS ITALY SRL VIA DEL BOSCO RINNOVATO, 8 CENTRO DIREZIONALE MILANOFIORI NORD ASSAGO, MI, 20090 ITALY |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.1909** **State what the contract or lease is for and the nature of the debtor's interest** — ENTERPRISE PROGRAM DOCUMENTATION DATED: 05/01/2020 | NATIONAL INSTRUMENTS ITALY SRL VIA DEL BOSCO RINNOVATO, 8 CENTRO DIREZIONALE MILANOFIORI NORD ASSAGO, ML, 20090 ITALY |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
| | Name | |

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1910** State what the contract or lease is for and the nature of the debtor's interest | RESEARCH CONTRACT – ANALYSIS AND IMPLEMENTATION OF FERROMAGNETIC MATERIALS IN IGNITION COILS DATED: 01/03/2017 | NATIONAL INTERUNIVERSITY CONSORTIUM FOR MATERIALS SCIENCE AND TECHNOLOGY (INSTM) PIAZZA S. MARCO N. 4 - 50121 FLORENCE  GIUSTI, 9 - 50121 FLORENCE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1911** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 09/07/2012 | NATIONAL MOLDING ITALIA S.R.L VIA SAN ROCCO 5 CAMBIANO, TURIN, 10020 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1912** State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 08/21/2019 | NATIONAL MOLDING ITALIA SRL VIA SAN ROCCO 5 CAMBIANO, TURIN, 10020 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1913** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR RESEARCH ACTIVITIES DATED: 06/17/2025 | NATIONAL RESEARCH COUNCIL - INSTITUTE OF SCIENCE AND TECHNOLOGY FOR SUSTAINABLE ENERGY AND MOBILITY NAPLES, VIA G. MARCONI 4 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1914** State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 01/22/2010 | NAVTEQ B.V. DE RUN 1115 VELDHOVEN, 5503 LB THE NETHERLANDS |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1915** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO MEMORANDUM OF UNDERSTANDING DATED: 03/31/2010 | NAVTEQ B.V. DE RUN 1115 VELDHOVEN, 5503 LB THE NETHERLANDS |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1916** State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 12/09/2010 | NAVTEQ B.V. RUN 1115 VELDHOVEN, 5503 LB THE NETHERLANDS |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.

Case number (If known):   25-11109

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1917** State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AGREEMENT DATED: 09/01/2012 | NAVTEQ EUROPE B.V DE RUN 1115 VELDHOVEN, 5503 LB THE NETHERLANDS |

| | |
|---|---|
| **2.1917** | |
| State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AGREEMENT DATED: 09/01/2012 / NAVTEQ EUROPE B.V DE RUN 1115 VELDHOVEN, 5503 LB THE NETHERLANDS |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1918** | |
| State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 11/24/2011 / NAVTEQ EUROPE B.V. RUN 1115 VELDHOVEN, 5503 LB THE NETHERLANDS |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1919** | |
| State what the contract or lease is for and the nature of the debtor's interest | INTEGRATED LOGISTICS CONVENTION 2009 DATED: 01/26/2009 / NCV S.C.R.L. CRESPELLANO, VIA EMILIA N. 11 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1920** | |
| State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 12/19/2024 / NDK EUROPE LIMITED 31-35 HIGH STREET RIVER REACH KINGSTON UPON THAMES, SURREY, KT1 ILF UNITED KINGDOM |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1921** | |
| State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS OF PURCHASE FOR MACHINERY DATED: 01/02/2020 / NERA SAS DI NERA EMILIO &. C VIA NOVARA 84 ABBIATEGRASSO, 20081 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1922** | |
| State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS AGREEMENT DATED: 05/08/2019 / NESS ROMANIA S.R.L. TIMISOARA, ROMANIA |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1923** | |
| State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 07/26/2019 / NETCOM GROUP S.P.A. VIA ANDREA D'LSEMIA, 38 - 80122 NAPOLI |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1924 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT DATED: 06/26/2017 | NETCOM GROUP S.P.A. VIA A.D'ISERNIA, 38 - 80143 NAPOLI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1925 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT DATED: 06/26/2017 | NETCOM GROUP S.PA VIA A.DTSERNIA, 38 - 80143 NAPOLI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1926 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK OF AGREEMENT | NGA HUMAN RESOURCE CHORZOWSKA 146 KATOWICE, 40-101 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1927 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 04/01/2020 | NICMA & PARTNERS S.P.A. ATTN: MR. LORIS TUGNOLO PERETTO MARTIN GIORGINA, 6 10083, FAVRIA (TO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1928 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 04/01/2020 | NICMA & PARTNERS S.P.A. ATTN OF: MR. LORIS TUGNOLO PERETTO MARTIN GIORGINA, 6 10083, FAVRIA (TO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1929 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 06/24/2020 | NICMA & PARTNERS S.P.A. FAVRIA C.SE (TO), VIA PERETTO MARTIN GIORGINA N. 6 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1930 | State what the contract or lease is for and the nature of the debtor's interest | CIVIL AND TECHNICAL CLEANING SERVICES CONTRACT DATED: 06/01/2020 | NICMA & PARTNERS S.P.A. ATTENTION OF: MR. LORIS TUGNOLO PERETTO MARTIN GIORGINA, 6, 10083 FAVRIA (TO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.                                    Case number (If known):   25-11109
         Name

| ☐ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1931** State what the contract or lease is for and the nature of the debtor's interest | CLEANING SERVICE DATED: 05/03/2024 | NICMA FACILITY S.P.A CORSO LOMBARDIA 69 10099 SAN MAURO TORINESE (TO) |

| 2.1931 | State what the contract or lease is for and the nature of the debtor's interest | CLEANING SERVICE DATED: 05/03/2024 | NICMA FACILITY S.P.A CORSO LOMBARDIA 69 10099 SAN MAURO TORINESE (TO) |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1932 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER DATED: 10/12/2024 | NICMA FACILITY S.P.A. CORSO LOMBARDIA 69 10099 SAN MAURO TORINESE TO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1933 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES AT THE VENARIA PLANT DATED: 06/30/2023 | NICMA FACILITY S.P.A. CORSO LOMBARDIA 69 SAN MAURO TORINESE, TO, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1934 | State what the contract or lease is for and the nature of the debtor's interest | ECONOMIC OFFER DATED: 01/07/2023 | NICMA FACILITY S.P.A. SAN MAURO TORINESE (TO), CORSO LOMBARDIA N. 69 – 10099 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1935 | State what the contract or lease is for and the nature of the debtor's interest | ECONOMIC OFFER DATED: 12/05/2023 | NICMA FACILITY S.P.A. SAN MAURO TORINESE (TO), CORSO LOMBARDIA N. 69 – 10099, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1936 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES AT THE RIVALTA PLANT DATED: 06/30/2023 | NICMA FACILITY S.P.A. CORSO LOMBARDIA 69 SAN MAURO TORINESE, TO, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1937 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES: 02/12/2024 | NICMA FACILITY S.P.A. CORSO LOMBARDIA 69 SAN MAURO TORINESE, TO, 10099 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
Name

Case number (If known):    25-11109

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1938** State what the contract or lease is for and the nature of the debtor's interest — CONTRACT FOR THE AWARDING OF CIVIL AND TECHNICAL CLEANING SERVICES: 02/12/2024<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | NICMA FACILITY S.P.A.<br>CORSO LOMBARDIA 69<br>SAN MAURO TORINESE, TORINO, 10099<br>ITALY |
| **2.1939** State what the contract or lease is for and the nature of the debtor's interest — CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 07/01/2023<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | NICMA FACILITY S.P.A.<br>CORSO LOMBARDIA, 69<br>ATTN: MR. LORIS TUGNOLO<br>SAN MAURO TORINESE, TO, 10099<br>ITALY |
| **2.1940** State what the contract or lease is for and the nature of the debtor's interest — ADDENDUM TO THE CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 06/30/2023<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | NICMA FACILITY S.P.A.<br>SAN MAURO TORINESE (TO), C.SO LOMBARDIA 69 |
| **2.1941** State what the contract or lease is for and the nature of the debtor's interest — QUALITY AGREEMENT DATED: 04/09/2010<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | NICOL'S IND. E COM. DE PLASTICOS LTDA<br>RUA JOAO ALFREDO 356<br>E 320<br>SAO PAULO,<br>BRAZIL |
| **2.1942** State what the contract or lease is for and the nature of the debtor's interest — FRAMEWORK LOGISTIC AND TRANSPORTATION AGREEMENT DATED: 06/13/2019<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | NIGHT STAR EXPRESS HELLMANN & HONOLD GMBH & CO. KG<br>AM HEUWEG 10 76316 MALSCH-SULZBACH |
| **2.1943** State what the contract or lease is for and the nature of the debtor's interest — GLOBAL PURCHASING AGREEMENT DATED: 11/14/2010<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | NINGBO ASIAWAY MACHINERY CO.,LTD<br>NO.258, HUIQUAN ROAD<br>FENGHUA ECONOMIC TECHNICAL DEVELOPMENT ZONE<br>FENGHUA CITY, ZHEJIANG PROVINCE,<br>CHINA |
| **2.1944** State what the contract or lease is for and the nature of the debtor's interest — QUALITY SPECIFICATIONS DATED: 04/29/2019<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | NINGBO ECONOMIC TECHNOLOGICAL DEVELOPMENT REBORN MACHINERY TECHNOLOGY CO., LTD.<br>NO.11 TAIHANG MOUNTAIN ROAD<br>NINGBO CITY, ZHEJIANG PROVINCE,<br>CHINA |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1945**
State what the contract or lease is for and the nature of the debtor's interest: QUALITY AGREEMENT DATED: 10/18/2010 — NINGBO GOODTIME TECHNOLOGY DEVELOPMENT CO., LTD
State the term remaining: Undetermined
List the contract number of any government contract:

**2.1946**
State what the contract or lease is for and the nature of the debtor's interest: QUALITY AGREEMENT DATED: 12/14/2010 — NINGBO PEIYUAN IMPORT & EXPORT CO, LDT.
State the term remaining: Undetermined
List the contract number of any government contract:

**2.1947**
State what the contract or lease is for and the nature of the debtor's interest: QUALITY SPECIFICATIONS — NINGBOYIMING BEARING CO.LTD 636"BINHAI ER ROAD HANGZHONWAN NAW ZONE CM ZHUANG, CHINA
State the term remaining: Undetermined
List the contract number of any government contract:

**2.1948**
State what the contract or lease is for and the nature of the debtor's interest: QUALITY AGREEMENT DATED: 06/04/2010 — NINGTO SOURN$$ MAGNTECK DEVELOPMAT$ CO. LTD.
State the term remaining: Undetermined
List the contract number of any government contract:

**2.1949**
State what the contract or lease is for and the nature of the debtor's interest: CONTRACT FOR LOGISTIC SERVICES DATED: 12/22/2016 — NIPA SRL VIA SOLFEGNA CANTONI, SNC - 03043 CASSINO (FR)
State the term remaining: Undetermined
List the contract number of any government contract:

**2.1950**
State what the contract or lease is for and the nature of the debtor's interest: DECLARATION OF COMMITMENT BY THE POTENTIAL SUPPLIER TO COMPLY WITH THE FCA CODE OF CONDUCT FOR COMPANIES, LEGISLATIVE DECREE 231/01, THE PRINCIPLES ENSHRINED IN THE ORGANISATION, MANAGEMENT AND CONTROL MODELS AND THE — NIPA SRL VIA SOLFEGNA CANTONI CASSINO, 03043 ITALY
State the term remaining: Undetermined
List the contract number of any government contract:

**2.1951**
State what the contract or lease is for and the nature of the debtor's interest: QUALITY AGREEMENT DATED: 10/10/2011 — NIS S.R.L. STRADA PER CORTANDONE, 27 14013.. MONALE (AT) COD. FITE, E PART IVA
State the term remaining: Undetermined
List the contract number of any government contract:



| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1952** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 10/28/2024 | NISSAN FORMULA E TEAM 20, AVENUE DU PRÉSIDENT KENNEDY, 91170 VIRY-CHÂTILLON |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1953** | State what the contract or lease is for and the nature of the debtor's interest | MASTER PURCHASE AGREEMENT DATED: 01/01/2012 | NISSAN INTERNATIONAL S.A. ZONE D'ACTIVITIES LA PIECE 12 ROLLE, 1180 SWITZERLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1954** | State what the contract or lease is for and the nature of the debtor's interest | MASTER PURCHASE AGREEMENT DATED: 01/01/2012 | NISSAN INTERNATIONAL S.A. ZONE D'ACTIVITIES LA PIECE 12 ROLLE, 1180 SWITZERLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1955** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 10/28/2024 | NISSAN MOTOR CO., LTD 1-1, TAKARA-CHO YOKOHAMA-SHI, KANAGAWA, 220-8623 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1956** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | NL MOTO S.R.O. HRADEC C.P. 155 HRADEC, 33211 CZECH REPUBLIC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1957** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | NMB ITALIA SRL VIA A.GRANDI 39/41 MAZZO DI RHO (MI), 20017 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1958** | State what the contract or lease is for and the nature of the debtor's interest | SALE OF FERROUS MATERIALS - PC&MA S.P.A. MAGNETI MARELLI - NAPLES PLANT DATED: 07/07/2018 | NMC ECOSIDER S.R.L VIA BOCCACCIO,49 83035 GROTTAMINARDA (AV) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
        Name
             Case number (If known):  25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1959** **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED **State the term remaining** Undetermined **List the contract number of any government contract** | NOF CORPORATION 20-3 Ebisu 4-chome Yebisu Garden Place Tower Tokyo, Shibuya-ku, 150-6019 JAPAN |
| **2.1960** **State what the contract or lease is for and the nature of the debtor's interest** MEMORANDUM OF UNDERSTANDING DATED: 01/22/2010 **State the term remaining** Undetermined **List the contract number of any government contract** | NOKIA CORPORATION LEENA KUUSNIEMI KEILALAHDENTIE 2-4 02150 ESPOO |
| **2.1961** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO MEMORANDUM OF UNDERSTANDING DATED: 03/31/2010 **State the term remaining** Undetermined **List the contract number of any government contract** | NOKIA CORPORATION KEILALAHDENTIE 2-4 ESPOO, FIN-02150 FINLAND |
| **2.1962** **State what the contract or lease is for and the nature of the debtor's interest** ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 07/01/2013 **State the term remaining** Undetermined **List the contract number of any government contract** | NORBERT DENTRESSANGLE ITALIA S.R.L VIA  VITTOR PISANI 16,20124 MILAN |
| **2.1963** **State what the contract or lease is for and the nature of the debtor's interest** ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 07/01/2013 **State the term remaining** Undetermined **List the contract number of any government contract** | NORBERT DENTRESSANGLE ITALIA S.R.L. VIA VITTOR PISANI 16, 20124 MILAN |
| **2.1964** **State what the contract or lease is for and the nature of the debtor's interest** LETTER OF INTENT FOR TRANSPORT COLLABORATION DATED: 01/29/2008 **State the term remaining** Undetermined **List the contract number of any government contract** | NORBERT DENTRESSANGLE ITALIA S.R.L. VITTOR PISANI 16 MILANO, 20124 ITALY |
| **2.1965** **State what the contract or lease is for and the nature of the debtor's interest** TRANSPORT AGREEMENT FOR ROAD CARRIER DATED: 01/01/2009 **State the term remaining** Undetermined **List the contract number of any government contract** | NORBERT DENTRESSANGLE ITALIA S.R.L. VITTOR PISANI 16, 20124 MILAN |

Debtor   Marelli Europe S.p.A.
Name

Case number (If known): 25-11109

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1966 | **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED <br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | NORMA GROUP GERMANY ADDRESS EDISON STR. N° 4 DEPT. NATION MAINTAL, 632444 GERMANY |
| 2.1967 | **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED <br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | NORMA ITALIA SPA VIA DELL'ARTIGIANATO N° 16/18 GAVARDO, BS, 25085 ITALY |
| 2.1968 | **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED <br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | NORMA MICHIGAN, INC. 2430 E WALTON BLVD AUBURN HILLS, MI 48326 |
| 2.1969 | **State what the contract or lease is for and the nature of the debtor's interest** AGREEMENT RELATED TO CARVE OUT AND DIVESTMENT DATED: 03/20/2023 <br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | NORTHGATEARINSO ITALIA S.R.L VIALE SARCA, 235 MILANO, 20126 ITALY |
| 2.1970 | **State what the contract or lease is for and the nature of the debtor's interest** CHANGE ORDER – GTC-SERVICES AGREEMENT DATED: 03/20/2023 <br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | NORTHGATEARINSO ITALIA S.R.L VIALE SARCA, 235 MILANO, 20126 ITALY |
| 2.1971 | **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED <br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | NOVACEL 27 RUE DOCTEUR EMILE BATAILLE DEVILLE LES ROUEN, 76250 FRANCE |
| 2.1972 | **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED <br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | NOVAMETAL SA VIA PRA MAG N° 41 DEPT. SCH NATIONS RANCATE, 6862 SWITZERLAND |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1973 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | NOVARES GROUP SA<br>361 AV DU GAL DE GAULLE<br>CLAMART, 92140<br>FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1974 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | NOVARES US LLC<br>19575 VICTOR PARKWAY<br>SUITE 400<br>LIVONIA, MI 48152 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1975 | **State what the contract or lease is for and the nature of the debtor's interest** | ECONOMIC OFFER NO. MAS-2412-320 V4 DATED: 03/21/2025 | NPO SISTEMI S.R.L.<br>VIALE MARTESANA, 12– 20090 VIMODRONE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1976 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 05/11/2010 | NS KUNSTSTOFFTECHNIK |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1977 | **State what the contract or lease is for and the nature of the debtor's interest** | ICT PROFESSIONAL SERVICES AGREEMENT – SPECIFIC CONDITIONS DATED: 12/22/2022 | NTT DATA ITALIA S.P.A<br>ERNESTO CALINDRI, 4<br>ATTN: MR. MARCO GARELLI<br>MILANO, MILAN, 20143<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1978 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT - SPECIFIC CONDITIONS DATED: 12/22/2022 | NTT DATA ITALIA S.P.A<br>VIA CALINDRI, 4 20143 MILANO ATTENTION: MR. MARCO GARELLI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1979 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT SPECIFIC CONDITIONS DATED: 01/13/2022 | NTT DATA ITALIA S.P.A<br>VIA CALINDRI,4 20143 MILANO ATTENTION: MR. MARCO GARELLI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.

Name

Case number (If known): 25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1980 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFERING FORM TO MASTER AGREEMENT DATED: 10/27/2022 | NTT DATA ITALIA S.P.A.<br>ERNESTO CALINDRI, 4<br>ATTN: MR. MARCO GARELLI<br>MILANO, MILAN, 20143<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1981 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DATED: 10/19/2023 | NTT DATA ITALIA S.P.A.<br>ERNESTO CALINDRI, 4<br>ATTN: MR. MARCO GARELLI<br>MILANO, MILAN, 20143<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1982 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | NUGAR S.A. DE C.V.<br>AV. CUATRO, LOTE 9, MANZANA II, NO.<br>TULTITLAN, 54900<br>MEXICO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1983 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 04/29/2019 | NUOVA SITT SRL<br>VERDELLINO (BG) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1984 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 12/21/2012 | NVIDIA CORPORATION AND NVIDIA SINGAPORE PTE LTD. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1985 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/22/2011 | NXP SEMICONDUCTORS NETHERLANDS B.V<br>HIGH TECH CAMPUS 60<br>EINDHOVEN, 5656AG<br>THE NETHERLANDS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1986 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSIGNMENT STOCK AGREEMENT DATED: 02/15/2019 | NXP SEMICONDUCTORS NETHERLANDS B.V.<br>HIGH TECH CAMPUS 60<br>EINDHOVEN, 5656 AG<br>THE NETHERLANDS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1987**
| State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | NXP SEMICONDUCTORS NETHERLANDS B.V. HIGH TECH CAMPUS 60 EINDHOVEN, 5656 AE NETHERLANDS |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1988**
| State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 05/24/2010 | O. P. M. S.N.C. A ROTOLO S. & STRADA LANZO 233/1 -10148 TORINO |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1989**
| State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/09/2010 | O.S.A SPA VIA ENRICO DE NICOLA 8 SETTIMO TORINESE, 10036 ITALY |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1990**
| State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/09/2010 | O.T.M. S.N.C. DI CONTADIN G & C |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1991**
| State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO SERVICE SCHEDULE DATED: 12/05/2024 | O9 SOLUTIONS 1501 LYNDON B JOHNSON FREEWAY SUITE 140 DALLAS, TX 75234 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1992**
| State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO SERVICE SCHEDULE 1 – SIOP GLOBAL DEPLOYMENT RESEARCH ACTIVITIES DATED: 08/01/2023 | O9 SOLUTIONS 1501 LYNDON B JOHNSON FREEWAY SUITE 140 DALLAS, TX 75234 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1993**
| State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO SERVICE AGREEMENT DATED: 08/01/2023 | O9 SOLUTIONS 1501 LYNDON B JOHNSON FREEWAY SUITE 140 DALLAS, TX 75234 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1994 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT AND SAAS SCHEDULE 2025-2029 TO MASTER RELATIONSHIP AGREEMENT DATED: 11/28/2024 | O9 SOLUTIONS, INC 1501 LYNDON B JOHNSON FREEWAY SUITE 140 DALLAS, TX 75234 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1995 | State what the contract or lease is for and the nature of the debtor's interest | SAAS SCHEDULE 2 TO MASTER RELATIONSHIP AGREEMENT DATED: 12/23/2022 | O9 SOLUTIONS, INC. 1501 LYNDON B JOHNSON FREEWAY SUITE 140 DALLAS, TX 75234 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1996 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT AND SAAS SCHEDULE 2025-2029 TO MASTER RELATIONSHIP AGREEMENT DATED: 01/01/2025 | O9 SOLUTIONS, INC. 1501 LYNDON B JOHNSON FREEWAY SUITE 140 ATTN: LEGAL DEPARTMENT DALLAS, TX 75234 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1997 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 06/21/2007 | OAO ZAVOD AVTOPRIBOR 79 UL. BOLSHAYA NIZHEGORODSKAYA "AVTOPRIBOR" VLADIMIR, 600016 RUSSIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1998 | State what the contract or lease is for and the nature of the debtor's interest | SALE OF PC&MA S.P.A. MAGNETI MARELLI MATERIALS - VENARIA (TO) PLANT DATED: 06/15/2016 | OBERTO PLAST S.R.L. VIA MOLINI, 34 10011 AGLIE' TO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1999 | State what the contract or lease is for and the nature of the debtor's interest | WASTE SALE VENARIA (TO) PLANT PC&MA S.P.A. MAGNETI MARELLI DATED: 12/21/2017 | OBERTO PLAST S.R.L. VIA MOLINI, 34 10011 AGLIE' TO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2000 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT DATED: 04/23/2014 | OCTO TELEMATICS S.P.A. VINCENZO LAMARO 51 ATTN: GENERAL MANAGEMENT ROMA, RM, 00173 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
Name

Case number (If known):    25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2001** State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT PROPOSAL DATED: 04/17/2024 | OCTO TELEMATICS S.P.A. VINCENZO LAMARO 51 ATTN: GENERAL MANAGEMENT ROME, 00173 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2002** State what the contract or lease is for and the nature of the debtor's interest | COLLABORATION AGREEMENT | OCTO TELEMATICS S.R.L. VIA OBERDAN 16, REGGIO EMILIA (RE) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2003** State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 05/15/2008 | OCTO TELEMATICS S.R.L. VIA VINCENZO LAMARO, 51 OCTO TELEMATICS S.R.L. ROMA, 00173 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2004** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | OFFICINE AIOLFI S.A.S. DI AIOLFI GIAMPAOLO E C. VIA G. ROSSINI N° 34 MADIGNANO, CREMONA (CR), 26020 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2005** State what the contract or lease is for and the nature of the debtor's interest | PRIVATE WRITING: 06/07/2021 | OFFICINE MORELLI S.R.L. VIA 2 AGOSTO 1980 25/I SAN GIORGIO DI PIANO, BO, ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2006** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | OFFICINE RIVA S.P.A. VIA PERGOLA N° 9   CAP 23900   CITTÀ LECCO   PROV. LC NAZIONE ITALIA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2007** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 02/20/2025 | OGP HOMMEL ITALIA SRL DESIO-MB, VIA LAVORATORI AUTOBIANCHI, 1/19 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
Name

Case number (if known): 25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2008**

| State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 12/19/2011 | OHLINS RACING |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2009**

| State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/29/2010 | OHSEA S.P.L |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2010**

| State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | OLDRATI GUARNIZIONI INDUSTRIALI SPA VIA QUARENGHI 2 VILLONGO, 24060 ITALY |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2011**

| State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 07/08/2019 | OLEDWORKS GMBH REGISTERED OFFICE AT AACHEN |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2012**

| State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL USE LICENSE AGREEMENT DATED: 07/01/2015 | OMRON SOFTWARE CO., LTD. SHIOKOJI HORIKAWA SHIMOGYO-KU KYOTO, JAPAN |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2013**

| State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 09/21/2009 | OMTOM INTERNATIONAL B.V. OOSTERDOKSSTRAAT 114, 1011 DK AMSTERDAM |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2014**

| State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS | ONE TECH REGISTERED OFFICE IN TAUFIER FEE BOKE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | | Case number (if known): 25-11109 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2015** | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER-ACCEPTANCE ACT TO THE CONTRACT NO. 006-0714 DATED: 12/16/2015 | OOO AUTOMOTIVE LIGHTING VOSTOCHNAJA OKRUZHNAJA ROAD, 18 RYAZAN, RYAZAN REGION, 390047 RUSSIAN FEDERATION |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2016** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/26/2010 | OP SOUNDDRAGON |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2017** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 12/04/2014 | OPEN JOINT-STOCK COMPANY "THE CONSTRUCTION TECHNOLOGY TRANSFER CENTER OF KRASNODAR REGION "OMEGA" 3 KIROVA ST KRASNODAR, 350063 RUSSIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2018** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | OPERADORA MEXICANA DE POLIETILILENO SAN BUENAVENTURA NO 7A TLALNEPANTLA, 54130 MEXICO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2019** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/02/2010 | OPS OTOMOTIV SANAYI LTD. ŞTI. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2020** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | OPTICOLOR, INC 15281 GRAHAM STREET HUNTINGTON BEACH, CA 92649 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2021** | State what the contract or lease is for and the nature of the debtor's interest | FORMAL LETTER DATED: 02/23/2023 | ORACLE ITALIA S.R.L VIA MASSIMO D'AZEGLIO 4 20154 – MILAN (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2022 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF LICENSED PROGRAMS DATED: 02/28/2023 | ORACLE ITALIA S.R.L. VIA MASSIMO D'AZEGLIO 4 20154 – MILAN (MI) |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2023 | State what the contract or lease is for and the nature of the debtor's interest | ORACLE MASTER AGREEMENT DATED: 02/15/2024 | ORACLE ITALIA S.R.L. VIA MASSIMO D'AZEGLIO, 4 20154 MILANO MI |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2024 | State what the contract or lease is for and the nature of the debtor's interest | TECHNICAL SUPPORT SERVICES RENEWAL ORDER DATED: 12/05/2023 | ORACLE ITALIA S.R.L. VIA MASSIMO D'AZEGLIO 4 20154 MILANO (MI) |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2025 | State what the contract or lease is for and the nature of the debtor's interest | ORACLE MASTER AGREEMENT DATED: 04/28/2023 | ORACLE ITALIA S.R.L. VIA MASSIMO D'AZEGLIO, 4 20154 MILANO MI |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2026 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT DATED: 06/07/2017 | ORAU ORHAN OTOMOTIV KONTROL SISTEMLERI A.S NOSAB MEŞE CADDESI NO:6 NILUFER, BURSA, TURKEY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2027 | State what the contract or lease is for and the nature of the debtor's interest | ICT PROFESSIONAL SERVICES AGREEMENT – SPECIFIC CONDITIONS DATED: 12/02/2014 | ORBYTA TECH S.R.L. SANTA TERESA 12 ATTN: MR. SACCO LORENZO TORINO, (TO), 10121 ITALY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2028 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | OSCAR RAMALLO SRL CALINGASTA STREET 5545 VILA BUSTOS , CORDOBA, CP5123 ARGENTINA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
          Name                                                     Case number (If known):   25-11109

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2029** State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 03/21/2019 | OSCAR RAMALLO SRL CALINGASTA STREET, 5545 - VILA BUSTOS - CPS 123 - CORDOBA-AR |

**2.2029**
State what the contract or lease is for and the nature of the debtor's interest — QUALITY SPECIFICATIONS DATED: 03/21/2019 — OSCAR RAMALLO SRL, CALINGASTA STREET, 5545 - VILA BUSTOS - CPS 123 - CORDOBA-AR
State the term remaining — Undetermined
List the contract number of any government contract

**2.2030**
State what the contract or lease is for and the nature of the debtor's interest — GLOBAL PURCHASING AGREEMENT DATED: 05/24/2010 — OSMAP S.P.A, VIA UMBRIA 19, 31045 MOTTA DI LIVENZA (TREVISO)
State the term remaining — Undetermined
List the contract number of any government contract

**2.2031**
State what the contract or lease is for and the nature of the debtor's interest — GLOBAL PURCHASING AGREEMENT DATED: 05/24/2010 — OSMAP S.P.A, VIA UMBRIA 19, 31045 MOTTA DI LIVENZA
State the term remaining — Undetermined
List the contract number of any government contract

**2.2032**
State what the contract or lease is for and the nature of the debtor's interest — QUALITY AGREEMENT DATED: 08/31/2012 — OSMAP SPA, STABILLMENO STAMPAGGIO VIA SANDRO PERTINI, 1, 30029 S. STINO DI LIVENZA (VE)
State the term remaining — Undetermined
List the contract number of any government contract

**2.2033**
State what the contract or lease is for and the nature of the debtor's interest — QUALITY AGREEMENT DATED: 12/12/2011 — OSRA INDUSTRIES S.R.L., VIA RAVELLA, 2, CASTELMARTE, CO, 22030, ITALY
State the term remaining — Undetermined
List the contract number of any government contract

**2.2034**
State what the contract or lease is for and the nature of the debtor's interest — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED — OSRAM CONTINENTAL GMBH, MARCEL-BREUER-STR. 6, MUNICH, 80807, GERMANY
State the term remaining — Undetermined
List the contract number of any government contract

**2.2035**
State what the contract or lease is for and the nature of the debtor's interest — AGREEMENT FOR THE AMENDMENT OF THE CONSIGNMENT STOCK AGREEMENT DATED: 10/03/2022 — OSRAM OPTO SEMICONDUCTORS GMBH, HELLABRUNNER STR. 1 81543 MUNICH
State the term remaining — Undetermined
List the contract number of any government contract

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2036** | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR THE AMENDMENT OF THE CONSIGNMENT STOCK AGREEMENT DATED: 10/03/2022 | OSRAM OPTO SEMICONDUCTORS GMBH HELLABRUNNER STR. 1 81543 MUNICH |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2037** | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER-ACQUISITION OF THE INDEPENDENT AFTERMARKET DIVISION DATED: 04/28/2023 | OT CONSULTING S.R.L VIA CALVI DI COENZO, 12 ZONA MANCASALE REGGIO EMILIA, 42124 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2038** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 05/24/2010 | OTAS SRL S.DA LOMBARDORE 189 LEINI', 10040 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2039** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 10/05/2011 | OTELLI RECORDO SH |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2040** | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT DATED: 06/30/2016 | OYLUM OTO SPARE PARTS INDUSTRY AND FOREIGN TRADE LIMITED COMPANY (OYLUM LTD ŞTİ) MIMAR SINAN MAH. KEMALPAŞA CAD. NO:30 SHOP 2 ATAŞEHIR, ISTANBUL, TURKEY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2041** | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT DATED: 06/30/2016 | OYLUM TİCARET – HASAN OYLUM MIMAR SINAN MAH. KEMALPAŞA CAD. NO:30 DÜKKAN:2 ATAŞEHIR, ISTANBUL, TURKEY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2042** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 07/02/2018 | P.C.M. SRL REGISTERED OFFICE AT CASTELLALTO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.

Name

Case number (If known):   25-11109

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2043 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | P.H.U AGROLA ROBERT ROGALA 26-720 POLICZNA, FLORIANÓW 1 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2044 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/26/2020 | P.S.M. CELADA FASTENERS S.R.L. VIA PORPORA, 24 MILANO, 20131 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2045 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 05/08/2019 | PAN ASIAN MICROVENT TECH (JIANGSU) CORPORATION BANSHANG VILLAGE LIJIA TOWN WUJIN DISTRICT CHANGZHOU CITY, JIANGSU PROVINCE, 213000 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2046 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 05/08/2019 | PAN ASIAN MICROVENT TECH (JIANGSU) CORPORATION BANSHANG VILLAGE LIJIA TOWN WUJIN DISTRICT CHANGZHOU CITY, JIANGSU PROVINCE, 213000 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2047 | State what the contract or lease is for and the nature of the debtor's interest | ORDER SPECIFICATIONS DATED: 07/25/2012 | PANASONIC CORPORATION AUTOMATION CONTROLS BUSINESS UNIT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2048 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO MAGNETI MARELLI REGISTRATION CONDITIONS DATED: 07/24/2019 | PANASONIC INDUSTRY EUROPE GMBH ROBERT-KOCH-STR. 100 OTTOBRUNN, 85521 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2049 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | PANELFISA POL INDUSTRIAL ALDABA BERAZUBI TOLOSA, 20400 SPAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2050 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 09/24/2019 | PANMECCANICA S.R.L. BRODOLINI 14-16-18 ZOLA PREDOSA, BO, 40069 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2051 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL CONDITIONS FOR THE PROVISION OF SERVICES (2020 EDITION) DATED: 11/01/2020 | PAPARELLA & C. S.R.L. VIE MADONNA DELLE GRAZIE, 22 70037 RUVO DI PUGLIA (BA) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2052 | State what the contract or lease is for and the nature of the debtor's interest | ORDER AGREEMENT DATED: 04/01/2024 | PARAMETRIC TECHNOLOGY ITALIA S.R.L MILANO, 20124 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2053 | State what the contract or lease is for and the nature of the debtor's interest | ORDER AGREEMENT DATED: 04/01/2024 | PARAMETRIC TECHNOLOGY ITALIA S.R.L VIA GALILEO GALILEI, 7 MILANO, MI, 20124 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2054 | State what the contract or lease is for and the nature of the debtor's interest | ORDER AGREEMENT DATED: 04/01/2021 | PARAMETRIC TECHNOLOGY ITALIA S.R.L. C. DIR. COLLEONI PAL. SIRIO 3 V. IE COLLEONI, 11 AGRATE BRIANZA, 20864 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2055 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO ORDER AGREEMENT DATED: 01/04/2022 | PARAMETRIC TECHNOLOGY ITALIA SRI V. LE COLLEONI, 11 PAL. SIRIO 3 CENTRO DIR. COLLEONI AGRATE BRIANZA, 20041 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2056 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO ORDER AGREEMENT DATED: 03/31/2021 | PARAMETRIC TECHNOLOGY ITALIA SRL V. LE COLLEONI, 11 CENTRO DIR. COLLEONI PAL. SIRIO 3 AGRATE BRIANZA, MB, 20041 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2057** State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 03/21/2025 — PARELLA & C. S.R.L. MADONNA DELLE GRAZIE 22 RUVO DI PUGLIA, BA, 70037 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2058** State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 08/09/2010 — PARFIX IND. COM. SCREWS LTDA. AVENIDA ENG. EUSÉBIO STEVAUX, 2169, JURUBATUBA – SP CEP:04696-000 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2059** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT — PATAVIUM SOC. COOP. G. PERLASCA 11 NOVENTA PADOVANA, (PD), ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2060** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 06/19/2013 — PATAVIUM SOC. COOP. G. PERLASCA 11, NOVENTA PADOVANA (PADUA) |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2061** State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 11/29/2012 — PAUL BIRD MOTORSPORT LTD UNDERLYNE LANGWATHBY PENRITH, CUMBRIA, CA101NB UNITED KINGDOM |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2062** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED — PAYE MAKINA VE METAL URETIM TIC LTD STI NOSAB NILUFER BULVARI NO 14 BURSA, 16140 TURKEY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2063** State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS AND CONDITIONS DATED: 12/19/2017 — PAYE MAKINA VE METAL ÜRETİM TİC. LTD. ŞTİ. NOSAB NILUFER BULVARI NO:14 NILUFER, BURSA, 16140 TURKEY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

Debtor   Marelli Europe S.p.A.                                      Case number (If known):   25-11109
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2064 | **State what the contract or lease is for and the nature of the debtor's interest** | TEMPORARY CONCESSION OF PREMISES FOR FILM SHOOTS DATED: 02/13/2014 | PAYPERMOON DELL'AMBROSIANA 22, 20123 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2065 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 08/03/2020 | PEM MOTION GMBH BOHR 12 AACHEN, 52072 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2066 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR PRODUCTION AND PROTOTYPING OF STATORS FOR RACING APPLICATIONS DATED: 06/01/2016 | PERI S.A.S. VIALE RIMEMBRANZE 54/34 ATTN: RICCARDO PERI SESTO SAN GIOVANNI, MI, 20099 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2067 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LOAN AGREEMENT | PERI S.A.S. DI PERI RICCARDO & C. VIALE RIMEMBRANZE 54, SESTO SAN GIOVANNI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2068 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCTION AND PROTOTYPING AGREEMENT DATED: 05/13/2013 | PERI S.A.S. DI RICCARDO PERI & C. ATTN: THE SOLE DIRECTOR ENG. RICCARDO PERI VIALE RIMEMBRANZE 54/34, 20099 SESTO SAN GIOVANNI (MI) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2069 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL PURCHASING AGREEMENT DATED: 02/10/2014 | PERICOM SEMICONDUCTOR CORPORATION 1545 BARBER LANE MILPITAS, CA 95035 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2070 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 08/31/2010 | PERMACEL OF MEXICO Z S DE RL DE CV |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.
          Name                                         Case number (If known)   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2071** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 11/29/2024 | PETRONAS LUBRICANTS ITALY S.P.A VIA SANTENA 1 VILLASTELLONE, TURIN, 10029 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2072** State what the contract or lease is for and the nature of the debtor's interest | MULTI-PARTY COLLABORATION CONTRACT FOR THE EQUINOX PROJECT DATED: 09/25/2008 | PEUGEOT CITROËN AUTOMOBILES S.A. ROUTE DE GISY ATTN: VALERIE PIGEON ATTN: MEHDI FERHAN VÉLIZY-VILLACOUBLAY, 78170 FRANCE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2073** State what the contract or lease is for and the nature of the debtor's interest | MAGNETI MARELLI GENERAL TERMS FOR THE PROVISION OF SERVICES (2019 EDITION) DATED: 09/26/2019 | PGL BRASIL LTDA AV. DR. LINO DE MORAES LEME, 1138 VILA PAULISTA - CEP 04360-000 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2074** State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 09/22/2010 | PHILLIPS PLASTICS CORPORATION |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2075** State what the contract or lease is for and the nature of the debtor's interest | PREMISES MAINTENANCE CONTRACT DATED: 11/16/2023 | PHYSIO SERVICES 4 AVENUE LAURENT CELY, 92600 ASNIERES SUR SEINE TVA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2076** State what the contract or lease is for and the nature of the debtor's interest | DEVELOPMENT AND INDUSTRIALIZATION CONTRACT DATED: 01/26/2018 | PIAGGIO & C. S.P.A. ATTN: PEC PURCHASING OFFICE MANAGER: RINALDO PIAGGIO 25 – 56025 PONTEDERA (PISA) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2077** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 09/02/2008 | PIAGGIO & C. S.P.A. VIALE RINALDO PIAGGIO NO. 25,    56025, PONTEDERA (PISA) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.2078 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS OF PURCHASE DATED: 07/14/2009 | PIAGGIO & C. S.P.A. VIALE RINALDO PIAGGIO, 25 PONTEDERA, PISA, 56025 ITALY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2079 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 01/15/2019 | PILZ GMBH & CO. KG FELIX-WANKEL-STRABE 2 OSTFILDERN, 73760 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2080 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 01/15/2019 | PILZ GMBH & CO. KG FELIX-WANKEL-STRABE 2 OSTFILDERN, 73760 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2081 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 01/15/2019 | PILZ GMBH & CO. KG FELIX-WANKEL-STRABE 2 OSTFILDERN, 73760 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2082 | State what the contract or lease is for and the nature of the debtor's interest | EXTENSION AGREEMENT DATED: 03/15/2023 | PILZ GMBH & CO. KG FELIX WANKEL STRASSE 2 OSTFIELDERN, 73760 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2083 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 12/10/2018 | PILZ, GMBH & CO. KG FELIX-WANKEL-STRABE 2 OSTFILDERN, 73760 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2084 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/02/2010 | PIMSA ADLER OTOMOTIV A.S. |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
                Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2085 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 02/14/2014 | PING POLMETASA S.A.G. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2086 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | PINGOOD ENT., CO. LTD NO. 8 ALLEY 1 LANE 768 SECTION 4 PATEH ROAD TAIPEI, TAIWAN, R.O.C. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2087 | **State what the contract or lease is for and the nature of the debtor's interest** | DESIGN, ENGINEERING AND DEVELOPMENT AGREEMENT DATED: 03/01/2012 | PININFARINA S.P.A VIA NAZIONALE, 3 CAMBIANO, TURIN, ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2088 | **State what the contract or lease is for and the nature of the debtor's interest** | DESIGN AND ENGINEERING DEVELOPMENT AGREEMENT DATED: 04/17/2012 | PININFARINA S.P.A VIA NAZIONALE, 30 CAMBIANO, TURIN, ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2089 | **State what the contract or lease is for and the nature of the debtor's interest** | DESIGN AND ENGINEERING DEVELOPMENT AGREEMENT DATED: 04/18/2011 | PININFARINA S.P.A. VIA NAZIONALE, 30 CAMBIANO, TURIN, 10020 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2090 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/30/2009 | PIO LAX LTD |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2091 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL FRAME AGREEMENT DATED: 01/01/2020 | PIOVAN S.P.A. VIA DELLE INDUSTRIE, 16, 30036, SANTA MARIA DI SALA (VENICE) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2092 | State what the contract or lease is for and the nature of the debtor's interest | WASTE SALE PLANT IN NAPLES PC&MA S.P.A. MAGNETI MARELLI DATED: 12/21/2017 | PISCOPO S.R.L. ZONA IND.LE ASI LOCALITA PASCAROLA 80023 - CAIVANO NA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2093 | State what the contract or lease is for and the nature of the debtor's interest | SALE MATERIALS PLASTICI_ PC&MA S.P.A. MAGNETI MARELLI - NAPLES PLANT DATED: 05/23/2016 | PISCOPO S.R.L. ZONA IND.LE ASI LOCALITA PASCAROLA 80023 - CAIVANO NA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2094 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS FOR THE PROVISION OF MAGNETI MARELLI SERVICES DATED: 04/03/2018 | PLANET ESCAPE SP. Z O.O. SP. K WŁADYSŁAWA IV 43 GDYNIA, 81-395 POLAND |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2095 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/02/2010 | PLAST MET PLASTIK METAL SAN |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2096 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 03/08/2010 | PLAST1C0S TOLEN LTDA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2097 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 01/08/2010 | PLASTCENTER INDUS' RIA E COMERCIC DE ARTEFATOS PLASTICOS LTDA. |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2098 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/02/2010 | PLASTEMET KABLO UE ELEIC SLS LTD |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2099** | State what the contract or lease is for and the nature of the debtor's interest | NOVATION AGREEMENT DATED: 06/24/2020 | PLASTIC COMPONENTS AND MODULES AUTOMOTIVE S.P.A. RIVALTA, 30 GRUGLIASCO, TO, 10095 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2100** | State what the contract or lease is for and the nature of the debtor's interest | PRICELIST DATED: 03/01/2019 | PLASTIC COMPONENTS AND MODULES AUTOMOTIVE S.P.A. TURIN, CORSO   ORBASSANO NO. 367, PARTITA IVA (VAT) NO. IT06736870012 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2101** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT FOR PURCHASING SERVICES DATED: 05/30/2012 | PLASTIC COMPONENTS AND MODULES AUTOMOTIVE S.P.A. VIA RIVALTA 30 GRUGLIASCO, (TO), 10095 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2102** | State what the contract or lease is for and the nature of the debtor's interest | NOVATION AGREEMENT DATED: 06/24/2020 | PLASTIC COMPONENTS AND MODULES AUTOMOTIVE S.P.A. RIVALTA, 30 GRUGLIASCO, TO, 10095 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2103** | State what the contract or lease is for and the nature of the debtor's interest | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 03/27/2019 | PLASTIC COMPONENTS AND MODULES AUTOMOTIVE S.P.A. TURIN, CORSO ORBASSANO  NO. 367, PARTITA IVA (VAT) NO. IT06736870012 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2104** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/10/2011 | PLASTIC COMPONENTS AND MODULES AUTOMOTIVE S.PA VIA RIVALTA 30 GRUGLIASCO, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2105** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | PLASTIC DI PACILIO GIUSEPPE VIA MARCONI  1 VALDELLATORRE TORINO, 10040 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | | Case number (If known): 25-11109 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2106 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 09/07/2010 | PLASTIC FORM |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2107 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/23/2010 | PLASTICTECNIC (M) SDN BHD |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2108 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/23/2010 | PLASTICTECNIC (M) SDN BHD |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2109 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SALES AGREEMENT DATED: 04/09/2019 | PLASTIFORM PLASTIK SANAYI VE TICARET A.S ORGANZE SANAYI BOLGESI N. 2 CADDE N. 17 INEGOL, BURSA, TURKEY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2110 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 06/03/2019 | PLASTLAB S.C. A R.L. DELL'ARTIGIANATO N. 2 ORBASSANO, TO, 10043 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2111 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 04/09/2010 | PLAST-MET PLASTIK METAL EMEK MH. CD 4 SARIGAZI  ISTANBUL, 34785 TURKEY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2112 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS AGREEMENT DATED: 06/11/2019 | PLASTMIX INDÚSTRIA E COMÉRCIO DE INJEÇÃO DE PLÁSTICOS LTDA AV. SANTA MARIA, 70 – RESPLENDOR, IGARAPÉ – MG, 32900-000 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.
Name

Case number (If known):   25-11109

| | | |
|---|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2113** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/30/2010 | PLASTTECHNIK HOHLEBORN GES. F. TECHN. SPRITZGUSS MBH |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2114** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 09/06/2010 | PLATIE SYSTEM SRL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2115** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 10/26/2009 | PLDS GERMANY GMBH SCHANZENFELDSTR. 2 WETZLAR, D-35578 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2116** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/25/2009 | PLDS GERMANY GMBH SCHANZENFELDSTR. 2 WETZLAR, D-35578 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2117** | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 02/10/2010 | PLDS GERMANY GMBH SCHANZENFELDSTRASSE 2 WETZLAR, D-35578 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2118** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL CONDITIONS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 03/29/2017 | PLENDOR CHIMICA S.R,L |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2119** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | POLIBECK SPA VIA PER CHIATONA III MASSAFRA, 74016 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2120 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 04/18/2011 | POLIFAST S.R.L. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2121 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/25/2010 | POLIPREN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2122 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | POLITEC SRL VIA DEL FOSSO N° 3 PIEVE DI CENTO, BOLOGNA, 40066 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2123 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 12/06/2010 | POLITEC SRL - VIA DEL FOSSO, 3 - PIEVE DI CENTO (BO) VIA DEL FOSSO N° 3 PIEVE DI CENTO, BOLOGNA, 40066 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2124 | **State what the contract or lease is for and the nature of the debtor's interest** | RESEARCH CONTRACT – DYNAMIC PARAMETER IDENTIFICATION FOR TWO-WHEELED VEHICLES DATED: 02/15/2009 | POLITECNICO DI MILANO ATTN: PROF. SERGIO M. SAVARESI PIAZZA LEONARDO DA VINCI 32, 20133 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2125 | **State what the contract or lease is for and the nature of the debtor's interest** | RESEARCH CONTRACT DATED: 02/01/2017 | POLITECNICO DI MILANO PIAZZA LEONARDO DA VINCI N. 32 DEPARTMENT OF ELECTRONICS, INFORMATION AND BIOENGINEERING MILAN, 20133 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2126 | **State what the contract or lease is for and the nature of the debtor's interest** | RESEARCH CONTRACT DATED: 11/24/2010 | POLITECNICO DI MILANO ATTN: DEPARTMENT OF ELECTRONICS AND INFORMATION, POLYTECHNIC UNIVERSITY OF MILAN PIAZZA LEONARDO DA VINCI 32, 20133 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.
_____
          Name

Case number (If known):  25-11109

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2127** State what the contract or lease is for and the nature of the debtor's interest | COMMISSIONED RESEARCH CONTRACT DATED: 03/01/2018 | POLITECNICO DI MILANO PIAZZA LEONARDO DA VINCI N. 32 ATTN: MARCELLO RESTELLI ATTN: MR. FABIO CONTI MILAN, 20133 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2128** State what the contract or lease is for and the nature of the debtor's interest | RESEARCH CONTRACT DATED: 02/01/2016 | POLITECNICO DI MILANO – DEPARTMENT OF ELECTRONICS, INFORMATION AND BIOENGINEERING PIAZZA LEONARDO DA VINCI NO. 32 MILAN, 20133 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2129** State what the contract or lease is for and the nature of the debtor's interest | RESEARCH CONTRACT DATED: 04/01/2011 | POLITECNICO DI MILANO - DEPARTMENT OF ENERGY LAMBRUSCHINI 4, 20156 MILAN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2130** State what the contract or lease is for and the nature of the debtor's interest | RESEARCH CONTRACT DATED: 12/31/2012 | POLITECNICO DI TORINO ATTN: DEPARTMENT OF AUTOMATION AND COMPUTER SCIENCE  CORSO DUCA DEGLI ABRUZZI, 24, 10129 TURIN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2131** State what the contract or lease is for and the nature of the debtor's interest | RESEARCH CONTRACT DATED: 10/31/2024 | POLITECNICO DI TORINO TURIN, CORSO DUCA DEGLI ABRUZZI N. 24, |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2132** State what the contract or lease is for and the nature of the debtor's interest | STANDARD RESEARCH CONTRACT DATED: 04/12/2012 | POLITECNICO DI TORINO DEPARTMENT OF ELECTRONICS AND TELECOMMUNICATIONS CORSO DUCA DEGLI ABRUZZI 24, 10129 TURIN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2133** State what the contract or lease is for and the nature of the debtor's interest | DEED OF TERMINATION OF CONTRACT BY MUTUAL CONSENT DATED: 12/05/2016 | POLITECNICO DI TORINO DEPARTMENT OF ELECTRONICS AND TELECOMMUNICATIONS CORSO DUCA DEGLI ABRUZZI N. 24, 10129 TORINO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
          Name

Case number (If known):    25-11109


**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2134** State what the contract or lease is for and the nature of the debtor's interest — STANDARD RESEARCH CONTRACT DATED: 07/29/2011 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | POLITECNICO DI TORINO <br> PROTOTYPING SERVICE CENTRE (CSPP) CORSO DUCA DEGLI ABRUZZI 24, 10129 TURIN |
| **2.2135** State what the contract or lease is for and the nature of the debtor's interest — RESEARCH CONTRACT DATED: 09/01/2013 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | POLITECNICO DI TORINO <br> ATTN: DEPARTMENT OF AUTOMATION AND COMPUTER SCIENCE CORSO DUCA DEGLI ABRUZZI 24, 10129 TURIN |
| **2.2136** State what the contract or lease is for and the nature of the debtor's interest — STANDARD RESEARCH CONTRACT DATED: 06/30/2013 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | POLITECNICO DI TORINO <br> ATTN:POLITECNICO DI TORINO, DEPARTMENT OF ELECTRONICS AND TELECOMMUNICATIONS CORSO DUCA DEGLI ABRUZZI, 24, 10129 TURIN |
| **2.2137** State what the contract or lease is for and the nature of the debtor's interest — PARTNERSHIP AGREEMENT DATED: 03/26/2015 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | POLITECNICO DI TORINO <br> CORSO DUCA DEGLI ABRUZZI N. 24, TURIN |
| **2.2138** State what the contract or lease is for and the nature of the debtor's interest — SPONSORSHIP AND COLLABORATION AGREEMENT DATED: 05/11/2009 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | POLITECNICO DI TORINO <br> CORSO DUCA DEGLI ABRUZZI 24, TURIN |
| **2.2139** State what the contract or lease is for and the nature of the debtor's interest — RESEARCH CONTRACT DATED: 09/19/2011 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | POLITECNICO DI TORINO <br> DEPARTMENT OF LAND, ENVIRONMENTAL AND GEOTECHNOLOGY ENGINEERING (DITAG) CORSO DUCA DEGLI ABRUZZI 24, 10129 TURIN (TO) |
| **2.2140** State what the contract or lease is for and the nature of the debtor's interest — SPONSORSHIP AND COLLABORATION AGREEMENT DATED: 01/01/2008 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | POLITECNICO DI TORINO <br> CORSO DUCA DEGLI ABRUZZI 24, TURIN |

Debtor    Marelli Europe S.p.A.

Name

Case number (If known): 25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2141 | State what the contract or lease is for and the nature of the debtor's interest | RESEARCH CONTRACT – INNOVATIVE METHODOLOGIES FOR THE DESIGN AND IMPLEMENTATION OF PATH PLANNING ALGORITHMS USING GPCPU DATED: 07/01/2016 | POLITECNICO DI TORINO – DEPARTMENT OF AUTOMATION AND COMPUTER SCIENCE (DAUIN) CORSO DUCA DEGLI ABRUZZI 24 TORINO, 10129 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2142 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD RESEARCH CONTRACT DATED: 04/02/2014 | POLITECNICO DI TORINO – DEPARTMENT OF ELECTRONICS AND TELECOMMUNICATIONS CORSO DUCA DEGLI ABRUZZI, 24 – 10129 TURIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2143 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD RESEARCH CONTRACT DATED: 01/21/2016 | POLITECNICO DI TORINO – DEPARTMENT OF ELECTRONICS AND TELECOMMUNICATIONS (DET) CORSO DUCA DEGLI ABRUZZI N. 24 TURIN, 10129 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2144 | State what the contract or lease is for and the nature of the debtor's interest | RESEARCH CONTRACT ON VISUAL ODOMETRY FOR POSITIONING DATED: 07/27/2015 | POLITECNICO DI TORINO, DEPARTMENT OF ENVIRONMENTAL, LAND AND INFRASTRUCTURE ENGINEERING (DIATI) CORSO DUCA DEGLI ABRUZZI N. 24, 10129, TURIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2145 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 08/23/2011 | POLPLAST POLSKA SP, Z O.O |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2146 | State what the contract or lease is for and the nature of the debtor's interest | POWER OF ATTORNEY | POLSERVICE KANCELARIA RZECZNIKOW PATENTOWYCH SP. Z O.O. BLUSZCZA NSKA 73 00-712 WARSAW |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2147 | State what the contract or lease is for and the nature of the debtor's interest | POWER OF ATTORNEY | POLSERVICE KANCELARIA RZECZNIKÓW PATENTOWYCH SP. Z O.O. LUSZCZAŃSKA 73 00-712 WARSAW |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
         Name                                            Case number (If known):   25-11109

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2148** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | POLYOPTICS GMBH<br>FUJISTR. 1<br>KLEVE, NORDRHEIN-WESTFALEN, 47533<br>GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2149** | State what the contract or lease is for and the nature of the debtor's interest | STANDARD RESEARCH CONTRACT DATED: 03/06/2015 | POLYTECHNIC UNIVERSITY OF TURIN<br>HQ AT TURIN, CORSO DUCA DEGLI ABRUZZI NO.24 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2150** | State what the contract or lease is for and the nature of the debtor's interest | RESEARCH CONTRACT DATED: 03/19/2014 | POLYTECHNIC UNIVERSITY OF TURIN<br>HQ IN TURIN, CORSO DUCA DEGLI ABRUZZI N. 24, DELGATO DAL RETTORE CON D.R 59/2012 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2151** | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 04/19/2023 | POPPE + POTTHOFF FRANCE<br>780 RUE CESAR VUARCHEX<br>SIEGE SOCIAL & SITE 1<br>VAT NO. FR 83 605 720 630<br>SCIONZIER, 74950<br>FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2152** | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 04/20/2023 | POPPE + POTTHOFF FRANCE<br>SIEGE SOCIAL & SITE 1<br>780 RUE CSSAR VUARCHEX<br>VAT NO. FR 83 605 720 630<br>SCIONZIER, 74950<br>FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2153** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | POREXI<br>HORYMIROVA 416/75<br>OSTRAVA, 700 30<br>CZECH REPUBLIC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2154** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | POWERCOAT TRATAMENTO DE SUPERFICIES<br>AVENIDA FAUSTO RIBEIRO DA SILV 1498<br>BETIM, 32654-800<br>BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.

Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2155 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 08/20/2019 | PRD INC.<br>REGISTERED OFFICE AT SPRINGVILLE, IN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2156 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | PRECISION RUBBER PRODUCTS ITALIA SRL<br>VIA UGO FOSCOLO N° 2<br>BASIANO, MILANO, 20060<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2157 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | PREMEC SPA<br>VIA LEONARDO DA VINCI 12<br>GODEGA DI SANT'URBANO, TV, 31010<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2158 | **State what the contract or lease is for and the nature of the debtor's interest** | SPECIFIC CONDITIONS AGREEMENT DATED: 12/23/2022 | PRESENT S.P.A.<br>ATTN: MR. FABIO MARCHETTI, VIA CECHOV 48, 20156 MILANO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2159 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 11/19/2024 | PRESENT S.P.A.<br>VIA CECHOV 48, 20156 MILANO ATTENTION: MR. FABIO MARCHETTI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2160 | **State what the contract or lease is for and the nature of the debtor's interest** | ICT PROFESSIONAL SERVICES AGREEMENT – SPECIFIC CONDITIONS DATED: 11/25/2024 | PRESENT S.P.A.<br>CECHOV 48<br>ATTN: MR. FABIO MARCHETTI<br>MILANO, 20156<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2161 | **State what the contract or lease is for and the nature of the debtor's interest** | SPECIFIC CONDITIONS FOR SUPPLY RELATIONSHIP DATED: 12/23/2022 | PRESENT S.P.A.<br>VIA CECHOV 48, 20156 MILANO ATTENTION: MR. FABIO MARCHETTI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.

Name

Case number (If known): 25-11109

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | | |
|---|---|---|---|
| **2.2162** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | PRESMAK TECNICA EM INJETADOS AV FORTE DO LEME 360 SAO PAULO, 08340-010 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.2163** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/02/2010 | PRESMETAL OHOMOHV YAN SEN. 7IC A.S |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.2164** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/19/2010 | PRESTIGE DYNAMICS INDUSTRIES SON BHD PLOT 518, JALAN NAGASARI 1,PHASE 3, PENANG, 13600 MALAYSIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.2165** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 05/05/2010 | PRETTL ADION POLSKA SP. Z O.O. BYDGOSZCZ UL. GLINKI 146 BYDGOSZCZ, 85-861 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.2166** | State what the contract or lease is for and the nature of the debtor's interest | LETTER-ACQUISITION OF THE INDEPENDENT AFTERMARKET DIVISION DATED: 03/31/2023 | PRICEF(X) EMEA GMBH LÄUTENRING 16 PFAFFENHOFEN, 85235 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.2167** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL CONDITIONS FOR THE PROVISION OF SERVICES (2020 EDITION) DATED: 09/29/2022 | PRICEWATERHOUSECOOPERS BUSINESS SERVICES S.R.L. PIAZZA TRE TORRI, 2 20145 MILANO C.F. E P. IVA 06126540968 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.2168** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO PURCHASING GENERAL TERMS AND CONDITIONS DATED: 09/22/2022 | PRICEWATERHOUSECOOPERS BUSINESS SERVICES S.R.L. PIAZZA TRE TORRI, 2 20145 MILANO C.F. E P. IVA 06126540968 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
         Name

Case number (If known):   25-11109

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2169 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO PURCHASING GENERAL TERMS AND CONDITIONS DATED: 09/22/2022 | PRICEWATERHOUSECOOPERS BUSINESS SERVICES S.R.L. PIAZZA TRE TORRI, 2 20145 MILANO C.F. E P. IVA 06126540968 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2170 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO MARELLI PURCHASING GENERAL TERMS AND CONDITIONS DATED: 09/22/2022 | PRICEWATERHOUSECOOPERS BUSINESS SERVICES S.R.L. PIAZZA TRE TORRI, 2 20145 MILANO C.F. E P. IVA 06126540968 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2171 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 06/20/2017 | PRICOL LIMITED 109, RACE COURSE REPRESENTED BY MR.VIJAY MOHAN CHAIRMAN COIMBATORE, 641018 INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2172 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/15/2010 | PRIMA ZANEM VIALE REGLONE VENETO N. 11 35127 PADOVA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2173 | State what the contract or lease is for and the nature of the debtor's interest | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 01/01/2024 | PRIORITY FREIGHT LTD 6-7 MENZIES ROAD, PORT ZONE, WHITFIELD, DOVER, KENT CT 16 2HQ ATTN: GROUP MANAGING DIRECTOR - NEAL WILLIAM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2174 | State what the contract or lease is for and the nature of the debtor's interest | SPONSOR SHIPMENT AGREEMENT DATED: 01/01/2008 | PRO EVENT 32, RUE DE LE RESISTANCE, 4432 ALLEUR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2175 | State what the contract or lease is for and the nature of the debtor's interest | SPONSOR SHIPMENT AGREEMENT DATED: 01/01/2009 | PRO EVENT 32, RUE DE LE RESISTANCE, 4432 ALLEUR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
Name

Case number (If known):   25-11109

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2176** | State what the contract or lease is for and the nature of the debtor's interest | SPONSOR SHIPMENT AGREEMENT DATED: 01/01/2010 | PRO EVENT 32, RUE DE LA RESISTANCE, B- 4432 ALLEUR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2177** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 01/11/2011 | PRO-CARS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2178** | State what the contract or lease is for and the nature of the debtor's interest | LETTER-ACQUISITION OF THE INDEPENDENT AFTERMARKET DIVISION DATED: 03/31/2023 | PROCESSMAP CORPORATION 13450 W SUNRISE BLVD STE 160 SUNRISE, FL 33323-2948 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2179** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT N.I TO THE MASTER SOFTWARE LICENSE, IMPLEMENTATION, APPLICATION HOSTING, MAINTENANCE AND SUPPORT SERVICES AGREEMENT | PROCESSMAP CORPORATION 13450 WEST SUNRISE BLVD. STE. 160, SUNRISE, FL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2180** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SOFTWARE LICENSE, IMPLEMENTATION, APPLICATION HOSTING, MAINTENANCE AND SUPPORT SERVICES AGREEMENT DATED: 03/01/2019 | PROCESSMAP CORPORATION 13450 WEST SUNRISE BLVD. SUITE 160 SUNRISE, FL 33323 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2181** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/03/2010 | PROFESSIONAL TOOLS & DIES SDN BHD. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2182** | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE SEARCH AND SELECTION SERVICE DATED: 01/04/2014 | PROFESSIONAL VALUES ITALIA S.R.L. VIA TOLMEZZO 15/B - MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2183 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/03/2010 | PROMINRNT APPROACH SDN.BHD. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2184 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER OF CLAIMS REGARDING MARELLI CLAIMS DATED: 12/31/2022 | PSA AUTOMOBILES S.A 2-10, BOULEVARD DE L'EUROPE POISSY, 78300 FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2185 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | PSE LLC 191 E INDUSTRIAL BLVD JACKSBORO, TN 37757 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2186 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 10/16/2019 | QFP SRL GULLOTTI, 31 - LOC. MADONNA DI LUGB 06049 SPOLETO (PG) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2187 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING AGREEMENT DATED: 12/20/2023 | QMARKETS U.K. LIMITED HARBEN HOUSE HARBEN PARADE FINCHLEY ROAD LONDON, NW3 6LH UNITED KINGDOM |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2188 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION LICENSE AGREEMENT DATED: 07/01/2011 | QT COMPANY OY BERTEL JUNGIN AUKIO ESPOO, FI-02600 FINLAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2189 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASING AGREEMENT DATED: 05/01/2020 | QUALCOMM TECHNOLOGIES INTERNATIONAL, LTD. CHURCHILL HOUSE Cambridge Business Park Cowley Road Cambridge, CB4 0WZ UNITED KINGDOM |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2190** | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 03/17/2008 | QUANTA TECNOLOGIA ELETRONICA INDUSTRIA E COMERCIO LTDA<br>RUA ENGENHEIRO BOTELHO EGAS<br>Nº 205<br>REGISTERED IN THE CNPJ/MF UNDER Nº 57.455.818/0001-16<br>(HEREINAFTER, SIMPLY REFERRED TO AS "QUANTA")<br>MANDAQUI, SAO PAULO - SP,<br>BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2191** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | QUANTUM HOLDINGS, LLC<br>3730 WHEELER AVE<br>FORT SMITH, AR 72901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2192** | State what the contract or lease is for and the nature of the debtor's interest | BONUS LETTER AGREEMENT DATED: 01/01/2024 | QUASER SRL<br>VIA SPINELLI 123 20862 ARCORE (MB) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2193** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 09/01/2012 | QUASER SRL<br>VIA GRADISCA NO 65<br>PASIANO DI PORDENONE, PN,<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2194** | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM DATED: 09/20/2024 | QUESTEL SAS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2195** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/24/2010 | R.I.CO. S.R.L.<br>VIA ADRIATICA, 17<br>1-60022<br>TEL.: +39 - 071721981<br>FAX: +39 - 071 781326 E-MAIL: INFO@RICOITALY.COM WEB-SITE: WWW.RICOITALY.COM P. IVA 1100442970422<br>CASTELF1DARDO, (AN),<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2196** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/06/2010 | R.I.S.M.I. SAS<br>C.SO LOMBARDIA, N° 54 10099 SAN MAURO T.»E (TO) PARTITA IVA TJ274S0TTF0T3 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2197 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 04/02/2019 | RAANTEC GMBH & CO. KG NIENKAMP 21 BORGHOLZHAUSEN, 33829 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2198 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 09/11/2018 | RABEN LOGISTICS POLSKA SP.ZOO ZBOZOWA 1, 62-023 ROBAKOWO K. POZNANIA ATTN: JANUSZ ANIOL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2199 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | RACCORDERIE TAA PER BRIGA N 11 INVORIO, NO, 28045 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2200 | **State what the contract or lease is for and the nature of the debtor's interest** | CERTIFICATION PURSUANT TO ART. 4 | RAFFAELLA JOCKEYS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2201 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 09/06/2010 | RAHSES PLASTICA SRL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2202 | **State what the contract or lease is for and the nature of the debtor's interest** | COLLABORATION AGREEMENT | RAI RADIOTELEVISIONE ITALIANA S.P.A ROME, VIALE MAZZINI 14 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2203 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY A AGREEMENT | RAKON LIMITED 8 SYLVIA PARK RD MT WELLINGTON, AUCKLAND, 1060 NEW ZEALAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2204 | State what the contract or lease is for and the nature of the debtor's interest | ANNEX - ENVIRONMENTAL SITE ASSESSMENT | RAMBOLL MÉXICO S. DE R.L. DE C.V. AV. SAN JERONIMO 310, OFNA 704 MONTERREY, 64640 MEXICO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2205 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR FONDIMPRESA TRAINING ACCOUNT MANAGEMENT DATED: 02/01/2023 | RANDSTAD HR SOLUTIONS S.R.L. R. LEPETIT 8/10, 20124 MILANO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2206 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR FONDIMPRESA TRAINING ACCOUNT MANAGEMENT DATED: 02/01/2023 | RANDSTAD HR SOLUTIONS S.R.L. R. LEPETIT 8/10, 20124 MILANO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2207 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 03/25/2019 | RANDSTAD ITALIA S.P.A. LEPETIT, 8/10 - 20124 MILAN |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2208 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE SUPPLY OF FIXED-TERM WORK DATED: 03/31/2019 | RANDSTAD ITALIA S.P.A. ATTN: DR. ANDREA MARCHESINI LEPETIT 8/10, 20124 MILAN |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2209 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBSCRIPTION AND SUPPLIER AGREEMENT DATED: 12/18/2020 | RAPIDRATINGS 86 CHAMBERS ST. SUITE 701 NEW YORK, NY 10007 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2210 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | RAYBEN TECHNOLOGIES (ZHUHAI) LIMITE NO.8, XI PU ROAD, DOUMEN DISTRICT,Z ZHUHAI, 519100 CHINA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2211** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 08/31/2015 | RAYBEN TECHNOLOGIES (ZHUHAI) LIMITED NO. 8 XIPU ROAD XINQING INDUSTRIAL PARK DOUMEN DISTRICT ZHUHAI CITY, GUANGDONG, CHINA |

| | | |
|---|---|---|
| **2.2211** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 08/31/2015 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

*(Other party: RAYBEN TECHNOLOGIES (ZHUHAI) LIMITED, NO. 8, XIPU ROAD, XINQING INDUSTRIAL PARK, DOUMEN DISTRICT, ZHUHAI CITY, GUANGDONG, CHINA)*

| | | |
|---|---|---|
| **2.2212** | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT DATED: 03/29/2022 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

*(Other party: RAZAO SOCIAL.)*

| | | |
|---|---|---|
| **2.2213** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/04/2013 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

*(Other party: RDR INDUSTRIA METALURGICA LTDA, MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAIS, AT ROD. BR 265, KM. 342, S/N°)*

| | | |
|---|---|---|
| **2.2214** | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL FOR PRELIMINARY REAL ESTATE LEASE DATED: 01/01/2023 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

*(Other party: RE ITALY S.R.L., PIAZZA SANTI APOSTOLI 81, 00187 ROME)*

| | | |
|---|---|---|
| **2.2215** | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL FOR PRELIMINARY REAL ESTATE LEASE DATED: 01/01/2023 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

*(Other party: RE ITALY S.R.L., MILAN - VIA MANZONI, 45 - 20121 - TEL. +39 02 8707 8300 - MILAN@SOTHEBYSREALTY.IT)*

| | | |
|---|---|---|
| **2.2216** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 02/03/2010 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

*(Other party: REA INDIISTRIA E COMERCIO LTDA, RUA MONSENHOR BACELAR, N° 321, BETIM, MG, CNPJ 01.217.276/0001-99)*

| | | |
|---|---|---|
| **2.2217** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 01/18/2011 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

*(Other party: REACS PRECISION PTE LTD, BEDOK INDUSTRIAL ESTATE #06-09, SINGAPORE, 469029, SINGAPORE)*

Debtor   Marelli Europe S.p.A.                                Case number (If known):   25-11109
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2218** **State what the contract or lease is for and the nature of the debtor's interest** — QUALITY AGREEMENT DATED: 01/18/2011 | REACS PRECISION PTE LTD BEDOK INDUSTRIAL ESTATE #06-09 SINGAPORE, 469029 SINGAPORE |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.2219** **State what the contract or lease is for and the nature of the debtor's interest** — PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 03/06/2019 | REB S.R.I. CORSO FRANCIA 137, VIA TORINO N. 18/B COLLEGNO, TO, PIANEZZA, 10093, 10044 ITALY |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.2220** **State what the contract or lease is for and the nature of the debtor's interest** — GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 03/06/2019 | REB S.R.L. CORSO FRANCIA 137, VIA TORINO N. 18/B COLLEGNO, TO, PIANEZZA, 10093, 10044 ITALY |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.2221** **State what the contract or lease is for and the nature of the debtor's interest** — COOPERATION AGREEMENT DATED: 01/01/2008 | RED BULL TECHNOLOGY LIMITED BRADBOUME DRIVE TILBROOK MILTON KEYNES, MK7 8BJ UNITED KINGDOM |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.2222** **State what the contract or lease is for and the nature of the debtor's interest** — ADVERTISING PROMOTION AGREEMENT DATED: 03/01/2010 | REGONESI S.R.L. VILLORESI N. 10, MONZA (MI) – 20900 |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.2223** **State what the contract or lease is for and the nature of the debtor's interest** — ADVERTISING PROMOTION AGREEMENT DATED: 04/15/2008 | REGONESI S.R.L. E. BORSA 17, 20052 MONZA (MI) |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.2224** **State what the contract or lease is for and the nature of the debtor's interest** — ADVERTISING PROMOTION AGREEMENT DATED: 04/01/2009 | REGONESI S.R.L. E. BORSA N. 17, MONZA (MI) |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |

Debtor   Marelli Europe S.p.A.

Name

Case number (If known):   25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2225** State what the contract or lease is for and the nature of the debtor's interest — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | REM COMPUTYPE TECNOLOGIA DO BRASIL LTDA AVENIDA BRASIL N 143, BARUERI / SP 06411-310 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.2226** State what the contract or lease is for and the nature of the debtor's interest — SPONSORSHIP AGREEMENT DATED: 03/01/2008 | RENAULT ITALIA S.P.A. TIBURTINA 1159, ROME |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.2227** State what the contract or lease is for and the nature of the debtor's interest — SETTLEMENT AGREEMENT DATED: 05/19/2022 | RENAULT S.A.S. 13-15 QUAI LE GALLO BOULOGNE-BILLANCOURT, 92100 FRANCE |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.2228** State what the contract or lease is for and the nature of the debtor's interest — SETTLEMENT AGREEMENT DATED: 05/19/2022 | RENAULT S.A.S. 13-15 QUAI LE GALLO BOULOGNE-BILLANCOURT, 92100 FRANCE |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.2229** State what the contract or lease is for and the nature of the debtor's interest — ASSET PURCHASE AGREEMENT | RENAULT S.A.S. 13-15 QUAI LE GALLO BOULOGNE-BILLANCOURT, 92100 FRANCE |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.2230** State what the contract or lease is for and the nature of the debtor's interest — RENAULT CLAIM COMPENSATION PROCEDURE DATED: 06/02/2022 | RENAULT S.A.S. 13-15 QUAI LE GALLO BOULOGNE-BILLANCOURT, 92100 FRANCE |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.2231** State what the contract or lease is for and the nature of the debtor's interest — SETTLEMENT AGREEMENT DATED: 05/19/2022 | RENAULT S.A.S. 13-15 QUAI LE GALLO BOULOGNE-BILLANCOURT, 92100 FRANCE |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |

Debtor    Marelli Europe S.p.A.
          Name

Case number (If known):   25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2232** State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 05/19/2022 | RENAULT S.A.S. 13-15 QUAI LE GALLO BOULOGNE-BILLANCOURT, 92100 FRANCE |

| 2.2232 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 05/19/2022 | RENAULT S.A.S. 13-15 QUAI LE GALLO BOULOGNE-BILLANCOURT, 92100 FRANCE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2233 | State what the contract or lease is for and the nature of the debtor's interest | FL COMPONENTS DEVELOPMENT & SUPPLY AGREEMENT DATED: 02/18/2013 | RENAULT SPORT 1-15, AVENUE DU PRESIDENT KENNEDY VIRY CHATILLON, 91170 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2234 | State what the contract or lease is for and the nature of the debtor's interest | MGU DEVELOPMENT SERVICES AGREEMENT DATED: 02/09/2011 | RENAULT SPORT SAS 1-15, AVENUE DU PRESIDENT KENNEDY VIRY CHATILLON, 91170 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2235 | State what the contract or lease is for and the nature of the debtor's interest | MGU DEVELOPMENT SERVICES AGREEMENT DATED: 03/28/2013 | RENAULT SPORT SAS 1-15, AVENUE DU PRESIDENT KENNEDY VIRY CHATILLON, 91170 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2236 | State what the contract or lease is for and the nature of the debtor's interest | ACCEPTANCE LETTER IN RELATION TO THE SETTLEMENT AGREEMENT. DATED: 12/21/2018 | RENESAS ELECTRONICS CORPORATION 3-2-24, TOYOSU TOYOSU FORESIA KOTO-KU, TOKYO, 135-0061 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2237 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE EVALUATION LICENSE AGREEMENT DATED: 05/23/2019 | RENESAS ELECTRONICS CORPORATION 3-2-24 TOYOSU KOTO-KU, TOKYO, 135-0061 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2238 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK LICENSE AGREEMENT DATED: 11/01/2018 | RENESAS ELECTRONICS EUROPE GMBH ARCADIASTRASSE 10 ATTENTION: LEGAL DEPARTMENT FACSIMILE NO.: +49 211 / 6503-1452 DUSSELDORF, 40472 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
          Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2239** State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK NO. 1 DATED: 02/01/2019 | RENESAS ELECTRONICS EUROPE GMBH ARCADIASTRASSE 10 DUSSELDORF, 40472 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2240** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 07/07/2022 | RENTOKIL INITIAL ITALIA S.P.A VIA LAURENTINA KM 26,500, N° 157 A/C - 00071 POMEZIA (RM) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2241** State what the contract or lease is for and the nature of the debtor's interest | HYGIENE SERVICES COMMERCIAL AGREEMENT DATED: 01/01/2023 | RENTOKIL INITIAL ITALIA S.P.A. LAURENTINA KM 26.500 N. 157 A/C, 00071 POMEZIA (RM) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2242** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 01/01/2025 | RENTOKIL INITIAL ITALIA S.P.A. VIA LAURENTINA KM 26,500, N° 157 A/C - 00071 POMEZIA (RM) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2243** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO MAGNETI MARELLI GENERAL TERMS AND CONDITIONS FOR SERVICES DATED: 04/27/2018 | REPLY S.P.A. C.SO FRANCIA 110 TORINO, 10143 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2244** State what the contract or lease is for and the nature of the debtor's interest | ICT PROFESSIONAL SERVICES AGREEMENT – SPECIFIC CONDITIONS DATED: 11/20/2024 | REPLY S.P.A. C.SO (CORSO) FRANCIA, 110 ATTN: MR. GIOVANNI PAOLO CERUTI TORINO, 10143 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2245** State what the contract or lease is for and the nature of the debtor's interest | ICT PROFESSIONAL SERVICES AGREEMENT | REPLY S.P.A. C.SO FRANCIA, 110 TORINO, 10143 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.

Case number (If known): 25-11109

Name

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2246** **State what the contract or lease is for and the nature of the debtor's interest** ADDENDUM 2 TO THE MARELLI GENERAL TERMS AND CONDITIONS FOR THE PROVISION OF SERVICES DATED: 05/19/2022 **State the term remaining** Undetermined **List the contract number of any government contract** | REPLY S.P.A. CORSO FRANCIA, 110 TORINO |
| **2.2247** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT DATED: 11/20/2024 **State the term remaining** Undetermined **List the contract number of any government contract** | REPLY S.P.A. C.SO FRANCIA, 110 ATTENTION: MR. GIOVANNI PAOLO CERUTI TORINO, 10143 ITALY |
| **2.2248** **State what the contract or lease is for and the nature of the debtor's interest** FRAMEWORK AGREEMENT FOR CONTINUOUS ICT SERVICES DATED: 01/01/2013 **State the term remaining** Undetermined **List the contract number of any government contract** | REPLY S.P.A. CORSO FRANCIA, 110 TURIN, 10143 ITALY |
| **2.2249** **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT DATED: 07/01/2016 **State the term remaining** Undetermined **List the contract number of any government contract** | REPLY SPA TURIN, AL C.SO FRANCIA, 110, VAT |
| **2.2250** **State what the contract or lease is for and the nature of the debtor's interest** SUPPLIER COMMITMENT WITH RESPECT TO CODE OF CONDUCT OF THE FCA GROUP AND THE APPLICABLE LAWS REGARDING CORPORATE LIABILITY DATED: **State the term remaining** Undetermined **List the contract number of any government contract** | RESIDENT 4Q AUTOMOTIVE S.L PLAZA SARDANA NO6 COLLBATO, BARCELONA, 08293 SPAIN |
| **2.2251** **State what the contract or lease is for and the nature of the debtor's interest** ADDENDUM TO PURCHASING GENERAL TERMS AND CONDITIONS DATED: 12/17/2020 **State the term remaining** Undetermined **List the contract number of any government contract** | RESILINC CORPORATION 890 HILLVIEW COURT SUITE 160 MILPITAS, CA 95035 |
| **2.2252** **State what the contract or lease is for and the nature of the debtor's interest** CODE OF CONDUCT AND SUSTAINABILITY GUIDELINES DATED: 01/04/2014 **State the term remaining** Undetermined **List the contract number of any government contract** | RESILINC CORPORATION 890 HILLVIEW COURT SUITE 160 MILPITAS, CA 95035 |

Debtor   Marelli Europe S.p.A.
_____   Case number (If known): 25-11109
        Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2253** State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBSCRIPTION AND SUPPLIER AGREEMENT DATED: 12/18/2020 | RESILINC CORPORATION 890 HILLVIEW COURT SUITE 160 MILPITAS, CA 95035 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2254** State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBSCRIPTION AND SOFTWARE AGREEMENT AMENDMENT #2 DATED: 12/21/2023 | RESILINC CORPORATION 890 HILLVIEW COURT SUITE 160 MILPITAS, CA 95035 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2255** State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBSCRIPTION AND SOFTWARE AGREEMENT DATED: 12/18/2020 | RESILINC CORPORATION 890 HILLVIEW COURT SUITE 160 MILPITAS, CA 95035 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2256** State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM PURSUANT TO MASTER SUBSCRIPTION AND SUPPLIER AGREEMENT DATED: 12/18/2021 | RESILINC CORPORATION 1525 MCCARTHY BLVD SUITE 1122 MILPITAS, CA 95035 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2257** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO PURCHASING GENERAL TERMS AND CONDITIONS DATED: 12/23/2020 | RESILINC CORPORATION 890 HILLVIEW COURT SUITE 160 MILPITAS, CA 95035 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2258** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE SUPPLY AGREEMENT DATED: 07/23/2019 | RESISTOR S.R.L. VIA TOGLIATTI 21/23 20030 SENAGO (ML) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2259** State what the contract or lease is for and the nature of the debtor's interest | RESEARCH CONTRACT FOR THIRD PARTIES DATED: 08/30/2017 | RETIS LAB – INSTITUTE OF THE SANT'ANNA SCHOOL OF ADVANCED STUDIES AND SPECIALIZATION ATTN: THE SCIENTIFIC DIRECTOR PIAZZA MARTIRI DELLA LIBERTÀ 33, PISA   MORUZZI 1, PISA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
      Name

Case number (If known):   25-11109

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.2260** **State what the contract or lease is for and the nature of the debtor's interest** — REUTERS MEDIA SERVICES ORDER FORM DATED: 06/01/2019 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | REUTERS NEWS & MEDIA ITALIA S.R.L. <br> PIAZZA GENERALE ARMANDO DIAZ 2 <br> MILAN, MI, 20123 <br> ITALY |
| **2.2261** **State what the contract or lease is for and the nature of the debtor's interest** — QUALITY AGREEMENT DATED: 07/19/2011 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | RF MORECOM COREA <br> 102-704 <br> SK VENTIUM 522 <br> DANGJUNG-DONG <br> GUNPO-SI, GYEUNGGI-DO, 435-776 <br> KOREA |
| **2.2262** **State what the contract or lease is for and the nature of the debtor's interest** — GLOBAL PURCHASING AGREEMENT DATED: 03/23/2011 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | RF MORECOM COREA <br> 102-704, SK VENTIUM 522 <br> DANGJUNG-DONG <br> GUNPO-SI, GYEUNGGI-DO, 435-776 <br> KOREA |
| **2.2263** **State what the contract or lease is for and the nature of the debtor's interest** — AMENDMENT NO. 1 TO THE CONTRACT OF WORK DATED: 06/01/2007 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | RH DUHA, PROJEKTOVA, INŽINIERSKO-DODÁVATEĽSKÁ A STAVEBNÁ SPOLOČNOSŤ, S.R.O. <br> CAPAJEVOVA 29 <br> PREŠOV, 080 01 <br> SLOVAKIA |
| **2.2264** **State what the contract or lease is for and the nature of the debtor's interest** — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | RICHARD MOSER KG PRAZISIONSDREHTEIL <br> KONIGSHEIMER STRABE  SN 11 <br> BUBSHEIM, 78585 <br> GERMANY |
| **2.2265** **State what the contract or lease is for and the nature of the debtor's interest** — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | RICOH ELECTRONIC DEVICES CO., LTD. <br> 13-1, HIMEMURO-CHO <br> IKEDA-SHI, OSAKA, 563-8501 <br> JAPAN |
| **2.2266** **State what the contract or lease is for and the nature of the debtor's interest** — RISK MANAGEMENT SERVICES AGREEMENT DATED: 01/01/2011 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | RISK MANAGEMENT S.P.A. <br> MAROCHETTI 11, 10137 TURIN |

Debtor    Marelli Europe S.p.A.
Name

Case number (If known): 25-11109

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2267 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR LIQUID NITROGEN DATED: 03/19/2019 | RIVOIRA GAS S.R.L. VIA BENIGNO CRESPI, 19, 20159 MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2268 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR LIQUID NITROGEN DATED: 12/31/2019 | RIVOIRA GAS S.R.L. B. CRESPI 19 MILAN, 20159 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2269 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING I GENERAL TERMS AND CONDITIONS DATED: 03/05/2019 | RIVOIRA REFRIGERANTS S.R.L. VIA DURINI 7 MILANO, 20122 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2270 | State what the contract or lease is for and the nature of the debtor's interest | CORPORATE GIFT SALES AGREEMENT DATED: 06/09/2022 | RLG EUROPE B.V., AMSTERDAM (NL), SWISS ROUTE DES BICHES 9 BRANCH VILLARS-SUR-GLÂNE, 1752 SWITZERLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2271 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AGREEMENT DATED: 05/02/2000 | ROBERT BOSCH GMBH P.O. BOX 10 60 50 STUTTGART, 70049 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2272 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER OF SHARE AND SETTLEMENT OF RESPONDENT'S COUNTERCLAIM DATED: 03/24/2003 | ROBERT BOSCH GMBH ROBERT-BOSCH-PLATZ 1 GERLINGEN, 70839 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2273 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE PARTNER AGREEMENT DATED: 09/26/2017 | ROBERT BOSCH GMBH POSTFACH 10 50 60 STUTTGART, 70049 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
_____
         Name

Case number (If known): 25-11109

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2274** **State what the contract or lease is for and the nature of the debtor's interest** | LONG TERM AGREEMENT DATED: 06/21/1996 | ROBERT BOSCH GMBH AUF DER BREIT 4 76227 KARLSRUHE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| **2.2275** **State what the contract or lease is for and the nature of the debtor's interest** | PATENT SETTLEMENT AGREEMENT DATED: 04/07/2022 | ROBERT BOSCH GMBH ROBERT-BOSCH-PLATZ 1 GERLINGEN, 70839 GERMANY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| **2.2276** **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF INTENT DATED: 09/22/2000 | ROBERT BOSCH GMBH ROBERT-BOSCH-PLATZ 1 GERLINGEN-SCHILLERHOHE, 70839 GERMANY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| **2.2277** **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENTAL LETTER DATED: 01/01/1989 | ROBERT BOSCH GMBH BESUCHER. ROBERT-BOSDI-PLATZ 1 GERIINGEN-SCHILLERHBHE POSTFACH 106050 D-7000 STUTTGART 10 |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| **2.2278** **State what the contract or lease is for and the nature of the debtor's interest** | PRICE AGREEMENT DATED: 05/02/2000 | ROBERT BOSCH GMBH WERNERSTRASSE 1 STUTTGART, 70469 GERMANY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| **2.2279** **State what the contract or lease is for and the nature of the debtor's interest** | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 05/16/2011 | ROBERTS EUROPE B.V. AUSTRALIELAAN 4 MAASTRICHT AIRPORT, 6199 AA THE NETHERLANDS |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| **2.2280** **State what the contract or lease is for and the nature of the debtor's interest** | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 05/16/2011 | ROBERTS EUROPE B.V. THE AUSTRALIELAAN 4 MAASTRICHT AIRPORT, 6199 AA THE NETHERLANDS |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2281 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS | ROGERS FOAM CORPORATION SOMERVILLE, MA 02145 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2282 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ROM MASTER POLIMEROS E PIGMENTOS — EIRELI ESTRADA DUILIO BELTRAMINI, 6905 BAIRRO: CHACARAS S40 BENTO/COUNTRY CLUB VALINHOS, SP, 13.278-078 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2283 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF ASSIGNMENT DATED: 07/15/2008 | ROMAGNOLI ING. MARIO S.R.L. VIALE DEI MILLE, 137 50131 FIRENZE P. IVA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2284 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR THE PROVISION OF SERVICES DATED: 07/30/2007 | ROMAN Y MARINONI S.A. PRESIDENTE ROCA 4052 ROSARIO, ARGENTINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2285 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ROSENBERGER HOCHFREQUENZTECHNIK GMBH & CO. KG HAUPTSTRARE SS N° 1 FRIDOLFING, BAYERN, 83413 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2286 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 01/01/2024 | RS COMPONENTS S.R.L VIALE T. EDISON 110, EDIFICIO C, 20099 SESTO SAN GIOVANNI (MI) ATTN: MR. DIEGO COMELLA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2287 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 01/01/2024 | RS COMPONENTS S.R.L. VIALE T. EDISON 110 EDIFICIO C ATTN: MR. DIEGO COMELLA SESTO SAN GIOVANNI, MI, 20099 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2288 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 03/01/2021 | RUBIX FR GROUP<br>31, RUE DE LA BAUME<br>PARIS, 75008<br>FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2289 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 03/01/2024 | RUBIX SPA<br>CANOVINE 14<br>BERGAMO, 24126<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2290 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 03/01/2024 | RUBIX SPA<br>CANOVINE 14<br>BERGAMO, 24126<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2291 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASING I GENERAL TERMS AND CONDITIONS DATED: 11/14/2018 | RUDOLPH MACHINED SK, S.R.O.<br>RADLINSKEHO 17/B, 052 01 SPISSKA NOVA VES |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2292 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 09/28/2018 | RUDOLPH USINADOS SK, S.R.O.<br>COMMERCIAL REGISTER OF THE DISTRICT COURT KOSICE I: 15237/ |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2293 | **State what the contract or lease is for and the nature of the debtor's interest** | SPORTS SEASON CONTRACT EXTENSION DATED: 08/06/2013 | S.I.A.S. SOCIETÀ INCREMENTO AUTOMOBILISMO E SPORT - S.P.A.<br>CORSO VENEZIA 43<br>MILAN, 20121<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2294 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | S.L. BRANDIZZO SRL<br>VIA F.LLI ROSSELLI 20/22 10032 BRANDIZZO (TO) VIA TORINO 550 10032 BRANDIZZO (TO) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2295** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT OF CARRIAGE DATED: 06/01/2019<br><br><br>Undetermined | S.T.A.V. S.P.A.<br>TRIVULZIO 13<br>ATTN: THE LEGAL REPRESENTATIVE<br>VIGEVANO, PV, 27100<br>ITALY |
| **2.2296** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM TO CONTRACT OF CARRIAGE DATED: 07/29/2019<br><br><br>Undetermined | S.T.A.V. S.P.A.<br>G. TRIVULZIO<br>N. 13<br>VIGEVANO, PV, 27000<br>ITALY |
| **2.2297** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPONSORSHIP AGREEMENT DATED: 03/01/2009<br><br><br>Undetermined | S.T.E. S.A.S DI GIACOMELLO GUGLIELMO & C.<br>VIALE GRAMSCI NO. 65, 45100 ROVIGO (RO) |
| **2.2298** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPONSORSHIP AGREEMENT DATED: 01/01/2010<br><br><br>Undetermined | S.T.E. S.A.S. DI GIACOMELLO GUGLIELMO & C.<br>VIALE GRAMSCI NO. 65, 45100 ROVIGO (RO) |
| **2.2299** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BONUS LETTER AGREEMENT DATED: 01/01/2024<br><br><br>Undetermined | S.T.I. SR<br>VIA MANFREDONIA, KM 2+200 71121 FOGGIA |
| **2.2300** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SETTLEMENT AGREEMENT DATED: 09/24/2008<br><br><br>Undetermined | S.T.S. SYSTEMS TECHNOLOGY SERVICES |
| **2.2301** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SETTLEMENT AGREEMENT DATED: 09/24/2008<br><br><br>Undetermined | S.T.S. SYSTEMS TECHNOLOGY SERVICES |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2302**
| State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 09/24/2008 | S.T.S. SYSTEMS TECHNOLOGY SERVICES |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2303**
| State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 12/21/2021 | SABAFER SRL<br>VIA REGIO PARCIO 91, SETTIMO TORINESE (TO) |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2304**
| State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 01/01/2025 | SABAFER SRL<br>VIA REGIO PARCIO 91, SETTIMO TORINESE (TO) 10036 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2305**
| State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 01/01/2025 | SABAFER SRL<br>VIA REGIO PARCIO 91, SETTIMO TORINESE (TO) 10036 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2306**
| State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 08/10/2011 | SABELT S.P.A. |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2307**
| State what the contract or lease is for and the nature of the debtor's interest | MAGNETI MARELLI DATED: 03/22/2011 | SACEL S.R.L.<br>LOCALITÀ RISERA SN<br><br>ITALY |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2308**
| State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE PRIVATE DEED DATED: 03/29/2019 | SADEM S.P.A.<br>ASSAROTTI N. 10<br>TORINO,<br>ITALY |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2309** | **State what the contract or lease is for and the nature of the debtor's interest** | SAFERIDE SOFTWARE EVALUATION LICENSE AGREEMENT DATED: 01/15/2020 | SAFERIDE TECHNOLOGIES LTD. 2 RAOUL WALLENBERG ST. TEL AVIV, ISRAEL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2310** | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE TRADEMARK LICENSE AGREEMENT DATED: 10/08/2016 | SAIC MAGNETI MARELLI POWERTRAIN CO. LTD. NO. 388 XINGRONG ROAD JIADING INDUSTRIAL ZONE SHANGHAI, CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2311** | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM IN RELATION TO THE SERVICE AGREEMENT DATED: 08/13/2018 | SALESFORCE EMEA LIMITED 110 Bishopsgate Floor 26 Salesforce Tower London, EC2N 4AY UNITED KINGDOM |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2312** | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM DATED: 02/13/2021 | SALESFORCE JAPAN CO., LTD. 100-0005 1-1-3 MARUNOUCHI, CHIYODA-KU, TOKYO NIHON SEIMEI MARUNOUCHI GARDEN TOWER (SALESFORCE TOWER) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2313** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBSCRIPTION AGREEMENT DATED: 04/02/2019 | SALESFORCE.COM EMEA LIMITED ROUTE DE LA LONGERAIE 9 ATTN: DIRECTOR, EMEA SALES OPERATIONS SARI MORGES, 1110 SWITZERLAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2314** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBSCRIPTION AGREEMENT DATED: 04/02/2019 | SALESFORCE.COM EMEA LIMITED 110 BISHOPSGATE FLOOR 26 SALESFORCE TOWER "SFDC" LONDON, EC2N 4AY UNITED KINGDOM |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2315** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBSCRIPTION AGREEMENT DATED: 04/02/2019 | SALESFORCE.COM EMEA LIMITED ROUTE DE LA LONGERAIE 9 ATTN: DIRECTOR, EMEA SALES OPERATIONS SARI MORGES, 1110 SWITZERLAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

### 2.2316

| | |
|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER INFORMATION DATED: 08/13/2023 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

SALESFORCE.COM ITALY S.R.L
PIAZZA MEDA 5
MILAN, 20121
ITALY

### 2.2317

| | |
|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | SALESFORCE SHIELD AGREEMENT DATED: 07/27/2023 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

SALESFORCE.COM ITALY S.R.L.
PIAZZA MEDA 5
MILAN, 20121
ITALY

### 2.2318

| | |
|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | SHIELD ORDER FORM DATED: 07/27/2023 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

SALESFORCE.COM ITALY S.R.L.
PIAZZA MEDA 5
MILAN, 20121
ITALY

### 2.2319

| | |
|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER INFORMATION DATED: 08/13/2023 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

SALESFORCE.COM ITALY S.R.L.
PIAZZA MEDA 5
MILAN, 20121
ITALY

### 2.2320

| | |
|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER INFORMATION DATED: 08/13/2023 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

SALESFORCE.COM ITALY S.R.L.
PIAZZA MEDA 5
MILAN, 20121
ITALY

### 2.2321

| | |
|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO MAGNETI MARELLI PURCHASING DATED: 01/10/2020 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

SALZGITTER HYDROFORMING GMBH
GEWERBERING 26 A
CRIMMITSCHAU, 08451
GERMANY

### 2.2322

| | |
|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS AND CONDITIONS DATED: 12/20/2019 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

SALZGITTER HYDROFORMING GMBH & CO. KG
GEWERBERING 26A, 08451 CRIMMITSCHAU

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2323** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 04/19/2010 | SAMOT MECHANICAL INDUSTRY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2324** | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 10/03/2023 | SAMSIC ITALIA S.P.A. PRINCIPE AMEDEO 11 TURIN, (TO), ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2325** | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 06/01/2020 | SAMSIC ITALIA SPA TURIN (TO), VIA PRINCIPE AMEDEO N. 11 LEGAL REPRESENTATIVE, MR. UMBERTO DIAMANTE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2326** | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT DATED: 04/28/2013 | SAMSUNG DISPLAY CO., LTD. 1 SAMSUNG-RO YONGIN-CITY, GYEONGGI-DO, 17113 KOREA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2327** | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT DATED: 04/28/2017 | SAMSUNG DISPLAY CO., LTD. 1 SAMSUNG-RO YONGIN-CITY, GYEONGGI-DO, 17113 KOREA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2328** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 10/23/2010 | SAMSUNG MOBILE DISPLAY CO., LTD SAN #24 NONGSEO-DONG GIHEUNG-GU YONGIN-CITY, GYUNGGI-DO, KOREA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2329** | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK COOPERATION AGREEMENT DATED: 10/28/2009 | SAMSUNG MOBILE DISPLAY CO., LTD SAN #24 NONGSEO-DONG GIHEUNG-GU YONGIN-CITY, GYUNGGI-DO, KOREA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.
         Name

Case number (If known):   25-11109

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2330 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 02/17/2010 | SAMSUNG MOBILE DISPLAY CO., LTD SAN #24 NONGSEO-DONG GIHEUNG-GU YONGIN-CITY, GYUNGGI-DO, KOREA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2331 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO GLOBAL PURCHASING AGREEMENT DATED: 06/11/2012 | SAMSUNG MOBILE DISPLAY CO., LTD SAN 24 NONGSEO-DONG GIHEUNG-GU YONGIN-CITY, KYUNGKI-DO, REPUBLIC OF KOREA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2332 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 01/18/2007 | SAMVARDHANA MOTHERSON FINANCE LIMITED 43 COMMUNITY CENTRE NEW FRIENDS COLONY NEW DELHI, 110025 INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2333 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE THIRD AMENDMENT OF THE JOINT VENTURE AGREEMENT DATED: 08/25/2020 | SAMVARDHANA MOTHERSON INTERNATIONAL UNIT 705, C WING, ONE BKC, G BLOCK, BANDRA KURLA COMPLEX, BANDRA EAST, MUMBAI, MAHARASHTRA-400051, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2334 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE AMENDMENT OF THE JOINT VENTURE AGREEMENT DATED: 10/07/2015 | SAMVARDHANA MOTHERSON INTERNATIONAL LIMITED F-7, BLOCK B-1, MOHAN COOPERATIVE INDUSTRIAL ESTATE 2ND FLOOR MATHURA ROAD DELHI, 110044 INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2335 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 09/02/2013 | SAMVARDHANA MOTHERSON INTERNATIONAL LIMITED 2NJ FLOOR, F-7, BLOCK B-L MOHAN COOPERATIVE INDUSTRIAL ESTATE MATHURA ROAD NEW DELHI, 110 044 INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2336 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE JOINT VENTURE AGREEMENT DATED: 03/25/2010 | SAMVARDHANA MOTHERSON LIMITED F-7, BLOCK B-L.MOHAN CO-OPERATIVE INDUSTRIAL ESTATE 2ND FLOOR MATHURA ROAD NEW DELHI, 110044 INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2337 | State what the contract or lease is for and the nature of the debtor's interest | RESEARCH CONTRACT FOR THIRD PARTIES DATED: 10/24/2017 | SANT'ANNA SCHOOL OF ADVANCED STUDIES – INSTITUTE OF COMMUNICATION, INFORMATION AND PERCEPTION TECHNOLOGIES (TECIP) PIAZZA MARTIRI DELLA LIBERTÀ 33 GIUSEPPE MORUZZI 1 SAN CATALDO PISA, 56127 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2338 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK COLLABORATION AGREEMENT DATED: 03/14/2013 | SANT'ANNA SCHOOL OF UNIVERSITY STUDIES AND SPECIALIZATION PIAZZA MARTIRI DELLA LIBERTÀ, 33, PISA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2339 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK COLLABORATION AGREEMENT DATED: 12/12/2016 | SANT'ANNA SCHOOL OF UNIVERSITY STUDIES AND SPECIALIZATION – INSTITUTE OF COMMUNICATION, INFORMATION AND PERCEPTION TECHNOLOGIES (TECIP INSTITUTE) PIAZZA MARTIN DELLA LIBERTÀ, 33, PISA AND VIA G. MORUZZI, SAN CATALDO LOCALITY, RESEARCH AREA C.N.R., CAP. 56124, PISA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2340 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/26/2011 | SANTOMAS SONG BHD 15 KAW MIEL, KULIM INDUSTRIAL ESTAT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2341 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SANVITO & SOMASCHINI SPA VIA DEL VALA' 21 CARATE BRIANZA, 20841 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2342 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ORDER FORM DATED: 02/14/2025 | SAP CONCUR AMERIKASTRAAT 10 S-HERTOGENBOSCH, 5232 BES NETHERLANDS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2343 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AND SUPPORT AGREEMENT DATED: 05/01/2019 | SAP ITALIA S.P.A VIMERCATE (MB), VIA MONZA 7/A |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2344 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AND SUPPORT AGREEMENT DATED: 03/06/2024 | SAP ITALIA S.P.A VIA MONZA 7/A VIMERCATE, MB, 20871 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2345 | **State what the contract or lease is for and the nature of the debtor's interest** | SAP SERVICES AGREEMENT DATED: 02/21/2020 | SAP ITALIA S.P.A. VIA MONZA 7/A VIMERCATE, MB, 20871 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2346 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 2 DATED: 03/06/2020 | SAP ITALIA S.P.A. VIMERCATE (MB), VIA MONZA 7/A |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2347 | **State what the contract or lease is for and the nature of the debtor's interest** | CLOUD AGREEMENT ORDER FORM DATED: 02/26/2025 | SAP ITALIA S.P.A. VIA MONZA 7/A VIMERCATE, MB, 20871 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2348 | **State what the contract or lease is for and the nature of the debtor's interest** | SAP CLOUD ORDER FORM DATED: 02/27/2025 | SAP ITALIA S.P.A. VIA MONZA 7/A VIMERCATE, (MB), 20871 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2349 | **State what the contract or lease is for and the nature of the debtor's interest** | CLOUD AGREEMENT ORDER FORM DATED: 02/26/2025 | SAP ITALIA S.P.A. VIA MONZA 7/A VIMERCATE, (MB), 20871 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2350 | **State what the contract or lease is for and the nature of the debtor's interest** | SAP CLOUD ORDER FORM DATED: 06/13/2025 | SAP ITALIA S.P.A. VIA FEDERICO CONFALONIERI 29 MILANO, MI, 20124 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
| --- | --- | --- |
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.2351** **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE CLOUD SERVICES ORDER FORM DATED: 02/11/2020 | SAP ITALIA S.P.A. VIMERCATE (MB), VIA MONZA 7/A |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.2352** **State what the contract or lease is for and the nature of the debtor's interest** | SAP CLOUD ORDER FORM DATED: 02/28/2025 | SAP ITALIA S.P.A. VIA MONZA 7/A VIMERCATE, (MB), 20871 ITALY |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.2353** **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AND SUPPORT AGREEMENT DATED: 02/12/2020 | SAP ITALIA S.P.A. VIA MONZA 7/A VIMERCATE, (MB), 20871 ITALY |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.2354** **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AGREEMENT DATED: 02/24/2020 | SAP ITALIA S.P.A. VIA MONZA 7/A VIMERCATE, MB, 20871 ITALY |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.2355** **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 11/16/2016 | SARL T.F.Y 4 RUE DE BOURGOGNE SENS NORD CUY, 89140 FRANCE |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.2356** **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PURCHASING GENERAL TERMS AND CONDITIONS DATED: 01/09/2018 | SARREL SA |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.2357** **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF INTENT DATED: 02/17/2019 | SAUBER MOTORAOORT AG WILDBACHSTRASSE 9 HINWIL, 8340 SWITZERLAND |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2358 | **State what the contract or lease is for and the nature of the debtor's interest** | CO-OPERATION AGREEMENT FOR THE DEVELOPMENT AND SUPPLY OF COMPONENTS AND SERVICES WITH PROVISION OF SPONSORSHIP ("THE AGREEMENT") DATED: | SAUBER MOTORSPORT AG WILDBACHSTRASSE 9, CH-8340 HINWIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2359 | **State what the contract or lease is for and the nature of the debtor's interest** | CO-OPERATION AGREEMENT DATED: 02/03/2011 | SAUBER MOTORSPORT AG WILDBACHSTRASSE 9, CH-8340 HINWIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2360 | **State what the contract or lease is for and the nature of the debtor's interest** | CO-OPERATION AGREEMENT DATED: 01/17/2012 | SAUBER MOTORSPORT AG WILDBACHSTRASSE 9 HINWIL, 8340 SWITZERLAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2361 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SCHLAEGER M-TECH GMBH RITTER-VON-EITZENBERGER STR. BAYREULTH, 95448 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2362 | **State what the contract or lease is for and the nature of the debtor's interest** | MOTORSPORTS ASSOCIATE SPONSORSHIP AGREEMENT DATED: 04/13/2018 | SCHMIDT PETERSON MOTORSPORTS, LLC 6803 COFFMAN ROAD INDIANAPOLIS, IN 46268 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2363 | **State what the contract or lease is for and the nature of the debtor's interest** | MOTORSPORTS ASSOCIATE SPONSORSHIP AGREEMENT DATED: 05/20/2019 | SCHMIDT PETERSON MOTORSPORTS, LLC 6803 COFFINAN ROAD INDIANAPOLIS, IN 46268 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2364 | **State what the contract or lease is for and the nature of the debtor's interest** | MOTORSPORTS ASSOCIATE SPONSORSHIP AGREEMENT DATED: 02/15/2013 | SCHMIDT PETERSON MOTORSPORTS, LLC 6803 COFFINAN ROAD INDIANAPOLIS, IN 46268 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.                                      Case number (If known):    25-11109
          Name

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| **2.2365** State what the contract or lease is for and the nature of the debtor's interest | PROMOTIONAL ADVERTISING CONTRACT DATED: 06/19/2008 | SCUDERIA FERRARI CLUB OF PESSANO CON BORNAGO PIAZZA CASTELLO, 20060 PESSANO CON BORNAGO (MI) |


| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2365** | State what the contract or lease is for and the nature of the debtor's interest | PROMOTIONAL ADVERTISING CONTRACT DATED: 06/19/2008 | SCUDERIA FERRARI CLUB OF PESSANO CON BORNAGO PIAZZA CASTELLO, 20060 PESSANO CON BORNAGO (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2366** | State what the contract or lease is for and the nature of the debtor's interest | PROMOTIONAL ADVERTISING CONTRACT DATED: 04/16/2009 | SCUDERIA FERRARI CLUB OF PESSANO CON BORNAGO PIAZZA CASTELLO, 20060 PESSANO CON BORNAGO (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2367** | State what the contract or lease is for and the nature of the debtor's interest | PROMOTIONAL ADVERTISING CONTRACT DATED: 01/30/2010 | SCUDERIA FERRARI CLUB OF PESSANO CON BORNAGO NEGRONI 2, 20060 PESSANO CON BORNAGO (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2368** | State what the contract or lease is for and the nature of the debtor's interest | CO-OPERATION AGREEMENT FOR THE DEVELOPMENT AND SUPPLY OF COMPONENTS AND SERVICES WITH PROVISION OF SPONSORSHIP ("THE AGREEMENT") DATED: | SCUDERIA TORO ROSSO S.P.A. VIA SPALLANZANI, 2 FAENZA, 48018 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2369** | State what the contract or lease is for and the nature of the debtor's interest | CO-OPERATION AGREEMENT FOR THE DEVELOPMENT AND SUPPLY OF COMPONENTS AND SERVICES WITH PROVISION OF SPONSORSHIP ("THE AGREEMENT") DATED: | SCUDERIA TORO ROSSO S.P.A. VIA SPALLANZANI, 2 FAENZA, 48018 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2370** | State what the contract or lease is for and the nature of the debtor's interest | LETTER-ACQUISITION OF THE INDEPENDENT AFTERMARKET DIVISION DATED: 03/31/2023 | SDG CONSULTING ITALIA S.P.A. VIA VITRUVIO 1 MILANO, 20124 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2371** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 09/04/2012 | SEA LINK INTERNATIONAL, INC 13151 66TH ST. N LARGO, FL 33773 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2372 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 07/02/2010 | SEALED AIR SH |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2373 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASING MACHINERY GENERAL TERMS FOR EQUIPMENT DATED: 07/03/2019 | SEDISP S.R.L. MULINO, 24 BUCCINASCO, MI, 20090 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2374 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SEE PLAST S.A.I. VIA PAKORA-50 - 10040 LEINI' (TO)   VAT AND TAX CODE 3656650011 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2375 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 07/19/2019 | SEGULA TECHNOLOGIES ITALIA S.R.L. TURIN, CORSO UNIONE SOVIETICA 612/3C |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2376 | **State what the contract or lease is for and the nature of the debtor's interest** | SPECIFIC TERMS AND CONDITIONS FOR THE PROVISION OF ENGINEERING SERVICES DATED: 06/12/2017 | SEGULA TECHNOLOGIES SRL ITALIA CORSO UNIONE SOVIETICA 612/3 E TORINO, 10135 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2377 | **State what the contract or lease is for and the nature of the debtor's interest** | SPECIFIC TERMS AND CONDITIONS FOR THE PROVISION OF ENGINEERING SERVICES DATED: 06/30/2017 | SEGULA TECHNOLOGIES SRL ITALIA CORSO UNIONE SOVIETICA 612/3 E TORINO, 10135 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2378 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SEI INTERCONNECT PRODUCTS (EUROPE) VIA BELVEDERE 45 COMO, 22100 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.

Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2379** **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL PURCHASING AGREEMENT DATED: 01/01/2015 | SEIKO EPSON CORPORATION 421-8 HINO HINO-SHI, TOKYO, 191-8501 JAPAN |
| **State the term remaining** Undetermined | | |
| **List the contract number of any government contract** | | |
| **2.2380** **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 08/20/2019 | SEKISUI DLJM MOLDING PVT. LTD 889 UDYOG VIHAR PHASE 1 GURUGRAM, HARYANA, 122016 INDIA |
| **State the term remaining** Undetermined | | |
| **List the contract number of any government contract** | | |
| **2.2381** **State what the contract or lease is for and the nature of the debtor's interest** | INFORMATION PURSUANT TO OF ARTS. 13 AND 14 OF EU REGULATION 2016/679 AND THE NATIONAL LEGISLATION IN FORCE ON THE PROTECTION OF | SELMABIPIEMME LEASING S.P.A VIA SIUSI, 7 - 20132 MILAN |
| **State the term remaining** Undetermined | | |
| **List the contract number of any government contract** | | |
| **2.2382** **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 12/21/2010 | SELMAT AUTOMOTIVE S.P.A. |
| **State the term remaining** Undetermined | | |
| **List the contract number of any government contract** | | |
| **2.2383** **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL PURCHASING AGREEMENT DATED: 06/15/2015 | SEMAR S.R.L. VIA SARDEGNA 5 CASTELFIDARDO, AN, 60022 ITALY |
| **State the term remaining** Undetermined | | |
| **List the contract number of any government contract** | | |
| **2.2384** **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING AGREEMENT DATED: 03/23/2023 | SEMOS SOFTWARE LLC 405 STATE HIGHWAY 121 SUITE A250 ATTN: LEGAL REPRESENTATIVE MR/MS ALEKSANDAR MISOVSKI, COO THE STATE OF TEXAS LEWISVILLE, TX 75067 |
| **State the term remaining** Undetermined | | |
| **List the contract number of any government contract** | | |
| **2.2385** **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING AGREEMENT DATED: 07/14/2023 | SEMOS SOFTWARE LLC 405 STATE HIGHWAY 121 SUITE A250 LEWISVILLE, TX 75067 |
| **State the term remaining** Undetermined | | |
| **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.                                     Case number (If known):  25-11109
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.2386** **State what the contract or lease is for and the nature of the debtor's interest** STATEMENT OF WORK DATED: 03/31/2023 <br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | SEMOS SOFTWARE LLC 405 STATE HIGHWAY 121 SUITE A250 LEWISVILLE, TX 75067 |
| **2.2387** **State what the contract or lease is for and the nature of the debtor's interest** SEMOS CLOUD SERVICES AGREEMENT DATED: 03/28/2023 <br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | SEMOS SOFTWARE LLC 405 STATE HIGHWAY 121 SUITE A250 LEWISVILLE, TX 75067 |
| **2.2388** **State what the contract or lease is for and the nature of the debtor's interest** DATA PROCESSING AGREEMENT DATED: 07/14/2023 <br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | SEMOS SOFTWARE LLC 405 STATE HIGHWAY 121 SUITE A250 LEWISVILLE, TX 75067 |
| **2.2389** **State what the contract or lease is for and the nature of the debtor's interest** STATEMENT OF WORK RELATED TO SERVICE AGREEMENT DATED: 03/31/2023 <br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | SEMOS SOFTWARE LLC 405 STATE HIGHWAY 121 SUITE A250 LEWISVILLE, TX 75067 |
| **2.2390** **State what the contract or lease is for and the nature of the debtor's interest** PURCHASING GENERAL TERMS AND CONDITIONS DATED: 02/15/2017 <br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | SENDROSCATOLA S.P.A |
| **2.2391** **State what the contract or lease is for and the nature of the debtor's interest** QUALITY SPECIFICATIONS AGREEMENT DATED: 04/25/2018 <br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | SEOUL SEMICONDUCTOR CO., LTD 97-11, SANDAN-RO 163BEON-GIL DANWON-GU, ANSAN-SI, GYEONGGI-DO, REPUBLIC OF KOREA |
| **2.2392** **State what the contract or lease is for and the nature of the debtor's interest** SALE OF MATERIALS PC&MA S.P.A. MAGNETI MARELLI - VENARIA (TO) PLANT DATED: 06/21/2016 <br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | SEPI AMBIENTE S.R.L. VIA SICILIA, 12 10036 - SETTIMO TORINESE TO |

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2393 | **State what the contract or lease is for and the nature of the debtor's interest** | WASTE SALE VENARIA (TO) PLANT PC&MA S.P.A. MAGNETI MARELLI DATED: 12/21/2017 | SEPI AMBIENTE S.R.L. VIA SICILIA, 12 10036 - SETTIMO TORINESE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2394 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 07/02/2010 | SERENA AMAIDE SNC STR. STAZIONE, 43 - 10080 SALASSA (TO) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2395 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 04/01/2020 | SERVICE KEY S.P.A. GERMANIA 7/4 VIGONZA, PD, 35010 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2396 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE CONTRACT FOR CIVIL AND TECHNICAL CLEANING SERVICES DATED: 04/19/2023 | SERVICE KEY S.P.A. SANGRO 15, 20132 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2397 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE CONTRACT FOR CIVIL AND TECHNICAL CLEANING SERVICES DATED: 04/20/2023 | SERVICE KEY S.P.A. SANGRO 15, 20132 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2398 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE ASSIGNMENT OF CIVIL AND TECHNICAL CLEANING SERVICES DATED: 03/01/2020 | SERVICE KEY S.P.A. GERMANIA 7/4 VIGONZA, PD, 35010 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2399 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SFC KOENIG GMBH MAX-EYTH STR. 14 ILLERRIEDEN, 89186 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2400 | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE COOPERATION AGREEMENT ON SERVICES DATED: 01/01/2024 | SGP - SORTING-GROUP POLAND SP. Z O.O. CZĘSTOCHOWA, UL. LEGIONÓW 92, 42-202 CZĘSTOCHOWA, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2401 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AGREEMENT DATED: 02/01/2024 | SGP - SORTING-GROUP POLAND SP. Z O.O. CZĘSTOCHOWA, UL. LEGIONÓW 92, 42-202 CZĘSTOCHOWA ATTN: MARIUSZ PUTO – CEO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2402 | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE COOPERATION AGREEMENT ON SERVICES DATED: 01/01/2025 | SGP - SORTING-GROUP POLAND SP. Z O.O. CZĘSTOCHOWA, UL. LEGIONÓW 92, 42-202 CZĘSTOCHOWA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2403 | State what the contract or lease is for and the nature of the debtor's interest | COMMITMENT OF THE POTENTIAL SUPPLIER WITH RESPECT TO THE CODE OF CONDUCT OF THE FCA DATED: 10/31/2017 | SHAININ GMBH MUNCHEN, 80333 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2404 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 10/31/2017 | SHAININ, THE RED X COMPANY SCHAFRERSTR. 3 MONCHEN, 80333 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2405 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SHANDONG GOLDEN CELL ELECTRONIC TECHNOLOGY CO., LTD. THAILAND INDUSTRY PARK FUYUAN 5 RD. HI-TECH DISTRICT ZAOZHUANG CITY, SHANDONG PROVINCE, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2406 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SHANGHAI FUTURE HIGH-TECH CO.,LTD NO 3998 PANJING ROAD BAOSHAN DISTRICT ZIP 200949, CITY SHANGHAI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2407 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SHANGHAI HONGYI MECHANICAL FITTINGS CO. LTD. 2230 PUDONG ROAD S. SHANGHAI, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2408 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SHANGHAI LIAN NAN AUTO ACCESSORIES NO. 818 XINCHEN ROAD BEICAI, PUDONG SHANGHAI, 201204 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2409 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AND SUPPLY AGREEMENT DATED: 07/24/2013 | SHANGHAI LISHENG SPORTS CO ., LTD A303 NO.3000 SHEN ZHUAN RD SONGJIANG, SHANGHAI, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2410 | State what the contract or lease is for and the nature of the debtor's interest | STRATEGIC COOPERATIVE PARTNER SPONSORSHIP AGREEMENT DATED: 12/12/2017 | SHANGHAI LISHENG SPORTS CO., LTD. ROOM 303, 3000 SHENZHUAN ROAD, SONGJIANG, SHANGHAI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2411 | State what the contract or lease is for and the nature of the debtor's interest | STRATEGIC COOPERATIVE PARTNER SPONSORSHIP AGREEMENT DATED: 05/01/2018 | SHANGHAI LISHENG SPORTS CO., LTD. FLOOR 2, BUILDING NO. 8, #518 NORTH FUQUAN ROAD, CHANGNING, SHANGHAI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2412 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 07/01/2014 | SHANGHAI TIANMA MICRO-ELECTRONICS CO., LTD. 889 HUIQING RD. PUDONG NEW DISTRICT SHANGHAI, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2413 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SHANGHAI TRI-WALL DAIICHI A5ǐ¼Œ20F JIANGSU BUILDING NO.528 LAOS SHANGHAI, 200122 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2414** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SHANGHAI XINYUE INSTRUMENT FACTORY NO.710, YISHAN RD., XUHUI DIST., SHANGHAI POSTAL CODE: 200235 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2415** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SHANGHAI YINLUN HEAT EXCHANGE SYSTEM CO., LTD. NO.111 QINGWEI ROAD FENGXIAN DISTRICT SHANGHAI CITY, 201414 CHINA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2416** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SHANTOU GOWORLD DISPLAY CO., LTD. NO 21 XINGYE ROAD SHANTOU, GD, 515041 CHINA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2417** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SHENG'AN (SUZHOU) AUTOMOBILE COMPONENTS LTD SUZHOU, 3205020900753 CHINA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2418** State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/22/2010 | SHENZHEN GOLDEN POWER PRECISION ELECTRONICS CO. LTD. |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2419** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SHENZHEN JINSUNWAY MOULD CO., LTD. LIAOKENG VILLAGE SHIYAN TOWN BAOAN DISTRICT SHENZHEN CITY, CHINA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2420** State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/22/2010 | SHENZHEN WANGBO TECHNOLOGY CO. LTD. FLOOR 2 BUILDING2,AI QUN LUTFUYU IN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor  Marelli Europe S.p.A.
Name

Case number (If known):  25-11109

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.2421 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS FOR SERVICES DATED: 11/30/2015 | SHINKAI KOGYO CORPORATION |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2422 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES (2020 EDITION) DATED: 11/03/2023 | SHIPLEY BUSINESS DEVELOPMENT SERVICES INDIA PVT. LTD. BANGALORE, INDIA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2423 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 10/27/2010 | SHOORING COUNTY SHENGKUN AUTOMOTIVE COMPONENTS FACTORY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2424 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL PURCHASE AGREEMENT DATED: 01/27/2014 | SHOULDER ELECTRONICS LIMITED NO. 115, GAOYUN ROAD BINHU ECNOMIC& TECHNOLOGY DEVELOPING AREA WUXI, JIANGSU, CHINA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2425 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL AGREEMENT DATED: 05/22/2019 | SIAS S.P.A. (SOCIETÀ INCREMENTO AUTOMOBILISMO E SPORT) CORSO VENEZIA 43 MILAN, 20121 ITALY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2426 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LOAN AGREEMENT | SICAM S.R.L. LAZIO 10-12/A, 40069 ZOLA PREDOSA (BO) |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2427 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT TO TERMINATE THE ARBITRATION DATED: 07/14/2009 | SIEMENS AG, MUNICH, GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
_____
Name

Case number (If known): 25-11109

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.2428 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSED SOFTWARE DESIGNATION AGREEMENT DATED: 02/15/2023 | SIEMENS INDUSTRY SOFTWARE INC. 5800 Granite Parkway Suite 600 ATTN: Cecilia Pham Sales Operations Specialist Plano, TX 75024 |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2429 | **State what the contract or lease is for and the nature of the debtor's interest** | END USER LICENSE AGREEMENT DATED: 06/17/2019 | SIEMENS INDUSTRY SOFTWARE S.R.L. WERNER VON SIEMENS 1 MILAN, ITALY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2430 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE TRAINING MANUAL LICENSE AGREEMENT DATED: 02/14/2017 | SIEMENS INDUSTRY SOFTWARE S.R.L. VIALE PIERO E ALBERTO PIRELLI 10, 20126 MILANO |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2431 | **State what the contract or lease is for and the nature of the debtor's interest** | END USER LICENSE AGREEMENT DATED: 06/17/2019 | SIEMENS INDUSTRY SOFTWARE S.R.L. VIALE PIERO E ALBERTO PIRELLI 10, 20126 MILANO |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2432 | **State what the contract or lease is for and the nature of the debtor's interest** | INFRASTRUCTURE & CITIES PERFORMANCE CONTRACT DATED: 08/29/2012 | SIEMENS S.P.A., INFRASTRUCTURE & CITIES DIVISION, BUILDING TECHNOLOGIES DIVISION (IC BT) PIERO ED ALBERTO PIRELLI NO. 10, 20126 MILAN |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2433 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT DATED: 01/09/2013 | SIERRA WIRELESS S.A. 5 BOULEVARD GALLI6NI ISSY-LES-MOULINEAUX, 92442 FRANCE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2434 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SIERRA WIRELESS, INC SIERRA WIRELESS, INC |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2435 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 09/21/2010 | SIGIT SPA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2436 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS AND CONDITIONS OF PURCHASE (2018 EDITION) DATED: 12/07/2018 | SIGMA CORPORATION (SGM) CO., LTD. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2437 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 03/19/2019 | SIL GASKET CO. LTD. 66 DENGSHENG ROAD |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2438 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 02/28/2013 | SILCOTECH S.L. C. MARGARITA SALAS, 20 PARQUE TECNOLÓGICO DE LEGANÉS TEL: 916 88 10 10 LEGANÉS, MADRID, 28919 SPAIN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2439 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SILENCIOSOS FALCES, S.A. CARRETERA ESPARTOSA N° S/N FALCES, 31370 SPAIN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2440 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL - OUTSOURCING NOTEBOOKS E DESKTOPS DATED: 08/01/2023 | SIMPRESS COMÉRCIO, LOCAÇÃO E SERVIÇOS S.A. MUNICIPALITY OF SANTANA DE PARNAÍBA, STATE OF SÃO PAULO, AT ALAMEDA ASIA, N. 201, CONJ. 1, 1ST AND 2ND FLOOR – POLO EMPRESARIAL DE TAMBORÉ |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2441 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SINOFTEC 145, BD MED 5 NEJMA TANGER, 90000 MOROCCO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.

Name

Case number (If known):   25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2442 | **State what the contract or lease is for and the nature of the debtor's interest** | REQUEST FOR OFFER FOR INTEGRATED DESIGN WORKS AND WORKS SUPERVISION, TECHNICAL SPECIFICATIONS | SINT SCARL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2443 | **State what the contract or lease is for and the nature of the debtor's interest** | EDI MANAGEMENT SERVICES COMMERCIAL PROPOSAL 12839 DATED: 04/28/2022 | SINTEL BELGIUM SPLR/BV AVENUE SES ARTS, 19 A/D B-1000, BRUSSELS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2444 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO GENERAL TERMS AND CONDITIONS FOR ICT SERVICES DATED: 05/11/2022 | SINTEL BELGIUM SPLR/BV AVENUE DES ARTS 19 A/D - B-1000 BRUXELLES |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2445 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE OPERATION AND MAINTENANCE DATED: 01/01/2019 | SIRAM S.P.A. ANNA MARIA MOZZONI 12 ATTN: FRANCISCO SILVERIO MARQUES MILAN, 20152 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2446 | **State what the contract or lease is for and the nature of the debtor's interest** | ANNEX 4 – ECONOMIC CONDITIONS | SIRAM S.P.A. BISCEGLIE 95 MILAN, MI, 20152 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2447 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PRODUCTION OF ENERGY DATED: 12/20/2022 | SIRAM S.P.A. VIA ANNA MARIA MOZZONI 12, MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2448 | **State what the contract or lease is for and the nature of the debtor's interest** | ANNEX – COGENERATION SERVICES PRICING, SAFEGUARD CLAUSE, CONVENTIONAL PLANT VALUE & INVOICING TERMS | SIRAM S.P.A. BISCEGLIE 95, 20152 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.
_____
        Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| **2.2449** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF ENERGY SERVICES DATED: 02/01/2018 | SIRAM S.P.A.<br>BISCEGLIE 95, 20152 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2450** | **State what the contract or lease is for and the nature of the debtor's interest** | FREE LOAN CONTRACT | SIRAM S.P.A.<br>BISCEGLIE 95<br>MILAN, MI, 20152<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2451** | **State what the contract or lease is for and the nature of the debtor's interest** | ANNEX 3 – OPERATION, SERVICE LEVEL AND PLANT CHARACTERISTIC KPIS | SIRAM S.P.A.<br>BISCEGLIE 95, 20152 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2452** | **State what the contract or lease is for and the nature of the debtor's interest** | LOAN FOR USE AGREEMENT FOR AREA AT MODUGNO PLANT | SIRAM S.P.A.<br>BISCEGLIE 95, 20152 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2453** | **State what the contract or lease is for and the nature of the debtor's interest** | FREE LOAN CONTRACT – USE OF LAND FOR POWER PLANT AT MODUGNO PLANT DATED: 06/11/2018 | SIRAM S.P.A.<br>BISCEGLIE 95<br>CAP 20152<br>MILAN, 20152<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2454** | **State what the contract or lease is for and the nature of the debtor's interest** | ANNEX 2 – TECHNICAL CHARACTERISTICS OF THE SYSTEM | SIRAM S.P.A.<br>BISCEGLIE 95, 20152 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2455** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/01/2018 | SIRAM SPA<br>BISCEGLIE 95<br>ATTN: SALES AND DEVELOPMENT DEPARTMENT<br>MILAN, (MI), 20152<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.
Name

Case number (If known):  25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2456 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/10/2018 | SIRAM SPA<br>MILAN VIA BISCEGLIE 95 CAP 20152 C.F. E P.I. 08786190150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2457 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/01/2013 | SIRIO S.C.P.A<br>C.SO FERRUCCI, 112/A, 10138 TURIN, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2458 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK CONTRACT FOR THE SUPPLY OF WORKS AND SERVICES DATED: 04/28/2017 | SIRIO SICUREZZA INDUSTRIALE S.C.P.A.<br>PLAVA, 86, 10135 TORINO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2459 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO CONTRACT FOR THE PROVISION OF SERVICES – TRAVEL SECURITY SERVICES DATED: 01/01/2017 | SIRIO SICUREZZA INDUSTRIALE S.C.P.A.<br>PLAVA, 86<br>TURIN, 10135<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2460 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR SERVICES AND EQUIPPED AREAS DATED: 01/01/2011 | SISTEMI SOSPENSIONE S.P.A.<br>ALDO BORLETTI 61/63<br>ATTN: CONTROLLER<br>CORBETTA, MI, 20011<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2461 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR SERVICES AND EQUIPPED AREAS DATED: 01/01/2011 | SISTEMI SOSPENSIONE S.P.A.<br>VIALE ALDO BORLETTI 61/63<br>ATTN: CONTROLLER<br>CORBETTA, MI, 20011<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2462 | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL FOR A SETTLEMENT CONTRACT DATED: 04/04/2013 | SISTEMI SOSPENSIONE SPA<br>COUNTERPARTY ADDRESS IS MISSING |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
         Name

Case number (If known):  25-11109

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2463** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT DATED: 01/10/2011 <br><br><br> Undetermined | SISTEMI SOSPENSIONI S.P.A VIALE ALDO BORLETTI NO. 61/63 CORBETTA MILAN, ITALY |
| **2.2464** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVESTMENT AGREEMENT DATED: 09/26/2017 <br><br><br> Undetermined | SISTEMI SOSPENSIONI S.P.A VIALE ALDO BORLETTI 61/63 CORBETTA, MILAN, ITALY |
| **2.2465** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT DATED: 01/10/2011 <br><br><br> Undetermined | SISTEMI SOSPENSIONI S.P.A VIALE ALDO BORLETTI NO. 61/63 MILAN, ITALY |
| **2.2466** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INVESTMENT AGREEMENT DATED: 09/26/2017 <br><br><br> Undetermined | SISTEMI SOSPENSIONI S.P.A. VIALE ALDO BORLETTI 61/63 CORBETTA, MI, 20011 ITALY |
| **2.2467** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT DATED: 01/04/2014 <br><br><br> Undetermined | SISTEMI SOSPENSIONI S.P.A. VIALE ALDO BORLETTI 61/63 CORBETTA, MILAN, 20011 ITALY |
| **2.2468** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT FOR PURCHASING SERVICES DATED: 05/30/2012 <br><br><br> Undetermined | SISTEMI SOSPENSIONI S.P.A. VIALE ALDO BORLETTI 61/63 CORBETTA, MI, 20011 ITALY |
| **2.2469** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RENTAL AGREEMENT DATED: 06/02/2008 <br><br><br> Undetermined | SISTENGE SISTEMAS DE ENGENHARIA LTDA. RUA IGUATEMI, 354 11TH FLOOR SÃO PAULO, SP, BRAZIL |

Debtor   Marelli Europe S.p.A.
         Name                                                      Case number (If known): 25-11109

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2470** **State what the contract or lease is for and the nature of the debtor's interest** — ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 08/01/2014 | SIT LOGISTICS SPA VIA VELLETRI 49, 00198 ROMA |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.2471** **State what the contract or lease is for and the nature of the debtor's interest** — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SJM EUROSTAT SAS 45, ROUTE D'ORGELET N° 45 PONT-DE-POITTE, 39130 FRANCE |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.2472** **State what the contract or lease is for and the nature of the debtor's interest** — FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 03/17/2021 | SKILL ENGINEERING S.R.L BARI, VIA BERSAGLIERI N. 12, CAP 70126 |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.2473** **State what the contract or lease is for and the nature of the debtor's interest** — PROMOTION AGREEMENT DATED: 01/01/2010 | SKODA AUTO A.S. TF.VACLAVA KLEMENTA 869 MLADA BOLESLAV, 293 60 CZECH REPUBLIC |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.2474** **State what the contract or lease is for and the nature of the debtor's interest** — PROMOTION AGREEMENT DATED: 12/07/2011 | SKODA AUTO A.S. TF.VACLAVA KLEMENTA 869 MLADA BOLESLAV, 293 60 CZECH REPUBLIC |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.2475** **State what the contract or lease is for and the nature of the debtor's interest** — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SKT YEDEK PARGA VE MAKINA SAN. VE TIC. A.S. OSB, ALI OSMAN SÖNMEZ BULVARI N°17 ZIP 16140 / CITY BURSA |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.2476** **State what the contract or lease is for and the nature of the debtor's interest** — QUALITY SPECIFICATIONS DATED: 08/30/2019 | SKYTECHNOLOGY S.R.L VIA FRANCESCO GONIN 55 20147, (MI), ITALY |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |

Debtor   Marelli Europe S.p.A.
Name

Case number (If known):   25-11109

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2477 | **State what the contract or lease is for and the nature of the debtor's interest** | SPECIFIC TERMS AND CONDITIONS FOR THE PROVISION OF ENGINEERING SERVICES DATED: 01/01/2018 | SKYTECHNOLOGY SRL VIA FRANCESCO GONIN 55 20147, (MI), ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2478 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL CONDITIONS FOR THE PROVISION OF SERVICES (2020) DATED: 03/09/2022 | SMET S.P.A VIA VELLETRI, 49 ATTN. LEGAL REPRESENTATIVE/ATTORNEY ROME, 0198 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2479 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 05/10/2011 | SMK CORPORATION |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2480 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT AGREEMENT AND NEW SUPPLY AGREEMENT DATED: 02/26/2019 | SOCIETE INTERNATIONALE DE SERVICES (S.I.S.) 11, RUE CHANEZ PARIS, 75016 FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2481 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 05/26/2025 | SODEXO ITALIA S.P.A FRATELLI GRACCHI 36, 20092 CINISELLO BALSAMO (MI) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2482 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT DATED: 06/28/2025 | SODEXO ITALIA S.P.A VIA F.LLI GRACCHI 36, 20092 CINISELLO BALSAMO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2483 | **State what the contract or lease is for and the nature of the debtor's interest** | ECONOMIC PROPOSAL FOR THE MANAGEMENT OF THE CANTEEN SERVICE AT BARI SITE DATED: 03/09/2025 | SODEXO ITALIA S.P.A FRATELLI GRACCHI 36, 20092 CINISELLO BALSAMO (MI) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.                                                      Case number (If known):   25-11109
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2484** State what the contract or lease is for and the nature of the debtor's interest | ECONOMIC PROPOSAL FOR THE MANAGEMENT OF THE CANTEEN SERVICE AT BOLOGNA SITE DATED: 04/09/2025 | SODEXO ITALIA S.P.A<br>FRATELLI GRACCHI 36, 20092 CINISELLO BALSAMO (MI) |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.2485** State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 04/09/2019 | SODEXO ITALIA S.P.A<br>CINISELLO BALSAMO (ML), VIA F.LLI GRACCHI 36 CAP 20092, |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.2486** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/26/2025 | SODEXO ITALIA S.P.A<br>FRATELLI GRACCHI 36, 20092 CINISELLO BALSAMO (MI) |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.2487** State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT DATED: 06/28/2025 | SODEXO ITALIA S.P.A<br>CINISELLO BALSAMO VIA F.LLI GRACCHI 36, |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.2488** State what the contract or lease is for and the nature of the debtor's interest | TRADITIONAL CORPORATE CATERING CONTRACT DATED: 12/20/2022 | SODEXO ITALIA S.P.A<br>F.LLI GRACCHI 36, 20092 CINISELLO BALSAMO (MI) |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.2489** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT AND NEW SUPPLY AGREEMENT DATED: 04/09/2019 | SODEXO ITALIA S.P.A.<br>F.LLI GRACCHI, 36<br>CINISELLO BALSAMO, MI, 20092<br>ITALY |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.2490** State what the contract or lease is for and the nature of the debtor's interest | SINGLE INTERFERENCE RISK ASSESSMENT DOCUMENT DATED: 02/02/2022 | SODEXO ITALIA SPA<br>VIA F.LLI GRACCHI 36<br>CINISELLO BALSAMO, 20092<br>ITALY |

State the term remaining — Undetermined

List the contract number of any government contract

Debtor   Marelli Europe S.p.A.
                                                                    Case number (If known)   25-11109
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2491 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER: 06/26/2025 | SODEXO ITALIA SPA<br>VIA F.LLI GRACCHI 36 20092 CINISELLO BALSAMO MI |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2492 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/09/2010 | SOGEMI SPA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2493 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SOGO S.P.A.<br>VIA VONA ARMANDO N° 16<br>FROSINONE, 03100<br>ITALY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2494 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE WRITING ADDENDUM TO THE "AGREEMENT FOR THE SUPPLY OF NITROGEN PRODUCED BY ON-SITE PLANT AND LIQUID NITROGEN" DATED: 11/23/2020 | SOL S.P.A.<br>MONZA (MB), VIA BORGAZZI 27, VAT NUMBER 00771260965 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2495 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX NO. 3 TO THE CONVENTION FOR THE SUPPLY OF LIQUID NITROGEN DATED: 04/16/2019 | SOL S.P.A.<br>BORGAZZI 27<br>MONZA, MB, 20900<br>ITALY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2496 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE SUPPLY OF NITROGEN PRODUCED BY ON-SITE PLANT AND LIQUID NITROGEN DATED: 10/22/2009 | SOL S.P.A.<br>BORGAZZI 27, 20900 MONZA (MB) |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2497 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE SUPPLY OF NITROGEN PRODUCED BY ON-SITE PLANT AND LIQUID NITROGEN DATED: 10/22/2009 | SOL S.P.A.<br>BORGAZZI 27, 20900 MONZA (MB) |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
_____
          Name

Case number (If known): 25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2498 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE DEED COMMERCIAL AGREEMENT DATED: 10/22/2019 | SOL S.P.A. MONZA (MB), VIA BORGAZZI 27, P.I. 00771260965 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2499 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE DEED COMMERCIAL AGREEMENT – CORBETTA ON-SITE NITROGEN PRODUCTION PLANT DATED: 12/16/2011 | SOL S.P.A. BORGAZZI 27, 20900 MONZA (MB) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2500 | State what the contract or lease is for and the nature of the debtor's interest | ANNEX 1 TO THE SUPPLY AGREEMENT DATED : 10/22/2009 | SOL S.P.A. G. BORGAZZI 27, 20052 MONZA (MB) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2501 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE DEED COMMERCIAL AGREEMENT DATED: 07/01/2016 | SOL S.P.A. MONZA (MB), VIA BORGAZZI 27, VAT NUMBER 00771260965, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2502 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE DEED COMMERCIAL AGREEMENT – SUPPLY OF NITROGEN DATED: 06/28/2016 | SOL S.P.A.: BORGAZZI 27, 20900 MONZA (MB) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2503 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/29/2023 | SONATUS IRELAND LIMITED BLOCK 3 HARCOURT CENTRE HARCOURT ROAD DUBLIN, D02 A339 IRELAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2504 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 03/11/2025 | SONATUS IRELAND LIMITED BLOCK 3 HARCOURT CENTRE HARCOURT ROAD DUBLIN, D02 A339 IRELAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.

Name

Case number (If known):   25-11109

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2505** **State what the contract or lease is for and the nature of the debtor's interest** PURCHASING GENERAL TERMS AND CONDITIONS DATED: 10/24/2016 | SONNPLAST GMBH |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.2506** **State what the contract or lease is for and the nature of the debtor's interest** GENERAL CONDITIONS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 05/16/2017 | SOPRA STERIA GROUP S.P.A. STRADA N. 4, PALAZZO N. 7 ASSAGO MILANOFIORI (MI) |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.2507** **State what the contract or lease is for and the nature of the debtor's interest** ANNEX TO THE COOPERATION AGREEMENT ON SERVICES DATED: 01/01/2023 | SORTING GROUP POLAND SP ZOO CZĘSTOCHOWA, UL. LEGIONÓW 92, 42-202 CZĘSTOCHOWA |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.2508** **State what the contract or lease is for and the nature of the debtor's interest** POLICY 38817 DATED: 01/01/2003 | SOUTH AMERICA HEALTH INSURANCE S.A. RUA DA QUITANDA, 86, PARTE, CENTRO, RIO DE JANEIRO |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.2509** **State what the contract or lease is for and the nature of the debtor's interest** PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 03/04/2019 | SP KOVO S.R.O. SVATOANENSKÁ 79 588 56 CZECH REPUBLIC |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.2510** **State what the contract or lease is for and the nature of the debtor's interest** QUALITY AGREEMENT DATED: 07/20/2011 | SPID 85 SAS CAPITAL DE 484 ZL NORD - RUE MONGE LA ROCHE SUR YON, 88000 FRANCE |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.2511** **State what the contract or lease is for and the nature of the debtor's interest** CONSIGNMENT STOCK AGREEMENT DATED: 05/02/2011 | SPID 85 SAS CAPITAL DE 484 ZL NORD - RUE MONGE LA ROCHE SUR YON, 88000 FRANCE |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |

Debtor   Marelli Europe S.p.A.
         Name

Case number (If known)   25-11109

<table>
<tr><td colspan="2">■</td><td colspan="2"><b>Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</b></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2512** **State what the contract or lease is for and the nature of the debtor's interest** — QUALITY AGREEMENT DATED: 11/02/2010 | SPIRMARK |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.2513** **State what the contract or lease is for and the nature of the debtor's interest** — QUALITY AGREEMENT DATED: 04/04/2011 | SPOLDZIELNIA ''BIELSIN'1 |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.2514** **State what the contract or lease is for and the nature of the debtor's interest** — QUALITY AGREEMENT DATED: 01/31/2011 | SPRINT INDUSTRIES SDN BHD |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.2515** **State what the contract or lease is for and the nature of the debtor's interest** — SUPPLIER COMMITMENT LETTER DATED: 04/10/2019 | STA LOGISTIC LLC BUTYRSKAYA STREET BUILDING 77 10TH FLOOR MOSCOW, 127015 RUSSIA |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.2516** **State what the contract or lease is for and the nature of the debtor's interest** — QUALITY SPECIFICATIONS AGREEMENT DATED: 06/06/2018 | STADLER 20560 ONATI ONATI, 20560 SPAIN |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.2517** **State what the contract or lease is for and the nature of the debtor's interest** — QUALITY AGREEMENT DATED: 01/25/2012 | STALMAX PIATKOWIEC 55B 39-308 WADOWLCE GDME |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.2518** **State what the contract or lease is for and the nature of the debtor's interest** — QUALITY AGREEMENT DATED: 11/15/2010 | STALMAX PIĄTKOWIEC 55B WADOWICE GÓRNE, 39-308 POLAND |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |

Debtor  Marelli Europe S.p.A.
Name

Case number (if known)  25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| 2.2519 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | STAMEC SRL<br>VIA A. LABRIOLA 31<br>SALA BOLOGNESE, BOLOGNA, 40010<br>ITALY |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |

| 2.2520 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 06/03/2019 | STAMP AND STONATURE GMBH & CO. KG |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |

| 2.2521 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 03/06/2019 | STAMPAND CONGRU S.R.L.<br>L. B. ALBENIN10 20149 MILAN |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |

| 2.2522 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 10/18/2010 | STAMPUNE STAMPED METALS LTD<br>MUNICIPALITY OF LIMEIRA, STATE OF SAO PAULO, AT RUA MARTINO DRAGONE, 273 |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |

| 2.2523 | State what the contract or lease is for and the nature of the debtor's interest | MARKET AGREEMENT DATED: 04/21/2008 | STANLEY-IDESS S.A.S<br>39, RUE DES PEUPLIERS, 92000 NANTERRE |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |

| 2.2524 | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT STOCK AGREEMENT DATED: 04/21/2008 | STANLEY-IDESS S.A.S<br>39, RUE DES PEUPLIERS, 92000 NANTERRE |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |

| 2.2525 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 04/21/2008 | STANLEY-IDESS S.A.S<br>39, RUE DES PEUPLIERS, 92000 NANTERRE |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |

Debtor  Marelli Europe S.p.A.

Case number (If known): 25-11109

Name

| | |
|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2526** **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 02/08/2010 | STARTEC S.R.L. |

| | | |
|---|---|---|
| **2.2526** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 02/08/2010 | STARTEC S.R.L. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2527** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 10/26/2011 | STEEL MILLS OF MINAS GERAIS AV. PEDRO LINHARE 5.431, AR INTERNA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2528** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL WARRANTY TERMS DATED: 02/06/2025 | STELLANTIS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2529** | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT TO THE GLOBAL GENERAL TERMS AND CONDITIONS DATED: 04/30/2024 | STELLANTIS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2530** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL WARRANTY TERMS DATED: 01/30/2025 | STELLANTIS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2531** | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS AND CONDITIONS DATED: 04/30/2024 | STELLANTIS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2532** | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT DATED: 04/30/2024 | STELLANTIS AUTO SAS 2-10 BOULEVARD DE L'EUROPE POISSY, 78300 FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.
                    Name
                                                            Case number (If known):   25-11109

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2533** State what the contract or lease is for and the nature of the debtor's interest | CASH ADVANCE PAYMENT AGREEMENT DATED: 12/26/2024 | STELLANTIS EUROPE S.P.A CORSO GIOVANNI AGNELLI 200, 10135 TURIN |

**2.2533**
State what the contract or lease is for and the nature of the debtor's interest: CASH ADVANCE PAYMENT AGREEMENT DATED: 12/26/2024
State the term remaining: Undetermined
List the contract number of any government contract:

STELLANTIS EUROPE S.P.A
CORSO GIOVANNI AGNELLI 200, 10135 TURIN

**2.2534**
State what the contract or lease is for and the nature of the debtor's interest: CASH ADVANCE PAYMENT AGREEMENT DATED: 03/31/2025
State the term remaining: Undetermined
List the contract number of any government contract:

STELLANTIS EUROPE S.P.A.
TURIN, CORSO GIOVANNI AGNELLI NO. 200

**2.2535**
State what the contract or lease is for and the nature of the debtor's interest: PURCHASE AGREEMENT DATED: 04/30/2024
State the term remaining: Undetermined
List the contract number of any government contract:

STELLANTIS EUROPE S.P.A.
C.SO GIOVANNI AGNELLI 200
TORINO, 10135
ITALY

**2.2536**
State what the contract or lease is for and the nature of the debtor's interest: CASH ADVANCE PAYMENT AGREEMENT DATED: 01/30/2025
State the term remaining: Undetermined
List the contract number of any government contract:

STELLANTIS EUROPE S.P.A.
CORSO GIOVANNI AGNELLI 200, 10135 TURIN

**2.2537**
State what the contract or lease is for and the nature of the debtor's interest: CASH ADVANCE PAYMENT AGREEMENT DATED: 02/19/2025
State the term remaining: Undetermined
List the contract number of any government contract:

STELLANTIS EUROPE S.P.A.
CORSO GIOVANNI AGNELLI 200, 10135 TURIN

**2.2538**
State what the contract or lease is for and the nature of the debtor's interest: CASH ADVANCE PAYMENT AGREEMENT DATED: 02/14/2025
State the term remaining: Undetermined
List the contract number of any government contract:

STELLANTIS EUROPE S.P.A.
CORSO GIOVANNI AGNELLI 200, 10135 TURIN

**2.2539**
State what the contract or lease is for and the nature of the debtor's interest: FRAMEWORK CREDIT MANDATE AGREEMENT FOR EMPLOYEE CAR FINANCING DATED: 01/08/2024
State the term remaining: Undetermined
List the contract number of any government contract:

STELLANTIS EUROPE S.P.A.
PLAVA 80
TURIN, 10135
ITALY

Debtor    Marelli Europe S.p.A.

Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2540 | **State what the contract or lease is for and the nature of the debtor's interest** | CASH ADVANCE PAYMENT AGREEMENT DATED: 03/31/2025 | STELLANTIS EUROPE S.P.A. TURIN, CORSO GIOVANNI AGNELLI NO. 200 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2541 | **State what the contract or lease is for and the nature of the debtor's interest** | PAYMENT GUARANTEE DATED: 01/30/2025 | STELLANTIS EUROPE SPA FCA US LLC STELLANTIS MÉXICO, S.A. DE C.V. 4-19 MIYAHARA-CHO 2-CHOME ATTN: JUAN MOLLÀ, NABIL RAHLI SAITAMA CITY, SAITAMA, 331-8501 JAPAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2542 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK CREDIT MANDATE AGREEMENT FOR EMPLOYEE CAR FINANCING DATED: 01/08/2024 | STELLANTIS FINANCIAL SERVICES ITALIA S.P.A. PLAVA 80 TURIN, 10135 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2543 | **State what the contract or lease is for and the nature of the debtor's interest** | CASH ADVANCE PAYMENT AGREEMENT DATED: 02/14/2025 | STELLANTIS MÉXICO, S.A. DE C.V. SALTILLO PLANT CALLE GRAL. CEPEDA, SALTILLO, 25300 MEXICO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2544 | **State what the contract or lease is for and the nature of the debtor's interest** | CASH ADVANCE PAYMENT AGREEMENT DATED: 01/30/2025 | STELLANTIS MÉXICO, S.A. DE C.V. SALTILLO PLANT CALLE GRAL. CEPEDA, SALTILLO, 25300 MEXICO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2545 | **State what the contract or lease is for and the nature of the debtor's interest** | CASH ADVANCE PAYMENT AGREEMENT DATED: 12/26/2024 | STELLANTIS MÉXICO, S.A. DE C.V. SALTILLO PLANT CALLE GRAL. CEPEDA, SALTILLO, 25300 MEXICO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2546 | **State what the contract or lease is for and the nature of the debtor's interest** | CASH ADVANCE PAYMENT AGREEMENT DATED: 02/19/2025 | STELLANTIS MÉXICO, S.A. DE C.V. SALTILLO PLANT CALLE GRAL. CEPEDA, SALTILLO, 25300 MEXICO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (if known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2547** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO FRAMEWORK AGREEMENT FOR SUPPLIES DATED: 01/01/2023 | STELLANTIS N.V. TAURUSAVENUE 1 HOOFDDORP, 2132 LS THE NETHERLANDS |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2548** State what the contract or lease is for and the nature of the debtor's interest | JOINT DEFENSE AND COMMON INTEREST AGREEMENT DATED: 07/08/2022 | STELLANTIS N.V. TAURUSAVENUE 1 HOOFDDORP, 2132 LS THE NETHERLANDS |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2549** State what the contract or lease is for and the nature of the debtor's interest | JOINT DEFENSE AND COMMON INTEREST AGREEMENT DATED: 03/22/2024 | STELLANTIS N.V. TAURUSAVENUE 1 HOOFDDORP, 2132 LS THE NETHERLANDS |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2550** State what the contract or lease is for and the nature of the debtor's interest | STELLANTIS V. BROADCOM - EP 1903733B1 (DOCKET NO. 7 O 1064/24) DATED: 07/04/2024 | STELLANTIS N.V. TAURUSAVENUE 1 HOOFDDORP, 2132 LS THE NETHERLANDS |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2551** State what the contract or lease is for and the nature of the debtor's interest | JOINT DEFENSE AND COMMON INTEREST AGREEMENT DATED: 06/30/2022 | STELLANTIS N.V. TAURUSAVENUE 1 HOOFDDORP, 2132 LS THE NETHERLANDS |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2552** State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 09/11/2011 | STEYR MOTORS GMBH IM STADTGUT B1 STEYR, A-4407 AUSTRIA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2553** State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 06/07/2019 | STMICROELECTRONICS INTERNATIONAL NV SCHIPOL BOULEVARD BOULEVARD 265 WTC SCHIPHOL AIRPORT 1118 LUFTHAVEN SCHIPHOL AMSTERDAM, THE NETHERLANDS |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
          Name

Case number (If known):   25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2554** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MASTER JOINT DEVELOPMENT AGREEMENT DATED: 03/08/2013 | STMICROELECTRONICS INTERNATIONAL NV 39 CHEMIN DU CHAMP DES FILLES PLAN-LES-OUATES, GENEVA, SWITZERLAND |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2555** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MASTER JOINT DEVELOPMENT AGREEMENT DATED: 04/17/2013 | STMICROELECTRONICS INTERNATIONAL NV 39 CHEMIN DU CHAMP DES FILLES PLAN-LES-OUATES, GENEVA, SWITZERLAND |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2556** State what the contract or lease is for and the nature of the debtor's interest | MASTER JOINT DEVELOPMENT AGREEMENT DATED: 10/06/2010 | STMICROELECTRONICS N.V. SCHIPHOL BOULEVARD 265 WTC SCHIPHOL AIRPORT AMSTERDAM, 1118 BH LUCHTHAVEN SCHIPHOL THE NETHERLANDS |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2557** State what the contract or lease is for and the nature of the debtor's interest | MARKET AGREEMENT DATED: 01/30/2007 | STMICROELECTRONICS N.V. STRAWINSKYLAAN 1725 TOWER B 17TH FLOOR AMSTERDAM, 1077 XX THE NETHERLANDS |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2558** State what the contract or lease is for and the nature of the debtor's interest | MASTER JOINT DEVELOPMENT AGREEMENT DATED: 10/06/2010 | STMICROELECTRONICS N.V. SCHIPHOL BOULEVARD 265 WTO SCHIPHOL AIRPORT LUCHTHAVEN SCHIPHOL, AMSTERDAM, 1118 BH THE NETHERLANDS |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2559** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 01/30/2007 | STMICROELECTRONICS N.V. STRAWINSKYLAAN 1725 TOWER B 17TH FLOOR AMSTERDAM, 1077 XX THE NETHERLANDS |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2560** State what the contract or lease is for and the nature of the debtor's interest | TERM SHEET DATED: 11/05/2009 | STMICROELECTRONICS N.V. CHEMIN DU CHAMP-DES-FILLES 39 PLAN-LES-OUATES, GENEVA, 1228 SWITZERLAND |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2561 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL PURCHASING AGREEMENT | STMICROELECTRONICS N.V. STRAWINSKYLAAN 1725 TOWER B 17TH FLOOR AMSTERDAM, 1077 XX THE NETHERLANDS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2562 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY A AGREEMENT DATED: 01/10/2003 | STMICROELECTRONICS N.V. STRAWINSKYLAAN 1725 TOWER B 17TH FLOOR AMSTERDAM, 1077 XX THE NETHERLANDS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2563 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGINEERING RESOURCE PLANNING DATED: 12/16/2024 | STRATOS ANALYTICS S.R.L. CENTRO DIREZIONALE "LEONARDO DA VINCI" - VIA PAVIA 9/A1, 10098 RIVOLI (TO) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2564 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASING GENERAL TERMS AND CONDITIONS DATED: 07/29/2016 | STRATOSPHERE QUALITY LLC 12024 EXIT FIVE PARKWAY FISHERS, IN 46037 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2565 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | STRATUS PACKAGING 70 CHEMIN DES BAISSES VIRIAT, AIN (01), 01440 FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2566 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | STRIPMATIC PRODUCTS INC. 5301 GRANT AVE CLEVELAND, OH 44125 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2567 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | STRUMET SP. Z O.O. UL.KS.LONDZINA 61 STRUMIEN, 43-246 POLAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2568 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 03/31/2017 | STUDIO A&A INGEGNERI ASSOCIATI TORINO, CORSO VINZAGLIO N. 4], CAP 10121 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2569 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 05/29/2017 | STUDIO ARCHITETTI ASSOCIATI DI CERASI DANILO E COMASTRI ALBERTO ZOLA PREDOSA (BO), VIA LAZIO N. 1/C, ZIP CODE 40069 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2570 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER DATED: 05/02/2019 | STUDIO ASSOCIATO - CONSULENZA LEGALE E TRIBUTARIA CORSO VITTORIO EMANUELE II, 48 10123 TORINO TO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2571 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT RELATING TO LEGAL ADVICE ON COMPLIANCE DATED: 09/29/2016 | STUDIO ASSOCIATO SERVIZI PROFESSIONALI INTEGRATI VIA DELLA MOSCOVA, 3 20121 MILANO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2572 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 05/05/2021 | STUDIO DI ARCHITETTURA E INGEGNERIA CASCIATO IR SULMONA, VIA SALLUSTIO. N.7A, ZIP CODE 67039 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2573 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 05/11/2017 | STUDIO ENARCO S.R.L. VIA DEL RONDONE, 1 BOLOGNA, BO, 40122 ITALY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2574 | State what the contract or lease is for and the nature of the debtor's interest | REQUEST FOR OFFER FOR INTEGRATED DESIGN WORKS AND WORKS SUPERVISION, TECHNICAL SPECIFICATIONS DATED: 05/11/2017 | STUDIO ENARCO S.R.L. VIA DAL RONDONE, 1 40122 BOLOGNA TEL. 051.552892 - |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2575 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT OF COMMITMENT TO THE CODE OF CONDUCT DATED: 11/05/2017 | STUDIO ENARCO SRL VIA DEL RONDONE N° 1 BOLOGNA, BO, 40122 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2576 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 05/11/2017 | STUDIO ENARCO SRL BOLONA VIA DEL RONDONE. NO. 1, POSTAL CODE 40122 ATTN: ING. ALDO BARBIERI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2577 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT OF COMMITMENT TO THE CODE OF CONDUCT DATED: 05/09/2017 | STUDIO INGEGNERIA ING. D'ANTUONO VIA ODDINO MORGARI N° 17 TORINO, 10125 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2578 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 06/18/2020 | STUDIO PLASTINO S.R.L VIA POTENZA 10 – 85028 RIONERO IN VULTURE (PZ) | VIA BACHELET 12 – 75012 BERNALDA (MT) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2579 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS FOR THE PROVISION OF SERVICES (2019 EDITION) | STUDIO PLASTINO S.R.L. VIA POTENZA, 10 RIONERO IN VULTURE, POTENZA, 85028 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2580 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | STUMPP,SCHUELE & SOMAPPA SPRINGS PV PLOT NO. 130, ROZ-KA- MEO INDUSTRIA SOHNA, 122103 INDIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2581 | **State what the contract or lease is for and the nature of the debtor's interest** | POWER OF ATTORNEY | SUAN INTELLECTUAL PROPERTY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | | Case number (If known): 25-11109 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2582 | State what the contract or lease is for and the nature of the debtor's interest | DEVELOPMENT AGREEMENT DATED: 11/26/2015 | SUBARU TECNICA INTERNATIONAL INC 3-9-6 OSAWA MITAKA, TOKYO, 181-0015 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2583 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SUEDDEUTSCHE GELENKSCHEIBENFABRIK GRASLITZER 14 WALDKRALBURG, 84478 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2584 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL POLICY CONDITIONS DATED: 01/01/2003 | SUL AMERICA AETNA SEGURO SAUDE S/A |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2585 | State what the contract or lease is for and the nature of the debtor's interest | POLICY 38817 DATED: 01/01/2003 | SUL AMERICA AETNA SEGURO SAUDE S/A CAIRES SUL AMERICA AETNA SEGURO SAU |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2586 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SUMIKA POLYMER COMPOUNDS (UK) LTD. 28 NEW LANE HAVANT HAMPSHIRE HAVANT, PO9 2NQ UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2587 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SUN TONG SENG MOULD-TECH SDN. BHD. 16 JALAN P/8 MIEL INDUSTRIAL AREA BANDAR BARU BANGI, SELANGOR, 43650 MALAYSIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2588 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SUNDARAM INDUSTRIES PRIVATE LIMITED 7-B, WEST VELI ST TVS BUILDING MADURAI, TAMIL NADU, INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
         Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2589 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 02/07/2019 | SUNDARAM INDUSTRIES PVT LTD POST BOX NO-6 RUBBER FACTORY KOCHADAI MADURAI, 625016 INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2590 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SUNEX INC. 3160 LIONSHEAD AVE. SUITE B CARLSBAD, CA 92010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2591 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 01/12/2011 | SUNNINGDALE TECH LTD 51 JOO KOON CIRCLE SINGAPORE 629069 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2592 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/20/2011 | SUNNINGDALE TECH LTD 51 JOO KOON CIRCLE SINGAPORE 629069 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2593 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SUNON SAS 66 AV.DES PEPINIERES P.MEDICIS FRESNES CEDEX, 94832 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2594 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/03/2010 | SUNPLAS INDUSTRIES SDN. BHD (CO. NO. 164939-V) NO. 277, JALAN HARUAN I, OAKLAND INDUSTRIAL PARK, 70300 SEREMBAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2595 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/02/2010 | SUPERIOR FASTENING (SHANGHAI) LTD 1558 GAO TAI ROAD JIADING INDUSTRIA SHANGHAI, 201821 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2596 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 10/18/2010 | SUPERIOR FASTENING (SHANGHAI) LTD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2597 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SUPRAJIT ENGINEERING LIMITED #100, BOMMASANDRA INDUSTRIAL AREA, BANGALORE-560099 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2598 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SUZHOU BEARING FACTORY CO.,LTD NO.35 LUSHAN ROAD HI-NEW DISTRICT SUZHOU, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2599 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SUZHOU CURRENT POWER TECHNOLOGY LIMITED COMPANY BUILDING NO. 4 & 3, NO. 377, WUFANG ROAD YOUYI INDUSTRIAL PARK SONGLING TOWN WUJIANG DISTRICT SUZHOU CITY, JIANGSU PROVINCE, 215222 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2600 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 08/20/2019 | SUZHOU FON-STAR TECHNOLOGY CO.,LTD NO.88 PROCESSING BUSINESS NETWORKING SUPERVISION DISTRICWUJIANG ECONOMIC DEVELOPING ZONE JIANGSU, PROVINCE, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2601 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 01/20/2010 | SUZHOU FON-STAR TECHNOLOGY CO.,LTD NO.88 PROCESSING BUSINESS NETWORKING SUPERVISION DISTRICWUJIANG ECONOMIC DEVELOPING ZONE JIANGSU, PROVINCE, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2602 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SUZHOU GOODTIME TECHNOLOGY DEVELOPM DEVELOPMENT CO., LTD XIANGCHENG DISTRICT, SUZHOU, 215000 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Europe S.p.A.
       Name

Case number (If known):  25-11109

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2603 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS AGREEMENT DATED: 02/21/2018 | SUZHOU GOODTIME TECHNOLOGY DEVELOPMENT CO LTD SUZHOU, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2604 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SUZHOU HITOUR TOOLING CO., LTD. DONGJING INDUSTRIAL SHOP NO.63 JINTIAN RD.NO.2 SUZHOU INDUSTRIAL PARK CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2605 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SUZHOU VICTORY PRECISION MANUFACTURE CO.,LTD. NO.55 XUJING ROAD XUGUAN INDUSTRIAL PARK SUZHOU, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2606 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT | SUZUKA INTER CO. LTD. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2607 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 01/14/2014 | SUZUKI MOTOR CORPORATION 300 TAKATSUKA-CHO HAMAMATSU-SHI, SHIZUOKA-KEN, JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2608 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 04/07/2017 | SUZUKI MOTOR CORPORATION 300, TAKATSUKA. HAMAMATSU CITY, MINAMI-KU, 432-8611 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2609 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SWB CONNECTORS CO. LTD. NO.1 SHANGNAN ROAD SHANGJIAO PRECINCT CHANG'AN TOWN DONGGUAN, 523878 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2610 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 08/04/2010 | SWISSBRAS BH INDUSTRIA E COMERCIO LTDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2611 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SZP PLAST INDUSTRIES SP. Z O.O. UL.BEMA 2 ELK, 19-300 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2612 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 07/18/2019 | T&S TECHNOLOGY & STRATEGY ENGINEERING SAS 4 RUE DE DUBLIN 67300 SCHILTIGHEIM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2613 | State what the contract or lease is for and the nature of the debtor's interest | RENEW PROPOSAL LETTER DATED: 02/20/2024 | T.A.I. SOFTWARE SOLUTION SRL 00199 ROMA VIA SANTA MARIA GORETTI,16 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2614 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TADIRAN BATTERIES LTD KIRYAT EKRON, ISRAEL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2615 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TAG AUTOMOTIVE, S.L. CALLE BOSCH I GIMPERA, NUM. 2 TERRASSA, 08223 SPAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2616 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF THE CONTRACT FOR THE SUPPLY OF CLOUD COMPUTING SERVICES DATED: 01/01/2024 | TAGETIK SOFTWARE S.R. VIA ROOSEVELT 103 LUCCA, 55100 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Europe S.p.A.

Case number (If known): 25-11109

Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2617 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 07/06/2020 | TAGETIK SOFTWARE S.R.I 103 VIA ROOSEVELT LUCCA, 55100 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2618 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES CONTRACT DATED: 05/01/2021 | TAGETIK SOFTWARE S.R.L VIA ROOSEVELT 103 LUCCA, 55100 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2619 | State what the contract or lease is for and the nature of the debtor's interest | APPLICATION MAINTENANCE SERVICES AGREEMENT DATED: 01/01/2024 | TAGETIK SOFTWARE S.R.L. A SOCIO UNICO ROOSEVELT 103, 55100 LUCCA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2620 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TAIYO KOGYO GO. , LTD. 44 HEISEIDAI MISHIMA, SHIZUOKA, 411-0042 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2621 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TAIZHOU SHIDA AUTO PARTS CO.,LTD. BEIYANG INDUSTRIAL ZONE, TOUMENGANG NEW AREA, LINHAI, ZHEJIANG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2622 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 08/21/2019 | TAJO GROUP POLIGONO ARANGUREN 9, 20180 OIARTZUN (GIPUZKOA) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2623 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TAKONI SP. Z O.O. BESTWIFISKA N° 103A BIELSKO-BIALA, SLASKIE, 43-346 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2624 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TALIMEX  P.P.H.U. CHEMICZNA 6 DABROWA GORNICZA, 42520 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2625 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 02/05/2008 | TANASHIN DENKI CO., LTD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2626 | State what the contract or lease is for and the nature of the debtor's interest | SYNALLAGMATIC PROMISE OF LEASE DATED: 03/08/2018 | TANGER AUTOMOTIVE CITY TANGIER AUTOMOTIVE CITY EXPORT FREE ZONE, COMMUNE OF JOUAMAA, FAHS-ANJRA PROVINCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2627 | State what the contract or lease is for and the nature of the debtor's interest | PROMISE OF LEASE PROVISION REPORT | TANGER AUTOMOTIVE CITY TANGIER AUTOMOTIVE CITY EXPORT FREE ZONE, COMMUNE OF JOUAMAA, FAHS-ANJRA PROVINCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2628 | State what the contract or lease is for and the nature of the debtor's interest | SYNALLAGMATIC PROMISE OF LEASE DATED: 03/08/2018 | TANGER AUTOMOTIVE CITY FREE ZONE OF TANGER AUTOMOTIVE CITY, COMMUNE OF JOUAMAA, FAHS-ANJRA PROVINCE, REPRESENTED BY MR. JAAFAR MRHARDY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2629 | State what the contract or lease is for and the nature of the debtor's interest | PROMISE OF LEASE PROVISION REPORT | TANGER AUTOMOTIVE CITY TANGIER AUTOMOTIVE CITY EXPORT FREE ZONE, COMMUNE OF JOUAMAA, FAHS-ANJRA PROVINCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2630 | State what the contract or lease is for and the nature of the debtor's interest | PROMISE OF LEASE NON-PROVISION REPORT | TANGER AUTOMOTIVE CITY TANGIER AUTOMOTIVE CITY EXPORT FREE ZONE, COMMUNE OF JOUAMAA, FAHS-ANJRA PROVINCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
_____    Case number (If known):  25-11109
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2631** State what the contract or lease is for and the nature of the debtor's interest | PROMISE OF LEASE SPECIFICATIONS | TANGER AUTOMOTIVE CITY TANGER AUTOMOTIVE CITY EXPORT FREE ZONE, COMMUNE OF JOUAMAA, FAHS-ANJRA PROVINCE |

| | | |
|---|---|---|
| **2.2631** | State what the contract or lease is for and the nature of the debtor's interest | PROMISE OF LEASE SPECIFICATIONS | TANGER AUTOMOTIVE CITY TANGER AUTOMOTIVE CITY EXPORT FREE ZONE, COMMUNE OF JOUAMAA, FAHS-ANJRA PROVINCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2632** | State what the contract or lease is for and the nature of the debtor's interest | SYNALLAGMATIC PROMISE OF LEASE | TANGER AUTOMOTIVE CITY FREE ZONE OF TANGIER AUTOMOTIVE CITY, COMMUNE OF JOUAMAA, FAHS-ANJRA PROVINCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2633** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 03/23/2020 | TANGER AUTOMOTIVE CITY THE EXPORT FREE ZONE OF TANGIER AUTOMOTIVE CITY, COMMUNE OF JOUAMAA, FAHS-ANJRA PROVINCE, REPRESENTED BY MR. JAAFAR MRHARDY, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2634** | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 12/01/2020 | TANGER AUTOMOTIVE CITY SA LOT 186 COMMUNE JOUAMAA PROVINCE OF FAHSANJRA, MOROCCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2635** | State what the contract or lease is for and the nature of the debtor's interest | PROMISE OF LEASE | TANGIER AUTOMOTIVE CITY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2636** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 12/20/2010 | TAOGLAS LIMITED TAOGLAS LIMITED U7 PEARE CAMPUS MOYNE BUSINESS PARK OLD DUBLIN ROAD ENNISCORTHY, COUNTY WEXFORD, IRELAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2637** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 02/01/2010 | TAOGLAS LIMITED TAOGLAS LIMITED U7 PEARE CAMPUS MOYNE BUSINESS PARK OLD DUBLIN ROAD ENNISCORTHY, COUNTY WEXFORD, IRELAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Europe S.p.A.
      Name

Case number (If known): 25-11109



### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2638** | **State what the contract or lease is for and the nature of the debtor's interest**<br>GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TART S.R.O.<br>VINOHRADSKÃ¡ 366/91<br>BRNO, 618 00<br>CZECH REPUBLIC |
| | **State the term remaining**    Undetermined | |
| | **List the contract number of any government contract** | |
| **2.2639** | **State what the contract or lease is for and the nature of the debtor's interest**<br>ADDENDUM TO GENERAL TERMS DATED: 09/16/2019 | TATA ELXSI LIMITED<br>ITPB ROAD<br>WHITEFIELD, BANGALORE, 560048<br>INDIA |
| | **State the term remaining**    Undetermined | |
| | **List the contract number of any government contract** | |
| **2.2640** | **State what the contract or lease is for and the nature of the debtor's interest**<br>QUALITY SPECIFICATIONS AGREEMENT DATED: 01/16/2020 | TATA ELXSI LIMITED<br>ITPB ROAD<br>WHITEFIELD, BANGALORE, 560048<br>INDIA |
| | **State the term remaining**    Undetermined | |
| | **List the contract number of any government contract** | |
| **2.2641** | **State what the contract or lease is for and the nature of the debtor's interest**<br>TECHNICAL ASSISTANCE AGREEMENT DATED: 05/15/2012 | TATA MOTORS LTD.<br>BOMBAY HOUSE, 24 HOMI MODY STREET, MUMBAI 400 001 |
| | **State the term remaining**    Undetermined | |
| | **List the contract number of any government contract** | |
| **2.2642** | **State what the contract or lease is for and the nature of the debtor's interest**<br>GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TAURUS SAGES S.A.<br>PLAZZA BARBIERI, 12<br>VIA VALONT, 83/85<br>10054 PINEROLO (TO)<br>10098 RIVOLI (TO)<br><br>ITALY |
| | **State the term remaining**    Undetermined | |
| | **List the contract number of any government contract** | |
| **2.2643** | **State what the contract or lease is for and the nature of the debtor's interest**<br>WASTE SALE TITO SCALO (PZ) PC&MA S.P.A. MAGNETI MARELLI PLANT DATED: 12/21/2017 | TD S.R.L.<br>VIA DELLA STAZIONE, Z.I. AVERSA NORD 81030 – GRICIGNANO D'AVERSA CE |
| | **State the term remaining**    Undetermined | |
| | **List the contract number of any government contract** | |
| **2.2644** | **State what the contract or lease is for and the nature of the debtor's interest**<br>SALE OF PC&MA RN/ADC DATED: 05/23/2016 | TD S.R.L.<br>VIA DELLA STAZIONE, Z.I. AVERSA NORD 81030 – GRICIGNANO D'AVERSA CE |
| | **State the term remaining**    Undetermined | |
| | **List the contract number of any government contract** | |

Debtor    Marelli Europe S.p.A.                                        Case number (If known):    25-11109
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2645** State what the contract or lease is for and the nature of the debtor's interest — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED <br> State the term remaining — Undetermined <br> List the contract number of any government contract | TDK  EUROPE GMBH <br> ROSENHEIMER STRASSE 141 E <br> MUNICH, 81671 <br> GERMANY |
| **2.2646** State what the contract or lease is for and the nature of the debtor's interest — REGULATORY FRAMEWORK AGREEMENT DATED: 04/01/2019 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | TE.S.A. S.P.A. <br> STRADA PIANEZZA 289 <br> A: PIETRO LANZA <br> ATTN: MARINA GIACCARDI <br> TURIN, 10100 <br> ITALY |
| **2.2647** State what the contract or lease is for and the nature of the debtor's interest — LETTER-ACQUISITION OF THE INDEPENDENT AFTERMARKET DIVISION DATED: 03/31/2023 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | TECALLIANCE GMBH <br> STEINHEILSTRAßE 10 - 85737 ISMANING – BAYENR |
| **2.2648** State what the contract or lease is for and the nature of the debtor's interest — FRAMEWORK AGREEMENT DATED: 04/13/2021 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | TECH MAHINDRA LIMITED <br> PLOT NO. 1 <br> PHASE III <br> RAJIV GANDHI INFOTECH PARK <br> HINJEWADI, PUNE, 411 057 <br> INDIA |
| **2.2649** State what the contract or lease is for and the nature of the debtor's interest — AMENDMENT GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 04/07/2021 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | TECH MAHINDRA LIMITED <br> PLOT 1 RAJIV GANDHI INFOTECH PARK <br> SPECIAL ECONOMIC ZONE <br> PHASE III <br> HINJAWADI, MAHARASHTRA, 411057 <br> INDIA |
| **2.2650** State what the contract or lease is for and the nature of the debtor's interest — AMENDMENT NUMBER 1 TO FRAMEWORK AGREEMENT DATED: 02/09/2022 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | TECH MAHINDRA LIMITED <br> PLOT NO 1 <br> PHASE III <br> RAJIV GANDHI INFOTECH PARK <br> HINJEWADI, PUNE, 411057 <br> INDIA |
| **2.2651** State what the contract or lease is for and the nature of the debtor's interest — AMENDMENT NUMBER 1 TO FRAMEWORK AGREEMENT DATED: 02/09/2022 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | TECH MAHINDRA LIMITED <br> PLOT NO 1 <br> PHASE III <br> RAJIV GANDHI INFOTECH PARK <br> HINJEWADI, PUNE, 411057 <br> INDIA |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2652 | **State what the contract or lease is for and the nature of the debtor's interest** | ZEBRA PRODUCT FRAMEWORK AGREEMENT DATED: 04/18/2019 | TECH-ID S.R.L. CROCIFISSO N. 5, 20100 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2653 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS CONTRACT DATED: 05/13/2024 | TECHINSIGHTS USA INC 299 PARK AVE 32ND FLOOR CAPITAL ONE BANK NEW YORK, NY 10171 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2654 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 06/17/2010 | TECHNIPLAST KUKUCZKA SPDTKA JAWNA 43-474 KONIAKAW 849 NIP 548-10-15-270, REG 070660785 ZAKLAD PRODUKCYJNY 43-450 USTRORT, UL. SPORTOWA 13A |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2655 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TECHNIPLAST KUKUCZKA SPÓŁKA JAWNA KONIAKÓW 849 POW. CIESZYŃSKI KONIAKÓW, ŚLĄSKIE, 43-474 POLAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2656 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSORTIUM AGREEMENT DATED: 01/04/2016 | TECHNISCHE UNIVERISITAET CHEMNITZ |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2657 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TECHPOL SRL ZONA INDUSTRIALE P.I.P MORRO D'ALBA, 60030 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2658 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 04/17/2019 | TECHPOL SRL ZONA IND.LE PIP LOC. S.AMICO MORRO D'ALBA, AN, ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | | Case number (if known): | 25-11109 |
| | Name | | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.2659 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 04/23/2010 | TECHSEAL VEDAÇÕES TÉCNICAS S.A. R SAO JOAO 600 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2660 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TECNICA GASKET S.P.A VIA FOPPE 15 PARATICO, 25030 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2661 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LOAN AGREEMENT DATED: 12/16/2015 | TECNICA GASKET S.P.A. FOPPE 15, 25020 PARATICO (BS) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2662 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 10/11/2010 | TECNICA GASKET SPA FOPPE 15, 25020 PARATICO (BS) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2663 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TECNICARTON FRANCE SAS 27 RUE DU TENNIS BAUME-LES-DAMES, 25110 FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2664 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL PURCHASING AGREEMENT DATED: 01/01/2013 | TECNO PLAST GROUP S.R.L VIA LEONARDO DA VINCI 13, 60037 MONTE SAN VITO (ANCONA) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2665 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 01/17/2020 | TECNOFIRMA S.P.A. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.

Name    Case number (If known):    25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2666 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 05/22/2018 | TECNOLOGIA DE ILUMINACION AUTOMOTRIZ, S. A. DE C. V. BLVD. TOMAS FERNANDEZ 8592-3 COL. BOSQUES DE SENECU CIUDAD JUAREZ, CHIHUAHUA, 32459 MEXICO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2667 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MARELLI GTCS DATED: 02/02/2021 | TECNOLOGIX VIA DEI BIANCOSPINI 6 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2668 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE PROPOSAL DATED: 07/14/2017 | TECNOMATIC S.P.A. DELLE CASERME, 85, 65127 PESCARA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2669 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT PROPOSAL DATED: 09/14/2017 | TECNOMATIC S.P.A. DELLE CASERME, 85, 65127 PESCARA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2670 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TECNOMEC SRL VIA NAZIONALE 11 ARNAD, 11020 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2671 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TECNOMEC SUD SRL C.DA SALETTI Z.I. VAL DI ATESSA, 66041 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2672 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 08/08/2024 | TECNOMECCANICA CREVALCORE S.R.L MEZZO LEVANTE 2339 CREVALCORE, BO, 40014 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (if known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2673** | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DATED: 02/20/2025 | TECNOMECCANICA CREVALCORE S.R.L.<br>MEZZO LEVANTE 2339<br>CREVALCORE, BO, 40014<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2674** | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 08/08/2024 | TECNOMECCANICA CREVALCORE S.R.L.<br>MEZZO LEVANTE 2339<br>CREVALCORE, BO, 40014<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2675** | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 06/08/2024 | TECNOMECCANICA CREVALCORE S.R.L.<br>MEZZO LEVANTE 2339<br>CREVALCORE, BO, 40014<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2676** | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE DEED OF CONFERRAL DATED: 08/08/2024 | TECNOMECCANICA CREVALCORE S.R.L.<br>MEZZO LEVANTE 2339<br>CREVALCORE, BO, 40014<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2677** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 02/20/2025 | TECNOMECCANICA CREVALCORE S.R.L.<br>MEZZO LEVANTE 2339<br>CREVALCORE, BO, 40014<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2678** | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE AGREEMENT REGARDING MACHINERY, ORDERS, AND BUSINESS UNIT TRANSFER DATED: 08/08/2024 | TECNOMECCANICA CREVALCORE S.R.L.<br>MEZZO LEVANTE 2339<br>CREVALCORE, BO, 40014<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2679** | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE PRIVATE DEED FOR RELOCATION, RECONDITIONING AND SALE OF MOULDS DATED: 08/08/2024 | TECNOMECCANICA CREVALCORE S.R.L.<br>MEZZO LEVANTE 2339<br>CREVALCORE, BO, 40014<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.

Name

Case number (If known):   25-11109

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2680** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 02/20/2025 | TECNOMECCANICA CREVALCORE S.R.L.<br>MEZZO LEVANTE 2339<br>CREVALCORE, BO, 40014<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2681** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 02/20/2025 | TECNOMECCANICA CREVALCORE S.R.L.<br>MEZZO LEVANTE 2339<br>CREVALCORE, BO, 40014<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2682** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE WRITING REGARDING COST ASSUMPTION AND ASSIGNMENT OF ORDERS FOR MACHINERY AND MOULDS DATED: 08/08/2024 | TECNOMECCANICA CREVALCORE S.R.L.<br>MEZZO LEVANTE 2339<br>CREVALCORE, BO, 40014<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2683** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE DEED OF CONFERRAL DATED: 08/08/2024 | TECNOMECCANICA CREVALCORE S.R.L.<br>MEZZO LEVANTE 2339<br>CREVALCORE, BO, 40014<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2684** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE DEED OF CONFERRAL – TECNOMECCANICA CREVALCORE BUSINESS UNIT TRANSFER DATED: 08/08/2024 | TECNOMECCANICA CREVALCORE S.R.L.<br>MEZZO LEVANTE 2339<br>CREVALCORE, BO, 40014<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2685** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE PRIVATE DEED FOR RELOCATION, RECONDITIONING, AND MOULD SALE DATED: 11/26/2024 | TECNOMECCANICA CREVALCORE S.R.L.<br>MEZZO LEVANTE 2339<br>CREVALCORE, BO, 40014<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2686** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 08/08/2024 | TECNOMECCANICA CREVALCORE S.R.L.<br>MEZZO LEVANTE 2339<br>CREVALCORE, BO, 40014<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (if known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2687 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 08/08/2024 | TECNOMECCANICA CREVALCORE S.R.L. MEZZO LEVANTE 2339 CREVALCORE, BO, 40014 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2688 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS UNIT TRANSFER DESCRIPTION DATED: 08/02/2024 | TECNOMECCANICA CREVALCORE S.R.L. MEZZO LEVANTE 2339 CREVALCORE, BO, 40014 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2689 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE DEED OF CONFERRAL – BUSINESS UNIT TRANSFER DATED: 08/08/2024 | TECNOMECCANICA CREVALCORE S.R.L. MEZZO LEVANTE 2339 CREVALCORE, BO, 40014 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2690 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE PRIVATE DEED FOR RELOCATION, RECONDITIONING AND SALE OF MOULDS DATED: 08/08/2024 | TECNOMECCANICA CREVALCORE S.R.L. MEZZO LEVANTE 2339 CREVALCORE, BO, 40014 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2691 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DATED: 02/20/2025 | TECNOMECCANICA CREVALCORE S.R.L. MEZZO LEVANTE 2339 CREVALCORE, BO, 40014 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2692 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DATED: 02/20/2025 | TECNOMECCANICA CREVALCORE S.R.L. MEZZO LEVANTE 2339 CREVALCORE, BO, 40014 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2693 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 08/08/2024 | TECNOMECCANICA CREVALCORE S.R.L. MEZZO LEVANTE 2339 CREVALCORE, BO, 40014 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (if known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2694 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE DEED OF CONFERRAL DATED: 08/08/2024 | TECNOMECCANICA CREVALCORE S.R.L.<br>MEZZO LEVANTE 2339<br>CREVALCORE, BO, 40014<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2695 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DATED: 02/20/2025 | TECNOMECCANICA CREVALCORE S.R.L.<br>MEZZO LEVANTE 2339<br>CREVALCORE, BO, 40014<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2696 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DATED: 02/20/2025 | TECNOMECCANICA CREVALCORE S.R.L.<br>MEZZO LEVANTE 2339<br>CREVALCORE, BO, 40014<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2697 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGINEERING CONTRACT DATED: 08/08/2024 | TECNOMECCANICA S.P.A.<br>G. FAUSER 37<br>NOVARA, NO, 28100<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2698 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGINEERING CONTRACT DATED: 08/08/2024 | TECNOMECCANICA S.P.A.<br>G. FAUSER 37<br>NOVARA, NO, 28100<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2699 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE PRIVATE DEED FOR RELOCATION, RECONDITIONING AND SALE OF MOULDS DATED: 08/08/2024 | TECNOMECCANICA S.P.A.<br>G. FAUSER 37<br>NOVARA, NO, 28100<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2700 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE AGREEMENT REGARDING MACHINERY, ORDERS, AND BUSINESS UNIT TRANSFER DATED: 08/08/2024 | TECNOMECCANICA S.P.A.<br>G. FAUSER 37<br>NOVARA, NO, 28100<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (if known):  25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2701** | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE WRITING REGARDING COST ASSUMPTION AND ASSIGNMENT OF ORDERS FOR MACHINERY AND MOULDS DATED: 08/08/2024 | TECNOMECCANICA S.P.A. G. FAUSER 37 NOVARA, NO, 28100 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2702** | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE PRIVATE DEED FOR RELOCATION, RECONDITIONING AND SALE OF MOULDS DATED: 08/08/2024 | TECNOMECCANICA S.P.A. G. FAUSER 37 NOVARA, NO, 28100 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2703** | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE PRIVATE DEED FOR RELOCATION, RECONDITIONING, AND MOULD SALE DATED: 11/26/2024 | TECNOMECCANICA S.P.A. G. FAUSER N. 37, NOVARA (NO) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2704** | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE TERM SHEET DATED: 07/31/2024 | TECNOMECCANICA S.P.A. G. FAUSER 37 NOVARA, NO, 28100 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2705** | **State what the contract or lease is for and the nature of the debtor's interest** | TERM SHEET DATED: 06/07/2024 | TECNOMECCANICA S.P.A. G. FAUSER N. 37, 28100 – NOVARA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2706** | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TECNOMECCANICA SPA VIA G. FAUSER 37 NOVARA, 28100 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2707** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 10/22/2010 | TECNOMOLLE S.R.L. VIA GANDINO 60/1 10148 TORINO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2708** | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS AND CONDITIONS DATED: 02/22/2018 | TECNOPLAST SRL<br>VIALE DELLA LIBERA 77, 33170 PORDENONE (PN) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2709** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TECNOSTAMPTRIULZI MÉXICO, S. DE R.L. DE C.V.<br>BENITO JUÁREZ NO. 127 Y 129<br>COL. PARQUE INDUSTRIAL QUERÉTARO<br>QUERÉTARO, QUERÉTARO, C.P. 76215<br>MEXICO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2710** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TEEMART INTEGRATED MANUFACTURING SERVICES<br>ROOM 05-1$ .13 AJP<br>SOUTH TOWER WORLD FINANCE CENTRE HARBOUR CITY<br>14 CANTON ROAD<br>TSIM SHA TSUI, KOWLOON,<br>HONG KONG, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2711** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 02/05/2019 | TEH DIING INDUSTRIAL (DONG GUAN) CO., LTD.<br>DONG GUAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2712** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 03/27/2019 | TEKFOR HOLDING GMBH<br>HINTERER BAHNHCF 17<br>HAUSACH, 77756<br>GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2713** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TEKMAR SRL<br>VIA PIANEZZA 91<br>ALPIGNANO, TORINO, 10091<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2714** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TEKMART INTERNATIONAL INC<br>666 VAUGHAN RD<br>YORK, ON<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2715 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TEKNIA KALISZ SP Z 0.0. UI. PRZEMYSLOWA 3-5, GOLUCHOW |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2716 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/15/2010 | TEKNIA KALISZ SPZ.O.O |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2717 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TEKNIA UHERSKY BROD, A.S. RYBÁŘSKÁ 2330 UHERSKÝ BROD, 68801 CZECH REPUBLIC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2718 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 02/12/2019 | TEKNIA UHERSKY BROD, A.S. RYBARSKA 2330 UHERSKÝ BROD, 688 01 CZECH REPUBLIC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2719 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TEKNOKAST ALUMINUM AND METAL INDUSTRY TRADE LTD. STI. DOSAB NERGIS SK. NO: 61   OSMANGAZI/BURSA   TID. SIC. NO: 48284 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2720 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TEKSID IRON POLAND SP. Z 0.0. CIEZAROWA STREET N° 49 SKOCZ6W, SILESIAN NATION, 43-430 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2721 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/06/2010 | TEKSPAN AUTOMOTIVE S.P.A |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
_____
Name

Case number (if known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2722** **State what the contract or lease is for and the nature of the debtor's interest** MULTIBUSINESS CONTRACT FOR THE MOBILE TELEPHONY SERVICE. DATED: 12/21/2022 | TELECOM ITALIA S.P.A. MILAN, VIA GAETANO BLACKS NO. 1 |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.2723** **State what the contract or lease is for and the nature of the debtor's interest** MULTIBUSINESS CONTRACT FOR THE MOBILE TELEPHONY SERVICE DATED: 01/01/2012 | TELECOM ITALIA S.P.A. PIAZZA DEGLI AFFARI 2 MILAN, 20123 ITALY |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.2724** **State what the contract or lease is for and the nature of the debtor's interest** TECHNICAL-ECONOMIC OFFER FOR THE EXTENSION OF THE MOBILE TELEPHONY SERVICE DATED: 03/18/2021 | TELECOM ITALIA S.P.A. VIA GAETANO BLACKS, 1 - 20123 MILAN SECONDARY OFFICE AND GENERAL MANAGEMENT: CORSO D'ITALIA, 41 - 00198 ROME |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.2725** **State what the contract or lease is for and the nature of the debtor's interest** GENERAL RENTAL CONDITIONS DATED: 12/21/2022 | TELECOM ITALIA S.P.A. MILAN, VIA GAETANO BLACKS NO. 1 |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.2726** **State what the contract or lease is for and the nature of the debtor's interest** MULTIBUSINESS CONTRACT FOR MOBILE TELEPHONY SERVICE DATED: 01/01/2012 | TELECOM ITALIA S.P.A. PIAZZA DEGLI AFFARI 2 MILAN, 20123 ITALY |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.2727** **State what the contract or lease is for and the nature of the debtor's interest** LETTER OF INTENT DATED: 05/29/2007 | TELECOM ITALIA S.P.A. PIAZZA DEGLI AFFARI 2 MILAN, 20123 ITALY |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.2728** **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT FOR THE SUPPLY OF MOBILE TELECOMMUNICATIONS SERVICES DATED: 12/21/2022 | TELECOM ITALIA S.P.A. MILAN, PIAZZA DEGLI AFFARI NO. 2, PEC |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |

Debtor    Marelli Europe S.p.A.                                          Case number (If known):  25-11109
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2729** State what the contract or lease is for and the nature of the debtor's interest | TECHNICAL-ECONOMIC OFFER FOR THE EXTENSION OF THE MOBILE TELEPHONY SERVICE DATED: 03/18/2021 | TELECOM ITALIA S.P.A. VIA GAETANO BLACKS, 1 - 20123 MILAN SECONDARY OFFICE AND GENERAL MANAGEMENT: CORSO D'ITALIA, 41 - 00198 ROME |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2730** State what the contract or lease is for and the nature of the debtor's interest | TECHNICAL-ECONOMIC OFFER FOR THE EXTENSION OF THE MOBILE TELEPHONY SERVICE DATED: 03/18/2021 | TELECOM ITALIA S.P.A. VIA GAETANO BLACKS, 1 - 20123 MILAN SECONDARY OFFICE AND GENERAL MANAGEMENT: CORSO D'ITALIA, 41 - 00198 ROME |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2731** State what the contract or lease is for and the nature of the debtor's interest | MULTIBUSINESS CONTRACT FOR THE MOBILE TELEPHONY SERVICE | TELECOM ITALIA S.P.A. MILAN, VIA GAETANO B GAETANO BLACKS NO. |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2732** State what the contract or lease is for and the nature of the debtor's interest | MULTIBUSINESS CONTRACT FOR THE MOBILE TELEPHONY SERVICE DATED: 01/01/2012 | TELECOM ITALIA S.P.A. PIAZZA DEGLI AFFARI 2 MILAN, 20123 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2733** State what the contract or lease is for and the nature of the debtor's interest | REQUEST FOR OFFER FOR INTEGRATED DESIGN WORKS AND WORKS SUPERVISION, TECHNICAL SPECIFICATIONS | TELEIOS S.R.L. VIA SALVATORE QUASIMODO, 44 CASTEL MAGGIORE, BO, 40013 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2734** State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 05/08/2017 | TELEIOS S.R.L. VIA SALVATORE QUASIMODO, 44 CASTEL MAGGIORE, BO, 40013 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2735** State what the contract or lease is for and the nature of the debtor's interest | LETTER - COMMITMENT WITH RESPECT TO THE CODE OF CONDUCT DATED: 08/05/2017 | TELEIOS SRL VIA S. QUASIMODO N° 44 40013 CITY CASTEL MAGGIORE (BOLOGNA) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | | Case number (If known): 25-11109 |
|---|---|---|---|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2736** | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 08/05/2017 | TELEIOS SRL VIA S. QUASIMODO 44 40013 CASTEL MAGGIORE (BO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2737** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT | TELIT COMMUNICATIONS S.P.A. VIA STAZIONE DI PROSECCO 5/B |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2738** | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 06/26/2008 | TELIT COMMUNICATIONS SPA VIA STAZIONE DI PROSECCO 5/B SGONICO, TS, 34010 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2739** | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 06/26/2008 | TELIT COMMUNICATIONS SPA VIA STAZIONE DI PROSECCO 5/B SGONICO, TS, 34010 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2740** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TELIT COMMUNICATIONS SPA VIA STAZIONE DI PROSECCO 5/B SGONICO, 34010 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2741** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY PROPOSAL AND RENEWAL DATED: 05/31/2019 | TELPRESS ITALIA S.R.L. MAESTRI DEL LAVORO 1/B, 02100 VAZIA (RI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2742** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TEMAS VIA MILANO 72 BREGNANO, 22070 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2743** State what the contract or lease is for and the nature of the debtor's interest: GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | TEMAS TECHNOLOGIES SRL<br>VIA ARMANDO DIAZ 2<br>FIGINO SERENZA, 22060<br>ITALY |
| **2.2744** State what the contract or lease is for and the nature of the debtor's interest: QUALITY AGREEMENT DATED: 06/12/2009<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | TEMCO S.R.L |
| **2.2745** State what the contract or lease is for and the nature of the debtor's interest: GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | TEMI TECNOLOGIE MATERIALI INNOVATIV<br>VIA SOTTI 43 TER<br>GARINO VINOVO, 10048<br>ITALY |
| **2.2746** State what the contract or lease is for and the nature of the debtor's interest: GENERAL TERMS FOR THE PROVISION OF SERVICES (2020 EDITION) 1. DEFINIZIONI DATED: 10/01/2021<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | TEORESI INC, RAFFAELE RIZZARELLI |
| **2.2747** State what the contract or lease is for and the nature of the debtor's interest: SPECIFIC TERMS AND CONDITIONS DATED: 06/28/2017<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | TEORESI S.P.A<br>VIA PERUGIA 24<br>TURIN, TO, 10152<br>ITALY |
| **2.2748** State what the contract or lease is for and the nature of the debtor's interest: SPECIFIC TERMS AND CONDITIONS FOR THE PROVISION OF ENGINEERING SERVICES DATED: 06/30/2017<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | TEORESI S.P.A<br>VIA PERUGIA 24<br>TURIN, TO, 10152<br>ITALY |
| **2.2749** State what the contract or lease is for and the nature of the debtor's interest: GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 06/28/2017<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | TEORESI S.P.A<br>PERUGIA, 24 - 10152 TURIN |

Debtor   Marelli Europe S.p.A.
         Name

Case number (If known):   25-11109

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2750** State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 05/09/2019 | TEORESI S.P.A. REGISTERED OFFICE TORINO, ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2751** State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 11/13/2019 | TEORESI S.P.A. PERUGIA, 24 - 10152 TORIN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2752** State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 11/13/2019 | TEORESI SPA. PERUGIA, 24 - 10152 TORIN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2753** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TERMOPLASTICOS ANDALUCES S L POLIGONO INDUSTRIAL SN MARTOS, 23600 SPAIN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2754** State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS FOR PROTOTYPE OR PRODUCTION PARTS OR SERVICES DATED: 03/22/2016 | TESLA MOTORS, INC. 3500 DEER CREEK ROAD PALO ALTO, CA 94304 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2755** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TESLA STROPKOV A.S. HVIEZDOSLAVOVA 37/46 STROPKOV, 091 12 SLOVAK REPUBLIC |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2756** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL FRAME AGREEMENT DATED: 02/01/2017 | TEST RESEARCH, INC 7F., NO. 45, DEXING W. RD. SHILIN DIST TAIPEI CITY, 11158 TAIWAN, ROC |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (if known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2757 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TEXAS INSTRUMENTS INCORPORATED 12500 TI BLVD PO BOX 660199 DALLAS, TX 75243 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2758 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 03/08/2010 | TEXCOAT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2759 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 07/21/2010 | THE BERGQUIST COMPANY CONNECTING PATH 42 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2760 | State what the contract or lease is for and the nature of the debtor's interest | GRANT OF PERMISSION DATED: 11/06/2018 | THE CODEMASTERS SOFTWARE COMPANY LIMITED CODEMASTERS CAMPUS STONEYTHORPE SOUTHAM, WARWICKSHIRE, CV47 2DL UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2761 | State what the contract or lease is for and the nature of the debtor's interest | GRANT OF PERMISSION DATED: 07/10/2020 | THE CODEMASTERS SOFTWARE COMPANY LIMITED CODEMASTERS CAMPUS STONEYTHORPE SOUTHAM, WARWICKSHIRE, CV47 2DL UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2762 | State what the contract or lease is for and the nature of the debtor's interest | GRANT OF PERMISSION DATED: 03/05/2017 | THE CODEMASTERS SOFTWARE COMPANY LIMITED CODEMASTERS CAMPUS STONEYTHORPE SOUTHAM, WARWICKSHIRE, CV47 2DL UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2763 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER FOR FRAMEWORK AGREEMENT DATED: 05/13/2025 | THE DUMAREY GROUP 73, BOULEVARD HAUSSMANN, 75008 PARIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.                                            Case number (If known):    25-11109
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2764 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER FOR EMPLOYMENT, COMMERCIAL CONTRACT DATED: 01/14/2025 | THE DUMAREY GROUP<br>73, BOULEVARD HAUSSMANN, 75008 PARIS |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2765 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR SUPPLYING DATALOGGERS IN THE 2011, 2012 AND 2013 FIA WORLD TOURING CAR CHAMPIONSHIP AND THE FIA WORLD RALLY CHAMPIONSHIP | THE FEDERATION INTERNATIONALE DE L'AUTOMOBILE 2 CHEMIN DE BLANDONNET GENEVA 15, CH 1215 SWITZERLAND |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2766 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR SUPPLYING ENGINE CONTROL UNITS (ECUS) DATED: 01/01/2009 | THE FEDERATION INTERNATIONALE DE L'AUTOMOBILE (FIA CHEMIN DE BLANDONNET, 2 GENEVA, CH 1215 SWITZERLAND |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2767 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | THE MATERIALS GROUP, LLC 575 BYRNE INDUSTRIAL DRIVE ROCKFORD, MI 49341 |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2768 | **State what the contract or lease is for and the nature of the debtor's interest** | INVESTMENT AGREEMENT DATED: 09/26/2017 | THE MINISTRY OF ECONOMY AND FINANCE MOHAMED 5 STREET, ADMINISTRATIVE DISTRICT |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2769 | **State what the contract or lease is for and the nature of the debtor's interest** | INVESTMENT AGREEMENT DATED: 06/26/2018 | THE MINISTRY OF ECONOMY AND FINANCE MOHAMED 5 STREET, ADMINISTRATIVE DISTRICT |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2770 | **State what the contract or lease is for and the nature of the debtor's interest** | INVESTMENT AGREEMENT DATED: 09/26/2017 | THE MINISTRY OF INDUSTRY, TRADE, INVESTMENT AND DIGITAL ECONOMY THE MINISTRY OF ECONOMY AND FINANCE KINGDOM OF MOROCCO AV. OUARZAZATE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor  Marelli Europe S.p.A.                                    Case number (If known)   25-11109
        Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2771 | State what the contract or lease is for and the nature of the debtor's interest | TEACHING CONTRACT | THE POLITECNICO DI MILANO – DEPARTMENT OF ELECTRICAL ENGINEERING PIAZZA LEONARDO DA VINCI N. 32, 20133 MILAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2772 | State what the contract or lease is for and the nature of the debtor's interest | RESEARCH CONTRACT DATED: 02/01/2016 | THE POLITECNICO DI MILANO – DEPARTMENT OF ELECTRONICS, INFORMATION AND BIOENGINEERING PIAZZA LEONARDO DA VINCI NO. 32, 20133 MILAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2773 | State what the contract or lease is for and the nature of the debtor's interest | RESEARCH CONTRACT DATED: 05/18/2012 | THE POLITECNICO DI MILANO – DEPARTMENT OF MECHANICAL ENGINEERING PIAZZA LEONARDO DA VINCI N. 32, 20133 MILAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2774 | State what the contract or lease is for and the nature of the debtor's interest | CONSENT TO USE AND REGISTER THE MARK WEBER IN CLASS 07 DATED: 12/09/2020 | THE REGISTRAR OF TRADE MARKS PRETORIA C/O ADAMS & ADAMS LYNNWOOD BRIDGE 4 DAVENTRY STREET LYNNWOOD MANOR PRETORIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2775 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL FRAMEWORK AGREEMENT ON SOCIAL, SOCIETAL AND ENVIRONMENTAL RESPONSIBILITY DATED: 04/11/2025 | THE RENAULT GROUP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2776 | State what the contract or lease is for and the nature of the debtor's interest | TERM SHEET DATED: 05/25/2010 | THE REPUBLIC OF SERBIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2777 | State what the contract or lease is for and the nature of the debtor's interest | INVESTMENT AGREEMENT DATED: 09/26/2017 | THE STATE OF MOROCCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2778 | State what the contract or lease is for and the nature of the debtor's interest | RESEARCH AGREEMENT DATED: 05/16/2016 | THE UNIVERSITY OF CATANIA P.ZZA UNIVERSITA N. 2 ATTN: PROF. LUCIA LO BELLO DEPARTMENT OF ELECTRICAL, ELECTRONIC AND COMPUTER ENGINEERING CATANIA, 95125 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2779 | State what the contract or lease is for and the nature of the debtor's interest | RESEARCH CONTRACT DATED: 01/01/2018 | THE UNIVERSITY OF PARMA DEPARTMENT OF ENGINEERING AND ARCHITECTURE - DIA UNIVERSITÀ 12 PARMA, 43121 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2780 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | THIERICA DISPLAY PRODUCTOS 900 CLANCY AVE N.E. GRAND RAPIDS, MI 49503 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2781 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | THIMIM PACKAGING SYSTEMS PRIMYSLOVA 12, 234 28 THOTATOY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2782 | State what the contract or lease is for and the nature of the debtor's interest | CHANGE REQUEST NOTICE DATED: 05/11/2022 | THOMSON REUTERS (PROFESSIONAL) UK LIMITED 5 CANADA SQUARE, CANARY WHARF, LONDON E14 5AQ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2783 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | THYSSENKRUPP PRESTA CHEMNITZ GMBH HRINRICH LORENZ STR. 57 CHEMNITZ, 09120 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2784 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TIANMA MICROELECTRONICS CO., LTD. NO.64 BUILDING, MAJIALONG INDUSTRIAL CITY, NANSHAN DISTRICT, SHENZHEN, GUANGDONG, POSTAL CODE 518052 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.

Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2785 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 07/01/2014 | TIANMA MICRO-ELECTRONICS CO., LTD. 64TH BUILDING JINLONG INDUSTRIAL ZONE MAJIALONG NANSHAN DISTRICT SHENZHEN, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2786 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 10/16/2018 | TIANNA MICRO - ELECTRONICS CO. LTD NO. 88, DAXIN ROAD TIANMA BUILDING NANSHAN DISTRICT SHENZHEN, 518052 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2787 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TIGGES GMBH & CO. KG KOHLFURTHER BRÜCKE 29 WUPPERTAL, NORDRHEIN-WESTFALEN, 42349 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2788 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TILABELS 43-300 BIELSKO-BIAŁA, 47A FILAROWA STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2789 | State what the contract or lease is for and the nature of the debtor's interest | CONSENT OF THE BUSINESS CUSTOMER DATED: 12/21/2022 | TIM VIA GAETANO BLACKS, 1 - 20123 MILAN CORSO D'ITALIA, 41 - 00198 ROME |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2790 | State what the contract or lease is for and the nature of the debtor's interest | MULTIBUSINESS CONTRACT FOR THE MOBILE TELEPHONY SERVICE. DATED: 12/21/2022 | TIM S.P. 1 VIA OLIVETTI 6 - 10148 TORINO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2791 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY LETTER MULTIBUSINESS CONTRACT FOR THE PROVISION OF THE MOBILE TELEPHONY SERVICE DATED: 12/21/2022 | TIM S.P. A VIA OLIVETTI 6 - 10148 TORINO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
Name

Case number (If known): 25-11109

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2792 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL FOR AN AGREEMENT FOR THE CONSTRUCTION OF THE INDOOR ROOF DATED: 03/30/2022 | TIM S.P.A. VIA GAETANO BLACKS, 1 - 20123 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2793 | **State what the contract or lease is for and the nature of the debtor's interest** | BID EQUIPMENT ANNEX DATED: 12/21/2022 | TIM S.P.A. VIA GAETANO BLACKS, 1 - 20123 MILAN CORSO D'ITALIA, 41 - 00198 ROME |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2794 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL FOR AN AGREEMENT FOR THE CONSTRUCTION OF THE INDOOR ROOF DATED: 03/30/2022 | TIM S.P.A. VIA GAETANO BLACKS, 1 - 20123 MILAN CORSO D'ITALIA, 41 - 00198 ROME |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2795 | **State what the contract or lease is for and the nature of the debtor's interest** | ACCEPTANCE OF OFFER DATED: 11/20/2023 | TIM SPA EM – SALES STRATEGIC |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2796 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENTARY LETTER MULTIBUSINESS CONTRACT DATED: 07/15/2022 | TIM TUTTO CORPORATE EUROPA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2797 | **State what the contract or lease is for and the nature of the debtor's interest** | ECONOMIC CONDITIONS FOR MARELLI GROUP DATED: 12/21/2022 | TIM TUTTO CORPORATE EUROPA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2798 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENTARY LETTER MULTIBUSINESS CONTRACT DATED: 07/15/2022 | TIM TUTTO CORPORATE EUROPA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (if known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2799 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TLG TRADING (PG) SDN BHD 30 LORONG TALANG 9 PENANG, 13600 MALAYSIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2800 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TNS SERVIS S.R.O. K TEPLINAM 619 SLUSOVICE, 763 15 CZECH REPUBLIC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2801 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TOGLIATTISTROYSERVICE LLC SAMARA REGION, TOGLIATTI, BOTANICHESKAYA ST., 20, OFFICE 99 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2802 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 05/07/2012 | TOKO, INC. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2803 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TOORA CASTING SPA VIA MAZZINI 9 SAN PAOLO D'ARGON, 24060 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2804 | State what the contract or lease is for and the nature of the debtor's interest | LONG TERM SUPPLY AND DISTRIBUTION AGREEMENT DATED: 10/10/2013 | TOP AS TURK OTOMOBIL FABRIKASI A.S. BUYIIKDERE CADDESI TOFAS HAN NO: 145 ZINCIRLIKUYU SISLI, ISTANBUL, TURKEY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2805 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TOP LINE TOOLING MOLDS LTD R STA CATARINA 4749 STA CATARINA JOINVILLE, SC 89233-013 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
      Name

Case number (if known)    25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2806** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED    TOPPAZZINI SPA VIA NAZIONALE 26 VILLANOVA DI S. DANIELE, 33038 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2807** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED    TORINO SPRING SAS DI FONTANELLA TOMMASO VIA GIOVANNI BATTISTA BRICHERASIO 7 TORINO, TO, 10128 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2808** State what the contract or lease is for and the nature of the debtor's interest | WITHDRAWAL FROM TEMPORARY ASSOCIATION OF PURPOSE – ICT INNOVATION HUB DATED: 03/18/2016    TORINO WIRELESS |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2809** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED    TORNERIA AUTOMATICA ALFREDO COLOMBO VIA MILANO 13 LECCO, 23879 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2810** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED    TORNERIA SERRA SRL VIA MAROCCHI 118 POIRINO, 10046 ITALY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2811** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED    TOSHIBA EUROPE GMBH HANSAALLEE 181 DÃ¼SSELDORF, 40549 GERMANY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2812** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED    TOYODA GOSEI METEOR GMBH ERNST-DEGER-STR. N° 9 BOCKENEM, LOWER SAXONY, 31167 GERMANY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

Debtor   Marelli Europe S.p.A.
         Name

Case number (If known):   25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2813 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 10/15/2010 | TOZMETAL TİCARET VE SANAYİ A.Ş. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2814 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TPK AUTO TECH  CO., LIMITED NO.195, BANSHANG ROAD XIAMEN, FUJIAN, PROVINCE, CHINA, 361009 CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2815 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF INTENT & CONFIDENTIALITY AGREEMENT DATED: 07/30/2008 | TRACKYSAT S.R.L. ATTN: ARMANDO CAPELLINO AOSTA 20/23 10078 VENARIA REALE (TO) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2816 | **State what the contract or lease is for and the nature of the debtor's interest** | COLLABORATION AGREEMENT DATED: 01/01/2006 | TRACOSIN S.P.A. IV NOVEMBRE 22, 52042 CAMUCIA (AR) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2817 | **State what the contract or lease is for and the nature of the debtor's interest** | PAYMENT AND RELEASE AGREEMENT DATED: 06/07/2022 | TRAFIME S.P.A. CONTRADA PEZZAMANDRA MISTERBIANCO, CT, 95045 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2818 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL AGREEMENTS RELATING TO THE PRICE OF THE PRODUCTS COVERED BY THE SUPPLY RELATIONSHIPS BETWEEN THE PARTIES DATED: 07/27/2023 | TRAFIME S.P.A. C.DA PEZZAMANDRA ATTN. OF PRESIDENT LUCA COFFA MISTERBIANCO, CT, 95045 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2819 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TRAFIME SPA VIA RICCARDO COFFA 21 MISTERBIANCO, 95045 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | | Case number (If known): 25-11109 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2820 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TRALE SRL<br>VIA ROMA 114/116<br>ROLETTO, 10060<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2821 | State what the contract or lease is for and the nature of the debtor's interest | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 07/15/2014 | TRANSMEC DE BORTOLI GROUP ESPANA S.A.<br>AVDA DE LA CANADA, 64<br>COSLADA, MADRID, 28823<br>SPAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2822 | State what the contract or lease is for and the nature of the debtor's interest | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 07/15/2014 | TRANSMEC DE BORTOLI GROUP ESPANA S.A.<br>AVDA DE LA CANADA, 64<br>COSLADA, MADRID, 28823<br>SPAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2823 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED: 09/25/2024 | TRANSPOREON GMBH<br>HEIDENHEIMER STRASSE 55/1<br>ULM, 89075<br>GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2824 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 03/29/2022 | TRANSPORTADORA CAPELA LIMITADA<br>AV. SAO FRANCISCO, 319 AO 331 CENTRO-CEP. 11.013-203 \| SANTOS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2825 | State what the contract or lease is for and the nature of the debtor's interest | COMMITMENT OF THE POTENTIAL SUPPLIER TO CODE OF CONDUCT, TO SUSTAINABILITY GUIDELINES AND TO ANY APPLICABLE INTERNATIONAL LAWS AND REGULATIONS REGARDING CORPORATE LIABILITY. DATED: 03/29/2022 | TRANSPORTADORA CAPELA LTDA<br>AVENIDA SAO FRANCISCO, 319 AO 331<br>SANTOS, SAO PAULO, 11013-203<br>BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2826 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT DATED: 03/29/2022 | TRANSPORTADORA CAPELA LTDA.<br>AV. SAO FRANCISCO, 319 AO 331 - CENTRO / SANTOS-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.

Name

Case number (If known):    25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2827** **State what the contract or lease is for and the nature of the debtor's interest** ROAD CARRIER TRANSPORTATION AGREEMENT | TRASPORTI ESPOSITO SRL |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.2828** **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TRECK AUTOMOTIVE DE MEXICO S DE RL DE CV CALLE UNO NO. EXT 1 CD. INDUSTRIAL XICOHTENCATL III 90250 - TLAXCO TLAXCALA MX - MEXICO TLAXCO, 90250 MEXICO |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.2829** **State what the contract or lease is for and the nature of the debtor's interest** GENERAL TERMS FOR THE PROVISION OF SERVICES | TRESCAL S.R.L. DEI METALLI, 1 TRAVAGLIATO, BS, 25039 ITALY |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.2830** **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TRIANGLE RUBBER AND PLASTICS 1924 ELKHART RD. GOSHEN, IN 46526 |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.2831** **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TRIANGLE RUBBER CO., LLC 1924 ELKHART RD PO BOX 95 GOSHEN, IN 46526, 46527 |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.2832** **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TRICO LIMITED 1 BRASSEY ROAD OLD POTTS WAY, SY73FAUK, UK, 75008 GERMANY |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.2833** **State what the contract or lease is for and the nature of the debtor's interest** GENERAL CONDITIONS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 08/01/2017 | TRICO LIMITED SKEWFIELDS PONTYPOOL TORFAEN NP4 0XZ |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |

| Debtor | Marelli Europe S.p.A. | | Case number (If known): 25-11109 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2834**
State what the contract or lease is for and the nature of the debtor's interest — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED
State the term remaining — Undetermined
List the contract number of any government contract

TRICOR PACKAGING & LOGISTICS AG
JAKOB MUELLER STRASSE 1
BAD WOERISHOFEN, 86825
GERMANY

**2.2835**
State what the contract or lease is for and the nature of the debtor's interest — QUALITY AGREEMENT DATED: 01/06/2010
State the term remaining — Undetermined
List the contract number of any government contract

TRIOSPUMA POLLURETANOS IND E COM. LTDA.

**2.2836**
State what the contract or lease is for and the nature of the debtor's interest — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED
State the term remaining — Undetermined
List the contract number of any government contract

TRI-WALL POLSKA SP.ZO.O
UL. OFFAR KATYNIA 5
KOPANKA, 32-050
POLAND

**2.2837**
State what the contract or lease is for and the nature of the debtor's interest — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED
State the term remaining — Undetermined
List the contract number of any government contract

TROQUELES Y DERIVADOS SA
BARRIO BENGOETXE, S/N
GALDAKAO - KURTZEA, BIZKAIA, 48960
SPAIN

**2.2838**
State what the contract or lease is for and the nature of the debtor's interest — GLOBAL PURCHASING AGREEMENT DATED: 02/09/2010
State the term remaining — Undetermined
List the contract number of any government contract

TRULY SEMICONDUCTORS LTD.
1-3 Wing Yip Street
2/F
Chung Shun Knitting Centre
Kwai Chung, N.T.,
HONG KONG, CHINA

**2.2839**
State what the contract or lease is for and the nature of the debtor's interest — QUALITY AGREEMENT DATED: 01/14/2010
State the term remaining — Undetermined
List the contract number of any government contract

TRULY SEMICONDUCTORS LTD.
1-3 Wing Yip Street
2/F
Chung Shun Knitting Centre
Kwai Chung, N.T.,
HONG KONG, CHINA

**2.2840**
State what the contract or lease is for and the nature of the debtor's interest — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED
State the term remaining — Undetermined
List the contract number of any government contract

TSM RAMOS SA DE CV
INDUSTRIA METALMECANICA #4008, PARQUE INDUSTRIAL RAMOS ARIZPE

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2841** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ASSIGNMENT OF THE RIGHT TO USE THE E-COLLABORATION AND PROVISION OF SERVICES SOLUTION | T-SYSTEMS DO BRASIL LTDA. RUA JAMES JOULE, 92 CITY OF SÃO PAULO, STATE OF SÃO PAULO, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2842** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON THE STANDARD CONTRACTUAL CLAUSES DATED: 11/23/2022 | T-SYSTEMS INTERNATIONAL GMBH HAHNSTRAßE 43D 60528 FRANKFURT / MAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2843** | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 05/09/2019 | T-SYSTEMS ITALIA S.R.L. STRADA 4, PALAZZO Q5, MILANOFIORI, 20089 ROZZANO (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2844** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 09/18/2013 | TTB IND. E COM. DE PRODUTOS METÁLICOS LTDA. AV PRESTES MAIA 230 - CENTRO - DIADEMA / SP   ZIP CODE: 09930-270 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2845** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TTI GANGHOFERSTRASSE 34 MAISACH-GERNLINDEN, 82216 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2846** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/29/2010 | TTT EJES, S.A. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2847** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TUBI GOMMA TORINO SPA S.S. 31 KM 39,4 N.42 MIRABELLO MONFERRATO, 15040 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2848 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TUBOCERTO INDUSTRIA TREFILADOS LTDA AV OSAKA 25 ARUJA, 07400-000 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2849 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 09/16/2019 | TUNGSTENTOOLS ITALIA S.R.I. ZONA INDUSTRIALE VIA  G. GALILEI 10 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2850 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 09/16/2019 | TUNGSTENTOOLS ITALIA S.R.L ZONA INDUSTRIALE VIA  G. GALILEI 10 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2851 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOM WAREHOUSE AGREEMENT DATED: 07/01/2007 | TURKER ULUSLARARASL NAKLLYAT ITH. IHR. TUR. TIC. A.S. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2852 | State what the contract or lease is for and the nature of the debtor's interest | TURKISH AIRLINES CORPORATE CLUB AGREEMENT LETTER | TURKISH AIRLINES PIAZZA FONTANA 6 MILANO, 20122 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2853 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TURN KEY TOOL & DIE, INC. 8 PROGRESS DR INDUSTRIAL SECTION ON MAIN STREET UNION, MO 63084 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2854 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 06/13/2019 | TUVIA ITALIA S.P.A. QUINTILIANO, 27 MILANO, MI, 20138 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2855 | State what the contract or lease is for and the nature of the debtor's interest | SPECIFIC TERMS AND CONDITIONS FOR THE PROVISION OF ENGINEERING SERVICES DATED: 01/01/2018 | TXT E-SOLUTIONS VIA FRIGIA, 27 20126 MILANO (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2856 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 05/09/2019 | TXT E-SOLUTIONS VIA FRIGIA 27, 20126 MILAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2857 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | UJU ELECTRONICS CO.,LTD 61, CHOROK-RO 532BEON-GIL, YANGG HWASEONG-SI, 18627 SOUTH KOREA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2858 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ULTER SPORT SP. Z O.O. WYZWOLENIA 24 WEGIERSKA GORKA, 34-350 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2859 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 10/08/2009 | ULTER-SPORT SP Z O.O. 34-350 WEGIERSKA GORKA UL. WYZWOLEN:A 24 NIP 937-23-32-097 REGON:072394980 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2860 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL CONDITIONS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 07/18/2017 | ULTER-SPORT SPOLKA Z O.O. 34-350 WEGIERSKA GORKA, UL. WYZWOLENIA 24  NIP 937-23-32-097 REGON: 072394980 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2861 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/19/2010 | ULUS METAL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (if known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2862 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ULUS METAL SANAYI VE TICARET A.S. GEBZE ORGANIZE SANAYI BOLGESI 1000 GEBZE/KOCAELI, 41480 TURKEY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2863 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 12/19/2011 | UND MECANICA NTC LTDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2864 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO MAGNETI MARELLI PURCHASING GENERAL TERMS FOR DATED: 12/12/2018 | UNDERSTANDAI GMBH |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2865 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | UNI-CALSONIC CORP. □□□□□□□□□□□□□40-11□ □□, 360 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2866 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | UNIFAST COMPONENTI ITALIA S.R.L STRADA CAFFADIO, 12 10036 SETTIMO TORINESE (TO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2867 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | UNIFRAX BRL LTDA AV INDEPENDENCIA 7033 VINHEDO, 13280-000 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2868 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | UNION STAMPI SRL VIA UNGARESCA 10 SAN QUIRINO, 33080 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
            Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2869** **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED **State the term remaining** Undetermined **List the contract number of any government contract** | UNION TECN LTDA R GINO 84 SAO PAULO, 03376-060 BRAZIL |
| **2.2870** **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED **State the term remaining** Undetermined **List the contract number of any government contract** | UNION TECNOLOGICA DEL AUTOMOVIL, S. PARQUE TECNOLOGICO DE PINSEQUE PINSEQUE, 50298 SPAIN |
| **2.2871** **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED **State the term remaining** Undetermined **List the contract number of any government contract** | UNIQUE SOUND CO., LTD. GAROGONWON-RO91 SEOUL - KOREA, 07909 SOUTH KOREA |
| **2.2872** **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED **State the term remaining** Undetermined **List the contract number of any government contract** | UNITED POLYMERS, S.R.O. TOVARNI 605   P.O. BOX 114   753 01 HRANICE   MEST |
| **2.2873** **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED **State the term remaining** Undetermined **List the contract number of any government contract** | UNITEK S.R.L. VIA PADANIA, 19   31020 S. VENDEMIANO (TV)   P.IVA 036-22900269 |
| **2.2874** **State what the contract or lease is for and the nature of the debtor's interest** QUALITY AGREEMENT DATED: 01/24/2011 **State the term remaining** Undetermined **List the contract number of any government contract** | UNIVERSAL M.VIOLA I SPOLKA SP. JAWNA UL. ZYWIECKA 158 43-300 BIELSKO-BIALA |
| **2.2875** **State what the contract or lease is for and the nature of the debtor's interest** QUALITY SPECIFICATIONS DATED: 08/20/2019 **State the term remaining** Undetermined **List the contract number of any government contract** | UNIVERSAL DPL WUHU INDUSTRIAL CO.,LTD NO.8 (S) FENGMINGHU ROAD WUHU ECONOMY & TECHNOLOGY DEVELOPMENT ZONE WUHU CITY, ANHUI PROVINCE |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2876 | **State what the contract or lease is for and the nature of the debtor's interest** | OPTION AGREEMENT DATED: 07/20/2015 | UNIVERSITA DEGLI STUDI DI GENOVA VIA BALBI 5, 16126 GENOVA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2877 | **State what the contract or lease is for and the nature of the debtor's interest** | RESEARCH CONTRACT: 12/06/2017 | UNIVERSITÀ DEGLI STUDI DI UDINE, C.F. N. 80014550307, REPRESENTED BY THE DEPARTMENT OF MATHEMATICAL, COMPUTER, AND PHYSICAL SCIENCES VIA DELLE SCIENZE, 206, 33100 UDINE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2878 | **State what the contract or lease is for and the nature of the debtor's interest** | RESEARCH CONTRACT DATED: 09/17/2019 | UNIVERSITY OF CATANIA PIAZZA UNIVERSITÀ 2 CATANIA, 95131 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2879 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMISSIONED RESEARCH CONTRACT DATED: 11/21/2017 | UNIVERSITY OF MODENA AND REGGIO EMILIA – DEPARTMENT OF ENGINEERING "ENZO FERRARI" PIETRO VIVARELLI 10/1, 41125 MODENA (MO) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2880 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMISSIONED RESEARCH CONTRACT DATED: 11/21/2017 | UNIVERSITY OF MODENA AND REGGIO EMILIA – DEPARTMENT OF ENGINEERING "ENZO FERRARI" PIETRO VIVARELLI 10/1 ATTN: PROF. MAURO ALESSANDRO ATTN: DR. ORTENZIA PELLEGRINO MODENA, MO, 41125 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2881 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMISSIONED RESEARCH CONTRACT DATED: 11/21/2017 | UNIVERSITY OF MODENA AND REGGIO EMILIA – DEPARTMENT OF ENGINEERING "ENZO FERRARI" PIETRO VIVARELLI 10/1, 41125 MODENA (MO) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2882 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMISSIONED RESEARCH CONTRACT DATED: 01/01/2018 | UNIVERSITY OF PISA – DEPARTMENT OF INFORMATION ENGINEERING LUNGARNO PACINOTTI 43 PISA, PI, 56126 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.
Name
Case number (If known):   25-11109

▪ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2883** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM TO THE AGREEMENT OF THE FINANCING OF ONE ADDITIONAL SCHOLARSHIP FOR THE XXXI CYCLE OF THE PHD COURSE IN "INDUSTRIAL<br><br>Undetermined | UNIVERSITY OF SALERNO<br>GIOVANNI PAOLO II, 132<br>FISCIANO, SA, 84084<br>ITALY |
| **2.2884** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FRAMEWORK COLLABORATION AGREEMENT DATED: 04/04/2014<br><br>Undetermined | UNIVERSITY OF SALERNO<br>GIOVANNI PAOLO II, 132, 84084 FISCIANO (SA) |
| **2.2885** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RESEARCH AGREEMENT DATED: 07/18/2016<br><br>Undetermined | UNIVERSITY OF UDINE – DEPARTMENT OF MATHEMATICAL, COMPUTER AND PHYSICAL SCIENCES<br>DELLE SCIENZE 206<br>UDINE, 33100<br>ITALY |
| **2.2886** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED<br><br>Undetermined | UPT OPTIK WODAK GMBH<br>GIEßENER STRAßE 9 · D-90427 NUREMBERG   PHONE: +49(0)911_395769-0 · FAX:+49(0)911_395769-99 |
| **2.2887** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED<br><br>Undetermined | URAL MAKSAN MAKINA INSAAT DEMIR VE CELIK SANAYI VE TICARET LIMITED SIRKETI<br>NO:99 KARAAPTILER MAHALLESI<br>ABDIBEY CADDESI<br>ARIFIYE, SAKARYA, 54580<br>TURKEY |
| **2.2888** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | QUALITY AGREEMENT DATED: 04/10/2013<br><br>Undetermined | USINORMA INDÚSTRIA E COMÉRCIO VINAGEM LTDA. |
| **2.2889** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AGREEMENT TERMS AND CONDITIONS DATED: 09/08/2023<br><br>Undetermined | UTENSIL LINE SRL<br>VIA ACQUI 65/A, 10098, RIVOLI (TO), VAT NR. 01640860019 |

| Debtor | Marelli Europe S.p.A. | Case number (if known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2890 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 04/06/2022 | UTENSIL LINE SRL<br>VIA ACQUI 65/A, 10098, RIVOLI (TO) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2891 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | UTIL INDUSTRIES SPA<br>VIA GIOVANNI XXIII, 10-14019<br>VILLANOVA D'ASTI, 14019<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2892 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 02/11/2010 | UZAN ELEKTRIK MAKINE OTOMOTIV INSAAT SANAYI VE PAZARLAMA LIMITED SIRKETI<br>ÇALI SANAYI BÖLGESI<br>GEYVELI CAD. NO: 24<br>BURSA,<br>TURKEY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2893 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT DATED: 03/30/2023 | VACUUMSCHMELZE GMBH & CO. KG<br>GRUNER WEG 37<br>HANAU, 63450<br>GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2894 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT | VACUUMSCHMELZE GMBH & CO. KG<br>GRÜNER WEG 37<br>VAT NO DE 811148525<br>HANAU, 63450<br>GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2895 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF UNDERSTANDING DATED: 07/30/2009 | VALENCE TECHNOLOGY, INC.<br>12303 TECHNOLOGY BLVD.<br>SUITE 950<br>AUSTIN, TX 78727 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2896 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST EXTENSION OF THE TOLLING AGREEMENT DATED: 12/12/2022 | VALEO S. A.<br>100, RUE DE COURCELLES<br>PARIS, 75017<br>FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.

Name

Case number (If known):    25-11109

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2897 | State what the contract or lease is for and the nature of the debtor's interest | TOLLING AGREEMENT DATED: 11/18/2019 | VALEO S. A. 43, RUE BAYEN, F-75017 PARIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2898 | State what the contract or lease is for and the nature of the debtor's interest | TOLLING AGREEMENT DATED: 11/18/2019 | VALEO SERVICE SAS 70, RUE PLEYEL, F-93285 SAINT DENIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2899 | State what the contract or lease is for and the nature of the debtor's interest | FIRST EXTENSION OF THE TOLLING AGREEMENT DATED: 12/12/2022 | VALEO SERVICE SAS 70, RUE PLEYEL SAINT DENIS, F-93285 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2900 | State what the contract or lease is for and the nature of the debtor's interest | TOLLING AGREEMENT DATED: 11/18/2019 | VALEO VISION SAS 34, RUE SAINT-ANDRE, F-93012 BOBIGNY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2901 | State what the contract or lease is for and the nature of the debtor's interest | FIRST EXTENSION OF THE TOLLING AGREEMENT DATED: 12/12/2022 | VALEO VISION SAS 34, RUE SAINT-ANDRE BOBIGNY, F-93012 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2902 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/29/2010 | VALFSAN DIS TICARET KOLLEKTIF S.T.I DERI VE ENDUSTRI SERBEST BOL. 112/1 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2903 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | VALMASTER EQUIPAMENTOS INDUSTRIAIS RUA COELHOR LEITE 91 RECIFE, 50100-140 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.

Name

Case number (If known):   25-11109

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2904 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | VARIANCE TECHNOLOGIES<br>30, RUE DU DOMAINE DU TERTRE<br>ST BERTHEVIN, 53940<br>FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2905 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER WAIVER APPROVAL SHEET DATED: 05/16/2012 | VARITRONIX LIMITED<br>9/F LIVEN HOUSE<br>61-63 YIP STREET<br>KWUN TONG, KOLOON,<br>HONG KONG, CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2906 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | VARNISH TECH SRL<br>VIA M.I DEL LAVORO 4<br>GALILIATE, 28066<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2907 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/04/2009 | VARTA MICROBATTERY GMBH<br>DAIMLERSTRASSE 1 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2908 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | VCI BRASIL INDUSTRIA E COMERCIO DE EMBALAGEM LTDA<br>RODOVIA MARECHAL RONDON, KM 334 N° S/N |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2909 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK DEVELOPMENT AND SUPPLY DATED: 03/08/2016 | VECTOR INFORMATIK GMBH<br>INGERSHEIMER STR. 24<br>STUTTGART, 70499<br>GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2910 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK DEVELOPMENT AND SUPPLY DATED: 03/08/2016 | VECTOR INFORMATIK GMBH<br>INGERSHEIMER STR. 24<br>STUTTGART, 70499<br>GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2911** State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK DEVELOPMENT AND SUPPLY DATED: 03/08/2016 | VECTOR INFORMATIK GMBH INGERSHEIMER STR. 24 STUTTGART, 70499 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2912** State what the contract or lease is for and the nature of the debtor's interest | ENTERPRISE LICENSING AGREEMENT DATED: 10/02/2022 | VECTOR ITALIA S.R.L CORSO SEMPIONE 68,20154, MILANO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2913** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | VEGA SRL VIA DE GASPERI, 16 CASTELLANZA, 21053 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2914** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | VEGGO PLAST SAS DI VEGGO OSCAR & C VIA BRANDIZZO 203 VOLPIANO, TURIN, 10088 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2915** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | VELMOLD PLASTICS PRIVATE LIMITED FCA-3807 A-7 SGM NAGAR NEAR NH-3 NIT FARIDABAD, HARYANA, INDIA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2916** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | VENES ELEKTRIK VE KABLO SIS. SAN. TIC. LTD. STI. CALI MAH. SARIYERLER CAD. NO: 44/1 NILUFER, BURSA, 16159 TURKEY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2917** State what the contract or lease is for and the nature of the debtor's interest | LETTER-ACQUISITION OF THE INDEPENDENT AFTERMARKET DIVISION DATED: 03/31/2023 | VERISK EUROPE APS DBA VERISK 3E EUROPE APS LYNGBYVEJ 20.3 COPENHAGEN, DK-2100 DENMARK |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor  Marelli Europe S.p.A.
Name

Case number (If known):  25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2918 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT TO PROVIDE LICENSED PRODUCT DATED: 02/11/2022 | VERISK EUROPE APS DBA VERISK 3E EUROPE APS LYNGBYVEJ 20.3 COPENHAGEN, DK-2100 DENMARK |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2919 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO PURCHASING GENERAL TERMS AND CONDITIONS DATED: 12/20/2018 | VERISK EUROPE APS DBA VERISK 3E EUROPE APS LYNGBYVEJ 20.3 COPENHAGEN, DK-2100 DENMARK |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2920 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT TO PROVIDE LICENSED PRODUCT DATED: 02/11/2022 | VERISK EUROPE APS DBA VERISK 3E EUROPE APS LYNGBYVEJ 20.3 COPENHAGEN, DK-2100 DENMARK |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2921 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | VERLAN S.A. BILBAO 169 BARCELONA, 08018 SPAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2922 | State what the contract or lease is for and the nature of the debtor's interest | BONUS LETTER AGREEMENT DATED: 01/01/2024 | VERZOLLA SRL VIA BREMBO, 13/5 MONZA, MB, 20900 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2923 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | VESUVIO ARTEFATOS DE BORRACHA LTDA RUA JOSE CLEMENTE PEREIRA 79 DIADEMA, 09961-050 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2924 | State what the contract or lease is for and the nature of the debtor's interest | ADVERTISING PARTNER CONTRACT DATED: 08/08/2013 | VFL WOLFSBURG-FUBBALL GMBH IN DEN ALLERWIESEN 1 38446 WOLFSBURG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2925 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO SERVICE AGREEMENT DATED: 01/01/2011 | VIAMICHELIN SAS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2926 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO SERVICE AGREEMENT DATED: 01/01/2011 | VIAMICHELIN SAS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2927 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | VIAOPTIC GMBH AM LEITZ PARK 1 WETZLAR, 35578 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2928 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 07/30/2009 | VIASAT GROUP S.P.A. ATTN: ARMANDO CAPELLINO AOSTA 20, 10078 VENARIA REALE (TO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2929 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | VICO ETICHETTE DI BONACCORSO SALVATORE SAS VIA R. COLPI N° 14 LIMENA, PD, 35010 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2930 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIAL LETTER OF INTENT DATED: 02/16/2017 | VICTREX MANUFACTURING LIMITED VICTREX TECHNOLOGY CENTRE HILLHOUSE INTERNATIONAL THORNTON CLEVELEYS, LANCASHIRE, FY5 4QD UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2931 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | VIKING PACKAGING SP. Z 0.0. CHMIELOW N° 607 CHMIELOW, PODKARPACKIE, 39-442 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2932** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | VILAC ROTULOS E ETIQUETAS ADESIVAS LTDA ROD. JORNALISTA FRANCISCO AGUIRRE PROENÇA, S/N KM 14, JD. AMANDA II / HORTOLÂNDIA-SP, CEP: 13188-129 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2933** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | VILLEBENOIT NORD 22 RUE DES CARRIERES BP 728 SENS CEDEX, 89107 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2934** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | VIMI FASTENERS SPA VIA LABRIOLA 19 NOVELLARA, 42017 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2935** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | VIÑOPLASTIC IZTAPALAPA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2936** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | VIP INDUSTRIA E COMÉRCIO DE CAIXAS E PAPELAO ONDULADO LTDA RODOVIA MIGUEL MELHADO CAMPOS KM 01 — DISTRITO INDUSTRIAL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2937** | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT DATED: 12/01/2017 | VIRTUALLY LIVE (SWITZERLAND) GMBH BEUSTWEG 12 ZURICH, 8032 SWITZERLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2938** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | VISION MOLDES LTDA. RUA IRECÊ, Nº 300   SANTA CATARINA - CEP 89233-180 JOINVILLE - SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.

Name

Case number (If known): 25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2939 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AGREEMENT BETWEEN MAGNETI MARELLI S.P.A. AND VISLAB S.R.L. DATED: 01/23/2014 | VISLAB S.R.L. PARCO AREA DELLE SCIENZE, 181/A BUILDING 1 UNIVERSITA DI PARMA PARMA, 43124 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2940 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 05/30/2013 | VISLAB SRL PARCO AREA DELLE SCIENZE 181/A BUILDING 1 UNIVERSITA DI PARMA PARMA, 43124 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2941 | State what the contract or lease is for and the nature of the debtor's interest | COLLABORATION AGREEMENT DATED: 02/19/2013 | VISLAB SRL ATTN:ALBERTO BROGGI  PARCO AREA DELLE SCIENZE, 181/A 43124 PARMA TEL 0521 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2942 | State what the contract or lease is for and the nature of the debtor's interest | LETTER-ACQUISITION OF THE INDEPENDENT AFTERMARKET DIVISION DATED: 03/31/2023 | VMWARE, INC. 3401 HILLVIEW AVENUE PALO ALTO, CA 94304 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2943 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 06/03/2019 | VOBMA S.R.L. PIAZZA PINELLI 1/7 - 16124 GENOVATITLE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2944 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT ON PROJECT PROPOSALS FOR 5G PRE-COMMERCIAL TRIALS DATED: 05/25/2017 | VODAFONE ITALIA S.P.A. JERVIS, 13, 10015 IVREA (TO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2945 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 09/13/2017 | VODAFONE ITALIA S.P.A. JERVIS 13 OPERATIONAL HQ: VIA LORENTEGGIO 240 IVREA, TO, 10015 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2946 | State what the contract or lease is for and the nature of the debtor's interest | COLLABORATION AGREEMENT DATED: 09/13/2017 | VODAFONE ITALIA S.P.A. ATTN: SABRINA CASALTA - HEAD OF STRATEGY  ATTN: ANTONIO CORDA - LEGAL DIRECTOR  JERVIS N. 13, 10015 IVREA (TO) LORENTEGGIO 240, 20147 MILAN (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2947 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 09/13/2017 | VODAFONE ITALIA S.P.A. JERVIS, 13 IVREA, TO, 10015 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2948 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTION AGREEMENT FOR 5G PRE-COMMERCIAL EXPERIMENTATION DATED: 09/13/2017 | VODAFONE ITALIA S.P.A. JERVIS 13, 10015 IVREA (TO); OPERATIONAL HQ: VIA LORENTEGGIO 240, 20147 MILAN (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2949 | State what the contract or lease is for and the nature of the debtor's interest | CHANGE REQUEST (CR) DATED: 12/20/2021 | VODAFONE S.P.A ITALY (FOR WIPRO LIMITED) VIA SAN CLEMENTE 53 ARUBA DC PONTE SAN PIETRO, BERGAMO, 24036 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2950 | State what the contract or lease is for and the nature of the debtor's interest | EXTENSION OF THE DECLARATION OF WAIVER OF STATUTE OF LIMITATIONS DATED: 01/20/2021 | VOLKSWAGEN AG BERLINER RING 2 WOLFSBURG, 38436 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2951 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS CONTRACT DATED: 08/08/2018 | VOLKSWAGEN AG RISIKOMANAGEMENT KONZERNBESCHAFFUNG K-BG-A BRIEFFACH 1338/0 38440 WOLFSBURG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2952 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF COMFORT DATED: 07/05/2023 | VOLKSWAGEN AG RISIKOMANAGEMENT KONZERNBESCHAFFUNG K-BG-A BRIEFFACH 1338/0 38440 WOLFSBURG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
Name

Case number (if known)   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2953 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT | VW GROUP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2954 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY ASSURANCE AND COST-SHARING AGREEMENT DATED: 08/19/2022 | VW GROUP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2955 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 06/17/2010 | W.A.Z.G MESGUM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2956 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | W.H.B. DO BRASIL LTDA ABIURANA AVENUENº450COMPL.BLOCO E ABIURANA AVENUENº450COMPL.BLOCO G AVENIDA CECINº238COMPL. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2957 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | W.L. GORE & ASSOCIATES GMBH HERMANN-OBERTH STRASSE 26 PUTZBRUNN, 85640 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2958 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 01/21/2020 | WACKY WEAPON S.R.L. CORSO GALILEO FERRARIS, 31 10121 - TORINO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2959 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WAFFER TECHNOLOGY CORPORATION SOUTH HUXI ROAD, Nº 1430 MAANSHAN ECONOMIC DEVELOPMENT ZONE, 243000 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (if known): | 25-11109 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2960** | **State what the contract or lease is for and the nature of the debtor's interest** — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WAGNER AREL-L GMHH SPITAL WOLLSTRANE NE SCHWHERCH GERMANY |
| | **State the term remaining** — Undetermined | |
| | **List the contract number of any government contract** | |
| **2.2961** | **State what the contract or lease is for and the nature of the debtor's interest** — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WAGNER AUTOMOTIV DOO SARAJEVSKA, GRADACAC, BOSNIA AND 74 GRADACAC, BOSNIA-HERZEGOVINA |
| | **State the term remaining** — Undetermined | |
| | **List the contract number of any government contract** | |
| **2.2962** | **State what the contract or lease is for and the nature of the debtor's interest** — QUALITY AGREEMENT DATED: 11/15/2010 | WAH MA CHEMICAL SDN BND LOT 2969 MUKIM 16 KAWASAN PERUSAHAAN ACKU SUNGAI LOKAN SEBERANG PERAI UTARA, PENANG, 13400 MALAYSIA |
| | **State the term remaining** — Undetermined | |
| | **List the contract number of any government contract** | |
| **2.2963** | **State what the contract or lease is for and the nature of the debtor's interest** — QUALITY AGREEMENT DATED: 11/15/2010 | WAH MA TECHNOLOGY SDN BHD LOT 2969, MUKIM 16 KAW  PERUSAHAAN PENANG, 13400 MALAYSIA |
| | **State the term remaining** — Undetermined | |
| | **List the contract number of any government contract** | |
| **2.2964** | **State what the contract or lease is for and the nature of the debtor's interest** — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WALSIN TECHNOLOGY CORP. 566-1, KAO SHI RD. YANGMEI DIST., TAOYUAN CITY, TAIWAN, R.O.C. |
| | **State the term remaining** — Undetermined | |
| | **List the contract number of any government contract** | |
| **2.2965** | **State what the contract or lease is for and the nature of the debtor's interest** — QUALITY AGREEMENT ADDENDUM TO GLOBAL PURCHASING AGREEMENT DATED: 11/03/2009 | WALSIN TECHNOLOGY CORPORATION & MEC SPA |
| | **State the term remaining** — Undetermined | |
| | **List the contract number of any government contract** | |
| **2.2966** | **State what the contract or lease is for and the nature of the debtor's interest** — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WALTER PACK S.A. DE C.V. CARRETERA ESTATAL 431 KM 2.200 LOTE 2 |
| | **State the term remaining** — Undetermined | |
| | **List the contract number of any government contract** | |

Debtor    Marelli Europe S.p.A.                                                    Case number (If known):   25-11109
           Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2967** **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED<br>**State the term remaining** Undetermined<br>**List the contract number of any government contract** | WANHUA CHEMICAL GROUP CO., LTD. NO.3 SANYA RD. YEDA YANTAI, CHINA |
| **2.2968** **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED<br>**State the term remaining** Undetermined<br>**List the contract number of any government contract** | WANXIANG AUTOMOTIVE COMPONENTS LLC 88 AIRPORT ROAD ELGIN, IL 60123 |
| **2.2969** **State what the contract or lease is for and the nature of the debtor's interest** QUALITY AGREEMENT DATED: 12/14/2010<br>**State the term remaining** Undetermined<br>**List the contract number of any government contract** | WANYOU MECHANICAL PARTS CO,,LTD. 8-1 BOHAI STR ECO&TECH DEV JINZHOU CITY, LIAONING PROVINCE, CHINA |
| **2.2970** **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED<br>**State the term remaining** Undetermined<br>**List the contract number of any government contract** | WAPMETAL INDÚSTRIA E COMÉRCIO DE MOLAS E ESTAMP LTDA AV. GUPÊ/ N 10243/ GALPÃO 2A JARDIM BELVAL BARUERI, SP, 06422-120 BRAZIL |
| **2.2971** **State what the contract or lease is for and the nature of the debtor's interest** QUALITY AGREEMENT DATED: 03/20/2001<br>**State the term remaining** Undetermined<br>**List the contract number of any government contract** | WAVECOM ISSY LES MOULINEAUX 92442 CADEX, 39, RUE DU GOUVEMEUR GENERAL EBOUE |
| **2.2972** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT RELATED TO INTELLECTUAL PROPERTY. DATED: 02/17/2023<br>**State the term remaining** Undetermined<br>**List the contract number of any government contract** | WDRZ PATENTANWALTE PARTG MBB GABLENBERGER HAUPTSTRABE 32 STUTTGART, 70186 GERMANY |
| **2.2973** **State what the contract or lease is for and the nature of the debtor's interest** CONSENT TO USE AND REGISTER THE MARK WEBER IN CLASS 07 DATED: 12/09/2020<br>**State the term remaining** Undetermined<br>**List the contract number of any government contract** | WEBER MASCHINENBAU GMBH BREIDENBACH |

| Debtor | Marelli Europe S.p.A. | Case number (If known):   25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2974 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 02/22/1978 | WEBER S.R.L. CORSO MARCONI 10 TORINO, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2975 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WEGAPLAST SPA VIA I MAGGIO 39 TOSCANELLA, DOZZA, BOLOGNA, 40060 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2976 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WEGU GMBH SCHWINGUNGSDAMPFUNG MÃ¼NDENER STRASSE 31 KASSEL, 34113 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2977 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WENZHOU FENGDI CONNECTOR CO., LTD. NO.359, 20 BINHAI ROAD, BINHAI ECONOMIC AND TECHNOLOGICAL DEVELOPMENT ZONE, WENZHOU, ZHEJIANG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2978 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS OF PURCHASE (2014 EDITION) DATED: 05/21/2018 | WENZHOU HUAQIANG AUTO PARTS CO., LTD. NO.40 LIMING INDUSTRIAL ZONE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2979 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WETZEL S.A RUI BARBOSA 2062 JOINVILLE, 89220-100 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2980 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO WEWORK MEMBERSHIP AGREEMENT DATED: 06/01/2024 | WEWORK ITALY S.R.L. VIA MERAVIGLI, 2 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2981** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO WEWORK MEMBERSHIP AGREEMENT DATED: 07/28/2022 | WEWORK ITALY S.R.L. VIA MERAVIGLI, 2 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2982** State what the contract or lease is for and the nature of the debtor's interest | GENERAL CONDITIONS FOR THE PROVISION OF MAGNETI MARELLI SERVICES (2014 EDITION) DATED: 12/14/2017 | WHEAT 4, AVENUE PABLO PICASSO CS 70134 92024 NANTERRE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2983** State what the contract or lease is for and the nature of the debtor's interest | GENERAL CONDITIONS: FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 04/27/2017 | WHTECHNOLOGIES S.D. |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2984** State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 11/22/2012 | WI-COM SOLUTIONS S.R.L. VIA MATILDE SERAO 18 DESIO, MB, 20832 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2985** State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 04/30/2010 | WILHELM PLASTIC GMBH & CO. KG KÖRLER STR. 5 FLOH-SELIGENTHAL, 98593 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2986** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WILHELM WEBER GMBH & CO. KG BOPPENÄ„CKERSTRASSE 10 ESSLINGEN AM NECKAR, 73734 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2987** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WILLY BÜCHNER METALL- UND KUNSTSTOFFPRODUKTE SELIGENTHAL, INHABER JOCHEN BÜCHNER E. KFM. HOHLEBORNER STR. 1 FLOH-SELIGENTHAL, THÜRINGEN, 98593 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2988** | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 03/30/2017 | WINARCO STUDIO1/ASSOCIATO VIA G. BOTERO. 17 - 101 DAMFORINO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2989** | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF INTENT DATED: 02/21/2012 | WIND RIVER SYSTEMS, INC 500 WIND RIVER WAY ALAMEDA, CA 94051 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2990** | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL CONSULTING AGREEMENT DATED: 04/28/2008 | WIND RIVER SYSTEMS, INC 500 WIND RIVER WAY ALAMEDA, CA 94501 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2991** | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WINDSOR MOLD INC. – TOOLING DIVISION 4035 MALDEN ROAD WINDSOR, ON N9C 2G4 CANADA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2992** | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WINSTECH PRECISION INDUSTRIAL METAL CO.,LTD 180#, TLANXIN ROAD, TANXIN VILLAGE, TANGATA TOWN, DONGGUAN CITY, GUANGDONG PROVINCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2993** | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT FOR THE PROVISION OF PROFESSIONAL SERVICES DATED: 03/28/2017 | WIP ARCHITETTI S.R.L. SAN DONATO MILANESE, VIA EMILIA N. 22, CAP 20097 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2994** | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT OF COMMITMENT TO THE CODE OF CONDUCT DATED: 05/11/2017 | WIP ARCHITETTI S.R.L. VIA EMILIA N° 22 SAN DONATO MILANESE, MILANO, 20097 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | | Case number (If known): 25-11109 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2995 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES (2014 EDITION) DATED: 04/19/2017 | WIP ARCHITETTI S.R.L. VIA EMILIA 22 SAN DONATO MILANESE, 20097 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2996 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT SUMMARY DECK | WIPRO TOWER S5 PLOT 31 HINJEWADI PHASE-2 RAJIV GANDHI INFOTECH PARK PUNE, 411057 INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2997 | State what the contract or lease is for and the nature of the debtor's interest | SITE CREATION FOR BUSINESS UNIT DATED: 02/03/2022 | WIPRO TOWER S5 PLOT 31 HINJEWADI PHASE-2 RAJIV GANDHI INFOTECH PARK PUNE, 411057 INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2998 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2024 | WIPRO LIMITED DODDAKANNELLI SARJAPUR ROAD BANGALORE, KARNATAKA, 560035 INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2999 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT: 7/31/2024 | WIPRO LIMITED DODDAKANNELLI SARJAPUR ROAD BANGALORE, KARNATAKA, 560035 INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3000 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED: 01/01/2025 | WIPRO LIMITED DODDAKANNELLI SARJAPUR ROAD BANGALORE, KARNATAKA, 560035 INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3001 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT: 7/30/2024 | WIPRO LIMITED DODDAKANNELLI SARJAPUR ROAD BANGALORE, KARNATAKA, 560035 INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
          _____        Case number (If known):    25-11109
          Name

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3002**   **State what the contract or lease is for and the nature of the debtor's interest**    MASTER SERVICES AGREEMENT DATED: 01/01/2025 <br><br> **State the term remaining**   Undetermined <br><br> **List the contract number of any government contract** | WIPRO LIMITED <br> DODDAKANELLI <br> SARJAPUR MAIN ROAD <br> BENGALURU, 560035 <br> INDIA |
| **2.3003**   **State what the contract or lease is for and the nature of the debtor's interest**    PROJECT STATEMENT OF WORK (SOW) IN RELATION TO THE SERVICES AGREEMENT DATED: 07/26/2024 <br><br> **State the term remaining**   Undetermined <br><br> **List the contract number of any government contract** | WIPRO LIMITED <br> DODDAKANNELLI <br> SARJAPUR ROAD <br> BANGALORE, KARNATAKA, 560035 <br> INDIA |
| **2.3004**   **State what the contract or lease is for and the nature of the debtor's interest**    PROJECT CHANGE REQUEST: CR106 DATED: 12/02/2021 <br><br> **State the term remaining**   Undetermined <br><br> **List the contract number of any government contract** | WIPRO LIMITED <br> DODDAKANELLI <br> SARJAPUR MAIN ROAD <br> BENGALURU, 560035 <br> INDIA |
| **2.3005**   **State what the contract or lease is for and the nature of the debtor's interest**    CHANGE REQUEST: CR092 DATED: 09/23/2021 <br><br> **State the term remaining**   Undetermined <br><br> **List the contract number of any government contract** | WIPRO LIMITED <br> DODDAKANELLI <br> SARJAPUR MAIN ROAD <br> BENGALURU, 560035 <br> INDIA |
| **2.3006**   **State what the contract or lease is for and the nature of the debtor's interest**    CHANGE REQUEST (CR) DATED: 12/20/2021 <br><br> **State the term remaining**   Undetermined <br><br> **List the contract number of any government contract** | WIPRO LIMITED <br> PLOT NO.2 MIDC PUNE INFOTECH PARK <br> MIDC ROAD <br> PHASE 1 <br> HINJEWADI, PUNE, MAHARASHTRA, 411057 <br> INDIA |
| **2.3007**   **State what the contract or lease is for and the nature of the debtor's interest**    CHANGE REQUEST: CR181 DATED: 06/08/2022 <br><br> **State the term remaining**   Undetermined <br><br> **List the contract number of any government contract** | WIPRO LIMITED <br> DODDAKANELLI <br> SARJAPUR MAIN ROAD <br> BENGALURU, 560035 <br> INDIA |
| **2.3008**   **State what the contract or lease is for and the nature of the debtor's interest**    CHANGE REQUEST: CR146 DATED: 02/08/2022 <br><br> **State the term remaining**   Undetermined <br><br> **List the contract number of any government contract** | WIPRO LIMITED <br> DODDAKANELLI <br> SARJAPUR MAIN ROAD <br> BENGALURU, 560035 <br> INDIA |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
| --- | --- | --- |
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.3009** State what the contract or lease is for and the nature of the debtor's interest — PROJECT CHANGE REQUEST: CR106 DATED: 12/02/2021<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | WIPRO LIMITED<br>DODDAKANELLI<br>SARJAPUR MAIN ROAD<br>BENGALURU, 560035<br>INDIA |
| **2.3010** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT: 7/31/2024<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | WIPRO LIMITED<br>DODDAKANNELLI<br>SARJAPUR ROAD<br>BANGALORE, KARNATAKA, 560035<br>INDIA |
| **2.3011** State what the contract or lease is for and the nature of the debtor's interest — CHANGE REQUEST (CR) DATED: 03/10/2022<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | WIPRO LIMITED<br>DODDAKANELLI<br>SARJAPUR MAIN ROAD<br>BENGALURU, 560035<br>INDIA |
| **2.3012** State what the contract or lease is for and the nature of the debtor's interest — PROJECT CHANGE REQUEST: CR185 DATED: 06/10/2022<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | WIPRO LIMITED<br>DODDAKANELLI<br>SARJAPUR MAIN ROAD<br>BENGALURU, 560035<br>INDIA |
| **2.3013** State what the contract or lease is for and the nature of the debtor's interest — LETTER-ACQUISITION OF THE INDEPENDENT AFTERMARKET DIVISION DATED: 03/31/2023<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | WIPRO LIMITED<br>DODDAKANELLI<br>SARJAPUR MAIN ROAD<br>BENGALURU, 560035<br>INDIA |
| **2.3014** State what the contract or lease is for and the nature of the debtor's interest — CHANGE REQUEST (CR) CR185 DATED: 06/10/2022<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | WIPRO LIMITED<br>DODDAKANELLI<br>SARJAPUR MAIN ROAD<br>BENGALURU, 560035<br>INDIA |
| **2.3015** State what the contract or lease is for and the nature of the debtor's interest — LETTER-ACQUISITION OF THE INDEPENDENT AFTERMARKET DIVISION DATED: 03/31/2023<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | WIPRO LIMITED<br>DODDAKANELLI<br>SARJAPUR MAIN ROAD<br>BENGALURU, 560035<br>INDIA |

Debtor    Marelli Europe S.p.A.
_____
Name

Case number (if known):  25-11109

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3016 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE REQUEST: CR179 DATED: 05/16/2022 | WIPRO LIMITED DODDAKANELLI SARJAPUR MAIN ROAD BENGALURU, 560035 INDIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3017 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK FOR SUPPLY AGREEMENT DATED: 02/16/2022 | WIPRO LIMITED DODDAKANELLI SARJAPUR MAIN ROAD BENGALURU, 560035 INDIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3018 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE REQUEST (CR) DATED: 05/13/2022 | WIPRO LIMITED DODDAKANELLI SARJAPUR MAIN ROAD BENGALURU, 560035 INDIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3019 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK FOR SUPPLY AGREEMENT DATED: 02/16/2022 | WIPRO LIMITED DODDAKANELLI SARJAPUR MAIN ROAD BENGALURU, 560035 INDIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3020 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 07/01/2024 | WIPRO LIMITED DODDAKANELLI SARJAPUR MAIN ROAD BENGALURU, 560035 INDIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3021 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE REQUEST (CR) CR172 DATED: 05/18/2022 | WIPRO LIMITED DODDAKANELLI SARJAPUR MAIN ROAD BENGALURU, 560035 INDIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3022 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE REQUEST 108 DATED: 12/06/2021 | WIPRO LIMITED DODDAKANELLI SARJAPUR MAIN ROAD BENGALURU, 560035 INDIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (if known): 25-11109 |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3023** | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE REQUEST: CR167 DATED: 03/31/2022 | WIPRO LIMITED DODDAKANELLI SARJAPUR MAIN ROAD BENGALURU, 560035 INDIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.3024** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS AGREEMENT DATED: 11/07/2019 | WIPRO LTD. DODDAKANELLI SARJAPUR MAIN ROAD BENGALURU, 560035 INDIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.3025** | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WITTE AUTOMOTIVE BULGARIA EOOD 19, INDUSTRIALEN PARK MESTNOST SLATINA, 7009 BULGARIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.3026** | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WOODBRIDGE INOAC TECHNICAL PRODUCTS DE MÉXICO, S.A. DE C.V. CARR. LIBRE FEDERAL MONTERREY-MIGUEL ALEMÁN KM. 20.5 INT. C APODACA, NUEVO LEON, 66603 MEXICO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.3027** | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WOOJIN HIGH-TEC CO., LTD. 76, SEONGSEOSEO-RO, DALSEO-GU, DAEGU |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.3028** | **State what the contract or lease is for and the nature of the debtor's interest** | MAIN TERMS AND CONDITIONS DATED: 03/28/2024 | WORKIVA NETHERLANDS B.V ACHTERGRACHT 14 AMSTERDAM, 1017 WP THE NETHERLANDS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.3029** | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT TO PROVIDE LICENSED PRODUCT DATED: 03/28/2024 | WORKIVA NETHERLANDS B.V. ACHTERGRACHT 14 AMSTERDAM, 1017 WP THE NETHERLANDS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
| | Name | | |

███    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3030 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT TO PROVIDE LICENSED PRODUCT DATED: 03/12/2025 | WORKIVA NETHERLANDS B.V. ACHTERGRACHT 14 AMSTERDAM, 1017 WP THE NETHERLANDS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3031 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR SUBSCRIPTION SERVICES DATED: 03/26/2024 | WORKIVA NETHERLANDS B.V. ACHTERGRACHT 4 AMSTERDAM, 1017 WP THE NETHERLANDS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3032 | **State what the contract or lease is for and the nature of the debtor's interest** | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 03/27/2019 | WORLD-EXPRESS S.R.L. VIA VINCENZO VELA N. 29 10128 TORINO (TO) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3033 | **State what the contract or lease is for and the nature of the debtor's interest** | ROAD CARRIER TRANSPORTATION AGREEMENT | WORLD-EXPRESS SRL VIA VINCENZO VELA 29 TORINO, 10128 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3034 | **State what the contract or lease is for and the nature of the debtor's interest** | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 01/01/2009 | WORLD-EXPRESS SRL VIA VINCENZO VELA 29 TORINO, 10128 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3035 | **State what the contract or lease is for and the nature of the debtor's interest** | ROAD CARRIER TRANSPORTATION AGREEMENT | WORLD-EXPRESS SRL VIA VINCENZO VELA 29 TORINO, 10128 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3036 | **State what the contract or lease is for and the nature of the debtor's interest** | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 09/20/2010 | WORLD-EXPRESS SRL VIA VINCENZO VELA 29 TORINO, 10128 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (if known): 25-11109 |
|---|---|---|
| | Name | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3037 | **State what the contract or lease is for and the nature of the debtor's interest** | ROAD CARRIER TRANSPORTATION AGREEMENT DATED: 12/20/2011 | WORLD-EXPRESS SRL VIA VINCENZO VELA 29 TORINO, 10128 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3038 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT RELATED TO INTELLECTUAL PROPERTY DATED: 10/31/2023 | WÖRZ PATENTANWÄLTE PARTG MBB GABLENBERGER HAUPTSTRAßE 32 STUTTGART, 70186 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3039 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 06/03/2019 | WUHAN KOTEI INFORMATICS CO., LTD. SOFTWARE PARK MIDDLE ROAD OPTICAL VALLEY E CITY BUILDING 2-8F EAST LAKE HI-TECH DEVELOPMENT ZONE WUHAN, HUBEI, CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3040 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WUHU JINGFU ROOM 01.NO.24  WUHU CITY,CHINA WUHU, 241000 CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3041 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WUHU POLARY FENGMINGHU ROAD WUHU, 241000 CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3042 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 08/20/2019 | WUHU POLARY AUTOMOTIVE COMPONENTS CO.LTD DONPER INDUSTRIAL PARK.FENAMINQHU ROAD, ECONOMIC&TECHNOLOQICAL DEVELOPMENT ZONE. WUHU |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3043 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 05/02/2019 | WUHU SUNWILL INTELLIGENT TECHNOLOGY CO., LTD. WUHU CITY, CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3044** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 01/01/2024 | WÜRTH INDUSTRIE SERVICE GMBH & CO. KG WÜRTH DRILLBERG ATTN: MR. MARTIN JAUSS, CEO BAD MERGENTHEIM, 97980 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3045** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 01/01/2024 | WÜRTH INDUSTRIE SERVICE GMBH & CO. KG INDUSTRIEPARK WÜRTH DRILLBERG BAD MERGENTHEIM, 97980 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3046** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 10/01/2015 | WUS INTERNATIONAL COMPANY LIMITED |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3047** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 09/18/2009 | WUS PRINTED CIRCUIT (KUNSHAN) CO., LTD. NO.1 DONGLONG ROAD KUNSHAN, JIANGSU PROVINCE, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3048** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WUXI HONGRUI AUTOMOTIVE COMPONENTS CO.,LTD 105, QINGHONG ROAD EHU TOWN WUXI, JIANGSU, 214000 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3049** | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT / SOLUTION DESCRIPTION FOR SERVICE AGREEMENT DATED: 01/22/2024 | XENETA AS BISKOP GUNNERUS GATE 14A OSLO, NO-0185 NORWAY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3050** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT INCLUSION LETTER DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, ITATIAIA, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3051** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT INCLUSION LETTER DATED: 06/06/2012 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3052** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER AGREEMENT DATED: 12/28/2018 | XEROX LIMITED RIVERVIEW OXFORD ROAD UXBRIDGE, UBS 1HS UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3053** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER AGREEMENT SERVICE CONTRACT DATED: 07/28/2022 | XEROX LIMITED UXBRIDGE BUSINESS PARK SUNDERSON ROAD UXBRIDGE, MIDDLESEX, UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3054** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER AGREEMENT BETWEEN MAGNETI MARELLI SPA AND XEROX LIMITED DATED: 01/01/2019 | XEROX LIMITED RIVERVIEW, OXFORD ROAD XEROX LIMITED UXBRIDGE, UBS 1HS UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3055** | State what the contract or lease is for and the nature of the debtor's interest | LETTER-ACQUISITION OF THE INDEPENDENT AFTERMARKET DIVISION DATED: 03/09/2023 | XEROX S.P.A. SOGGETTA ALLA DIREZIONE E COORDINAMENTO DEL SOCIO UNICO XEROX LIMITED SEDE LEGALE: VIALE EDISON, 110 20099 SESTO SAN GIOVANNI (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3056** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT DATED: 12/31/2018 | XEROX S.P.A. VIALE EDISON, 110 SESTO SAN GIOVANNI, MILAN, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3057** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO SERVICE CONTRACT FOR ITALY DATED: 08/01/2022 | XEROX S.P.A. SESTO SAN GIOVANNI, MILAN, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Europe S.p.A.
_____
Name

Case number (If known):   25-11109
_____



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3058 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT DATED: 12/31/2018 | XEROX S.P.A.<br>VIALE EDISON, 110<br>SESTO SAN GIOVANNI, MILAN,<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3059 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS OF PURCHASE (2018 EDITION) DATED: 12/07/2018 | XGM CORPORATION LIMITED |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3060 | State what the contract or lease is for and the nature of the debtor's interest | SIDE LETTER TO THE AGREEMENT ROAD CARRIER TRANSPORTATION DATED: 01/01/2019 | XPO TRANSPORT SOLUTIONS ITALY S.R.L.<br>VIA VICTOR PIASNI 16 20124 MILANO ATTN: EMMANUELLE BONMARCHAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3061 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 06/24/2011 | YAGEO CORPORATION<br>3F., NO. 233-1, BAOQIAO RD.<br>XINDIAN, TAIPEI COUNTY, 231<br>TAIWAN, ROC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3062 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 06/24/2011 | YAGEO CORPORATION<br>3F., NO. 233-1, BAOQIAO RD.<br>XINDIAN, TAIPEI COUNTY, 231<br>TAIWAN, ROC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3063 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE SUPPLY CONTRACT DATED: 01/01/2025 | YAM112003 S.R.L.<br>TERTULLIANO 56<br>MILAN, 20137<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3064 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/26/2023 | YAM112003 S.R.L.<br>VIA TERTULLIANO 56<br>ATTENTION : ANDREEA JANDARMU AND C.C. ALESSIA TOUSCO<br>MILAN, 20137<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Europe S.p.A.
_____
            Name

Case number (If known):    25-11109
_____

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3065 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE SUPPLY CONTRACT DATED: 01/01/2005 | YAM112003 S.R.L. VIA TERTULLIANO 56 ATTN: ANDREEA JANDARMU AND C.C. ALESSIA TOUSCO MILAN, 20137 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3066 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING AGREEMENT DATED: 01/25/2023 | YAM112003 S.R.L. VIA TERTULLIANO 56 MILANO, (MI), ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3067 | **State what the contract or lease is for and the nature of the debtor's interest** | PROVISIONS OF THE SERVICE: DATED: 04/08/2025 | YAM112003 S.R.L. VIA TERTULLIANO 56 ATTN: ANDREEA JANDARMU AND C.C. ALESSIA TOUSCO MILAN, 20137 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3068 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE SUPPLY CONTRACT DATED: 01/01/2025 | YAM112003 S.R.L. VIA TERTULLIANO 56 ATTN: ANDREEA JANDARMU AND C.C. ALESSIA TOUSCO MILAN, 20137 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3069 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE SUPPLY CONTRACT DATED: 01/01/2024 | YAM112003 S.R.L. VIA TERTULLIANO 56 ATTENTION: ANDREEA JANDARMU AND C.C. ALESSIA TOUSCO MILAN, 20137 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3070 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE SUPPLY CONTRACT DATED: 01/01/2023 | YAM112003 S.R.L. VIA TERTULLIANO 56 ATTENTION : ANDREEA JANDARMU AND C.C. ALESSIA TOUSCO MILAN, 20137 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3071 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING AGREEMENT DATED: 04/08/2025 | YAM112003 S.R.L. TERTULLIANO 56 MILANO, (MI), ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): | 25-11109 |
|---|---|---|---|
| | Name | | |

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3072 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSOR AGREEMENT DATED: 01/01/2009 | YAMAHA MOTOR CO., LTD 2500 SHINGAI IWATA-SHI, SHIZUOKA-KEN, JAPAN |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.3073 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT DATED: 01/01/2018 | YAMAHA MOTOR CO., LTD 2500 SHINGAI IWATA-SHI, SHIZUOKA-KEN, JAPAN |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.3074 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSOR AGREEMENT DATED: 01/01/2015 | YAMAHA MOTOR CO., LTD 2500 SHINGAI IWATA-SHI, SHIZUOKA-KEN, JAPAN |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.3075 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DATED: 01/01/2012 | YAMAHA MOTOR CO., LTD 2500 SHINGAI IWATA-SHI, SHIZUOKA-KEN, JAPAN |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.3076 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT DATED: 01/01/2019 | YAMAHA MOTOR CO., LTD 2500 SHINGAI IWATA-SHI, SHIZUOKA-KEN, JAPAN |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.3077 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DATED: 01/01/2014 | YAMAHA MOTOR CO., LTD 2500 SHINGAI IWATA-SHI, SHIZUOKA-KEN, JAPAN |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.3078 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DATED: 01/01/2016 | YAMAHA MOTOR CO., LTD 2500 SHINGAI IWATA-SHI, SHIZUOKA-KEN, JAPAN |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Europe S.p.A.
Name

Case number (If known):   25-11109



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3079 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 01/01/2011 | YAMAHA MOTOR CO., LTD 2500 SHINGAI IWATA-SHI, SHIZUOKA-KEN, JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3080 | State what the contract or lease is for and the nature of the debtor's interest | SPONSOR AGREEMENT DATED: 01/01/2013 | YAMAHA MOTOR CO., LTD 2500 SHINGAI IWATA-SHI, SHIZUOKA-KEN, JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3081 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 11/29/2012 | YAMAHA MOTOR CO., LTD 2500 SHINGAI IWATA-SHI, SHIZUOKA-KEN, JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3082 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 01/01/2010 | YAMAHA MOTOR CO., LTD 2500 SHINGAI IWATA-SHI, SHIZUOKA-KEN, JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3083 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT DATED: 01/01/2017 | YAMAHA MOTOR CO., LTD 2500 SHINGAI IWATA-SHI, SHIZUOKA-KEN, JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3084 | State what the contract or lease is for and the nature of the debtor's interest | DEVELOPMENT AGREEMENT DATED: 02/17/2010 | YAMAHA MOTOR CO., LTD 2500 SHINGAI IWATA, SHIZUOKA, JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3085 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT DATED: 04/16/2008 | YAMAHA MOTOR ITALIA S.P.A. TINELLI 67/69, 20050 GERNO DI LESMO (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3086 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT DATED: 02/06/2009 | YAMAHA MOTOR ITALIA S.P.A. TINELLI 67/69, 20050 GERNO DI LESMO (MI) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3087 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT DATED: 06/11/2010 | YAMAHA MOTOR ITALIA S.P.A. TINELLI 67/69, 20050 GERNO DI LESMO (MI) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3088 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 09/18/2010 | YANELSAN METAL VE PLASTIK KALIP IMALAT MAK ELK ELECTRONIK SAN TIC LTD UMRANIYE ISTANBUL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3089 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | YANGZHOU TIANJIAN MACHINERY MANUFACTURE CO., LTD. NO.11, SHUANGHUI ROAD CHENGBEI INDUSTRIAL PARK YANGZHOU, JIANGSU, 225267 CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3090 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | YAREMA DIE & ENGINEERING 1855 STEPHENSON HWY TROY, MI 48083 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3091 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | YATHARTHA YANTRA UDYOG PLOT NO:-2, IDC, HISAR ROAD, ROHTAK ROHTAK, 124001 INDIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3092 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/02/2010 | YAYKUL YAY UE KLIPS SAN TIC LTD. STI CALI SANAYI BOLGESI NO:16 EFLATUN CADDESI NILUFER, BURSA, 16235 TURKEY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Europe S.p.A.
_____    Case number (if known):    25-11109
Name

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3093** | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | YAYKUL YAY VE KLIPS SANAYI TICARET LIMITED SIRKETI CALI SANAYI BOLGESI NO:16 EFLATUN CADDESI NILUFER, BURSA, 16235 TURKEY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.3094** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 12/06/2010 | YAZAKI EUROPE LTD GRAN VÃ-A CORTS CATALANES 184, AT 2Âª |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.3095** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 05/07/2012 | YOKANO CO. LTD. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.3096** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL PURCHASING AGREEMENT DATED: 06/22/2012 | YOKOWO CO., LTD. NO. 5-11, TAKINOGAWA 7-CHOME KITA-KU, TOKYO, 114-8515 JAPAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.3097** | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | YONGHAO OPTIC & ELECTRONIC CO., LTD JIAXING PLANT, NO.1473 YONGXU ROAD, JIAXING, 314000 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.3098** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 05/21/2019 | YONGHAO OPTIC&ELECTRONIC CO.,LTD(C NO 1473, YONGXU ROAD, DAQIAO TOWN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.3099** | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 12/14/2018 | YOUNG OPTICS, INC. NO.7, HSIN-ANN ROAD HSINCHU, 30076 TAIWAN, ROC |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3100 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | YURA CORPORATION CURIE STRASSE 2 R&D OFFICE STUTTGART, 70563 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3101 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 05/31/2019 | YUSEI HANGZHOU, CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3102 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY SPECIFICATIONS DATED: 05/31/2019 | YUSEI HANGZHOU, CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3103 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | YUSEI MOLD EUROPE ZA DU ROCHEREAU MIRE, 49330 FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3104 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 11/07/2011 | ZAKŁADY SPRZĘTU MOTORYZACYJNEGO POLMO S.A. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3105 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALITY AGREEMENT DATED: 04/21/2011 | ZALAIN TRANSFORMADOS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3106 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PURCHASING GENERAL TERMS AND CONDITION FOR SERVICES DATED: 06/29/2023 | ZANDERS B.V. STADSPLATEAU 33 UTRECHT, 3521 AZ THE NETHERLANDS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3107** | **State what the contract or lease is for and the nature of the debtor's interest** GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 09/05/2023 | ZANDERS B.V. STADSPLATEAU 33 UTRECHT, 3521 AZ THE NETHERLANDS |
| | **State the term remaining** Undetermined | |
| | **List the contract number of any government contract** | |
| **2.3108** | **State what the contract or lease is for and the nature of the debtor's interest** ADDENDUM TO MAGNETI MARELLI PURCHASING GENERAL TERMS AND CONDITION FOR SERVICES DATED: 06/29/2023 | ZANDERS B.V. STADSPLATEAU 33 UTRECHT, 3521 AZ THE NETHERLANDS |
| | **State the term remaining** Undetermined | |
| | **List the contract number of any government contract** | |
| **2.3109** | **State what the contract or lease is for and the nature of the debtor's interest** SUPPORT PROPOSAL EXTENSION LETTER DATED: 06/10/2024 | ZANDERS B.V. STADSPLATEAU 33 UTRECHT, 3521 AZ THE NETHERLANDS |
| | **State the term remaining** Undetermined | |
| | **List the contract number of any government contract** | |
| **2.3110** | **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ZANNINI SPA VIA E. CHE GUEVARA 63/A CASTELFIDARDO, 60022 ITALY |
| | **State the term remaining** Undetermined | |
| | **List the contract number of any government contract** | |
| **2.3111** | **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT DATED: 03/22/2010 | ZENATEK S.A.R.L. 2, BOULEVARD DU TENAO - 98000 MONTE CARLO |
| | **State the term remaining** Undetermined | |
| | **List the contract number of any government contract** | |
| **2.3112** | **State what the contract or lease is for and the nature of the debtor's interest** AGREEMENT DATED: 05/21/2009 | ZENATEK S.A.R.L. 2, BOULEVARD DU TENAO - 98000 MONTE CARLO |
| | **State the term remaining** Undetermined | |
| | **List the contract number of any government contract** | |
| **2.3113** | **State what the contract or lease is for and the nature of the debtor's interest** SETTLEMENT AGREEMENT DATED: 01/01/2015 | ZENATEK S.A.R.L. 1 RUE DES GENETS, 98000 MONACO |
| | **State the term remaining** Undetermined | |
| | **List the contract number of any government contract** | |

| Debtor | Marelli Europe S.p.A. | Case number (if known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3114** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 10/08/2009 | ZETKAMASA<br>UL. 3 MAJA 12, 57-410 SCINAWKA SREDNIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3115** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ZHANJIANG DENI VEHICLE PARTS CO. LTD.<br>-NO.G2-Y JIN LANG WEST, ROAD<br>MAZHANG DISTRICT<br>ZHANJIANG CITY, GUANGDONG, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3116** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 04/17/2019 | ZHEJIANG BICOM OPTICS CO., LTD<br>NO.258, WEST YUNSI RD<br>DAYUN TOWN<br>JIASHAN COUNTY<br>JIAXING CITY, ZHEJIANG PROVIENCE, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3117** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 02/05/2019 | ZHEJIANG BRIDGOLD COPPER SCIENCE AND TECHNOLOGY CO. LTD.<br>WENZHOU |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3118** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 05/31/2019 | ZHEJIANG CENTURY HUATONG APTO PARTS CO.,LTD<br>66 YUE'AI ROAD,CAO'E STREET,SHANGYU DISTRICT,SHADING CITY,ZHEJIANG PROVINCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3119** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 05/31/2019 | ZHEJIANG CENTURY HUATONG AUTO PARTS CO.,LTD<br>66 YUE'AI ROAD.CAO'E STREET.SHANGYU DISTRICT,SHADING CITY,ZHEJIANG PROVINCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3120** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ZHEJIANG FEIDA PRECISION MANUFACTURING CO., LTD.<br>NO. 88<br>MIAOHOUDONG<br>SHANGTIAN TOWN<br>FENGHUA DISTRICT<br>NINGBO CITY, ZHEJIANG PROVINCE, 315511 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | Case number (If known): 25-11109 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3121** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ZHEJIANG JIESHITAI ELECTRONICS CO.LTD NINGKANG EAST ROAD, TIANCHENG INDUSTRIAL ZONE, YUEQING CITY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3122** | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 08/04/2023 | ZHEJIANG MINGXIN THERMAL EQUIPMENT CO LTD. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3123** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY SPECIFICATIONS DATED: 08/20/2019 | ZHONG SHAN SPECTRUM PRECISION MOLDING & MANUFACTURING LIMITED NO.2 PONG XIANG ROAD EASTERN DISTRICT ZHONGSHAN, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3124** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ZHONGLI NORTH AMERICA 449 EXECUTIVE DRIVE TROY, MI 48083 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3125** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ZHONGNAN INDUSTRIAL GROUP LIMITED ROOM 1006 PHOENIX BUILDING SHANGHAI -CHINA-, 200233 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3126** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 09/23/2009 | ZHONGSHAN SPECTRUM PRECISION MOLDING & MFG. CO.,LTD. NO.2 DONG XIANG ROAD ZHONGSHAN, GUANGDONG PROVINCE, 528403 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3127** | State what the contract or lease is for and the nature of the debtor's interest | QUALITY AGREEMENT DATED: 08/28/2010 | ZHONQNAN INDUSTRIAL GROUP LTD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Europe S.p.A. | | Case number (If known): 25-11109 |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3128** | **State what the contract or lease is for and the nature of the debtor's interest** QUALITY AGREEMENT DATED: 03/08/2010 | ZI-MOL INDUSTRIA E CORRIERCIO DE MELAS LTDA. |
| | **State the term remaining** Undetermined | |
| | **List the contract number of any government contract** | |
| **2.3129** | **State what the contract or lease is for and the nature of the debtor's interest** PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 06/06/2019 | ZINI S.R.L. FRAZIONE RICCHIARDO 1 SOMMARIVA BOSCO, CN, 12048 ITALY |
| | **State the term remaining** Undetermined | |
| | **List the contract number of any government contract** | |
| **2.3130** | **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT FOR WORK FOR THE SUPPLY OF PROJECT WORK, ENGINEERING WORK AND PERFORMANCE OF SUPERVISION BY AUTHOR FOR PRODUCTION PLANT OF MAGNETI MARELLI POWERTRAIN, IN THE INDUSTRIAL PARK KECHNEC DATED: 05/06/2008 | ZIPP BRATISLAVA, SPOT S R.O. STARA VAJNORSKA 16, 832 44 BRATISLAVA |
| | **State the term remaining** Undetermined | |
| | **List the contract number of any government contract** | |
| **2.3131** | **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ZIXING YUEXING AUTOMOBILE PARTS MANUFACTURING CO., LTD. NO.88, YINGBIN RD. DONGJIANG DEVELOPMENT ZONE CHENZHOU, 423403 CHINA |
| | **State the term remaining** Undetermined | |
| | **List the contract number of any government contract** | |
| **2.3132** | **State what the contract or lease is for and the nature of the debtor's interest** GENERAL TERMS AND CONDITIONS OF PURCHASE FOR MACHINERY DATED: 01/24/2020 | ZLIN ROBOTICS S.R.O |
| | **State the term remaining** Undetermined | |
| | **List the contract number of any government contract** | |
| **2.3133** | **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ZO ENTERPRISES DOAS S. VANDEVERDER N°   ZIP @S1IC CITY _ST- LOUIS   DEPT. M0 NATION USA |
| | **State the term remaining** Undetermined | |
| | **List the contract number of any government contract** | |
| **2.3134** | **State what the contract or lease is for and the nature of the debtor's interest** SETTLEMENT AGREEMENT DATED: 04/12/2011 | ZORAN CORPORATION 1390 KIFER ROAD SUNNYVALE, CA 94086-5305 |
| | **State the term remaining** Undetermined | |
| | **List the contract number of any government contract** | |

| Debtor | Marelli Europe S.p.A. | | Case number (If known): | 25-11109 |
|--------|----------------------|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3135** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED<br><br>Undetermined | ZURICH INDÚSTRIA E COMÉRCIO DE DERIVADOS TERMO PLÁSTICOS LTDA.<br>AV. NICOLA DEMARCHI 180<br>DEMARCHI<br>SÃO BERNARDO DO CAMPO, SP, 09820-650<br>BRAZIL |
| State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name        Marelli Europe S.p.A.

United States Bankruptcy Court for the:    District of Delaware

Case number (If known):    25-11109

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.   If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1  Calsonic Kansei (Shanghai) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D  ☐ E/F  ☐ G |
| 2.2  CK Trading de México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D  ☐ E/F  ☐ G |
| 2.3  Magneti Marelli do Brasil Indústria e Comércio S.A | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D  ☐ E/F  ☐ G |
| 2.4  Marelli (China) Holding Company | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D  ☐ E/F  ☐ G |
| 2.5  Marelli (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D  ☐ E/F  ☐ G |
| 2.6  Marelli (Xiang Yang) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D  ☐ E/F  ☐ G |

| Debtor | Marelli Europe S.p.A. | Case number (if known): | 25-11109 |
|--------|-----------------------|-------------------------|----------|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.7 | Marelli Aftermarket Germany GmbH | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.8 | Marelli Aftermarket Italy S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.9 | Marelli Aftermarket Poland Sp. z o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.10 | Marelli Aftermarket Spain S.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.11 | Marelli Argentan France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.12 | Marelli Automotive Components (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.13 | Marelli Automotive Components (Wuxi) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.14 | Marelli Automotive Lighting France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Europe S.p.A. | | Case number (if known): | 25-11109 |
|--------|------------------------|---|---|---|
| | Name | | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.15 | Marelli Automotive Lighting Italy S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.16 | Marelli Automotive Lighting Jihlava (Czech Republic) s.r.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.17 | Marelli Automotive Lighting Juárez Mexico, S.A de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.18 | Marelli Automotive Lighting Tepotzotlán México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.19 | Marelli Automotive Lighting USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.20 | Marelli Automotive Systems Europe PLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.21 | Marelli Automotive Systems UK Limited | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.22 | Marelli Bielsko-Biała Poland Sp. z o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Europe S.p.A. | | Case number (if known): | 25-11109 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.23 | Marelli Cluj Romania S.R.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.24 | Marelli Cofap do Brasil Ltda | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.25 | Marelli Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.26 | Marelli Engineering (Shanghai) Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.27 | Marelli España S.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.28 | Marelli France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.29 | Marelli Fukushima Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.30 | Marelli Germany GmbH | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Europe S.p.A. | Case number (if known): | 25-11109 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.31 | Marelli Global Business Services America, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.32 | Marelli Holding USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.33 | Marelli Holdings Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.34 | Marelli Indústria e Comércio de Componentes Automotivos Brasil Ltda. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.35 | Marelli Kyushu Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.36 | Marelli Mexicana, S.A. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.37 | Marelli Morocco LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.38 | Marelli North America, Inc. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Europe S.p.A. | | Case number (if known): | 25-11109 |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.39 | Marelli North Carolina USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.40 | Marelli Ploiesti Romania S.R.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.41 | Marelli R&D Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.42 | Marelli Ride Dynamics México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.43 | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.44 | Marelli Sophia Antipolis France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.45 | Marelli Sosnowiec Poland Sp. z o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.46 | Marelli Suspension Systems Italy S.P.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Europe S.p.A. | Case number (if known) | 25-11109 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.47 | Marelli Tennessee USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D  ☐ E/F  ☐ G |
| 2.48 | Marelli Toluca México S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D  ☐ E/F  ☐ G |
| 2.49 | Marelli Tooling (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D  ☐ E/F  ☐ G |
| 2.50 | Marelli Yokohama Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D  ☐ E/F  ☐ G |
| 2.51 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.52 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.53 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.54 | | | | ☐ D  ☐ E/F  ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name __Marelli Europe S.p.A.__

United States Bankruptcy Court for the: __District of Delaware__

Case number (If known) __25-11109__

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/11/2025__          X __/s/ Alanna Abrahamson__
         MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                         Alanna Abrahamson
                                         Printed name

                                         Executive Vice President, Chief Financial Officer
                                         Position or relationship to debtor